**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA**

| | | |
|---|---|---|
| ROBERTA L. GALYON, a citizen and resident of McMinn County, Tennessee, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 1:24-cv-34 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE AFFIDAVIT LINCOLN NATIONAL LIFE INSURANCE**

STATE OF TENNESSEE )
)
COUNTY OF KNOX )

I, John P. Dreiser, being first duly sworn, hereby make oath that I mailed by Certified Mail a copy of the Summons and Complaint to The Lincoln National Life Insurance Company on February 2, 2024, by and through the Tennessee Commissioner of Insurance. The Tennessee Commissioner of Insurance was served on February 5, 2024. The return receipt is submitted herewith to the Court for filing in the record of this cause.

Respectfully submitted, this 14th day of February, 2024.

JOHN P. DREISER

Sworn to and subscribed before me
This 14th day of February, 2024.

[signature]
NOTARY PUBLIC

MARQUAVIS K. DOTTERY
STATE OF TENNESSEE NOTARY PUBLIC
KNOX COUNTY

Expiration of Commission: November 30, 2027

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Lincoln National Life Insurance Comp.
C/O TN Commissioner of Insurance
500 James Robertson Parkway
Davy Crockett Tower, 4th Floor
Nashville, TN 37243

9590 9402 5422 9189 9639 09

2. Article Number *(Transfer from service label)*
7019 2280 0001 7598 0027

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt