# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

ROBERTA LYNN GALYON

*Plaintiff(s)*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant(s)*

Civil Action No. 1:24-cv-34

RECEIVED

MAR 04 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
c/o TN Commissioner of Insurance
500 James Robertson Parkway
Nashville, TN 37243

REJECTED
Service Not Perfected
service.process@tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not c… …ved it) — or 60 days if you are the United States or a United States agency, or an officer or empl… …States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the a… …plaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be se… …n the plaintiff or plaintiff's attorney, whose name and address are: John P. Dreiser
1356 Papermill Pointe Way
Knoxville, TN 37909

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/31/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-34

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:


Case 1:24-cv-00034-DCLC-SKL Document 2 Filed 01/31/24 Page 2 of 2 PageID #: 12

TN Department of
Commerce &
Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

First Class Mail
ComBasPrice

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.88⁰
02 4W
0000390139 MAR 01 2024

RAYED

Federal District Court Clerk
900 Georgia Avenue
Chattanooga, TN 37402

37402@2259 C003