TN Department of Commerce & Insurance

FILED

APR 08 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

April 01, 2024

Lincoln National Life Ins. Co.
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7020 1290 0001 6215 1498
Cashier # 241277

Re: Roberta L Galyon V. Lincoln National Life Ins. Co.

Docket # 124Cv34

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served March 26, 2024, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
800 Market Street Ste 330
Knoxville, Tn 37902

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

TN Department of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

First Class Mail
ComBasPrice

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.64⁰
02 4W
0000390139 APR 05 2024

Federal District Court Clerk
800 Market Street , Ste 330
Knoxville, TN 37902

RECEIVED
APR 08 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

37902$2343 C018