# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| ROBERTA LYNN GALYON<br>*Plaintiff(s)*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>*Defendant(s)* | ) | Civil Action No. 1:24-cv-34 |

## ALIAS **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
c/o TN Commissioner of Insurance
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John P. Dreiser
1356 Papermill Pointe Way
Knoxville, TN 37909

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/7/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-34

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TN Commissioner of Insurance , who is
designated by law to accept service of process on behalf of *(name of organization)* Lincoln National
Life Insurance Company on *(date)* 3/22/2024 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/10/24

[signature]
*Server's signature*

John P Dreiser, Attorney
*Printed name and title*

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909
*Server's address*

Additional information regarding attempted service, etc:


Case 1:24-cv-00034-DCLC-SKL Document 11 Filed 04/10/24 Page 2 of 3 PageID #: 32

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Life Insurance Company
500 James Robertson Parkway Davy Crocket Tower, 4th floor, Nashville, TN 37243

9590 9402 5422 9189 9639 23

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 0072

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X RECEIVED

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* MAR 22 2024

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAILROOM

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery ($500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt