**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **ROBERTA L. GALYON,** | ) |
| | ) CIVIL ACTION NO. 1:24cv00034-DCLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Clifton L Corker |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) Magistrate Susan K Lee |
| | ) |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant The Lincoln National Life Insurance Company files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 24th day of April 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **24th day of April 2024**, a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers