UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ROBERTA L. GALYON,

PLAINTIFF(S)

v.

Case No.: 1:24cv00034-DCLC-SKL

THE LINCOLN NATIONAL LIFE INSURANCE CO,

DEFENDANT(S)

**CONSENT FORM**

All parties to the above-captioned civil matter **SHALL** select one of the following two options and, as soon as practicable, file a single joint copy of this consent form with the Court.

☐ In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties to this action hereby **consent** to have a United States magistrate judge conduct all further proceedings in the above-captioned civil matter, including trial and entry of final judgment.

Pursuant to 28 U.S.C. § 636(c)(3), any appeal from a judgment of the presiding magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court.

☑ The parties **do not consent** to proceed before a magistrate judge.

---

***Complete this section only if all parties have consented to proceed before a magistrate judge.***

**If all parties to this action consent to proceed before a magistrate judge, each unrepresented party and an attorney for each represented party must sign below. If electronically filed, attorneys' signatures may be applied electronically and with permission. Scanned copies of attorneys' and unrepresented parties' signatures are acceptable. This document may be signed in counterpart; however, it must be filed jointly.**

| *Parties' printed names* | *Signature of parties/attorneys* | *Date* |
|---|---|---|
| ____________________ | ____________________ | __________ |
| ____________________ | ____________________ | __________ |
| ____________________ | ____________________ | __________ |
| ____________________ | ____________________ | __________ |
| ____________________ | ____________________ | __________ |

*(If necessary, include all additional parties on a separate sheet.)*

***Do not complete this section – Court use only.***

**ORDER OF REFERRAL**

The Court **REFERS** this case to a United States magistrate judge to conduct all proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SO ORDERED** this ____ day of __________, _______.

______________________________________

UNITED STATES DISTRICT JUDGE