UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ROBERTA LYNN GALYON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | 1:24-CV-00034-DCLC-SKL |

**ORDER**

This ERISA matter is before the Court to set a briefing schedule. This matter will be resolved on the existing record pursuant to the parties' motions for summary judgment because the district court, in conducting a review of a plan administrator's decision to deny benefits, may only consider evidence presented to the administrator. *Perry v. Simplicity Engineering*, 900 F.2d 963 (6th Cir. 1990). Accordingly, it is hereby **ORDERED**:

1. The defendant will have until **September 3, 2024**, to file a certified copy of the plan administrator's entire record. The defendant shall furnish a copy of the record to plaintiff;

2. The parties shall file any motions for discovery before **October 4, 2024**;

3. The parties will have until **February 7, 2025**, to file motions for summary judgment; and

4. The parties will have until **March 7, 2025**, to file a response to each motion for summary judgment, with fourteen (14) days thereafter to file a reply.

**SO ORDERED:**

s/Clifton L Corker
United States District Judge