**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **ROBERTA L. GALYON,** | ) |
| | ) CIVIL ACTION NO. 1:24cv00034-DCLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Clifton L Corker |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | **)** Magistrate Susan K Lee |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Scheduling Order (Document 16) entered by the Court on July 3, 2024. Defendant certifies the following documents constitute the entire administrative record pertaining to plaintiff's claims the subject of this action:

1. Group Disability Income Policy (Lincoln/Galyon 0001-0071);

2. November 10, 2023, correspondence containing decision on appeal (Lincoln/Galyon 0090-0100); and

3. The Administrative Record (Lincoln/Galyon 0072-0089 and 0101-1773).

Dated this 3rd day of September 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **3rd day of September 2024**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification.

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers