**Claim Coversheet Report**

Find Clear Print Save New Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10784870 Claim Last Updated 11/10/2023 Printed On 4/24/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ROBERTA L GALYON | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1189.91 | Mode | B |
| | | Date of Hire | 08/21/1995 | | |
| | | Last Work Date | 06/12/2020 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc (USA) RX TECH CERTIFIED WM, DI_000849 _101913

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 12/09/2020 |
| Disability Date | 06/13/2020 | Close Date | 12/12/2022 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 03/17/2032 | RTW FT / PT | |
| Ben Begin Date | 12/12/2020 | Apprv Thru Date | 12/11/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc S83.282A Oth tear of lat mensc, current injury, left knee, init

Diagnosis 2 Code/Desc G71.1 Myotonic disorders

Policyholder Information

Customer ID 05 - 290765 WALMART, INC.

Subsidiary WM00 WALMART, INC.

Location 0698XXXX FACILITY CODE 698

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 12/01/2010

Class A2 ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO HOURLY ASSOCIATES, EXCL

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 182 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | A2 | 01/01/2016 |

Additional Information:

EXHIBIT

3

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 10784870 **Accommodation Number**

**Note type:**

Primary Sort Order Sec
Note Type ●
Note Number
● Note Date/Time
Accm. No.

**04/24/2024 10:49 AM - CLAIM Note 87**
Claim/Event/Leave: 10784870
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [04/24/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**11/10/2023 8:21 AM - CLAIM Note 86**
Claim/Event/Leave: 10784870
NoteSubject : Appeal
Other Subject : OUT
Text: [11/10/2023 - KING, JERRONDA]MAINTAIN DENIAL. THE INFORMATION RECEIVED ON APPEAL WOULD NOT ALTER THE PRIOR CLAIM DETERMINATION. NOTIFIED ATTY

**10/17/2023 9:05 AM - CLAIM Note 85**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RIGHT TO REVIEW
Text: [10/17/2023 - KING, JERRONDA]IM AND PM&R REVIEWS RECEIVED ALONG WITH RESPONSE FROM AP CATES. RIGHT TO REVIEW SENT TO ATTY WITH 11/6 DEADLINE DATE TO RESPOND.

**10/17/2023 7:04 AM - CLAIM Note 84**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : AP CATES
Text: [10/17/2023 - KING, JERRONDA]RESPONSE RECEIVED FROM AP CATES

**10/16/2023 4:30 PM - OVERPMT Note 10**
Claim/Event/Leave: 10784870
NoteSubject : OP/Ck Adj
Other Subject : ADJ-N
Text: [10/16/2023 - LATOUR, REBEKAH]THE OVERPAYMENT DUE ON THIS CLAIM OF $8,008.53 WAS MARKED AS NON-RECEIVABLE. ***HOWEVER, IF THIS OR FUTURE CLAIMS ARE APPROVED FOR BENEFIT PAYMENTS, OVERPAYMENT REVIEW AND RECOVERY SHOULD BEGIN IMMEDIATELY. IF YOU HAVEANY QUESTIONS PLEASE CONTACT AN FRS MANAGER.

**10/12/2023 1:24 PM - CLAIM Note 83**
Claim/Event/Leave: 10784870
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [10/12/2023 - MAURICE, DANIELLE]INVOICE RECEIVED ON 10/12/2023 AND DATED 10/11/2023 FROM MLS GROUP OF COMPANIES. INV # 161963-1, IN THE AMOUNT OF $1552.50 FOR PEER REVIEW PERFORMED BY ANDREW M NAVA WITH A SPECIALTY IN PHYSICAL MEDICINE. DATES OF SERVICE 10/11/2023. INVOICE PAID IN FULL.

**10/04/2023 8:17 AM - OVERPMT Note 9**
Claim/Event/Leave: 10784870
NoteSubject : OP/SS
Other Subject : WRITE OFF
Text: [10/04/2023 - LANDRY, KATHLEEN]THE OVERPAYMENT DUE IN THE AMOUNT OF $8,008.53 HAS BEEN APPROVED AS NON-RECEIVABLE, IF A FUTURE CLAIM IS OPENED AND APPROVED, OVERPAYMENT REVIEW AND RECOVERY SHOULD BEGIN IMMEDIATELY, PLEASE CONTACT AN FRS MANAGER.

**10/04/2023 7:23 AM - CLAIM Note 82**
Claim/Event/Leave: 10784870

NoteSubject : Other
Other Subject : NEW ETA 10/11
Text: [10/04/2023 - KING, JERRONDA]FROM: SHIRLEY WYGLE <SWYGLE@MLSGROUPLLC.COM> SENT: TUESDAY, OCTOBER 3, 2023 3:13 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: FW: REPORT STATUS: ROBERTA GALYON LTD 10784870 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD AFTERNOON, THE NEW DUE DATE IS 10/11/23. PER THE ORIGINAL SUBMISSION: *****IF YOU DID NOT REACH THE PROVIDER AFTER 3 ATTEMPTS, PLEASE DOCUMENT SYNOPSIS AND THE QUESTIONS YOU WOULD HAVE ASKED AND/OR INFORMATION YOU WOULD HAVE LIKED TO CLARIFY AND FAX IT TO THE ATTENDING PROVIDER, REQUESTING A RESPONSE W/IN 10 DAYS. IN ADDITION, WE RECEIVED NEW RECORDS TODAY THAT HAVE BEEN SENT TO THE REVIEWERS, AND STILL NEED TO BE REVIEWED. THANK YOU, SHIRLEY WYGLE PEER CLIENT COORDINATOR 20750 CIVIC CENTER DR., SUITE 600 SOUTHFIELD MI, 48076 WWW.MLSGROUPLLC.COM (O) 888-657-4634 EXT. 165946 (D) 248-728-2946 (F) 248-356-6757 (E) SWYGLE@MLSGROUPLLC.COM

**10/03/2023 2:52 PM - CLAIM Note 81**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : REQ FOR STATUS
Text: [10/03/2023 - KING, JERRONDA]REQ FOR STATUS SENT TO MLS FOR REPORTS, PENDING RESPONSE

**09/20/2023 8:17 AM - CLAIM Note 80**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : REFERRAL TO MLS: PMR
Text: [09/20/2023 - KING, JERRONDA]SENT: TUESDAY, SEPTEMBER 19, 2023 9:04 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: FW: (SECURE) LINCOLN FINANCIAL GROUP INDEPENDENT REVIEW - CLAIM: 10784870 HELLO, YOUR REFERRAL HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT. SEE ATTACHED FOR THE VENDOR ASSIGNMENT. PLEASE NOTE THAT YOU DO NOT NEED TO SEND MEDICAL RECORDS TO THE VENDOR. THE CLINICAL SUPPORT SERVICES TEAM WILL SEND THE RECORDS VIA SEQUOIA.

**09/20/2023 8:12 AM - CLAIM Note 79**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : REFERRAL TO MLS
Text: [09/20/2023 - KING, JERRONDA]FROM: MCCRAE, VALENCIA <VALENCIA.MCCRAE@LFG.COM> SENT: TUESDAY, SEPTEMBER 19, 2023 9:09 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: FW: (SECURE) LINCOLN FINANCIAL GROUP INDEPENDENT REVIEW - CLAIM: 10784870HELLO, YOUR REFERRAL HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT. SEE ATTACHED FOR THE VENDOR ASSIGNMENT. PLEASE NOTE THAT YOU DO NOT NEED TO SEND MEDICAL RECORDS TO THE VENDOR. THE CLINICAL SUPPORT SERVICES TEAM WILL SEND THE RECORDS VIA SEQUOIA.

**09/19/2023 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/19/2023 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**09/18/2023 1:09 PM - CLAIM Note 77**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject :
Text: [09/18/2023 - KING, JERRONDA]DOD: 6/13/2020, BBD 12/12/2020, PAID THRU 12/11/2022, DENIED NOT TD AO. PRIOR REVIEW WAS COMPLETED BY DR. ASARO. DR, ASARO SUPPORTED THE CLAIM THRU 3/27/2022 AND FOR AN ADDITIONAL 6-8 WEEKS AFTER. NO FURTHER IMPAIRMENT WAS SUPPORTED. ATTY APPEALED WITH ADDITIONAL DOCUMENTATION. PRIOR REVIEW BY DR. ASARO DID NOT ADDRESS R/'S RELATED TO SKIN CANCER SURGERY AND HIATAL HERNIA REPAIR. ASC HAS ONGOING KNEE PAIN, PERSISTENT DESPITE SURGICAL INTERVENTIONS. ATTY APPEALED WITH ADDITIONAL DOCUMENTATION FOR REVIEW AND CONSIDERATION. CLAIM HAS BEEN REFERRED FOR PM&R AND IM REVIEWS WITH DEADLINE DATED PROVIDED TO THE ATTY OF 10/9

**09/15/2023 11:47 AM - OVERPMT Note 8**
Claim/Event/Leave: 10784870
NoteSubject : OP/Collections
Other Subject : CLOSED/WRITE OFF
Text: [09/15/2023 - PATTON, LAURA]RECD CLOSURE FROM JMC COLLECTION AGENCY ON 08/28/2023 ADVISING THAT THEY HAVE CLOSED THEIR FILE DUE TO CEASE AND DESIST. OP BALANCE OF $8,008.53 WILL BE REFERRED FOR WRITE OFF AT THIS TIME.

**09/01/2023 8:16 AM - CLAIM Note 76**
Claim/Event/Leave: 10784870
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [09/01/2023 - AVERILL, REBECCA]ASSIGNED TO JERRONDA KING

**08/31/2023 8:50 PM - CLAIM Note 75**
Claim/Event/Leave: 10784870

NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/31/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**08/31/2023 11:58 AM - PHONE Note 42**
Claim/Event/Leave: 10784870
NoteSubject : Called Other
Other Subject :
Text: [08/31/2023 - GRAVES, JOSHUA]LVM FOR JON DREISER, ASC ATTORNEY, CX APPEAL RECVD AND CLAIM REFERRED TO APPEALS DEPT. ADVISED IF ANY FURTHER APPEAL QUESTIONS CAN CONT TO F/U WITH APPEALS

**08/31/2023 11:56 AM - CLAIM Note 74**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject :
Text: [08/31/2023 - GRAVES, JOSHUA]CLAIM REFERRED TO APPEALS

**08/31/2023 11:47 AM - CLAIM Note 73**
Claim/Event/Leave: 10784870
NoteSubject : Appeal
Other Subject :
Text: [08/31/2023 - MAGGIORE, ANGELO]AGREE WITH CRS REVIEW

**08/31/2023 11:05 AM - CLAIM Note 72**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Appeals
Other Subject :
Text: [08/31/2023 - GRAVES, JOSHUA]BASED ON APPEAL REQUEST RECVD 8/30/2023 DCM RECOMMEND REFER TO APPEAL FOR FURTHER ASSESSMENT

**08/29/2023 12:57 PM - PHONE Note 41**
Claim/Event/Leave: 10784870
NoteSubject : Other Called
Other Subject :
Text: [08/29/2023 - GRAVES, JOSHUA]ASC ATTORNEY RTC DCM ADVISED LFG NEVER RECVD OFFICIAL APPEAL LETTER 5/2023 AS MENTIONED IN RECENT ATTORNEY LETTER RECVD. ATTORNEY ADVISED HE RECVD A CONFIRMATION NOTICE MR AND APPEAL LETTER WAS RECVD IN 5/2023. ADVISED JOHN HE MAY HAVE RECVD A CONFIRMATION DOCUMENTS WERE TRANSMITTED BUT LFG NEVER RECVD THE FILE. DCM ADVISED EVERY DOCUMENT RECVD ADDRESSED TO THE APPEALS DEPARTMENT HAS BEEN REVIEWED. ADVISED THE ONLY DOCUMENT MENTIONING APPEALING IS 12/2022 IN WHICH ITSTATES AN APPEAL REQUEST WILL COME IN DUE TIME. ADVISED CAN SEND APPEAL LETTER TO 877-353-6412 AND UPON RECPT WILL CONFIRM AND REFER CLAIM TO APPEALS.

**08/29/2023 11:31 AM - PHONE Note 40**
Claim/Event/Leave: 10784870
NoteSubject : Called Other
Other Subject :
Text: [08/29/2023 - GRAVES, JOSHUA]LVM FOR JOHN DREISER, ASC ATTORNEY, ADVISED WE NEER RECVD AN APPEAL REQUEST 5/1/2023 AS MENTIONED IN LETTER RECVD. ADVISED IF APPEAL IS NEEDED WE NEED A LETTER OR NOTICE STATIS THE CLAIMANT WOULD LIKE TO APPEAL HER CLAIM.ONCE RECVD CLAIM WILL BE REFERRED TO APPEAL DEPT FOR FURTHER ASSESSMENT. ADVISED IF ANY FURTHER QUESTIONS F/U[08/29/2023 - GRAVES, JOSHUA]STATING**

**08/10/2023 8:50 PM - CLAIM Note 71**
Claim/Event/Leave: 10784870
NoteSubject : OP/Collections
Other Subject : SCORE REFERRAL
Text: 8/10/2023 - REFERRED TO COLLECTIONS UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**08/10/2023 8:25 AM - OVERPMT Note 7**
Claim/Event/Leave: 10784870
NoteSubject : OP/Collections
Other Subject : REFERRAL
Text: [08/10/2023 - PATTON, LAURA]CLAIMANT/ATTORNEY HAS BEEN UNRESPONSIVE TO LETTERS AND RECOVERY ATTEMPTS, THEREFORE CLAIM IS BEING REFERRED TO COLLECTIONS AT THIS TIME IN ATTEMPT TO RECOVER THE OP DUE OF $8,008.53

**07/13/2023 11:27 AM - OVERPMT Note 6**
Claim/Event/Leave: 10784870
NoteSubject : OP/Refund
Other Subject : LETTER TO ATTY
Text: [07/13/2023 - PATTON, LAURA]CLAIM HAS REMAINED CLOSED W OP BAL STILL DUE $ $8,008.53. LETTER SENT TO ATTORNEY REQUESTING PYMT ON BEHALF OF REBEKAH LATOUR REQUESTING REFUND CHECK OR REPAY PLAN DUE BY 08/03/2023, IF NO RESPONSE, FILE WILL BE REFERRED TO COLLECTIONS. IF CLAIMANT CALLS, PLEASE TRANSFER TO REBEKAH LATOUR 1-888-437-7611 X15917

**01/27/2023 9:51 AM - PHONE Note 39**

**01/27/2023 9:51 AM - PHONE Note 39**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [01/27/2023 - SMITH, TARSHA]EE CLLD FOR W2 STATUS. ADV EE W2S WILL BE MAILED BY 01/31 PLS ALLOW 10 ADDL BUS DAYS TO RECV.

**01/11/2023 7:28 AM - CLAIM Note 70**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : FILE COPY
Text: [01/11/2023 - KEEFER, DAWN]FILE COPY REQUEST FOR ALL DOCUMENTS & LETTERS IN DOC LIST AND CORRESPONDENCE LINK HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED JOHN@FARMERDREISER.COM

**01/10/2023 1:01 PM - CLAIM Note 69**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : FILE RESEND
Text: [01/10/2023 - NILES, CATHY]REQUEST TO RESEND THE CLAIM FILE LINK HAS BEEN COMPLETED. SENT TO EMAIL JOHN@FARMERDREISER.COM THRU ONEDRIVE.

**01/09/2023 9:49 AM - CLAIM Note 68**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : FILE COPY
Text: [01/09/2023 - NILES, CATHY]REQUEST TO SEND A COPY OF THE POLICY ONLY HAS BEEN COMPLETED. SENT TO EMAIL JOHN@FARMERDREISER.COM THRU ONEDRIVE.

**01/09/2023 8:54 AM - CLAIM Note 67**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/09/2023 - SRP042, SRP042]INVOICE RECEIVED FROM RELEASEPOINT. , INV #718249, IN THE AMOUNT OF $416.49 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**01/03/2023 12:17 PM - CLAIM Note 66**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject :
Text: [01/03/2023 - GRAVES, JOSHUA]PER ATTORNEYS REQUEST OF LTD POLICY, SENT EMAIL TO CLAIMSHOADMIN@LFG.COM FOR COMPLETION

**12/28/2022 2:58 PM - OVERPMT Note 5**
Claim/Event/Leave: 10784870
NoteSubject : OP/Refund
Other Subject : LETTER SENT TO CLMT
Text: [12/28/2022 - PATTON, LAURA]SENT CLOSED CLAIM OP LETTER TO EE ON BEHALF OF REBEKAH LATOUR REQUESTING REFUND CHECK OR REPAY PLAN FOR THE OP DUE OF $8008.53 DUE BY 01/18/2023, IF NO RESPONSE, FILE WILL BE REFERRED TO COLLECTIONS. IF CLAIMANT CALLS PLEASE TRANSFER TO REBEKAH LATOUR 1-888-437-7611 X 15917

**12/12/2022 6:28 PM - CLAIM Note 65**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/12/2022 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 12/07/2022 AND DATED 11/29/2022 FROM STATCARE NO INVOICE NUMBER IN THE AMOUNT OF $55.38 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**12/06/2022 8:51 PM - CLAIM Note 64**
Claim/Event/Leave: 10784870
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/6/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SOUTH, SARAH. CLAIM/AS EVENT IS PENDING REVIEW.

**12/06/2022 8:50 PM - CLAIM Note 63**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/6/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/06/2022 4:38 PM - PHONE Note 38**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :
Text: [12/06/2022 - GRAVES, JOSHUA]LVM FOR RTC TO PROVIDE CLAIM UPDATES REGARDING AO DETERMINATION

**12/06/2022 3:43 PM - CLAIM Note 62**
Claim/Event/Leave: 10784870
NoteSubject : Closed
Other Subject :
Text: [12/06/2022 - MAGGIORE, ANGELO]AGREE WITH DETERMINATION BASED ON FILE DOCUMENTATION

**12/06/2022 3:21 PM - CLAIM Note 61**
Claim/Event/Leave: 10784870
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [12/06/2022 - GRAVES, JOSHUA]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 DX: RIGHT KNEE PAIN (M25.561) GAIT ABNORMALITY (R24.9) CO MORBS: DIABETES WITH DIABETIC NEUROPATHY (E11.40) OBESITY (E66.01) BASED ON COMPLETED PEER REVIEW AND TSA WITH ALT OCC FOUND DCM RECOMMEND CLOSE NOT TD AO [12/06/2022 - GRAVES, JOSHUA]***WITH APC

**12/06/2022 2:31 PM - CLAIM Note 60**
Claim/Event/Leave: 10784870
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/06/2022 - SOUTH, SARAH]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL.

**12/02/2022 9:12 AM - CLAIM Note 59**
Claim/Event/Leave: 10784870
NoteSubject : Voc Rehab
Other Subject : TSA NOT COMPLETED
Text: [12/02/2022 - SOUTH, SARAH]VRC UNABLE TO CLARIFY WITH DCM RESTRICTIONS & LIMITATIONS TO USE IN TSA. DCM OUT OF OFFICE. REFERRAL TO CLOSE AT THIS TIME.

**12/01/2022 2:37 PM - PHONE Note 37**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [12/01/2022 - MASSARO, TIFFANY]ASC CALLED BACK, CONFIRMED IT IS DR GABRIEL GREEN. REVIEWED RP AND CONFIRMED THAT REQUEST IS STILL ACTIVE AND RP DID CONTACT OFFICE YESTERDAY ADVISING MEDS PENDING AP COMPLETING FORM. ASC ASKED WHAT IT MEANS THAT HER ERTW IS 12/12 PER THE PORTAL. ADVISED THAT IS THE CID. EXPLAINED CID IN DETAIL. ASC ADVISED SHE GETS SO TIRED, ALMOST FALL ASLEEP DRIVING, SHE IS SCARED AND DR GREEN IS TRYING ALL THIS OTHER STUFF. CONSIDERING CHANGING SLEEP DRS AGAIN. ADVISED TO KEEPPOSTED IF ANY CHANGE.ADVISED CS WILL KEEP HER POSTED ON STATUS

**12/01/2022 1:20 PM - PHONE Note 36**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject : DR INFO
Text: [12/01/2022 - MASSARO, TIFFANY]ASSIGNED CS RECD VMX FROM ASC ON THIS DATE - STATING SHE REVIEWED (??? - UNABLE TO UNDERSTAND DR NAME) PORTAL AND SAW NO RECORDS WERE SENT AND SHE CONFIRMED W/OFFICE NO REQ WAS SENT. ADVISED THE T: 865888831 F: 8655888841 --- CALLED BACK ASC, LEFT VMX FOR @ ADVISING THAT UNABLE TO UNDERSTAND DRS NAME, AND NUMBER DIDN'T MATCH ANY IN LINK, ADVISED MED REQS SENT THRU RP BUT REQD ASC CALL ME BACK AND VERIFY WHICH DR SO I CAN CONFIRM IF A REQ WAS SENT

**11/30/2022 8:51 PM - CLAIM Note 58**
Claim/Event/Leave: 10784870
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 11/30/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SOUTH, SARAH. CLAIM/AS EVENT IS PENDING REVIEW.

**11/29/2022 8:51 PM - CLAIM Note 57**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/29/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**11/29/2022 3:35 PM - CLAIM Note 56**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Voc Rehab
Other Subject : TSA
Text: [11/29/2022 - GRAVES, JOSHUA]BASED ON CP REVIEW, RESTRICTIONS AND LIMITATIONS OF MOSTLY SITTING WITH OCCASIONAL STANDING OR WALKING WITH AN ASSISTIVE DEVICE AS NEEDED AND LIFTING LIMITED TO 10 POUNDS. DCM RECOMMEND TSA FOR CID DETERM

**11/23/2022 3:12 PM - PHONE Note 35**
Claim/Event/Leave: 10784870
NoteSubject : EE Called

Other Subject :
Text: [11/23/2022 - GRAVES, JOSHUA]CX NO MEDICAL FROM PULMONARY DR. GABRIEL ADVISED REQUEST SENT THRU RP 9/8/22 WITH CX MRR RECVD FROM AP 9/13/22. CONFERENCED AP GABRIEL MR DEPT SW JENNIFER CX MRR IS STILL PENDING IN THEIR SYSTEM. ADVISED IT HAS BEEN 2 MONTHS AND THE RECORDS ARE NEEDED ASAP. JENNIFER REQUESTED TO RESEND MRR TO (865) 588-8841 AND WILL HAVE COMPLETED BY 11/29/22. THANKED REP. ADVISED ASC WILL TOUCH BASE ONCE MR RECVD AND CLAIM HAS BEEN REFERRED FOR ONGOING CLINICAL REVIEW

**11/21/2022 11:14 AM - CLAIM Note 55**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : PM&R FFR
Text: [11/21/2022 - GRAVES, JOSHUA]BASED ON ALL UPDATED MR AND PRIOR M1 SUGGESTIONS REFERRED CLAIM FOR PM&R FFR TO CX ONGOING R/L'S AND IF CONT TO SUPPORT FOR CID?

**11/03/2022 2:39 PM - CLAIM Note 54**
Claim/Event/Leave: 10784870
NoteSubject : LTR to AP
Other Subject :
Text: [11/03/2022 - GRAVES, JOSHUA]SENT ADDITIONAL MMR THRU RP TO UPDATED PROVIDERS EDMUNDS GASTRO, DR. FREEMAN, DR. CHUNG, UNIVERSITY SURGEONS ASSOCIATES

**11/03/2022 2:20 PM - PHONE Note 34**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [11/03/2022 - GRAVES, JOSHUA]ASC TESTED FOR SPOT ON NOSE DX WITH BASIL CELL CANCER HAD REMOVED 10/31/22 NOV: 11/7/22 STITCHES REMOVAL DR. CHUNG DERMATOLOGIST ASC ADVISED THERE SHOULD NOT BE ANY FURTHER VISITS NEEDED AFTER. ASC WILL SEE DR. CATES NOV:11/17/22 TELEHEALTH. DR. CATES ADVISED LOST 10% OF ROM IN KNEE CAN'T BEND BACK. ASC CX LOV WITH AP COLLINS 8/31 PER MR RECVD ANY OTHER VISITS WILL BE FOR MED REFILLS. NO LONGER TX W/DR. CATES, DR. COOPER, DR. NODIT RETIRED. CX ASC UPDATED AP LIST RECVD AND WILL REVIEW AND SEND MRR TO ANY OTHER PROVIDERS. ADV WILL HAVE CLAIM FURTHER REVIEWED ONCE UPDATED MR RECVD

**10/05/2022 5:23 PM - PHONE Note 33**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :
Text: [10/05/2022 - GRAVES, JOSHUA]ASC WILL SEE DR. CATES 10/6/22, ASC WILL SEE DR. KLEPPE 10/12/22 ASC HAD STOMACH SURGERY 5/2021 AND 5/2022 FOR HERNIA THAT WAS UP THRU CHEST SINCE SURGERY ASC WAS HAVING ISSUES WITH SWALLOWING AND HAD ADDITIONAL TEST ANDWILL F/U FOR RESULTS REVIEW, DR. EDMONDS GI SPECIALIST FIRST VISIT 10/13/22(ASC NOT TREATING WITH DR. GULATI LISTED ON CIF), ASC WILL SEE DR. MICHAEL FREEMAN IN NOVEMBER. ASC ADVISED PRIMARY CONDITIONS ARE WITH HER STOMACH AND KNEES WHICH ASC IS TREATING WITH DR. CATES FOR KNEES. ASC NO LONGER TREATING WITH DR. MCGUIRE WHO COMPLETED CATARAC SURGERY ASC WILL NOW SEE DR. LUCA OPTOMETRY PH 4234725401 LOV: A FEW WEEKS AGO NOV: NOT SCHEDULED. TYPICAL DAY FOR ASC INCLUDES CLEAN AROUND HOUSE, WASH DISHES, SWEEP, CAN DRIVE SOME BUT HAVE TO BE CAREFUL DUE TO SLEEP APNEA, AND DON'T DRIVE FAR, ORDER GROCERIES ONLINE. ASC ADVISED THERE ARE NO PLANS FOR RTW AT THIS TIME SHE IS HAVING DIFFICULTY WITH STAYING AWAKE AT RANDOM TIMES, FALLS ASLEEP WHILE WATCHING TV UNKNOWINGLY, NODS OFF AT RED LIGHTS AND REMEMBERS NODDING OFF WHILE SHE WAS WORKING ON REGISTER. ASC ADVISED AP DOES NOT WANT HER TO BE ON ANY MEDICATION AT THIS TIME FOR SLEEP APNEA (IDIOPATHIC INSOMNIA DIAGNOSED BY DR. CHANDRA, ASC TREATING WITH DR. GABRIEL FOR SLEEP APNEA AT THIS TIME ASC RECENTLY STARTED BACK ON CPAP). ASC ADVISED WAS TERMINATED IN 2021. ASC AWARDED SSDI. REQUESTED ASC SEND UPDATED CIF ONLY LISTING PROVIDERS SHE IS TREATING WITH AS PRIOR FORMS HAVESEVERAL PROVIDERS SHE IS NO LONGER SEEING A LOT OF THEM. REVISITED CID ADVISED FORMS RECVD BUT NEED UPDATED MEDICAL AS REQUESTED ASC UNDERSTOOD AND THANKED

**10/05/2022 5:00 PM - CLAIM Note 53**
Claim/Event/Leave: 10784870
NoteSubject : Notice/Proof Review
Other Subject : DUE NOV 2022
Text: [10/05/2022 - GRAVES, JOSHUA]PLACED ASC ON NP FOR MR TO EVAL CID REVIEW NP DUE 11/18/22 DAY 45, 12/18/22 DAY 75[10/05/2022 - GRAVES, JOSHUA].

**10/05/2022 4:52 PM - CLAIM Note 52**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject :
Text: [10/05/2022 - GRAVES, JOSHUA]RECVD MR FROM TIMOTHY COLLINS DOS 8/31/22, MR FROM DR. DINU NODIT DOS 1/25/21-10/21/21 INCLUDING LABS DOS 4/2021-10/21/21, STILL AWAITING MR FROM DR. CATES DOS 5/1/22-PRESENT AS OF 10/4/22 PER RP MRR RESENT, STILL NEED MRFROM CHATTANOOGA HEART & RHYTHM CENTER PER RP REQUESTED ITEMS NOT RECEIVED WE RECEIVED ALL OUT OF SCOPE MEDICAL RECORDS DATED FROM 10/11/18 TO 10/01/20. PLEASE REQUEST FOR MEDICAL RECORDS WITHIN SCOPE 1/1/22 TO PRESENT SEEN BY CHATTANOOGA HEART & RHYTHM CENTER, STILL NEED MR FROM DR. GABRIEL PER RP WILL CONTINUE PHONE AND FAX FOLLOW-UP UNTIL RECORDS ARE RELEASED: ** PER RESPONSE, THEY WERE AWAITING ON PHYSICIAN TO FILL OUT OR DENY FORM/REQUEST, STILL NEED MR FROM UNIVERSITY ORTHOPAEDIC SURGEONS PER RP ** RESENDING TO THE FAX PROVIDED AS FACILITY ONLY RECEIVED REQUEST FOR STATUS, STILL NEED MR FROM ADVANCED CENTER FOR SLEEP DISORDERS REQUEST WAS

RECEIVED REQUEST FOR STATUS, STILL NEED MR FROM ADVANCED CENTER FOR SLEEP DISORDERS REQUEST WAS SUSPENDED THRU RP AS MESSAGE NOTES BE ADVISED, WE SPOKE WITH MARK WHO CONFIRMED NO RECORDS FORTHE SCOPE USING PATIETN'S NAME AND DATE OF BIRTH AS PATIENT WAS LAST SEEN ON 10/28/2019. WE HAVE DETERMINED THAT WE ARE AT THE RIGHT LOCATION WHERE TO REQUEST THE RECORDS. PLEASE ADVISE US ON HOW TO PROCEED. THANK YOU. REBECCA

**09/13/2022 3:43 PM - CLAIM Note 51**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [09/13/2022 - MAGGIORE, ANGELO]ON N&P UPON RECEIPT OF REMAINING REQUESTED MEDICAL INFO, SUGGEST CP FFR FOR CID

**09/08/2022 12:38 PM - CLAIM Note 50**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW AO JAN 2023
Text: [09/08/2022 - GRAVES, JOSHUA]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20. BASED ON PRIOR BPIA AND UPDATES FROM ASC DCM REQUESTED MEDIAL RECORDS FROM ALL TREATING PROVIDERS FOR ONGOING CLINICAL REVIEW FOR CLARITY ON ONGOING R/L'S ACTION PLAN 1. GATHER ALL UPDATED MRFOR CLINICAL FOR CLARITY OF ONGOING R/L'S TO SUPPORT ONGOING/AO DETERMINATION

**09/08/2022 12:29 PM - CLAIM Note 49**
Claim/Event/Leave: 10784870
NoteSubject : LTR to AP
Other Subject :
Text: [09/08/2022 - GRAVES, JOSHUA]SENT MRR TO DR. CHANDRA, DR. COLLINS, DR. GABRIEL, DR. CATES, DR. NODIT, DR. HOLT, DR. COOPER INCLUDING R/L'S FORM REQUEST

**08/01/2022 8:50 PM - CLAIM Note 48**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**07/28/2022 12:04 PM - CLAIM Note 47**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/28/2022 - MAGGIORE, ANGELO]AGREE WITH ACTION PLAN IN PLACE FOR CID

**07/18/2022 10:28 AM - CLAIM Note 46**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/18/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #716944, IN THE AMOUNT OF $112.49 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**07/06/2022 11:22 AM - PHONE Note 32**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [07/06/2022 - GRAVES, JOSHUA]ASC ADVISED SHE WAS TREATING WITH AND DR. JEFFREY JORDAN PH: 9313594372 LAST SEEN ABOUT A YEAR AGO AND PUPILS GET LARGE CONSISTENTLY AND CAUSES LIGHT TO REACH CATARACT AND CAN'T SEE EVEN WITH THE USE OF HER GLASSES. ASC BARELY DRIVES DUE TO NOT BEING ABLE TO SEE WELL. ASC BELIEVES THIS WOULD ALSO PREVENT HER FROM WORKING DUE TO BEING UNABLE TO SEE WELL. ASC ADVISED AP RECOMMENDED THE ONLY THING THAT COULD BE DONE IS AN ADDITIONAL SX BUT THE RISK OF BLINDNESS AND ASC DOES NOT WANT TO TAKE THAT RISK. ASC ADVISED THIS ISSUE IS A RESULT OF A CATARACT SX IN 2018. ADVISED ASC WILL GATHER THOSE RECORDS PER REQUEST

**06/22/2022 10:04 AM - PHONE Note 31**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [06/22/2022 - GRAVES, JOSHUA]ASC HAD SLEEP STUDY TEST ABOUT A WEEK AGO WITH DR. GABRIEL PULMONARY AND SLEEP. ASC WILL NEED CPAP MACHINE AP ORDERED BUT THERE IS A RECALL/BACK ORDER ON HERS SO SHE IS AWAITING F/U TO PICK UP MACHINE AND SCHEDULE A F/U VISIT WITH AP GABRIEL. ADVISED ASC WILL TOUCH BASE FOR FURTHER MED/TX UPDATES AND WILL GATHER ALL UPDATED MR FOR FURTHER CLAIM REVIEW

**05/06/2022 10:41 AM - PHONE Note 30**
Claim/Event/Leave: 10784870
NoteSubject : Called EE

Other Subject :
Text: [05/06/2022 - GRAVES, JOSHUA]SW ASC ADVISED OF CID DATE ADVISED CLAIM WILL BE EVALUATED FROM AN AO STANDPOINT. ADV ASC WILL TOUCH BASE AROUND AUG FOR FULL MEDICAL AND TX UPDATES WILL GATHER MEDICAL RECORDS FOR FURTHER ASSESSMENT IF NO RTW. ADVISED ASC WILL RECV CID LETTER WITH FORMS THAT NEEDS TO BE COMPLETED AND RETURNED ASC UNDERSTOOD AND THANKED

**05/06/2022 10:39 AM - CLAIM Note 45**
Claim/Event/Leave: 10784870
NoteSubject : LTR to EE
Other Subject :
Text: [05/06/2022 - GRAVES, JOSHUA]SENT CID LETTER

**05/05/2022 4:31 PM - CLAIM Note 44**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO AUG 2022
Text: [05/05/2022 - GRAVES, JOSHUA]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20. BASED ON RECENT UPDATE FROM ASC AND MR RECVD ASC HAS BEEN SCHEDULED FOR ADDITIONAL SURGERY 5/18/22 AS ASC HAS BEEN CLEARED BY CARDIO. DCM WILL CONT F/U TO CX SCHEDULED SX AND F/U THEREAFTER FOR ONGOING TX AND MEDICAL UPDATES. GATHER ALL UPDATED MR AND OP REPORTS

**05/04/2022 3:01 PM - PHONE Note 29**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [05/04/2022 - GRAVES, JOSHUA]ASC ADVISED SEEN CARDIOLOGIST AND CLEARED FOR SURGERY HAS 1 HEART BLOCKAGE ONLY SHOWED 30% ON TESTING WHICH IS GREAT. ASC ADVISED SHE WILL HAVE HERNIA REPAIR AROUND 5/18/22. WILL SEE DR. COLLINS 5/11/2022. ASC ADVISED SHEWILL TRY TO GET A NEW PROVIDER FOR THE CPAP AS SHE IS STARTING TO WAKE UP FEELING LIKE SHE CAN'T BREATHE FOR A MOMENT. ASC ADVISED SHE STILL I SNOT DRIVING BC SHE RANDOMLY FALLS ASLEEP AND DOESN'T REALIZE IT AT TIMES. ADVISED ASC OF UPDATED MR RECVDAND ADVISED WILL FURTHER F/U AFTER SX TO GATHER ALL UPDATED MR AN DINFORMATION

**04/26/2022 9:40 AM - CLAIM Note 43**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/26/2022 - GRAVES, JOSHUA]RECVD MR FROM DR. CATES AND DR. STUAT BRESEE. SENT ATI AUTH FORM TO ASC AS FACILITY REQUESTED THEIR FORM TO BE COMPLETED. STILL AWAITING MR FORM AP TIMOTHY COLLINS IN WHICH MESSAGE FROM RP ADVISES ( 04/19/2022 8:54 AM (CT) TIME @PROVIDER: 9:54 AM (ET)CONTACT: DEBBY NOTE: SPOKE TO DEBBY: REQUEST RECEIVED: PHYSICIAN CONFIRMED: TOUCH 2 STATUS CHECK - RELEASEPOINT WILL CONTINUE PHONE AND FAX FOLLOW-UP UNTIL RECORDS ARE RELEASED: ** I CALLED 4232630722 AND SPOKE TO DEBBY. THEY VERIFIED THAT THEY RECEIVED OUR REQUEST. THEY CONFIRMED THAT WE REACHED THE FACILITY NAME AND ADDRESS IN PROVIDER INFO AND DOCTOR'S ON STAFF. THEY PROCESS THE RECORDS FOR THE ORIGINAL LOCATION. IT WILL TAKE A COUPLE OF WEEKS TO PROCESS THE REQUEST.)

**04/12/2022 11:59 AM - CLAIM Note 42**
Claim/Event/Leave: 10784870
NoteSubject : LTR to AP
Other Subject :
Text: [04/12/2022 - GRAVES, JOSHUA]SENT MRR THRU RP TO ATI PT DOS 1/1/22-PRESENT, DR. COLLINS 1/1/22-PRESENT, DR. CATES 3/17/22-PRESENT, AND DR. DRESEE 4/4/22-PRESENT INCLUDING R/L'S FORM FROM ALL

**04/12/2022 11:58 AM - PHONE Note 28**
Claim/Event/Leave: 10784870
NoteSubject : Called AP
Other Subject :
Text: [04/12/2022 - GRAVES, JOSHUA]SW REP AT ATI FAX: (423) 744-1378

**04/12/2022 11:45 AM - PHONE Note 27**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [04/12/2022 - GRAVES, JOSHUA]ASC ADVISED NO CHANGES WITH KNEE CONTINUED STIFFNESS, PAIN, CAN T COMPLETELY BEND, POOR ROM, SWOLLEN. NO THERAPY AT THIS TIME AS COMPLETED ABT 6 WEEKS ATI PHYSICAL THERAPY PH: 4232521637 STARTED IN JANUARY. NO IMPROVEMENT. ASC LOV 3/17/22 W/KATRINA ABERDEEN, NP FOR DR. CATES NOV IN MAY. ASC ADVISED SHE GOT SICK. ASC HAD HERNIA REPAIR LAST MAY AND NOT CHEST HAS BEEN BOTHERING HER AND NOW SHE HAS A SMALL HIATAL HERNIA THAT GOES INTO HER ESOPHAGUS SX WAS SCHEDULED FOR4/27/22 BUT WAS ADVISED NEED TO SEE CARDIOLOGIST FIRST SO WILL BE RESCHEDULED BASED ON HEART TEST. ASC NEW CARDIOLOGIST, DR. STUART DRESEE PH: 8655442800 FAX: 8655446812 FOV: 4/5/22 AND WILL HAVE LEFT HEART CATH POSSIBLE CTA STENT ON 4/25/22. ASC HASBLOCKED ARTERY IN NECK. FAMILY HISTORY OF HEART ISSUES. ASC TREATING WITH CLONAZEPAM AND PROZAC FOR M/N DR. TIMOTHY COLLINS SEEN SOMETIME THIS YEAR UNSURE EXACT DATE. ASC TREATS WITH DR. NOODIT, NEUROLOGIST FOUND MUSCLE DISEASE IN HER LEGS. ASC BELIEVES MAY BE THE

REASON HER KNEE IS NOT HEALING THE WAY IT SHOULD. ASC IS PLANNING TO F/U TO SCHEDULE A VISIT. ADVISED ASC BASED ON MEDICAL AND TX UPDATES WILL REACH OUT TO LISTED PROVIDERS FOR UPDATED MR AND WILL FU ONCE RECVD AND REVIEWED ASC UNDERSTOOD AND THANKED

**04/12/2022 11:24 AM - PHONE Note 26**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [04/12/2022 - GRAVES, JOSHUA]ASC LVM 4/11/22 RTC LVM FOR F/U ADVISED HER VM IS MESSED UP AND CAN'T HEAR THEM. CALLED ASC LVM FOR RTC NEED MEDICAL UPDATES

**04/11/2022 3:19 PM - PHONE Note 25**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :
Text: [04/11/2022 - GRAVES, JOSHUA]LVM FOR RTC TO DISCUSS FULL MEDICAL AND TREATMENT UPDATES, CX ALL TREATING PROVIDERS

**02/14/2022 6:00 PM - CLAIM Note 41**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO APR 2022
Text: [02/14/2022 - DELGADO, KEITH]ASC IS 56 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC REFERRED TO GASTROENTEROLOGY FOR CONTINUED STOMACH PAIN. ASC TO UNDERGO KNEE REPLACEMENT OCT 2021. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE HIATAL HERNIA REPAIR MAY 2021, MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONIC REFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. SSDI APPROVED., OFFSET IN PLACE, OP MANAGED BY FRS. DCM ATTEMPTING TO GET UPDATE ON PROVIDERS AND ONGOING TX PLAN. ACTION PLAN: RTW OO APR 2022 1. GET UPDATE FROM ASC 2. OBTAIN MEDICAL IF NO RTW PLANS

**02/14/2022 5:59 PM - CLAIM Note 40**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO APR 2022
Text: [02/14/2022 - DELGADO, KEITH]ASC IS 56 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC REFERRED TO GASTROENTEROLOGY FOR CONTINUED STOMACH PAIN. ASC TO UNDERGO KNEE REPLACEMENT OCT 2021. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE HIATAL HERNIA REPAIR MAY 2021, MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONIC REFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. SSDI IS PENDING. DCM ATTEMPTING TO GET UPDATE ON PROVIDERS AND ONGOING TX PLAN. ACTION PLAN: RTW OO APR 2022 1. GET UPDATE FROM ASC 2. OBTAIN MEDICAL IF NO RTW PLANS

**02/11/2022 3:40 PM - PHONE Note 24**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject : LVM
Text: [02/11/2022 - DELGADO, KEITH]CALLED ASC TO GET UPDATE ON RECENT OV WITH AP CATES AND ONGOING TX. NO ANSWER AND CALL WENT TO VM. DCM LVM FOR ASC AND PROVIDED ADCM CONTACT INFO FOR A C/B.

**02/07/2022 11:25 AM - PHONE Note 23**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [02/07/2022 - DELGADO, KEITH]ASC CALLED. WANTED TO KNOW WHEN BR WOULD START FOR OP. DCM CONFIRMED MOST RECENT PAYMENT WAS BEING APPLIED TO OP, SO AS OF NOW AND GOING FORWARD, LTD BEN IS GOING TOWARDS OP. ASC UNDERSTOOD, THANKED DCM, HAD NFQ, AND ENDED CALL.

**01/31/2022 10:44 AM - OVERPMT Note 4**
Claim/Event/Leave: 10784870
NoteSubject : OP/SS
Other Subject : CALL FROM CLAIMANT
Text: [01/31/2022 - RUGH, TAMMY]CALL RCVD FROM CLAIMANT TO DISCUSS OVP. CLAIMANT ADVISED SPENT ALL RETRO ON HOSPITAL AND DOCTOR BILLS AND HAS NOTHING REMAINING AND WOULD LIKE FULL B/R. ASKED IF COULD SEND IN ADDITIONAL $100.00 MONTHLY AND CLAIMANT ADVISEDCOULD NOT. ADVISED CAN DO FULL B/R HOWEVER IF CAN PAY OFF OR PAY ADDITIONAL TO CALL. ADVISED IF CLAIM CLOSES OVP DUE IN FULL. CLAIMANT STATED U/S THANKED AND CALL ENDED.

**01/31/2022 10:38 AM - PHONE Note 22**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [01/31/2022 - DELGADO, KEITH]ASC CALLED. ADVISED SHE HAD HER MANIPULATION ON 1/27. ASC SAID SHE IS STILL

FEELING THE SAME PAIN AS BEFORE THE MANIPULATION. ASC SAID SHE HAS HER F/U WITH AP CATES ON 2/1. ASC SAID SHE WAS ACTUALLY CALLING TO SPEAK WITHFRS ABOUT THE OP. DCM OFFERED TO TRANSFER ASC TO FRS AND ASC AGREED. TRANSFER COMPLETED.

**01/12/2022 12:14 PM - OVERPMT Note 3**
Claim/Event/Leave: 10784870
NoteSubject : OP/SS
Other Subject : CALL TO CLAIMANT
Text: [01/12/2022 - RUGH, TAMMY]VOICEMAIL FROM CLAIMANT RCVD ASKING FOR RTC BUT DID NOT INDICATE ANY QUESTIONS. CALLED CLAIMANT BACK AT ( AND LVM PROVIDING CALL BACK NUMBER FOR QUESTIONS ON OVP.

**01/04/2022 2:12 PM - OVERPMT Note 2**
Claim/Event/Leave: 10784870
NoteSubject : OP/SS
Other Subject : CREATED
Text: [01/04/2022 - SMITH, TAMMY]*******************ON BEHALF OF TAMMY RUGH******************THE OVERPAYMENT DUE IS $11,521.61 FOR THE PERIOD OF 12/12/20 THRU 12/24/21. ASSOCIATE WAS ORIGINALLY PAID $19,276.65. PAY WAS RECALCULATED DUE TO SS DISABILITY AND ASSOCIATE SHOULD HAVE BEEN PAID $4,102.54. DETAILED OP LETTER SENT TO ASSOCIATE REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.

**12/29/2021 8:50 PM - CLAIM Note 39**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO TAMMY RUGH.

**12/29/2021 8:50 PM - CLAIM Note 38**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SSDI NOA IN DOC LIST.

**12/29/2021 9:11 AM - OVERPMT Note 1**
Claim/Event/Leave: 10784870
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: [12/29/2021 - RUGH, TAMMY]AWARD LETTER RECD FROM CLAIMANT. DOE 12/2020 $1212.00, 01/2021 $1218.00 CAE, 12/2021 $1290.00 COLA. RETRO OF $14,610.00 W/ $3652.50 ATTORNEY FEES DEDUCTED. NO ELIG DEPS. APPLIED SSDB OFFSET OF $1212.00 THROUGH 12/31/2020 AND CAE OFFSET OF $1218 01/2021. SET F/U TASK TO COMPLETE CALC

**12/28/2021 9:34 PM - CLAIM Note 37**
Claim/Event/Leave: 10784870
NoteSubject : Social Security
Other Subject : AWARDED
Text: [12/28/2021 - DELGADO, KEITH]REC'D SSDI AWARD LETTER FROM ASC

**12/17/2021 3:17 PM - PHONE Note 21**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [12/17/2021 - DELGADO, KEITH]ASC CALLED AND LVM FOR DCM. ADVISED SHE REC'D A LETTER FROM SSDI AND WANTED A C/B. DCM RETURNED CALL TO ASC. ASC WILL HAVE A KNEE MANIPULATION UNDER ANESTHESIA 1/27/22. THIS IS BECAUSE THE SCAR TISSUE BUILT UP TOO QUICKLY. ASC SAID SHE WAS AWARDED SSDI AND HASN'T REC'D ACTUAL AWARD LETTER YET, BUT DID SUBMIT BENEFIT VERIFICATION LETTER. DCM CONFIRMED RECEIPT OF THAT LETTER, BUT AWARD LETTER WILL BE NEEDED FOR OP AND ONGOING OFFSET. ADVISED OF FRS INVOLVEMENT OO. ASCUNDERSTOOD. ASC ASKED HOW LONG LTD BENEFITS LAST AND DCM EXPLAINED OO VS AO. ASC UNDERSTOOD. DCM EXPLAINED F/U WOULD BE AFTER THE MANIPULATION. ASC UNDERSTOOD, HAD NFQ, THANKED, AND ENDED CALL.

**11/29/2021 2:53 PM - PHONE Note 20**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [11/29/2021 - DELGADO, KEITH]ASC CALLED. ASC WANTED TO GET UPDATE ON HER PAY. DCM EXPLAINED PAY HAS ISSUED OUT, MAY JUST BE A FEW DAYS LATER THAN NORMAL DUE TO THANKSGIVING. ASC UNDERSTOOD. DCM ASKED HOW RECOVERY FROM KNEE SX HAS BEEN GOING. ACS IS DOING PT 3X A WEEK. ASC SAID SHE ALMOST FEELS LIKE SHE WOULD RATHER NOT HAVE HAD IT DONE. ASC SAID SHE ISN'T PROGRESSING LIKE SHE SHOULD AND SHE CONTINUES TO HAVE A LOT OF PAIN. ASC WILL BE GETTING ANOTHER MRI ON 12/8 TO TRY AND FIND OUT WHY SHE IS STILL HAVING CONTINUED PAIN. F/U SET FOR 12/10 WITH AP CATES. ASC SAID SHE STILL HASN'T HEARD ANYTHING FROM SSDI AS OF YET. ASC HASN'T REC'D ANY PAYMENT OR LETTER FROM SSDI. DCM ADVISED ASC TO F/U IF SOMETHING IS HEARD, BUT DCM WOULD F/U WITH ASC IN JANUARY. ASC UNDERSTOOD, THANKED DCM, AND ENDED CALL.

**11/10/2021 9:38 AM - PHONE Note 19**

Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [11/10/2021 - DELGADO, KEITH]ASC CALLED. ASC SAID SHE HAD HER HEARING WITH SSDI YESTERDAY AND THINKS SHE WAS APPROVED. ASC WANTED TO KNOW THE NEXT STEPS. DCM EXPLAINED IF SSDI IS AWARDED, COPY OF AWARD LETTER WOULD BE NEEDED AS SOON AS POSSIBLE. ASCUNDERSTOOD. ASC ASKED HOW OP WORKED AND DCM EXPLAINED POTENTIAL RETRO BENEFIT AND FRS INVOLVEMENT. ASC UNDERSTOOD. ASC THANKED DCM FOR THE CLARIFICATION AND ENDED CALL.

**10/05/2021 4:29 PM - CLAIM Note 36**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2022
Text: [10/05/2021 - DELGADO, KEITH]ASC IS 56 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC REFERRED TO GASTROENTEROLOGY FOR CONTINUED STOMACH PAIN. ASC TO UNDERGO KNEE REPLACEMENT OCT 2021. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE HIATAL HERNIA REPAIR MAY 2021, MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONIC REFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. SSDI IS PENDING. ACTION PLAN: RTW OO JAN 2022 1. MONITOR RECOVERY AFTER KNEE REPLACEMENT 2. OBTAIN MEDICAL IF NO RTW PLANS FORASC

**09/07/2021 10:08 AM - PHONE Note 18**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [09/07/2021 - DELGADO, KEITH]ASC CALLED. ASC WANTED TO KNOW IF BENEFIT WAS ISSUED BECAUSE SHE HASN'T REC'D IT YET. DCM CONFIRMED ISSUANCE AND DUE TO LABOR DYA HOLIDAY, MAY BE A DAY OR TWO LATER THAN NORMAL. ASC UNDERSTOOD, THANKED DCM, AND ENDED CALL.

**09/03/2021 12:39 PM - PHONE Note 17**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [09/03/2021 - DELGADO, KEITH]ASC CALLED AND LVM FOR DCM. ADVISED SHE RECENTLY SAW AP CATES AND ASC HAS BEEN SCHEDULED FOR RIGHT KNEE REPLACEMENT ON 10/5/21. DCM RETURNED CALL TO ASC. DCM CONFIRMED WITH ASC THAT VM WAS REC'D AND SX HAS BEEN NOTATED INCLAIM. DCM ASKED ABOUT SSDI AND ASC SAID SHE HAS A HEARING ON 11/9. DCM ADVISED ASC TO KEEP DCM UP TO DATE IF CHANGES TO SX, OTHERWISE DCM WILL F/U WITH ASC POSTOP FOR RECOVERY. ASC UNDERSTOOD, THANKED DCM, AND ENDED CALL.

**08/31/2021 11:39 AM - CLAIM Note 35**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : CIF REC'D
Text: [08/31/2021 - DELGADO, KEITH]REC'D COMPLETED CIF FROM ASC

**08/23/2021 11:24 AM - PHONE Note 16**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [08/23/2021 - PRINGLE, ALTAVIOUS]ASC CALLED TO UPDATE DD ACCOUNT: ASC CONFIRMED ONLY ACCT NUMBER IS CHANGING, STILL SAME BANK AND TOUTING NUMBER. NEW ACCT NUMBER IS 300125157.

**08/02/2021 1:41 PM - CLAIM Note 34**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2021
Text: [08/02/2021 - DELGADO, KEITH]ASC IS 56 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC REFERRED TO GASTROENTEROLOGY FOR CONTINUED STOMACH PAIN. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE HIATAL HERNIA REPAIR MAY 2021, MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONIC REFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. SSDI IS PENDING. ACTION PLAN: RTW OO SEP 2021 OBTAIN UPDATED NOTES FROM ALL PROVIDERS 2. IF R&LS UNCLEAR, CONSIDER MDS

**08/02/2021 1:39 PM - CLAIM Note 33**
Claim/Event/Leave: 10784870
NoteSubject : LTR to EE
Other Subject :
Text: [08/02/2021 - DELGADO, KEITH]MAILED BLANK CIF TO ASC FOR COMPLETION.

**08/02/2021 1:39 PM - PHONE Note 15**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :

Other Subject :
Text: [08/02/2021 - DELGADO, KEITH]CALLED ASC TO GET UPDATE ON CURRENT TX, PROVIDERS, AND RTW. ASC SAID SHE IS PROGRESSING THROUGH HER RECOVERY. ASC IS STILL HAVING A LOT OF STOMACH PROBLEMS. ASC IS BEING REFERRED TO GASTRO. ASC WILL BE GETTING A STOMACH CT SCAN AND LIVER BLOODWORK ON 8/4/21. DCM ASKED FOR CURRENT PROVIDERS. ASC SAID AP KLEPPE HAS RELEASED ASC FROM CARE. ASC ALSO TREATS WITH PCP, AP COLLINS. LOV: JULY 2021 NOV: NOTHING SCHEDULED AT THIS TIME DUE TO LACK OF INSURANCE. ASC IS HOPING TOGET ON HER HUSBAND'S INSURANCE. DCM WENT THROUGH PROVIDERS. ASC SAID AP CATES WILL CONTINUE TO BE INVOLVED, BUT NOTHING AT THIS TIME BECAUSE NOTHING CAN BE DONE UNLESS SHE HAS SX. LOV WAS ABOUT 3-4 MONTHS AGO. ASC WILL SEE AP FREEMAN IN DECEMBER FORA SCAN ON HER NECK. DCM ASKED ABOUT AP NODIT. ASC SAID IT'S BEEN A WHILE SINCE THE LOV, BUT ASC WOULD LIKE TO GET IN FOR AN OV SOON, BUT OFFICE STILL CLOSED DUE TO CV-19. ASC IS STILL WAITING ON SSDI HEARING. DCM EXPLAINED THAT CIF WOULD BE SENT TO ASC FOR COMPLETION FOR ALL PROVIDERS AND DCM WILL REQUEST MEDICAL RECORDS FROM THE DOCTORS ASC PROVIDES. ASC UNDERSTOOD. ASC THANKED DCM FOR THE TIME AND ENDED CALL.

**06/17/2021 11:47 AM - PHONE Note 14**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [06/17/2021 - DELGADO, KEITH]ASC CALLED. ASC EXHAUSTED HER LOA WITH SEDGWICK. ASC UNSURE IF SHE WILL BE TERMINATED AND WANTED TO KNOW IF SHE WAS TERMINATED WOULD LTD END. DCM EXPLAINED LTD WOULD STILL CONTINUE ON. ASC UNDERSTOOD. DCM ASKED ABOUT HERNIA RECOVERY AND ASC SAID IT'S OK. LOV: LAST WEEK NOV: 7/8 THIS IS WITH AP KLEPPE AT UT KNOXVILLE. ASC SAID SHE STILL HASN'T HEARD ANYTHING FROM SSDI EITHER. DCM EXPLAINED F/U AFTER THE NOV FOR AN UPDATE. ASC UNDERSTOOD, THANKED, AND ENDED CALL.

**05/14/2021 12:33 PM - CLAIM Note 32**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/14/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #714098, IN THE AMOUNT OF $97.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**05/10/2021 9:40 AM - CLAIM Note 31**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2021
Text: [05/10/2021 - DELGADO, KEITH]ASC IS 56 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONICREFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. ASC HAS HIATAL HERNIA AND WILL BE UNDERGOING SX MAY 2021 FOR THIS. ACTION PLAN: RTW OO JUL 2021 1. GET UPDATE AFTER HERNIA RECOVERY 2. FIND OUT WHO IS TREATING/RESTRICTING AND OBTAIN NOTES 3.CONSIDER MDS FOR ONGOING REVIEW OF R&LS

**05/10/2021 9:37 AM - PHONE Note 13**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [05/10/2021 - DELGADO, KEITH]ASC CALLED. ASC WANTED TO PROVIDE AN UPDATE ON AN UPCOMING SX. ASC SAID HER HIATAL HERNIA REPAIR SX IS SET FOR 5/19. DCM ADVISED THEY WOULD F/U WITH ASC IN JUNE TO CHECK IN ON HERNIA RECOVERY AND OTHER AILMENTS. ASC UNDERSTOOD. ASC THANKED DCM FOR THE TIME AND ENDED CALL.

**04/26/2021 9:32 AM - CLAIM Note 30**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : CATES
Text: [04/26/2021 - DELGADO, KEITH]REC'D 10/5/20 - 3/29/21 OVNS AND OP REPORTS FROM AP CATES

**04/23/2021 1:30 PM - CLAIM Note 29**
Claim/Event/Leave: 10784870
NoteSubject : LTR to Other
Other Subject : TRACY
Text: [04/23/2021 - DELGADO, KEITH]FAXED BENEFIT VERIFICATION LETTER TO TRACY AS PER ASC REQUEST.

**04/23/2021 1:29 PM - PHONE Note 12**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [04/23/2021 - DELGADO, KEITH]AC CALLED AND LVM FOR DCM. REQUESTED A C/B FOR SOME INFORMATION. DCM RETURNED CALL TO ASC. ASC REQUESTED BENEFIT VERIFICATION LETTER BE SENT TO TRACY WITH LENDMARK FINANCIAL FOR A MORTGAGE REFI. F: (423) 472-7585. DCM CONFIRMED LETTER CAN BE SENT. ASC ALSO WANTED TO UPDATE DCM ON MEDICAL CONDITION. ASC HAD RECENT OV WITH AP NODIT AND A SURGEON FOR HER HIATAL HERNIA. SURGEON WON'T DO HERNIA SX UNTIL ASC LOSES SOME WEIGHT AND ALSO GETS A CAROTID ARTERY TAKEN CARE OF. ASC WILL BE SEEING VASCULAR SURGEON, AP FREEMAN, ON 4/26 FOR ARTERY SITUATION. ASC THANKED DCM FOR THE HELP AND ENDED CALL.

**04/19/2021 1:19 PM - PHONE Note 11**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [04/19/2021 - DELGADO, KEITH]ASC CALLED. ASC SAID SHE REC'D A CALL FROM AP CATES ABOUT MEDICAL REQUEST. AP CATES DOESN'T DO LTD, BUT ASC JUST WANTED TO ENSURE IT WAS JUST MEDICAL RECORDS. DCM CONFIRMED REQUEST FOR MEDICAL FROM AP CATES WAS JUST FOR MEDICAL RECORDS AND NO FORMS. ASC ALSO WENT TO THE ER ON FRIDAY. ASC HAS A HIATAL HERNIA AND HAS HAD ISSUES IN THE PASY, BUT IT JUST RECENTLY STARED BOTHERING HER. ASC WILL BE SEEING A SURGEON ON 4/22. ASC MAY NEED TO HAVE SX TO REPAIR IT. CONFIRMED ASC SHOULD JUST CALL IN WHEN SX DATE IS KNOWN AND DCM CAN GET IT UPDATE. ASC UNDERSTOOD, THANKED DCM, AND ENDED CALL.

**04/08/2021 12:58 PM - CLAIM Note 28**
Claim/Event/Leave: 10784870
NoteSubject : Me$ Records Rcvd
Other Subject : NODIT
Text: [04/08/2021 - DELGADO, KEITH]REC'D 11/5/20 - 1/25/21 OVNS AND LABS FROM AP NODIT

**04/07/2021 9:27 AM - CLAIM Note 27**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : COLLINS
Text: [04/07/2021 - DELGADO, KEITH]REC'D 10/20/20 - 12/28/20 OVNS FROM AP COLLINS

**04/05/2021 3:10 PM - CLAIM Note 26**
Claim/Event/Leave: 10784870
NoteSubject : Notice/Proof Review
Other Subject :
Text: [04/05/2021 - DELGADO, KEITH]MAILED PROOF LETTER TO ASC. MEDICAL FROM AP NODIT, TN ORTHO (AP CATES), AND STARR FP (AP COLLINS). DAY 75 IS 6/18/21

**04/05/2021 3:08 PM - CLAIM Note 25**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [04/05/2021 - DELGADO, KEITH]REQUESTED RECORDS VIA RELEASEPOINT. MEDICAL FROM AP NODIT, TN ORTHO (AP CATES), AND STARR FP (AP COLLINS). RECORDS DATED 10/1/20 THRU PRESENT. AUTH INCLUDED

**04/05/2021 3:06 PM - PHONE Note 10**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject : LVM
Text: [04/05/2021 - DELGADO, KEITH]CALLED ASC TO F/U ON RECENT OV WITH AP CATES. NO ANSWER AND CALL WENT TO VM. DCM LVM FOR ASC ADVISING MEDICAL TO BE REQUESTED AND ASC TO RECEIVE PROOF LETTER IN THE MAIL. PROVIDED ADCM CONTACT INFO.

**02/26/2021 5:34 PM - CLAIM Note 24**
Claim/Event/Leave: 10784870
NoteSubject : Ref to SS Vendor
Other Subject : NOT ACCEPTED
Text: VENDOR TRIAGED CLAIM FOR SSDI ELIGIBILITY AND DEEMED CLAIM EITHER NOT ELIGIBLE OR NOT READY. RECONSIDER ELIGIBILITY AT A LATER DATE.

**02/26/2021 4:33 PM - CLAIM Note 23**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO APR 2021
Text: [02/26/2021 - DELGADO, KEITH]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONICREFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. ORTHO CPIA COMPLETED JAN 2021 INDICATES NO R&LS AS OF 2/4/21 FROM ORHTO STANDPOINT, BUT NEURO REVIEW NEEDS TO BE COMPLETED TO DETERMINE IF ADDITIONAL R&LS ARE WARRANTED FOR MYOTONIC DISORDER.ACTION PLAN: RTW OO APR 2021 1. OBTAIN ALL UPDATED NOTES AFTER UPCOMING OVS 2. CONSIDER REVIEW IF R&LS UNCLEAR

**02/25/2021 10:15 AM - CLAIM Note 22**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/25/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713578, IN THE AMOUNT OF $92.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/24/2021 3:44 PM - PHONE Note 9**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :
Text: [02/24/2021 - DELGADO, KEITH]CALLED ASC TO GET UPDATE ON OVS WITH AP CATES AND AP NODIT. ASC SAID SHE MISSPOKE LATE CONVERSATION AND HER NOV WITH AP CATES IS SET FOR 3/29. DCM ASKED ABOUT AP NODIT AND ASC SAID LOV WAS 2/6 AND NOV IS IN MAY. DCM EXPLAINED THEY WOULD F/U WITH ASC AFTER THE MARCH OV WITH AP CATES AND REQUEST RECORDS FOR THE CLAIM AT THAT TIME. ASC UNDERSTOOD. ASC THANKED DCM AND ENDED CALL.

**02/22/2021 2:35 PM - CLAIM Note 21**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : FORMS REC'D
Text: [02/22/2021 - DELGADO, KEITH]REC'D COMPLETED SSRA, SSDI APP, TEE, FIQ, DD APP FROM ASC

**02/05/2021 4:33 PM - PHONE Note 8**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject : LVM
Text: [02/05/2021 - DELGADO, KEITH]ASC CALLED AND LVM FOR DCM. ASC WANTED TO KNOW WHAT DAY HER PAYMENT RELEASES. ASC AWARE OF BI WEEKLY, BUT DON'T KNOW WHEN THE BI WEEKLY PERIOD IS. DCM RETURNED CALL TO ASC AND LVM WITH BENEFIT INFO. PROVIDED ADCM CONTACTINFO IF ASC HAD QUESTIONS.

**01/28/2021 3:34 PM - CLAIM Note 20**
Claim/Event/Leave: 10784870
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [01/28/2021 - DELGADO, KEITH]MAILED APPROVAL LETTER/FORMS TO ASC

**01/28/2021 3:30 PM - PHONE Note 7**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject :
Text: [01/28/2021 - DELGADO, KEITH]CALLED ASC FOR APPROVAL. EXPLAINED LTD BENS AND RETRO BENEFIT. DCM ASKED IF ASC HAD DD INFO AVAILABLE SO DCM CAN SET UP DD. ASC SAID YES AND PROVIDED DD INFO (ROUTING# /ACCT# . DCM ADVISED OF APPROVAL LETTER/FORMS. DCM ASKED FOR CURRENT PROVIDERS. ASC SAID AP CATES AND THE NOV IS SET FOR MID FEBRAURY. ASC STILL HAS LOTS OF KNEE PAIN/TROUBLE AND AP CATES STILL THINKS ASC SHOULD HAVE HAD A FULL KNEE REPLACEMENT ON HER RIGHT KNEE. ASC DOESN'T EVEN SLEEP IN BED BECAUSE OF THE PAIN. SHE HAS TO SLEEP IN A RECLINER. DCM ASKED ABOUT AP NODIT AND ASC CONFIRMED STILL TREATING WITH AP NODIT AND JUST HAD A VISIT ON 1/25. ASC'S TROUBLE WITH THE MYTONIA IS THAT THERE ISN'T A FORMAL TEST FOR THE TYPE THAT ASC HAS. SHE COULD BE HOLDING SOMETHING AND THEN DROP IT OUT OF NOWHERE. ASC UNSURE OF THE NOV. DCM EXPLAINED THEY WOULD F/U WITH ASC MID FEBRUARY TO CHECK IN ON RECENT VISIT WITH AP CATES AND DCM CAN REQUEST MEDICAL INFO FROM AP CATES AND AP NODIT. ASC UNDERSTOOD. ASC THANKED DCM FOR THE TIME AND INFO AND ENDED CALL.

**01/28/2021 1:22 PM - CLAIM Note 19**
Claim/Event/Leave: 10784870
NoteSubject : Approved
Other Subject :
Text: [01/28/2021 - MAGGIORE, ANGELO]AGREE WITH APPROVAL AND ACTION PLAN IN PLACE

**01/28/2021 1:01 PM - CLAIM Note 18**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : MGR APPROVAL
Text: [01/28/2021 - DELGADO, KEITH]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONICREFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. ORTHO CPIA COMPLETED JAN 2021 INDICATES NO R&LS AS OF 2/4/21 FROM ORHTO STANDPOINT, BUT NEURO REVIEW NEEDS TO BE COMPLETED TO DETERMINE IF ADDITIONAL R&LS ARE WARRANTED FOR MYOTONIC DISORDER.DCM IS RECOMMENDING APPROVAL AT THIS TIME. ACTION PLAN: RTW OO FEB 2021 1. INCLUDE M/N MAX LANGUAGE IN APPROVAL LETTER 2. DETERMINE ANY SOON OVS AND IF SO OBTAIN NOTES 3. SUBMIT FOR NEURO CP REVIEW IF NO OVS OR ONCE UPCOMING OVNS ARE REC'D

**01/28/2021 1:00 PM - CLAIM Note 17**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2021
Text: [01/28/2021 - DELGADO, KEITH]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH

LATERAL MENISCAL TEAR (S83.282). ASC UNDERWENT LEFT KNEE PARTIAL LATERAL MENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS INCLUDE MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONICREFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, AND OBESITY. ORTHO CPIA COMPLETED JAN 2021 INDICATES NO R&LS AS OF 2/4/21 FROM ORHTO STANDPOINT, BUT NEURO REVIEW NEEDS TO BE COMPLETED TO DETERMINE IF ADDITIONAL R&LS ARE WARRANTED FOR MYOTONIC DISORDER.ACTION PLAN: RTW OO FEB 2021 1. INCLUDE M/N MAX LANGUAGE IN APPROVAL LETTER 2. DETERMINE ANY SOON OVS AND IF SO OBTAIN NOTES 3. SUBMIT FOR NEURO CP REVIEW IF NO OVS OR ONCE UPCOMING OVNS ARE REC'D

**01/28/2021 12:00 PM - CLAIM Note 16**
Claim/Event/Leave: 10784870
NoteSubject : Peer Review
Other Subject : CPIA COMPLETED
Text: [01/28/2021 - DELGADO, KEITH]ORTHO CPIA HAS BEEN COMPLETED. PRIMARY DX IS LEFT KNEE PAIN DUE TO LATERAL MENISCAL TEAR (S83.282) WHICH WAS TREATED BY DR. CATES WITH LEFT KNEE ARTHROSCOPY WITH PARTIAL LATERAL MENISCECTOMY AND ABRASION CHONDROPLASTY OFTHE PATELLA ON 12/4/20. ASC HAD GRADE 4 (SEVERE, WITH NO CARTILAGE REMAINING) CHONDROMALACIA OF 60% OF HER PATELLA. CO MORBID CONDITIONS INCLUDE MYOTONIC DISORDER, DEPRESSION/ANXIETY, DIABETES, CHRONIC REFRACTORY MIGRAINE HEADACHES, FIBROMYALGIA, ANDOBESITY. FROM AN ORTHO VIEWPOINT IT WOULD BE REASONABLE TO EXPECT THAT AS OF 2/4/21 THE ASC WOULD HAVE FULLY RECOVERED FROM HER 12/4/20 LEFT KNEE ARTHROSCOPY AND HER RIGHT KNEE EUFLEXXA INJECTIONS WHICH WERE COMPLETED ON 12/22/20 WITHOUT SIGNIFICANTIMPAIRMENT. HOWEVER IT IS BEYOND MY EXPERTISE AS AN ORTHOPEDIC SURGEON TO ASSESS WHETHER THE CLAIMANT WILL REQUIRE ADDITIONAL RECOVERY TIME AND R/LS WITH REGARD TO HER BILATERAL LOWER EXTREMITY MYOTONIC DISORDER. IF NEEDED, THIS CAN BE ASSESSED BY ANEURO CP.

**01/25/2021 2:39 PM - CLAIM Note 15**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : CPIA - ORTHO
Text: [01/25/2021 - DELGADO, KEITH]REFERRED CLAIM FOR CPIA - ORTHO

**01/25/2021 10:16 AM - CLAIM Note 14**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : MGR APPROVAL
Text: [01/25/2021 - DELGADO, KEITH]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO BILATERAL KNEE ISSUES. ASC UNDERWENT LEFT KNEE PARTIAL LATERALMENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS OF DIABETES, ANXIETY, FIBRO. DCM IS RECOMMENDING APPROVAL AT THIS TIME. ACTION PLAN: RTW OO MAR2021 1. INCLUDE MN MAX LANG. IN APPROVAL LETTER 2. GET UPDATE ON RIGHT KNEE TX PLAN 3. IF NO SX, OBTAIN NOTES FOR MDS/CCS 4. IF SX SCHEDULED, UPDATE ACTION PLAN

**01/25/2021 10:16 AM - CLAIM Note 13**
Claim/Event/Leave: 10784870
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2021
Text: [01/25/2021 - DELGADO, KEITH]ASC IS 55 YOF PHARMACY TECH WITH LIGHT OCC. LDW 6/12/20 DOD 6/13/20 LTD BBD 12/12/20 LTD EDOC 1/1/2016 IN CLASS A1 ELIGIBLE FOR 60% BENEFIT. ASC IS OOW DUE TO BILATERAL KNEE ISSUES. ASC UNDERWENT LEFT KNEE PARTIAL LATERALMENISCECTOMY ON 12/4/20, WITH CONTINUED RECOVERY. ASC IS CURRENTLY UNDERGOING EUFLEXXA INJECTIONS FOR RIGHT KNEE PAIN. ASC ALSO HAS CO MORBID CONDITIONS OF DIABETES, ANXIETY, FIBRO. ACTION PLAN: RTW OO MAR 2021 1. INCLUDE MN MAX LANG. IN APPROVAL LETTER 2. GET UPDATE ON RIGHT KNEE TX PLAN 3. IF NO SX, OBTAIN NOTES FOR MDS/CCS 4. IF SX SCHEDULED, UPDATE ACTION PLAN

**01/25/2021 9:59 AM - CLAIM Note 12**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : CATES
Text: [01/25/2021 - DELGADO, KEITH]REC'D 9/17/20 - 12/22/20 OVNS, LABS, AND OP REPORT FROM AP CATES

**01/22/2021 10:35 AM - PHONE Note 6**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject :
Text: [01/22/2021 - DELGADO, KEITH]ASC CALLED. ASC WANTED TO ASK IF SHE COULD USE PTO TIME WITHOUT MESSING UP LTD. DCM CONFIRMED ASC CAN USE HER PTO TIME WITHOUT ANY IMPACT TO LTD. ASC UNDERSTOOD. ASC ASKED IF CLAIM IS DENIED, COULD ADDITIONAL INFO BE SENTALONG FROM THE SAME DOCTORS ON APPEAL AND DCM CONFIRMED. ASC ASKED IF THE CLAIM LOOKS LIKE IT COULD BE APPROVED OR DENIED BASED ON WHAT IS ON FILE. DCM EXPLAINED IT IS HARD TO SAY BECAUSE EACH CLAIM IS DIFFERENT. ASC UNDERSTOOD. DCM CHECKED RELEASEPOINT FOR UPDATE ON MEDICAL FROM AP CATES. RP INDICATES MEDICAL IS IN QC, SO SHOULD BE RELEASED TO DCM SOON. DCM EXPLAINED THIS TO ASC AND ADVISED ONCE MEDICAL FROM AP CATES IS REC'D, CLAIM WILL BE SENT FOR REVIEW. ASC UNDERSTOOD. ASC THANKED DCM ANDENDED CALL.

**01/21/2021 4:20 PM - PHONE Note 5**
Claim/Event/Leave: 10784870

NoteSubject : EE Called
Other Subject :
Text: [01/21/2021 - DELGADO, KEITH]ASC CALLED AND LVM FOR DCM. REQUESTED A C/B TO DISCUSS THE CLAIM. DCM RETURNED CALL TO ASC. ASC SAID SHE SPOKE WITH AP CATES THAT THE MEDICAL RECORDS PROCESS GOES THROUGH A 3RD PARTY AND IT APPARENTLY GOT HELD UP. ASC ASKED WHAT HAPPENS IF NO RECORDS FROM AP CATES ARE REC'D BY THE DEADLINE. DCM EXPLAINED REVIEW WOULD BE COMPLETED WITH WHAT WAS ON FILE FORM THE OTHER PROVIDERS AND IF MEDICAL DIDN'T SUPPORT AND MEDICAL FRO AP CATES IS NECESSARY, CLAIM WOULD BE DENIED UNTIL MEDICAL FROM AP CATES IS REC'D FOR REVIEW. ASC UNDERSTOOD. ASC THANKED DCM FOR THE TIME AND INFO AND ENDED CALL.

**01/15/2021 3:31 PM - PHONE Note 4**
Claim/Event/Leave: 10784870
NoteSubject : EE Called
Other Subject : LVM
Text: [01/15/2021 - DELGADO, KEITH]ASC CALLED AND LVM FOR DCM. REQUESTED A C/B TO GET A MEDICAL UPDATE. ASC AWARE AP NODIT SENT IN RECORDS AND WANTED TO CONFIRM RECEIPT. NO ANSWER AND CALL WENT TO VM. DCM LVM FOR ASC AND ADVISED MEDICAL FROM AP NODIT WAS REC'D, SO JUST WAITING ON MEDICAL FROM AP CATES. PROVIDED ADCM CONTACT INFO IF ASC WANTED TO C/B.

**01/13/2021 8:27 AM - CLAIM Note 11**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : NODIT
Text: [01/13/2021 - DELGADO, KEITH]REC'D 8/31/20 - 9/30/20 OVNS AND LABS FROM AP NODIT

**01/08/2021 4:11 PM - PHONE Note 3**
Claim/Event/Leave: 10784870
NoteSubject : Called EE
Other Subject : LVM
Text: [01/08/2021 - DELGADO, KEITH]CALLED ASC FOR CLAIM UPDATE. NO ANSWER AND CALL WENT TO VM. DCM LVM FOR ASC AND ADVISED MEDICAL STILL NEEDED FROM AP CATES AND AP NODIT. ADVISED OF WARNING LETTER AS WELL. PROVIDED ADCM CONTACT INFO IF ASC WANTED TO C/B.

**01/08/2021 10:45 AM - CLAIM Note 10**
Claim/Event/Leave: 10784870
NoteSubject : Medical Status
Other Subject : NODIT
Text: [01/08/2021 - DELGADO, KEITH]CHECKED RELASEPOINT FOR UPDATE ON MEDICAL FROM AP NODIT. DATE: 01/05/2021 10:08 AM (PT)CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED': FAX SUCCESSFUL TO (855) 233-7164 (FAXAGE): CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.[01/08/2021 - DELGADO, KEITH]***PROVIDER CURRENTLY HAS AVG CYCLE TIME OF 12 CALENDAR DAYS.

**01/08/2021 10:44 AM - CLAIM Note 9**
Claim/Event/Leave: 10784870
NoteSubject : Medical Status
Other Subject : CATES
Text: [01/08/2021 - DELGADO, KEITH]CHECKED RELEASEPOINT FOR UPDATE ON MEDICAL FROM AP CATES. DATE: 01/05/2021 10:32 AM (PT)CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED': FAX SUCCESSFUL TO (865) 560-8559 (HYLAFAX):CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.[01/08/2021 - DELGADO, KEITH]****DATE: 01/05/2021 9:15 AM (PT)CONTACT: NOTE: PROVIDER CURRENTLY HAS AVG CYCLE TIME OF 17 CALENDAR DAYS.

**01/08/2021 10:43 AM - CLAIM Note 8**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : COLLINS
Text: [01/08/2021 - DELGADO, KEITH]REC'D 7/31/20 - 12/28/20 OVNS FROM AP COLLINS

**01/05/2021 8:55 AM - CLAIM Note 7**
Claim/Event/Leave: 10784870
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [01/05/2021 - DELGADO, KEITH]REQUESTED RECORDS VIA RELEASEPOINT. MEDICAL FROM TN ORTHO (AP CATES) AP NODIT, AND AP COLLINS. RECORDS DATED 6/1/20 THRU PRESENT. AUTH INCLUDED

**01/05/2021 8:51 AM - CLAIM Note 6**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : FORMS REC'D
Text: [01/05/2021 - DELGADO, KEITH]REC'D COMPLETED AUTHS, AQ, CIF, CSS, SURV/ESTATE FROM ASC

**01/05/2021 8:47 AM - CLAIM Note 5**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd

Other Subject : COLLINS
Text: [01/05/2021 - DELGADO, KEITH]REC'D 11/13/20 - 12/28/20 OVNS FROM AP COLLINS.

**12/31/2020 2:47 PM - PHONE Note 2**
Claim/Event/Leave: 10784870
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [12/31/2020 - DELGADO, KEITH]CONFIRMED DOB, MAILING ADDRESS, AND PHONE. CONFIRMED LDW AS 6/12/20 AND CONFIRMED ASC WORKED FULL TIME AS A PHARMACY TECH PRIOR TO GOING OOW. ASC FELL SUMMER 2019. ASC WAS SUPPOSED TO VISIT WITH COE IN LOUISIANA FOR KNEESX BUT, IT WAS POSTPONED. ASC WENT OOW IN JUNE FOR PARTIAL RIGHT KNEE REPLACEMENT. CURRENT PROVIDER IS AP CATES WHO IS TREATING ASC FOR HER LEFT KNEE AND PROVIDING INJECTIONS IN HER RIGHT KNEE. AP CATES THINKS RIGHT KNEE SX SHOULD HAVE BEEN A TOTAL KNEE REPLACEMENT. ASC ALSO TREATS WITH PCP AP COLLINS. LOV: 12/28/20. CONFIRMED AP COLLINS IS KEEPING ASC OOW. ASC HAS DIABETES, SLEEP APNEA, INSOMNIA, NARCOLEPSY, FIBROMYALGIA, TWO LEAKY HEART VALVES, ANXIETY/PANIC ATTACKS, AND CHIARA. ASC ALSO TREATS WITH NEUROLOGIST, AP NODIT FOR LEG WEAKNESS. HT: 5'5 WT: 220LBS. ASC IS MARRIED AND DENIES DEPENDENTS. ASC DENIES OTHER INCOME AND HAS NOT APPLIED FOR SSDI. DCM EXPLAINED LTD BENS, LTD BBD, MEDICAL RECORDS/REQUESTS, AND MEDICAL REVIEW. EXPLAINED SSDI AND OFFSET, OO VS AO, AND INSURANCE PREMIUMS. ASC THANKED DCM FOR THE TIME AND INFO AND ENDED CALL.

**12/16/2020 11:51 AM - PHONE Note 1**
Claim/Event/Leave: 10784870
NoteSubject : Initial EE Interview
Other Subject : LVM
Text: [12/16/2020 - DELGADO, KEITH]CALLED ASC FOR II. NO ANSWER AND CALL WENT TO VM. DCM LVM FOR ASC AND PROVIDED ADCM CONTACT INFO FOR ASC TO C/B.

**12/16/2020 11:50 AM - CLAIM Note 4**
Claim/Event/Leave: 10784870
NoteSubject : Notice/Proof Review
Other Subject :
Text: [12/16/2020 - DELGADO, KEITH]MAILED ACK/PROOF LETTER AND FORMS TO ASC. FORMS AND MEDICAL DUE. DAY 45 IS 1/21/21

**12/16/2020 11:45 AM - CLAIM Note 3**
Claim/Event/Leave: 10784870
NoteSubject : Med Records Rcvd
Other Subject : SEDGWICK
Text: [12/16/2020 - DELGADO, KEITH]ADDED MEDICAL RECORDS FROM SEDGWICK

**12/11/2020 10:26 AM - CLAIM Note 2**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject : EARNINGS HISTORY
Text: [12/11/2020 - DELGADO, KEITH]SAVED EARNINGS HISTORY TO THE DOC LIST. PLEASE ENTER $1,189.91 IN THE SALARY FIELD ON THE CLAIM DETAIL SCREEN

**12/09/2020 2:03 PM - CLAIM Note 1**
Claim/Event/Leave: 10784870
NoteSubject : Other
Other Subject :
Text: [12/09/2020 - HALL, TIFFANY]DCM CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO LTD DCM

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, October 17, 2023 9:04:11 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 10784870 Roberta Galyon |
| Attachments: | ohnbyx4rfcbadd7fpaaj_16352613.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 17, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Walmart, Inc.'s Group Disability Policy. We are writing regarding the claim for LTD benefits under the Policy on behalf of Ms. Roberta Galyon.

We are in process of reviewing the appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Ms. Roberta Galyon's appeal.

Please find attached the medical reviews completed on appeal, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or November 6, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly review the additional documentation prior to rendering a determination on the appeal. If your response is not received by November 6, 2023, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10784870-MEDICAL-CP/PEER REVIEW-10.12.2023
10784870-MEDICAL-CP/PEER REVIEW-10.12.2023
10784870-MEDICAL-MEDICAL RECORDS-10.13.2023

10/11/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | ROBERTA L GALYON |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10784870 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| CLAIM LOG | Case Notes | 12/09/20-09/15/23 |
| OPERATIVE REPORT | Edwin Holt, MD | 06/16/20 |
| OPERATIVE REPORT | Harold Cates, MD | 12/04/20 |
| OPERATIVE REPORT | Harold Cates, MD | 04/18/23 |
| OPERATIVE REPORT | Stuart Breese, MD | 04/25/22 |
| OPERATIVE REPORT | Kyle Kleppe, MD | 05/18/22 |
| PROGRESS NOTES | Unknown Provider | 01/06/18-12/15/20 |
| PROGRESS NOTES | University of Surgeons Associate, PC | 06/19/19-06/08/20; 10/28/22 |
| PROGRESS NOTES | Edwin Holt, MD | 07/10/20 |
| PROGRESS NOTES | Comprehensive Neurology Services, PLLC | 08/31/20-09/30/20 |
| PROGRESS NOTES | Brian Cooper, MD | 10/01/20 |
| PROGRESS NOTES | Michael Freeman, MD | 03/05/20-04/26/21 |
| PROGRESS NOTES | Timothy Collins, MD | 07/31/20-08/31/22 |
| PROGRESS NOTES | Harold Cates, MD | 09/17/20-08/08/23 |
| PROGRESS NOTES | Dinu Nodit, MD | 01/25/21-10/21/21 |
| PROGRESS NOTES | Alexis Kentros, RBS | 12/22/21 |

| | | |
|---|---|---|
| PROGRESS NOTES | Kyle Kleppe, MD | 03/22/22-01/03/23 |
| PROGRESS NOTES | Sturat Bresee, MD | 04/05/22-04/25/22 |
| PROGRESS NOTES | University of Tannessee Medical Center | 04/25/22-05/18/22 |
| PROGRESS NOTES | David Crismon, MD | 05/18/22 |
| PROGRESS NOTES | Haley Daigle, MD | 05/18/22 |
| PROGRESS NOTES | Breanna Beeler, RN | 05/18/22-05/20/22 |
| PROGRESS NOTES | Peter Duncan, SW | 05/19/22 |
| PROGRESS NOTES | Brenna Dixon, RN | 05/19/22-05/20/22 |
| PROGRESS NOTES | Amy Payne, RN | 05/20/22 |
| PROGRESS NOTES | Statcare Outpatient, LLC | 05/22/22-09/20/22 |
| PROGRESS NOTES | Athens Sleep Center | 05/25/22-09/20/22 |
| PROGRESS NOTES | Phillip Nichols, MD | 05/31/22 |
| PROGRESS NOTES | Multiple Providers | 05/31/22-09/20/22 |
| PROGRESS NOTES | ErinKramer | 07/20/22 |
| PROGRESS NOTES | Gabriel Greene, PA-C | 07/22/22-09/20/22 |
| PROGRESS NOTES | Lisa Best | 07/22/22-09/20/22 |
| PROGRESS NOTES | Skin Cancer and Cosmetic Dermatology Center | 09/29/22-11/02/22 |
| PROGRESS NOTES | Meade Edmunds, MD | 10/14/22-11/23/22 |
| PROGRESS NOTES | Deah Hennessee, MD | 11/07/22 |
| PROGRESS NOTES | Jennifer Hayles, ARNP | 11/08/22 |
| PROGRESS NOTES | Megan Schieigh, NP | 12/19/22 |
| IME/IMO/FCE/PCE | Richard Avioli, MD, FAAOS | 01/25/21 |
| IME/IMO/FCE/PCE | R Asaro, DO | 11/27/22 |
| IME/IMO/FCE/PCE | Sarah South, M.Ed, CRC | 12/06/22 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/17/17 |
| CAROTID ARTERY | Josh Arnold, MD | 10/16/17 |

| | | |
|---|---|---|
| DUPLEX REPORT | | |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/26/22 |
| CAROTID ARTERY DUPLEX REPORT | Ryan Buckley, MD | 12/30/20 |
| CAROTID ARTERY DUPLEX REPORT | Scott Stevens, MD | 12/22/21 |
| CAROTID ARTERY DUPLEX REPORT | Michael McNally, MD | 03/04/20 |
| MRI RIGHT KNEE WITHOUT CONTRAST | Allison Johnsen, MD | 05/27/20 |
| LAB REPORT | LabCorp | 11/05/20 |
| LAB REPORT | LabCorp | 11/16/22 |
| LAB REPORT | LabCorp | 11/27/20 |
| LAB REPORT | LabCorp | 12/28/20 |
| LAB REPORT | MNG LAboratories | 12/23/20 |
| LAB REPORT | Stuart Bresee, MD, FACC | 04/05/22 |
| LAB REPORT | LCTN Lab | 05/10/22 |
| LAB REPORT | LCTN Lab | 05/18/22-05/20/22 |
| LAB REPORT | Meade Edmunds, MD | 10/14/22 |
| LAB REPORT | Guy Nichols, MD, PhD | 03/23/23 |
| LAB REPORT | Quest Diagnostics | 04/18/23 |
| LAB REPORT | Melissa Chiles MD | 11/23/22 |
| COLONOSCOPY | Edmunds | 11/23/22 |
| US ABDOMEN | Abercrombie Radiology | 11/16/22 |
| NP EMG WITH NCS EACH EXT 5+ MUSCLES | Berta Bergia, MD | 09/16/20 |
| MRI LOWER EXTREMITY WITH JOINT WITHOUT CONTRAST | Daniel Baker, MD | 10/05/20 |
| CARDIAC REORT | Brian Cooper, MD | 10/15/20 |

| | | |
|---|---|---|
| ECG | Unknown Provider | 11/15/21 |
| ECG | Unknown Provider | 04/05/22 |
| ECG | Kayleigh Litton, DO | 05/20/22 |
| UGI DOUBLE CONTRAST | Obaid Anwar, MD | 03/28/22 |
| ECHOCARDIOGRAPHY | Stuart Bresee, MD | 04/11/22 |
| SLEEP STUDY | Phillip Nichols, MD | 06/14/22 |
| HIGH RESOLUTION ESOPHAGEAL MOBILITY STUDY | Benjamin Dalton, MD | 07/21/22 |
| ENDOSCOPY | Emily Gooch | 07/21/22 |
| DERMATOPATHOLOG Y REPORT | Shimon Oami, MD | 09/29/22 |
| DERMATOPATHOLOG Y REPORT | John Chung, MD | 10/31/22 |
| NM GASTRIC EMPTYING SCAN/SOLID PHASE | Jacob Noe, MD | 10/28/22 |
| ULTRASOUND ABDOMEN LIMITED | Allison johnson, MD | 11/16/22 |
| MOLECULAR PATHOGEN REPORT | Jonathan Puentes | 11/23/22 |
| JOB DESCRIPTION | Pharmacy Technician | Undated |
| FORMS | Other Forms Filled Out By Claimant | 12/29/20 |
| FORMS | Other Forms Filled Out By Claimant | 08/16/21 |
| FORMS | Other Forms Filled Out By Claimant | 05/22/22 |
| FORMS | Other Forms Filled Out By Claimant | 05/29/22 |
| FORMS | Other Forms Filled Out By Claimant | Undated |
| MISCELLANEOUS | N/A | 04/20/22-10/03/23 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/20/2023
3) TIME: 12:01 PM ET
4) PERSON SPOKEN WITH: Nurse VM
5) POSITION OF PERSON SPOKEN WITH: Nurse VM

SUMMARY OF CONVERSATION: Left VM regarding review a call.

TELECONFERENCE #2:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/21/2023
3) TIME: 1:07 PM ET
4) PERSON SPOKEN WITH: voice mail
5) POSITION OF PERSON SPOKEN WITH: voice mail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #3:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/26/2023
3) TIME: 1:07 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #4:
1) AP NAME: Dr. Timothy Collins
2) DATE: 9/20/2023
3) TIME: 12:24 PM ET
4) PERSON SPOKEN WITH: Sat on hold for 13 mins
5) POSITION OF PERSON SPOKEN WITH: Sat on hold for 13 mins

SUMMARY OF CONVERSATION: Sat on hold for 13 minutes.

TELECONFERENCE #5:
1) AP NAME: Dr. Timothy Collins
2) DATE: 9/21/2023
3) TIME: 1:11 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #6:

1) AP NAME: Dr. Timothy Collins
2) DATE: 9/26/2023
3) TIME: 1:12 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #7:

1) AP NAME: Dr. Edmunds
2) DATE: 9/20/2023
3) TIME: 12:41 PM ET
4) PERSON SPOKEN WITH: Christy
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Left message with Christy regarding review. Dr and nurse at lunch she will give the nurse the message when she returns from lunch.

TELECONFERENCE #8:

1) AP NAME: Dr. Edmunds
2) DATE: 9/21/2023
3) TIME: 1:38 PM ET
4) PERSON SPOKEN WITH: Voice mail
5) POSITION OF PERSON SPOKEN WITH: voice mail

SUMMARY OF CONVERSATION: I left a message requesting a call back.

TELECONFERENCE #9:

1) AP NAME: Dr. Edmunds
2) DATE: 9/26/2023
3) TIME: 1:45 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: A detailed message was left in the request to call back was made.

TELECONFERENCE #10:

1) AP NAME: Gabe Greene PA
2) DATE: 9/21/2023
3) TIME: 12:48 PM ET

4) PERSON SPOKEN WITH: Receptionist
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with a request for a callback.

TELECONFERENCE #11:
1) AP NAME: Gabe Greene PA
2) DATE: 9/21/2023
3) TIME: 1:18 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #12:
1) AP NAME: Gabe Greene PA
2) DATE: 9/26/2023
3) TIME: 1:19 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 58-year-old female who went out of work on 6/13/2020. The reported primary diagnosis is Other tear of lateral meniscus, current injury, left knee, inititial. The time frame under review is 12/11/2022 to the present. All documentation provided has been reviewed from an Internal Medicine/Family Medicine perspective.

Comorbid conditions: Abdominal pain, diabetes mellitus type 2, obstructive sleep apnea, right knee pain with surgery, obesity, carotid occlusion/stenosis without infarct, asymptomatic Chiari Malformation I.

Imaging and Diagnostic Testing:
9/16/2020 - EMG/NCS bilateral upper extremities - Abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, peripheral neuropathy.

12/22/2021 - Carotid Duplex - Moderate to severe (60-79%). Hemodynamically significant left internal carotid artery stenosis. Mild (less than 40%) insignificant right internal carotid artery stenosis. Bilateral vertebral artery flow is normal.

4/5/2022 - EKG showed normal sinus rhythm.

4/11/2022 - Transthoracic echocardiogram showed normal left ventricular wall thickness. Left ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks.The aortic valve is normal in structure and function. The mitral valve appears normal.

5/20/2022 - EKG showed normal sinus rhythm.

6/14/2022 - Sleep study showed moderate obstructive sleep apnea with REM AHI of 16.2, NREM AHI of 14.7, total AHI 15.3 and oxygen desaturations down to 88% during baseline polysomnogram. Well controlle OSA with CPAP and nasal pillow mask. PLMS and EKG are normal. Recommend CPAP 6cm/H2) with P10 nasal pillow mask.

9/29/2022 - Pathology report of right alar crease showed basal cell carcinoma infiltrating, margins involved. Right nasal sidewall showed intradermal melanocytic nevus. Right upper anterior arm consistent with surface of dermatofibroma (benign).

10/28/2022 - Gastric emptying study - Normal solid phase gastric emptying study and no reflux.

11/16/2022 - Ultrasound of abdomen showed hepatic steatosis and cholecystectomy

Surgeries/ Procedures:

5/18/2022 - Robotic assisted laparoscopic hiatal hernia repair with partial fundoplication and esophagogastroduodanoscopy (EGD).

11/23/2022 - EGD and colonoscopy were normal.

Record review:

10/13/2022 - The claimant was seen by Dr. Kyle Kleppe, General Surgeon, for follow-up of barium swallow from 7/21/2022. The claimant previously had robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Her symptoms are the same as preop. She reports having chest pain that "feels like my heart". Cardiology work-up negative. She has abdominal pain with painful diarrhea. Pain is not described at heartburn or reflux. She does have regurgitation with undigested food following meals. She is seeing Dr. Edmunds, Gastroenterology, on 10/14/2022. Exam of abdomen showed no abdominal guarding or abdominal muscle rigidity. There was direct epigastric tenderness. No hernias noted. She has a manometry done with showed "some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not

too tight". Complaints may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain, Will order GES to evaluate along with BRAVO study regarding reflux/chest pain complaints.

10/14/2022 - The claimant was seen by Dr. Meade Edmunds, Gastroenterology.
The claimant reports foul smelling stool, constipation, history of hiatal hernia repair with pain, nausea, and has been told she has fatty liver. She has a history of hiatal hernia. The first repair was in May 2021 and the second repair was in May 2022. She states her food does not go down at times and she feels like it is stuck, and sometimes the food will come back up. She states at times she will have urgency. She has had a cholecystectomy. She has no family history of colon cancer or polyps. She has a history of anemia and she he takes iron tablets. She also states she has a history of fatty liver. She has not had an ultrasound performed. Physical exam was normal. Plan for EGD, colonoscopy, labs, ultrasound.

11/2/2022 - The claimant was seen by the nurse for a wound check following Mohs surgery on the right alar crease. The wound is healing with no signs or symptoms of infection.

12/19/2022 - The claimant was seen by Megan Schieigh, NP, Gastroenterology, for follow-up. Right upper quadrant ultrasound on 11/16/2022 showed hepatic steatosis, cholecystectomy. EGD/colonoscopy on 11/23/22: "Normal mucosa in the whole examined duodenum. Congestion and erythema in the antrum. Gastric previous surgery. Stricture in the gastroesophageal junction. Normal mucosa in the whole colon. Grade/stage I internal hemorrhoids." Offered cholestyramine powder, she declined but will let the office know if she wishes to have this sent in. Return for 5 year colonoscopy and follow-up as needed.

1/3/2023 - The claimant was seen by Dr. Kyle Kleppe, General Surgeon, for follow-up. Frequency ranges from every meal to every couple of days, not able to determine trigger. The claimant reports that she had an EGD and colonoscopy with Dr. Edmond in October and believes everything was normal. The claimant had a NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1 hour, 35% at 2 hours, and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however, the continuous swallow study cleared all the food. Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Exam is normal. Advised claimant that "there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Advised patient to have small amounts of food per swallow and frequent swallowing between bites of food. Will follow-up with GI for EGD/Colonoscopy results and for further needs.

Medications are aspirin, atorvastatin, Baclofen, clonazepain as needed, ferrous sulfate, fluoxetine, pramipexole at bedtimes, Trulicity

The claimant has right knee pain. This condition is being deferred to the PM&R reviewer.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

right knee pain M25.561
hx of left knee meniscal tear S83.242
Diabetes mellitus type 2 E 11.2
carotid artery stenosis
OSA
hiatus hernia repair
Steatosis – hepatic

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

I did not identify comorbid issues.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - December 11, 2022 to - the present, and comment on the expected duration.**

Based on the medical record available to me I could not identify objective clinically relevant impairments that would require limitations or restrictions in the work environment. I am aware that she mentioned that she has pain in her right knee. However no imaging studies, physical examinations, or other relevant descriptions are offered.
Given this scenario, no objective evidence was rendered that would require changes in the work environment.
As of this writing no response from the providers had been received.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Medical records did not identify specific recommendations offered by the providers.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The answer to this question is affirmative. She's had numerous diagnostic evaluations she's had surgical intervention. These are appropriate therapeutic and diagnostic interventions.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

I did not discern non-medical issues.

**7. Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.**
*********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The medical records available to me did not identify the need to change the normal standard working hours. Furthermore no side effects of medications were documented.

**8. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported dysphagia, loose/urgent stools, carotid artery stenosis, hiatal hernia, sleep apnea, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The claimant had an EMG and NC studies ;no specific evaluations were rendered that would require intervention in the work environment. She had ultrasound which show fatty liver but no specific impairments were rendered as a result.
She's had hernia repair. Subsequent testing were all within normal range.
As such, the medical record does not identify impairments that would require changes in the work environment.

**9. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Kyle Kleppe (T) . If needed please contact Dr. Timothy Collins (T) 423-263-0722 (F) 833-369-0949; Dr. Edmunds (T) 865-413-1668 (F) 865-232-1769; Ms. Greene (T) 423-381-8804 (F) 865-588-8841. Please contact any other needed provider.**
******If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

I have not been successful as of this time to contact the providers.
09/27/23 1:17 PM questions were faxed to the provider.

10/11/23 1:48 PM no reply was received to the faxed questions.

**REFERENCE (S):**

The claimant has had a number of medical issues. She had left me meniscal tear. She describes pain in her right knee. She had hiatus hernia repair with subsequent normal studies. An ultrasound showed the presence of fatty liver.
Overall, no specific clinically relevant impairments were rendered that would require changes in the work environment. She did complain of pain in the right knee joint. However there is no evidence of physical examinations or imaging studies rendered.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Alfred Becker

Alfred Becker, M.D.
Board Certified: American Board of Internal Medicine
Board Certified: American Board of Internal Medicine, Rheumatology
Board Certified: American Board of Internal Medicine, Rheumatology
New York Medical Society
American Rheumatism Association
New York Arthritis Foundation
American College of Clinical Pharmacology
American College of Physicians
Medical Advisory Board Lupus Foundation Orange & Rockland Chapter
American Medical Association

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

10/11/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | ROBERTA L GALYON |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10784870 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| CLAIM LOG | Case Notes | 12/09/20-09/15/23 |
| OPERATIVE REPORT | Edwin Holt, MD | 06/16/20 |
| OPERATIVE REPORT | Harold Cates, MD | 12/04/20 |
| OPERATIVE REPORT | Harold Cates, MD | 04/18/23 |
| OPERATIVE REPORT | Stuart Breese, MD | 04/25/22 |
| OPERATIVE REPORT | Kyle Kleppe, MD | 05/18/22 |
| PROGRESS NOTES | Unknown Provider | 01/06/18-12/15/20 |
| PROGRESS NOTES | University of Surgeons Associate, PC | 06/19/19-06/08/20; 10/28/22 |
| PROGRESS NOTES | Edwin Holt, MD | 07/10/20 |
| PROGRESS NOTES | Comprehensive Neurology Services, PLLC | 08/31/20-09/30/20 |
| PROGRESS NOTES | Brian Cooper, MD | 10/01/20 |
| PROGRESS NOTES | Michael Freeman, MD | 03/05/20-04/26/21 |
| PROGRESS NOTES | Timothy Collins, MD | 07/31/20-08/31/22 |
| PROGRESS NOTES | Harold Cates, MD | 09/17/20-08/08/23 |
| PROGRESS NOTES | Dinu Nodit, MD | 01/25/21-10/21/21 |

| | | |
|---|---|---|
| PROGRESS NOTES | Alexis Kentros, RBS | 12/22/21 |
| PROGRESS NOTES | Kyle Kleppe, MD | 03/22/22-01/03/23 |
| PROGRESS NOTES | Sturat Bresee, MD | 04/05/22-04/25/22 |
| PROGRESS NOTES | University of Tannessee Medical Center | 04/25/22-05/18/22 |
| PROGRESS NOTES | David Crismon, MD | 05/18/22 |
| PROGRESS NOTES | Haley Daigle, MD | 05/18/22 |
| PROGRESS NOTES | Breanna Beeler, RN | 05/18/22-05/20/22 |
| PROGRESS NOTES | Peter Duncan, SW | 05/19/22 |
| PROGRESS NOTES | Brenna Dixon, RN | 05/19/22-05/20/22 |
| PROGRESS NOTES | Amy Payne, RN | 05/20/22 |
| PROGRESS NOTES | Statcare Outpatient, LLC | 05/22/22-09/20/22 |
| PROGRESS NOTES | Athens Sleep Center | 05/25/22-09/20/22 |
| PROGRESS NOTES | Phillip Nichols, MD | 05/31/22 |
| PROGRESS NOTES | Multiple Providers | 05/31/22-09/20/22 |
| PROGRESS NOTES | ErinKramer | 07/20/22 |
| PROGRESS NOTES | Gabriel Greene, PA-C | 07/22/22-09/20/22 |
| PROGRESS NOTES | Lisa Best | 07/22/22-09/20/22 |
| PROGRESS NOTES | Skin Cancer and Cosmetic Dermatology Center | 09/29/22-11/02/22 |
| PROGRESS NOTES | Meade Edmunds, MD | 10/14/22-11/23/22 |
| PROGRESS NOTES | Deah Hennessee, MD | 11/07/22 |
| PROGRESS NOTES | Jennifer Hayles, ARNP | 11/08/22 |
| PROGRESS NOTES | Megan Schieigh, NP | 12/19/22 |
| IME/IMO/FCE/PCE | Richard Avioli, MD, FAAOS | 01/25/21 |
| IME/IMO/FCE/PCE | R Asaro, DO | 11/27/22 |
| IME/IMO/FCE/PCE | Sarah South, M.Ed, CRC | 12/06/22 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/17/17 |

| | | |
|---|---|---|
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 10/16/17 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/26/22 |
| CAROTID ARTERY DUPLEX REPORT | Ryan Buckley, MD | 12/30/20 |
| CAROTID ARTERY DUPLEX REPORT | Scott Stevens, MD | 12/22/21 |
| CAROTID ARTERY DUPLEX REPORT | Michael McNally, MD | 03/04/20 |
| MRI RIGHT KNEE WITHOUT CONTRAST | Allison Johnsen, MD | 05/27/20 |
| LAB REPORT | LabCorp | 11/05/20 |
| LAB REPORT | LabCorp | 11/16/22 |
| LAB REPORT | LabCorp | 11/27/20 |
| LAB REPORT | LabCorp | 12/28/20 |
| LAB REPORT | MNG LAboratories | 12/23/20 |
| LAB REPORT | Stuart Bresee, MD, FACC | 04/05/22 |
| LAB REPORT | LCTN Lab | 05/10/22 |
| LAB REPORT | LCTN Lab | 05/18/22-05/20/22 |
| LAB REPORT | Meade Edmunds, MD | 10/14/22 |
| LAB REPORT | Guy Nichols, MD, PhD | 03/23/23 |
| LAB REPORT | Quest Diagnostics | 04/18/23 |
| LAB REPORT | Melissa Chiles MD | 11/23/22 |
| COLONOSCOPY | Edmunds | 11/23/22 |
| US ABDOMEN | Abercrombie Radiology | 11/16/22 |
| NP EMG WITH NCS EACH EXT 5+ MUSCLES | Berta Bergia, MD | 09/16/20 |
| MRI LOWER EXTREMITY WITH JOINT WITHOUT CONTRAST | Daniel Baker, MD | 10/05/20 |

| | | |
|---|---|---|
| CARDIAC REORT | Brian Cooper, MD | 10/15/20 |
| ECG | Unknown Provider | 11/15/21 |
| ECG | Unknown Provider | 04/05/22 |
| ECG | Kayleigh Litton, DO | 05/20/22 |
| UGI DOUBLE CONTRAST | Obaid Anwar, MD | 03/28/22 |
| ECHOCARDIOGRAPHY | Stuart Bresee, MD | 04/11/22 |
| SLEEP STUDY | Phillip Nichols, MD | 06/14/22 |
| HIGH RESOLUTION ESOPHAGEAL MOBILITY STUDY | Benjamin Dalton, MD | 07/21/22 |
| ENDOSCOPY | Emily Gooch | 07/21/22 |
| DERMATOPATHOLOG Y REPORT | Shimon Oami, MD | 09/29/22 |
| DERMATOPATHOLOG Y REPORT | John Chung, MD | 10/31/22 |
| NM GASTRIC EMPTYING SCAN/SOLID PHASE | Jacob Noe, MD | 10/28/22 |
| ULTRASOUND ABDOMEN LIMITED | Allison johnson, MD | 11/16/22 |
| MOLECULAR PATHOGEN REPORT | Jonathan Puentes | 11/23/22 |
| JOB DESCRIPTION | Pharmacy Technician | Undated |
| FORMS | Other Forms Filled Out By Claimant | 12/29/20 |
| FORMS | Other Forms Filled Out By Claimant | 08/16/21 |
| FORMS | Other Forms Filled Out By Claimant | 05/22/22 |
| FORMS | Other Forms Filled Out By Claimant | 05/29/22 |
| FORMS | Other Forms Filled Out By Claimant | Undated |
| MISCELLANEOUS | N/A | 04/20/22-10/03/23 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/20/2023
3) TIME: 12:00 PM ET
4) PERSON SPOKEN WITH: General Voicemail
5) POSITION OF PERSON SPOKEN WITH: VM

SUMMARY OF CONVERSATION: Left message regarding review.

TELECONFERENCE #2:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/22/2023
3) TIME: 11:02 AM ET
4) PERSON SPOKEN WITH: / Sandra
5) POSITION OF PERSON SPOKEN WITH: Agent/ General Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #3:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/25/2023
3) TIME: 9:57 AM ET
4) PERSON SPOKEN WITH: / JC
5) POSITION OF PERSON SPOKEN WITH: Agent/ General Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 58-year-old female, date of birth , who went out of work on 6/13/2020. The reported primary diagnosis is other tear of lateral meniscus, current injury, left knee, inititial. The time frame under review is 12/11/2022 to the present. All documentation provided has been reviewed from a Physical Medicine & Rehabilitation perspective.

Comorbid conditions: Obstructive sleep apnea, diabetes mellitus, anxiety, dysphagia, and right knee pain.

Imaging and Diagnostic Testing:
9/16/2020 - EMG/NCS bilateral upper extremities - Abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, and peripheral neuropathy.

Surgeries/ Procedures:
6/16/2020 - Right TKA

12/4/2020 - Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60%.
4/18/2023 - Right knee arthroscopic lysis of adhesions and close manipulation.

Record review:
7/2/2022 - The claimant was seen by Erin Kramer, for postop right knee. She is 2 weeks status post right total knee arthroplasty. Pain is 8/10. She is full weightbearing, but is using an assistive device. The dressing and staples were removed and Steri-strips applied. Her wound is healing well and new dressing applied. She is working on range of motion. Return to office in 1 month.

10/6/2022 - The claimant was seen by Dr. Harold Cates, Orthopedics. The claimant was last seen here on 6/30/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. She is using a continuous passive motion (CPM) machine. She got sick postoperatively, and held off on her physical therapy. The claimant complaints of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. Extension/flexion 0-100 degrees. 2+ effusion with medial joint line tenderness. Gait examination is cautious on right side today. Motor strength and sensation is normal in the lower extremities today. Topical Voltaren gel, Zostrix for management of symptoms, and Meloxicam were ordered along with PT 2 times a week for 4 weeks.

1/20/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation, with aspiration on 01/17/2022. The claimant was last seen here on 10/06/2022 for the same complaint. She is still using a cane occasionally when she is out and about for stability. States that the motion is not improved, and she has difficulties sitting for prolonged periods. States meloxicam is helpful occasionally with her pain. She got sick post-operatively, and held off on her physical therapy. The claimant complains of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen, due to renal insufficiency. She presents to discuss surgical intervention today. She has extension/flexion 0-105 degrees. Mild medial joint line tenderness. Gait is cautious but no antalgic. Motor strength and sensation are intact. Anti-inflammatory medication was discussed as well as surgery. The claimant will return to office to discuss treatment.

3/9/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation, with aspiration on 01/17/2022. The claimant was last seen here on 1/20/2023 for the same complaint. The claimant complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms. Exam is unchanged. X-ray showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Plan includes right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to postop physical therapy regimen.

5/30/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post a right knee arthroscopy, with lysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a right knee TKA in 2020. She does not use a cane or crutch for ambulation. She has tightness about the knee. Knee range of motion is 0-95 degrees. Trace effusion. Her wounds are clean dry and approximated. The stitches are removed today and Steri-strips applied. No lower extremity edema. Plan includes prednisone Dosepak to follow-up with meloxicam. She will get started in outpatient physical therapy.

8/8/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. The claimant complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She has not started PT since there was a death in the family. Exam showed extension/flexion: 0-105 degrees. Gait is cautious but no antalgic. Motor strength and sensation are intact. X-ray showed hardware of right total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered. Plan includes Voltaren 75mg daily. Discontinue meloxicam. Continue with knee flexion exercises. Return to clinic in 3 months.

Previous peer review by Dr. Richard Asaro, dated 11/27/2022 - Determination: Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks.

Conditions outside the knee pain are deferred to the IM/FM reviewer.

UPDATED MEDICALS on 10/3/23:

On 10/14/22 the claimant was evaluated by Meade Edmunds (Gastroenterology) for foul smelling bowel movements, constipation, history of hiatal hernia with pain since, nausea and has been told he has fatty liver.

On 11/16/22 ultrasound of the abdomen revealed hepatic steatosis and cholecystectomy.

On 11/23/22 the claimant underwent EGD for evaluation of dysphagia and nausea.

On 12/19/22 the claimant was evaluated by Megan Scleigh, NP (Gastroenterology) for dysphagia, and loose/urgent stools.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Other tear of lateral meniscus, current injury, left knee, initial encounter S83. 282A

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

NA

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/11/2022 to the present, and comment on the expected duration.**

This is case regarding a 58-year-old female who went out of work on 6/13/2020. The reported primary diagnosis is Other tear of lateral menscus, current injury, left knee, initial. The time frame under review is 12/11/2022 to the present.

The claimant has a past surgical history of right total knee arthroplasty on 6/16/2020; Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60% on 12/4/2020; and Right knee arthroscopic lysis of adhesions and close manipulation on 4/18/2023.

On 7/2/2022 the claimant was seen by Erin Kramer, for post-op right knee. She was 2 weeks status post right total knee arthroplasty. Pain was 8/10. She was full weightbearing but was using an assistive device. The dressing and staples were removed and Steri-strips applied. Her wound was healing well and new dressing applied. She was working on range of motion. Return to office in 1 month.

On 10/6/2022 the claimant was seen by Dr. Harold Cates, Orthopedics. The claimant was last seen here on 6/30/2022 for the same complaint. She was still using a cane occasionally when she is out about for stability. She was using a continuous passive motion (CPM) machine. She got sick postop and held off on her physical therapy. The claimant complained of continued pain and symptoms. She reported having increased stiffness about the knee. She stated she has been progressively losing range of motion. She had been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. Extension/flexion 0-100 degrees. 2+ effusion with medial joint line tenderness. Gait examination was cautious on right side today. Topical Voltaren gel, Zostrix for management of symptoms, and Meloxicam were ordered along with PT 2 times a week for 4 weeks.

On 1/20/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She was status post right total knee manipulation with aspiration on 01/17/2022. The claimant was last seen here on 10/06/2022 for the same complaint. She was still using a cane occasionally when she is out and about for stability. Stated that the motion is not improved and difficulties sitting for prolonged periods. Stated meloxicam was helpful occasionally with her pain. She got sick postoperatively and held off on her physical therapy. The claimant complained of continued pain and symptoms. She reported having increased stiffness about the knee. She stated she has been progressively losing range of motion. She had been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. She presented to discuss surgical intervention today. She has extension/flexion 0-105 degrees. Mild medial joint line tenderness. Gait was cautious but no antalgic. Anti-inflammatory medication was discussed as well as surgery. The claimant will return to office to discuss treatment.

On 3/9/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation with aspiration on 01/17/2022. The claimant was last seen here on 1/20/2023 for the same complaint. The claimant complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms. Exam is unchanged. X-ray showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Plan includes right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to post-op physical therapy regimen.

On 5/30/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She is status post a right knee arthroscopy with lysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a right knee TKA in 2020. She does not use a cane or crutch for ambulation. She had tightness about the knee. Knee range of motion is 0-95 degrees. Trace effusion. Her wounds were clean dry and approximated. The stitches were removed and Steri-strips applied. Plan included prednisone Dose pak to follow-up with meloxicam. She will get started in outpatient physical therapy.

On 8/8/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. The claimant complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She has not started PT since there was a death in the family. Exam showed extension/flexion: 0-105 degrees. Gait was cautious but no antalgic. Motor strength and sensation are intact. X-ray showed hardware of right total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered. Plan includes Voltaren 75mg daily. Discontinue meloxicam. Continue with knee flexion exercises. Return to clinic in 3 months.

Previous peer review by Dr. Richard Asaro, dated 11/27/2022 - Determination: Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks.

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there is objective evidence to support an impairment for this claimant from 12/112022 to the present onward. The claimant has a history of a right total knee arthroplasty performed in 2020, and most recently, right knee arthroscopic lysis of adhesions and closed manipulation on 4/18/2023. Objective examination findings of the right knee have included cautious ambulation, pain, swelling and decreased range of motion. There was also intermittent use of a cane, however this was prior to the recent surgery on 4/18/23.

Restrictions are as follows:

Stand -- No longer than 30 min at a time over 2 hours; no more than 2 hour in an 8 hour work day. May use assistive device.
Walk -- No longer than 30 min at a time over 2 hours; no more than 2 hour in an 8 hour work day. May use assistive device.
Sit -- Unrestricted.
Push -- Up to 10 pounds occasionally BUE. (bilateral upper extremities)
Pull -- Up to 10 pounds occasionally BUE.
Lift -- Up to 10 pounds occasionally BUE.
Carry -- Up to 10 pounds occasionally BUE.
Bend -- Occasionally.
Stoop -- Occasionally.
Kneel -- Occasionally.
Climbing -- Never ladders, occasionally stairs
BUE -- Unrestricted keyboarding, mousing, typing, gripping/grasping, overhead, waist and below desk reaching.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to knee pain supported by objective examination findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The claimant should be reevaluated approximately six months from the last office visit (8/8/2023), or on or about 2/8/2024.

No work on date of surgery 4/18/2023 and 6 weeks post-operatively.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

There are no R&Ls recommended by treating providers for the timeframes in question, however the medical records provided by treating providers do support the above R&Ls for the timeframes specified.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is/was clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

**7. Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.**
**********  **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

Yes the medical evidence supports the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present. As stated above, the claimant had abnormal objective examination findings related to the left knee, however there were no abnormal findings related to the upper extremity or the spine. There's also no evidence of complete neurological dysfunction or extended hospitalizations to support complete disability unless otherwise stated. The claimant had surgery on 4/18/23 for the left knee, and would require time off for surgery and postoperative recovery as stated above.

There is no medical evidence to support the claimant experiences any side effects from the prescribed medications.

**8. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, stiffness, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

On 9/16/2020 of EMG/NCS bilateral upper extremities was abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, peripheral neuropathy. However, for the timeframe specified, there were no subjective or objective examination findings pertaining to the upper extremities; the impairment was strictly related to the left knee. Therefore, the testing does not impact current sustained work at capacity.

**9. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Harold Cates (T) 865-690-4861 (F) 615-777-3517. Please contact any other needed providers.**
*******If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

Contact was not successful.

1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

09/27/23 12:46 PM questions were faxed to the treating provider.
10/11/23 1:43 PM no reply was received from the treating provider.

**10.**
**If your conclusions are different from the conclusions in the review by Dr. R. Asaro, please explain the medical rationale and evidence used in your coming to the different conclusions.**

The conclusions are not different.

<u>CONFLICT OF INTEREST</u>:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Andrew Nava, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

9/27/2023

Dr. Harold Cates
Re: ROBERTA L GALYON

Hi Dr. Harold Cates,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

1. What are the claimant's most recent objective examination findings with date(s)?
stiff right foot/ankle, muscle weakness

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
no lifting > 20 lb, no ladder, minimize stair – All permanent restriction

3. Is the claimant working? unknown

4. What is the treatment plan from your office/practice? physical therapy, pain control

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or swygle@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Shirley Wygle
Peer Review Services
MLS Group of Companies, LLC

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Phone: 888.657.4636 | Fax: 248.356.6757 | www.mlsgroupllc.com

9/27/2023

Dr. Harold Cates
Re: ROBERTA L GALYON

Hi Dr. Harold Cates,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

1. What are the claimant's most recent objective examination findings with date(s)?
Stiff Right foot Knee, muscle weakness

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
No lifting > 20 lb, no ladder, minimize stair - All permanent restriction

3. Is the claimant working? Unknown

4. What is the treatment plan from your office/practice? Physical therapy, pain control

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or swygle@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Shirley Wygle
Peer Review Services
MLS Group of Companies, LLC

10/11/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | ROBERTA L GALYON |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10784870 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| CLAIM LOG | Case Notes | 12/09/20-09/15/23 |
| OPERATIVE REPORT | Edwin Holt, MD | 06/16/20 |
| OPERATIVE REPORT | Harold Cates, MD | 12/04/20 |
| OPERATIVE REPORT | Harold Cates, MD | 04/18/23 |
| OPERATIVE REPORT | Stuart Breese, MD | 04/25/22 |
| OPERATIVE REPORT | Kyle Kleppe, MD | 05/18/22 |
| PROGRESS NOTES | Unknown Provider | 01/06/18-12/15/20 |
| PROGRESS NOTES | University of Surgeons Associate, PC | 06/19/19-06/08/20; 10/28/22 |
| PROGRESS NOTES | Edwin Holt, MD | 07/10/20 |
| PROGRESS NOTES | Comprehensive Neurology Services, PLLC | 08/31/20-09/30/20 |
| PROGRESS NOTES | Brian Cooper, MD | 10/01/20 |
| PROGRESS NOTES | Michael Freeman, MD | 03/05/20-04/26/21 |
| PROGRESS NOTES | Timothy Collins, MD | 07/31/20-08/31/22 |
| PROGRESS NOTES | Harold Cates, MD | 09/17/20-08/08/23 |
| PROGRESS NOTES | Dinu Nodit, MD | 01/25/21-10/21/21 |
| PROGRESS NOTES | Alexis Kentros, RBS | 12/22/21 |

| | | |
|---|---|---|
| PROGRESS NOTES | Kyle Kleppe, MD | 03/22/22-01/03/23 |
| PROGRESS NOTES | Sturat Bresee, MD | 04/05/22-04/25/22 |
| PROGRESS NOTES | University of Tannessee Medical Center | 04/25/22-05/18/22 |
| PROGRESS NOTES | David Crismon, MD | 05/18/22 |
| PROGRESS NOTES | Haley Daigle, MD | 05/18/22 |
| PROGRESS NOTES | Breanna Beeler, RN | 05/18/22-05/20/22 |
| PROGRESS NOTES | Peter Duncan, SW | 05/19/22 |
| PROGRESS NOTES | Brenna Dixon, RN | 05/19/22-05/20/22 |
| PROGRESS NOTES | Amy Payne, RN | 05/20/22 |
| PROGRESS NOTES | Statcare Outpatient, LLC | 05/22/22-09/20/22 |
| PROGRESS NOTES | Athens Sleep Center | 05/25/22-09/20/22 |
| PROGRESS NOTES | Phillip Nichols, MD | 05/31/22 |
| PROGRESS NOTES | Multiple Providers | 05/31/22-09/20/22 |
| PROGRESS NOTES | ErinKramer | 07/20/22 |
| PROGRESS NOTES | Gabriel Greene, PA-C | 07/22/22-09/20/22 |
| PROGRESS NOTES | Lisa Best | 07/22/22-09/20/22 |
| PROGRESS NOTES | Skin Cancer and Cosmetic Dermatology Center | 09/29/22-11/02/22 |
| PROGRESS NOTES | Meade Edmunds, MD | 10/14/22-11/23/22 |
| PROGRESS NOTES | Deah Hennessee, MD | 11/07/22 |
| PROGRESS NOTES | Jennifer Hayles, ARNP | 11/08/22 |
| PROGRESS NOTES | Megan Schieigh, NP | 12/19/22 |
| IME/IMO/FCE/PCE | Richard Avioli, MD, FAAOS | 01/25/21 |
| IME/IMO/FCE/PCE | R Asaro, DO | 11/27/22 |
| IME/IMO/FCE/PCE | Sarah South, M.Ed, CRC | 12/06/22 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/17/17 |
| CAROTID ARTERY | Josh Arnold, MD | 10/16/17 |

| | | |
|---|---|---|
| DUPLEX REPORT | | |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/26/22 |
| CAROTID ARTERY DUPLEX REPORT | Ryan Buckley, MD | 12/30/20 |
| CAROTID ARTERY DUPLEX REPORT | Scott Stevens, MD | 12/22/21 |
| CAROTID ARTERY DUPLEX REPORT | Michael McNally, MD | 03/04/20 |
| MRI RIGHT KNEE WITHOUT CONTRAST | Allison Johnsen, MD | 05/27/20 |
| LAB REPORT | LabCorp | 11/05/20 |
| LAB REPORT | LabCorp | 11/16/22 |
| LAB REPORT | LabCorp | 11/27/20 |
| LAB REPORT | LabCorp | 12/28/20 |
| LAB REPORT | MNG LAboratories | 12/23/20 |
| LAB REPORT | Stuart Bresee, MD, FACC | 04/05/22 |
| LAB REPORT | LCTN Lab | 05/10/22 |
| LAB REPORT | LCTN Lab | 05/18/22-05/20/22 |
| LAB REPORT | Meade Edmunds, MD | 10/14/22 |
| LAB REPORT | Guy Nichols, MD, PhD | 03/23/23 |
| LAB REPORT | Quest Diagnostics | 04/18/23 |
| LAB REPORT | Melissa Chiles MD | 11/23/22 |
| COLONOSCOPY | Edmunds | 11/23/22 |
| US ABDOMEN | Abercrombie Radiology | 11/16/22 |
| NP EMG WITH NCS EACH EXT 5+ MUSCLES | Berta Bergia, MD | 09/16/20 |
| MRI LOWER EXTREMITY WITH JOINT WITHOUT CONTRAST | Daniel Baker, MD | 10/05/20 |
| CARDIAC REORT | Brian Cooper, MD | 10/15/20 |

| | | |
|---|---|---|
| ECG | Unknown Provider | 11/15/21 |
| ECG | Unknown Provider | 04/05/22 |
| ECG | Kayleigh Litton, DO | 05/20/22 |
| UGI DOUBLE CONTRAST | Obaid Anwar, MD | 03/28/22 |
| ECHOCARDIOGRAPHY | Stuart Bresee, MD | 04/11/22 |
| SLEEP STUDY | Phillip Nichols, MD | 06/14/22 |
| HIGH RESOLUTION ESOPHAGEAL MOBILITY STUDY | Benjamin Dalton, MD | 07/21/22 |
| ENDOSCOPY | Emily Gooch | 07/21/22 |
| DERMATOPATHOLOGY REPORT | Shimon Oami, MD | 09/29/22 |
| DERMATOPATHOLOGY REPORT | John Chung, MD | 10/31/22 |
| NM GASTRIC EMPTYING SCAN/SOLID PHASE | Jacob Noe, MD | 10/28/22 |
| ULTRASOUND ABDOMEN LIMITED | Allison johnson, MD | 11/16/22 |
| MOLECULAR PATHOGEN REPORT | Jonathan Puentes | 11/23/22 |
| JOB DESCRIPTION | Pharmacy Technician | Undated |
| FORMS | Other Forms Filled Out By Claimant | 12/29/20 |
| FORMS | Other Forms Filled Out By Claimant | 08/16/21 |
| FORMS | Other Forms Filled Out By Claimant | 05/22/22 |
| FORMS | Other Forms Filled Out By Claimant | 05/29/22 |
| FORMS | Other Forms Filled Out By Claimant | Undated |
| MISCELLANEOUS | N/A | 04/20/22-10/03/23 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/20/2023
3) TIME: 12:01 PM ET
4) PERSON SPOKEN WITH: Nurse VM
5) POSITION OF PERSON SPOKEN WITH: Nurse VM

SUMMARY OF CONVERSATION: Left VM regarding review a call.

TELECONFERENCE #2:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/21/2023
3) TIME: 1:07 PM ET
4) PERSON SPOKEN WITH: voice mail
5) POSITION OF PERSON SPOKEN WITH: voice mail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #3:
1) AP NAME: Dr. Kyle Kleppe
2) DATE: 9/26/2023
3) TIME: 1:07 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #4:
1) AP NAME: Dr. Timothy Collins
2) DATE: 9/20/2023
3) TIME: 12:24 PM ET
4) PERSON SPOKEN WITH: Sat on hold for 13 mins
5) POSITION OF PERSON SPOKEN WITH: Sat on hold for 13 mins

SUMMARY OF CONVERSATION: Sat on hold for 13 minutes.

TELECONFERENCE #5:
1) AP NAME: Dr. Timothy Collins
2) DATE: 9/21/2023
3) TIME: 1:11 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #6:
1) AP NAME: Dr. Timothy Collins
2) DATE: 9/26/2023
3) TIME: 1:12 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #7:
1) AP NAME: Dr. Edmunds
2) DATE: 9/20/2023
3) TIME: 12:41 PM ET
4) PERSON SPOKEN WITH: Christy
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Left message with Christy regarding review. Dr and nurse at lunch she will give the nurse the message when she returns from lunch.

TELECONFERENCE #8:
1) AP NAME: Dr. Edmunds
2) DATE: 9/21/2023
3) TIME: 1:38 PM ET
4) PERSON SPOKEN WITH: Voice mail
5) POSITION OF PERSON SPOKEN WITH: voice mail

SUMMARY OF CONVERSATION: I left a message requesting a call back.

TELECONFERENCE #9:
1) AP NAME: Dr. Edmunds
2) DATE: 9/26/2023
3) TIME: 1:45 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: A detailed message was left in the request to call back was made.

TELECONFERENCE #10:
1) AP NAME: Gabe Greene PA
2) DATE: 9/21/2023
3) TIME: 12:48 PM ET

4) PERSON SPOKEN WITH: Receptionist
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with a request for a callback.

TELECONFERENCE #11:
1) AP NAME: Gabe Greene PA
2) DATE: 9/21/2023
3) TIME: 1:18 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

TELECONFERENCE #12:
1) AP NAME: Gabe Greene PA
2) DATE: 9/26/2023
3) TIME: 1:19 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I left a detailed message and requested a call back.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 58-year-old female who went out of work on 6/13/2020. The reported primary diagnosis is Other tear of lateral meniscus, current injury, left knee, initial. The time frame under review is 12/11/2022 to the present. All documentation provided has been reviewed from an Internal Medicine/Family Medicine perspective.

Comorbid conditions: Abdominal pain, diabetes mellitus type 2, obstructive sleep apnea, right knee pain with surgery, obesity, carotid occlusion/stenosis without infarct, asymptomatic Chiari Malformation I.

Imaging and Diagnostic Testing:
9/16/2020 - EMG/NCS bilateral upper extremities - Abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, peripheral neuropathy.

12/22/2021 - Carotid Duplex - Moderate to severe (60-79%). Hemodynamically significant left internal carotid artery stenosis. Mild (less than 40%) insignificant right internal carotid artery stenosis. Bilateral vertebral artery flow is normal.

4/5/2022 - EKG showed normal sinus rhythm.

4/11/2022 - Transthoracic echocardiogram showed normal left ventricular wall thickness. Left ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks.The aortic valve is normal in structure and function. The mitral valve appears normal.

5/20/2022 - EKG showed normal sinus rhythm.

6/14/2022 - Sleep study showed moderate obstructive sleep apnea with REM AHI of 16.2, NREM AHI of 14.7, total AHI 15.3 and oxygen desaturations down to 88% during baseline polysomnogram. Well controlle OSA with CPAP and nasal pillow mask. PLMS and EKG are normal. Recommend CPAP 6cm/H2) with P10 nasal pillow mask.

9/29/2022 - Pathology report of right alar crease showed basal cell carcinoma infiltrating, margins involved. Right nasal sidewall showed intradermal melanocytic nevus. Right upper anterior arm consistent with surface of dermatofibroma (benign).

10/28/2022 - Gastric emptying study - Normal solid phase gastric emptying study and no reflux.

11/16/2022 - Ultrasound of abdomen showed hepatic steatosis and cholecystectomy

Surgeries/ Procedures:

5/18/2022 - Robotic assisted Iaparoscopic hiatal hernia repair with partial fundoplication and esophagogastroduodanoscopy (EGD).

11/23/2022 - EGD and colonoscopy were normal.

Record review:

10/13/2022 - The claimant was seen by Dr. Kyle Kleppe, General Surgeon, for follow-up of barium swallow from 7/21/2022. The claimant previously had robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Her symptoms are the same as preop. She reports having chest pain that "feels like my heart". Cardiology work-up negative. She has abdominal pain with painful diarrhea. Pain is not described at heartburn or reflux. She does have regurgitation with undigested food following meals. She is seeing Dr. Edmunds, Gastroenterology, on 10/14/2022. Exam of abdomen showed no abdominal guarding or abdominal muscle rigidity. There was direct epigastric tenderness. No hernias noted. She has a manometry done with showed "some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not

too tight". Complaints may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain, Will order GES to evaluate along with BRAVO study regarding reflux/chest pain complaints.

10/14/2022 - The claimant was seen by Dr. Meade Edmunds, Gastroenterology.
The claimant reports foul smelling stool, constipation, history of hiatal hernia repair with pain, nausea, and has been told she has fatty liver. She has a history of hiatal hernia. The first repair was in May 2021 and the second repair was in May 2022. She states her food does not go down at times and she feels like it is stuck, and sometimes the food will come back up. She states at times she will have urgency. She has had a cholecystectomy. She has no family history of colon cancer or polyps. She has a history of anemia and she he takes iron tablets. She also states she has a history of fatty liver. She has not had an ultrasound performed. Physical exam was normal. Plan for EGD, colonoscopy, labs, ultrasound.

11/2/2022 - The claimant was seen by the nurse for a wound check following Mohs surgery on the right alar crease. The wound is healing with no signs or symptoms of infection.

12/19/2022 - The claimant was seen by Megan Schieigh, NP, Gastroenterology, for follow-up. Right upper quadrant ultrasound on 11/16/2022 showed hepatic steatosis, cholecystectomy. EGD/colonoscopy on 11/23/22: "Normal mucosa in the whole examined duodenum. Congestion and erythema in the antrum. Gastric previous surgery. Stricture in the gastroesophageal junction. Normal mucosa in the whole colon. Grade/stage I internal hemorrhoids." Offered cholestyramine powder, she declined but will let the office know if she wishes to have this sent in. Return for 5 year colonoscopy and follow-up as needed.

1/3/2023 - The claimant was seen by Dr. Kyle Kleppe, General Surgeon, for follow-up. Frequency ranges from every meal to every couple of days, not able to determine trigger. The claimant reports that she had an EGD and colonoscopy with Dr. Edmond in October and believes everything was normal. The claimant had a NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1 hour, 35% at 2 hours, and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however, the continuous swallow study cleared all the food. Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Exam is normal. Advised claimant that "there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Advised patient to have small amounts of food per swallow and frequent swallowing between bites of food. Will follow-up with GI for EGD/Colonoscopy results and for further needs.

Medications are aspirin, atorvastatin, Baclofen, clonazepain as needed, ferrous sulfate, fluoxetine, pramipexole at bedtimes, Trulicity

The claimant has right knee pain. This condition is being deferred to the PM&R reviewer.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

right knee pain M25.561
hx of left knee meniscal tear S83.242
Diabetes mellitus type 2 E 11.2
carotid artery stenosis
OSA
hiatus hernia repair
Steatosis – hepatic

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

I did not identify comorbid issues.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - December 11, 2022 to - the present, and comment on the expected duration.**

Based on the medical record available to me I could not identify objective clinically relevant impairments that would require limitations or restrictions in the work environment. I am aware that she mentioned that she has pain in her right knee. However no imaging studies, physical examinations, or other relevant descriptions are offered.
Given this scenario, no objective evidence was rendered that would require changes in the work environment.
As of this writing no response from the providers had been received.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Medical records did not identify specific recommendations offered by the providers.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The answer to this question is affirmative. She's had numerous diagnostic evaluations she's had surgical intervention. These are appropriate therapeutic and diagnostic interventions.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

I did not discern non-medical issues.

**7. Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.**
************ Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The medical records available to me did not identify the need to change the normal standard working hours. Furthermore no side effects of medications were documented.

**8. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported dysphagia, loose/urgent stools, carotid artery stenosis, hiatal hernia, sleep apnea, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The claimant had an EMG and NC studies ;no specific evaluations were rendered that would require intervention in the work environment. She had ultrasound which show fatty liver but no specific impairments were rendered as a result.
She's had hernia repair. Subsequent testing were all within normal range.
As such, the medical record does not identify impairments that would require changes in the work environment.

**9. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Kyle Kleppe (T) . If needed please contact Dr. Timothy Collins (T) 423-263-0722 (F) 833-369-0949; Dr. Edmunds (T) 865-413-1668 (F) 865-232-1769; Ms. Greene (T) 423-381-8804 (F) 865-588-8841. Please contact any other needed provider.**
******If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

I have not been successful as of this time to contact the providers.
09/27/23 1:17 PM questions were faxed to the provider.

10/11/23 1:48 PM no reply was received to the faxed questions.

**REFERENCE (S):**

The claimant has had a number of medical issues. She had left me meniscal tear. She describes pain in her right knee. She had hiatus hernia repair with subsequent normal studies. An ultrasound showed the presence of fatty liver.
Overall, no specific clinically relevant impairments were rendered that would require changes in the work environment. She did complain of pain in the right knee joint. However there is no evidence of physical examinations or imaging studies rendered.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Alfred Becker, M.D.
Board Certified: American Board of Internal Medicine
Board Certified: American Board of Internal Medicine, Rheumatology
Board Certified: American Board of Internal Medicine, Rheumatology
New York Medical Society
American Rheumatism Association
New York Arthritis Foundation
American College of Clinical Pharmacology
American College of Physicians
Medical Advisory Board Lupus Foundation Orange & Rockland Chapter
American Medical Association

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

10/11/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | ROBERTA L GALYON |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10784870 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| CLAIM LOG | Case Notes | 12/09/20-09/15/23 |
| OPERATIVE REPORT | Edwin Holt, MD | 06/16/20 |
| OPERATIVE REPORT | Harold Cates, MD | 12/04/20 |
| OPERATIVE REPORT | Harold Cates, MD | 04/18/23 |
| OPERATIVE REPORT | Stuart Breese, MD | 04/25/22 |
| OPERATIVE REPORT | Kyle Kleppe, MD | 05/18/22 |
| PROGRESS NOTES | Unknown Provider | 01/06/18-12/15/20 |
| PROGRESS NOTES | University of Surgeons Associate, PC | 06/19/19-06/08/20; 10/28/22 |
| PROGRESS NOTES | Edwin Holt, MD | 07/10/20 |
| PROGRESS NOTES | Comprehensive Neurology Services, PLLC | 08/31/20-09/30/20 |
| PROGRESS NOTES | Brian Cooper, MD | 10/01/20 |
| PROGRESS NOTES | Michael Freeman, MD | 03/05/20-04/26/21 |
| PROGRESS NOTES | Timothy Collins, MD | 07/31/20-08/31/22 |
| PROGRESS NOTES | Harold Cates, MD | 09/17/20-08/08/23 |
| PROGRESS NOTES | Dinu Nodit, MD | 01/25/21-10/21/21 |

| | | |
|---|---|---|
| PROGRESS NOTES | Alexis Kentros, RBS | 12/22/21 |
| PROGRESS NOTES | Kyle Kleppe, MD | 03/22/22-01/03/23 |
| PROGRESS NOTES | Sturat Bresee, MD | 04/05/22-04/25/22 |
| PROGRESS NOTES | University of Tannessee Medical Center | 04/25/22-05/18/22 |
| PROGRESS NOTES | David Crismon, MD | 05/18/22 |
| PROGRESS NOTES | Haley Daigle, MD | 05/18/22 |
| PROGRESS NOTES | Breanna Beeler, RN | 05/18/22-05/20/22 |
| PROGRESS NOTES | Peter Duncan, SW | 05/19/22 |
| PROGRESS NOTES | Brenna Dixon, RN | 05/19/22-05/20/22 |
| PROGRESS NOTES | Amy Payne, RN | 05/20/22 |
| PROGRESS NOTES | Statcare Outpatient, LLC | 05/22/22-09/20/22 |
| PROGRESS NOTES | Athens Sleep Center | 05/25/22-09/20/22 |
| PROGRESS NOTES | Phillip Nichols, MD | 05/31/22 |
| PROGRESS NOTES | Multiple Providers | 05/31/22-09/20/22 |
| PROGRESS NOTES | ErinKramer | 07/20/22 |
| PROGRESS NOTES | Gabriel Greene, PA-C | 07/22/22-09/20/22 |
| PROGRESS NOTES | Lisa Best | 07/22/22-09/20/22 |
| PROGRESS NOTES | Skin Cancer and Cosmetic Dermatology Center | 09/29/22-11/02/22 |
| PROGRESS NOTES | Meade Edmunds, MD | 10/14/22-11/23/22 |
| PROGRESS NOTES | Deah Hennessee, MD | 11/07/22 |
| PROGRESS NOTES | Jennifer Hayles, ARNP | 11/08/22 |
| PROGRESS NOTES | Megan Schieigh, NP | 12/19/22 |
| IME/IMO/FCE/PCE | Richard Avioli, MD, FAAOS | 01/25/21 |
| IME/IMO/FCE/PCE | R Asaro, DO | 11/27/22 |
| IME/IMO/FCE/PCE | Sarah South, M.Ed, CRC | 12/06/22 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/17/17 |

| | | |
|---|---|---|
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 10/16/17 |
| CAROTID ARTERY DUPLEX REPORT | Josh Arnold, MD | 04/26/22 |
| CAROTID ARTERY DUPLEX REPORT | Ryan Buckley, MD | 12/30/20 |
| CAROTID ARTERY DUPLEX REPORT | Scott Stevens, MD | 12/22/21 |
| CAROTID ARTERY DUPLEX REPORT | Michael McNally, MD | 03/04/20 |
| MRI RIGHT KNEE WITHOUT CONTRAST | Allison Johnsen, MD | 05/27/20 |
| LAB REPORT | LabCorp | 11/05/20 |
| LAB REPORT | LabCorp | 11/16/22 |
| LAB REPORT | LabCorp | 11/27/20 |
| LAB REPORT | LabCorp | 12/28/20 |
| LAB REPORT | MNG LAboratories | 12/23/20 |
| LAB REPORT | Stuart Bresee, MD, FACC | 04/05/22 |
| LAB REPORT | LCTN Lab | 05/10/22 |
| LAB REPORT | LCTN Lab | 05/18/22-05/20/22 |
| LAB REPORT | Meade Edmunds, MD | 10/14/22 |
| LAB REPORT | Guy Nichols, MD, PhD | 03/23/23 |
| LAB REPORT | Quest Diagnostics | 04/18/23 |
| LAB REPORT | Melissa Chiles MD | 11/23/22 |
| COLONOSCOPY | Edmunds | 11/23/22 |
| US ABDOMEN | Abercrombie Radiology | 11/16/22 |
| NP EMG WITH NCS EACH EXT 5+ MUSCLES | Berta Bergia, MD | 09/16/20 |
| MRI LOWER EXTREMITY WITH JOINT WITHOUT CONTRAST | Daniel Baker, MD | 10/05/20 |

| | | |
|---|---|---|
| CARDIAC REORT | Brian Cooper, MD | 10/15/20 |
| ECG | Unknown Provider | 11/15/21 |
| ECG | Unknown Provider | 04/05/22 |
| ECG | Kayleigh Litton, DO | 05/20/22 |
| UGI DOUBLE CONTRAST | Obaid Anwar, MD | 03/28/22 |
| ECHOCARDIOGRAPHY | Stuart Bresee, MD | 04/11/22 |
| SLEEP STUDY | Phillip Nichols, MD | 06/14/22 |
| HIGH RESOLUTION ESOPHAGEAL MOBILITY STUDY | Benjamin Dalton, MD | 07/21/22 |
| ENDOSCOPY | Emily Gooch | 07/21/22 |
| DERMATOPATHOLOG Y REPORT | Shimon Oami, MD | 09/29/22 |
| DERMATOPATHOLOG Y REPORT | John Chung, MD | 10/31/22 |
| NM GASTRIC EMPTYING SCAN/SOLID PHASE | Jacob Noe, MD | 10/28/22 |
| ULTRASOUND ABDOMEN LIMITED | Allison johnson, MD | 11/16/22 |
| MOLECULAR PATHOGEN REPORT | Jonathan Puentes | 11/23/22 |
| JOB DESCRIPTION | Pharmacy Technician | Undated |
| FORMS | Other Forms Filled Out By Claimant | 12/29/20 |
| FORMS | Other Forms Filled Out By Claimant | 08/16/21 |
| FORMS | Other Forms Filled Out By Claimant | 05/22/22 |
| FORMS | Other Forms Filled Out By Claimant | 05/29/22 |
| FORMS | Other Forms Filled Out By Claimant | Undated |
| MISCELLANEOUS | N/A | 04/20/22-10/03/23 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/20/2023
3) TIME: 12:00 PM ET
4) PERSON SPOKEN WITH: General Voicemail
5) POSITION OF PERSON SPOKEN WITH: VM

SUMMARY OF CONVERSATION: Left message regarding review.

TELECONFERENCE #2:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/22/2023
3) TIME: 11:02 AM ET
4) PERSON SPOKEN WITH: / Sandra
5) POSITION OF PERSON SPOKEN WITH: Agent/ General Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #3:

1) AP NAME: Dr. Harold Cates
2) DATE: 9/25/2023
3) TIME: 9:57 AM ET
4) PERSON SPOKEN WITH: / JC
5) POSITION OF PERSON SPOKEN WITH: Agent/ General Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 58-year-old female, date of birth , who went out of work on 6/13/2020. The reported primary diagnosis is other tear of lateral meniscus, current injury, left knee, inititial. The time frame under review is 12/11/2022 to the present. All documentation provided has been reviewed from a Physical Medicine & Rehabilitation perspective.

Comorbid conditions: Obstructive sleep apnea, diabetes mellitus, anxiety, dysphagia, and right knee pain.

Imaging and Diagnostic Testing:
9/16/2020 - EMG/NCS bilateral upper extremities - Abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, and peripheral neuropathy.

Surgeries/ Procedures:
6/16/2020 - Right TKA

12/4/2020 - Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60%.
4/18/2023 - Right knee arthroscopic lysis of adhesions and close manipulation.

Record review:
7/2/2022 - The claimant was seen by Erin Kramer, for postop right knee. She is 2 weeks status post right total knee arthroplasty. Pain is 8/10. She is full weightbearing, but is using an assistive device. The dressing and staples were removed and Steri-strips applied. Her wound is healing well and new dressing applied. She is working on range of motion. Return to office in 1 month.

10/6/2022 - The claimant was seen by Dr. Harold Cates, Orthopedics. The claimant was last seen here on 6/30/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. She is using a continuous passive motion (CPM) machine. She got sick postoperatively, and held off on her physical therapy. The claimant complaints of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. Extension/flexion 0-100 degrees. 2+ effusion with medial joint line tenderness. Gait examination is cautious on right side today. Motor strength and sensation is normal in the lower extremities today. Topical Voltaren gel, Zostrix for management of symptoms, and Meloxicam were ordered along with PT 2 times a week for 4 weeks.

1/20/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation, with aspiration on 01/17/2022. The claimant was last seen here on 10/06/2022 for the same complaint. She is still using a cane occasionally when she is out and about for stability. States that the motion is not improved, and she has difficulties sitting for prolonged periods. States meloxicam is helpful occasionally with her pain. She got sick post-operatively, and held off on her physical therapy. The claimant complains of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen, due to renal insufficiency. She presents to discuss surgical intervention today. She has extension/flexion 0-105 degrees. Mild medial joint line tenderness. Gait is cautious but no antalgic. Motor strength and sensation are intact. Anti-inflammatory medication was discussed as well as surgery. The claimant will return to office to discuss treatment.

3/9/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation, with aspiration on 01/17/2022. The claimant was last seen here on 1/20/2023 for the same complaint. The claimant complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms. Exam is unchanged. X-ray showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Plan includes right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to postop physical therapy regimen.

5/30/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. She is status post a right knee arthroscopy, with Iysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a right knee TKA in 2020. She does not use a cane or crutch for ambulation. She has tightness about the knee. Knee range of motion is 0-95 degrees. Trace effusion. Her wounds are clean dry and approximated. The stitches are removed today and Steri-strips applied. No lower extremity edema. Plan includes prednisone Dosepak to follow-up with meloxicam. She will get started in outpatient physical therapy.

8/8/2023 - The claimant was seen by Dr. Harold Cates, Orthopedics. The claimant complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She has not started PT since there was a death in the family. Exam showed extension/flexion: 0-105 degrees. Gait is cautious but no antalgic. Motor strength and sensation are intact. X-ray showed hardware of right total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered. Plan includes Voltaren 75mg daily. Discontinue meloxicam. Continue with knee flexion exercises. Return to clinic in 3 months.

Previous peer review by Dr. Richard Asaro, dated 11/27/2022 - Determination: Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks.

Conditions outside the knee pain are deferred to the IM/FM reviewer.

UPDATED MEDICALS on 10/3/23:

On 10/14/22 the claimant was evaluated by Meade Edmunds (Gastroenterology) for foul smelling bowel movements, constipation, history of hiatal hernia with pain since, nausea and has been told he has fatty liver.

On 11/16/22 ultrasound of the abdomen revealed hepatic steatosis and cholecystectomy.

On 11/23/22 the claimant underwent EGD for evaluation of dysphagia and nausea.

On 12/19/22 the claimant was evaluated by Megan Scleigh, NP (Gastroenterology) for dysphagia, and loose/urgent stools.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Other tear of lateral meniscus, current injury, left knee, initial encounter S83. 282A

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

NA

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/11/2022 to the present, and comment on the expected duration.**

This is case regarding a 58-year-old female who went out of work on 6/13/2020. The reported primary diagnosis is Other tear of lateral menscus, current injury, left knee, initial. The time frame under review is 12/11/2022 to the present.

The claimant has a past surgical history of right total knee arthroplasty on 6/16/2020; Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60% on 12/4/2020; and Right knee arthroscopic lysis of adhesions and close manipulation on 4/18/2023.

On 7/2/2022 the claimant was seen by Erin Kramer, for post-op right knee. She was 2 weeks status post right total knee arthroplasty. Pain was 8/10. She was full weightbearing but was using an assistive device. The dressing and staples were removed and Steri-strips applied. Her wound was healing well and new dressing applied. She was working on range of motion. Return to office in 1 month.

On 10/6/2022 the claimant was seen by Dr. Harold Cates, Orthopedics. The claimant was last seen here on 6/30/2022 for the same complaint. She was still using a cane occasionally when she is out about for stability. She was using a continuous passive motion (CPM) machine. She got sick postop and held off on her physical therapy. The claimant complained of continued pain and symptoms. She reported having increased stiffness about the knee. She stated she has been progressively losing range of motion. She had been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. Extension/flexion 0-100 degrees. 2+ effusion with medial joint line tenderness. Gait examination was cautious on right side today. Topical Voltaren gel, Zostrix for management of symptoms, and Meloxicam were ordered along with PT 2 times a week for 4 weeks.

On 1/20/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She was status post right total knee manipulation with aspiration on 01/17/2022. The claimant was last seen here on 10/06/2022 for the same complaint. She was still using a cane occasionally when she is out and about for stability. Stated that the motion is not improved and difficulties sitting for prolonged periods. Stated meloxicam was helpful occasionally with her pain. She got sick postoperatively and held off on her physical therapy. The claimant complained of continued pain and symptoms. She reported having increased stiffness about the knee. She stated she has been progressively losing range of motion. She had been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. She presented to discuss surgical intervention today. She has extension/flexion 0-105 degrees. Mild medial joint line tenderness. Gait was cautious but no antalgic. Anti-inflammatory medication was discussed as well as surgery. The claimant will return to office to discuss treatment.

On 3/9/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She is status post right total knee manipulation with aspiration on 01/17/2022. The claimant was last seen here on 1/20/2023 for the same complaint. The claimant complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms. Exam is unchanged. X-ray showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Plan includes right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to post-op physical therapy regimen.

On 5/30/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. She is status post a right knee arthroscopy with Iysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a right knee TKA in 2020. She does not use a cane or crutch for ambulation. She had tightness about the knee. Knee range of motion is 0-95 degrees. Trace effusion. Her wounds were clean dry and approximated. The stitches were removed and Steri-strips applied. Plan included prednisone Dose pak to follow-up with meloxicam. She will get started in outpatient physical therapy.

On 8/8/2023 the claimant was seen by Dr. Harold Cates, Orthopedics. The claimant complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She has not started PT since there was a death in the family. Exam showed extension/flexion: 0-105 degrees. Gait was cautious but no antalgic. Motor strength and sensation are intact. X-ray showed hardware of right total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered. Plan includes Voltaren 75mg daily. Discontinue meloxicam. Continue with knee flexion exercises. Return to clinic in 3 months.

Previous peer review by Dr. Richard Asaro, dated 11/27/2022 - Determination: Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks.

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there is objective evidence to support an impairment for this claimant from 12/112022 to the present onward. The claimant has a history of a right total knee arthroplasty performed in 2020, and most recently, right knee arthroscopic lysis of adhesions and closed manipulation on 4/18/2023. Objective examination findings of the right knee have included cautious ambulation, pain, swelling and decreased range of motion. There was also intermittent use of a cane, however this was prior to the recent surgery on 4/18/23.

Restrictions are as follows:

Stand -- No longer than 30 min at a time over 2 hours; no more than 2 hour in an 8 hour work day. May use assistive device.
Walk -- No longer than 30 min at a time over 2 hours; no more than 2 hour in an 8 hour work day. May use assistive device.
Sit -- Unrestricted.
Push -- Up to 10 pounds occasionally BUE. (bilateral upper extremities)
Pull -- Up to 10 pounds occasionally BUE.
Lift -- Up to 10 pounds occasionally BUE.
Carry -- Up to 10 pounds occasionally BUE.
Bend -- Occasionally.
Stoop -- Occasionally.
Kneel -- Occasionally.
Climbing -- Never ladders, occasionally stairs
BUE -- Unrestricted keyboarding, mousing, typing, gripping/grasping, overhead, waist and below desk reaching.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to knee pain supported by objective examination findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The claimant should be reevaluated approximately six months from the last office visit (8/8/2023), or on or about 2/8/2024.

No work on date of surgery 4/18/2023 and 6 weeks post-operatively.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

There are no R&Ls recommended by treating providers for the timeframes in question, however the medical records provided by treating providers do support the above R&Ls for the timeframes specified.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is/was clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

**7. Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.**
*********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

Yes the medical evidence supports the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present. As stated above, the claimant had abnormal objective examination findings related to the left knee, however there were no abnormal findings related to the upper extremity or the spine. There's also no evidence of complete neurological dysfunction or extended hospitalizations to support complete disability unless otherwise stated. The claimant had surgery on 4/18/23 for the left knee, and would require time off for surgery and postoperative recovery as stated above.

There is no medical evidence to support the claimant experiences any side effects from the prescribed medications.

**8. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, stiffness, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

On 9/16/2020 of EMG/NCS bilateral upper extremities was abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, peripheral neuropathy. However, for the timeframe specified, there were no subjective or objective examination findings pertaining to the upper extremities; the impairment was strictly related to the left knee. Therefore, the testing does not impact current sustained work at capacity.

**9. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Harold Cates (T) 865-690-4861 (F) 615-777-3517. Please contact any other needed providers.**
*******If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.**

Contact was not successful.

1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

09/27/23 12:46 PM questions were faxed to the treating provider.
10/11/23 1:43 PM no reply was received from the treating provider.

**10.**
**If your conclusions are different from the conclusions in the review by Dr. R. Asaro, please explain the medical rationale and evidence used in your coming to the different conclusions.**

The conclusions are not different.

<u>CONFLICT OF INTEREST</u>:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Andrew Nava, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

9/27/2023

Dr. Harold Cates
Re: ROBERTA L GALYON

Hi Dr. Harold Cates,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or swygle@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Shirley Wygle
Peer Review Services
MLS Group of Companies, LLC

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

9/27/2023

Dr. Edmunds
Re: ROBERTA L GALYON

Hi Dr. Edmunds,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Alfred Becker, regarding your patient, referenced above. In lieu of a teleconference, Alfred Becker has provided the following questions:

We are interested in your perception with reference to this person's ability to participate in the work environment effectively. Are there any restrictions or limitations from your perspective that are required generated by objective clinically relevant impairments

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or swygle@mlsgroupllc.com

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Shirley Wygle
Peer Review Services
MLS Group of Companies, LLC

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 27, 2023 at 1:59:56 PM EDT | VFD211M6N21 | 73 | 2 | Sent |

MLS

MLS Group of Companies, Inc.

# Confidential FAX

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To:

Fax Number: 16157773517

Pages: 2

Date/Time: 2023-09-27 13:58:43

Subject: AP questions Dr. Harold Cates _161963-1_v1.doc

Note:

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

MLS Group of Companies, Inc.

# Confidential FAX

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To:

Fax Number: 18652321769

Pages: 2

Date/Time: 2023-09-27 13:56:32

Subject: AP questions Dr. Edmunds,_161963-1_v1.doc

Note:

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**From:**njackson@mlsgroupllc.com
**Sent:**Wed, 11 Oct 2023 14:53:53 -0400
**To:**VendorReferrals
**Subject:**MLS review notification for case - 10784870 ID: MLS# 161963
**Attachments:**fax conf Dr. Edmunds,_161963.pdf, fax conf Dr. Harold Cates _161963.pdf, AP questions Dr. Edmunds,_161963-1_v1.doc, AP questions Dr. Harold Cates _161963-1_v1.doc, Report_MLS_D2__R01_161963-1_v1.doc, Report_MLS_D2__R02_161963-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached final report

Thank you for the referral,
MLS Group of Companies, LLC

Shirley Wygle
SWygle@mlsgroupllc.com

Nancy Jackson
njackson@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Info@mlsgroupllc.com
**Sent:**Wed, 11 Oct 2023 14:53:21 -0400
**To:**VendorReferrals
**Subject:**Invoice for 161963, Completed 10/11/2023 2:50 PM, Claim Number 10784870
**Attachments:**Invoice_161963-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached for your most recent invoice. Payments can be made by check or ACH/EFT. Please note that MLS does not accept credit card payments. For any billing related inquiries, please email HYPERLINK "mailto:EJones@mlsgroupllc.com" \o "mailto:EJones@mlsgroupllc.com" EJones@mlsgroupllc.com. For any accounting related inquiries or questions regarding payments methods, please email HYPERLINK "mailto:MFasolino@mlsgroupllc.com" \o "mailto:MFasolino@mlsgroupllc.com" MFasolino@mlsgroupllc.com. As always, we thoroughly appreciate your business, and are available to answer any of your questions or concerns. Thank you, MLS Group of Companies

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **161963-1**

**Date of Invoice** 10/11/2023

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Jerronda King

| | |
|---|---|
| **Case ID:** | 10784870 |
| **Referral ID:** | 161963 |
| **Name:** | ROBERTA L GALYON |
| **Employer:** | |
| **Physician:** | Andrew M Nava, Alfred Becker, |
| **Specialty:** | Physical Medicine & Rehabilitation,Internal Medicine,Family Medicine |
| **Svc Date:** | 10/11/2023 |

| Item | Rate |
|---|---|
| Peer Review | $1552.50 |

| | |
|---|---|
| **Invoice Total** | $1552.50 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $$1,552.50 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/Galyon 0162**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, October 4, 2023 7:31:09 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 10784870 Roberta Galyon |
| Attachments: | rtarlqzmjvbzrax7yint_16262399.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 4, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy on behalf of Ms. Roberta Galyon.

Per the September 18, 2023 correspondence you were informed that Ms. Galyon's claim had been forwarded for a medical assessment with an expected due date of October 9, 2023. We were just informed by the vendor that there will be a delay in the reports submission.

We apologize for the delay. We anticipate a response from the reviewing Board Certified Physicians no later than October 16, 2023. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Galyon's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:**King, Jerronda
**Sent:**Tue, 3 Oct 2023 18:52:10 +0000
**To:**referrals@mls-ime.com
**Subject:**Report Status: Roberta Galyon LTD 10784870

Good Afternoon,

Can you provide an update on the two referrals sent for this claim?

Thanks

**Jerronda King**
Appeals Resolution Specialist
Claims Resolution Services

**The Lincoln National Life Insurance Company**
LincolnFinancial.com

1-888-437-7611, Ext
14674 Office

1-603-334-0401 Fax

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Valencia Mccrae
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(678) 295-3083 x16065
Fax: (603) 334-0401

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | WALMART, INC. | Date Sent: | 9/19/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ROBERTA L GALYON | Claim #: | 10784870 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 6/13/2020 |
| Zip: | | Primary Diagnosis: | Oth tear of lat mensc, current injury, left knee, init |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | contact info in questions |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: ROBERTA L GALYON

**Lincoln/Galyon 0166**

## Lincoln Financial Group - Independent Evaluation

### Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - December 11, 2022 to - the present, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other - The claim has been reviewed by Dr. Richard Avioli; Dr. R. Asaro. Please do not assign to these reviewers.

Other - Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.

Other - Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported dysphagia, lose / urgent stools, carotid artery stenosis, hiatal hernia, sleep apnea, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.

Other - When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Kyle Kleppe (T) . If needed please contact Dr. Timothy Collins (T) 423-263-0722 (F) 833-369-0949; Dr. Edmunds (T) 865-413-1668 (F) 865-232-1769; Ms. Greene (T) 423-381-8804 (F) 865-588-8841. Please contact any other needed provider. ****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.

Instructions For Vendor:

Claimant Name: ROBERTA L GALYON

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Jerronda.King@lfg.com
Medical / Surgical Condition: Dysphagia, Hiatal Hernia, Obstructive Sleep Apnea,

Attorney Information (if applicable):

Claimant Name: ROBERTA L GALYON

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Valencia Mccrae
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(678) 295-3083 x16065
Fax: (603) 334-0401

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | WALMART, INC. | Date Sent: | 9/19/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ROBERTA L GALYON | Claim #: | 10784870 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 6/13/2020 |
| Zip: | | Primary Diagnosis: | Oth tear of lat mensc, current injury, left knee, init |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | contact info in questions |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: ROBERTA L GALYON

## Lincoln Financial Group - Independent Evaluation

### Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - December 11, 2022 to - the present, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other - The claim has been reviewed by Dr. Richard Avioli; Dr. R. Asaro. Please do not assign to these reviewers.

Other - Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from December 11, 2022 to present? Please explain your medical rationale.********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.

Other - Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, stiffness, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.

Other - When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Harold Cates (T) 865-690-4861 (F) 615-777-3517. Please contact any other needed providers. *****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days.

Other - If your conclusions are different from the conclusions in the review by Dr. R. Asaro, please explain the medical rationale and evidence used in your coming to the different conclusions.

Instructions For Vendor:

Claimant Name: ROBERTA L GALYON

# Lincoln Financial Group - Independent Evaluation

## Peer Review

| |
|---|
| Please assign to a board certified, preferably university affiliated provider.<br>Questions or issues with this referral should be directed to: Jerronda.King@lfg.com<br>Medical / Surgical Condition: Knee Pain, s/p surgeries, lbp |

Attorney Information (if applicable):

| |
|---|
| |

Claimant Name: ROBERTA L GALYON

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, September 18, 2023 1:06:16 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 10784870 Roberta Galyon |
| Attachments: | 7mci5llxjk77yy6nouti_16144063.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 18, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy on behalf of Ms. Roberta Galyon.

We received your request for review of the recent claim determination on Ms. Galyon's LTD claim. Ms. Galyon's appeal has been received and reviewed and has been forwarded for medical assessments by Board Certified Physicians.

We anticipate a response from the reviewing Board Certified Physicians no later than October 9, 2023. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist

Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Joseph, Mann & Creed

3848 Canyon Falls Blvd, Suite 200
Twinsburg, OH 44087-1900
Phone: (216) 831-5826
Fax: (216) 831-5816

Sep 07, 2023

Lincoln Financial Group

C/O Admin Claims Support
PO Box 1525
Dover, NH 03821-1525

JMC File #: 16473164
Client Account #: 10794870
Amount: $8,008.53
Listed ON: 08/11/2023
Closed ON: 08/28/2023

To whom it May Concern:

Based on the work we have completed on the above account, and my review of the file, it has been determined that the account is uncollectible.

The following is a summary of the information we gathered:

The following file has been closed "Cease & Desist Recv'd - Closed"

Should you have any further questions, or concerns, about this account please contact me.

We look forward to serving any other collection needs your organization may have in the future.

Sincerely,

Tina Perecces
Director, Administrative Operations

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | MAGGIORE, ANGELO | Case Mgr: | GRAVES, JOSHUA |

| | | | |
|---|---|---|---|
| Claimant Name: | ROBERTA L GALYON | Claim #: | 10784870 |
| Occupation (Job Title): | PHARMACY TECH | Date Sent: | 8/31/2023 |

Diagnosis: S83.282A Oth tear of lat mensc, current injury, left knee, init, G71.1 Myotonic disorders

| | | | |
|---|---|---|---|
| Date of Disability: | 6/13/2020 | Date Benefits Began: | 12/12/2020 |
| Maximum Duration: | 3/17/2032 | Paid Through: | 12/11/2022 |
| Date of Denial or (DB451): | 12/12/2022 | Date Appeal Received: | 8/30/2023 |

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: WALMART, INC.

Product: LTD    Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☐ Paperless
- ☐ Bilingual - translation complete
- ☑ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.    FAX No.

Account Specific or Unique Contract Issues / Additional Info:

**Lincoln/Galyon 0176**

# Transmission Log

1 Tuesday, 08-29-2023 13:03 1

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
|---|---|---|---|---|---|---|---|---|
| 08-29-2023 | 12:55 | SCAN | 13789 | 7:45 | 14400 | 18773536412 | 33 | OK -- V.17 AM31 |

LAW OFFICES OF
TONY FARMER & JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

August 29, 2023

VIA FACSIMILE 877-353-6412
Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Pursuant to our conversation today, enclosed please the proof of filing the appeal on May 31, 2023.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

~ Representing the seriously injured since 1975 ~

1356 Papermill Pointe Way ■ Knoxville, TN 37909 ■ 865-584-1211 Phone ■ 865-584-1171 Fax ■ www.farmerdreiser.com

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

August 29, 2023

**VIA FACSIMILE 877-353-6412**
Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Pursuant to our conversation today, enclosed please the proof of filing the appeal on May 31, 2023.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

May 31, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

As previously noted, I represent Ms. Galyon regarding the December 7, 2022, denial of her continued LTD benefits under the above-referenced policy. Please accept this letter as Ms. Galyon's request for an administrative appeal of that denial. The denial is based on the report of a "consulting physician" that Ms. Gaylon is no longer limited physically from working at a sedentary occupation.

Enclosed please find a disc containing additional medical evidence proving otherwise. For instance, Ms. Galyon saw orthopedic surgeon Harold Cates, M.D., on January 20, 2023, with the following history:

> Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 10/06/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. States that the motion is not improved and difficulties sitting for prolonged periods. States meloxicam is helpful occasionally with her pain. She got sick postop and held off on her physical therapy. Today, patient complains of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has

been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. She is here to discuss surgical intervention today.

X-rays of the left knee demonstrated moderate patellofemoral arthritis.

Ms. Galyon returned on March 9, 2023, noting ambulation with a cane for stability, persistent decreased range of motion, and difficulties sitting for prolonged periods of time. Dr. Cates found crepitation in the lateral gutter of the knee. X-rays showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Dr. Cates recommended right knee arthroscopy.

Additionally, Ms. Galyon's other medical issues prevent her from being on task throughout the day. She treated with Dr. Edmunds for dysphagia and loose/urgent stools. She also has been dealing with moderate-to-severe hemodynamically significant left internal carotid artery stenosis and hiatal hernia.

Overall, the additional medical evidence combined with the previous information demonstrates Ms. Galyon is unable to work at even the sedentary exertional level.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Ms. Roberta Lynn Galyon

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Co.
ATTN: Appeal Review Unit
Charlotte WM
P.O. Box 2578
Omaha, NE 68172

9590 9402 5423 9189 2055 65

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 2762

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN - 6 2023
OMAHA
Jay F Lue

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Lincoln/Galyon 0181

USPS TRACKING #

9590 9402 5423 9189 2055 65

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Galyon # 4764-1

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To Lincoln National Life Ins. Co.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2280 0001 7598 2762

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Co.
ATTN: Appeal Review Unit
Charlotte WM
P.O. Box 2578
Omaha, NE 68172

9590 9402 5423 9189 2055 65

2. Article Number (Transfer from service label)

7019 2280 0001 7598 2762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN - 6 2023 ... OFFICE ... OMAHA
Jay F Lue

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5423 9189 2055 65

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Galyon # 4764-1

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law:*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

June 16, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Enclosed please find additional medical evidence for Kyle Kleppe, M.D. to consider in this appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

~ Representing the seriously injured since 1975 ~

1356 Papermill Pointe Way ■ Knoxville, TN 37909 ■ 865-584-1211 Phone ■ 865-584-1171 Fax ■ www.farmerdreiser.com

# MEDICAL FAX

**FROM:** University Surgeons Associates (865) 525-3460
**TO:** (865) 584-1171
**SUBJECT:** Untitled
**DATE:** Tue, 06/13/23, 4:04 PM EDT
**PAGES:** 20 (not including coversheet)

---

**INSTRUCTIONS:** Records for Roberta Galyon

---

This fax transmission is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender.

Having trouble reading this fax?
You can view it online at **http://universitysurgeonsassociatespc.myupdox.com** by entering the following information:
Fax ID: **38b5ac7**
Password: **Provide-001-Koala**
This fax expires on Jun 18, 2023 4:04:17 PM. It will not be available online after that time.

**Patient:** 871369 - Roberta L. Galvon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Follow up on Barium Swallow from 7/21/22.

## REASON FOR VISIT

Patient is a pleasant 57-year-old female who presents today for follow-up for a previous barium swallow. Patient had previously had a robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Barium swallow was performed on 7/21/2022. Patient states that she feels like her symptoms are similar or preop. She says she is having chest pain that "feels like my heart" but has been evaluated by her cardiologist who states that her heart is fine. She describes it as a sharp and aching pain that she does not associate with eating. She states that she will have these pains that sometimes start in her chest and sometimes start in her stomach and last approximately 30 minutes. She states that these pains occur daily. She states that they are occasionally associated with abdominal pain with painful diarrhea. She states that these bowel movements are not overly and has not seen blood. She reports that the pain does not feel like she is having heartburn or reflux-like pain that she has had in the past but does endorse she has some regurgitation with undigested food when these attacks occur following meals. She reports that she is seeing a gastroenterologist tomorrow.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galvon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder

Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## PREVIOUS TESTS

**Laboratory Studies:**

**Manometry:**

Esophageal manometry.

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## PHYSICAL FINDINGS

- Vitals taken 10/13/2022 11:18 am

| | | |
|---|---|---|
| BP-Sitting | 142/88 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 65 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 176 lbs 3.2 oz | 98 - 183 |
| Body Mass Index | 29.3 kg/m2 | |
| Body Surface Area | 1.87 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
Pupils: PERRLA.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
**Abdomen:**
Visual Inspection: Scars: present present on visual inspection of the abdomen.
Palpation: No abdominal guarding and abdominal muscle rigidity was not demonstrated.
Direct epigastric tenderness.
Hernia: No incisional hernia of the abdomen was discovered and no ventral hernia was discovered.
**Neurological:**
No disorientation was observed.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.

## ASSESSMENT

- Dysphagia
- Abdominal pain--epigastric

## COUNSELING/EDUCATION

- Education: risks, benefits, and limitations discussed and understood

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## DISCUSSED

We discussed her symptoms, she has multiple complaints that are likely separate. With regard to her dysphagia, her manometry shows some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not too tight.

She does demonstrate some complaints that may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain. Will order GES to evaluate this.

With regards to her chest pain. I will want to make sure that these events are not related to reflux and will consider BRAVO study.

She is seeing Dr. Edmunds tomorrow for some of the lower GI complaints that she has.

## PLAN

- An esophageal intraluminal pH study was perfomred
- Gastric emptying scintigraphy study
- Follow-up visit

Plan for Gastric Emptying study and EGD w/ BRAVO study.

## OTHER

Patient was seen today in the office with Resident Austin Martindale, MD.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 10/13/2022 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**Electronically approved by: Kyle L Kleppe MD Date: 10/13/22 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Pain with swallowing.

## REASON FOR VISIT

Visit for: dysphagia.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain—epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

57yo F with history of hiatal hernia repairs in 5/2021 and 5/2022 presents with periodic dysphagia. Occurs more often with solids, however it does occur with liquids as well. Frequency ranges from every meal to every couple of days, not able to determine any triggers. Pt reports that she had an EGD and colonoscopy with Dr. Edmonds in October and believes everything was normal, we will get reports from his office. Of note patient has had NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1hr, 35% at 2hrs and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however the continuos swallow study cleared all the food.

Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Dysphagia does not precipitate coughing. Pain on swallowing.

GI problems.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder

Neuropathy.
Hiatal hernia repair 5/2021 and 5/2022.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever, no chills, and no recent weight change.
**Pulmonary:** No cough.
**Gastrointestinal:** No nausea and no vomiting. Diarrhea.

## PHYSICAL FINDINGS

- Vitals taken 01/03/2023 03:40 pm

| | | |
|---|---|---|
| Height | 65 in | 59 - 69 |

- Vitals taken 01/03/2023 04:13 pm

| | | |
|---|---|---|
| BP-Sitting L | 162/90 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 108 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 174 lbs | 98 - 183 |
| Body Mass Index | 29.0 kg/m2 | |
| Body Surface Area | 1.86 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Abdomen:**
Visual Inspection: The abdomen was not distended.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.

## ASSESSMENT

- Dysphagia

## DISCUSSED

Spoke with patient that there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Educated patient about small amounts of food per swallow and frequent swallowing between bites of food. We will get Dr. Edmonds report from recent EGD/Colonsocopy and reach out to patient if there is anything that needs to be addressed.

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**OTHER**
Patient was seen today in the office with Resident Dr. Maglich.

**CARE TEAM**

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

Kyle L. Kleppe MD
Electronically signed by: Kyle L Kleppe MD Date: 02/01/2023 16:40

Electronically approved by: Kyle L Kleppe MD Date: 02/01/23 16:40

**The University of Tennessee Medical Center**

Department of Radiology
1924 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9058

University Breast Center
1934 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9069

Patient Name: GALYON, ROBERTA L
MRN: 1844020
Admitting Dr: KLEPPE MD, KYLE L
Consulting Dr:
PCP: Collins (Results), Timothy

Age: 57 years
Sex: Female
DOB:
Loc: OPNUC

**Nuclear Medicine**

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:
- 95% at 20 minutes (normal range 70% and above)
- 61% at 1 hour (normal range 37%-90%)
- 35% at 2 hours (normal range 30%-60%)
- 7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Normal solid phase gastric emptying study.
No reflux.

---

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Patient Name: GALYON, ROBERTA L
Report Request ID: 173763695

Department of Radiology

University Breast Center

Patient Name: GALYON, ROBERTA L
FIN: 18440200035

Nuclear Medicine

Results

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-27-62

*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Helminger MD Res, Kasey*

***FINAL REPORT***

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | |
|---|---|---|---|
| **Patient:** Galyon, Roberta 1844020 | Gender: Female | Physician: | Dr. Benjamin Dalton |
| | DOB / Age: | Operator: | Emily Gooch RN |
| | Height: [illegible] | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| Landmarks | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.6 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| LES Pressures | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| High Resolution Parameters | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 887.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| Chicago Classification | | |
| Distal latency | 8.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| Impedance analysis | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***

EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**

After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**

Dysphagia

**Interpretation / Findings**

Prior to procedure the patient underwent informed consent with the possible complications of inability to pass manometry instrument, inability to retrieve manometry instrument, nosebleed, and esophageal perforation.

Clinical Diagnosis

1.Dysphagia

Specific Results

A. UES activity- Normal relaxation from a normal baseline.
B. Esophagogastric junction relaxation interpretation- Normal relaxation from a normal baseline. I cannot see a hiatal hernia, it could be rather large inhibiting our ability to see.
C. Pressure Inversion Point- @ 41.4 cm from the nares, in close proximity to LES.

GIVEN IMAGING

cc: Dr. Kleppe fax 525 3460

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 001/009

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

D. Pressurization and Contraction Pattern- Abnormal. There are about 50% of swallows that are normal. The other 50% are either weak peristalsis or failed peristalsis. There is associated bolus stasis on those swallows.
E. Technical Limitations- None
F. Multiple Rapid Swallows- There was not good peristaltic reserve.
G. Continuous swallows- This is a provocative test looking at whether the patient has an EGJ outflow obstruction- negative

Results Summary
1. Weak and failed peristalsis in 50% of swallows: Otherwise normal swallows.

Benjamin Dalton, MD

Findings were reported back to referring provider Dr. Kyle Kleppe

Swallow #1



Swallow #1



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | |
|---|---|---|---|
| **Patient:** Galyon, Roberta 1844020 | Gender: Female<br>DOB / Age:<br>Height: ону<br>Procedure: Esophageal Motility w/Z | Physician:<br>Operator:<br>Referring Physician:<br>Examination Date: | Dr. Benjamin Dalton<br>Emily Gooch RN<br>Dr. Kyle Kleppe<br>07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 46.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.6 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 98.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.6 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

P. 003/009 FAX No. JUL/25/2022/MON 01:32 PM

# The University of Tennessee Medical Center at Knoxville

- University Memorial Hospital
- Graduate School of Medicine

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
Wisdom for Your Life.

Center for Gastrointestinal Diseases
Endoscopic Diagnostic / Therapeutic Unit
Gastrointestinal Physiology Unit
1924 Alcoa Highway
Knoxville, TN 37920-6999
865-305-9576

## REFERRAL

From Kleppe

Address

Phone 9620

Fax

Date 7/21/22

Patient FIN:18440200034
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:07/21/22
MRN:1844020

Indications dysphagia

Procedure EM

| Meds | Stopped Y/N |
|---|---|
| | |
| | |
| | |
| | |

1

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #1



Swallow #1



Swallow #2



Swallow #2



Swallow #3



Swallow #3



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #4



Swallow #4



Swallow #5



Swallow #5



Swallow #6



Swallow #6



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

UT THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #7



Swallow #7



Swallow #8



Swallow #8



Swallow #9



Swallow #9



GIVEN IMAGING

Galyon Roberta; 1644020, 07/21/2022

UT THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #10 Swallow #10



Swallow #11 Swallow #11



Swallow #12 Swallow #12



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Landmark Id



Landmark Id



(00:13, 00:14)



(00:20:11, 00:23:11)



(00:24:34, 00:25:34)



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GROUP BENEFITS CLAIMS APPEAL UNIT
LINCOLN NATIONAL LIFE INS CO.
ATTN - APPEAL REVIEW UNIT
CHARLOTTE WM
P.O. BOX 2578
OMAHA, NE 68172

9590 9402 5422 9189 9637 70

2. Article Number (Transfer from service label)

7019 2280 0001 7598 2854

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Jay F Lueke

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5422 9189 9637 70

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

GALYON 47764-1

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

August 29, 2023

**VIA FACSIMILE 877-353-6412**
Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Pursuant to our conversation today, enclosed please the proof of filing the appeal on May 31, 2023.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

LAW OFFICES OF
TONY FARMER & JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

May 31, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

As previously noted, I represent Ms. Galyon regarding the December 7, 2022, denial of her continued LTD benefits under the above-referenced policy. Please accept this letter as Ms. Galyon's request for an administrative appeal of that denial. The denial is based on the report of a "consulting physician" that Ms. Gaylon is no longer limited physically from working at a sedentary occupation.

Enclosed please find a disc containing additional medical evidence proving otherwise. For instance, Ms. Galyon saw orthopedic surgeon Harold Cates, M.D., on January 20, 2023, with the following history:

> Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 10/06/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. States that the motion is not improved and difficulties sitting for prolonged periods. States meloxicam is helpful occasionally with her pain. She got sick postop and held off on her physical therapy. Today, patient complains of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has

been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. She is here to discuss surgical intervention today.

X-rays of the left knee demonstrated moderate patellofemoral arthritis.

Ms. Galyon returned on March 9, 2023, noting ambulation with a cane for stability, persistent decreased range of motion, and difficulties sitting for prolonged periods of time. Dr. Cates found crepitation in the lateral gutter of the knee. X-rays showed moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Dr. Cates recommended right knee arthroscopy.

Additionally, Ms. Galyon's other medical issues prevent her from being on task throughout the day. She treated with Dr. Edmunds for dysphagia and loose/urgent stools. She also has been dealing with moderate-to-severe hemodynamically significant left internal carotid artery stenosis and hiatal hernia.

Overall, the additional medical evidence combined with the previous information demonstrates Ms. Galyon is unable to work at even the sedentary exertional level.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Ms. Roberta Lynn Galyon

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Co.
ATTN: Appeal Review Unit
Charlotte WM
P.O. Box 2578
Omaha, NE 68172

9590 9402 5423 9189 2055 65

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 2762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OMAHA OFFICE JUN - 6 2023

Jay F Lue

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5423 9189 2055 65

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Galyon # 4764

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To Lincoln National Life Ins. Co.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2280 0001 7598 2762

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for *no* additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Co.
ATTN: Appeal Review Unit
Charlotte WM
P.O. Box 2578
Omaha, NE 68172

9590 9402 5423 9189 2055 65

2. Article Number (*Transfer from service label*)

7019 2280 0001 7598 2762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN - 6 2023

Jay F Lue

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5423 9189 2055 65

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Galyon #47647

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

June 16, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Enclosed please find additional medical evidence for Kyle Kleppe, M.D. to consider in this appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

# MEDICAL FAX

**FROM:** University Surgeons Associates (865) 525-3460
**TO:** (865) 584-1171
**SUBJECT:** Untitled
**DATE:** Tue, 06/13/23, 4:04 PM EDT
**PAGES:** 20 (not including coversheet)

---

**INSTRUCTIONS:** Records for Roberta Galyon

---

This fax transmission is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender.

Having trouble reading this fax?
You can view it online at **http://universitysurgeonsassociatespc.myupdox.com** by entering the following information:
Fax ID: **38b5ac7**
Password: **Provide-001-Koala**
This fax expires on Jun 18, 2023 4:04:17 PM. It will not be available online after that time.

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Follow up on Barium Swallow from 7/21/22.

## REASON FOR VISIT

Patient is a pleasant 57-year-old female who presents today for follow-up for a previous barium swallow. Patient had previously had a robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Barium swallow was performed on 7/21/2022. Patient states that she feels like her symptoms are similar or preop. She says she is having chest pain that "feels like my heart" but has been evaluated by her cardiologist who states that her heart is fine. She describes it as a sharp and aching pain that she does not associate with eating. She states that she will have these pains that sometimes start in her chest and sometimes start in her stomach and last approximately 30 minutes. She states that these pains occur daily. She states that they are occasionally associated with abdominal pain with painful diarrhea. She states that these bowel movements are not overly and has not seen blood. She reports that the pain does not feel like she is having heartburn or reflux-like pain that she has had in the past but does endorse she has some regurgitation with undigested food when these attacks occur following meals. She reports that she is seeing a gastroenterologist tomorrow.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigit, 2020

## PREVIOUS TESTS

**Laboratory Studies:**
**Manometry:**

Esophageal manometry.

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## PHYSICAL FINDINGS

- Vitals taken 10/13/2022 11:18 am

| | | |
|---|---|---|
| BP-Sitting | 142/88 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 65 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 176 lbs 3.2 oz | 98 - 183 |
| Body Mass Index | 29.3 kg/m2 | |
| Body Surface Area | 1.87 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
Pupils: PERRLA.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
**Abdomen:**
Visual Inspection: Scars: present present on visual inspection of the abdomen.
Palpation: No abdominal guarding and abdominal muscle rigidity was not demonstrated. Direct epigastric tenderness.
Hernia: No incisional hernia of the abdomen was discovered and no ventral hernia was discovered.
**Neurological:**
No disorientation was observed.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.

## ASSESSMENT

- Dysphagia
- Abdominal pain--epigastric

## COUNSELING/EDUCATION

- Education: risks, benefits, and limitations discussed and understood

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## DISCUSSED

We discussed her symptoms, she has multiple complaints that are likely separate. With regard to her dysphagia, her manometry shows some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not too tight.

She does demonstrate some complaints that may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain. Will order GES to evaluate this.

With regards to her chest pain, I will want to make sure that these events are not related to reflux and will consider BRAVO study.

She is seeing Dr. Edmunds tomorrow for some of the lower GI complaints that she has.

## PLAN

- An esophageal intraluminal pH study was perfomred
- Gastric emptying scintigraphy study
- Follow-up visit

Plan for Gastric Emptying study and EGD w/ BRAVO study.

## OTHER

Patient was seen today in the office with Resident Austin Martindale, MD.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 10/13/2022 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**Electronically approved by: Kyle L Kleppe MD Date: 10/13/22 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Pain with swallowing.

## REASON FOR VISIT

Visit for: dysphagia.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

57yo F with history of hiatal hernia repairs in 5/2021 and 5/2022 presents with periodic dysphagia. Occurs more often with solids, however it does occur with liquids as well. Frequency ranges from every meal to every couple of days, not able to determine any triggers. Pt reports that she had an EGD and colonoscopy with Dr. Edmonds in October and believes everything was normal, we will get reports from his office. Of note patient has had NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1hr, 35% at 2hrs and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however the continuos swallow study cleared all the food.

Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Dysphagia does not precipitate coughing. Pain on swallowing.

GI problems.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder

Neuropathy.
Hiatal hernia repair 5/2021 and 5/2022.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigit, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever, no chills, and no recent weight change.
**Pulmonary:** No cough.
**Gastrointestinal:** No nausea and no vomiting. Diarrhea.

## PHYSICAL FINDINGS

- Vitals taken 01/03/2023 03:40 pm

| | | |
|---|---|---|
| Height | 65 in | 59 - 69 |

- Vitals taken 01/03/2023 04:13 pm

| | | |
|---|---|---|
| BP-Sitting L | 162/90 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 108 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 174 lbs | 98 - 183 |
| Body Mass Index | 29.0 kg/m2 | |
| Body Surface Area | 1.86 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Abdomen:**
Visual Inspection: The abdomen was not distended.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.

## ASSESSMENT

- Dysphagia

## DISCUSSED

Spoke with patient that there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Educated patient about small amounts of food per swallow and frequent swallowing between bites of food. We will get Dr. Edmonds report from recent EGD/Colonoscopy and reach out to patient if there is anything that needs to be addressed.

**Patient:** **871369 - Roberta L. Galyon**
**DOB:**
**SSN:**

**Date:** **01/03/2023 15:15**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

## OTHER

Patient was seen today in the office with Resident Dr. Maglich.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 02/01/2023 16:40**

**Electronically approved by: Kyle L Kleppe MD Date: 02/01/23 16:40**



PAGE 20/33 * RCVD AT 8/29/2023 12:55:19 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:8773536412 * CSID:1 * ANI:8655841171 * DURATION (mm-ss):07-50

The University of Tennessee Medical Center

Department of Radiology
1924 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9058

University Breast Center
1934 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9069

Patient Name: GALYON, ROBERTA L
MRN: 1844020
Admitting Dr: KLEPPE MD, KYLE L
Consulting Dr:
PCP: Collins (Results), Timothy

Age: 57 years DOB:
Sex: Female Loc: OPNUC

**Nuclear Medicine**

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:
- 95% at 20 minutes (normal range 70% and above)
- 61% at 1 hour (normal range 37%-90%)
- 35% at 2 hours (normal range 30%-60%)
- 7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Normal solid phase gastric emptying study.
No reflux.

—

IMPORTANT WARNING: This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Department of Radiology University Breast Center

Patient Name: GALYON, ROBERTA L
FIN: 18440200035

**Nuclear Medicine**

**Results**

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PIAT-27-62

*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Heimlinger MD Res, Kasey*

***FINAL REPORT***

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | |
|---|---|---|---|
| **Patient:** | Gender: Female | Physician: | Dr. Benjamin Dalton |
| Galyon, Roberta | DOB / Age: | Operator: | Emily Gooch RN |
| 1844020 | Height: [illegible] | Referring Physician: | Dr. Kyle Kloppo |
| | Procedure: Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.6 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleev e,IRP | |
| Basal (respiratory min.)(mmHg) | 16.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 66.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***
**EGJ: Normal Relaxation**
Mean IRP (9.2 mmHg) is less than 15 mmHg
**Esophageal body: Small peristalsis breaks**
% small break (N/A) is greater than 30%
**Finding: Weak Peristalsis With Small Defects**
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter, diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure, the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

Prior to procedure the patient underwent informed consent with the possible complications of inability to pass manometry instrument, inability to retrieve manometry instrument, nosebleed, and esophageal perforation.

Clinical Diagnosis
1.Dysphagia

Specific Results

A. UES activity- Normal relaxation from a normal baseline.
B. Esophagogastric junction relaxation interpretation- Normal relaxation from a normal baseline. I cannot see a hiatal hernia, it could be rather large inhibiting our ability to see.
C. Pressure Inversion Point- @ 41.4 cm from the nares, in close proximity to LES.

GIVEN IMAGING

cc: Dr. Kloppe fax 525 3460

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

D. Pressurization and Contraction Pattern- Abnormal. There are about 50% of swallows that are normal. The other 50% are either weak peristalsis or failed peristalsis. There is associated bolus stasis on those swallows.
E. Technical Limitations- None
F. Multiple Rapid Swallows- There was not good peristaltic reserve.
G. Continuous swallows- This is a provocative test looking at whether the patient has an EGJ outflow obstruction- negative

Results Summary
1. Weak and failed peristalsis in 50% of swallows. Otherwise normal swallows.

Benjamin Dalton, MD

Findings were reported back to referring provider Dr. Kyle Kleppe

Swallow #1



Swallow #1



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 002/009

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | | Gender: | Female | Physician: | Dr. Benjamin Dalton |
| Galyon, Roberta | | DOB / Age: | | Operator: | Emily Gooch RN |
| 1844020 | | Height: | 6 ft. 6 in | Referring Physician: | Dr. Kyle Kloppe |
| | | Procedure: | Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.6 | |
| Intraabdominal LES length(cm) | 2.6 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 8.2 | <15.0 |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 66.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | -6.3 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

# The University of Tennessee Medical Center at Knoxville

- University Memorial Hospital
- Graduate School of Medicine

UT MEDICAL CENTER
Wisdom for Your Life.

Center for Gastrointestinal Diseases
Endoscopic Diagnostic / Therapeutic Unit
Gastrointestinal Physiology Unit
1924 Alcoa Highway
Knoxville, TN 37920-6999
865-305-9576

## REFERRAL

From Kleppe

Address

Phone 9620

Fax

Date 7/21/22

Patient FIN:18440200034
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:07/21/22
MRN:1844020

Indications dysphagia

Procedure EGD

| Meds | Stopped Y/N |
| --- | --- |
| | |
| | |
| | |
| | |

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #1



Swallow #1



Swallow #2



Swallow #2



Swallow #3



Swallow #3



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #4



Swallow #4



Swallow #5



Swallow #5



Swallow #6



Swallow #6



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #7



Swallow #7



Swallow #8



Swallow #8



Swallow #9



Swallow #9



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #10



Swallow #10



Swallow #11



Swallow #11



Swallow #12



Swallow #12



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Landmark Id



(00:13, 00:14)

Landmark Id



(00:20:11, 00:23:11)





(00:24:34, 00:25:34)



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GROUP BENEFITS CLAIMS APPEAL UNIT
LINCOLN NATIONAL LIFE INS CO.
ATTN - APPEAL REVIEW UNIT
CHARLOTTE WM
P.O. BOX 2578
OMAHA, NE 68172

9590 9402 5422 9189 9637 70

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 2854

PS Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Jay F Lueke

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5422 9189 9637 70

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DREISER LAW GROUP, PLLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

GALYON 4764.1

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

Attorneys At Law
Tony Farmer
John P. Dreiser
Heather A. Dreiser

August 29, 2023

**VIA FACSIMILE 877-353-6412**
Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Enclosed now please find all medical records to be considered regarding the appeal filed on May 31, 2023.

Pursuant to our conversation today, enclosed please the proof of filing the appeal on May 31, 2023.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

~ Representing the seriously injured since 1975 ~

1356 Papermill Pointe Way ■ Knoxville, TN 37909 ■ 865-584-1211 Phone ■ 865-584-1171 Fax ■ www.farmerdreiser.com

LAW OFFICES OF
**TONY FARMER & JOHN DREISER**
INJURY, ACCIDENT & DISABILITY LAW

**DATE:** May 15, 2023

**TO:** Harold E. Cates, M.D.
ATTENTION: MEDICAL RECORDS

**FAX #:** (615) 777-3517

**FROM:** Cathy A. Weaver
Legal Assistant to John P. Dreiser

**SUBJECT:** Roberta Lynn Galyon
D.O.B.:
S.S.N.:
Long Term Disability

**TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE:** 4

**NOTES:**

Thank you for your assistance with this request.

*Cathy*

*********************************************************************************
The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.
*********************************************************************************

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

Law Offices of
TONY FARMER & JOHN DREISER
Injury, Accident & Disability Law

May 15, 2023

Harold E. Cates, M.D.
Tennessee Orthopaedic Clinic
**Attention: Medical Records**
9430 Park West Boulevard
Suite 130
Knoxville, TN 37923-4200

**Re: Roberta Lynn Galyon**
**D.O.B.:**
**S.S.N.:**
**Long Term Disability**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain medical records relating to Roberta Lynn Galyon. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records AFTER 1/20/2023**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to FAX the requested information. Thank you for your time and attention to this request.

Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A. Weaver*

Cathy A. Weaver
Legal Assistant to John P. Dreiser

Enclosure

**1356 Papermill Pointe Way** **865-584-1211 Phone** **www.farmerdreiser.com**
**Knoxville, TN 37909** **865-584-1171 Fax**

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA**

**TO:** **Harold E. Cates, M.D.**

**FULL NAME:** **Roberta Lynn Galyon**

**DATE OF BIRTH:**

**ADDRESS:** **115 Country Road 558**
**Athens, TN 37303-6456**

**SOCIAL SECURITY NO:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) **Please note that a photostatic copy of this Release has the full power of the original Release.**

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Roberta Lynn Galyon

Roberta Lynn Galyon

5/13/23

(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON

000000900964
03/09/2023 3:40 PM

Scheduled with: Harold E Cates M.D.
**Today's note:**

CHIEF COMPLAINT: Right knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 1/20/2023 for the same complaint. She ambulates with use of cane occasionally when she is out about for stability. The motion has not improved and difficulties sitting for prolonged periods. She is noted to have increased stiffness about the knee. She has been progressively losing range of motion. She has been occasional limping with ambulation. She got sick postop and held off on her physical therapy. She utilizes meloxicam is helpful occasionally with her pain. She also takes baclofen 10 mg daily for pain relief. She cannot take NSAIDs due to renal insufficiency. Today, patient complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms.

PHYSICAL EXAMINATION:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: Negative
Medial Joint Line Tenderness: Mild
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious on right side. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOGRAPHIC DATA:
AP and lateral view x-ray of lumbar spine taken today shows moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Hips have relatively well-maintained joint spaces. Lateral x-ray shows arthritic changes to coccyx and lumbar spine with relatively preserved joint space.

IMPRESSION:
1. Continued right knee pain and stiffness after manipulation.
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:
Right knee pain:
Recommended right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to postop physical therapy regimen. Anesthesia will be general. Antibiotic coverage will be Ancef and vancomycin.

Patient has significant symptoms in the right knee that are affecting the quality of life and daily activities. They have tried nonoperative treatment including analgesics, exercise program, and activity modification, but symptoms have persisted. I believe they make a good candidate for right knee arthroscopic lysis of adhesions with closed manipulation.

I have discussed patient's radiographic findings, and the current symptoms, and the risk of conservative versus surgical management knee meniscal problems. Conservative management consisting of anti-inflammatory medications, glucosamine / chondroitin sulfate, weight loss, physical therapy, activity modification, as well as injections were discussed at length.

The patient will be scheduled for right knee arthroscopic lysis of adhesions with closed manipulation. They are aware of the anticipated benefits, which include minimization of pain and returning them to a more normal gait pattern. They are aware of the potential risks, which include but are not limited to bleeding, infection, nerve damage, anesthetic risk, DVT, pulmonary embolus, mortality, persistent pain, and the possibility of a need for further surgery.

They are aware of the potential risks and anticipated benefits and are desirous of proceeding as scheduled. Patient was given Knee Arthroscopy Book for further patient education.

Harold E. Cates, M.D.

Please CC patient PCP: Timothy Collins, MD

PATIENT MEDICAL HISTORY: The updated medical history is in the chart and has been reviewed. A review of systems is updated and there is no new chest pain, shortness of breath, abdominal pain, fevers, or chills. All past social, family, and surgical histories were reviewed and are listed as per intake form.

Scribe attestation: Mohiuddin Khan scribing the following service on behalf of Laura Mowell, PA alongside Harold E. Cates, MD on 03/09/2023.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 11/01/2022
Last A1C Result: 6.40000

**Medications:**

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 01/20/2023 | | 01/20/2023 | N |
| diclofenac 1 % topical gel | apply 1 (4G) by topical route 3 times every day to the affected area(s) | 01/20/2023 | | | N |

## Medication Reconciliation

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| diclofenac 1 % topical gel | 1 % | apply 1 (4G) by topical route 3 times every day to the affected area(s) |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |

**Allergies:**

| Ingredient | Medication Name |
| --- | --- |
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

## Provider

Cates, Harold E 03/10/2023 7:08 AM

*03/10/2023 7:08 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 04/11/2023 07:58 AM

Quest Diagnostics

**Report Status: Final - Courtesy Copy**
**GALYON, ROBERTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GALYON, ROBERTA**<br>**DOB:** [redacted] **AGE: 58**<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br><br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Faxed: 04/25/2023 / 18:01 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

```
Test Name                                  In Range     Out Of Range   Reference Range        Lab
CLIENT EDUCATION TRACKING                                                                     AT
     The Requisition we received did not include a Quest
     Diagnostics account number. To prevent delays in
     testing and processing of your orders please provide
     the following information with every order submitted:
     Quest account number and account name
     Client address
     Client phone and fax number
     NPI number of ordering physician along with the
     physician name.
                    ============================
                                                                                              AT
       CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

       Micro Number:        13281176
       Test Status:         Final
       Specimen Source:     Right knee
       Specimen Quality:    Adequate
       Gram Stain:          No white blood cells seen
                            No organisms seen

       Result:              No anaerobes isolated.
                    ============================
                                                                                              AT
       CULTURE, AEROBIC BACTERIA

       Micro Number:        13281177
       Test Status:         Final
       Specimen Source:     Aspirate
       Specimen Quality:    Adequate
       Result:              No Growth
```

**PERFORMING SITE:**
AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Name: GALYON, ROBERTA DOB: Date:

Covenant HEALTH

Parkwest Medical Center
9352 Park West Boulevard
Knoxville, TN 37923-4325
Lab Phone: (865) 373-1600

| | | | |
|---|---|---|---|
| Patient: | GALYON,ROBERTA | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Location: | PW LAB | Copy To: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | | |

## Hematology

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | CATES, HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Neutrophil % Auto | 60.6 | % | [40.0-78.0] | 3/23/2023 12:11 EDT |
| Lymphocyte % Auto | 29.4 | % | [15.0-45.0] | 3/23/2023 12:11 EDT |
| Monocyte % Auto | 6.7 | % | [3.0-14.0] | 3/23/2023 12:11 EDT |
| Eosinophil % Auto | 2.6 | % | [0.0-5.0] | 3/23/2023 12:11 EDT |
| Basophil % Auto | 0.7 | % | [0.0-2.0] | 3/23/2023 12:11 EDT |
| Absolute Neuts | 3.4 | 10x3/uL | [1.5-8.0] | 3/23/2023 12:11 EDT |
| Absolute Lymphs | 1.7 | 10x3/uL | [1.0-4.0] | 3/23/2023 12:11 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 3/23/2023 12:11 EDT |
| Absolute Eos | 0.1 | 10x3/uL | [0.0-0.6] | 3/23/2023 12:11 EDT |
| Absolute Basos | 0.0 | 10x3/uL | [0.0-0.2] | 3/23/2023 12:11 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES, HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 5.7 | 10x3/uL | [4.0-11.0] | 3/23/2023 12:11 EDT |
| RBC | 4.67 | 10x6/uL | [3.90-4.98] | 3/23/2023 12:11 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing



Name: GALYON, ROBERTA DOB: Date:

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Hematology*

### CBC and Differential

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Hgb | 13.8 | g/dL | [12.0-15.5] | 3/23/2023 12:11 EDT |
| Hct | 42.1 | % | [35.0-45.0] | 3/23/2023 12:11 EDT |
| MCV | 90 | fL | [81-93] | 3/23/2023 12:11 EDT |
| MCH | 30 | pg | [28-35] | 3/23/2023 12:11 EDT |
| MCHC | 33 | g/dL | [33-37] | 3/23/2023 12:11 EDT |
| RDW | 13.0 | % | [10.9-14.7] | 3/23/2023 12:11 EDT |
| Platelets | 270 | 10x3/uL | [140-400] | 3/23/2023 12:11 EDT |
| MPV | 8.6 | fL | [6.0-11.1] | 3/23/2023 12:11 EDT |

## *Chemistry*

### Routine Chemistry

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Sodium Lvl | 140 | mmol/L | [136-145] | 3/23/2023 12:29 EDT |
| Potassium Lvl | 4.6 | mmol/L | [3.4-5.1] | 3/23/2023 12:29 EDT |
| Chloride Lvl | 103 | mmol/L | [97-108] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Chemistry*

### Routine Chemistry

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| CO2 | 26 | mmol/L | [21-29] | 3/23/2023 12:29 EDT |
| Glucose Lvl | 116 H | mg/dL | [70-99] | 3/23/2023 12:29 EDT |
| BUN | 16 | mg/dL | [6-20] | 3/23/2023 12:29 EDT |
| Creatinine Lvl | 0.69 | mg/dL | [0.50-0.90] | 3/23/2023 12:29 EDT |
| Calcium Lvl | 9.3 | mg/dL | [8.5-10.5] | 3/23/2023 12:29 EDT |
| Anion Gap | 11 | mmol/L | [3-11] | 3/23/2023 12:29 EDT |
| eGFR AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |
| eGFR Non-AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

LAW OFFICES OF
TONY FARMER & JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

DATE: August 18, 2023

TO: Harold E. Cates, M.D.
ATTENTION: MEDICAL RECORDS

FAX #: (615) 777-3517

FROM: Cathy A. Weaver
Legal Assistant to John P. Dreiser

SUBJECT: Roberta Lynn Galyon
D.O.B.
S.S.N.:
Long Term Disability

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 4

NOTES:

Thank you for your assistance with this request.

*Cathy*

*********************************************************************************
The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.
*********************************************************************************

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

August 18, 2023

Harold E. Cates, M.D.
Tennessee Orthopaedic Clinic
**Attention: Medical Records**
9430 Park West Boulevard
Suite 130
Knoxville, TN 37923-4200

**Re: Roberta Lynn Galyon**
**D.O.B.:** [redacted]
**S.S.N.:** [redacted]
**Long Term Disability**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain medical records relating to Roberta Lynn Galyon. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records AFTER 3/9/2023**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to FAX the requested information. Thank you for your time and attention to this request.

Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A. Weaver*

Cathy A. Weaver
Legal Assistant to John P. Dreiser

Enclosure

**1356 Papermill Pointe Way**
**Knoxville, TN 37909**
**865-584-1211 Phone**
**865-584-1171 Fax**
**www.farmerdreiser.com**

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA**

**TO:** **Harold E. Cates, M.D.**

**FULL NAME:** **Roberta Lynn Galyon**

**DATE OF BIRTH:**

**ADDRESS:** **115 Country Road 558**
**Athens, TN 37303-6456**

**SOCIAL SECURITY NO:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Roberta Lynn Galyon

8/17/23

(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON

000000900964
05/30/2023 4:20 PM EDT

Scheduled with: Katrina Aberdeen NP
**Today's note:**

KATRINA ABERDEEN, APRN-BC - FOLLOW-UP
Supervising physician: Hal Cates, MD

CHIEF COMPLAINT:

Right knee pain

HISTORY OF PRESENT ILLNESS:

Ms. Gallion had a right knee arthroscopy with lysis of adhesion and manipulation under anesthesia on 4/18/2023. She had conversion a right total knee on 10/5/2021. She had a status post right knee manipulation under anesthesia on 1/17/2022. She had a Uni knee in 2020. She states her knee is no better. She has not gone to physical therapy because she had deaths in the family. She is not using a cane or crutch for ambulation. She complains of tightness and stiffness about the knee.

Past medical history surgical history is reviewed previous office visit.

DIAGNOSTIC TESTS:

No x-rays performed today

PHYSICAL EXAM:

This is a 58-year-old female who is well-dressed, well-nourished, and answers appropriately. The skin is warm, dry, and intact. Neurovascularly intact.

Knee range of motion is 0–95. Trace effusion. Her wounds are clean dry and approximated. The stitches are removed today and Steri-Strips applied. No lower extremity edema

IMPRESSION:

1. Status post right knee arthroscopy with lysis of adhesions and manipulation 4/18/2023
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:

I am sending in a prednisone Dosepak to follow-up with meloxicam. She will get started in outpatient physical therapy. She will follow-up with Dr. Cates no x-rays unless warranted

Please send a copy to the primary care physician

PATIENT HISTORIES: For additional information, please see the patient medical history documented.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Result: 6.70000

**Medications:**

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | 05/30/2023 | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 01/20/2023 | 05/30/2023 | 05/30/2023 | N |
| Ozempic | | // | | | Y |

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| pramipexole di-HCl | 1 mg | |
| IRON | 325 mg (65 mg iron) | |
| fluoxetine HCl | 10 mg | |
| atorvastatin calcium | 40 mg | |
| Aspir-81 | 81 mg | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |

| | | |
|---|---|---|
| prednisone 5 mg tablet | 5 mg | take TID for 3 days then BID for 2 days then 1 tab daily until complete |
| Ozempic | 0.25 mg or 0.5 mg dose (2 mg/1.5 mL) | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

Electronically signed by: Katrina Aberdeen, APRN BC

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*05/30/2023 5:04 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 06/09/2023 01:11 PM EDT

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON

000000900964
08/08/2023 4:05 PM EDT

Scheduled with: Harold E Cates M.D.
**Today's note:**

CHIEF COMPLAINT: Right knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Gallion is a 58-year-old female from Athens, Tennessee who returns today for her right knee. She has been accompanied by her daughter here today. She is status post a right knee arthroscopy with lysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a Uni knee in 2020. She has not attended physical therapy because she had deaths in the family. She does not use a cane or crutch for ambulation. She has tightness about the knee. Today, the patient complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She reports no stomach issues with meloxicam. She also reports some muscle weakness. She states she has been diagnosed with Chiari malformation and her neurologist has retired.

PHYSICAL EXAM:
Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative
Well-healed incision.

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-120°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious but not antalgic today. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOLOGIC STUDIES:

AP, lateral and sunrise view of the bilateral knees taken today shows:
Right knee shows Legion PS total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered.

Left knee shows no significant osseous abnormalities including fractures, dislocations, or tumors were noted.

IMPRESSION:
1. Slow recovery with recent improvement of range of motion and discomfort.
2. Status post right knee arthroscopy with lysis of adhesions and manipulation 4/18/2023.
3. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
4. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
5. Status post left knee scope 12/4/2020.
6. Right knee uni by Dr. Holt, 06/16/2020.
7. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
8. Chronic Arnold Chiari malformation.
9. Recent diagnosis of myotonia by neurology.

PLAN:
Right knee arthroscopy with lysis of adhesion and MUA:
I prescribed Voltaren 75 mg to be taken daily, dispensed 60 with 2 refills. She was given Voltaren to replace it with meloxicam. Advised to apply CBD oil or Zostrix. Recommended to continue with knee flexion exercises. She does not need to see another neurologist as her current neurologist has retired.

Return to clinic in 3 months for standing knee films and joint forms on return. Return to clinic earlier if unforeseen problems arise.

CC PCP: ____

Scribe attestation: Ranjit Patil scribing the following service on behalf of Harold E. Cates, MD on 08/08/2023.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 06/00/2023

**Medications:**

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| prednisone 5 mg tablet | take TID for 3 days then BID for 2 days then 1 tab daily until complete | 05/30/2023 | 08/08/2023 | | N |

| | | |
|---|---|---|
| Ozempic | // | Y |

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| pramipexole di-HCl | 1 mg | |
| IRON | 325 mg (65 mg iron) | |
| fluoxetine HCl | 10 mg | |
| atorvastatin calcium | 40 mg | |
| Aspir-81 | 81 mg | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| Ozempic | 0.25 mg or 0.5 mg dose (2 mg/1.5 mL) | |
| diclofenac sodium 75 mg tablet,delayed release | 75 mg | take 1 tablet by oral route 2 times every day |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

**Past Medical History:**

**Past Surgical History:**

*08/09/2023 12:30 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 08/11/2023 11:08 AM EDT

Quest Diagnostics

Report Status: Final - Courtesy Copy
GALYON, ROBERTA

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| GALYON, ROBERTA<br>DOB: [redacted] AGE: 58<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br><br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Faxed: 04/25/2023 / 18:01 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CLIENT EDUCATION TRACKING | | | | AT |

The Requisition we received did not include a Quest Diagnostics account number. To prevent delays in testing and processing of your orders please provide the following information with every order submitted:
Quest account number and account name
Client address
Client phone and fax number
NPI number of ordering physician along with the physician name.

==============================

AT

CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

Micro Number: 13281176
Test Status: Final
Specimen Source: Right knee
Specimen Quality: Adequate
Gram Stain: No white blood cells seen
No organisms seen

Result: No anaerobes isolated.

==============================

AT

CULTURE, AEROBIC BACTERIA

Micro Number: 13281177
Test Status: Final
Specimen Source: Aspirate
Specimen Quality: Adequate
Result: No Growth

**PERFORMING SITE:**
AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931

CLIENT SERVICES: 866.697.8378 SPECIMEN: AL219617C 

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Name: GALYON, ROBERTA DOB: Date:

Quest Diagnostics Page 1 of 1 04/24/2023 05:08:49 PM

**Report Status: Partial**
**GALYON, ROBERTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| GALYON, ROBERTA<br>DOB: [redacted] AGE: 58<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Reported: 04/24/2023 / 17:02 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|

AT

CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

```
Micro Number:        13281176
Test Status:         Preliminary
Specimen Source:     Right knee
Specimen Quality:    Adequate
Gram Stain:          No white blood cells seen
                     No organisms seen

Result:              No anaerobes isolated to date, continuing
                     incubation.
```

AT

CULTURE, AEROBIC BACTERIA

```
Micro Number:        13281177
Test Status:         Final
Specimen Source:     Aspirate
Specimen Quality:    Adequate
Result:              No Growth
```

**PERFORMING SITE:**
AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931

CLIENT SERVICES: 866.697.8378 SPECIMEN: AL219617C PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Name: GALYON, ROBERTA DOB: Date:

Covenant HEALTH.

Parkwest Medical Center
9352 Park West Boulevard
Knoxville, TN 37923-4325
Lab Phone: (865) 373-1600

| | | | |
|---|---|---|---|
| Patient: | GALYON,ROBERTA | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Location: | PW LAB | Copy To: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | | |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Neutrophil % Auto | 60.6 | % | [40.0-78.0] | 3/23/2023 12:11 EDT |
| Lymphocyte % Auto | 29.4 | % | [15.0-45.0] | 3/23/2023 12:11 EDT |
| Monocyte % Auto | 6.7 | % | [3.0-14.0] | 3/23/2023 12:11 EDT |
| Eosinophil % Auto | 2.6 | % | [0.0-5.0] | 3/23/2023 12:11 EDT |
| Basophil % Auto | 0.7 | % | [0.0-2.0] | 3/23/2023 12:11 EDT |
| Absolute Neuts | 3.4 | 10x3/uL | [1.5-8.0] | 3/23/2023 12:11 EDT |
| Absolute Lymphs | 1.7 | 10x3/uL | [1.0-4.0] | 3/23/2023 12:11 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 3/23/2023 12:11 EDT |
| Absolute Eos | 0.1 | 10x3/uL | [0.0-0.6] | 3/23/2023 12:11 EDT |
| Absolute Basos | 0.0 | 10x3/uL | [0.0-0.2] | 3/23/2023 12:11 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 5.7 | 10x3/uL | [4.0-11.0] | 3/23/2023 12:11 EDT |
| RBC | 4.67 | 10x6/uL | [3.90-4.98] | 3/23/2023 12:11 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 330245546 Page 1 of 3 Print Date/Time: 3/23/2023 12:35 EDT

Name: GALYON, ROBERTA DOB: Date:

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Hgb | 13.8 | g/dL | [12.0-15.5] | 3/23/2023 12:11 EDT |
| Hct | 42.1 | % | [35.0-45.0] | 3/23/2023 12:11 EDT |
| MCV | 90 | fL | [81-93] | 3/23/2023 12:11 EDT |
| MCH | 30 | pg | [28-35] | 3/23/2023 12:11 EDT |
| MCHC | 33 | g/dL | [33-37] | 3/23/2023 12:11 EDT |
| RDW | 13.0 | % | [10.9-14.7] | 3/23/2023 12:11 EDT |
| Platelets | 270 | 10x3/uL | [140-400] | 3/23/2023 12:11 EDT |
| MPV | 8.6 | fL | [6.0-11.1] | 3/23/2023 12:11 EDT |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Sodium Lvl | 140 | mmol/L | [136-145] | 3/23/2023 12:29 EDT |
| Potassium Lvl | 4.6 | mmol/L | [3.4-5.1] | 3/23/2023 12:29 EDT |
| Chloride Lvl | 103 | mmol/L | [97-108] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| CO2 | 26 | mmol/L | [21-29] | 3/23/2023 12:29 EDT |
| Glucose Lvl | 116 H | mg/dL | [70-99] | 3/23/2023 12:29 EDT |
| BUN | 16 | mg/dL | [6-20] | 3/23/2023 12:29 EDT |
| Creatinine Lvl | 0.69 | mg/dL | [0.50-0.90] | 3/23/2023 12:29 EDT |
| Calcium Lvl | 9.3 | mg/dL | [8.5-10.5] | 3/23/2023 12:29 EDT |
| Anion Gap | 11 | mmol/L | [3-11] | 3/23/2023 12:29 EDT |
| eGFR AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |
| eGFR Non-AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**PARKWEST SURGERY CENTER**
**9430 PARKWEST BLVD, SUITE 210**
**KNOXVILLE, TN 37923**

**OPERATIVE REPORT**

**PATIENT NAME:** GALYON, ROBERTA
**DATE OF SURGERY:** 04/18/23
**PATIENT MRN#:** 74953
**DATE OF BIRTH:**
**PHYSICIAN:** Harold E. Cates, M.D.

**PREOPERATIVE DIAGNOSIS:** Right total knee ankylosis.

**POSTOPERATIVE DIAGNOSIS:** Right total knee ankylosis.

**PROCEDURE PERFORMED:** Right knee arthroscopic lysis of adhesions and close manipulation.

**ASSISTANT:** None.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE/BRIEF HISTORY:** The patient is a very 58-year-old female who had a right total knee arthroplasty associated with stiffness. She had a close manipulation and has had recurrent stiffness. She presents for manipulation and repeat close manipulation after arthroscopic lysis of adhesions.

**DESCRIPTION OF PROCEDURE:** The patient was placed supine on the operating table, where general anesthesia was induced. The right knee was then prepped and draped in the usual standard fashion. A time-out was performed. After standard prep and drape, a superolateral, anterolateral and anteromedial arthroscopic portals were made in the usual standard fashion. An inflow was established with the mechanical pump. There was marked scarring in the intercondylar notch in both gutters just removed with combination of a berry shaped full radius resectors. Suprapatellar pouch was also cleaned of debris and tissue around the patella. Intercondylar notch showed clear of debris and after all the tissue was removed and then an ArthroCare radiofrequency ablator was used to shrink some additional tissue and the knee was manipulated. The pre-manipulation range of motion was 5 to 105 degrees. The post-manipulation range of motion was 0 to 120. There was no instability. Intraoperative x-ray revealed no fracture.

HC/SN/snhyddmt83/FST-506016026
D: 04/18/23 09:12 A CST
T: 04/18/23 09:18 P CST

RE: GALYON, ROBERTA
OPERATIVE REPORT
PAGE 2

At this point, the arthroscopic portals were injected with 0.5% Marcaine with epinephrine. The same solution was injected intra-articularly. The arthroscopic portals were closed with 3-0 nylon sutures. Sterile dressing applied. The patient was transferred to the recovery room in stable condition.

______________________ DATE______________

Harold E. Catcs, M.D.

HC/SN/snhyddmt83/FST-506016026
D: 04/18/23 09:12 A CST
T: 04/18/23 09:18 P CST

# MEDICAL FAX

**FROM**: University Surgeons Associates (865) 525-3460
**TO**: (865) 584-1171
**SUBJECT**: Untitled
**DATE**: Tue, 06/13/23, 4:04 PM EDT
**PAGES**: 20 (not including coversheet)

---

**INSTRUCTIONS**: Records for Roberta Galyon

---

This fax transmission is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender.

Having trouble reading this fax?
You can view it online at **http://universitysurgeonsassociatespc.myupdox.com** by entering the following information:
Fax ID: **38b5ac7**
Password: **Provide-001-Koala**
This fax expires on Jun 18, 2023 4:04:17 PM. It will not be available online after that time.

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Follow up on Barium Swallow from 7/21/22.

## REASON FOR VISIT

Patient is a pleasant 57-year-old female who presents today for follow-up for a previous barium swallow. Patient had previously had a robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Barium swallow was performed on 7/21/2022. Patient states that she feels like her symptoms are similar or preop. She says she is having chest pain that "feels like my heart" but has been evaluated by her cardiologist who states that her heart is fine. She describes it as a sharp and aching pain that she does not associate with eating. She states that she will have these pains that sometimes start in her chest and sometimes start in her stomach and last approximately 30 minutes. She states that these pains occur daily. She states that they are occasionally associated with abdominal pain with painful diarrhea. She states that these bowel movements are not overly and has not seen blood. She reports that the pain does not feel like she is having heartburn or reflux-like pain that she has had in the past but does endorse she has some regurgitation with undigested food when these attacks occur following meals. She reports that she is seeing a gastroenterologist tomorrow.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

**Patient:** **871369 - Roberta L. Galyon**
**DOB:**
**SSN:**

**Date:** **10/13/2022 11:30**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

**ALLERGIES**

- No Known Allergies

**PAST MEDICAL/SURGICAL HISTORY**

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

**PREVIOUS TESTS**

**Laboratory Studies:**

**Manometry:**

Esophageal manometry.

**SOCIAL HISTORY**

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

**FAMILY HISTORY**

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## PHYSICAL FINDINGS

- Vitals taken 10/13/2022 11:18 am

| | | |
|---|---|---|
| BP-Sitting | 142/88 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 65 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 176 lbs 3.2 oz | 98 - 183 |
| Body Mass Index | 29.3 kg/m2 | |
| Body Surface Area | 1.87 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
Pupils: PERRLA.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
**Abdomen:**
Visual Inspection: Scars: present present on visual inspection of the abdomen.
Palpation: No abdominal guarding and abdominal muscle rigidity was not demonstrated. Direct epigastric tenderness.
Hernia: No incisional hernia of the abdomen was discovered and no ventral hernia was discovered.
**Neurological:**
No disorientation was observed.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.

## ASSESSMENT

- Dysphagia
- Abdominal pain--epigastric

## COUNSELING/EDUCATION

- Education: risks, benefits, and limitations discussed and understood

**Patient:** **871369 - Roberta L. Galyon**
**DOB:**
**SSN:**

**Date:** **10/13/2022 11:30**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

## DISCUSSED

We discussed her symptoms, she has multiple complaints that are likely separate. With regard to her dysphagia, her manometry shows some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not too tight.

She does demonstrate some complaints that may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain. Will order GES to evaluate this.

With regards to her chest pain. I will want to make sure that these events are not related to reflux and will consider BRAVO study.

She is seeing Dr. Edmunds tomorrow for some of the lower GI complaints that she has.

## PLAN

- An esophageal intraluminal pH study was perfomred
- Gastric emptying scintigraphy study
- Follow-up visit

Plan for Gastric Emptying study and EGD w/ BRAVO study.

## OTHER

Patient was seen today in the office with Resident Austin Martindale, MD.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 10/13/2022 13:47**

**Patient:** **871369 - Roberta L. Galyon**
**DOB:**
**SSN:**

**Date:** **10/13/2022 11:30**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

**Electronically approved by: Kyle L Kleppe MD Date: 10/13/22 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Pain with swallowing.

## REASON FOR VISIT

Visit for: dysphagia.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

57yo F with history of hiatal hernia repairs in 5/2021 and 5/2022 presents with periodic dysphagia. Occurs more often with solids, however it does occur with liquids as well. Frequency ranges from every meal to every couple of days, not able to determine any triggers. Pt reports that she had an EGD and colonoscopy with Dr. Edmonds in October and believes everything was normal, we will get reports from his office. Of note patient has had NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1hr, 35% at 2hrs and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however the continuos swallow study cleared all the food.

Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Dysphagia does not precipitate coughing. Pain on swallowing.

GI problems.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.
Hiatal hernia repair 5/2021 and 5/2022.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever, no chills, and no recent weight change.
**Pulmonary:** No cough.
**Gastrointestinal:** No nausea and no vomiting. Diarrhea.

## PHYSICAL FINDINGS

- Vitals taken 01/03/2023 03:40 pm

| | | |
|---|---|---|
| Height | 65 in | 59 - 69 |

- Vitals taken 01/03/2023 04:13 pm

| | | |
|---|---|---|
| BP-Sitting L | 162/90 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 108 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 174 lbs | 98 - 183 |
| Body Mass Index | 29.0 kg/m2 | |
| Body Surface Area | 1.86 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Abdomen:**
Visual Inspection: The abdomen was not distended.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.

## ASSESSMENT

- Dysphagia

## DISCUSSED

Spoke with patient that there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Educated patient about small amounts of food per swallow and frequent swallowing between bites of food. We will get Dr. Edmonds report from recent EGD/Colonsocopy and reach out to patient if there is anything that needs to be addressed.

**Patient:** 871369 - Roberta L. Galyon
**DOB:**
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## OTHER

Patient was seen today in the office with Resident Dr. Maglich.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 02/01/2023 16:40**

**Electronically approved by: Kyle L Kleppe MD Date: 02/01/23 16:40**

**The University of Tennessee Medical Center**

Department of Radiology
1924 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9058

University Breast Center
1934 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9069

Patient Name: GALYON, ROBERTA L
MRN: 1844020
Admitting Dr: KLEPPE MD, KYLE L
Consulting Dr:
PCP: Collins (Results), Timothy

Age: 57 years DOB:
Sex: Female Loc: OPNUC

Nuclear Medicine

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:

- 95% at 20 minutes (normal range 70% and above)
- 61% at 1 hour (normal range 37%-90%)
- 35% at 2 hours (normal range 30%-60%)
- 7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Normal solid phase gastric emptying study.
No reflux.

--

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Patient Name: GALYON, ROBERTA L

Report Request ID: 173763695

Department of Radiology University Breast Center

Patient Name: GALYON, ROBERTA L
FIN: 18440200035

Nuclear Medicine

**Results**

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-27-62

*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Helminger MD Res, Kasey*

***FINAL REPORT***

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| Patient: | Gender: | Female | Physician: | Dr. Benjamin Dalton |
|---|---|---|---|---|
| Galyon, Roberta | DOB / Age: | | Operator: | Emily Gooch RN |
| 1844020 | Height: | 5 ft 5 in | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: | Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| Landmarks | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| LES Pressures | | |
| Pressure meas. method | eSleev e.IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| High Resolution Parameters | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| Chicago Classification | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophegeal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| Impedance analysis | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

Prior to procedure the patient underwent informed consent with the possible complications of inability to pass manometry instrument, inability to retrieve manometry instrument, nosebleed, and esophageal perforation.
Clinical Diagnosis
1.Dysphagia

Specific Results

A. UES activity- Normal relaxation from a normal baseline.
B. Esophagogastric junction relaxation interpretation- Normal relaxation from a normal baseline. I cannot see a hiatal hernia, it could be rather large inhibiting our ability to see.
C. Pressure Inversion Point- @ 41.4 cm from the nares, In close proximity to LES.

cc: Dr. Kleppe fax 525 3460

GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 001/009

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

**High-Resolution Esophageal Motility Study**

D. Pressurization and Contraction Pattern- Abnormal. There are about 50% of swallows that are normal. The other 50% are either weak peristalsis or failed peristalsis. There is associated bolus stasis on those swallows.
E. Technical Limitations- None
F. Multiple Rapid Swallows- There was not good peristaltic reserve.
G. Continuous swallows- This is a provocative test looking at whether the patient has an EGJ outflow obstruction- negative

Results Summary
1. Weak and failed peristalsis in 50% of swallows. Otherwise normal swallows.

Benjamin Dalton, MD

Findings were reported back to referring provider Dr. Kyle Kleppe

Swallow #1



Swallow #1



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 002/009

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| Patient: | | | | |
|---|---|---|---|---|
| Galyon, Roberta | Gender: | Female | Physician: | Dr. Benjamin Dalton |
| 1844020 | DOB / Age: | | Operator: | Emily Gooch RN |
| | Height: | 5 ft 5 in | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: | Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.6 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

GIVEN IMAGING

# The University of Tennessee Medical Center at Knoxville

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
Wisdom for Your Life.

- University Memorial Hospital
- Graduate School of Medicine

Center for Gastrointestinal Diseases
Endoscopic Diagnostic / Therapeutic Unit
Gastrointestinal Physiology Unit
1924 Alcoa Highway
Knoxville, TN 37920-6999
865-305-9576

## REFERRAL

From Kleppe
Address
Phone 9620
Fax
Date 7/21/22
Patient FIN:18440200034
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:07/21/22
MRN:1844020

Indications dysphagia

Procedure EGD

| Meds | Stopped Y/N |
|---|---|
| | |
| | |
| | |
| | |

1

JUL/25/2022/MON 01:32 PM FAX No. P. 004/009

UT THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #1



Swallow #1



Swallow #2



Swallow #2



Swallow #3



Swallow #3



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

UT THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #4



Swallow #4



Swallow #5



Swallow #5



Swallow #6



Swallow #6



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #7



Swallow #7



Swallow #8



Swallow #8



Swallow #9



Swallow #9



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #10



Swallow #10



Swallow #11



Swallow #11



Swallow #12



Swallow #12



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Landmark Id



Landmark Id



(00:13, 00:14)



(00:20:11, 00:23:11)



(00:24:34, 00:25:34)



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

Wisdom for Your Life.

| | |
|---|---|
| Joshua Arnold, M.D. | Courtney Guider, NP-C |
| Ryan Buckley, M.D. | Tracie Hall, NP-C |
| Michael Freeman, M.D. | Hogan Harrell, PA-C |
| Oscar Grandas, M.D. | Bridgett Smith, NP-C |
| Michael McNally, M.D. | Ed Vaicikauskas, PA-C |
| Scott Stevens, M.D. | Kristy Wagner, PA-C |

# Fax Cover Sheet

To: 865 584-1171 / Attorney

From: / University Vascular & Transplant Surgeons

Date: 05/30/2023 # of pages: 37

RE: Medical Records for Robert Galyon

Notes:
Vascular Surgery notes

*CONFIDENTIALITY NOTICE: The document(s) accompanying this fax contain(s) confidential information which is legally privileged. The information is intended only for the use of the intended recipient/institution named above. If you are not the intended recipient you are hereby notified that any reading, disclosure, copying, distribution or taking any action in reliance on the contents of telecopied information except in direct delivery to the intended recipient names above is strictly prohibited. If you have received this fax in error, please notify us immediately at (865) 305-8040 to arrange proper disposal of original documents.

*Our Mission* | To serve through healing, education and discovery

*A part of University Health System* UHS

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

# * Final Report *

**VASCLAB16**

University of Tennessee Medical Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Technical Director
Michael B. Freeman MD
Jim Edmondson LPN, RVT

---

## Carotid Duplex Report

---

Name: GALYON, ROBERTA L
MRN: 1844020
DOB:
Age: 56 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: Rebecca Feher, RVT, RDMS

Exam: Carotid Artery Duplex Report
Study Date: 12/22/2021 09:41 AM
Order ID#: 4170078627
Account#: 18440200016
Patient Location: PREO

---

Reason For Study: CAS

---

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good.
Location:
Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct.

---

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:01 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

Right Extracranial
Antegrade flow is noted in the right vertebral artery.
Left Extracranial
Antegrade flow is noted in the left vertebral artery.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 72.3 | | 105.8 | cm/sec |
| Prox CCA EDV | 7.4 | | 20.1 | cm/sec |
| Dist CCA PSV | -69.1 | | -110.5 | cm/sec |
| Dist CCA EDV | -14.6 | | -25.5 | cm/sec |
| CCA ratio vel | 72.3 | | 105.8 | cm/sec |
| Prox ECA PSV | -78.4 | | -127.9 | cm/sec |
| Prox ECA EDV | -10.7 | | -18.8 | cm/sec |
| Prox ICA PSV | -52.8 | | 180.7 | cm/sec |
| Prox ICA EDV | -18.0 | | 49.0 | cm/sec |
| Mid ICA PSV | -114.5 | | -150.9 | cm/sec |
| Mid ICA EDV | -36.2 | | -38.0 | cm/sec |
| Dist ICA PSV | -90.8 | | -83.9 | cm/sec |
| Dist ICA EDV | -32.0 | | -33.6 | cm/sec |
| ICA ratio vel | -114.5 | | 180.7 | cm/sec |
| Vertebral A PSV | 47.4 | | 61.5 | cm/sec |
| Vertebral A EDV | 13.0 | | 18.8 | cm/sec |
| ICA/CCA ratio | -1.6 | | 1.7 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS
IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID
ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

---

Electronically signed by:Scott Stevens, MD on 12/23/2021 10:34 AM

**Completed Action List:**
* Order by FREEMAN MD AMB, MICHAEL B on December 22, 2021 9:41 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 22, 2021 10:13 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 22, 2021 10:13 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 23, 2021 10:34 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 23, 2021 10:34 EST

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:01 EDT

| | |
|---|---|
| Result Type: | US Imaging Duplex - Vasc Lab |
| Result Date: | December 23, 2021 10:34 EST |
| Result Status: | Auth (Verified) |
| Result Title: | VASCLAB16 |
| Encounter info: | 18440200016, UTMH, Outpatient, 12/22/2021 - 12/22/2021 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

*** Final Report ***

**Document Has Been Revised**

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## OFFICE VISIT NOTE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 2280862

**Primary Care Physician**
Collins (Results), Timothy

**Note Type**
Vascular surgery

**Chief Complaint**
Carotid duplex review

**Date of Service**
12/22/2021

**History of Present Illness**
This is a 56-year-old female who returns the office today for follow-up of her carotid vascular disease. She received a carotid duplex report this morning which showed stable left internal carotid stenosis at 60 to 79% and stable right mild stenosis of less than 40%. She reports that she has had an improvement in her headaches and has

**Past Medical History/Problem List**
*Abdominal pain
*Anxiety and depression
*Carotid stenosis
*Change in bowel habits
*Chiari syndrome
*Chronic anemia
*Diabetes
*GERD (gastroesophageal reflux disease)
*Hepatic steatosis
*Hiatal hernia
*HLD (hyperlipidemia)
*Iron deficiency

**Procedure/Surgical History**
* Colonoscopy: 11/26/19
* Hiatal hernia
* Knee Surgery, Left
* Knee Surgery, Right
* foot operation
* partial hysterectomy
* Colonoscopy
* Cholecystectomy
* cyst removed from right hand
* Bilateral Cataract surgery

**Implant History**
**FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8**
Implant Date: 06/16/2020
**INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2**
Implant Date: 06/16/2020
**BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2**
Implant Date: 06/16/2020
**CEMENT BONE ANTIBIOTIC 6197-9-001**
Implant Date: 06/16/2020

**Medications**
Inpatient
No active inpatient medications
Home
aspirin 81 mg oral enteric coated tablet, 81 mg= 1 tab, PO, BID
atorvastatin 80 mg oral tablet, 80 mg= 1 tab, PO, Q DAY, **Still taking, not as prescribed**: *pt states still however last filled 12/29/20 #90
baclofen 10 mg oral tablet, 10 mg= 1 tab, PO, BID, PRN
clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab, PO, Q DAY, PRN

them only 2 times a week and they are moderate to mild in severity. Previously they happen every day and were severe. She also reports that she has no new floaters. She denies any other symptoms. She does report that she is seeing a neurologist right now and has been newly diagnosed with myotonia.

**Review of Systems**
14 point review of system negative other than stated above

**Physical Exam**
**Vital Signs**
Pulse Rate: 84 bpm Systolic Blood Pressure: 130 mmHg Diastolic Blood Pressure: 90 mmHg SpO2: 98 % Admission Weight lbs: 190 lb Height: 65 in Height cm: 165.1 cm Dosing Weight: 86.36 kg BMI Calculation: 31.61
Carotid bruits noted. Lungs clear.
Cardiovascular exam regular rate and rhythm.
Abdomen benign.
Excellent pulses.
Neurologic exam nonfocal

**Assessment/Plan**
1. Carotid stenosis
Patient with a history of carotid vascular disease.
Repeat carotid

ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet, 325 mg= 1 tab, PO, Q DAY
FLUoxetine 40 mg oral capsule, 40 mg= 1 CAP, PO, Q DAY, **Still taking, not as prescribed**: *pt states s taking however last filled 12/28/20 #90
multivitamin, 1 tab, PO, Q DAY
ondansetron 4 mg oral tablet, disintegrating, 4 mg= 1 tab, PO, Q4H PRN, PRN
pramipexole 1 mg oral tablet, 1 mg= 1 tab, PO, Q HS
rizatriptan 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY, PRN
Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution, 0.75 mg= 0.5 mL, SUBCUTANEOUS, Q WEDNESDAY
Tylenol Extra Strength 500 mg oral tablet, 1000 mg= 2 tab, PO, TID, PRN

**Allergies**
NKA

**Social History**
Alcohol
Denies
Substance Abuse
Denies
Tobacco
Tobacco Use: Never (less than 100 in lifetime).

**Family History**
Diabetes mellitus
Mother: positive
Sister: positive
Heart disease
Mother: positive
Father: positive
Sister: positive
High blood pressure
Mother: positive

**Immunizations**
Reviewed

**Health Maintenance**
Reviewed

**Lab Results**
Reviewed

**Diagnostic Results**
Reason For Study: CAS

---

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good. Location: Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct.

---

Right Extracranial
Antegrade flow is noted in the right vertebral artery.
Left Extracranial
Antegrade flow is noted in the left vertebral artery.

Amb Vascular Surgery Progress Note GALYON, ROBERTA L - 1844020
* Final Report *

duplex imaging indicated left internal carotid stenosis of 60 to 79%. Patient can continue to be monitored. Follow-up in 1 year for repeat carotid duplex imaging and clinic evaluation.

Seen and examined. Agree with assessment and plan as above. Stable carotid vascular disease without associated TIA or strokelike symptoms. Recommend continued atherosclerotic risk factor modification with goal for LDL cholesterol less than 100 ideally 70 as well as good blood pressure control. Follow-up planned in 1 year. Discussed natural history carotid vascular disease and indications for treatment which she does not reach.

Michael B. Freeman MD

**Orders Associated with This Visit**

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 72.3 | | 105.8 | cm/sec |
| Prox CCA EDV | 7.4 | | 20.1 | cm/sec |
| Dist CCA PSV | -69.1 | | -110.5 | cm/sec |
| Dist CCA EDV | -14.6 | | -25.5 | cm/sec |
| CCA ratio vel | 72.3 | | 105.8 | cm/sec |
| Prox ECA PSV | -78.4 | | -127.9 | cm/sec |
| Prox ECA EDV | -10.7 | | -18.8 | cm/sec |
| Prox ICA PSV | -52.8 | | 180.7 | cm/sec |
| Prox ICA EDV | -18.0 | | 49.0 | cm/sec |
| Mid ICA PSV | -114.5 | | -150.9 | cm/sec |
| Mid ICA EDV | -36.2 | | -38.0 | cm/sec |
| Dist ICA PSV | -90.8 | | -83.9 | cm/sec |
| Dist ICA EDV | -32.0 | | -33.6 | cm/sec |
| ICA ratio vel | -114.5 | | 180.7 | cm/sec |
| Vertebral A PSV | 47.4 | | 61.5 | cm/sec |
| Vertebral A EDV | 13.0 | | 18.8 | cm/sec |
| ICA/CCA ratio | -1.6 | | 1.7 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS
IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL C
ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

**Instructions to Medical Records:**
Copy to Dr. Timothy Collins

END REQUEST

**Signature Line**

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:01 EDT

Amb Vascular Surgery Progress Note
* Final Report *

GALYON, ROBERTA L - 1844020

Report Modified By: Kentros MD RES, Alexis L H 12/22/2021 10:35 EST
Electronically Signed By: Kentros MD RES, Alexis L H 12/22/2021 10:35 EST
Authenticated By: Kentros MD RES, Alexis L H 12/22/2021 10:35 EST

**Completed Action List:**

* Perform by Kentros MD RES, Alexis L H on December 22, 2021 10:32 EST
* Modify by Kentros MD RES, Alexis L H on December 22, 2021 10:35 EST
* Sign by Kentros MD RES, Alexis L H on December 22, 2021 10:35 EST Requested by Kentros MD RES, Alexis L H on December 22, 2021 10:32 EST
* VERIFY by Kentros MD RES, Alexis L H on December 22, 2021 10:35 EST
* Modify by FREEMAN MD AMB, MICHAEL B on December 22, 2021 10:55 EST
* Sign by FREEMAN MD AMB, MICHAEL B on December 22, 2021 10:55 EST Requested by Kentros MD RES, Alexis L H on December 22, 2021 10:35 EST
* Review by Kentros MD RES, Alexis L H on December 22, 2021 10:57 EST Requested by FREEMAN MD AMB, MICHAEL B on December 22, 2021 10:55 EST

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Progress Note |
| Result Date: | December 22, 2021 10:29 EST |
| Result Status: | Modified |
| Result Title: | Office Visit Note |
| Performed By: | Kentros MD RES, Alexis L H on December 22, 2021 10:32 EST |
| Verified By: | Kentros MD RES, Alexis L H on December 22, 2021 10:35 EST |
| Encounter info: | A00002280862, AMB Univ Vasc Surg, Clinic, 12/22/2021 - 12/22/2021 |

# * Final Report *

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## OFFICE VISIT NOTE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1946239

**Primary Care Physician**
Collins (Results), Timothy

**Chief Complaint**
Discuss Carotid Artery Disease, c/o Ha's with floaters in both eyes. c/o RLE numbness and pain. c/o recent diagnosis of hiatal hernia.

**Date of Service**
04/26/2021

**History of Present Illness**
Ms. Galyon returns the office today in follow-up of her carotid vascular disease. She has seen a surgeon at Premier surgical for repair of a large ventral hernia causing respiratory issues who states she must have her carotid arteries fixed before surgery. She remains asymptomatic without TIA or stroke event. Her last carotid duplex imaging shows 60 to 79% carotid stenosis.

**Review of Systems**
14 system review is unremarkable other than related to her abdominal pain dyspnea on exertion and reflux symptoms.

**Physical Exam**
**Vital Signs**
Temperature Tympanic: 97.5 DegF Pulse Rate: 83 bpm Systolic Blood Pressure: 147 mmHg Diastolic Blood Pressure: 91 mmHg High Admission Weight lbs: 221.8 lb Height: 65 in Height cm: 165.1 cm Dosing Weight: 100.82 kg BMI Calculation: 36.91
Carotid bruits noted. Lungs clear. Cardiovascular exam regular rate and rhythm. Abdomen benign. Excellent pulses. Neurologic examination nonfocal

**Assessment/Plan**
1. Carotid stenosis
Patient with history of carotid vascular disease. We will repeat carotid duplex imaging for completeness sake prior to any planned surgery if less than 80% likely can proceed with surgical intervention without repair.
2. Hiatal hernia
Patient wants referral to surgeon at UT. Will make referral to Dr. Mancini, Kleppe or Phillips.

**Orders Associated with This Visit**

**Past Medical History/Problem List**
*Abdominal pain
*Anxiety and depression
*Carotid stenosis
*Change in bowel habits
*Chiari syndrome
*Chronic anemia
*Diabetes
*GERD (gastroesophageal reflux disease)
*Hepatic steatosis
*Hiatal hernia
*HLD (hyperlipidemia)
*Iron deficiency

**Procedure/Surgical History**
* Colonoscopy: 11/26/19
* Knee Surgery, Left
* Knee Surgery, Right
* foot operation
* partial hysterectomy
* Colonoscopy
* Cholecystectomy
* cyst removed from right hand
* Bilateral Cataract surgery

**Implant History**
**FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8**
Implant Date: 06/16/2020
**INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2**
Implant Date: 06/16/2020
**BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2**
Implant Date: 06/16/2020
**CEMENT BONE ANTIBIOTIC 6197-9-001**
Implant Date: 06/16/2020

**Medications**
Inpatient
No active inpatient medications
Home
aspirin 81 mg oral enteric coated tablet, 81 mg= 1 tab, PO, BID

atorvastatin 80 mg oral tablet, 80 mg= 1 tab, PO, Q DAY
biotin 5 mg/mL oral liquid, 1 dropperful, PO, Q DAY
celecoxib 200 mg oral capsule, 200 mg= 1 CAP, PO, Q DAY
clonazePAM 0.5 mg oral tablet, 0.25 mg= 0.5 tab, PO, Q DAY, PRN
FLUoxetine 40 mg oral capsule, 40 mg= 1 CAP, PO, Q DAY
MetFORMIN (Eqv-Glucophage XR) 500 mg oral tablet, extended release, 500 mg= 1 tab, PO, BID
pantoprazole 40 mg oral enteric coated tablet, 40 mg= 1 tab, PO, Q DAY
pramipexole 1 mg oral tablet, 1 mg= 1 tab, PO, Q HS
pregabalin 150 mg oral capsule, 150 mg= 1 CAP, PO, BID
promethazine 25 mg oral tablet, 25 mg= 1 tab, PO, Q6H PRN, PRN
rizatriptan 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY, PRN
Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution, 0.75 mg= 0.5 mL, SUBCUTANEOUS, Q WEEK
Tylenol Extra Strength 500 mg oral tablet, 1000 mg= 2 tab, PO, TID, PRN

**Allergies**
NKA

**Social History**
Alcohol
Denies
Substance Abuse
Denies
Tobacco
Tobacco Use: Never (less than 100 in lifetime).

**Family History**
Diabetes mellitus
Mother: positive
Sister: positive
Heart disease
Mother: positive
Father: positive
Sister: positive
High blood pressure
Mother: positive

**Instructions to Medical Records:**
Copy to Dr. Timothy Collins

END REQUEST

Amb Vascular Surgery Progress Note
* Final Report *

GALYON, ROBERTA L - 1844020

**Signature Line**
Electronically Signed By: FREEMAN MD AMB, MICHAEL B 04/26/2021 19:51 EDT
Authenticated By: FREEMAN MD AMB, MICHAEL B 04/26/2021 19:51 EDT

**Completed Action List:**
* Perform by FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT
* Sign by FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT
* VERIFY by FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT
* Review by Medical Records, Instructions on April 27, 2021 10:38 EDT Proxy Prsnl Grissom Trans Clerk, Lisa A Requested by FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Progress Note |
| Result Date: | April 26, 2021 19:51 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Office Visit Note |
| Performed By: | FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT |
| Verified By: | FREEMAN MD AMB, MICHAEL B on April 26, 2021 19:51 EDT |
| Encounter info: | A00001946239, AMB Univ Vasc Surg, Clinic, 04/26/2021 - 04/26/2021 |

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

# * Final Report *

**VASCLAB16**

University of Tennessee Medical Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Technical Director
Michael B. Freeman MD Jim
Edmondson LPN, RVT

Carotid Duplex Report

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 56 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: Stacie Peoples, RVT

Exam: Carotid Artery Duplex Report
Study Date: 04/26/2021 12:36 PM
Order ID#: 4450116793
Account#: 18440200018
Patient Location: LCVL

Reason For Study: CAROTID STENOSIS

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good.
Location:
Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct.

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:01 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

Right Velocities
Right ICA/CCA ratio = 1.19.

Left Velocities
Left ICA/CCA ratio = 2.09.

Right Extracranial
There is heterogeneous, irregular atherosclerotic plaque noted in the right internal carotid artery.
The right internal carotid artery is very tortuous.
Left Extracranial
There is heterogeneous, irregular atherosclerotic plaque noted in the left internal carotid artery.
The Doppler flow velocities within the left internal carotid artery are elevated, consistent with a
60-79% stenosis.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 143.2 | | 104.5 | cm/sec |
| Prox CCA EDV | 20.3 | | 19.8 | cm/sec |
| Dist CCA PSV | 77.0 | | 97.3 | cm/sec |
| Dist CCA EDV | 18.9 | | 25.2 | cm/sec |
| Prox ECA PSV | -105.4 | | -186.9 | cm/sec |
| Prox ECA EDV | -13.5 | | -18.0 | cm/sec |
| Prox ICA PSV | -66.2 | | 218.4 | cm/sec |
| Prox ICA EDV | -23.0 | | 56.3 | cm/sec |
| Mid ICA PSV | -171.1 | | -186.9 | cm/sec |
| Mid ICA EDV | -43.2 | | -58.5 | cm/sec |
| Dist ICA PSV | -115.3 | | -95.7 | cm/sec |
| Dist ICA EDV | -34.2 | | -33.8 | cm/sec |
| Vertebral A PSV | -72.0 | | -72.0 | cm/sec |
| Vertebral A EDV | -23.4 | | -18.0 | cm/sec |

Impression
UNIVERSITY OF TENNESSEE MEDICAL PLAZA AT LENOIR CITY. MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY THIS STUDY. MILD
(<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY
THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

Electronically signed by:Josh Arnold, MD on 04/26/2021 03:47 PM

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:01 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

**Completed Action List:**
* Order by Contributor_system, VASCULAR_CONTRIB_SYS on April 26, 2021 12:36 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 26, 2021 13:02 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 26, 2021 13:02 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 26, 2021 15:47 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 26, 2021 15:47 EDT
* Review by FREEMAN MD AMB, MICHAEL B on April 27, 2021 12:07 EDT Proxy Prsnl Ergen NP AMB, Amanda H

| | |
|---|---|
| Result Type: | US Imaging Duplex - Vasc Lab |
| Result Date: | April 26, 2021 15:47 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | VASCLAB16 |
| Encounter info: | 18440200018, UTMH, Outpatient, 04/26/2021 - 04/26/2021 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

# * Final Report *

**VASCLAB16**

University of Tennessee Medical
Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Technical Director
Michael B. Freeman MD
Edmondson LPN, RVT

Jim

---

Carotid Duplex Report

---

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 55 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: Wendy Bishop, RVS

Exam: Carotid Artery Duplex Report
Study Date: 12/30/2020 12:47 PM
Order ID#: 4169749851
Account#: 18440200011
Patient Location: OPVSLB

---

Reason For Study: stenosis

---

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good.
Location:
Vascular Lab.
ICD-9: 785.9.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct.

---

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:02 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

Right Extracranial
The Doppler flow velocities within the right internal carotid artery are within normal limits, i.e
0-39% stenosis. There is heterogeneous, irregular atherosclerotic plaque noted in the right internal
carotid artery.
Left Extracranial
The Doppler flow velocities within the left internal carotid artery are elevated, consistent with a
60-79% stenosis. There is heterogeneous, irregular atherosclerotic plaque noted in the left internal
carotid artery. The atherosclerotic plaque causes acoustic shadowing.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 156.0 | | 133.0 | cm/sec |
| Prox CCA EDV | 38.8 | | 27.7 | cm/sec |
| Dist CCA PSV | -81.8 | | 68.2 | cm/sec |
| Dist CCA EDV | -27.3 | | 24.7 | cm/sec |
| CCA ratio vel | 156.3 | | 134.2 | cm/sec |
| Prox ECA PSV | -76.3 | | -169.0 | cm/sec |
| Prox ECA EDV | -9.8 | | -23.1 | cm/sec |
| Prox ICA PSV | -80.2 | | 150.0 | cm/sec |
| Prox ICA EDV | -23.8 | | 37.0 | cm/sec |
| Mid ICA PSV | -69.5 | | -137.0 | cm/sec |
| Mid ICA EDV | -24.5 | | -32.5 | cm/sec |
| Dist ICA PSV | -54.9 | | -77.0 | cm/sec |
| Dist ICA EDV | -25.1 | | -31.0 | cm/sec |
| ICA ratio vel | -81.2 | | 151.1 | cm/sec |
| Vertebral A PSV | -38.2 | | -36.3 | cm/sec |
| Vertebral A EDV | -11.7 | | -7.9 | cm/sec |
| ICA/CCA ratio | -0.52 | | 1.1 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS
IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID
ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL. RESULTS
GIVEN TO PATIENT AND SENT TO DR. FREEMAN'S OFFICE .

Electronically signed by:Ryan M Buckley, MD on 12/31/2020 07:37 AM

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:02 EDT

US Imaging Duplex - Vasc Lab GALYON, ROBERTA L - 1844020
* Final Report *

**Completed Action List:**
* Order by Contributor_system, VASCULAR_CONTRIB_SYS on December 30, 2020 12:47 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 30, 2020 13:07 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 30, 2020 13:07 EST
* Review by FREEMAN MD AMB, MICHAEL B on December 30, 2020 15:25 EST Proxy Prsnl Ergen NP AMB, Amanda H
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 31, 2020 7:37 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on December 31, 2020 7:37 EST
* Review by FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:20 EST Proxy Prsnl Ergen NP AMB, Amanda H

| | |
|---|---|
| Result Type: | US Imaging Duplex - Vasc Lab |
| Result Date: | December 31, 2020 7:37 EST |
| Result Status: | Auth (Verified) |
| Result Title: | VASCLAB16 |
| Encounter info: | 18440200011, UTMH, Outpatient, 12/30/2020 - 12/30/2020 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

# * Final Report *

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## OFFICE VISIT NOTE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1798674

**Primary Care Physician**
Collins (Results), Timothy

**Chief Complaint**
CAS

**Date of Service**
12/30/2020

**History of Present Illness**
Ms. Galyon returns the office today in follow-up of her carotid vascular disease. She has 60 to 79% carotid stenosis but without associated TIA or strokelike symptoms. Her carotid vascular disease is stable.

**Review of Systems**
12 system review unremarkable other than her complaints of her leg symptoms. She is to be evaluated in the near future by neurosurgery for her Chiari malformation and see if this could be the cause for her symptoms.

**Physical Exam**
**Vital Signs**
Temperature Tympanic: 97.5 DegF Pulse Rate: 76 bpm Systolic Blood Pressure: 149 mmHg Diastolic Blood Pressure: 93 mmHg High Admission Weight lbs: 220.6 lb Height: 65 in Height cm: 165.1 cm Dosing Weight: 100.27 kg BMI Calculation: 36.71
Carotid bruit noted. Lungs clear. Cardiovascular exam regular rate and rhythm. Abdomen benign. Excellent pulses.

**Assessment/Plan**
1. Carotid stenosis
Carotid vascular disease stable. No need for intervention. Follow-up again in 1 year. Continue atherosclerotic risk factor modification.

2. HLD (hyperlipidemia)
Patient on statin and according to patient under good control with medication.

**Orders Associated with This Visit**

Carotid Duplex
Return to Clinic 1 Year
Office Visit Level 3 Est 99213

**Past Medical History/Problem List**
*Abdominal pain
*Anxiety and depression
*Carotid stenosis
*Change in bowel habits
*Chiari syndrome
*Chronic anemia
*Diabetes
*GERD (gastroesophageal reflux disease)
*Hepatic steatosis
*HLD (hyperlipidemia)
*Iron deficiency

**Procedure/Surgical History**
* Colonoscopy: 11/26/19
* Knee Surgery, Left
* Knee Surgery, Right
* foot operation
* partial hysterectomy
* Colonoscopy
* Cholecystectomy
* cyst removed from right hand
* Bilateral Cataract surgery

**Implant History**
**FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8**
Implant Date: 06/16/2020
**INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2**
Implant Date: 06/16/2020
**BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2**
Implant Date: 06/16/2020
**CEMENT BONE ANTIBIOTIC 6197-9-001**
Implant Date: 06/16/2020

**Medications**
Inpatient
No active inpatient medications
Home
aspirin 81 mg oral enteric coated tablet, 81 mg= 1 tab, PO, BID
atorvastatin 80 mg oral tablet, 80 mg= 1 tab, PO, Q DAY

biotin 5 mg/mL oral liquid, 1 dropperful, PO, Q DAY
celecoxib 200 mg oral capsule, 200 mg= 1 CAP, PO, Q DAY
clonazePAM 0.5 mg oral tablet, 0.25 mg= 0.5 tab, PO, Q DAY, PRN
FLUoxetine 40 mg oral capsule, 40 mg= 1 CAP, PO, Q DAY
MetFORMIN (Eqv-Glucophage XR) 500 mg oral tablet, extended release, 500 mg= 1 tab, PO, BID
pantoprazole 40 mg oral enteric coated tablet, 40 mg= 1 tab, PO, Q DAY
pramipexole 1 mg oral tablet, 1 mg= 1 tab, PO, Q HS
pregabalin 150 mg oral capsule, 150 mg= 1 CAP, PO, BID
rizatriptan 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY, PRN
Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution, 0.75 mg= 0.5 mL, SUBCUTANEOUS, Q WEEK
Tylenol Extra Strength 500 mg oral tablet, 1000 mg= 2 tab, PO, TID, PRN

**Allergies**
NKA

**Social History**
Alcohol
Denies
Substance Abuse
Denies
Tobacco
Tobacco Use: Never (less than 100 in lifetime).

**Family History**
Diabetes mellitus
Mother: positive
Sister: positive
Heart disease
Mother: positive
Father: positive
Sister: positive
High blood pressure
Mother: positive

**Instructions to Medical Records:**
Copy to cardiologist Brian Cooper and primary care Timothy Collins

END REQUEST

**Signature Line**

Amb Vascular Surgery Progress Note
* Final Report *

GALYON, ROBERTA L - 1844020

Report Modified By: FREEMAN MD AMB, MICHAEL B 12/31/2020 10:14 EST
Electronically Signed By: FREEMAN MD AMB, MICHAEL B 12/31/2020 10:14 EST
Authenticated By: FREEMAN MD AMB, MICHAEL B 12/31/2020 10:14 EST

**Completed Action List:**
* Perform by FREEMAN MD AMB, MICHAEL B on December 30, 2020 13:30 EST
* Modify by FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:14 EST
* Sign by FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:14 EST Requested by FREEMAN MD AMB, MICHAEL B on December 30, 2020 13:30 EST
* VERIFY by FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:14 EST
* Review by Medical Records, Instructions on January 04, 2021 12:25 EST Proxy Prsnl Grissom Trans Clerk, Lisa A Requested by FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:14 EST
* Review by King Clerk, Pamela on January 04, 2021 13:55 EST Requested by Medical Records, Instructions on January 04, 2021 12:25 EST

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Progress Note |
| Result Date: | December 30, 2020 13:29 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Office Visit Note |
| Performed By: | FREEMAN MD AMB, MICHAEL B on December 30, 2020 13:30 EST |
| Verified By: | FREEMAN MD AMB, MICHAEL B on December 31, 2020 10:14 EST |
| Encounter info: | A00001798674, AMB Univ Vasc Surg, Clinic, 12/30/2020 - 12/30/2020 |

# * Final Report *

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## OFFICE VISIT NOTE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1617689

**Primary Care Physician**
Collins (Results), Timothy

**Chief Complaint**
when I bend my left elbow my hand goes numb. legs always hurt

**Date of Service**
08/03/2020

**History of Present Illness**
Ms. Galyon returns the office today concerned about lower extremity leg pain. She is noticed that she has pain both with walking and at rest. Her mother had similar vascular issues and had arterial blockages. I cannot elicit any classic claudication symptoms since her symptoms appear to be both with walking and at rest. She does have a history of Chiari malformation, and spine disease with excessive curvature. She admits to symptoms of even numbness and collapse of her legs if she walks far enough. All the symptoms appear to be neuropathic. Patient also is status post recent partial knee replacement by Dr. Holt. The symptoms began prior to his surgery.

**Review of Systems**
14 system review is unremarkable other than occasional headaches and dizziness as well as some dyspnea on exertion, acid reflux, night cramps, and history of anxiety depression with panic attacks. Also see symptoms as above

**Physical Exam**
**Vital Signs**
Temperature Tympanic: 97.8 DegF Pulse Rate: 78 bpm Systolic Blood Pressure: 139 mmHg Diastolic Blood Pressure: 95 mmHg High Admission Weight lbs: 208.6 lb Dosing Weight: 94.62 kg
Carotid bruits noted. Lungs clear. Cardiovascular exam regular rate and rhythm. Abdomen benign. Excellent femoral popliteal and pedal pulses. Both feet warm and well-perfused. Neurologic examination nonfocal

**Assessment/Plan**
1. Leg pain
Leg pain most likely neuropathic. Suspect may have spinal stenosis with excessive curvature and needs further evaluation for both spinal disease and Chiari malformation. Will make neurosurgical consultation since she wants to be seen here at UT

2. Carotid stenosis

**Past Medical History/Problem List**
*Abdominal pain
*Anxiety and depression
*Carotid stenosis
*Change in bowel habits
*Chiari syndrome
*Chronic anemia
*Diabetes
*GERD (gastroesophageal reflux disease)
*Hepatic steatosis
*HLD (hyperlipidemia)
*Iron deficiency

**Procedure/Surgical History**
* Colonoscopy: 11/26/19
* foot operation
* partial hysterectomy
* Colonoscopy
* Cholecystectomy
* cyst removed from right hand
* Bilateral Cataract surgery

**Implant History**
**FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8**
Implant Date: 06/16/2020
**INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2**
Implant Date: 06/16/2020
**BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2**
Implant Date: 06/16/2020
**CEMENT BONE ANTIBIOTIC 6197-9-001**
Implant Date: 06/16/2020

**Medications**
Inpatient
No active inpatient medications
Home
aspirin 81 mg oral enteric coated tablet, 81 mg= 1 tab, PO, BID
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Q DAY
biotin 5 mg/mL oral liquid, 1 dropperful, PO, Q DAY

Carotid stenosis already scheduled for follow-up and continue atherosclerotic risk factor modification

3. Chiari syndrome
See above need for neurosurgical consultation

**Orders Associated with This Visit**

celecoxib 1 CAP 100 mg PO
oxyCODONE 1 CAP 5 mg PO

CeleBREX 100 mg oral capsule, 100 mg= 1 CAP, PO, BID, PRN
celecoxib 200 mg oral capsule, 200 mg= 1 CAP, PO, Q DAY
chlorzoxazone 250 mg oral tablet, 2 tab, PO, QID
clonazePAM 0.5 mg oral tablet, 0.25 mg= 0.5 tab, PO, Q DAY, PRN
FLUoxetine 40 mg oral capsule, 40 mg= 1 CAP, PO, Q DAY
flurandrenolide 0.05% topical lotion, 2-3ml, TOPICALLY, TID
MetFORMIN (Eqv-Glucophage XR) 500 mg oral tablet, extended release, 1000 mg= 2 tab, PO, Q DAY WITH DINNER
ondansetron 4 mg oral tablet, disintegrating, 4 mg= 1 tab, PO, Q6H PRN, PRN
oxyCODONE 5 mg oral capsule, 5 mg= 1 CAP, PO, Q6H, PRN
pantoprazole 40 mg oral enteric coated tablet, 40 mg= 1 tab, PO, Q DAY
Percocet 7.5 mg-325 mg oral tablet, 1 tab, PO, Q6H, PRN
pramipexole 1 mg oral tablet, 1 mg= 1 tab, PO, Q HS
pregabalin 150 mg oral capsule, 150 mg= 1 CAP, PO, BID
rizatriptan 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY, PRN
traMADol 50 mg oral tablet, 50 mg= 1 tab, PO, Q4H, PRN
Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution, 0.75 mg= 0.5 mL, SUBCUTANEOUS, Q WEEK
Tylenol Extra Strength 500 mg oral tablet, 1000 mg= 2 tab, PO, TID, PRN
Vitamin D3 2000 intl units oral tablet, 2000 IU= 1 tab, PO, Q DAY

**Allergies**
NKA

**Social History**
Alcohol
Denies
Substance Abuse
Denies
Tobacco
Tobacco Use: Never (less than 100 in lifetime).

**Family History**
Diabetes mellitus
Mother: positive
Sister: positive
Heart disease

Mother: positive
Father: positive
Sister: positive
High blood pressure
Mother: positive

**Instructions to Medical Records:**
Copy to Dr. Timothy Collins

END REQUEST

**Signature Line**
Electronically Signed By: FREEMAN MD AMB, MICHAEL B 08/03/2020 18:20 EDT
Authenticated By: FREEMAN MD AMB, MICHAEL B 08/03/2020 18:20 EDT

**Completed Action List:**
* Perform by FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT
* Sign by FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT
* VERIFY by FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT
* Review by Medical Records, Instructions on August 04, 2020 12:55 EDT Proxy Prsnl Grissom Trans Clerk, Lisa A Requested by FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Progress Note |
| Result Date: | August 03, 2020 18:20 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Office Visit Note |
| Performed By: | FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT |
| Verified By: | FREEMAN MD AMB, MICHAEL B on August 03, 2020 18:20 EDT |
| Encounter info: | A00001617689, AMB Univ Vasc Surg, Clinic, 07/31/2020 - 07/31/2020 |

*** Final Report ***

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1456310

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
03/08/2020

Ms. Galyon called into the office 1 to speak with me about her carotid ultrasound. I went over the results and this demonstrates 67 9% right and less than 40% left carotid stenosis. I cannot account for any symptoms on the basis of carotid vascular disease and in fact her carotid disease asymptomatic. I would recommend atherosclerotic risk factor modification follow-up in 1 year.

Ms. Gallion had been scheduled to undergo knee replacement surgery at Ochsner clinic to the Walmart travel program. Fortunately they do not feel comfortable and proceeding with surgery knowing her medical problems. I personally contacted the individuals at the Ochsner clinic per Ms. Galyon's request. They state that they are fine to proceed knowing that I have cleared her from a carotid standpoint however her Chiari malformation is the biggest issue for them. The neurosurgeon in Nashville who has seen her has told him that position is extremely important as well as follow-up. They feel that she is not a candidate for the Walmart travel the replacement surgery program and should seek referral to a local orthopedist. I have informed her that I am more than glad to provide a reference or name he can see here at UT Medical Center but she will speak with her local physicians.

I will see her next year for follow-up of her carotid vascular disease.

Michael B. Freeman, MD

**Instructions to Medical Records:**
Copy to primary care provider Timothy Collins

END REQUEST

**Signature Line**
Electronically Signed By: FREEMAN MD, MICHAEL B 03/08/2020 14:21 EDT
Authenticated By: FREEMAN MD, MICHAEL B 03/08/2020 14:21 EDT

**Completed Action List:**
* Perform by FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT
* Sign by FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT
* VERIFY by FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT
* Review by Medical Records, Instructions on March 09, 2020 8:00 EDT Proxy Prsnl

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:03 EDT

Vascular Surg Progress Note GALYON, ROBERTA L - 1844020
* Final Report *

Grissom Trans Clerk, Lisa A Requested by FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT

| | |
|---|---|
| Result Type: | Vascular Surg Progress Note |
| Result Date: | March 08, 2020 14:19 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Free Text Note |
| Performed By: | FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT |
| Verified By: | FREEMAN MD, MICHAEL B on March 08, 2020 14:21 EDT |
| Encounter info: | A00001456310, AMB Univ Vasc Surg, Clinic, 03/02/2020 - 03/02/2020 |

# * Final Report *

**VASCLAB16**

University of Tennessee Medical Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Technical Director
Michael B. Freeman MD
Jim Edmondson LPN, RVT

---

Carotid Duplex Report

---

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 54 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: RVT Nicole Cleghorne

Exam: Carotid Artery Duplex Report
Study Date: 03/04/2020 02:42 PM
Order ID#: 3524563339
Account#: 18440200010
Patient Location: OPVSLB

---

Reason For Study: STENOSIS

---

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is poor.
Location:
Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct. Follow-up exam.

---

US Imaging Duplex - Vasc Lab GALYON, ROBERTA L - 1844020
* Final Report *

Right Extracranial
There is heterogeneous, irregular atherosclerotic plaque noted in the right internal carotid artery.
Left Extracranial
There is intimal thickening but no significant atherosclerotic plaque noted in the left internal
carotid artery.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 79.3 | | -77.3 | cm/sec |
| Prox CCA EDV | 15.9 | | -18.4 | cm/sec |
| Dist CCA PSV | 67.7 | | 69.2 | cm/sec |
| Dist CCA EDV | 15.9 | | 20.7 | cm/sec |
| CCA ratio vel | 79.3 | | -77.3 | cm/sec |
| Prox ECA PSV | -85.0 | | -128.2 | cm/sec |
| Prox ECA EDV | -21.6 | | -20.2 | cm/sec |
| Prox ICA PSV | -69.2 | | 185.9 | cm/sec |
| Prox ICA EDV | -23.1 | | 54.0 | cm/sec |
| Dist ICA PSV | -100.9 | | -172.9 | cm/sec |
| Dist ICA EDV | -40.3 | | -47.6 | cm/sec |
| ICA ratio vel | -100.9 | | 181.6 | cm/sec |
| Vertebral A PSV | 45.8 | | -82.1 | cm/sec |
| Vertebral A EDV | 13.8 | | -25.9 | cm/sec |
| ICA/CCA ratio | -1.3 | | -2.3 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS
IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID
ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

---

Electronically signed by:Michael A McNally, MD on 03/05/2020 03:29 PM

**Completed Action List:**
* Order by Contributor_system, VASCULAR_CONTRIB_SYS on March 04, 2020 14:42 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on March 04, 2020 14:56 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on March 04, 2020 14:56 EST
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on March 05, 2020 15:29 EST

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:03 EDT

US Imaging Duplex - Vasc Lab GALYON, ROBERTA L - 1844020
* Final Report *

* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on March 05, 2020 15:29 EST
* Review by FREEMAN MD, MICHAEL B on March 05, 2020 15:55 EST Proxy Prsnl Ergen NP AMB, Amanda H

| | |
|---|---|
| Result Type: | US Imaging Duplex - Vasc Lab |
| Result Date: | March 05, 2020 15:29 EST |
| Result Status: | Auth (Verified) |
| Result Title: | VASCLAB16 |
| Encounter info: | 18440200010, UTMH, Outpatient, 03/04/2020 - 03/04/2020 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

# * Final Report *

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1456310

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
03/05/2020

Patient came to the office yesterday for quad duplex imaging however was unable to stay for her appointment following. I tried to contact her at the end of the office today yesterday however it was unable to reach her. I was unable to reach her this morning after 2 attempts therefore left voice message going over ultrasound imaging results. We will follow-up in 1 year with carotid duplex imaging.

**Instructions to Medical Records:**

END REQUEST

**Completed Action List:**
* Perform by Ergen NP, Amanda H on March 05, 2020 8:48 EST
* Sign by Ergen NP, Amanda H on March 05, 2020 8:48 EST
* Sign by FREEMAN MD, MICHAEL B on March 06, 2020 13:42 EST Requested by Ergen NP, Amanda H on March 05, 2020 8:48 EST
* VERIFY by FREEMAN MD, MICHAEL B on March 06, 2020 13:42 EST

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Consult |
| Result Date: | March 05, 2020 8:47 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Free Text Note |
| Performed By: | Ergen NP, Amanda H on March 05, 2020 8:48 EST |
| Verified By: | FREEMAN MD, MICHAEL B on March 06, 2020 13:42 EST |
| Encounter info: | A00001456310, AMB Univ Vasc Surg, Clinic, 03/02/2020 - 03/02/2020 |

*** Final Report ***

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**OFFICE VISIT NOTE**

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 1456310

**Primary Care Physician**
Collins (Results), Timothy

**Chief Complaint**
CAS

**Date of Service**
03/04/2020

**History of Present Illness**
Ms. Galyon is a 54-year-old female who I have not seen in over 3 years followed previously for carotid vascular disease. Dividers for her vascular care but would now like to resume her vascular care through our office. She underwent a carotid arteriogram under the direction of a neurosurgeon in Nashville last year. That study demonstrated 60 to 79% left carotid stenosis with minimal blockage on the left. Told she needs follow-up carotid duplex imaging but otherwise no further treatment. Of note is that Ms. Galyon also been diagnosed with a Chiari malformation and is to see neurology here at UT regarding the above. I cannot elicit any present problems other than headaches occasional numbness in her right hip but without any associated motor dysfunction. Certainly no classic TIA or strokelike symptoms.

**Review of Systems**
14 system review positive for the Chiari malformation headache dizziness chest pain irregular heartbeat dyspnea on exertion chronic cough dysphasia acid reflux leg pain night cramps leg swelling rash anxiety depression with panic attacks. She has been told she may have restless leg syndrome

**Physical Exam**
**Vital Signs**
Pulse Rate: 74 bpm Systolic Blood Pressure: 154 mmHg Diastolic Blood Pressure: 92 mmHg High Admission Weight lbs: 207 lb Height: 65 in Height cm: 165.1 cm Dosing Weight: 94.09 kg BMI Calculation: 34.44
Well-developed well-nourished female in no acute distress alert cooperative oriented. HEENT exam unremarkable. Neck is supple without thyromegaly adenopathy or bruits. Lungs clear. Vascular is an regular rate and rhythm. Abdomen benign masses. Extremity excellent femoral diminished popliteal pedal pulses. Excellent upper extremity pulses. No cyanosis clubbing and minimal edema. Neurologic examination nonfocal

**Assessment/Plan**
1. Carotid stenosis

**Past Medical History/Problem List**
*Abdominal pain
*Anxiety and depression
*Carotid stenosis
*Change in bowel habits
*Chronic anemia
*Diabetes
*GERD (gastroesophageal reflux disease)
*Hepatic steatosis
*HLD (hyperlipidemia)
*Iron deficiency

**Procedure/Surgical History**
* Colonoscopy: 11/26/19
* foot operation
* partial hysterectomy
* Colonoscopy
* Cholecystectomy
* cyst removed from right hand
* Bilateral Cataract surgery

**Medications**
Inpatient
No active inpatient medications
Home
atorvastatin, 40 mg, PO, Q DAY
clonazePAM 0.5 mg oral tablet, 0.25 mg= 0.5 tab, PO, Q DAY
diclofenac potassium 50 mg oral tablet, 50 mg= 1 tab, PO, BID, PRN
FLUoxetine 40 mg oral capsule, 40 mg= 1 CAP, PO, Q DAY
Lyrica 150 mg oral capsule, 150 mg= 1 CAP, PO, TID
Maxalt 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY, PRN
metFORMIN 500 mg oral tablet, extended release, 500 mg= 1 tab, PO, Q DAY
pramipexole 1 mg oral tablet, 1 mg= 1 tab, PO, TID
Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution, 0.75 mg= 0.5 mL, SUBCUTANEOUS, Q WEEK

**Allergies**
No Known Medication Allergies

Carotid disease will be reassessed with carotid duplex imaging but doubt this is the cause for any of her symptoms. Needs atherosclerotic risk factor modification
Ordered: Carotid Duplex
Office Visit Level 4 Est 99214

2. Chiari I malformation
Follow-up with neurology as already planned

Orders:
Ultrasonic Imaging Duplex, Carotid - Vascular Lab

**Social History**
Alcohol
Denies
Substance Abuse
Denies
Tobacco
Tobacco Use: Never (less than 100 in lifetime).

**Family History**
Diabetes mellitus
Mother: positive
Sister: positive
Heart disease
Mother: positive
Father: positive
Sister: positive
High blood pressure
Mother: positive

**Instructions to Medical Records:**
Copy to primary care provider Timothy Collins

END REQUEST

**Signature Line**
Electronically Signed By: FREEMAN MD, MICHAEL B 03/04/2020 17:46 EST
Authenticated By: FREEMAN MD, MICHAEL B 03/04/2020 17:46 EST

**Completed Action List:**
* Perform by FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST
* Sign by FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST
* VERIFY by FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST
* Review by Medical Records, Instructions on March 05, 2020 10:53 EST Proxy Prsnl Grissom Trans Clark, Lisa A Requested by FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST

| | |
|---|---|
| Result Type: | Amb Vascular Surgery Progress Note |
| Result Date: | March 04, 2020 17:46 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Office Visit Note |
| Performed By: | FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST |
| Verified By: | FREEMAN MD, MICHAEL B on March 04, 2020 17:46 EST |
| Encounter info: | A00001456310, AMB Univ Vasc Surg, Clinic, 03/02/2020 - 03/02/2020 |

*** Final Report ***

**VASCLAB16**

University of
Tennessee Medical
Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Michael B. Freeman MD

Technical Director
Jim Edmondson LPN, RVT

Carotid Duplex Report

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 52 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: Ann Lockwood, RVT

Exam: Carotid Artery Duplex Report
Study Date: 10/16/2017 09:15 AM
Order ID#: 188C933938
Account#: 18440200004
Patient Location: OPVSLB

Reason For Study: stenosis

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good. Location: Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct. Follow-up exam.

Right Extracranial
There is heterogeneous, irregular atherosclerotic plaque noted in the right internal carotid artery.
Left Extracranial

US Imaging Duplex - Vasc Lab GALYON, ROBERTA L - 1844020
* Final Report *

There is heterogeneous, irregular atherosclerotic plaque noted in the left internal carotid artery.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 72.9 | | 61.2 | cm/sec |
| Prox CCA EDV | 20.7 | | 13.7 | cm/sec |
| Dist CCA PSV | 74.7 | | -64.1 | cm/sec |
| Dist CCA EDV | 24.3 | | -21.6 | cm/sec |
| CCA ratio vel | 73.8 | | 62.0 | cm/sec |
| Prox ECA PSV | -96.4 | | -166.2 | cm/sec |
| Prox ECA EDV | -18.9 | | -26.3 | cm/sec |
| Prox ICA PSV | -50.4 | | 178.3 | cm/sec |
| Prox ICA EDV | -23.4 | | 62.8 | cm/sec |
| Mid ICA PSV | | | -97.3 | cm/sec |
| Mid ICA EDV | | | -42.6 | cm/sec |
| Dist ICA PSV | -76.5 | | -81.1 | cm/sec |
| Dist ICA EDV | -31.5 | | -31.5 | cm/sec |
| ICA ratio vel | -77.5 | | 180.3 | cm/sec |
| Vertebral A PSV | -60.3 | | -60.8 | cm/sec |
| Vertebral A EDV | -21.6 | | -24.8 | cm/sec |
| ICA/CCA ratio | -1.0 | | 2.9 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

---

Electronically signed by: Josh Arnold, MD on 10/16/2017 02:55 PM

**Completed Action List:**
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on October 16, 2017 14:55 EDT
* Order by Contributor_system, VASCULAR_CONTRIB_SYS

Result Type: US Imaging Duplex - Vasc Lab
Result Date: October 16, 2017 14:55 EDT
Result Status: Auth (Verified)
Result Title: VASCLAB16

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:08 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

Encounter info: 18440200004, UTMH, Outpatient, 10/16/2017 - 10/16/2017
Contributor system: VASCULAR_CONTRIB_SYS

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:08 EDT

# * Final Report *

VASCLAB16

University of
Tennessee Medical
Center
1940 Alcoa Highway
Knoxville TN 37920
Phone: (865) 305-9237
Fax: (865) 305-8765

Medical Director
Michael B. Freeman MD

Technical Director
Jim Edmondson LPN, RVT

Carotid Duplex Report

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 52 yrs
Gender: Female
Ordering Physician: FREEMAN, MICHAEL
Performed By: Ann Lockwood, RVT

Exam: Carotid Artery Duplex Report
Study Date: 04/17/2017 08:08 AM
Order ID#: 1727253958
Account#: 18440200003
Patient Location: OPVSLB

Reason For Study: stenosis

Quality/Procedure: Extracranial Carotid Duplex (93880). Quality of the study is good. Location: Vascular Lab.
ICD-9: 433.10.
History/Symptoms: Diabetes. Carotid Occ/Stenosis w/o infarct.

Right Extracranial
There is homogenous, smooth atherosclerotic plaque noted in the right internal carotid artery.
Left Extracranial
There is homogenous, irregular atherosclerotic plaque noted in the left

US Imaging Duplex - Vasc Lab GALYON, ROBERTA L - 1844020
* Final Report *

internal carotid artery.

Measurements and Calculations

| | Right | No Laterality | Left | Unit |
|---|---|---|---|---|
| Prox CCA PSV | 96.1 | | 98.5 | cm/sec |
| Prox CCA EDV | 29.8 | | 30.0 | cm/sec |
| Dist CCA PSV | 97.0 | | 103.3 | cm/sec |
| Dist CCA EDV | 29.8 | | 37.2 | cm/sec |
| CCA ratio vel | 96.1 | | 97.3 | cm/sec |
| Prox ECA PSV | -95.1 | | -196.0 | cm/sec |
| Prox ECA EDV | -18.3 | | -46.1 | cm/sec |
| Prox ICA PSV | -95.1 | | 265.1 | cm/sec |
| Prox ICA EDV | -38.4 | | 92.2 | cm/sec |
| Mid ICA PSV | | | -207.5 | cm/sec |
| Mid ICA EDV | | | -60.5 | cm/sec |
| Dist ICA PSV | -103.3 | | -122.5 | cm/sec |
| Dist ICA EDV | -42.0 | | -36.0 | cm/sec |
| ICA ratio vel | -103.3 | | 270.9 | cm/sec |
| Vertebral A PSV | -76.8 | | -72.0 | cm/sec |
| Vertebral A EDV | -30.0 | | -25.2 | cm/sec |
| ICA/CCA ratio | -1.1 | | 2.8 | |

Impression
MODERATE TO SEVERE (60-79% D.R.) HEMODYNAMICALLY SIGNIFICANT LEFT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY THIS STUDY. MILD (<40% D.R.) HEMODYNAMICALLY INSIGNIFICANT RIGHT INTERNAL CAROTID ARTERY STENOSIS IS INDICATED BY THIS STUDY. THE BILATERAL VERTEBRAL ARTERY FLOW IS NORMAL.

Electronically signed by: Josh Arnold, MD on 04/17/2017 03:32 PM

**Completed Action List:**
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 17, 2017 15:32 EDT
* Order by Contributor_system, VASCULAR_CONTRIB_SYS

| | |
|---|---|
| Result Type: | US Imaging Duplex - Vasc Lab |
| Result Date: | April 17, 2017 15:32 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | VASCLAB16 |
| Encounter info: | 18440200003, UTMH, Outpatient, 04/17/2017 - 04/17/2017 |

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:08 EDT

US Imaging Duplex - Vasc Lab
* Final Report *

GALYON, ROBERTA L - 1844020

Contributor system: VASCULAR_CONTRIB_SYS

Printed by: Walker PSR, Luvena R
Printed on: 05/30/2023 9:08 EDT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

July 13, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

This letter is regarding your clients outstanding overpayment with Lincoln National Life, in the amount of $8,008.53. As you are aware, this overpayment is the result of your clients Social Security Disability Income award. While the disability claim remained open, the net benefit was applied to this balance.

We have been notified that your clients disability claim remains closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please have your client remit payment of $8,008.53, payable to Lincoln National Life by August 03, 2023. Please mail payment to:

**LINCOLN NATIONAL LIFE**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Alternatively, your client may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your clients claim number (10784870) to ensure accurate payment application.

If your client is not able to repay this amount in full by August 03, 2023, please contact me to discuss a payment plan acceptable to both parties. Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Laura Patton
Svc Rep II, Financial Ops
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

Attachments: Re-Occurring Debit Payment Auth

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

August 21, 2023

Joseph, Mann & Creed
8948 Canyon Falls Blvd
Suite 200
Twinsburg, OH 44087

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

**VIA FACSIMILE (877) 353-6412**
The Lincoln National Life Insurance Company
PO Box 8200
Dover, NH 03821-1525

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

My client has forwarded me the enclosed letter from Jospeh, Mann & Creed. I must say I am a bit puzzled that my client is receiving this letter since this claim is currently under Administrative Appeal **and** because LFG clearly knows Ms. Galyon is represented by counsel. I would recommend that Joseph, Mann & Creed cease and desist any and all efforts to collect any alleged overpayment unless they are willing to comply with ERISA.

Additionally, I would note that LFG has not complied with ERISA or the Plan Document regarding the appeal filed on May 1, 2023. As of the date of this letter, LFG has not even acknowledged receipt of the appeal that it received via certified mail. Please advise immediately of the status of that appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

Media Collections, Inc. DBA Joseph, Mann & Creed
8948 Canyon Falls Blvd., Suite 200
Twinsburg, OH 44087
877-248-1343 from 8:30am to 5:30pm EST, Monday to Friday
www.jmcbiz.com

TO: Roberta Galyon
[redacted]

**Reference 16473164**

August 16, 2023

**Joseph, Mann & Creed is a debt collector.** We are trying to collect a debt that you owe to Lincoln Financial Group. We will use any information you give us to help collect the debt.

## Our information shows:

| | | |
|---|---|---|
| You had account number 10784870 with Lincoln Financial Group. | | |
| As of January 04, 2022, you owed: | $ | 8,008.53 |
| Between January 04, 2022 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | **$** | **8,008.53** |

9141

## How can you dispute the debt?

- **Call or write us by September 25, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write us by September 25, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at disputes.jmcbiz.com. Select the Dispute service option.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by September 25, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at disputes.jmcbiz.com. Select the Request service option.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

**Notice: See reverse side for important information.**

JMCA/307/611060872474 1001/0000

---

**Mail this form to:**
Joseph, Mann & Creed
8948 Canyon Falls Blvd. Suite 200
Twinsburg, OH 44087

Roberta Galyon
[redacted]

**How do you want to respond?**
Check all that apply:
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ This amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $

Make your checks payable to Joseph, Mann & Creed. Include the reference number 16473164

**Lincoln/Galyon 0337**

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10784870

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on the __________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ____________________

City, State, Zip ______________________ Email ____________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________________

Financial Institution Address ______________________________

Routing Number ______________________________

Account Number ______________________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

**Lincoln/Galyon 0338**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

August 21, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Enclosed please find additional medical evidence from Harold Cates, M.D. to consider in this appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON
[redacted]
000000900964
05/30/2023 4:20 PM EDT

Scheduled with: Katrina Aberdeen NP
**Today's note:**

KATRINA ABERDEEN, APRN-BC - FOLLOW-UP
Supervising physician: Hal Cates, MD

CHIEF COMPLAINT:

Right knee pain

HISTORY OF PRESENT ILLNESS:

Ms. Gallion had a right knee arthroscopy with lysis of adhesion and manipulation under anesthesia on 4/18/2023. She had conversion a right total knee on 10/5/2021. She had a status post right knee manipulation under anesthesia on 1/17/2022. She had a Uni knee in 2020. She states her knee is no better. She has not gone to physical therapy because she had deaths in the family. She is not using a cane or crutch for ambulation. She complains of tightness and stiffness about the knee.

Past medical history surgical history is reviewed previous office visit.

DIAGNOSTIC TESTS:

No x-rays performed today

PHYSICAL EXAM:

This is a 58-year-old female who is well-dressed, well-nourished, and answers appropriately. The skin is warm, dry, and intact. Neurovascularly intact.

Knee range of motion is 0–95. Trace effusion. Her wounds are clean dry and approximated. The stitches are removed today and Steri-Strips applied. No lower extremity edema

IMPRESSION:

1. Status post right knee arthroscopy with lysis of adhesions and manipulation 4/18/2023
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:

I am sending in a prednisone Dosepak to follow-up with meloxicam. She will get started in outpatient physical therapy. She will follow-up with Dr. Cates no x-rays unless warranted

Please send a copy to the primary care physician

PATIENT HISTORIES: For additional information, please see the patient medical history documented.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Result: 6.70000

**Medications:**

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | 05/30/2023 | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 01/20/2023 | 05/30/2023 | 05/30/2023 | N |
| Ozempic | | // | | | Y |

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| pramipexole di-HCl | 1 mg | |
| IRON | 325 mg (65 mg iron) | |
| fluoxetine HCl | 10 mg | |
| atorvastatin calcium | 40 mg | |
| Aspir-81 | 81 mg | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |

| | | |
|---|---|---|
| prednisone 5 mg tablet | 5 mg | take TID for 3 days then BID for 2 days then 1 tab daily until complete |
| Ozempic | 0.25 mg or 0.5 mg dose (2 mg/1.5 mL) | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

Electronically signed by: Katrina Aberdeen, APRN BC

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*05/30/2023 5:04 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 06/09/2023 01:11 PM EDT



**Lincoln/Galyon 0342**

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON
[redacted]
000000900964
08/08/2023 4:05 PM EDT

Scheduled with: Harold E Cates M.D.
**Today's note:**

CHIEF COMPLAINT: Right knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Gallion is a 58-year-old female from Athens, Tennessee who returns today for her right knee. She has been accompanied by her daughter here today. She is status post a right knee arthroscopy with lysis of adhesion and manipulation under anesthesia on 04/18/2023. She had conversion a right total knee on 10/05/2021. She is status post right knee manipulation under anesthesia on 01/17/2022. She had a Uni knee in 2020. She has not attended physical therapy because she had deaths in the family. She does not use a cane or crutch for ambulation. She has tightness about the knee. Today, the patient complains of continued pain and symptoms. She reports stiffness and soreness about the knee. She points to the anterior aspect of the knee as the painful spot. She describes the pain as constant ache. She is on meloxicam. She reports no stomach issues with meloxicam. She also reports some muscle weakness. She states she has been diagnosed with Chiari malformation and her neurologist has retired.

PHYSICAL EXAM:
Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative
Well-healed incision.

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-120°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious but not antalgic today. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOLOGIC STUDIES:

AP, lateral and sunrise view of the bilateral knees taken today shows:
Right knee shows Legion PS total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered.

Left knee shows no significant osseous abnormalities including fractures, dislocations, or tumors were noted.

IMPRESSION:
1. Slow recovery with recent improvement of range of motion and discomfort.
2. Status post right knee arthroscopy with lysis of adhesions and manipulation 4/18/2023.
3. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
4. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
5. Status post left knee scope 12/4/2020.
6. Right knee uni by Dr. Holt, 06/16/2020.
7. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
8. Chronic Arnold Chiari malformation.
9. Recent diagnosis of myotonia by neurology.

PLAN:
Right knee arthroscopy with lysis of adhesion and MUA:
I prescribed Voltaren 75 mg to be taken daily, dispensed 60 with 2 refills. She was given Voltaren to replace it with meloxicam. Advised to apply CBD oil or Zostrix. Recommended to continue with knee flexion exercises. She does not need to see another neurologist as her current neurologist has retired.

Return to clinic in 3 months for standing knee films and joint forms on return. Return to clinic earlier if unforeseen problems arise.

CC PCP: ____

Scribe attestation: Ranjit Patil scribing the following service on behalf of Harold E. Cates, MD on 08/08/2023.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 06/00/2023

**Medications:**

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| prednisone 5 mg tablet | take TID for 3 days then BID for 2 days then 1 tab daily until complete | 05/30/2023 | 08/08/2023 | | N |

| | | |
|---|---|---|
| Ozempic | // | Y |

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| pramipexole di-HCl | 1 mg | |
| IRON | 325 mg (65 mg iron) | |
| fluoxetine HCl | 10 mg | |
| atorvastatin calcium | 40 mg | |
| Aspir-81 | 81 mg | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| Ozempic | 0.25 mg or 0.5 mg dose (2 mg/1.5 mL) | |
| diclofenac sodium 75 mg tablet,delayed release | 75 mg | take 1 tablet by oral route 2 times every day |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

**Past Medical History:**

**Past Surgical History:**

*08/09/2023 12:30 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 08/11/2023 11:08 AM EDT

Quest Diagnostics

**GALYON, ROBERTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GALYON, ROBERTA**<br>**DOB:** [redacted] **AGE: 58**<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br><br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Faxed: 04/25/2023 / 18:01 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CLIENT EDUCATION TRACKING | | | | AT |

The Requisition we received did not include a Quest Diagnostics account number. To prevent delays in testing and processing of your orders please provide the following information with every order submitted:
Quest account number and account name
Client address
Client phone and fax number
NPI number of ordering physician along with the physician name.

==============================

AT

CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

Micro Number: 13281176
Test Status: Final
Specimen Source: Right knee
Specimen Quality: Adequate
Gram Stain: No white blood cells seen
No organisms seen

Result: No anaerobes isolated.

==============================

AT

CULTURE, AEROBIC BACTERIA

Micro Number: 13281177
Test Status: Final
Specimen Source: Aspirate
Specimen Quality: Adequate
Result: No Growth

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



**Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| GALYON, ROBERTA<br>DOB: [redacted] AGE: 58<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br><br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Reported: 04/24/2023 / 17:02 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN | | | | AT |

Micro Number: 13281176
Test Status: Preliminary
Specimen Source: Right knee
Specimen Quality: Adequate
Gram Stain: No white blood cells seen
No organisms seen

Result: No anaerobes isolated to date, continuing incubation.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CULTURE, AEROBIC BACTERIA | | | | AT |

Micro Number: 13281177
Test Status: Final
Specimen Source: Aspirate
Specimen Quality: Adequate
Result: No Growth

**PERFORMING SITE:**
AT QUEST DIAGNOSTICS-ATLANTA 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931


Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Covenant HEALTH.

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325
Lab Phone: (865) 373-1600

| | | | |
|---|---|---|---|
| Patient: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Location: | PW LAB | Copy To: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | | |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Neutrophil % Auto | 60.6 | % | [40.0-78.0] | 3/23/2023 12:11 EDT |
| Lymphocyte % Auto | 29.4 | % | [15.0-45.0] | 3/23/2023 12:11 EDT |
| Monocyte % Auto | 6.7 | % | [3.0-14.0] | 3/23/2023 12:11 EDT |
| Eosinophil % Auto | 2.6 | % | [0.0-5.0] | 3/23/2023 12:11 EDT |
| Basophil % Auto | 0.7 | % | [0.0-2.0] | 3/23/2023 12:11 EDT |
| Absolute Neuts | 3.4 | 10x3/uL | [1.5-8.0] | 3/23/2023 12:11 EDT |
| Absolute Lymphs | 1.7 | 10x3/uL | [1.0-4.0] | 3/23/2023 12:11 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 3/23/2023 12:11 EDT |
| Absolute Eos | 0.1 | 10x3/uL | [0.0-0.6] | 3/23/2023 12:11 EDT |
| Absolute Basos | 0.0 | 10x3/uL | [0.0-0.2] | 3/23/2023 12:11 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 5.7 | 10x3/uL | [4.0-11.0] | 3/23/2023 12:11 EDT |
| RBC | 4.67 | 10x6/uL | [3.90-4.98] | 3/23/2023 12:11 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Hgb | 13.8 | g/dL | [12.0-15.5] | 3/23/2023 12:11 EDT |
| Hct | 42.1 | % | [35.0-45.0] | 3/23/2023 12:11 EDT |
| MCV | 90 | fL | [81-93] | 3/23/2023 12:11 EDT |
| MCH | 30 | pg | [28-35] | 3/23/2023 12:11 EDT |
| MCHC | 33 | g/dL | [33-37] | 3/23/2023 12:11 EDT |
| RDW | 13.0 | % | [10.9-14.7] | 3/23/2023 12:11 EDT |
| Platelets | 270 | 10x3/uL | [140-400] | 3/23/2023 12:11 EDT |
| MPV | 8.6 | fL | [6.0-11.1] | 3/23/2023 12:11 EDT |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Sodium Lvl | 140 | mmol/L | [136-145] | 3/23/2023 12:29 EDT |
| Potassium Lvl | 4.6 | mmol/L | [3.4-5.1] | 3/23/2023 12:29 EDT |
| Chloride Lvl | 103 | mmol/L | [97-108] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, I=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| CO2 | 26 | mmol/L | [21-29] | 3/23/2023 12:29 EDT |
| Glucose Lvl | **116 H** | mg/dL | [70-99] | 3/23/2023 12:29 EDT |
| BUN | 16 | mg/dL | [6-20] | 3/23/2023 12:29 EDT |
| Creatinine Lvl | 0.69 | mg/dL | [0.50-0.90] | 3/23/2023 12:29 EDT |
| Calcium Lvl | 9.3 | mg/dL | [8.5-10.5] | 3/23/2023 12:29 EDT |
| Anion Gap | 11 | mmol/L | [3-11] | 3/23/2023 12:29 EDT |
| eGFR AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |
| eGFR Non-AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**PARKWEST SURGERY CENTER**
**9430 PARKWEST BLVD, SUITE 210**
**KNOXVILLE, TN 37923**

**OPERATIVE REPORT**

**PATIENT NAME:** GALYON, ROBERTA
**DATE OF SURGERY:** 04/18/23
**PATIENT MRN#:** 74953
**DATE OF BIRTH:** [redacted]
**PHYSICIAN:** Harold E. Cates, M.D.

**PREOPERATIVE DIAGNOSIS:** Right total knee ankylosis.

**POSTOPERATIVE DIAGNOSIS:** Right total knee ankylosis.

**PROCEDURE PERFORMED:** Right knee arthroscopic lysis of adhesions and close manipulation.

**ASSISTANT:** None.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE/BRIEF HISTORY:** The patient is a very 58-year-old female who had a right total knee arthroplasty associated with stiffness. She had a close manipulation and has had recurrent stiffness. She presents for manipulation and repeat close manipulation after arthroscopic lysis of adhesions.

**DESCRIPTION OF PROCEDURE:** The patient was placed supine on the operating table, where general anesthesia was induced. The right knee was then prepped and draped in the usual standard fashion. A time-out was performed. After standard prep and drape, a superolateral, anterolateral and anteromedial arthroscopic portals were made in the usual standard fashion. An inflow was established with the mechanical pump. There was marked scarring in the intercondylar notch in both gutters just removed with combination of a berry shaped full radius resectors. Suprapatellar pouch was also cleaned of debris and tissue around the patella. Intercondylar notch showed clear of debris and after all the tissue was removed and then an ArthroCare radiofrequency ablator was used to shrink some additional tissue and the knee was manipulated. The pre-manipulation range of motion was 5 to 105 degrees. The post-manipulation range of motion was 0 to 120. There was no instability. Intraoperative x-ray revealed no fracture.

HC/SN/snhyddmt83/FST-506016026
D: 04/18/23 09:12 A CST
T: 04/18/23 09:18 P CST

RE: GALYON, ROBERTA
OPERATIVE REPORT
PAGE 2

At this point, the arthroscopic portals were injected with 0.5% Marcaine with epinephrine. The same solution was injected intra-articularly. The arthroscopic portals were closed with 3-0 nylon sutures. Sterile dressing applied. The patient was transferred to the recovery room in stable condition.

_________________________ DATE_________________

Harold E. Cates, M.D.

HC/SN/snhyddmt83/FST-506016026
D: 04/18/23 09:12 A CST
T: 04/18/23 09:18 P CST

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

August 21, 2023

Joseph, Mann & Creed
8948 Canyon Falls Blvd
Suite 200
Twinsburg, OH 44087

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

**VIA FACSIMILE (877) 353-6412**
The Lincoln National Life Insurance Company
PO Box 8200
Dover, NH 03821-1525

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

My client has forwarded me the enclosed letter from Jospeh, Mann & Creed. I must say I am a bit puzzled that my client is receiving this letter since this claim is currently under Administrative Appeal and because LFG clearly knows Ms. Galyon is represented by counsel. I would recommend that Joseph, Mann & Creed cease and desist any and all efforts to collect any alleged overpayment unless they are willing to comply with ERISA.

Additionally, I would note that LFG has not complied with ERISA or the Plan Document regarding the appeal filed on May 1, 2023. As of the date of this letter, LFG has not even acknowledged receipt of the appeal that it received via certified mail. Please advise immediately of the status of that appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

Media Collections, Inc. DBA Joseph, Mann & Creed
8948 Canyon Falls Blvd., Suite 200
Twinsburg, OH 44087
877-248-1343 from 8:30am to 5:30pm EST, Monday to Friday
www.jmcbiz.com

TO: Roberta Galyon
[redacted]

**Reference 16473164**

August 16, 2023

**Joseph, Mann & Creed is a debt collector.** We are trying to collect a debt that you owe to Lincoln Financial Group. We will use any information you give us to help collect the debt.

## Our information shows:

| | | |
|---|---|---|
| You had account number 10784870 with Lincoln Financial Group. | | |
| As of January 04, 2022, you owed: | $ | 8,008.53 |
| Between January 04, 2022 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | **$** | **8,008.53** |

9141

## How can you dispute the debt?

- **Call or write us by September 25, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write us by September 25, 2023**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at disputes.jmcbiz.com. Select the Dispute service option.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by September 25, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at disputes.jmcbiz.com. Select the Request service option.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

**Notice: See reverse side for important information.** JMCA/307/6110808872474 1001/0000

**Mail this form to:**
Joseph, Mann & Creed
8948 Canyon Falls Blvd. Suite 200
Twinsburg, OH 44087

Roberta Galyon
[redacted]

**How do you want to respond?**
Check all that apply:
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ This amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $

Make your checks payable to Joseph, Mann & Creed. Include the reference number 16473164

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

July 13, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

This letter is regarding your clients outstanding overpayment with Lincoln National Life, in the amount of $8,008.53. As you are aware, this overpayment is the result of your clients Social Security Disability Income award. While the disability claim remained open, the net benefit was applied to this balance.

We have been notified that your clients disability claim remains closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please have your client remit payment of $8,008.53, payable to Lincoln National Life by August 03, 2023. Please mail payment to:

**LINCOLN NATIONAL LIFE**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Alternatively, your client may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your clients claim number (10784870) to ensure accurate payment application.

If your client is not able to repay this amount in full by August 03, 2023, please contact me to discuss a payment plan acceptable to both parties. Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Laura Patton
Svc Rep II, Financial Ops
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

Attachments: Re-Occurring Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10784870

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on the ________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ______________________

City, State, Zip ______________________ Email ______________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

# OVERPAYMENT REFERRAL (Collection Agency and Closed File Administration)

***Instructions:*** *Written approval from the ASO customer is required prior to referral completion. All overpayments and all applicable claim note(s) must be entered into SystemOne prior to submitting this referral.*

***Referral Type:***

- *Collection Agency*
- *Closed Claim (Operations Analysis)*

*The ASO customer must know that a Collection Agency recovery fee of 25 - 30% of the total overpayment collected will be incurred by the ASO customer.*

*All closed claims with outstanding WC or Subrogation liens should be referred to the Subrogation Unit.*

Today's Date: **8/10/2023**
Office #: **0096**
Case Managers Name **Laura Patton**
Phone: **(603) 200-6245**
Extension: **0000**

Claim Number(s): **10784870**

Document Location:
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Reason(s) For Overpayment:
- ☑ Social Security
- ☐ Pension
- ☐ RTW
- ☐ Partial Disability
- ☐ Stat Benefits
- ☐ WC

Total SystemOne Overpayment Due Amount: **$8,008.53**

Total ASO or RBO Takeover Overpayment:

**Less Attorney Fees**

Total Overpayment to be Collected: **$8,008.53**

Date Overpayment Incurred: **1/4/2022**

Date Overpayment Communication Sent to Claimant: Letter 1: **7/13/2023** Letter 2: **1/6/2022**

Future Benefit Reduction Recovery Amount (if any):

Date of next payment: **N/A** ☐ Weekly ☑ Bi-weekly ☐ Monthly

Date of last claimant phone contact (or attempt): **1/27/2023**

Claim Closure Date (if applicable): **12/12/2022**

Claim Closure Reason (if applicable): **NOAO**

Is Claim Closure in Appeal? (if applicable): ☐ Yes ☑ No

**DEBTOR**

Claimant Name: **ROBERTA GALYON**

Claimant Social Security Number: [redacted]
Claimant Telephone Number: [redacted]

Claimant Address: Street 1 [redacted]
Street 2
City, St, Zip [redacted]

Customer Name: **WALMART, INC.**

Product Type (STAT, STD, LTD): **LTD**
Funding Type (ASO w/checks or Fully Insured: **FI**

***Comments (if any)***

***For Operations Analysis Use Only***

***Collection Agency Assigned:***
***Record #***
***Date of Referral:***
***File Recommendation/Notes:***
***Referred by:***
***Date of Closure:***

DIS OPS ANAL-OP MGT 1 (7/99)

**Lincoln/Galyon 0360**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 13, 2023 11:27:18 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 10784870 Roberta Galyon |
| Attachments: | xtau0zk1gnnvye7uzsrc_15670137.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

July 13, 2023

John P. Dreiser
The Dreiser Law Group, LLC
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon

Dear John Dreiser:

This letter is regarding your clients outstanding overpayment with Lincoln National Life, in the amount of $8,008.53. As you are aware, this overpayment is the result of your clients Social Security Disability Income award. While the disability claim remained open, the net benefit was applied to this balance.

We have been notified that your clients disability claim remains closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please have your client remit payment of $8,008.53, payable to Lincoln National Life by August 03, 2023. Please mail payment to:

**LINCOLN NATIONAL LIFE**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Alternatively, your client may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your clients claim number (10784870) to ensure accurate payment application.

If your client is not able to repay this amount in full by August 03, 2023, please contact me to discuss a payment plan acceptable to both parties. Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Laura Patton
Svc Rep II, Financial Ops
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

Attachments: Re-Occurring Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10784870

I ____________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on the ___________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #1



Swallow #1



Swallow #2



Swallow #2



Swallow #3



Swallow #3



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #4



Swallow #4



Swallow #5



Swallow #5



Swallow #6



Swallow #6



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Landmark Id



Landmark Id



(00:13, 00:14)



(00:20:11, 00:23:11)



(00:24:34, 00:25:34)



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #10



Swallow #10



Swallow #11



Swallow #11



Swallow #12



Swallow #12



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #7



Swallow #7



Swallow #8



Swallow #8



Swallow #9



Swallow #9



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

# The University of Tennessee Medical Center at Knoxville

- University Memorial Hospital
- Graduate School of Medicine

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
Wisdom for Your Life.


Center for Gastrointestinal Diseases
Endoscopic Diagnostic / Therapeutic Unit
Gastrointestinal Physiology Unit
1924 Alcoa Highway
Knoxville, TN 37920-6999
865-305-9576


## REFERRAL

From Kleppe

Address

Phone 9620

Fax

Date 7/21/22

Patient FIN:18440200034
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:07/21/22
MRN:1844020

Indications dysphagia

Procedure EGD

| Meds | Stopped Y/N |
| --- | --- |
| | |
| | |
| | |
| | |

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Gender: | Female | Physician: | Dr. Benjamin Dalton |
| Galyon, Roberta | DOB / Age: | | Operator: | Emily Gooch RN |
| 1844020 | Height: | 5 ft 5 in | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: | Esophageal Motility w/Z | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.6 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 98.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 6.3 | |

**Chicago Classification Findings***
**EGJ: Normal Relaxation**
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

D. Pressurization and Contraction Pattern- Abnormal. There are about 50% of swallows that are normal. The other 50% are either weak peristalsis or failed peristalsis. There is associated bolus stasis on those swallows.
E. Technical Limitations- None
F. Multiple Rapid Swallows- There was not good peristaltic reserve.
G. Continuous swallows- This is a provocative test looking at whether the patient has an EGJ outflow obstruction- negative

Results Summary
1. Weak and failed peristalsis in 50% of swallows. Otherwise normal swallows.

Benjamin Dalton, MD

Findings were reported back to referring provider Dr. Kyle Kleppe

Swallow #1



Swallow #1



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | |
|---|---|---|---|
| **Patient:** Galyon, Roberta 1844020 | Gender: Female<br>DOB / Age: [redacted]<br>Height: 5 ft 5 in<br>Procedure: Esophageal Motility w/Z | Physician:<br>Operator:<br>Referring Physician:<br>Examination Date: | Dr. Benjamin Dalton<br>Emily Gooch RN<br>Dr. Kyle Kleppe<br>07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| Landmarks | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.6 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| LES Pressures | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| High Resolution Parameters | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| Chicago Classification | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| Impedance analysis | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 63 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

Prior to procedure the patient underwent informed consent with the possible complications of inability to pass manometry instrument, inability to retrieve manometry instrument, nosebleed, and esophageal perforation.

Clinical Diagnosis
1.Dysphagia

Specific Results

A. UES activity- Normal relaxation from a normal baseline.
B. Esophagogastric junction relaxation interpretation- Normal relaxation from a normal baseline. I cannot see a hiatal hernia, it could be rather large inhibiting our ability to see.
C. Pressure Inversion Point- @ 41.4 cm from the nares, in close proximity to LES.

cc: Dr. Kleppe fax 525 3460

GIVEN IMAGING

Department of Radiology University Breast Center

Patient Name: GALYON, ROBERTA L
FIN: 18440200035

Nuclear Medicine

**Results**

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-27-62

*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Helmlinger MD Res, Kasey*

***FINAL REPORT***

**The University of Tennessee Medical Center**

Department of Radiology
1924 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9058

University Breast Center
1934 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9069

Patient Name: GALYON, ROBERTA L
MRN: 1844020
Age: 57 years DOB:
Admitting Dr: KLEPPE MD, KYLE L
Sex: Female Loc: OPNUC
Consulting Dr:
PCP: Collins (Results), Timothy

**Nuclear Medicine**

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:

- 95% at 20 minutes (normal range 70% and above)
- 61% at 1 hour (normal range 37%-90%)
- 35% at 2 hours (normal range 30%-60%)
- 7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Ncrmal solid phase gastric emptying study.
Nc reflux.

--

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

**Patient:** **871369 - Roberta L. Galyon**
**DOB:** [redacted]
**SSN:**

**Date:** **01/03/2023 15:15**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

**OTHER**
Patient was seen today in the office with Resident Dr. Maglich.

**CARE TEAM**

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD** **Date: 02/01/2023 16:40**

**Electronically approved by: Kyle L Kleppe MD** **Date: 02/01/23 16:40**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever, no chills, and no recent weight change.
**Pulmonary:** No cough.
**Gastrointestinal:** No nausea and no vomiting. Diarrhea.

## PHYSICAL FINDINGS

- Vitals taken 01/03/2023 03:40 pm

| | | |
|---|---|---|
| Height | 65 in | 59 - 69 |

- Vitals taken 01/03/2023 04:13 pm

| | | |
|---|---|---|
| BP-Sitting L | 162/90 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 108 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 174 lbs | 98 - 183 |
| Body Mass Index | 29.0 kg/m2 | |
| Body Surface Area | 1.86 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Abdomen:**
Visual Inspection: The abdomen was not distended.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.

## ASSESSMENT

- Dysphagia

## DISCUSSED

Spoke with patient that there is nothing structurally to worry about based off of her recent studies and that the dysphagia is likely secondary to esophageal dysmotility. Educated patient about small amounts of food per swallow and frequent swallowing between bites of food. We will get Dr. Edmonds report from recent EGD/Colonsocopy and reach out to patient if there is anything that needs to be addressed.

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** 

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder

Neuropathy.
Hiatal hernia repair 5/2021 and 5/2022.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 01/03/2023 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Pain with swallowing.

## REASON FOR VISIT

Visit for: dysphagia.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

57yo F with history of hiatal hernia repairs in 5/2021 and 5/2022 presents with periodic dysphagia. Occurs more often with solids, however it does occur with liquids as well. Frequency ranges from every meal to every couple of days, not able to determine any triggers. Pt reports that she had an EGD and colonoscopy with Dr. Edmonds in October and believes everything was normal, we will get reports from his office. Of note patient has had NM gastric emptying scan that showed normal solid phase gastric emptying without reflux or hiatal hernia. Specific numbers included 95% at 20 minutes, 61% at 1hr, 35% at 2hrs and 7% at 4 hours. She also had a high resolution manometry that showed some esophageal dysmotility, approximately 50% of solids were still present when swallowed, however the continuos swallow study cleared all the food.

Dysphagia with stuck food located in the throat, in the middle chest, and of solid foods more than liquids. Dysphagia does not precipitate coughing. Pain on swallowing.

GI problems.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**Electronically approved by: Kyle L Kleppe MD Date: 10/13/22 13:47**

**Patient:** **871369 - Roberta L. Galyon**
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** **10/13/2022 11:30**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

## DISCUSSED

We discussed her symptoms, she has multiple complaints that are likely separate. With regard to her dysphagia, her manometry shows some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not too tight.

She does demonstrate some complaints that may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain. Will order GES to evaluate this.

With regards to her chest pain. I will want to make sure that these events are not related to reflux and will consider BRAVO study.

She is seeing Dr. Edmunds tomorrow for some of the lower GI complaints that she has.

## PLAN

- An esophageal intraluminal pH study was perfomred
- Gastric emptying scintigraphy study
- Follow-up visit

Plan for Gastric Emptying study and EGD w/ BRAVO study.

## OTHER

Patient was seen today in the office with Resident Austin Martindale, MD.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 10/13/2022 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## PHYSICAL FINDINGS

- Vitals taken 10/13/2022 11:18 am

| | | |
|---|---|---|
| BP-Sitting | 142/88 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 65 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 176 lbs 3.2 oz | 98 - 183 |
| Body Mass Index | 29.3 kg/m2 | |
| Body Surface Area | 1.87 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
Pupils: PERRLA.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
**Abdomen:**
Visual Inspection: Scars: present present on visual inspection of the abdomen.
Palpation: No abdominal guarding and abdominal muscle rigidity was not demonstrated. Direct epigastric tenderness.
Hernia: No incisional hernia of the abdomen was discovered and no ventral hernia was discovered.
**Neurological:**
No disorientation was observed.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.

## ASSESSMENT

- Dysphagia
- Abdominal pain--epigastric

## COUNSELING/EDUCATION

- Education: risks, benefits, and limitations discussed and understood

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## ALLERGIES
- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY
**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**
- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## PREVIOUS TESTS
**Laboratory Studies:**
**Manometry:**

Esophageal manometry.

## SOCIAL HISTORY
Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY
**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**Patient:** **871369 - Roberta L. Galyon**
**DOB:** [redacted]
**SSN:**

**Date:** **10/13/2022 11:30**
**Provider:** **Kleppe, Kyle L. MD**
**Encounter:** **USA Office Visit**

## CHIEF COMPLAINT

The Chief Complaint is: Follow up on Barium Swallow from 7/21/22.

## REASON FOR VISIT

Patient is a pleasant 57-year-old female who presents today for follow-up for a previous barium swallow. Patient had previously had a robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Barium swallow was performed on 7/21/2022. Patient states that she feels like her symptoms are similar or preop. She says she is having chest pain that "feels like my heart" but has been evaluated by her cardiologist who states that her heart is fine. She describes it as a sharp and aching pain that she does not associate with eating. She states that she will have these pains that sometimes start in her chest and sometimes start in her stomach and last approximately 30 minutes. She states that these pains occur daily. She states that they are occasionally associated with abdominal pain with painful diarrhea. She states that these bowel movements are not overly and has not seen blood. She reports that the pain does not feel like she is having heartburn or reflux-like pain that she has had in the past but does endorse she has some regurgitation with undigested food when these attacks occur following meals. She reports that she is seeing a gastroenterologist tomorrow.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

# MEDICAL FAX

**FROM**: University Surgeons Associates (865) 525-3460
**TO**: (865) 584-1171
**SUBJECT**: Untitled
**DATE**: Tue, 06/13/23, 4:04 PM EDT
**PAGES**: 20 (not including coversheet)

---

**INSTRUCTIONS**: Records for Roberta Galyon

---

This fax transmission is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender.

Having trouble reading this fax?
You can view it online at
**http://universitysurgeonsassociatespc.myupdox.com** by entering the following information:
Fax ID: **38b5ac7**
Password: **Provide-001-Koala**
This fax expires on Jun 18, 2023 4:04:17 PM. It will not be available online after that time.

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

June 16, 2023

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
ATTN: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Enclosed please find additional medical evidence for Kyle Kleppe, M.D. to consider in this appeal.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosure
cc: Ms. Roberta Lynn Galyon

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA**

**TO:** **Harold E. Cates, M.D.**

**FULL NAME:** **Roberta Lynn Galyon**

**DATE OF BIRTH:** [redacted]

**ADDRESS:** **115 Country Road 558**
**Athens, TN 37303-6456**

**SOCIAL SECURITY NO:** [redacted]

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

**Lincoln/Galyon 0389**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

DATE: May 15, 2023

TO: Harold E. Cates, M.D.
ATTENTION: MEDICAL RECORDS

FAX #: (615) 777-3517

FROM: Cathy A. Weaver
Legal Assistant to John P. Dreiser

SUBJECT: Roberta Lynn Galyon
D.O.B.: [redacted]
S.S.N.: [redacted]
Long Term Disability

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 4

NOTES:

Thank you for your assistance with this request.

*Cathy*

*****************************************************************************
The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.
*****************************************************************************

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

May 15, 2023

Harold E. Cates, M.D.
Tennessee Orthopaedic Clinic
**Attention: Medical Records**
9430 Park West Boulevard
Suite 130
Knoxville, TN 37923-4200

**Re: Roberta Lynn Galyon**
**D.O.B.:** [redacted]
**S.S.N.:** [redacted]
**Long Term Disability**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain medical records relating to Roberta Lynn Galyon. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records AFTER 1/20/2023**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to FAX the requested information. Thank you for your time and attention to this request.

Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A. Weaver*

Cathy A. Weaver
Legal Assistant to John P. Dreiser

Enclosure

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) **I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).**

Roberta Lynn Galyon

Roberta Lynn Galyon

5/13/23

(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON
[redacted]
000000900964
03/09/2023 3:40 PM

Scheduled with: Harold E Cates M.D.
**Today's note:**

CHIEF COMPLAINT: Right knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 1/20/2023 for the same complaint. She ambulates with use of cane occasionally when she is out about for stability. The motion has not improved and difficulties sitting for prolonged periods. She is noted to have increased stiffness about the knee. She has been progressively losing range of motion. She has been occasional limping with ambulation. She got sick postop and held off on her physical therapy. She utilizes meloxicam is helpful occasionally with her pain. She also takes baclofen 10 mg daily for pain relief. She cannot take NSAIDs due to renal insufficiency. Today, patient complains of continued pain and symptoms. She is noted to have crepitation in the lateral gutter of the knee. She reports having increasing stiffness about the right knee. She wants to undergo surgery for resolution in symptoms.

PHYSICAL EXAMINATION:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: Negative
Medial Joint Line Tenderness: Mild
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious on right side. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOGRAPHIC DATA:
AP and lateral view x-ray of lumbar spine taken today shows moderate-to-severe lumbar degenerative changes consistent with arthritic changes. Hips have relatively well-maintained joint spaces. Lateral x-ray shows arthritic changes to coccyx and lumbar spine with relatively preserved joint space.

IMPRESSION:
1. Continued right knee pain and stiffness after manipulation.
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:
Right knee pain:
Recommended right knee arthroscopic lysis of adhesions with closed manipulation. We will add spine therapy to postop physical therapy regimen. Anesthesia will be general. Antibiotic coverage will be Ancef and vancomycin.

Patient has significant symptoms in the right knee that are affecting the quality of life and daily activities. They have tried nonoperative treatment including analgesics, exercise program, and activity modification, but symptoms have persisted. I believe they make a good candidate for right knee arthroscopic lysis of adhesions with closed manipulation.

I have discussed patient's radiographic findings, and the current symptoms, and the risk of conservative versus surgical management knee meniscal problems. Conservative management consisting of anti-inflammatory medications, glucosamine / chondroitin sulfate, weight loss, physical therapy, activity modification, as well as injections were discussed at length.

The patient will be scheduled for right knee arthroscopic lysis of adhesions with closed manipulation. They are aware of the anticipated benefits, which include minimization of pain and returning them to a more normal gait pattern. They are aware of the potential risks, which include but are not limited to bleeding, infection, nerve damage, anesthetic risk, DVT, pulmonary embolus, mortality, persistent pain, and the possibility of a need for further surgery.

They are aware of the potential risks and anticipated benefits and are desirous of proceeding as scheduled. Patient was given Knee Arthroscopy Book for further patient education.

Harold E. Cates, M.D.

Please CC patient PCP: Timothy Collins, MD

PATIENT MEDICAL HISTORY: The updated medical history is in the chart and has been reviewed. A review of systems is updated and there is no new chest pain, shortness of breath, abdominal pain, fevers, or chills. All past social, family, and surgical histories were reviewed and are listed as per intake form.

Scribe attestation: Mohiuddin Khan scribing the following service on behalf of Laura Mowell, PA alongside Harold E. Cates, MD on 03/09/2023.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 11/01/2022
Last A1C Result: 6.40000

**Medications:**

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 01/20/2023 | | 01/20/2023 | N |
| diclofenac 1 % topical gel | apply 1 (4G) by topical route 3 times every day to the affected area(s) | 01/20/2023 | | | N |

### Medication Reconciliation

Medications reconciled today.

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| diclofenac 1 % topical gel | 1 % | apply 1 (4G) by topical route 3 times every day to the affected area(s) |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

## Provider

Cates, Harold E 03/10/2023 7:08 AM

*03/10/2023 7:08 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 04/11/2023 07:58 AM

| Patient Information | Specimen Information | Client Information |
| --- | --- | --- |
| **GALYON, ROBERTA**<br>**DOB:** [redacted] **AGE: 58**<br>Gender: F Fasting: U<br>Phone: NG<br>Patient ID: NG | Specimen: AL219617C<br>Requisition: 5301181<br><br>Collected: 04/18/2023 / 09:30 EDT<br>Received: 04/19/2023 / 03:04 EDT<br>Faxed: 04/25/2023 / 18:01 EDT | Client #: 8010536 QTYS002<br>HAROLD CATES<br>TENN ORTHOPAEDIC- PARK WEST<br>Attn: SUITE 130<br>9430 PARK WEST BLVD<br>KNOXVILLE, TN 37923-4200 |

```
Test Name                          In Range    Out Of Range   Reference Range      Lab
CLIENT EDUCATION TRACKING                                                          AT
     The Requisition we received did not include a Quest
     Diagnostics account number. To prevent delays in
     testing and processing of your orders please provide
     the following information with every order submitted:
     Quest account number and account name
     Client address
     Client phone and fax number
     NPI number of ordering physician along with the
     physician name.
                    ==============================
                                                                                   AT

       CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

       Micro Number:       13281176
       Test Status:        Final
       Specimen Source:    Right knee
       Specimen Quality:   Adequate
       Gram Stain:         No white blood cells seen
                           No organisms seen

       Result:             No anaerobes isolated.
                    ==============================
                                                                                   AT

       CULTURE, AEROBIC BACTERIA

       Micro Number:       13281177
       Test Status:        Final
       Specimen Source:    Aspirate
       Specimen Quality:   Adequate
       Result:             No Growth
```

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Covenant HEALTH.

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325
Lab Phone: (865) 373-1600

| | | | |
|---|---|---|---|
| Patient: | **GALYON, ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES, HAROLD E MD |
| Location: | PW LAB | Copy To: | CATES, HAROLD E MD |
| Lab Director: | Guy Nichols, MD, PhD | | |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | CATES, HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Neutrophil % Auto | 60.6 | % | [40.0-78.0] | 3/23/2023 12:11 EDT |
| Lymphocyte % Auto | 29.4 | % | [15.0-45.0] | 3/23/2023 12:11 EDT |
| Monocyte % Auto | 6.7 | % | [3.0-14.0] | 3/23/2023 12:11 EDT |
| Eosinophil % Auto | 2.6 | % | [0.0-5.0] | 3/23/2023 12:11 EDT |
| Basophil % Auto | 0.7 | % | [0.0-2.0] | 3/23/2023 12:11 EDT |
| Absolute Neuts | 3.4 | 10x3/uL | [1.5-8.0] | 3/23/2023 12:11 EDT |
| Absolute Lymphs | 1.7 | 10x3/uL | [1.0-4.0] | 3/23/2023 12:11 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 3/23/2023 12:11 EDT |
| Absolute Eos | 0.1 | 10x3/uL | [0.0-0.6] | 3/23/2023 12:11 EDT |
| Absolute Basos | 0.0 | 10x3/uL | [0.0-0.2] | 3/23/2023 12:11 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES, HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 5.7 | 10x3/uL | [4.0-11.0] | 3/23/2023 12:11 EDT |
| RBC | 4.67 | 10x6/uL | [3.90-4.98] | 3/23/2023 12:11 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON,ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLDE MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLDE MD |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | CATES,HAROLD E MD | 02-23-082-1196 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Hgb | 13.8 | g/dL | [12.0-15.5] | 3/23/2023 12:11 EDT |
| Hct | 42.1 | % | [35.0-45.0] | 3/23/2023 12:11 EDT |
| MCV | 90 | fL | [81-93] | 3/23/2023 12:11 EDT |
| MCH | 30 | pg | [28-35] | 3/23/2023 12:11 EDT |
| MCHC | 33 | g/dL | [33-37] | 3/23/2023 12:11 EDT |
| RDW | 13.0 | % | [10.9-14.7] | 3/23/2023 12:11 EDT |
| Platelets | 270 | 10x3/uL | [140-400] | 3/23/2023 12:11 EDT |
| MPV | 8.6 | fL | [6.0-11.1] | 3/23/2023 12:11 EDT |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES,HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Sodium Lvl | 140 | mmol/L | [136-145] | 3/23/2023 12:29 EDT |
| Potassium Lvl | 4.6 | mmol/L | [3.4-5.1] | 3/23/2023 12:29 EDT |
| Chloride Lvl | 103 | mmol/L | [97-108] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient Name: | **GALYON, ROBERTA** | | |
| MRN: | PW0000815648 | Admit: | 3/23/2023 |
| FIN: | 5308202320 | Disch: | |
| DOB/Sex | Female | Admitting: | CATES,HAROLD E MD |
| Lab Director: | Guy Nichols, MD, PhD | Copy To: | CATES,HAROLD E MD |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Basic Metabolic Panel | CATES, HAROLD E MD | 02-23-082-1195 | 3/23/2023 11:27 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| CO2 | 26 | mmol/L | [21-29] | 3/23/2023 12:29 EDT |
| Glucose Lvl | 116 H | mg/dL | [70-99] | 3/23/2023 12:29 EDT |
| BUN | 16 | mg/dL | [6-20] | 3/23/2023 12:29 EDT |
| Creatinine Lvl | 0.69 | mg/dL | [0.50-0.90] | 3/23/2023 12:29 EDT |
| Calcium Lvl | 9.3 | mg/dL | [8.5-10.5] | 3/23/2023 12:29 EDT |
| Anion Gap | 11 | mmol/L | [3-11] | 3/23/2023 12:29 EDT |
| eGFR AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |
| eGFR Non-AA | >60 | mL/min/1.73 m2 | [>=60] | 3/23/2023 12:29 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 330245546 Page 3 of 3 Print Date/Time: 3/23/2023 12:35 EDT

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

DATE: February 14, 2023

TO: Harold E. Cates, M.D.
ATTENTION: MEDICAL RECORDS

FAX #: (615) 777-3517

FROM: Cathy A. Weaver
Legal Assistant to John P. Dreiser

SUBJECT: Roberta Lynn Galyon
D.O.B.: [redacted]
S.S.N.: [redacted]
Long Term Disability

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 4

NOTES:

Thank you for your assistance with this request.

*Cathy*

*********************************************************************************
The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.
*********************************************************************************

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

February 14, 2023

Harold E. Cates, M.D.
Tennessee Orthopaedic Clinic
**Attention: Medical Records**
9430 Park West Boulevard
Suite 130
Knoxville, TN 37923-4200

**Re: Roberta Lynn Galyon**
**D.O.B.:** [redacted]
**S.S.N.:** [redacted]
**Long Term Disability**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain medical records relating to Roberta Lynn Galyon. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records** **FROM 7/1/2022 TO PRESENT**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to FAX the requested information. Thank you for your time and attention to this request.

Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A. Weaver*

Cathy A. Weaver
Legal Assistant to John P. Dreiser

Enclosure

1356 Papermill Pointe Way
Knoxville, TN 37909
865-584-1211 Phone
865-584-1171 Fax
www.farmerdreiser.com

**Lincoln/Galyon 0402**

# AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** **Harold E. Cates, M.D.**

**FULL NAME:** **Roberta Lynn Galyon**

**DATE OF BIRTH:** [redacted]

**ADDRESS:** **115 Country Road 558**
**Athens, TN 37303-6456**

**SOCIAL SECURITY NO:** [redacted]

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Roberta Lynn Galyon

Roberta Lynn Galyon

2/13/23

(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON
[redacted]
000000900964
01/20/2023 10:20 AM

Scheduled with: Laura E Mowell P.A.
**Today's note:**

CHIEF COMPLAINT:
Right knee pain.

HISTORY OF PRESENT ILLNESS:
Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 10/06/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. States that the motion is not improved and difficulties sitting for prolonged periods. States meloxicam is helpful occasionally with her pain. She got sick postop and held off on her physical therapy. Today, patient complains of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency. She is here to discuss surgical intervention today.

PHYSICAL EXAMINATION:
Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: Negative
Medial Joint Line Tenderness: Mild
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious on right side today. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOGRAPHIC DATA:

Bilateral 3 view Knee: Right TKA with good positing and sizing. Moderate arthritic changes to the left knee, moderate patellofemoral arthritis on the left.

IMPRESSION:
1. Continued right knee pain and stiffness after manipulation.
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:
1. She politely declined undergoing LOA today.
2. We discussed anti-inflammatories of meloxicam.
3. She will follow up on return when she wishes to discuss surgical intervention.

Telehealth time: approximately 7 minutes.

Lokesh BA scribing the following service on behalf of Laura Mowell, PA-C on 01/20/2023

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 11/18/2022
Last A1C Result: 6.40000

**Medications:**

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 10/06/2022 | 01/20/2023 | 01/20/2023 | N |

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| diclofenac 1 % topical gel | 1 % | apply 1 (4G) by topical route 3 times every day to the affected area(s) |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

## Provider

Mowell, Laura E 02/02/2023 5:31 PM

*02/02/2023 5:31 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 02/13/2023 03:01 PM

TENNESSEE ORTHOPAEDIC CLINICS

ROBERTA GALYON
[redacted]
000000900964
10/06/2022 3:10 PM

Scheduled with: Harold E Cates M.D.
**Today's note:**

CHIEF COMPLAINT: Right knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 57-year-old female from Athens, Tennessee who returns today with complaints of right knee pain. She is status post right total knee manipulation with aspiration on 01/17/2022. Patient was last seen here on 6/30/2022 for the same complaint. She is still using a cane occasionally when she is out about for stability. She is using a CPM machine. She got sick postop and held off on her physical therapy. Today, patient complaints of continued pain and symptoms. She reports having increased stiffness about the knee. She states she has been progressively losing range of motion. She has been occasional limping with ambulation. She takes baclofen 10 mg daily for pain relief. She has been asked not to take ibuprofen due to renal insufficiency.

PHYSICAL EXAMINATION:
Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-100°
Effusion: 2+
Medial Joint Line Tenderness: Mild
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Negative
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Patellofemoral Crepitation: Negative
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative

Gait examination is cautious on right side today. Motor strength and sensation is normal in the lower extremities today. Distal pulses are intact.

RADIOLOGIC STUDIES:
AP and lateral view x-ray of bilateral hip taken today shows:
Right hip shows Smith & Nephew Legion PS total knee in good position and sizing. No loosening or lysis is noted. Patella is well-centered.

Left hip shows 50% medial joint space loss. Mild medial tibial plateau sclerosis is noted. Mild Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. Worsening right knee pain and recent loss of motion.
2. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 01/17/2022.
3. Right knee uni to total knee conversion arthroplasty on 10/05/2021 revised for continued pain.
4. Status post left knee scope 12/4/2020.
5. Right knee uni by Dr. Holt, 06/16/2020.
6. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
7. Chronic Arnold Chiari malformation.
8. Recent diagnosis of myotonia by neurology.
9. Right hip trochanteric bursitis.

PLAN:
Right knee pain:
We discussed symptoms and treatment options in clinic today. I prescribed meloxicam 15 mg to be taken daily, dispensed 30 with 1 refill. Patient was given arthritis medicine sheet today. We wrote prescription for physical therapy of knees 2 times a week for 4 weeks. I recommended patient to utilize topical Voltaren gel and Zostrix for management of symptoms. If the pain resolves, we will ask patient to continue with these measures; if it does not, we will consider other treatment options based on symptoms at that point. We discussed possible arthroscopic lysis of adhesion for resolution in symptoms.

Follow up via telemedicine application in 6-8 weeks.

CC PCP: Timothy Collins, MD

Scribe attestation: Mohiuddin Khan scribing the following service on behalf of Harold E. Cates, MD on 10/6/2022.

Patient information as reported today:

**Medications:**

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Trulicity | | // | | | Y |
| pramipexole di-HCl | | // | | | Y |
| IRON | | // | | | Y |
| fluoxetine HCl | | // | | | Y |
| atorvastatin calcium | | // | | | Y |
| Aspir-81 | | // | | | Y |
| amoxicillin 500 mg capsule | take 4 capsule by oral route 1 hour prior to dental procedure | 11/17/2021 | | | N |
| baclofen | infuse by cont intrathecal inf route (90 mcg/day) | // | | | Y |
| clonazepam | take 1 tablet by oral route 3 times every day | // | | | Y |

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

Smoking status: Never smoker

## Provider

Cates, Harold E 10/07/2022 6:33 AM

*10/07/2022 6:33 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 10/07/2022 12:26 PM

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

# Fax

## Cover Page

**DATE:** 2/22/2023 10:53 AM
**FAX TO:** LAW OFFICE OF TONY FARMER & JOHN DREISER ATTN: CATHY - (865) 584-1171 (Fax)
**FROM:** Emily Stephens
**SUBJECT:** ROBERTA L. GALYON's Medical Records
**MESSAGE:** ALL MEDICAL RECORDS FOR 7/1/22 TO PRESENT.

**Please use and maintain all sensitive, privileged or restricted information in a strictly confidential manner. Confidential/privileged information includes, but is not limited to, sensitive and/or proprietary information concerning office business of Administration, patient medical information and protected health information, employee information or any other restricted information, data or material in any form.**

**If you are neither the intended recipient nor the employee/agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited. Please notify the above sender if you received this information in error.**

**When the information associated with this fax cover sheet contains information related to Substance Use Disorder (SUD) it is protected under 42 CFR Part 2 which prohibits you from making any further disclosure of the Part 2 information without express written authorization of the patient to whom it pertains or as otherwise permitted by 42 CFR Part 2 regulation. A general authorization for the release of medical information is not sufficient for this purpose. A federal rule restricts any use of the information to criminally investigate or prosecute a SUD patient.**

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

**Patient Information**

| | | | | | |
|---|---|---|---|---|---|
| Name: | GALYON , ROBERTA | MRN: | 19370 | SSN: | [redacted] |
| Address: | [redacted] | Gender: | Female | Date of Birth: | |
| Employer: | | Home: | [redacted] | Marital Status: | Married |
| Title: | | Cell: | [redacted] | Guarantor: | ROBERTA L. GALYON |
| Address: | | Work: | | Phone: | [redacted] |
| Phone: | | Email: | | | |
| Providers: | Edmunds, Meade C. | Emergency Contact: | SCOTT GAYLON | | |
| Referring Physicians: | Collins, Timothy J. | Phone | | | |
| | | Relationship: | Spouse | | |

**Primary Insurance Information**

| | | | |
|---|---|---|---|
| Carrier: | UNITED HEALTHCARE DUAL COMPLETE SNP | Policy#: | 996344641 |
| Phone: | | Group ID/Name: | 74067/ |
| Address: | PO BOX 5220<br>Kingston, NY 12402 | Plan ID/Name: | / |
| Subscriber Name: | GALYON, ROBERTA L. | Subscriber DOB: | |

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

| | | | |
|---|---|---|---|
| **Date:** | 12/19/2022 2:20 PM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Provider:** | Megan Schleigh, NP | | |

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

**Chief Complaint:** dysphagia, loose/urgent stools

**History of Present Illness:**

ROBERTA GALYON is seen today for a follow-up visit. She was last evaluated in clinic on 10/14/22 by Dr. Edmunds for a consultation. She has a history of hiatal hernia. The first repair was in May 2021 and the second repair was in May 2022. She states her food does not go down at times and she feels like it is stuck, and sometimes the food will come back up. She states at times she will have urgency. She has had a cholecystectomy. She has no family history of colon cancer or polyps. She has a history of anemia and she he takes iron tablets. She also states she has a history of fatty liver. She has not had an ultrasound performed. She denies any fever or chills. She has no melena, hematochezia, hematemesis, pneumaturia, hematuria, or dysuria. The plan for the visit was EGD, Colonoscopy with Plenvu, Stool for occult blood X 1, sibo, CBC w/auto diff, CMP (Complete Metabolic Panel), FibroSURE, NASH, ruq u/s

Labs 10/14/22: Normal except alkaline phosphatase 141, BUN 25; LFTs 11/16/2022: Normal

Right upper quadrant ultrasound 11/16/2022: Hepatic steatosis, cholecystectomy

EGD/Colonoscopy 11/23/22: Normal mucosa in the whole examined duodenum. Congestion and erythema in the antrum. Gastric previous surgery. Stricture in the gastroesophageal junction. Normal mucosa in the whole colon. Grade/Stage I internal hemorrhoids.

She returns to the clinic today to discuss these findings and to re-evaluate GI symptoms. She has been doing relatively well besides ongoing dysphagia. She sees Dr. Kleppe regarding her esophageal dysmotility as her "esophagus contracts only 50% of the time". She does have ongoing bowel urgency but does not wish to be on medication at this time. She admits she only takes her ferrous sulfate supplement a few times a week. Her appetite is fair. Her weight is stable. She denies fever/chills, unintentional weight loss, acid reflux, nausea, vomiting, abdominal pain, constipation, hematemesis, hematochezia or melena.

**Past Medical History**

**Medical Conditions:** Anemia
Anxiety disorder
carotid artery blockage
Diabetes Mellitus, Insulin Dependent (Type 1)
Diabetes Mellitus, Non-Insulin Dependent (Type 2)
Fatty Liver
Fibrositis / Fibromyalgia
High Cholesterol
Kidney disease
Skin Cancer

Sleep apnea
Vascular Disease

**Surgical Procedures:** Cholecystectomy
cataract both eyes
Fundoplication - Nissen
Hysterectomy - Abdominal
Joint Replacement - site unspecified

**Dx Studies:** Colonoscopy, 11/23/2022,
Normal mucosa in the whole colon. (Biopsy) and Grade/Stage I internal hemorrhoids
CT Abdomen/Pelvis, 03/21
EGD, 11/23/2022,
Stricture in the gastroesophageal junction. (Biopsy, Dilation), Gastric previous surgery, Congestion and erythema in the antrum. (Biopsy) and Normal mucosa in the whole examined duodenum. (Biopsy)
MRI Abdomen/Pelvis, 03/21

**Medications:** baclofen 10 mg
Clenpiq 10 mg-3.5 gram-12 gram/160 mL Take as directed by physicians office.
Lipitor 40 mg
meloxicam 15 mg
pramipexole 1 mg
Prozac 40 mg
Trulicity 1.5 mg/0.5 mL Administer 1 pen injector once a week

**Allergies:** Patient has no known allergies

**Immunizations:** Hep A, adult, 04/25/2017
Hep B, adult, 04/25/2017
pneumococcal polysaccharide PPV23, 10/01/2015

## Social History

**Alcohol:** None

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** None

**Caffeine:** Daily.

**Marital Status:** Married

## Review of Systems:

**Allergic/Immunologic:** *Denies* HIV exposure, persistent infections, strong allergic reactions or urticaria.

**Cardiovascular:** *Complains of* dyspnea with exercise, irregular heart beat, orthopnea, palpitations, peripheral edema, syncope. *Denies* chest pain.

**Constitutional:** *Complains of* fatigue, loss of appetite, malaise. *Denies* fever, sweats, weight gain, weight loss.

**ENMT:** *Complains of* difficulty swallowing, nose bleeds. *Denies* dizziness, ear pain, nasal obstruction, sore throat, hearing loss.

**Endocrine:** *Denies* excessive thirst, hair loss, heat intolerance.

**Eyes:** *Denies* double vision, loss of vision, photophobia.

**Gastrointestinal:** *Complains of* abdominal pain, constipation, diarrhea, gas, heartburn, nausea, rectal bleeding, dysphagia. *Denies* abdominal swelling, change in bowel habits, jaundice, stomach cramps, vomiting.

**Genitourinary:** *Complains of* frequent urination. *Denies* dark urine, decrease in urine flow, dysuria, frequent urinary infections, hematuria, nocturia, urethral discharge or incontinence.

**Hematologic/Lymphatic:** *Complains of* bleeding gums or palpable lymph nodes, easy bruising. *Denies* prolonged bleeding.

**Integumentary:** *Complains of* allergies, dryness, itching. *Denies* hives, jaundice, lesions, rashes.

**Musculoskeletal:** *Complains of* arthritis, back pain, joint pain, muscle weakness, stiffness. *Denies* gout.

**Neurological:** *Complains of* frequent headaches, migraine, numbness or tingling. *Denies* dizziness, fainting, seizures, tremors, vertigo, memory loss.

**Psychiatric:** *Complains of* anxiety, depression, difficulty sleeping, nervousness, panic attacks. *Denies* hallucinations, paranoia.

**Respiratory:** *Complains of* cough. *Denies* asthma, dyspnea, excessive sputum, hemoptysis, shortness of breath with exercise, wheezing.

## Vital Signs:

| BP (mmHg) | Pulse (bpm) | Weight (lbs/oz) | Height (ft/in) | BMI | Temp |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 129/80 | 87 | 175 / | 5 / 5 | 29.12 | 98.4 (F) |

**Physical Exam:**

**Constitutional:**

*Appearance:* well-developed, well nourished, appropriate grooming, in no acute distress..
*Communication:* conversation appropriate.

**Respiratory:**

*Effort:* normal respiratory effort and no intercostal retractions, no accessory muscle usage.
*Auscultation:* normal breath sounds, no rubs, wheezes or rhonchi.

**Chest:**

*Inspection:* symetrical without visualized masses.

**Cardiovascular:**

*Auscultation:* normal, S1 and S2,no gallops,no rubs or murmurs.

**Gastrointestinal/Abdomen:**

*Abdomen:* soft, non-distented, no tenderness or masses,normal bowel sounds.
*Liver/Spleen:* normal,normal size,not palpable , no hepatosplenomegaly.

**Musculoskeletal:**

*Gait/station:* normal.

**Psychiatric:**

*Judgment/insight:* normal judgement, normal insight.
*Orientation:* oriented to time, space and person.

**Diagnosis:**

Abnormal LFTs
Anemia of unknown etiology
Dysphagia 11/23/2022
Non alcoholic fatty liver disease
Fecal urgency
Postcholecystectomy syndrome
Hepatomegaly
Esophageal dysmotility
First degree hemorrhoids 11/23/2022
Personal history of colon polyps

**Impression:**

Offered cholestyramine powder, she declines today but will let me know if she wishes to have this sent in
Recall for 5 year colonoscopy placed
Follow up PRN

**Plan:**

Follow up PRN
Offered cholestyramine powder, she declines today but will let me know if she wishes to have this sent in
Smoking education
Life style education regarding diet

**Risk & Medical Necessity:** The level of medical decision making for this visit is low. The number and complexity of problems addressed are low. The amount and/or complexity of data to be reviewed and analyzed is low. The risk of complications and/or morbidity or mortality of patient management is low.

Megan Schleigh, FNP-C

Megan Schleigh, NP
Electronically signed on 12/19/2022 2:18:38 PM by Megan Schleigh, NP

**EDMUNDS**
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

| | | | |
|---|---|---|---|
| **Date:** | 10/14/2022 4:30 PM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Provider:** | Meade C. Edmunds, MD | | |

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

**Chief Complaint:** Foul smelling BM, constipation, Hx of hiatal hernia repair w/pain since, nausea, has been told has fatty liver

**History of Present Illness:**

ROBERTA GALYON is a 57 year old female patient who is seen at the request of Timothy Collins for a consultation. She has a history of hiatal hernia. The first repair was in May 2021 and the second repair was in May 2022. She states her food does not go down at times and she feels like it is stuck, and sometimes the food will come back up. She states at times she will have urgency. She has had a cholecystectomy. She has no family history of colon cancer or polyps. She has a history of anemia and she he takes iron tablets. She also states she has a history of fatty liver. She has not had an ultrasound performed. She denies any fever or chills. She has no melena, hematochezia, hematemesis, pneumaturia, hematuria, or dysuria.

**Past Medical History**

**Allergies:** Patient has no known allergies

**Medical Conditions:** Anemia
Anxiety disorder
carotid artery blockage
Diabetes Mellitus, Insulin Dependent (Type 1)
Diabetes Mellitus, Non-Insulin Dependent (Type 2)
Fatty Liver
Fibrositis / Fibromyalgia
High Cholesterol
Kidney disease
Skin Cancer
Sleep apnea
Vascular Disease

**Surgical Procedures:** Cholecystectomy
cataract both eyes
Hysterectomy - Abdominal
Joint Replacement - site unspecified

**Dx Studies:** CT Abdomen/Pelvis, 03/21
MRI Abdomen/Pelvis, 03/21

**Immunizations:** Hep A, adult, 04/25/2017
Hep B, adult, 04/25/2017
pneumococcal polysaccharide PPV23, 10/01/2015

**Social History**

**Marital Status:** Married
**Alcohol:** None
**Tobacco:** Never smoker
**Drugs:** None
**Exercise:** None
**Caffeine:** Daily.

**Review of Systems:**

| | |
|---|---|
| **Allergic/Immunologic:** | *Denies* HIV exposure, persistent infections, strong allergic reactions or urticaria. |
| **Cardiovascular:** | *Complains of* **dyspnea with exercise**. *Denies* chest pain, irregular heart beat, orthopnea, palpitations, peripheral edema, syncope. |
| **Constitutional:** | *Denies* fatigue, fever, loss of appetite, malaise, sweats, weight gain, weight loss. |
| **ENMT:** | *Complains of* **difficulty swallowing**, **nose bleeds**. *Denies* dizziness, ear pain, nasal obstruction, sore throat, hearing loss. |
| **Endocrine:** | *Denies* excessive thirst, hair loss, heat intolerance. |
| **Eyes:** | *Denies* double vision, loss of vision, photophobia. |
| **Gastrointestinal:** | *Complains of* **abdominal pain**, **abdominal swelling**, **change in bowel habits**, **constipation**, **diarrhea**, **gas**, **heartburn**, **nausea**, **rectal bleeding**, **dysphagia**. *Denies* jaundice, stomach cramps, vomiting. |
| **Genitourinary:** | *Denies* dark urine, decrease in urine flow, dysuria, frequent urinary infections, frequent urination, hematuria, nocturia, urethral discharge or incontinence. |
| **Hematologic/Lymphatic:** | *Complains of* **easy bruising**. *Denies* bleeding gums or palpable lymph nodes, prolonged bleeding. |
| **Integumentary:** | *Denies* allergies, dryness, hives, itching, jaundice, lesions, rashes. |
| **Musculoskeletal:** | *Complains of* **joint pain**, **muscle weakness**, **stiffness**. *Denies* arthritis, back pain, gout, joint deformity. |
| **Neurological:** | *Complains of* **frequent headaches**, **migraine**, **numbness or tingling**. *Denies* dizziness, fainting, seizures, tremors, vertigo, memory loss. |
| **Psychiatric:** | *Complains of* **anxiety**, **panic attacks**. *Denies* depression, difficulty sleeping, hallucinations, nervousness, paranoia. |
| **Respiratory:** | *Denies* asthma, cough, dyspnea, excessive sputum, hemoptysis, shortness of breath with exercise, wheezing. |

**Vital Signs:**

| BP (mmHg) | Pulse (bpm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 149/85 | 65 | Regular | 181 / 1 | 5 / 5 | 30.13 | 16 | 98.3 (F) |

| SPO2 (%) |
|---|
| 99 |

**Physical Exam:**

*Exam chaperoned*

**Constitutional:**

*Appearance:* well-developed, well nourished, appropriate grooming, in no acute distress..
*Communication:* conversation appropriate.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions.
*Palpation:* no induration or subcutaneous nodules.

**Eyes:**

*Conjunctivae/lids:* lids normal,anicteric sclerae, moist conjunctivae.
*Pupils/irises:* Symmetrial.

**ENMT:**

*External:* normal external inspection of the nose and ears, atraumautic.
*Oropharynx:* normal oral mucosa, nl lips/gums, good dentition, normal tongue, hard and soft palate;.

**Neck:**

*Neck:* normal motion and central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal respiratory effort and no intercostal retractions, no accessory muscle usage.
*Auscultation:* normal breath sounds, no rubs, wheezes or rhonchi.

**Chest:**

*Inspection:* symetrical without visualized masses.
*Palpation:* no significant costal margin tenderness.

**Cardiovascular:**

*Auscultation:* normal, S1 and S2,no gallops,no rubs or murmurs.
*Peripheral:* no edema, varicosities or cyanosis. Nl rhythm, symmetric; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* soft, non-distented, no tenderness or masses,normal bowel sounds.
*Liver/Spleen:* normal,normal size,not palpable , no hepatosplenomegaly.

**Musculoskeletal:**

*Gait/station:* normal.
*Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.
*Back:* no kyphosis or scoliosis.
*Muscles:* normal strength and tone, no atrophy or abnormal movements.

**Extremities:**

*RLE:* no cyanosis, bruising, clubbing, or edema. Normal peripheral pulses..
*LLE:* no cyanosis, bruising, clubbing or edema. Normal peripheral pulses..
*Digits/Nails:* no clubbing, cyanosis, inflammation, petechiae, ischemia, infection or Osler's nodes.

**Psychiatric:**

*Judgment/insight:* normal judgement, normal insight.
*Orientation:* oriented to time, space and person.

**Neurologic:**

*Reflexes:* cranial nerves - grossly normal; motor - grossly normal.
*Sensation:* normal sensation to touch; grossly normal.

**Diagnosis:**

Anemia of unknown etiology
Iron deficiency anemia
Change in bowel habits
Alternating constipation and diarrhea
Non alcoholic fatty liver disease
Bloating
History of hiatal hernia
Status post Nissen fundoplication

**Plan:**

EGD
Colonoscopy with Plenvu
Stool for occult blood X 1
sibo
CBC w/auto diff
CMP (Complete Metabolic Panel)
FibroSURE, NASH
ruq u/s
Life style education regarding diet
Smoking education
Obtain recent records from referring provider/PCP

**Risk & Medical Necessity:**

The patient requires Moderate Severity care for this visit. Diagnosis and management options are Limited. The amount of data reviewed and/or ordered is Limited. The level of risk is Moderate.

**Notes:**

Portions of this note were transcribed by scribe Tonya Paul. I, Dr. Meade Edmunds, personally performed the history, physician exam and medical decision making and confirmed the accuracy of information in the transcribed note.

Meade C. Edmunds, MD
Electronically signed on 10/17/2022 5:02:53 AM by Meade C. Edmunds, MD

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

**Lincoln/Galyon 0418**

11/26/2022 06:47 T-05:00 TO: +18658517835 FROM: 8775024776

VIKORSCIENTIFIC

22 WestEdge Street 8th Floor
Charleston, SC 29403
P: (854) 429-1069 · F: (833) 247-4091
www.vikorscientific.com

# Gastro-ID™ Molecular Pathogen Report

CAP ACCREDITED #8359749

CLIA #42D2150400

| Patient Name | Date of Birth | Gender | Race |
|---|---|---|---|
| ROBERTA L GAYLON | | F | UNDISCLOSED |

| Facility Information | Specimen Information | |
|---|---|---|
| **Ordering Provider:** MEADE CASTLETON EDMUNDS | **ACC:** #G22677 | |
| **Facility:** 41741 - Edmunds Gastroenterology | **Collection Date:** 11-23-2022 | **Report Date:** 11-26-2022 |
| **Facility Phone:** (865) 851-7835 | **Received Date:** 11-25-2022 | **Sample Type:** Rectal/Stool Swab |
| **Facility Fax:** 18658517835 | **Notes:** None | |

## Laboratory Results

No pathogens detected.

## ABXAssist™ Pharmacy Guidance Provided by: Advance Therapeutic Assist

**Electronically approved on None by: None**
**·Email: pharmconsult@vikorscientific.com · Phone: 1(855) 742-7635, 1(855) PharmDS**

MEDICATION REVIEW

| | |
|---|---|
| Drug Allergies: | NKDA |
| Notes from Ordering Physician: | |
| Notes from Pharmacist: | |

| Medication | Route | Dose |
|---|---|---|
| No Pharmacy Guidance Provided | | |

**Methodology** The infectious disease and antibiotic resistance detection panels are tested utilizing Real-time PCR technology to detect the presence of genes associated with pathogens and antibiotic resistance via amplification of genomic DNA. Amplification and detection are performed using the Applied Biosystems™ QuantStudio™ 12K Flex Real-time PCR system, which includes the QuantStudio™ 12k Software v1.3 and Thermo Fisher Scientific TaqMan™ assays. The assays are preloaded onto TaqMan™ OpenArray plates.

**Limitations** This test only detects microorganisms and antibiotic resistance (ABR) genes specified in the panel. ABR genes are detected in the specimen and are not specific to a detected pathogen. ABR genes may be detected in bacterial strains not tested for in the panel.

The resistance genes for Ampicillin, selected Extended-Spectrum-Betalactamases, Vancomycin, Carbapenems, Sulfonamide, Trimethoprim, Aminoglycosides and the Quinolone gyrase groupings are assays customized by pooling the individual genes listed in the associated group. If listed as positive, this indicates that at least one of the genes in the group was detected and the class of medication could have potential resistance.

**Disclaimer** This test was developed and its performance characteristics determined by Vikor Scientific™. It has not been cleared or approved by the FDA. The laboratory is regulated under CLIA as qualified to perform high complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research. Pharmacy guidance and recommendations therein are not under the purview of the laboratory or agencies which accredit the laboratory.

The treatment guidance listed in the report is based on infectious disease treatment references, the organisms detected, and genes known to contribute to medication resistance. Important clinical information such as comorbidities, renal function, patient weight, platelet count, microbiology results, etc. may influence the overall appropriateness of therapy. The provided guidance only takes drug allergies into account when they are provided and available to the pharmacist making the recommendation. The overall appropriateness of therapy must be determined by the physician treating the patient. The provider has all the patient information necessary to make that determination and should take the entire clinical presentation into account when making treatment decisions. Should the treating physician wish to discuss the provided guidance, the pharmacist is available for consult at the email and phone number provided.



Sign Off Info: Signed by Megan Schleigh On 11/28/2022 3:44 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

Lincoln/Galyon 0419

VIKORSCIENTIFIC
22 WestEdge Street 8th Floor
Charleston, SC 29403
P: (854) 429-1069 • F: (833) 247-4091
www.vikorscientific.com

Gastro-ID™
Molecular Pathogen Report

CAP ACCREDITED COLLEGE of AMERICAN PATHOLOGISTS #8359749

Clinical Laboratory Improvement Amendments #42D2150400

| Patient Name | Date of Birth | Gender | Race |
|---|---|---|---|
| ROBERTA L GAYLON | | F | UNDISCLOSED |

NEGATIVE PATHOGENS

Adenovirus F 40/41
Aeromonas hydrophila
Ancylostoma spp.
Ascaris spp.
Astrovirus
Blastocystis hominis
Campylobacter coli
Campylobacter jejuni
Campylobacter upsaliensis
Clostridioides difficile
Clostridium difficile toxin AB
Cryptosporidium spp.
Cyclospora cayetanensis
Cytomegalovirus HHV5
Dientamoeba fragilis
EAEC
EIEC
Entamoeba histolytica
Enterobius vermicularis
Enterocytozoon spp.
Enterovirus
EPEC
Escherichia coli Shiga toxin stx1/2
Escherichia coli sv O157 specific
ETEC
Giardia lamblia
Helicobacter pylori
Hymenolepis spp.
Listeria monocytogenes
Necator americanus
Norovirus (GI+GII) combo
Norovirus GI
Norovirus GII
Parechovirus
Plesiomonas shigelloides



Sign Off Info: Signed by Megan Schleigh On 11/28/2022 3:44 PM

VIKORSCIENTIFIC
22 WestEdge Street 8th Floor
Charleston, SC 29403
P: (854) 429-1069 • F: (833) 247-4091
www.vikorscientific.com

Gastro-ID™
Molecular Pathogen Report

CAP ACCREDITED #8359749
#42D2150400

| Patient Name | Date of Birth | Gender | Race |
|---|---|---|---|
| ROBERTA L GAYLON | | F | UNDISCLOSED |

**NEGATIVE PATHOGENS**

Rotavirus A
Rotavirus B
Rotavirus C
Salmonella spp.
Sapovirus (I,II, IV)
Sapovirus G.V (V)
Shigella spp.
Strongyloides spp.
Strongyloides stercoralis
Trichuris trichuria
Vibrio cholerae
Vibrio parahaemolyticus
Vibrio vulnificus
Yersinia enterocolitica



Sign Off Info: Signed by Megan Schleigh On 11/28/2022 3:44 PM

11/26/2022 06:47 T-05:00 TO: +18658517835 FROM: 8775024776

**This report, associated with order #G22677, has been approved by the following reviewers:**

**Report Reviewer:**
Electronically signed and dated on 11-26-2022 06:47
Jonathan Puentes

Sign Off Info: Signed by Megan Schleigh On 11/28/2022 3:44 PM

EDMUNDS GASTROENTEROLOGY

Phone: 865-413-1668

Fax: 865-851-7835
4713 Papermill Dr NW
Knoxville, TN 37909
CLIA 44D2162595

**Patient Name:** Galyon, Roberta L.
**Chart #:** 19370
**DOB:** [redacted] (57)
**Gender:** Female

**Doctor:** Edmunds, Meade, M.D.
**Address:** 4713 Papermill Drive
Knoxville, TN 37909

**Pathology #:** EG22-002882
**Requisition #:** 1234_6179
**Collected:** 11/23/2022
**Reported:** 11/29/2022

**Clinical History:**
Pre-op Dx: EGD; Dysphagia, History of hiatal hernia, Nausea, Anemia of unknown etiology, Colonoscopy; Change in bowel habits, Generalized abdominal pain
Post-op Dx: r/o H pylori; Normal mucosa in the whole examined duodenum, Congestion and erythema in the antrum, Gastric previous surgery, Stricture in the gastroesophageal junction, Colonoscopy; Normal mucosa in the whole colon, Grade/Stage I internal hemorrhoids
**Specimen(s):**
A) Endoscopy Pathology Reports, GASTROESOPHAGEAL JUNCTION
B) Endoscopy Pathology Reports, ANTRUM
C) Endoscopy Pathology Reports, WHOLE EXAMINED DUODENUM
D) Colonoscopy Pathology Reports, WHOLE COLON

**DIAGNOSIS:**

**A) GASTROESOPHAGEAL JUNCTION, BIOPSY:**
**-GASTRIC CARDIAC AND FUNDIC-TYPE MUCOSA CONTAINING MILD CHRONIC INFLAMMATION; AB/PAS STAIN NEGATIVE FOR SPECIALIZED INTESTINAL METAPLASIA**
**-SQUAMOUS COMPONENT NOT PRESENT**

**B) STOMACH, ANTRUM, BIOPSY:**
**-GASTRIC ANTRAL MUCOSA CONTAINING MILD CHRONIC GASTRITIS**
**-IMMUNOSTAIN FOR HELICOBACTER PYLORI NEGATIVE**

**C) DUODENUM, BIOPSY:**
**-DUODENAL MUCOSA CONTAINING INTACT VILLOUS ARCHITECTURE**
**-NEGATIVE FOR VILLOUS BLUNTING, ACTIVE INFLAMMATION AND SURFACE LYMPHOCYTOSIS**

**D) COLON, BIOPSY:**
**-COLONIC MUCOSA CONTAINING NO SIGNIFICANT HISTOLOGIC CHANGE**
**-NEGATIVE FOR ACTIVE INFLAMMATION AND SURFACE LYMPHOCYTOSIS**
**-TRICHROME STAIN NEGATIVE FOR SUB-EPITHELIAL COLLAGEN BAND THICKENING**

**Electronically Signed By:**
Melissa Chiles, M.D.

**Gross Description:**

A) Received in formalin labeled with the patient's name and GASTROESOPHAGEAL JUNCTION are 2 soft tissue fragments measuring 0.3 x 0.2 x 0.2 cm in aggregate and sizes ranging 0.2-0.3 cm. The specimen is submitted entirely in cassette A.

B) Received in formalin labeled with the patient's name and ANTRUM are 3 soft tissue fragments measuring 0.5 x 0.2 x 0.2 cm in aggregate and sizes ranging 0.2-0.5 cm. The specimen is submitted entirely in cassette B.

CPT Code(s): 88305(x4),88312,88313,88342/41



Sign Off Info: Signed by Meade Edmunds On 11/30/2022 5:38 AM

EDMUNDS GASTROENTEROLOGY

Phone: 865-413-1668

Fax: 865-851-7835
4713 Papermill Dr NW
Knoxville, TN 37909
CLIA 44D2162595

**Patient Name:** Galyon, Roberta L. **Doctor:** Edmunds, Meade, M.D. **Pathology #:** EG22-002882

C) Received in formalin labeled with the patient's name and WHOLE EXAMINED DUODENUM are multiple soft tissue fragments measuring 0.4 x 0.3 x 0.2 cm in aggregate and sizes ranging 0.1-0.4 cm. The specimen is submitted entirely in cassette C.

D) Received in formalin labeled with the patient's name and WHOLE COLON are multiple soft tissue fragments measuring 0.3 x 0.3 x 0.2 cm in aggregate and sizes ranging 0.2-0.3 cm. The specimen is submitted entirely in cassette D. Technical component performed by Dermatopathology Partners PC DBA Pathology Partners Network, 139 Fox Road, Suite 204, Knoxville, TN 37922. CLIA#44D2036655, Lab Director Neil Coleman, M.D.
Professional component performed by Edmunds Gastroenterology, 4713 Papermill Dr NW, Knoxville, TN 37909. CLIA#44D2162595, Lab Director Melissa Chiles, M.D.

*END OF THIS REPORT*

CPT Code(s): 88305(x4),88312,88313,88342/41



Sign Off Info: Signed by Meade Edmunds On 11/30/2022 5:38 AM

41019990 (865) 851-7771
TN-027-C_Edmunds Gastroenterology
4713 Papermill Dr
Knoxville TN 37909

LABORATORY REPORT

LabCorp

LabCorp Birmingham
1801 First Avenue South, Birmingham AL 352331935
(205) 581-3500 Director: DIRECTOR: John Elgin MD

| Patient Name | | | | | |
|---|---|---|---|---|---|
| GALYON, ROBERTA L | | | | | |

| Patient ID/Hospital ID | Sex | Age | Patient Birth Date | Patient Phone Number | Physician |
|---|---|---|---|---|---|
| ECLO-52 | F | 57 | | | Edmunds, Meade C |

| Page | Requisition No. | Accession No. | Collection Date & Time | Log-in Date & Time | Report Date & Time | REPORT STATUS |
|---|---|---|---|---|---|---|
| 1 | 46016378 | 32046204200 | 11/16/2022 10:52 AM | 11/16/2022 | 11/21/2022 9:05 AM | FINAL |

| TEST | IN RANGE | OUT OF RANGE | REFERENCE RANGE | UNITS | SITE CODE |
|---|---|---|---|---|---|
| Hepatic Function Panel (7) | | | | | |
| 2885-2 Protein | 6.3 | | 6.0-8.5 | g/dL | TNLCA |
| 1751-7 Albumin | 4.4 | | 3.8-4.9 | g/dL | TNLCA |
| 1975-2 Bilirubin | 0.3 | | 0.0-1.2 | mg/dL | TNLCA |
| Bilirubin, Direct | <0.10 | | 0.00-0.40 | mg/dL | TNLCA |
| 6768-6 Alkaline phosphatase | 117 | | 44-121 | IU/L | TNLCA |
| 1920-8 Aspartate aminotransferase | 16 | | 0-40 | IU/L | TNLCA |
| 1742-6 Alanine aminotransferase | 27 | | 0-32 | IU/L | TNLCA |
| Alk Phos Isoenzyme | | | | | |
| Liver Fraction: | 58 | | 18-85 | % | BN |
| Bone Fraction: | 38 | | 14-68 | % | BN |
| Intestinal Frac.: | 4 | | 0-18 | % | BN |

ADDITIONAL TEST INFORMATION:

| Test | Status |
|---|---|
| Alk Phos Isoenzyme | F |
| Hepatic Function Panel (7) | F |

| Test | LOINC | Result Code |
|---|---|---|
| Hepatic Function Panel (7) | 2885-2 | 001073 |
| Hepatic Function Panel (7) | 1751-7 | 001081 |
| Hepatic Function Panel (7) | 1975-2 | 001099 |
| Hepatic Function Panel (7) | 6768-6 | 001107 |
| Hepatic Function Panel (7) | 1920-8 | 001123 |
| Hepatic Function Panel (7) | 1742-6 | 001545 |

NOTE:

'BN' refers to site: Labcorp Burlington
1447 York Court
Burlington NC 272153361
Director: Sanjai Nagendra MD

'TNLCA' refers to site: Labcorp Knoxville
1924 Alcoa Hwy Box 108
Knoxville TN 379201511
Director: Lisa D Duncan MD

>> END REPORT <<

**Sign Off Info** Reviewed and signed on **11/21/2022 10:38 AM** by **Megan Schleigh**

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

**Lincoln/Galyon 0425**

AEL
AMERICAN ESOTERIC LABORATORIES

7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: **334049545** | **GALYON,ROBERTA L** | **EDMUNDS,MEADE** |
| REQUISITION: KX022890011443 | DOB: [redacted] AGE: 57 Years | **CLIENT INFORMATION** |
| COLLECTED: 10/14/2022 17:33:00 | GENDER: F CHART#: | **MEADE C EDMUNDS, MD 2289** |
| RECEIVED: 10/14/2022 22:54:00 | FASTING: Unknown | 4713 PAPERMILL DR SUITE 130 |
| REPORTED: 10/17/2022 16:18:00 | ID: 19370 | KNOXVILLE |
| AMENDED: | PHONE: | TN, 37909 |
| REPRINTED: 10/17/2022 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Units | Lab |
|---|---|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | | | |
| Sodium | 143 | | | 135-146 | mEq/L | KNX |
| Potassium | 4.5 | | | 3.5-5.4 | mEq/L | |
| Chloride | 106 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 25 | | | 19-31 | mEq/L | |
| Anion Gap | 12 | | | 7-23 | mEq/L | |
| Glucose Non-Fasting | 105 | | | 70-139 | mg/dL | |
| **Urea Nitrogen (BUN)** | | **25** | **H** | **6-20** | **mg/dL** | |
| Creatinine | 0.73 | | | 0.60-1.30 | mg/dL | |
| 2021 CKD-EPI eGFR-cr | 96 | | | >59 | mL/min/1.73m'2 | |
| BUN/Creatinine Ratio | 34 | | | | ratio | |
| Calcium Total | 9.4 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 6.6 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.5 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.1 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.1 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.2 | | | 0.0-1.2 | mg/dL | |
| **Alkaline Phosphatase** | | **141** | **H** | **40-136** | **U/L** | |
| AST (SGOT) | 18 | | | 9-40 | U/L | |
| ALT (SGPT) | 29 | | | 5-40 | U/L | |

Comment for COMP METABOLIC PANEL

Fasting status not provided. If the patient fasted the appropriate glucose reference range is 70-99 mg/dL.

| Test Name | IN Range | OUT Range | | Reference Range | Units | Lab |
|---|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL | | | | | | |
| WBC | 6.7 | | | 4.0-11.0 | K/uL | KNX |
| RBC | 4.41 | | | 4.00-5.50 | M/uL | |
| Hemoglobin | 12.9 | | | 12.0-16.0 | g/dL | |
| Hematocrit | 40.9 | | | 36.0-48.0 | % | |
| MCV | 92.7 | | | 78.0-102.0 | fL | |
| MCH | 29.3 | | | 25.0-35.0 | pg | |
| MCHC | 31.5 | | | 30.0-38.0 | g/dL | |
| RDW | 13.2 | | | 11.5-16.0 | % | |
| Platelet Count | 309 | | | 150-450 | K/uL | |
| Abs Neutrophils | 3.2 | | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 2.7 | | | 1.0-4.0 | K/uL | |



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

Lincoln/Galyon 0426

AEL
AMERICAN ESOTERIC LABORATORIES
7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 334049545 | GALYON,ROBERTA L | EDMUNDS,MEADE |
| REQUISITION: KX022890011443 | DOB: AGE: 57 Years | CLIENT INFORMATION |
| COLLECTED: 10/14/2022 17:33:00 | GENDER: F CHART#: | MEADE C EDMUNDS, MD 2289 |
| RECEIVED: 10/14/2022 22:54:00 | FASTING: Unknown | 4713 PAPERMILL DR SUITE 130 |
| REPORTED: 10/17/2022 16:18:00 | ID: 19370 | KNOXVILLE |
| AMENDED: | PHONE: | TN, 37909 |
| REPRINTED: 10/17/2022 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| Abs Monocytes | 0.6 | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.2 | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.1 | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | 0.0-0.1 | K/uL | |
| Neutrophils | 48.0 | | | % | |
| Lymphocytes | 39.7 | | | % | |
| Monocytes | 8.3 | | | % | |
| Eosinophils | 3.0 | | | % | |
| Basophils | 0.8 | | | % | |
| Immature Grans | 0.2 | | | % | |
| Nucleated RBCS | <1.0 | | <1 | /100 WBCs | |
| **FIBROACT** | | | | | |
| Fibrosis Score | 0.07 | | | | SRL |
| Fibrosis Stage | F0 | | | | |
| Fibrosis Interp | No Fibrosis | | | | |
| Necroinfl Score | 0.11 | | | | |
| Necroinfl Grade | A0 | | | | |
| Necroinfl Interp | No Activity | | | | |
| A2 Macroglobulin | 168 | | 131-293 | mg/dL | |
| Haptoglobin | 113 | | 32-197 | mg/dL | |
| Apolipoprotein A1 | 167 | | 108-225 | mg/dL | |
| Bilirubin | <0.2 | | <1.3 | mg/dL | |

warnings^The value "<0.2" was changed to "0.2", the minimal detectable value

| | | | | | |
|---|---|---|---|---|---|
| Gamma GT | 29 | | <60 | U/L | |
| ALT | 30 | | 10-35 | U/L | |

Comment for FIBROACT
Biomarker testing performed by Sonic Reference Laboratory.
Fibrosis score with interpretation (FibroTest) and Necroinflammatory score with interpretation (ActiTest) determined algorithmically from biomarker results by BioPredictive S.A.S. Corresponding METAVIR fibrosis scores (F0-F4) and activity scores (A0-A3) are provided below.
Stage of Fibrosis (F scale)

| | | |
|---|---|---|
| F0 | 0.00-0.21 | No Fibrosis |
| F0-F1 | 0.22-0.27 | No Fibrosis |
| F1 | 0.28-0.31 | Minimal Fibrosis |



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

AEL
AMERICAN ESOTERIC LABORATORIES
7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | | PATIENT INFORMATION | | ORDERING PHYSICIAN |
|---|---|---|---|---|
| SPECIMEN: | **334049545** | **GALYON,ROBERTA L** | | **EDMUNDS,MEADE** |
| REQUISITION: | KX022890011443 | DOB: | AGE: 57 Years | **CLIENT INFORMATION** |
| COLLECTED: | 10/14/2022 17:33:00 | GENDER: | F CHART#: | **MEADE C EDMUNDS, MD 2289** |
| RECEIVED: | 10/14/2022 22:54:00 | FASTING: | Unknown | 4713 PAPERMILL DR SUITE 130 |
| REPORTED: | 10/17/2022 16:18:00 | ID: | 19370 | KNOXVILLE |
| AMENDED: | | PHONE: | | TN, 37909 |
| REPRINTED: | 10/17/2022 | ADDRESS: | | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|

```
F1-F2   0.32-0.48     Minimal Fibrosis
F2      0.49-0.58     Moderate Fibrosis
F3      0.59-0.72     Advanced Fibrosis
F3-F4   0.73-0.74     Advanced Fibrosis
F4      0.75-1.00     Severe Fibrosis (cirrhosis)
Grade of Necroinflammatory activity (A scale)
A0      0.00-0.17     No Activity
A0-A1   0.18-0.29     No Activity
A1      0.30-0.36     Minimal Activity
A1-A2   0.37-0.52     Minimal Activity
A2      0.53-0.60     Significant Activity
A2-A3   0.61-0.62     Significant Activity
A3      0.63-1.00     Severe Activity
```

Haptoglobin results may be affected due to specimen hemolysis.
- The reliability of results is dependent on compliance with the preanalytical and analytical conditions recommended by BioPredictive.
- The tests have to be deferred for: acute hemolysis, acute hepatitis, acute inflammation, extra hepatic cholestasis.
- The advice of a specialist should be sought for interpretation in chronic hemolysis and Gilbert's syndrome.
- The test interpretation is not validated in liver transplant patients.
- Isolated extreme values of one of the components should lead to caution in interpreting the results.
- In case of discordance between a biopsy result and a test, it is recommended to seek the advice of a specialist. The causes of these discordances could be due to a flaw of the test or to a flaw in the biopsy: i.e. a liver biopsy has a 35% variability rate for one fibrosis stage.
- ALT may be underestimated in vitamin B6 deficient individuals. This has no effect on the FibroTest score but may underestimate the Actitest score.
- FibroTest is interpretable for chronic hepatitis B and C, alcoholic and non alcoholic steatosis.
- ActiTest is interpretable for chronic hepatitis B and C.

**Legend:**

KNX----------> AEL - Knoxville 7501 Strawberry Plains Pike Knoxville, TN 37924
Laboratory Director: Holly H. Pierce, M.D.; CLIA# 44D0312286
(800)671-5227

| 334049545 | GALYON,ROBERTA L | Page: 3 |
|---|---|---|

Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

Lincoln/Galyon 0428

AEL
AMERICAN ESOTERIC LABORATORIES
7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | | PATIENT INFORMATION | | ORDERING PHYSICIAN |
|---|---|---|---|---|
| SPECIMEN: | 334049545 | GALYON,ROBERTA L | | EDMUNDS,MEADE |
| REQUISITION: | KX022890011443 | DOB: | [redacted] AGE: 57 Years | CLIENT INFORMATION |
| COLLECTED: | 10/14/2022 17:33:00 | GENDER: | F CHART#: | MEADE C EDMUNDS, MD 2289 |
| RECEIVED: | 10/14/2022 22:54:00 | FASTING: | Unknown | 4713 PAPERMILL DR SUITE 130 |
| REPORTED: | 10/17/2022 16:18:00 | ID: | 19370 | KNOXVILLE |
| AMENDED: | | PHONE: | | TN, 37909 |
| REPRINTED: | 10/17/2022 | ADDRESS: | | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|

SRL----------> Sonic Reference Laboratory 3800 Quick Hill Road, Bldg 3, Suite 101 Austin, TX 78728
Laboratory Director: Dr. Paolo Cotzia, M.D. CLIA# 45D2083658

*** END OF REPORT - FINAL ***

| 334049545 | GALYON,ROBERTA L | Page: 4(Last) |
|---|---|---|

Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

Lincoln/Galyon 0429

SONIC REFERENCE LABORATORY
A Sonic Healthcare Company

**Sonic Reference Laboratory**
3800 Quick Hill Rd, Bld. 3, Suite 101
Austin, TX 78728
(512) 531-2100

## Patient and Provider Information

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **GALYON, ROBERTA** | Episode: | 334049545 | Ordering Lab: | |
| DOB: | [redacted] | Requisition: | 334049545 | EDMUNDS<br>4713 PAPERMILL DR<br>KNOXVILLE, TN 37909 | |
| Age: | 57 | Collected: | 10/14/2022 16:33 | | |
| Sex: | F | Received: | 10/16/2022 18:03 | Physician: | MEADE EDMUNDS |
| | | Generated: | 10/17/2022 15:12 | | |

## FibroACT - TEST RESULTS

**Biomarkers**

| Marker | Result | Units | Reference Range |
|---|---|---|---|
| A2 Macroglobulin | 168 | mg/dL | 131-293 |
| Haptoglobin | 113 | mg/dL | 32-197 |
| Apolipoprotein A1 | 167 | mg/dL | 108-225 |
| Bilirubin | <0.2 | mg/dL | <1.3 |
| Gamma GT | 29 | U/L | <60 |
| ALT | 30 | U/L | 10-35 |

**FibroTest**




**Score: 0.07**
**(F0)**

**ActiTest**




**Score: 0.11**
**(A0)**

## FibroACT - INTERPRETATIVE INFORMATION

Biomarker testing performed by Sonic Reference Laboratory. Fibrosis score with interpretation (FibroTest) and Necroinflammatory score with interpretation (ActiTest) determined algorithmically from biomarker results by BioPredictive S.A.S. Corresponding METAVIR fibrosis scores (F0-F4) and activity scores (A0-A3) are provided below.

| State of fibrosis (F scale) | | | Grade of Necroinflammatory activity (A scale) | | |
|---|---|---|---|---|---|
| F0 | 0.00-0.21 | No fibrosis | A0 | 0.00-0.17 | No activity |
| F0-F1 | 0.22-0.27 | No fibrosis | A0-A1 | 0.18-0.29 | No activity |
| F1 | 0.28-0.31 | Minimal fibrosis | A1 | 0.30-0.36 | Minimal activity |
| F1-F2 | 0.32-0.48 | Minimal fibrosis | A1-A2 | 0.37-0.52 | Minimal activity |
| F2 | 0.49-0.58 | Moderate fibrosis | A2 | 0.53-0.60 | Significant activity |
| F3 | 0.59-0.72 | Advanced fibrosis | A2-A3 | 0.61-0.62 | Significant activity |
| F3-F4 | 0.73-0.74 | Advanced fibrosis | A3 | 0.63-1.00 | Severe activity |
| F4 | 0.75-1.00 | Severe fibrosis (cirrhosis) | | | |

## FibroACT – PRECAUTIONS OF USE AND INTERPRETABILITY

- The reliability of results is dependent on compliance with the preanalytical and analytical conditions recommended by BioPredictive.
- The tests have to be deferred for: acute hemolysis, acute hepatitis, acute inflammation, extra hepatic cholestasis.
- The advice of a specialist should be sought for interpretation in chronic hemolysis and Gilbert's syndrome.
- The test interpretation is not validated in liver transplant patients.
- Isolated extreme values of one of the components should lead to caution in interpreting the results.
- In case of discordance between a biopsy result and a test, it is recommended to seek the advice of a specialist. The causes of these discordances could be due to a flaw of the test or to a flaw in the biopsy: i.e. a liver biopsy has a 33% variability rate for one fibrosis stage
- FibroTest is interpretable for chronic hepatitis B and C, alcoholic and non alcoholic steatosis.
- ActiTest is interpretable for chronic hepatitis B and C.



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

ABERCROMBIE RADIOLOGY

*John D. Simmons, MD, FACR*
*Lane P. Williams, MD*
*Wayne M. Eberenz, MD*
*F. Gregory Curtin, MD*
*Samuel L. Maynard, MD*
*Daniel W. Walsh, MD*
*Donna K. Culhane, MD*
*Jason R. Cameron, MD*
*Daniel A. Baker, MD*
*Christopher H. Aikens, MD*
*Zachary Jumper, MD*
*Benjamin J. Egner, MD*
*J. Scott Schauberger, MD*
*John D. Towle, MD*
*Monroe A. Broome, MD*
*Scott A. Rosenbloom, MD*
*John P. Stallworth, MD*
*John R. Goodwin, MD*
*Jason M. Ozment, MD*
*Allison M. Johnsen, MD*
*Darrell A. Benton, MD*
*Dylan P. Simmons, DO*
*Barrett C. Thomas, DO*
*Saeed Ahmed, MD*
*Courtney B. Dey, MD*

**Edmunds Gastroenterology**
MEADE EDMUNDS MD
4713 PAPERMILL DR, SUITE 100
KNOXVILLE TN 37909

**Patient:** GALYON,ROBERTA
**DOB:** [redacted]
**Patient ID:** M394775
**Phone:** [redacted]
**Exam Date:** 11-16-2022

**ULTRASOUND ABDOMEN LIMITED**

EXAM:
Ultrasound abdomen, limited

CLINICAL HISTORY:
Change in bowel habits, nonalcoholic fatty liver disease

COMPARISON:
None available

TECHNIQUE:
Grayscale and color Doppler imaging was performed of the right upper quadrant.

FINDINGS:
The liver is diffusely echogenic and mildly enlarged. No focal liver lesion is sonographically identified.

There has been previous cholecystectomy. The common bile duct measures 3 mm in diameter.

The visualized portions of the pancreas are normal.

IMPRESSION:
Hepatic steatosis

Cholecystectomy

Thank you for the opportunity to participate in the care of this patient.

INTERPRETED AND DICTATED BY:JOHNSEN, ALLISON M, MD
*Electronically Signed: 11-16-2022 1:40 PM*

Weisgarber Medical Center
1112 Weisgarber Road
Knoxville, TN 37909
(865) 588-1397
Fax: (865) 558-0395
www.abercrombieradiology.com
Scheduling: 865/584-3444
Scheduling Fax: 865/824-0038

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



Sign Off Info: Signed by Jennifer Hayles On 11/16/2022 4:04 PM

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370,

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

DATE: February 14, 2023

TO: Meade C. Edmunds, M.D.
ATTENTION: MEDICAL RECORDS

FAX #: (865) 851-7835

FROM: Cathy A. Weaver
Legal Assistant to John P. Dreiser

SUBJECT: Roberta Lynn Galyon
D.O.B.: [redacted]
S.S.N.: [redacted]
Long Term Disability

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 4

NOTES:

Thank you for your assistance with this request.

*Cathy*

*****************************************************************************
The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.
*****************************************************************************

1356 Papermill Pointe Way 865-584-1211 Phone www.farmerdreiser.com
Knoxville, TN 37909 865-584-1171 Fax

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

February 14, 2023

Meade C. Edmunds, M.D.
Edmunds Gastroenterology
**Attention: Medical Records**
4713 Papermill Drive NW
Knoxville, TN 37909

**Re: Roberta Lynn Galyon**
**D.O.B.:** [redacted]
**S.S.N.:**
**Long Term Disability**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain medical records relating to Roberta Lynn Galyon. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records <u>FROM 7/1/2022 TO PRESENT</u>**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to FAX the requested information. Thank you for your time and attention to this request.

Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A. Weaver*

Cathy A. Weaver
Legal Assistant to John P. Dreiser

Enclosure

**1356 Papermill Pointe Way** **865-584-1211 Phone** **www.farmerdreiser.com**
**Knoxville, TN 37909** **865-584-1171 Fax**

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA**

**TO:** **Meade C. Edmunds, M.D.**

**FULL NAME:** **Roberta Lynn Galyon**

**DATE OF BIRTH:** [redacted]

**ADDRESS:**

**SOCIAL SECURITY NO:** [redacted]

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Roberta Lynn Galyon
Roberta Lynn Galyon

2/13/23
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

Faxed on 2/22/2023 ROBERTA L. GALYON, 19370, 3/18/1965

Lincoln/Galyon 0435

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

## EGD-Colonoscopy Report

| | | | |
|---|---|---|---|
| **Date:** | 11/23/2022 7:45 AM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Endoscopist(s):** | Meade C. Edmunds, MD | | |


second part of the duodenum


stomach antrum


cardia


gastro-esophageal junction


fair prep


appendiceal orifice


ileocecal valve


transverse colon


Grade/Stage I internal hemorrhoids

| | |
|---|---|
| **Referring Physician:** | Timothy J. Collins, MD<br>305 Grady Rd Ste B, Etowah, TN 37331<br>(423) 263-0722 (phone)<br>(423) 263-5232 (fax) |
| **PCP:** | Timothy J. Collins, MD |
| **Anesthesia Provider:** | Lisa Osborne, CRNA |
| **Nurse(s):** | Toni Morgan, RN (Pre-Procedure)<br>Shannon Beal, RN (Post-Procedure) |
| **Staff:** | Maddison Alexander<br>Christian Hamrick<br>Lynn Henderson<br>Courtney Webb (Intra-Procedure) |
| **Colonoscopy Instrument(s):** | H180AL 2301647(2301647) |
| **ASA Class:** | P3 - 11/23/2022 9:09 AM Lisa Osborne, CRNA |

**History of Present Illness:**

The patient is seen for EGD evaluation of dysphagia and nausea. The patient is having colonoscopy for evaluation of change in bowel habits diarrhea.

| | |
|---|---|
| **Administered Medications:** | PROPOFOL 100 MG 200 mg IV<br>PROPOFOL 50 MG 300 mg IV<br>XYLOCAINE 60 MG IV |
| **EGD Indications:** | Dysphagia - R13.10<br>History of hiatal hernia - Z87.19<br>Nausea - R11.0<br>Anemia of unknown etiology: 285.9 - D64.9 |
| **Colonoscopy Indications:** | Change in bowel habits: 787.99<br>Generalized abdominal pain: 789.07 - R10.84 |

**Vital Signs:**

| *Height (ft/in)* |
|---|
| 5 / 5 |

| *BP (mmHg)* | *Pulse (bpm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 118/61 | 72 | Regular | 16 | 98.4 (F) | 97 |

**Physical Exam:**

*Physical exam was performed on 11/23/2022 at 9:21 AM.*

**Constitutional:**

*Appearance:* well-developed, well nourished, appropriate grooming, in no acute distress..

**Eyes:**

*Conjunctivae/lids:* lids normal,anicteric sclerae, moist conjunctivae.

**ENMT:**

*External:* normal external inspection of the nose and ears, atraumautic.
*Oropharynx:* normal oral mucosa, nl lips/gums, good dentition, normal tongue, hard and soft palate;.

**Neck:**

*Neck:* normal motion and central trachea.

**Respiratory:**

*Effort:* normal respiratory effort and no intercostal retractions, no accessory muscle usage.
*Auscultation:* normal breath sounds, no rubs, wheezes or rhonchi.

**Cardiovascular:**

*Auscultation:* normal, S1 and S2,no gallops,no rubs or murmurs.
*Peripheral:* no edema, varicosities or cyanosis. Nl rhythm, symmetric; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* soft, non-distented, no tenderness or masses,normal bowel sounds.
*Liver/Spleen:* normal,normal size,not palpable , no hepatosplenomegaly.

**General Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. IV anesthesia was administered.

## EGD

**EGD Procedure:**

Patient was placed in left lateral decubitus position. The endoscope was introduced through mouth and advanced under direct visualization. Patient tolerance to the procedure was good. The procedure was not difficult.

**EGD Limitations/Complications:**

There were no apparent limitations or complications

**EGD Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Lumen* | A benign intrinsic stricture was seen in the gastroesophageal junction. The scope traversed the lesion. Multiple cold forceps biopsies were performed for histology. A 54 FR balloon was introduced for dilation and the diameter was progressively increased to 60 FR successfully. |
| *Stomach* | *Lumen* | Evidence of a previous Nissen fundoplication was seen in the stomach. Endoscopic findings were consistent with normal post-operative anatomy. |
| | *Mucosa* | Segmental continuous congestion and erythema of the mucosa with no bleeding was noted in the antrum. Multiple cold forceps biopsies were performed for histology. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole examined duodenum. Multiple cold forceps biopsies were performed for histology. |

## Colonoscopy

**Colonoscopy Procedure:**

The quality of preparation was fair. Patient was placed in left lateral decubitus position. The colonoscope was introduced through rectum and advanced under direct visualization until cecum reached cm. The appendiceal orifice and the ileocecal valve were identified. The colonoscope was retroflexed within the rectum. Careful visualization was performed as the instrument was withdrawn. Patient tolerance to the procedure was excellent. The procedure was not difficult. Digital exam was normal.

**Colonoscopy Limitations/Complications:**

fair prep.

**Colonoscopy Findings:**

| | |
|---|---|
| *Mucosa* | Normal mucosa was noted in the whole colon. There were no AVMs, masses, evidence of colitis or other abnormalities seen. Retroflexion of the scope in the rectum revealed no abnormalities. Multiple cold forceps biopsies were performed for histology. |
| *Protruding lesions* | Medium non-bleeding grade/stage I internal hemorrhoids were noted. |

**EGD Impressions:**

- Normal mucosa in the whole examined duodenum. (Biopsy).
- Congestion and erythema in the antrum. (Biopsy).

- Gastric previous surgery.
- Stricture in the gastroesophageal junction. (Biopsy, Dilation).

**Colonoscopy Impressions:**

- Normal mucosa in the whole colon. (Biopsy).
- Grade/Stage I internal hemorrhoids.

**Plan:** High Fiber Diet
Colonoscopy in 5 years.
VIKOR SCIENTIFIC
Await pathology results
Follow-up office visit in 1 week

**Specimens:**

Jar # 1 :
Biopsy in the gastroesophageal junction
Findings: Stricture
Test(s) requested: Histology

Jar # 2 :
Biopsy in the antrum
Findings: Erythema, R/O H pylori
Test(s) requested: Histology

Jar # 3 :
Biopsy in the whole examined duodenum
Findings: Normal
Test(s) requested: Histology

Jar # 4 :
Biopsy in the whole colon
Findings: Normal
Test(s) requested: Histology

Jar # 5 :
in the VIKOR -GASTRO ID
Test(s) requested: Histology

**Pathology:** Pathology was sent to lab, waiting for results

Meade C. Edmunds, MD
Electronically signed on 11/23/2022 9:46:38 AM by Meade C. Edmunds, MD

PERSON INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| Person: | GALYON, ROBERTA L | | | | |
| Age: | 57 years DOB: | Gender: | Female | PCP: | |
| MRN: | 478280 | FIN/Visit#: | n/a | CMRN: | |
| Address: | | Home Phone: | | Email: | |
| | | Mobile Phone: | | | |
| | | Work Phone: | | | |
| Ethnicity: | Not Hispanic or Latino | Language: | English | | |

## *Allergies*

| Substance | Updated Date | Updated By | Reaction | Status |
|---|---|---|---|---|
| No known allergies [IP1] | 5/25/2022 13:55 EDT | Miller,Cristi | | Active |

Internal Provenance Source
IP1: StatCare Pulmonary Consultants Main; Miller, Cristi

## *Problems*

**Problem Name: Chronic GERD** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 353135014; **Status Date:** 5/25/2022

**Problem Name: Diaphragmatic hernia** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 67185017; **Status Date:** 5/25/2022

**Problem Name: Fibromyositis** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 41382010; **Status Date:** 5/25/2022

**Problem Name: Iron deficiency anemia** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 145104011; **Status Date:** 5/25/2022

**Problem Name: Migraine** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 63055014; **Status Date:** 5/25/2022

**Problem Name: Morbid obesity** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 356968010; **Status Date:** 5/25/2022

## *Problems*

**Problem Name: Obstructive sleep apnea** [IP2]
**Status:** Active
**Last Updated:** 7/22/2022; Greene PA-C,Gabriel **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 129889015; **Status Date:** 5/25/2022

**Comments:** 7/22/2022 14:00 EDT; Greene PA-C, Gabriel; She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct.
Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

**Problem Name: Restless leg** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 54935015; **Status Date:** 5/25/2022

**Problem Name: Type 2 diabetes mellitus** [IP1]
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 197761014; **Status Date:** 5/25/2022

Internal Provenance Source
IP1: StatCare Pulmonary Consultants Main; Miller, Cristi
IP2: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel

## *Family History*

Last Update: 5/31/2022 09:38 CDT by Miller,Cristi

**Mother: Deceased at age: Unknown**

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Hypertension | Positive | | | |

**Father: Deceased at age: Unknown**

## *Social History*

**Alcohol**
**Detail:** Never (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi) [IP1]

**Electronic Cigarette/Vaping**
**Detail:** Electronic Cigarette Use: Never. (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi) [IP1]

**Employment/School**
**Detail:** Disability (Last Update: 5/31/2022 09:38 CDT by Miller,Cristi) [IP3]
**Detail:** Highest education level: High school. (Last Update: 5/31/2022 09:38 CDT by Miller,Cristi) [IP3]

**Home/Environment**
**Detail:** Marital status: Married. (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi) [IP1]

## *Social History*

**Tobacco**

**Detail:** Never (less than 100 in lifetime) (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi) [IP1]

Internal Provenance Source
IP1: StatCare Pulmonary Consultants Main; Miller, Cristi
IP3: StatCare Pulmonary Consultants Athens; Miller, Cristi

## Visit Information

| Recorded Date | Recorded By | Chief Complaint | Patient Ethnicity | Race | Languages |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | See Below T1 IP3 | Not Hispanic or Latino IP3 | Caucasian IP3 | English IP3 |
| 7/22/2022 | Trujillo,Victoria | See Below T2 IP4 | Not Hispanic or Latino IP4 | Caucasian IP4 | English IP4 |

Textual Results
T1: 9/20/2022 10:55 EDT (Chief Complaint)
in office- follow up with Gabe PCP- Timothy Collins
T2: 7/22/2022 10:53 EDT (Chief Complaint)
In office sleep study follow up: OSA PCP Timothy Collins

Internal Provenance Source
IP3: StatCare Pulmonary Consultants Athens; Miller, Cristi
IP4: StatCare Pulmonary Consultants Athens; Trujillo, Victoria

## Measurements

### Measurements

| Recorded Date | Recorded By | Height Measured in | Weight Measured lb | BSA m2 | Body Mass Index kg/m2 |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 65 IP3 | 171 IP3 | 1.88 IP3 | 28.45 H IP3 |
| 7/22/2022 | Trujillo,Victoria | 65 IP4 | 171 IP4 | 1.88 IP4 | 28.45 H IP4 |

Internal Provenance Source
IP3: StatCare Pulmonary Consultants Athens; Miller, Cristi
IP4: StatCare Pulmonary Consultants Athens; Trujillo, Victoria

## Vital Signs

### Vital Signs

| Recorded Date | Recorded By | Temperature Temporal DegF | Apical Heart Rate bpm | Peripheral Pulse Rate bpm |
|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 97.3 IP3 | 90 IP3 | - |
| 7/22/2022 | Trujillo,Victoria | 97.6 IP4 | - | 98 IP4 |

| Recorded Date | Recorded By | HR Method | Respiratory Rate br/min | Systolic Blood Pressure mmHg |
|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | Electronic IP3 | 12 L IP3 | 120 IP3 |
| 7/22/2022 | Trujillo,Victoria | - | 14 IP4 | - |

| Recorded Date | Recorded By | Systolic Blood Pressure mmHg | Diastolic Blood Pressure mmHg | Mean Arterial Pressure mmHg |
|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | - | 80 IP3 | 93 IP3 |
| 7/22/2022 | Trujillo,Victoria | 128 IP4 | 80 IP4 | 96 IP4 |

## Vital Signs

### Vital Signs

| Recorded Date | Recorded By | BP Method | Oxygen Saturation % |
|---|---|---|---|
| 9/20/2022 | Miller,Cristi | Manual [IP3] | 98 [IP3] |
| 7/22/2022 | Trujillo,Victoria | - | 97 [IP4] |

Internal Provenance Source
IP3: StatCare Pulmonary Consultants Athens; Miller, Cristi
IP4: StatCare Pulmonary Consultants Athens; Trujillo, Victoria

## Doc - Office-Clinic Notes

| | |
|---|---|
| Document Type: | General Clinic Note (Physician) |
| Service Date/Time: | 9/20/2022 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Office Visit Note |
| Sign Information: | Greene PA-C,Gabriel (9/20/2022 14:00 EDT) |

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel**

**Chief Complaint**
in office- follow up with Gabe
PCP- Timothy Collins

**History of Present Illness**
57-year-old female with history restless leg syndrome, anxiety, OSA who presents for follow-up after receiving a CPAP machine.

Patient was last seen by myself 7/22/22, at that time she was having difficulty with insomnia and excessive daytime sleepiness. She requested a sleep aid at that time. It was decided she would receive any CPAP machine, we planned to reevaluate her hypersomnia after consistent CPAP usage.

She received a air since 11 CPAP set at 6 cm H2O, she wears a T10 nasal pillows mask. She receives supplies through Lincare. She demonstrates fair-poor compliance on download.

Typical bedtime varies, typical wake time varies. She admits to averaging 4 hours of sleep per night. She wakes up throughout the night, she is unsure what wakes her up and she does have difficulty falling back asleep. She denies difficulty falling asleep. She continues to complain of excessive daytime sleepiness, Epworth is 24. Patient was not sleeping in the room when I entered. She requests a medication to keep her awake during the day.

Compliance download: 08/20/22-09/18/22
Usage days: 87%
Usage >4 hrs: 53%
Average usage on days used: 4 hours 15 minutes
AHI: 2
Leak: 10.2

Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85.

**Patient Information**
Name: GALYON, ROBERTA L
Address:

Sex: Female
Date of Birth: [redacted]
Phone:
MRN: 478280
FIN: 3220390
Location: StatCare Pulmonary Consultants Main
Date of Service: 09/20/2022
Attending Physician:
Greene PA-C, Gabriel, (865) 588-8831

**Problem List/Past Medical History**
Ongoing
- Chronic GERD
- Diaphragmatic hernia
- Fibromyositis
- Iron deficiency anemia
- Migraine
- Morbid obesity
- Obstructive sleep apnea

Comments: She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6

Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

**Review of Systems**
General-negative
Pulmonary-negative
Cardiac-negative
ENT-postnasal drip, sinus infections, dysphagia, choking
Psychiatric-anxiety

**Physical Exam**

Vitals & Measurements
**T:** 97.3 °F (Temporal Artery) **HR:** 90 (Apical) **RR:** 12 **BP:** 120/80 **SpO2:** 98%
**HT:** 65 in **WT:** 171 lb **BMI:** 28.45
**General:** Patient in NAD
**Neck:** Trachea midline
**Pulmonary:** No observable respiratory distress, speaks in full sentences
**Psychiatric:** Alert and oriented x 3
**Neuro:** Grossly normal

**Assessment/Plan**
1. Obstructive sleep apnea (G47.33)
Patient received new CPAP machine. She is putting her CPAP on 87% of the time, average usage is greater than 4 hours. Residual AHI is well controlled. Patient feels she is not benefiting from CPAP usage, however, she is averaging 4 hours of sleep per night.

We discussed the potential cardiovascular consequences of untreated sleep apnea to include heart attack and stroke.

-Continue CPAP set at 6 cm H2O.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

2. Hypersomnia (G47.10)
Epworth is 24. Patient continues to complain of sleepiness while driving. He/She is counseled regarding the consequences of driving when drowsy and instructed not to drive when sleepy. She again requests medication to keep her awake during the day. She is averaging 4 hours of sleep per night.

Lengthy discussion was had regarding sufficient sleep, patient understands that insufficient sleep will result in daytime hypersomnia. Discussion was had regarding appropriate sleep hygiene and cognitive behavioral therapy for insomnia.

-Start melatonin 5 mg extended release.
-Patient is counseled to obtain at least 6 hours of sleep per night.
-Patient will get out of bed if unable to fall asleep after 30 minutes, she will do a non-stimulating activity such as reading a book, completing a puzzle. Once drowsy, patient will return to bed.
-Will reevaluate in 3 months once patient is able to establish consistent sleep pattern and obtain appropriate compliance on CPAP.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

cm H2O with P10 nasal pillows mask was recommended.
Restless leg
Type 2 diabetes mellitus
Historical
No qualifying data

**Medications**
atorvastatin 40 mg oral tablet, 40 mg= 1 tab(s), Oral, daily
baclofen 10 mg oral tablet, 10 mg= 1 tab(s), Oral, tid
brimonidine 0.15% ophthalmic solution, 1 drop(s), tid
clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab(s), Oral, tid
FLUoxetine 40 mg oral capsule, 40 mg= 1 cap(s), Oral, daily
pramipexole 1 mg oral tablet, 1 mg= 1 tab(s), Oral, tid
rizatriptan 10 mg oral tablet, 10 mg= 1 tab(s), Oral, daily
Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution, 1.5 mg, Subcutaneous

**Allergies**
No known allergies

**Social History**
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Employment/School
Highest education level: High school.
Home/Environment
Marital status: Married.
Tobacco
Never (less than 100 in lifetime)

**Family History**
Diabetes mellitus: Mother.
Hypertension: Mother.

**Immunizations**
No Immunizations recorded for patient.

3. Restless leg (G25.81)
Appears to be well controlled on pramipexole 1 mg at bedtime. Patient has tried ropinirole and gabapentin in the past, these were not effective.

-Continue pramipexole as prescribed through PCP.
-Obtain Ferritin, total Iron, TIBC.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

Clinic in 3 months, she will call in the interim with questions or concerns.

Total time spent face-to-face and on face-to-face 21 minutes, time spent documenting, interviewing patient, examining patient, reviewing past notes, reviewing download. Documentation based on time.

*Electronically Signed on 09/20/22 02:00 PM*

*Greene PA-C, Gabriel*

---

| | |
|---|---|
| Document Type: | General Clinic Note (Physician) |
| Service Date/Time: | 7/22/2022 14:02 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Office Visit Note |
| Sign Information: | Greene PA-C,Gabriel (7/22/2022 14:02 EDT) |

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel**

**Chief Complaint**
In office sleep study follow up: OSA
PCP Timothy Collins

**History of Present Illness**
57-year-old female with history of restless leg syndrome, obstructive sleep apnea, anxiety who presents for follow-up after completion of split night polysomnogram.

She presents wanting to go over results of sleep study, she also feels extremely tired during the day. She does not drive long distances for fear of falling asleep. She wonders if she needs to be on a sleeping aid or to have some other intervention to help with sleepiness during the day. She is still waiting for her CPAP machine through Lincare.

She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct.
Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

**Review of Systems**
General-negative
Pulmonary-negative
Cardiac-negative

**Patient Information**
Name: GALYON, ROBERTA L
Address:
Sex: Female
Date of Birth: [redacted]
Phone:
MRN: 478280
FIN: 3099650
Location: StatCare Pulmonary Consultants Main
Date of Service: 07/22/2022
Attending Physician:
Greene PA-C, Gabriel, (865) 588-8831

**Problem List/Past Medical History**
**Ongoing**
Chronic GERD
Diaphragmatic hernia
Fibromyositis
Iron deficiency anemia
Migraine
Morbid obesity

Psychiatric-anxiety

**Physical Exam**

Vitals & Measurements

**T:** 97.6 °F (Temporal Artery) **HR:** 98 (Peripheral) **RR:** 14 **BP:** 128/80 **SpO2:** 97%
**HT:** 65 in **WT:** 171 lb **BMI:** 28.45

**General:** Patient in NAD
**Neck:** Trachea midline
**Pulmonary:** No observable respiratory distress, speaks in full sentences
**Psychiatric:** Alert and oriented x 3
**Neuro:** Grossly normal

**Assessment/Plan**

1. Obstructive sleep apnea (G47.33)
Diagnosed moderate on split night PSG from 6/14/22.

Patient does have a Airsense 10 at home. We discussed using this machine, unfortunately she did not bring it in. We discussed changing the pressure settings on it, she will attempt to do this. Otherwise, she will bring in this machine next week to be adjusted.

Patient will call after receiving a CPAP machine through Lincare.
Start CPAP therapy with current Airsense 10 at setting 6 cm H2O.

Follow-up to be scheduled 30-90 days after patient receives CPAP machine, she will call.

Total time spent face-to-face and non-face-to-face 25 minutes, time spent documenting, interviewing patient, examining patient, reviewing sleep study. Documentation based on time.

Obstructive sleep apnea
Comments: She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.
Restless leg
Type 2 diabetes mellitus

Historical
No qualifying data

**Medications**

atorvastatin 40 mg oral tablet, 40 mg= 1 tab(s), Oral, daily
baclofen 10 mg oral tablet, 10 mg= 1 tab(s), Oral, tid
brimonidine 0.15% ophthalmic solution, 1 drop(s), tid
clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab(s), Oral, tid
FLUoxetine 40 mg oral capsule, 40 mg= 1 cap(s), Oral, daily
pramipexole 1 mg oral tablet, 1 mg= 1 tab(s), Oral, tid
rizatriptan 10 mg oral tablet, 10 mg= 1 tab(s), Oral, daily
Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution, 1.5 mg, Subcutaneous

**Allergies**

No known allergies

**Social History**

Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Employment/School
Highest education level: High school.
Home/Environment
Marital status: Married.
Tobacco
Never (less than 100 in lifetime)

**Family History**

Diabetes mellitus: Mother.
Hypertension: Mother.

**Immunizations**

No Immunizations recorded for patient.

*Electronically Signed on 07/22/22 02:02 PM*

*Greene PA-C, Gabriel*

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

ResMed

AirView™

TN Cleveland - 346
558 South Shady Lane
Mountain City
Tennessee 37683

Phone: (423) 614-0207
Fax: (423) 614-0227

**Galyon, Roberta**

**08/20/2022 - 09/18/2022**

DOB:
Age: 57 years
Gender: Female

# Compliance Report

## Compliance

| | |
|---|---|
| Payer | Standard |

## Usage 08/20/2022 - 09/18/2022

| | |
|---|---|
| **Usage days** | **26/30 days (87%)** |
| **>= 4 hours** | **16 days (53%)** |
| **< 4 hours** | **10 days (33%)** |
| Usage hours | 110 hours 26 minutes |
| Average usage (total days) | 3 hours 41 minutes |
| Average usage (days used) | 4 hours 15 minutes |
| Median usage (days used) | 4 hours 39 minutes |
| Total used hours (value since last reset - 09/18/2022) | 186 hours |

## AirSense 11 AutoSet

| | |
|---|---|
| Serial number | 23222161723 |
| Mode | CPAP |
| Set pressure | 6 cmH2O |
| EPR | Fulltime |
| EPR level | 3 |

## Therapy

| | | | | | | |
|---|---|---|---|---|---|---|
| Leaks - L/min | Median: | **1.0** | 95th percentile: | **10.2** | Maximum: | **20.0** |
| Events per hour | AI: | **1.8** | HI: | **0.2** | AHI: | **2.0** |
| Apnea Index | Central: | **1.2** | Obstructive: | **0.6** | Unknown: | **0.1** |
| RERA Index | | | | | | **0.3** |
| Cheyne-Stokes respiration (average duration per night) | | | | | | **0 minutes (0%)** |

## Usage - hours






**Lincoln/Galyon 0448**

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

ResMed

AirView™

TN Cleveland - 348
588 South Shady Lane
Mountain City
Tennessee 37683

Phone: (423) 614-0247
Fax: (423) 614-0227

**Galyon, Roberta**
**08/20/2022 - 09/18/2022**

DOB:
Age: 57 years
Gender: Female

# Therapy Report

**AirSense 11 AutoSet SN: 23222161723**

## Usage (hours)

| | |
|---|---|
| Usage days | **26/30 (87%)** |
| < 4 hour days | 10 (33%) |
| Days not used | **4 (13%)** |
| Days no data | **0 (0%)** |
| Used/day (avg) | **4.2 hrs.** |




## Leak (L/min)

| | |
|---|---|
| Set threshold | **24.0 L/min** |
| Maximum (avg) | **20.0** |
| Median (avg) | **1.0** |




## Pressure (cmH2O)

| | |
|---|---|
| Mode | **CPAP** |
| Set EPR | **Fulltime, 3.0** |
| Set pressure | 5.0 |




## AHI (events/hour)

| | |
|---|---|
| AHI | 2.0 |
| | . |
| AI | 1.6 |
| CA | **1.2** |
| CAI | **0.6** |
| UAI | **0.1** |
| RERA | **0.3** |
| CSR% (avg) | **0.0** |



* Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

ResMed

AirView™

[illegible]
588 South Shady Lane
Mountain City
Tennessee [illegible]

Phone [illegible]
Fax [illegible]

Galyon, Roberta
08/20/2022 - 09/18/2022

DOB:
Age: 57 years
Gender: Female

# Therapy Report

AirSense 11 AutoSet SN: 23222181723

## Tidal Volume (ml)

| | |
|---|---|
| Maximum (avg) | 514 |
| 95th % (avg) | 406 |
| **Median (avg)** | **282** |



## Respiratory Rate (breaths/min)

| | |
|---|---|
| Maximum (avg) | 23 |
| 95th % (avg) | 16 |
| **Median (avg)** | **15** |



## Minute Ventilation (L/min)

| | |
|---|---|
| Maximum (avg) | 7.3 |
| 95th % (avg) | [illegible] |
| **Median (avg)** | **4.2** |



*Doc - Discharge Documentation*

| | |
|---|---|
| Document Type: | Visit Summary |
| Service Date/Time: | 9/20/2022 14:47 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Visit Summary |
| Sign Information: | BEST,LISA (9/20/2022 14:47 EDT) |

**Visit Summary**

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA**

# Visit Summary for ROBERTA GALYON

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 57 years **Sex:** Female **DOB:** [redacted] **MRN:** 478280
**Address:** US
**Home:** [redacted] **Work:** -- **Mobile:** --
**Primary Care Provider:** Collins, Timothy J
**Race:** White **Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English
**Health Plan:** 1°BCBS TN NETWK S

## Visit Information

**StatCare Pulmonary Consultants Athens**
719 Cook Drive Athens, TN, 37303
**Phone:** (423) 381-8804 **Fax:** (865) 588-8841

**Visit Date:** --
**Scheduled Provider:** --
**Visit Provider:** Greene PA-C, Gabriel
**Referring Provider:** ColTim01 -Collins, Timothy J
**Reason for Visit:** in office- follow up with Gabe PCP- Timothy Collins

## Problems and Health Issues

Chronic GERD (353135014)
Diaphragmatic hernia (67185017)
Fibromyositis (41382010)
Iron deficiency anemia (145104011)
Migraine (63055014)
Morbid obesity (356968010)
Obstructive sleep apnea (129889015)
Restless leg (54935015)
Type 2 diabetes mellitus (197761014)

## Allergies
**No known allergies**

## All Known Current Prescriptions and Reported Medications

**Prescriptions**

No medications documented

**Other Reported Medications**

**atorvastatin 40 mg oral tablet** (atorvastatin)
Take 1 tab(s)(40 Milligram) oral daily
**baclofen 10 mg oral tablet** (baclofen)
Take 1 tab(s)(10 Milligram) oral 3 times a day
**brimonidine 0.15% ophthalmic solution** (brimonidine ophthalmic)
Take 1 Drops 3 times a day
**clonazePAM 0.5 mg oral tablet** (clonazePAM)
Take 1 tab(s)(0.5 Milligram) oral 3 times a day
**FLUoxetine 40 mg oral capsule** (FLUoxetine)
Take 1 cap(40 Milligram) oral daily
**pramipexole 1 mg oral tablet** (pramipexole)
Take 1 tab(s)(1 Milligram) oral 3 times a day
**rizatriptan 10 mg oral tablet** (rizatriptan)
Take 1 tab(s)(10 Milligram) oral daily
**Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution** (dulaglutide)
Take 1.5 Milligram subcutaneous

## New Medications this Visit

**New Prescriptions**

No medications documented

**Medications Administered During Your Visit**

No medications documented

## Vitals and Measurements this Visit (last charted value for your 09/20/2022 visit)

**Height::** 65 in
**Weight::** 171 lb
**Body Mass Index::** 28.45 kg/m2
**BSA:** 1.88 m2
**Temperature Temporal:** 97.3 DegF
**Systolic Blood Pressure:** 120 mmHg
**Diastolic Blood Pressure:** 80 mmHg
**Mean Arterial Pressure:** 93 mmHg
**Apical Heart Rate:** 90 bpm

**Oxygen Saturation:** 98 %
**Respiratory Rate:** 12 br/min

## Laboratory and Radiology this Visit (last charted value for your 09/20/2022 visit)
No Laboratory and Radiology documented

## Orders this Visit
No visit orders documented

## Diagnoses this Visit
Hypersomnia (G47.10)
Obstructive sleep apnea (G47.33)
Restless leg (G25.81)

## Referral and Consult Requests this Visit
No Referral or Consults documented

## Procedures Documented this Visit
No Procedures documented

## Smoking Status
Never (less than 100 in lifetime)

### Future Appointments
No Future Appointments Scheduled

## Patient Education Materials Provided this Visit
No Patient Education documented

**Additional Visit Comments:**

*Doc - Discharge Documentation*

| | |
|---|---|
| Document Type: | Visit Summary |
| Service Date/Time: | 7/22/2022 14:14 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Visit Summary |
| Sign Information: | BEST,LISA (7/22/2022 14:14 EDT) |

**Visit Summary**

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA**

# Visit Summary for ROBERTA GALYON

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 57 years **Sex:** Female **DOB:** [redacted] **MRN:** 478280
**Address:** US
**Home:** [redacted] **Work:** -- **Mobile:** --
**Primary Care Provider:** Collins, Timothy J
**Race:** White **Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English
**Health Plan:** 1°BCBS TN NETWK S

## Visit Information

**StatCare Pulmonary Consultants Athens**
719 Cook Drive Athens, TN, 37303
**Phone:** (423) 381-8804 **Fax:** (865) 588-8841

**Visit Date:** --
**Scheduled Provider:** --
**Visit Provider:** Greene PA-C, Gabriel
**Referring Provider:** ColTim01 -Collins, Timothy J
**Reason for Visit:** In office sleep study follow up: OSA PCP Timothy Collins

## Problems and Health Issues

Chronic GERD (353135014)
Diaphragmatic hernia (67185017)
Fibromyositis (41382010)
Iron deficiency anemia (145104011)
Migraine (63055014)
Morbid obesity (356968010)
Obstructive sleep apnea (129889015)
Restless leg (54935015)
Type 2 diabetes mellitus (197761014)

## Allergies

**No known allergies**

## All Known Current Prescriptions and Reported Medications

**Prescriptions**

No medications documented

**Other Reported Medications**

**atorvastatin 40 mg oral tablet** (atorvastatin)
Take 1 tab(s)(40 Milligram) oral daily

**baclofen 10 mg oral tablet** (baclofen)
Take 1 tab(s)(10 Milligram) oral 3 times a day

**brimonidine 0.15% ophthalmic solution** (brimonidine ophthalmic)
Take 1 Drops 3 times a day

**clonazePAM 0.5 mg oral tablet** (clonazePAM)
Take 1 tab(s)(0.5 Milligram) oral 3 times a day

**FLUoxetine 40 mg oral capsule** (FLUoxetine)
Take 1 cap(40 Milligram) oral daily

**pramipexole 1 mg oral tablet** (pramipexole)
Take 1 tab(s)(1 Milligram) oral 3 times a day

**rizatriptan 10 mg oral tablet** (rizatriptan)
Take 1 tab(s)(10 Milligram) oral daily

**Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution** (dulaglutide)
Take 1.5 Milligram subcutaneous

## New Medications this Visit

**New Prescriptions**

No medications documented

**Medications Administered During Your Visit**

No medications documented

## Vitals and Measurements this Visit (last charted value for your 07/22/2022 visit)

**Height::** 65 in
**Weight::** 171 lb
**Body Mass Index::** 28.45 kg/m2
**BSA:** 1.88 m2
**Temperature Temporal:** 97.6 DegF
**Systolic Blood Pressure:** 128 mmHg
**Diastolic Blood Pressure:** 80 mmHg
**Mean Arterial Pressure:** 96 mmHg
**Peripheral Pulse Rate:** 98 bpm

**Oxygen Saturation:** 97 %
**Respiratory Rate:** 14 br/min

## Laboratory and Radiology this Visit (last charted value for your 07/22/2022 visit)

No Laboratory and Radiology documented

## Orders this Visit

No visit orders documented

## Diagnoses this Visit

Obstructive sleep apnea (G47.33)

## Referral and Consult Requests this Visit

No Referral or Consults documented

## Procedures Documented this Visit

No Procedures documented

## Smoking Status

Never (less than 100 in lifetime)

### Future Appointments

No Future Appointments Scheduled

## Patient Education Materials Provided this Visit

No Patient Education documented

**Additional Visit Comments:**

* Release of Information - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; Beauchamp, Pam *

StatCare

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL INFORMATION

1. I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed under this authorization may be subject to re-disclosure by the recipient and no longer protected by federal privacy regulations:

Patient Name Roberta Lynn Galyon Date of Birth
Address
Telephone Patient No.
Covering the period(s) of health care: ? First Appt
From (date) May 2022 To (date) NOW

2. Information to be disclosed (check as many as appropriate):
✓ Complete health record(s), OR ONLY: ___History & Physical Examinations ___Progress (Visit) Notes
___Billing/Financial ___Consultation Reports ___Laboratory Tests ___X-Ray Reports ___Photos, Tapes, X-Rays or Any Images

3. RLG (Initials) I specifically consent to the release of any information related to testing and treatment for HIV, AIDS, mental health/psychiatric care, or alcohol and/or drug abuse if such is contained in the medical records. THIS PROVISION MUST BE INITIALED BY PERSON GIVING CONSENT OR THIS INFORMATION WILL NOT BE RELEASED.

4. This information is to be disclosed to (name & address): Roberta Galyon (Patient)
Information disclosed by (name & address): NewStet, Statcare Pulmonary, 6473 Kingston Pike, Knoxville, TN 37919, P-865-588-8831 F-865-522-6155

for the purpose(s) of:
or ✓ At the request of the patient

5. This authorization will expire in 1 year unless otherwise specified. I understand this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization.

6. I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: 1. Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. 2. Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party.

Signed: Roberta Lynn Galyon 12/16/2022
Patient Date

(OR) Legal Representative Date

Witness Date

*Copy to be given to patient following signature.*

Mailed 12/22/22 per request of patient



Lincoln/Galyon 0457

* Patient Encounter Form - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

## STATCARE OUTPATIENT, LLC

**PATIENT INFORMATION**

ROBERTA L GALYON (478280)

[redacted]

**BALANCE INFORMATION**

INS: $0.00
SELF: $0.00

#2

TODAY'S CHARGES ________

AMOUNT PAID ________

CASH ________

CHECK# ________

C/VISA/DISC/AMEX ________

**APPOINTMENT INFORMATION**

| DATE | TIME | LOCATION | PROVDER | DOB | SEX |
|---|---|---|---|---|---|
| 09/20/2022 | 11:20 am | ATHENS | Gabriel G Greene PA-C | [redacted] | F |

COMMENTS
fu w gabe athens

| | |
|---|---|
| Primary Insurance: BCBS TN NETWK S | Secondary Insurance: |
| Certificate#: STTS00383345 | Certificate#: |
| Group Number: : | Group Number: |
| Group Name: | Group Name: |
| Subscriber Name: ROBERTA L GALYON | Subscriber Name: |
| Subscriber DOB: 03/18/1965 | Subscriber DOB: |

**LABORATORY**

CBC
BMP
PT / PTT
ACE LEVEL
ESR CRP
ANA COMP PROFLE PLUS
ANA ds-DNA Ab Anti-CCP-Ab
Scl-70
ANCA Profile MPO antibody
PR3 antibody
Immunoglobulins (IgA, IgM, IgG)
IgE Level RAST
Alpha-1-Antitrypsin Level
Phenotype
Hypersensitivity Pneumonitis Panel

**SPUTUM STUDIES**

Routine gram stain and culture
AFB Smear and Culture
Fungal Smear and Culture
Diatherix or Biofire

**IMAGING / TESTING**

CT Chest w/o contrast
CT Chest with contrast
CT Chest PE protocol
CTA Triple Rule Out
Low Dose CT Chest
HRCT Chest ILD protocol
PET/CT Navigation cuts
Modified Barium Swallow
Esophogram / UGI
VQ Scan
Ultrasound Bilateral LE Venous
Echocardiogram Bubble Contrast
MPS
Methacholine
Plethysmography (Body Box)
Cardiopulmonary Exercise Study (CPEX)
Nocturnal Oximetry
6-min Walk

**CONSULTATIONS / REFERRALS**

Allergy
ENT
CT Surgery
Oncology
PH Referral
Radiation Oncology
Cardiology
Pulmonary Rehab
Wellness Clinic
Other

PFT
X-ray

| PATIENT INSTRUCTIONS | OBTAIN RECORDS: |
|---|---|
| Flutter Valve<br>Peak Flow monitor BID<br>Inhaler instruction<br>Provide School/Work Excuse | |

**NEXT APPOINTMENT:**

_____ DAYS _____ WEEKS 3 MONTHS _____ AS NEEDED Sutherland West Oak Ridge Johnson City /

* Patient Encounter Form - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

## STATCARE OUTPATIENT, LLC

**PATIENT INFORMATION**

ROBERTA L GALYON (478280)

**BALANCE INFORMATION**

INS: $0.00
SELF: $0.00

(3)

TODAY'S CHARGES ________
AMOUNT PAID ________
CASH ________
CHECK# ________
C/VISA/DISC/AMEX ________

**APPOINTMENT INFORMATION**

| DATE | TIME | LOCATION | PROVDER | DOB | SEX |
|---|---|---|---|---|---|
| 07/22/2022 | 11:20 am | ATHENS | Gabriel G Greene PA-C | [redacted] | F |

COMMENTS
FU AFTER SLEEP STUDY

| | |
|---|---|
| Primary Insurance: BCBS TN NETWK S | Secondary Insurance: |
| Certificate#: STTS00383345 | Certificate#: |
| Group Number: : | Group Number: |
| Group Name: | Group Name: |
| Subscriber Name: ROBERTA L GALYON | Subscriber Name: |
| Subscriber DOB: [redacted] | Subscriber DOB: |

**LABORATORY**

- ☐ CBC
- ☐ BMP
- ☐ PT / PTT
- ☐ ACE LEVEL
- ☐ ESR ☐ CRP
- ☐ ANA COMP PROFLE PLUS
- ☐ ANA ☐ ds-DNA Ab ☐ Anti-CCP-Ab
- ☐ Scl-70
- ☐ ANCA Profile ☐ MPO antibody
- ☐ PR3 antibody
- ☐ Immunoglobulins (IgA, IgM, IgG)
- ☐ IgE Level ☐ RAST
- ☐ Alpha-1-Antitrypsin ☐ Level
- ☐ Phenotype
- ☐ Hypersensitivity Pneumonitis Panel

**SPUTUM STUDIES**

- ☐ Routine gram stain and culture
- ☐ AFB Smear and Culture
- ☐ Fungal Smear and Culture
- ☐ Diatherix or Biofire

**IMAGING / TESTING**

- ☐ CT Chest w/o contrast
- ☐ CT Chest with contrast
- ☐ CT Chest PE protocol
- ☐ CTA Triple Rule Out
- ☐ Low Dose CT Chest
- ☐ HRCT Chest ILD protocol
- ☐ PET/CT ☐ Navigation cuts
- ☐ Modified Barium Swallow
- ☐ Esophogram / UGI
- ☐ VQ Scan
- ☐ Ultrasound Bilateral LE Venous
- ☐ Echocardiogram ☐ Bubble Contrast
- ☐ MPS
- ☐ Methacholine
- ☐ Plethysmography (Body Box)
- ☐ Cardiopulmonary Exercise Study (CPEX)
- ☐ Nocturnal Oximetry
- ☐ 6-min Walk

**CONSULTATIONS / REFERRALS**

- ☐ Allergy
- ☐ ENT
- ☐ CT Surgery
- ☐ Oncology
- ☐ PH Referral
- ☐ Radiation Oncology
- ☐ Cardiology
- ☐ Pulmonary Rehab
- ☐ Wellness Clinic
- ☐ Other

- ☐ PFT
- ☐ X-ray

| PATIENT INSTRUCTIONS | ☐ OBTAIN RECORDS: |
|---|---|
| Flutter Valve<br>Peak Flow monitor BID<br>Inhaler instruction<br>Provide School/Work Excuse<br>pt w/ call | |

**NEXT APPOINTMENT:** (15) f/u 30-90 days after pt recives CPAP

______ DAYS ______ WEEKS ______ MONTHS ______ AS NEEDED   Sutherland   West   Oak Ridge   Johnson City

(Schedule with NURSE PRACTITIONER) ☐ Same Day as Physician ☐ MD only ☐ Establish with MD ☐ In-House (Clinic) ☐ Video

## *Forms - Ambulatory Intake*

| | |
|---|---|
| Document Type: | Intake Form |
| Service Date/Time: | 9/20/2022 10:55 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Comprehensive Intake |
| Sign Information: | Miller,Cristi (9/20/2022 10:55 EDT) |

**Comprehensive Intake Entered On: 9/20/2022 10:56 AM EDT**
**Performed On: 9/20/2022 10:55 AM EDT by Miller, Cristi**

**Summary**

*Chief Complaint :* in office- follow up with Gabe
PCP- Timothy Collins
*Weight Measured :* 171 lb(Converted to: 171 lb 0 oz, 77.564 kg)
*Height Measured :* 65 in(Converted to: 5 ft 5 in, 165.10 cm)
*Body Mass Index :* 28.45 kg/m2 (HI)
*Body Surface Area :* 1.88 m2
*Systolic Blood Pressure :* 120 mmHg
*Diastolic Blood Pressure :* 80 mmHg
*Mean Arterial Pressure :* 93 mmHg
*Apical Heart Rate :* 90 bpm
*BP Method :* Manual
*HR Method :* Electronic
*Temperature Temporal :* 97.3 DegF(Converted to: 36.3 DegC)
*Respiratory Rate :* 12 br/min (LOW)
*Oxygen Saturation :* 98 %
*Race :* Caucasian
*Languages :* English
*Ethnicity :* Not Hispanic or Latino

Miller, Cristi - 9/20/2022 10:55 AM EDT

**Problems**

(As Of: 9/20/2022 10:56:41 AM EDT)

Problems(Active)

| | |
|---|---|
| Chronic GERD (SNOMED CT :353135014 ) | *Name of Problem:* Chronic GERD ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 353135014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Diaphragmatic hernia (SNOMED CT :67185017 ) | *Name of Problem:* Diaphragmatic hernia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 67185017 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Fibromyositis (SNOMED CT :41382010 ) | *Name of Problem:* Fibromyositis ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 41382010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life* |

| | |
|---|---|
| | *Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Iron deficiency anemia (SNOMED CT :145104011 ) | *Name of Problem:* Iron deficiency anemia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 145104011 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Migraine (SNOMED CT :63055014 ) | *Name of Problem:* Migraine ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 63055014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:58 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Morbid obesity (SNOMED CT :356968010 ) | *Name of Problem:* Morbid obesity ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 356968010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Obstructive sleep apnea (SNOMED CT :129889015 ) | *Name of Problem:* Obstructive sleep apnea ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 129889015 ; *Contributor System:* PowerChart ; *Last Updated:* 7/22/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT ; *Comments:*<br><br>7/22/2022 2:00 PM - Greene PA-C, Gabriel<br>She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended. |
| Restless leg (SNOMED CT :54935015 ) | *Name of Problem:* Restless leg ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 54935015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Type 2 diabetes mellitus (SNOMED CT :197761014 ) | *Name of Problem:* Type 2 diabetes mellitus ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 197761014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

**Meds / Allergies**

(As Of: 9/20/2022 10:56:41 AM EDT)

Allergies (Active)

## *Forms - Ambulatory Intake*

| | |
|---|---|
| No known allergies | *Estimated Onset Date:* Unspecified ; *Created By:* Miller, Cristi; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No known allergies ; *Type:* Allergy ; *Updated By:* Miller, Cristi; *Reviewed Date:* 9/20/2022 10:56 AM EDT |

Medication List

(As Of: 9/20/2022 10:56:41 AM EDT)

*Home Meds*

| | |
|---|---|
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab(s), Oral, daily, 90 tab(s), 0 Refill(s) ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 5/25/2022 1:56:02 PM EDT |
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 5/25/2022 1:56:13 PM EDT |
| brimonidine ophthalmic | : brimonidine ophthalmic ; *Status:* Documented ; *Ordered As Mnemonic:* brimonidine 0.15% ophthalmic solution ; *Simple Display Line:* 1 drop(s), tid, 0 Refill(s) ; *Catalog Code:* brimonidine ophthalmic ; *Order Dt/Tm:* 5/25/2022 1:56:40 PM EDT |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 5/25/2022 1:57:50 PM EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 1.5 mg, Subcutaneous, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 5/25/2022 1:58:43 PM EDT |
| FLUoxetine | : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 cap(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 5/25/2022 1:58:03 PM EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 5/25/2022 1:58:19 PM EDT |
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 5/25/2022 1:58:30 PM EDT |

**Past Medical History**

## *Forms - Ambulatory Intake*

Past Medical History

(As Of: 9/20/2022 10:56:41 AM EDT)

**Procedures / Surgeries**

Procedure History

(As Of: 9/20/2022 10:56:41 AM EDT)

---

| | |
|---|---|
| Document Type: | Intake Form |
| Service Date/Time: | 7/22/2022 10:53 EDT |
| Result Status: | Modified |
| Document Title: | Comprehensive Intake |
| Sign Information: | Trujillo,Victoria (7/22/2022 11:06 EDT); Trujillo,Victoria (7/22/2022 10:53 EDT) |

**Comprehensive Intake Entered On: 7/22/2022 10:58 AM EDT**
**Performed On: 7/22/2022 10:53 AM EDT by Trujillo, Victoria**

**Summary**
*Weight Measured :* 171 lb(Converted to: 171 lb 0 oz, 77.56 kg)
*Body Mass Index :* 28.45 kg/m2 (HI)
*Body Surface Area :* 1.88 m2
*Systolic Blood Pressure :* 128 mmHg
*Diastolic Blood Pressure :* 80 mmHg
*Mean Arterial Pressure :* 96 mmHg
*Peripheral Pulse Rate :* 98 bpm
*Oxygen Saturation :* 97 %

Trujillo, Victoria - 7/22/2022 11:06 AM EDT

*Chief Complaint :* In office sleep study follow up: OSA
PCP Timothy Collins
*Height Measured :* 65 in(Converted to: 5 ft 5 in, 165.10 cm)
*Temperature Temporal :* 97.6 DegF(Converted to: 36.4 DegC)
*Respiratory Rate :* 14 br/min
*Race :* Caucasian
*Languages :* English
*Ethnicity :* Not Hispanic or Latino

Trujillo, Victoria - 7/22/2022 10:53 AM EDT

**Problems**

(As Of: 7/22/2022 10:58:19 AM EDT)

Problems(Active)

| | |
|---|---|
| Chronic GERD (SNOMED CT :353135014 ) | *Name of Problem:* Chronic GERD ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 353135014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

## *Forms - Ambulatory Intake*

| | |
|---|---|
| Diaphragmatic hernia (SNOMED CT :67185017 ) | *Name of Problem:* Diaphragmatic hernia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 67185017 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Fibromyositis (SNOMED CT :41382010 ) | *Name of Problem:* Fibromyositis ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 41382010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Iron deficiency anemia (SNOMED CT :145104011 ) | *Name of Problem:* Iron deficiency anemia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 145104011 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Migraine (SNOMED CT :63055014 ) | *Name of Problem:* Migraine ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 63055014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:58 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Morbid obesity (SNOMED CT :356968010 ) | *Name of Problem:* Morbid obesity ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 356968010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Obstructive sleep apnea (SNOMED CT :129889015 ) | *Name of Problem:* Obstructive sleep apnea ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 129889015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:55 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Restless leg (SNOMED CT :54935015 ) | *Name of Problem:* Restless leg ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 54935015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Type 2 diabetes mellitus (SNOMED CT :197761014 ) | *Name of Problem:* Type 2 diabetes mellitus ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 197761014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

## *Forms - Ambulatory Intake*

**Meds / Allergies**

(As Of: 7/22/2022 10:58:19 AM EDT)

Allergies (Active)

| | |
|---|---|
| No known allergies | *Estimated Onset Date:* Unspecified ; *Created By:* Miller, Cristi; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No known allergies ; *Type:* Allergy ; *Updated By:* Miller, Cristi; *Reviewed Date:* 7/22/2022 10:55 AM EDT |

Medication List

(As Of: 7/22/2022 10:58:19 AM EDT)

*Home Meds*

| | |
|---|---|
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 5/25/2022 1:58:30 PM EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 1.5 mg, Subcutaneous, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 5/25/2022 1:58:43 PM EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 5/25/2022 1:58:19 PM EDT |
| FLUoxetine | : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 cap(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 5/25/2022 1:58:03 PM EDT |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 5/25/2022 1:57:50 PM EDT |
| brimonidine ophthalmic | : brimonidine ophthalmic ; *Status:* Documented ; *Ordered As Mnemonic:* brimonidine 0.15% ophthalmic solution ; *Simple Display Line:* 1 drop(s), tid, 0 Refill(s) ; *Catalog Code:* brimonidine ophthalmic ; *Order Dt/Tm:* 5/25/2022 1:56:40 PM EDT |
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab(s), Oral, daily, 90 tab(s), 0 Refill(s) ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 5/25/2022 1:56:02 PM EDT |
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 5/25/2022 1:56:13 PM EDT |

**Procedures / Surgeries**

Procedure History

(As Of: 7/22/2022 10:58:19 AM EDT)

**Family History**

Family History

(As Of: 7/22/2022 10:58:19 AM EDT)

Mother: *Relation:* Mother ; *Gender:* Female ; Deceased

*Nomenclature:* Diabetes mellitus ; *Value:* Positive

*Nomenclature:* Hypertension ; *Value:* Positive

**Social History**

Social History

(As Of: 7/22/2022 10:58:19 AM EDT)

Alcohol:

Never (Last Updated: 5/25/2022 2:01:33 PM EDT by Miller, Cristi)

Tobacco:

Never (less than 100 in lifetime) (Last Updated: 5/25/2022 2:01:36 PM EDT by Miller, Cristi)

Electronic Cigarette/Vaping:

Electronic Cigarette Use: Never. (Last Updated: 5/25/2022 2:01:42 PM EDT by Miller, Cristi)

Employment/School:

Disability (Last Updated: 5/31/2022 10:38:32 AM EDT by Miller, Cristi) Highest education level: High school. (Last Updated: 5/31/2022 10:38:54 AM EDT by Miller, Cristi)

Home/Environment:

Marital status: Married. (Last Updated: 5/25/2022 2:01:58 PM EDT by Miller, Cristi)

## *Orders - Charges*

### *Charges*

**Order: 99213 office o/p est low 20-29 min (Charge)** [IP2]

Order Date: 9/20/2022 10:50 EDT

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Charges (Evaluation and Management) | Activity Type: Evaluation and Management |
| End-state Date: 9/20/2022 10:50 EDT | | End-state Reason: | |
| Ordering Physician: Greene PA-C,Gabriel | | Consulting Physician: | |

Entered By: Greene PA-C,Gabriel on 9/20/2022 14:00 EDT

Order Details: Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

Order Comment:

**Order: 99213 office o/p est low 20-29 min (Charge)** [IP2]

Order Date: 7/22/2022 10:51 EDT

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Charges (Evaluation and Management) | Activity Type: Evaluation and Management |
| End-state Date: 7/22/2022 10:51 EDT | | End-state Reason: | |
| Ordering Physician: Greene PA-C,Gabriel | | Consulting Physician: | |

Entered By: Greene PA-C,Gabriel on 7/22/2022 14:02 EDT

Order Details: Quantity: 1, Obstructive sleep apnea

Order Comment:

Internal Provenance Source

IP2: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel

## Billing Statement:

**Invoice Date: 01/05/2023** **Invoice #: 718249-121**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2022 and Dec 31 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 10008512<br>10784870 | GALYON, ROBERTA<br>SKIN CANCER & COSMETIC DERMAT... | Complete | 11/03/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>30 | **$ 9.00** |
| 10008510<br>10784870 | GALYON, ROBERTA<br>EDMUNDS GASTROENTEROLOGY PL... | Complete | 11/03/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>16 | **$ 9.00** |
| 9769038<br>10784870 | GALYON, ROBERTA<br>CHATTANOOGA HEART & RHYTHM C... | Complete | 09/08/22<br>J Graves | $ 9.00 | $ 20.50 | $ 0.00 | $ 0.00<br>12 | **$ 29.50** |
| 9769039<br>10784870 | GALYON, ROBERTA<br>STATCARE PULMONARY CONSULTA... | Canceled | 09/08/22<br>J Graves | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 10008511<br>10784870 | GALYON, ROBERTA<br>UNIV OF TENNESSEE MEDICAL CEN... | Complete | 11/03/22<br>J Graves | $ 9.00 | $ 312.99 | $ 0.00 | $ 0.00<br>584 | **$ 321.99** |
| 9769042<br>10784870 | GAYLON, ROBERTA<br>ADVANCED CENTER FOR SLEEP DIS... | Canceled | 09/08/22<br>J Graves | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 9769040<br>10784870 | GAYLON, ROBERTA<br>UNIVERSITY ORTHOPAEDIC SURGE... | Canceled | 09/08/22<br>J Graves | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 9769041<br>10784870 | GAYLON, ROBERTA<br>NODIT, DR DINU | Complete | 09/08/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>20 | **$ 9.00** |
| 10008509<br>10784870 | GALYON, ROBERTA<br>UNIVERSITY SURGEONS ASSOCIATES | Complete | 11/03/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>49 | **$ 9.00** |
| 9769037<br>10784870 | GALYON, ROBERTA<br>TENNESSEE ORTHOPEDIC CLINIC | Canceled | 09/08/22<br>J Graves | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>2 | **$ 5.00** |
| 9769036<br>10784870 | GALYON, ROBERTA<br>COLLINS, DR. TIMOTHY | Complete | 09/08/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>9 | **$ 9.00** |

**ReleasePoint**

**Lincoln/Galyon 0468**

## Billing Statement:

ReleasePoint

**Invoice Date: 01/05/2023** **Invoice #: 718249-121**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2022 and Dec 31 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|

**Total Amount Due:** **$ 416.49**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/Galyon 0469**

PERSON INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| Person: | GALYON, ROBERTA L | | | | |
| Age: | 57 years DOB: | Gender: | Female | PCP: | |
| MRN: | 478280 | FIN/Visit#: | n/a | CMRN: | |
| Address: | | Home Phone: | | Email: | |
| | | Mobile Phone: | | | |
| | | Work Phone: | | | |
| Ethnicity: | Not Hispanic or Latino | Language: | English | | |

---

*Allergies*

| Substance | Updated Date | Updated By | Reaction | Status |
|---|---|---|---|---|
| No known allergies | 5/25/2022 13:55 EDT | Miller,Cristi | | Active |

*Problems*

Problem Name: **Chronic GERD**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 353135014; **Status Date:** 5/25/2022

Problem Name: **Diaphragmatic hernia**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 67185017; **Status Date:** 5/25/2022

Problem Name: **Fibromyositis**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 41382010; **Status Date:** 5/25/2022

Problem Name: **Iron deficiency anemia**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 145104011; **Status Date:** 5/25/2022

Problem Name: **Migraine**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 63055014; **Status Date:** 5/25/2022

Problem Name: **Morbid obesity**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 356968010; **Status Date:** 5/25/2022

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## *Problems*

Problem Name: **Obstructive sleep apnea**
**Status:** Active
**Last Updated:** 7/22/2022; Greene PA-C,Gabriel **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 129889015; **Status Date:** 5/25/2022

**Comments:** 7/22/2022 14:00 EDT; Greene PA-C, Gabriel; She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct.
Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

Problem Name: **Restless leg**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 54935015; **Status Date:** 5/25/2022

Problem Name: **Type 2 diabetes mellitus**
**Status:** Active
**Last Updated:** 5/25/2022; Miller,Cristi **Last Reviewed:** 9/20/2022
**Confirmation:** Confirmed; **Code:** 197761014; **Status Date:** 5/25/2022

## *Medications*

### *Documented Medications*

Order: **dulaglutide (Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution)**
Order Date: 5/25/2022 13:58 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:58 EDT
Order Details: ( 1.5 mg ), Subcutaneous, 0 Refill(s), Type: Maintenance
Comments:

Order: **FLUoxetine (FLUoxetine 40 mg oral capsule)**
Order Date: 5/25/2022 13:58 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:58 EDT
Order Details: = 1 cap(s) ( 40 mg ), Oral, daily, 0 Refill(s), Type: Maintenance
Comments:

Order: **pramipexole (pramipexole 1 mg oral tablet)**
Order Date: 5/25/2022 13:58 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:58 EDT
Order Details: = 1 tab(s) ( 1 mg ), Oral, tid, 0 Refill(s), Type: Maintenance
Comments:

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Medications

### Documented Medications

Order: **rizatriptan (rizatriptan 10 mg oral tablet)**
Order Date: 5/25/2022 13:58 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:58 EDT
Order Details: = 1 tab(s) ( 10 mg ), Oral, daily, 0 Refill(s), Type: Maintenance
Comments:

Order: **clonazePAM (clonazePAM 0.5 mg oral tablet)**
Order Date: 5/25/2022 13:57 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:57 EDT
Order Details: = 1 tab(s) ( 0.5 mg ), Oral, tid, 0 Refill(s), Type: Maintenance
Comments:

Order: **atorvastatin (atorvastatin 40 mg oral tablet)**
Order Date: 5/25/2022 13:56 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:56 EDT
Order Details: = 1 tab(s) ( 40 mg ), Oral, daily, # 90 tab(s), 0 Refill(s), Type: Maintenance
Comments:

Order: **baclofen (baclofen 10 mg oral tablet)**
Order Date: 5/25/2022 13:56 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:56 EDT
Order Details: = 1 tab(s) ( 10 mg ), Oral, tid, 0 Refill(s), Type: Maintenance
Comments:

Order: **brimonidine ophthalmic (brimonidine 0.15% ophthalmic solution)**
Order Date: 5/25/2022 13:56 EDT
Status: Documented
Ordering Physician: Consulting Physician:
Entered By: Miller,Cristi on 5/25/2022 13:56 EDT
Order Details: 1 drop(s), tid, 0 Refill(s), Type: Maintenance
Comments:

## Family History

Last Update: 5/31/2022 09:38 CDT by Miller,Cristi

**Mother**: Deceased at age: Unknown

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## *Family History*

**Mother**: Deceased at age: Unknown

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Hypertension | Positive | | | |

**Father**: Deceased at age: Unknown

## *Social History*

**Alcohol**

**Detail:** Never (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi)

**Electronic Cigarette/Vaping**

**Detail:** Electronic Cigarette Use: Never. (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi)

**Employment/School**

**Detail:** Disability (Last Update: 5/31/2022 09:38 CDT by Miller,Cristi)
**Detail:** Highest education level: High school. (Last Update: 5/31/2022 09:38 CDT by Miller,Cristi)

**Home/Environment**

**Detail:** Marital status: Married. (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi)

**Tobacco**

**Detail:** Never (less than 100 in lifetime) (Last Update: 5/25/2022 13:01 CDT by Miller,Cristi)

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Visit Information

| Recorded Date | Recorded By | Chief Complaint | Patient Ethnicity | Race | Languages |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | See Below T1 | Not Hispanic or Latino | Caucasian | English |
| 7/22/2022 | Trujillo,Victoria | See Below T2 | Not Hispanic or Latino | Caucasian | English |
| 5/31/2022 | Miller,Cristi | See Below T3 | Not Hispanic or Latino | Caucasian | English |

Textual Results

T1: 9/20/2022 10:55 EDT (Chief Complaint)
in office- follow up with Gabe PCP- Timothy Collins

T2: 7/22/2022 10:53 EDT (Chief Complaint)
In office sleep study follow up: OSA PCP Timothy Collins

T3: 5/31/2022 10:37 EDT (Chief Complaint)
in office visit- OSA PCP- Timothy Collins

## Measurements

### Measurements

| Recorded Date | Recorded By | Height Measured in | Weight Measured lb | BSA m2 | Body Mass Index kg/m2 |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 65 | 171 | 1.88 | 28.45 H |
| 7/22/2022 | Trujillo,Victoria | 65 | 171 | 1.88 | 28.45 H |
| 5/31/2022 | Miller,Cristi | 65 | 172 | 1.89 | 28.62 H |

## Vital Signs

### Vital Signs

| Recorded Date | Recorded By | Temperature Temporal DegF | Apical Heart Rate bpm | Peripheral Pulse Rate bpm | HR Method |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 97.3 | 90 | - | Electronic |
| 7/22/2022 | Trujillo,Victoria | 97.6 | - | 98 | - |
| 5/31/2022 | Miller,Cristi | 97 L | - | 107 H | Manual |

| Recorded Date | Recorded By | Respiratory Rate br/min | Systolic Blood Pressure mmHg | Systolic Blood Pressure mmHg |
|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 12 L | 120 | - |
| 7/22/2022 | Trujillo,Victoria | 14 | - | 128 |
| 5/31/2022 | Miller,Cristi | 12 L | - | 120 |

| Recorded Date | Recorded By | Diastolic Blood Pressure mmHg | Mean Arterial Pressure mmHg | BP Site | BP Method |
|---|---|---|---|---|---|
| 9/20/2022 | Miller,Cristi | 80 | 93 | - | Manual |
| 7/22/2022 | Trujillo,Victoria | 80 | 96 | - | - |

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Vital Signs

### Vital Signs

| Recorded Date | Recorded By | Diastolic Blood Pressure mmHg | Mean Arterial Pressure mmHg | BP Site | BP Method |
|---|---|---|---|---|---|
| 5/31/2022 | Miller,Cristi | 80 | 93 | Right arm | Manual |

| Recorded Date | Recorded By | Oxygen Saturation % |
|---|---|---|
| 9/20/2022 | Miller,Cristi | 98 |
| 7/22/2022 | Trujillo,Victoria | 97 |
| 5/31/2022 | Miller,Cristi | 97 |

## Doc - Admission Notes

| | |
|---|---|
| Document Type: | Patient Encounter Form |
| Service Date/Time: | 6/21/2022 13:55 EDT |
| Result Status: | Modified |
| Document Title: | SLEEP-ATHENS SLEEP CTR |
| Sign Information: | Ezell ,Lloyd (6/24/2022 13:56 EDT); Ezell ,Lloyd (6/24/2022 13:56 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Admission Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; Ezell , Lloyd *

Roberta Galyon

PATIENT LABEL

O Office Visit
O Telemedicine
CHECK-IN #:
DATE:

ATHENS SLEEP CENTER

| | | | |
|---|---|---|---|
| [illegible] MDM | O 99212 | O 99212 | O 99241 |
| LOW MDM | O 99203 | O 99213 | O 99242 |
| MODERATE MDM | O 99204 | O 99214 | O 99243 |
| HIGH MDM | O 99205 | O 99215 | O 99245 |

| | |
|---|---|
| 5-10 MIN MED DISCUSSION | O 99421 |
| 11-20 MIN MED DISCUSSION | O 99422 |
| 21-30 MIN MED DISCUSSION | O 99423 |

REFERRING PHYSICIAN:

| | |
|---|---|
| DIAGNOSTIC PSG | O [illegible] |
| TITRATION PSG | O [illegible] |
| SPLIT | X [illegible] |
| [illegible] | O [illegible] |
| HOME SLEEP STUDY | O [illegible] |

O [illegible], MD
O [illegible], MD
X PHILLIP LYNN NICHOLS, MD
O ANDREWS PAUL, MD
O [illegible]
O [illegible]
O [illegible]
O [illegible]
O [illegible]
O [illegible]

| | |
|---|---|
| O [illegible] WITH | O [illegible] |
| O [illegible] WITH | O [illegible] |
| O [illegible] WITH | O AS NEEDED |
| O [illegible] WITH | |

| Code | Diagnosis |
|---|---|
| [illegible] | O Inadequate Sleep Hygiene |
| [illegible] | O Insomnia |
| [illegible] | O Insomnia due to Mental Disorder |
| [illegible] | O Insomnia due to Medical Condition |
| [illegible] | O Primary/Chronic Insomnia |
| [illegible] | O PLMD |
| [illegible] | O RBD |
| [illegible] | O RLS |
| [illegible] | O Sleep Related Bruxism |
| [illegible] | O Sleep Related Leg Cramps |
| [illegible] | O Sleep Related Movement Disorder |
| [illegible] | O Agoraphobia |
| [illegible] | O Allergic Rhinitis |
| [illegible] | O Anxiety Disorder |
| [illegible] | O Asthma, unspecified |
| [illegible] | O Atrial Fibrillation |
| [illegible] | O Chronic Respiratory Failure |
| [illegible] | O Claustrophobia |
| [illegible] | O Cognitive Decline, Age Related |
| [illegible] | O Cognitive Decline, Unspecified |
| [illegible] | O Congestive Heart Failure |
| [illegible] | O COPD |
| [illegible] | O Dependency on CPAP |
| [illegible] | O Dry Mouth |
| [illegible] | O Epilepsy |
| [illegible] | O Fatigue |
| [illegible] | O Hypertension |
| [illegible] | O Iron Deficiency |
| [illegible] | O Morbid Obesity |
| [illegible] | O Noncompliance w/ CPAP |
| [illegible] | O Obesity/Overweight |
| [illegible] | O Pulmonary Hypertension |
| [illegible] | O CSA due to CSR |
| [illegible] | O CSA due to Drug or Substance |
| [illegible] | O CSA due to Medical Condition |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O Obesity Hypoventilation Syndrome |
| [illegible] | X OSA |
| [illegible] | O Primary CSA |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |
| [illegible] | O [illegible] |

| | |
|---|---|
| O | [illegible] Codes |
| O | [illegible] Codes |
| O | [illegible] Codes |

PHYSICIAN SIGNATURE: [signature] 6-21-22

(6) [illegible] + PT(s)



Lincoln/Galyon 0476

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Doc - Consultation Notes

| | |
|---|---|
| Document Type: | General Consultation |
| Service Date/Time: | 5/31/2022 11:51 EDT |
| Result Status: | Modified |
| Document Title: | Consult Note |
| Sign Information: | Nichols MD,Phillip (5/31/2022 12:46 EDT); Greene PA-C, Gabriel (5/31/2022 12:06 EDT); Greene PA-C,Gabriel (5/31/2022 11:54 EDT) |

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel**

**Chief Complaint**
in office visit- OSA
PCP- Timothy Collins

**History of Present Illness**
57-year-old female with a history of restless leg syndrome, obstructive sleep apnea, anxiety who presents via referral from her PCP to evaluate current state of OSA. She had a fundoplication to repair her hiatal hernia in May 2021, they had to go back in for reapirs last week. She has lost 40-50 pounds since May 2021.

She was diagnosed with obstructive sleep apnea in approximately 2015, most recent sleep study is from 2017. She does not know the severity of her obstructive sleep apnea. She does have a CPAP machine but is not currently using it, she last used it in 2018. She has an Airsense 10 machine.

She does have restless leg syndrome, she is prescribed pramipexole by her PCP.

Today, she presents with significant excessive daytime sleepiness, Epworth is 24. Her typical bedtime is 9:30 PM. She states she typically only sleeps 3 hours at a time, she is not sure what wakes her. She sleeps in her recliner and has been for 3-4 years. She does snore, she has had witnessed apneas in the past, she wakes up gasping for air/choking. She does not wake up feeling refreshed. She also complains of creepy crawly sensation in her legs, bruxism, talking in her sleep. She states she acts out her dreams, she will Wake up pretending as though she is eating, She denies harming herself or others during sleep.

She would like to restart CPAP therapy, she does ask about alternative options to CPAP.

**Review of Systems**
General-intentional weight loss
Pulmonary-dry cough, chest tightness
Psychiatric-anxiety, depression
Neurological-frequent headaches
Cardiac-elevated head of bed
Musculoskeletal-back pain
GI-nausea, diarrhea, reflux

**Physical Exam**

Vitals & Measurements
T: 97 °F (Temporal Artery) **HR:** 107 (Peripheral) **RR:** 12 **BP:** 120/80 **SpO2:** 97%
HT: 65 in **WT:** 172 lb **BMI:** 28.62

**General:** Patient in NAD
**HEENT:** Oral exam without exudate, MP class II
**Neck:** Supple non tender without lymphadenopathy
**Cardiac:** Regular rate and rhythm without murmur
**Pulmonary:** Bilateral breath sounds, clear to auscultation bilaterally
**Psychiatric:** Alert and oriented

**Patient Information**
Name: GALYON, ROBERTA
Address:

Sex: Female
Date of Birth: [redacted]
Phone:
MRN: 478280
FIN: 2992930
Location: StatCare Pulmonary Consultants Main
Date of Service: 05/31/2022
Attending Physician:
Greene PA-C, Gabriel, (865) 588-8831

**Problem List/Past Medical History**
Ongoing
- Chronic GERD
- Diaphragmatic hernia
- Fibromyositis
- Iron deficiency anemia
- Migraine
- Morbid obesity
- Obstructive sleep apnea
- Restless leg
- Type 2 diabetes mellitus

Historical
- No qualifying data

**Medications**
Inpatient
- No active inpatient medications

Home
- atorvastatin 40 mg oral tablet, 40 mg= 1 tab(s), Oral, daily
- baclofen 10 mg oral tablet, 10 mg= 1 tab(s), Oral, tid
- brimonidine 0.15% ophthalmic solution, 1 drop(s), tid
- clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab(s), Oral, tid
- FLUoxetine 40 mg oral capsule, 40 mg= 1 cap(s), Oral, daily
- pramipexole 1 mg oral tablet, 1 mg= 1 tab(s), Oral, tid
- rizatriptan 10 mg oral tablet, 10 mg= 1 tab(s), Oral, daily

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

Doc - Consultation Notes

**Neuro:** Grossly normal, no focal deficits

**Assessment/Plan**

1. Obstructive sleep apnea (G47.33)
Diagnoses ileus 2015, unknown severity. She started CPAP therapy but discontinued in 2018 due to issues with the mask. Patient has lost 40-50 pounds since May 2021 after fundoplication surgery.

Most recent sleep study is reportedly from 2017, updated sleep study required. Proceed with split night polysomnogram. We will follow up after to discuss CPAP therapy and other alternative treatment options. She is not particularly excited to restart CPAP.

We discussed the potential cardiovascular consequences of untreated sleep apnea to include heart attack and stroke, we discussed CPAP therapy as optimal treatment. We discussed alternative options to include positional therapy, oral appliance, surgical options.

Ordered:
99243 office consultation new/estab patient 40 min (Charge), Quantity: 1, Obstructive sleep apnea | Excessive daytime sleepiness | Restless leg

2. Excessive daytime sleepiness (G47.19)
Epworth is 24. Patient was not sleeping when I entered the room. Will plan to reevaluate after potentially establishing back on CPAP.

Ordered:
99243 office consultation new/estab patient 40 min (Charge), Quantity: 1, Obstructive sleep apnea | Excessive daytime sleepiness | Restless leg

3. Restless leg (G25.81)
Currently managed with pramipexole by her PCP.

Ordered:
99243 office consultation new/estab patient 40 min (Charge), Quantity: 1, Obstructive sleep apnea | Excessive daytime sleepiness | Restless leg

Return to clinic after completion of split night polysomnogram.

Total time face-to-face and non face-to-face 40 minutes, time spent documenting, interviewing patient, examining patient, discussing treatment options. Recommendation based on time.

cc: Timothy Collins, MD

*Electronically Signed on 05/31/22 11:54 AM*

*Greene PA-C, Gabriel*

*Electronically Signed on 05/31/2022 12:06 PM*

*Greene PA-C, Gabriel*

*Electronically Signed on 05/31/2022 12:46 PM*

*Nichols MD, Phillip*

Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution, 1.5 mg, Subcutaneous

**Allergies**
No known allergies

**Social History**
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Employment/School
Highest education level: High school.
Home/Environment
Marital status: Married.
Tobacco
Never (less than 100 in lifetime)

**Family History**
Diabetes mellitus: Mother.
Hypertension: Mother.

**Immunizations**
No Immunizations recorded for patient.

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Doc - Office-Clinic Notes

| | |
|---|---|
| Document Type: | General Clinic Note (Physician) |
| Service Date/Time: | 9/20/2022 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Office Visit Note |
| Sign Information: | Greene PA-C,Gabriel (9/20/2022 14:00 EDT) |

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel**

**Chief Complaint**
in office- follow up with Gabe
PCP- Timothy Collins

**History of Present Illness**
57-year-old female with history restless leg syndrome, anxiety, OSA who presents for follow-up after receiving a CPAP machine.

Patient was last seen by myself 7/22/22, at that time she was having difficulty with insomnia and excessive daytime sleepiness. She requested a sleep aid at that time. It was decided she would receive any CPAP machine, we planned to reevaluate her hypersomnia after consistent CPAP usage.

She received a air since 11 CPAP set at 6 cm H2O, she wears a T10 nasal pillows mask. She receives supplies through Lincare. She demonstrates fair-poor compliance on download.

Typical bedtime varies, typical wake time varies. She admits to averaging 4 hours of sleep per night. She wakes up throughout the night, she is unsure what wakes her up and she does have difficulty falling back asleep. She denies difficulty falling asleep. She continues to complain of excessive daytime sleepiness, Epworth is 24. Patient was not sleeping in the room when I entered. She requests a medication to keep her awake during the day.

Compliance download: 08/20/22-09/18/22
Usage days: 87%
Usage >4 hrs: 53%
Average usage on days used: 4 hours 15 minutes
AHI: 2
Leak: 10.2

Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

**Review of Systems**
General-negative
Pulmonary-negative
Cardiac-negative
ENT-postnasal drip, sinus infections, dysphagia, choking
Psychiatric-anxiety

**Physical Exam**

Vitals & Measurements
T: 97.3 °F (Temporal Artery) **HR:** 90 (Apical) **RR:** 12 **BP:** 120/80 **SpO2:** 98%
HT: 65 in **WT:** 171 lb **BMI:** 28.45
**General:** Patient in NAD
**Neck:** Trachea midline
**Pulmonary:** No observable respiratory distress, speaks in full sentences
**Psychiatric:** Alert and oriented x 3

**Patient Information**
Name: GALYON, ROBERTA L
Address:

Sex: Female
Date of Birth: [redacted]
Phone:
MRN: 478280
FIN: 3220390
Location: StatCare Pulmonary Consultants Main
Date of Service: 09/20/2022
Attending Physician:
Greene PA-C, Gabriel, (865) 588-8831

**Problem List/Past Medical History**
Ongoing
Chronic GERD
Diaphragmatic hernia
Fibromyositis
Iron deficiency anemia
Migraine
Morbid obesity
Obstructive sleep apnea
Comments: She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.
Restless leg
Type 2 diabetes mellitus
Historical
No qualifying data

**Medications**
atorvastatin 40 mg oral tablet, 40 mg= 1 tab(s), Oral, daily
baclofen 10 mg oral tablet, 10 mg= 1 tab(s), Oral, tid
brimonidine 0.15% ophthalmic solution, 1 drop(s), tid
clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab(s), Oral, tid
FLUoxetine 40 mg oral capsule, 40 mg= 1 cap(s), Oral, daily

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

Doc - Office-Clinic Notes

**Neuro:** Grossly normal

**Assessment/Plan**

1. Obstructive sleep apnea (G47.33)
Patient received new CPAP machine. She is putting her CPAP on 87% of the time, average usage is greater than 4 hours. Residual AHI is well controlled. Patient feels she is not benefiting from CPAP usage, however, she is averaging 4 hours of sleep per night.

We discussed the potential cardiovascular consequences of untreated sleep apnea to include heart attack and stroke.

-Continue CPAP set at 6 cm H2O.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

2. Hypersomnia (G47.10)
Epworth is 24. Patient continues to complain of sleepiness while driving. He/She is counseled regarding the consequences of driving when drowsy and instructed not to drive when sleepy. She again requests medication to keep her awake during the day. She is averaging 4 hours of sleep per night.

Lengthy discussion was had regarding sufficient sleep, patient understands that insufficient sleep will result in daytime hypersomnia. Discussion was had regarding appropriate sleep hygiene and cognitive behavioral therapy for insomnia.

-Start melatonin 5 mg extended release.
-Patient is counseled to obtain at least 6 hours of sleep per night.
-Patient will get out of bed if unable to fall asleep after 30 minutes, she will do a non-stimulating activity such as reading a book, completing a puzzle. Once drowsy, patient will return to bed.
-Will reevaluate in 3 months once patient is able to establish consistent sleep pattern and obtain appropriate compliance on CPAP.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

3. Restless leg (G25.81)
Appears to be well controlled on pramipexole 1 mg at bedtime. Patient has tried ropinirole and gabapentin in the past, these were not effective.

-Continue pramipexole as prescribed through PCP.
-Obtain Ferritin, total Iron, TIBC.

Ordered:
99213 office o/p est low 20-29 min (Charge), Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg

Clinic in 3 months, she will call in the interim with questions or concerns.

Total time spent face-to-face and on face-to-face 21 minutes, time spent documenting, interviewing patient, examining patient, reviewing past notes, reviewing download. Documentation based on time.

pramipexole 1 mg oral tablet, 1 mg= 1 tab(s), Oral, tid
rizatriptan 10 mg oral tablet, 10 mg= 1 tab(s), Oral, daily
Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution, 1.5 mg, Subcutaneous

**Allergies**
No known allergies

**Social History**
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Employment/School
Highest education level: High school.
Home/Environment
Marital status: Married.
Tobacco
Never (less than 100 in lifetime)

**Family History**
Diabetes mellitus: Mother.
Hypertension: Mother.

**Immunizations**
No Immunizations recorded for patient.

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Doc - Office-Clinic Notes

*Electronically Signed on 09/20/22 02:00 PM*

*Greene PA-C, Gabriel*

| | |
|---|---|
| Document Type: | General Clinic Note (Physician) |
| Service Date/Time: | 7/22/2022 14:02 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Office Visit Note |
| Sign Information: | Greene PA-C,Gabriel (7/22/2022 14:02 EDT) |

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; Greene PA-C, Gabriel**

**Chief Complaint**

In office sleep study follow up: OSA
PCP Timothy Collins

**History of Present Illness**

57-year-old female with history of restless leg syndrome, obstructive sleep apnea, anxiety who presents for follow-up after completion of split night polysomnogram.

She presents wanting to go over results of sleep study, she also feels extremely tired during the day. She does not drive long distances for fear of falling asleep. She wonders if she needs to be on a sleeping aid or to have some other intervention to help with sleepiness during the day. She is still waiting for her CPAP machine through Lincare.

She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct.
Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.

**Review of Systems**

General-negative
Pulmonary-negative
Cardiac-negative
Psychiatric-anxiety

**Physical Exam**

Vitals & Measurements

T: 97.6 °F (Temporal Artery) **HR:** 98 (Peripheral) **RR:** 14 **BP:** 128/80 **SpO2:** 97%
HT: 65 in **WT:** 171 lb **BMI:** 28.45

**General:** Patient in NAD
**Neck:** Trachea midline
**Pulmonary:** No observable respiratory distress, speaks in full sentences
**Psychiatric:** Alert and oriented x 3
**Neuro:** Grossly normal

**Assessment/Plan**

1. Obstructive sleep apnea (G47.33)
Diagnosed moderate on split night PSG from 6/14/22.

Patient does have a Airsense 10 at home. We discussed using this machine, unfortunately she did not bring it in. We discussed changing the pressure settings on it, she will attempt to do this. Otherwise, she will bring in this machine next week to be adjusted.

**Patient Information**

Name: GALYON, ROBERTA L
Address:
Sex: Female
Date of Birth:
Phone:
MRN: 478280
FIN: 3099650
Location: StatCare Pulmonary Consultants Main
Date of Service: 07/22/2022
Attending Physician:
Greene PA-C, Gabriel, (865) 588-8831

**Problem List/Past Medical History**

Ongoing
- Chronic GERD
- Diaphragmatic hernia
- Fibromyositis
- Iron deficiency anemia
- Migraine
- Morbid obesity
- Obstructive sleep apnea

Comments: She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended.
- Restless leg
- Type 2 diabetes mellitus

Historical
- No qualifying data

**Medications**

atorvastatin 40 mg oral tablet, 40 mg= 1 tab(s), Oral, daily
baclofen 10 mg oral tablet, 10 mg= 1 tab(s), Oral, tid

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

Doc - Office-Clinic Notes

Patient will call after receiving a CPAP machine through Lincare.
Start CPAP therapy with current Airsense 10 at setting 6 cm $H_2O$.

Follow-up to be scheduled 30-90 days after patient receives CPAP machine, she will call.

Total time spent face-to-face and non-face-to-face 25 minutes, time spent documenting, interviewing patient, examining patient, reviewing sleep study. Documentation based on time.

brimonidine 0.15% ophthalmic solution, 1 drop(s), tid
clonazePAM 0.5 mg oral tablet, 0.5 mg= 1 tab(s), Oral, tid
FLUoxetine 40 mg oral capsule, 40 mg= 1 cap(s), Oral, daily
pramipexole 1 mg oral tablet, 1 mg= 1 tab(s), Oral, tid
rizatriptan 10 mg oral tablet, 10 mg= 1 tab(s), Oral, daily
Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution, 1.5 mg, Subcutaneous

**Allergies**
No known allergies

**Social History**
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Employment/School
Highest education level: High school.
Home/Environment
Marital status: Married.
Tobacco
Never (less than 100 in lifetime)

**Family History**
Diabetes mellitus: Mother.
Hypertension: Mother.

**Immunizations**
No Immunizations recorded for patient.

*Electronically Signed on 07/22/22 02:02 PM*

*Greene PA-C, Gabriel*

| | |
|---|---|
| Document Type: | Sleep Note |
| Service Date/Time: | 8/20/2022 13:43 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | ResMed |
| Sign Information: | BEST,LISA (9/20/2022 13:45 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

ResMed

AirView™

TN Cleveland - 348
588 South Shady Lane
Mountain City
Tennessee, 37683

Phone: (423) 614-0207
Fax: (423) 614-0227

**Galyon, Roberta**

**08/20/2022 - 09/18/2022**

DOB: [redacted]
Age: 57 years
Gender: Female

# Compliance Report

| Compliance | |
|---|---|
| Payor | Standard |

| Usage | 08/20/2022 - 09/18/2022 |
|---|---|
| **Usage days** | **26/30 days (87%)** |
| **>= 4 hours** | **16 days (53%)** |
| **< 4 hours** | **10 days (33%)** |
| Usage hours | 110 hours 26 minutes |
| Average usage (total days) | 3 hours 41 minutes |
| Average usage (days used) | 4 hours 15 minutes |
| Median usage (days used) | 4 hours 39 minutes |
| Total used hours (value since last reset - 09/18/2022) | 186 hours |

| AirSense 11 AutoSet | |
|---|---|
| Serial number | 23222161723 |
| Mode | CPAP |
| Set pressure | 6 cmH2O |
| EPR | Fulltime |
| EPR level | 3 |

| Therapy | | | | | | |
|---|---|---|---|---|---|---|
| Leaks - L/min | Median: | **1.0** | 95th percentile: | **10.2** | Maximum: | **20.0** |
| Events per hour | AI: | **1.8** | HI: | **0.2** | AHI: | **2.0** |
| Apnea Index | Central: | **1.2** | Obstructive: | **0.6** | Unknown: | **0.1** |
| RERA Index | | | | | | **0.3** |
| Cheyne-Stokes respiration (average duration per night) | | | | | | **0 minutes (0%)** |

## Usage - hours






**Lincoln/Galyon 0483**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

**ResMed**

AirView™

TN Cleveland - 348
588 South Shady Lane
Mountain City
Tennessee, 37683

Phone: (423) 614-0207
Fax: (423) 614-0227

**Galyon, Roberta**
**08/20/2022 - 09/18/2022**

DOB: [redacted]
Age: 57 years
Gender: Female

# Therapy Report

AirSense 11 AutoSet SN: 23222161723

**Usage** (hours)

| | |
|---|---|
| Usage days | 26/30 (87%) |
| >= 4 hour days | [illegible] |
| < 4 hour days | 10 (33%) |
| Days not used | 4 (13%) |
| Days no data | 0 (0%) |
| Used/day (avg.) | 4.2 hrs. |



**Leak** (L/min)

| | |
|---|---|
| Set threshold | 24.0 L/min |
| Maximum (avg) | 20.0 |
| [illegible] | [illegible] |
| Median (avg) | 1.0 |



**Pressure** (cmH2O)

| | |
|---|---|
| Mode | CPAP |
| Set EPR | Fulltime, 3.0 |
| Set pressure | 6.0 |



**AHI** (events/hour)

| | |
|---|---|
| AHI | 2.0 |
| HI | 0.2 |
| AI | 1.8 |
| CAI | 1.2 |
| OAI | 0.6 |
| UAI | 0.1 |
| RERA | 0.3 |
| CSR% (avg) | 0.0 |



Facility: n/a



**Lincoln/Galyon 0484**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

ResMed

AirView™

TN Cleveland - 348
588 South Shady Lane
Mountain City
Tennessee, 37683

Phone: (423) 614-0207
Fax: (423) 614-0227

Galyon, Roberta
08/20/2022 - 09/18/2022

DOB: [redacted]
Age: 57 years
Gender: Female

# Therapy Report

AirSense 11 AutoSet — SN: 23222161723

**Tidal Volume** (ml)

| | |
|---|---|
| Maximum (avg) | 514 |
| 95th % (avg) | 406 |
| Median (avg) | 282 |




**Respiratory Rate** (breaths/min)

| | |
|---|---|
| Maximum (avg) | 23 |
| 95th % (avg) | 18 |
| Median (avg) | 15 |




**Minute Ventilation** (L/min)

| | |
|---|---|
| Maximum (avg) | 7.3 |
| 95th % (avg) | 5.5 |
| Median (avg) | 4.2 |



Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Office-Clinic Notes*

| | |
|---|---|
| Document Type: | Sleep Note |
| Service Date/Time: | 5/31/2022 12:25 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (5/31/2022 12:26 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

Starr Regional Medical Sleep Diagnostic Center
719 Cook Dr. Suite 113, Athens, TN 37303
ph 423-744-3118, 423-744-3489

Name: Roberta Lynn Galyon DOB: Age: 57
Referring Physician: Timothy Collins
Briefly describe your main sleep problem: Tiredness, fatigue, falling asleep during day
How does this problem affect your daily life and activities? yes
Have you ever had a sleep study? If yes, When and Where? yes
Are you currently using a PAP machine? Y / (N) But I have 1
If yes, who is your durable medical equipment (DME) company? Bradley Medical
What is your normal bedtime routine (i.e. reading, watching TV, bath, etc.)? Reading watching TV

## Epworth Sleepiness Scale

How likely are you to doze off or fall asleep in the following situations, in contrast to just feeling tired? This refers to your usual way of life recently. Even if you haven't done some of these things recently, try to figure out how they would have affected you. Use the following scale to choose the most appropriate number for each situation:

0 = no chance of dozing
1 = slight chance of dozing
2 = moderate chance of dozing
3 = high chance of dozing

*It is important that you answer each item as best as you can.*

| Situation | Chance of Dozing (0-3) |
|---|---|
| Sitting and reading | 3 |
| Watching TV | 3 |
| Sitting inactive in a public place (e.g., a theater or a meeting) | 3 |
| As a passenger in a car for an hour without a break | 3 |
| Sitting and talking to someone | 3 |
| Sitting quietly after a lunch without alcohol | 3 |
| In a car or bus, while stopped for a few minutes in traffic | 3 |
| Lying down to rest in the afternoon when circumstances permit | 3 |
| TOTAL | 24 |

© M.W. Johns 1990-97. Used under License

*For Office Use Only*

Ht:_____ " Wt:_____ lb Neck:_____ CM BP:_____/_____ HR:_____ SpO2:_____ %

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

**SLEEP HISTORY**

1. What is your normal bedtime on workdays? 9:30 Weekday wake time? 9:30 - 10:00
2. What is your bedtime on days off? 9:30 Wake up times on days off?
3. How long does it take you to fall asleep? 5 mins or less Have you ever taken sleeping pills? Y / (N)
4. How long do you sleep at night on average? 3-4 hours ?
5. Do you have many awakenings? (Y) / N Does anything particular awaken you? NO
6. Do you have difficulty going back to sleep when you awaken during the night? yes
7. What is your work schedule? Don't work Are you required to do shift work? —
8. Do you nap regularly? Sometimes What time of day and how long? Anytime 20 mins - 2 hours
9. Do you snore? (Y) N How often? How long have you snored? 3-4 years
10. Do you seem to stop breathing at night? Sometimes If so, how often does this happen? happened 3-4 times in last year
11. Do you wake up gasping for air or choking? yes
12. Do you sleep on your back? (Y) N - sometimes side
13. Do you wake up feeling refreshed? NO
14. Are you excessively sleepy during the day? yes How long have you had this sleepiness? 3-4 years
15. Does your work involve driving? used to Do you fall asleep while driving? yes
16. Do you have an itchy, creepy/crawling sensation in your legs or urge to move your legs that keeps you awake? (Y) / N
17. Do you grind your teeth? (Y) / N
18. Do you talk in your sleep? (Y) / N
19. Do you act out your dreams? (Y) / N If yes please describe I will wake up putting food to mouth or reaching for something
20. Do you experience weakness, loss of muscle control during emotions like laughing, happiness, or anger? (Y) / N
21. Do you experience sagging of the jaw during motions like laughing, happiness, or anger? Y / (N)
22. Do you wake up unable to move your body? Y / (N)
23. Do you wake up and see shadows of people or animals? Y / (N)

**PAST MEDICAL HISTORY** previous - sleep doctor Dr. Anuj Chandra
Idiopathic Hyper insomnia with long sleep time

Facility: n/a



**Lincoln/Galyon 0488**

MRN: 478280
FIN: n/a

Patient Name: GALYON, ROBERTA L
Date of Birth: [illegible]

* Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

Please list any current/past medical conditions you have been treated for (ex. Diabetes, heart or lung disease)
Diabetes, muscle Disease, Restless legs, Anxiety, panic Attacks
Sleep Apnea Anemia

Do you have a chronic infection disease (such as Hepatitis/HIV)? NO

Past surgeries (especially nasal/throat surgery): 2 - Hernia Surgery 3 - Knee Right Neuroma (Both feet) Parotid Myst.

Please list the medical problem in your family (include sleep disorders if known):

Mother: Diabetes Father: High Blood Pressure Massive Heart Attack Bottom of Heart miss fire

Brothers/Sisters: Diabetes, Heart, Children: —

**SOCIAL HISTORY**

1. How much do you smoke or chew tobacco? N/A Do you do so close to bedtime? ______
2. How much alcohol do you drink? N/A Do you do so close to bedtime? ______
3. How much caffeine do you drink? 1 a day Do you do so close to bedtime ______
4. What is your current or previous occupation? Disable
5. Do you have a commercial drivers license? (Yes) or No License expiration date: ______

**KNOWN ALLERGIES: (Please list):**
NONE

**CURRENT MEDICATIONS**

1. Baclofen 10mg - Twice a day
2. Clonazepam 0.5mg PRN
3. Fluoxetine 40mg - 1 Day
4. Trulicity once a week
5. Pramipexole 1mg 1 HS
6. Rizatriptan 10mg - PRN

Atorvastatin 40mg - 1 QD

Additional Comments:
medications for after surgery } Just finished
methocarbamol 500mg 2-Q.D
oxycodone 5mg
Gabapentin 300mg - 1 three times a day

Review of Symptoms (Please circle any that apply to you)



Facility: n/a

Lincoln/Galyon 0489

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

| | |
|---|---|
| GENERAL | fever (sometimes) chills weight change (increase or decrease) |
| EAR, NOSE, THROAT | sinus allergies sinus surgeries dentures dry mouth in morning trouble breathing thru your nose |
| HEART | heart racing smothering at night |
| LUNG | cough shortness of breath at night |
| DIGESTIVE | abdominal pain nausea vomiting diarrhea (surgery) heartburn/acid reflux |
| BLADDER | frequent nighttime urination |
| MUSCLE | back pain leg pain other pain |
| SKIN | rash swelling |
| NERVOUS SYSTEM | morning headaches dizziness seizures head trauma weakness of arms/legs loss of feeling in hands/feet |
| HORMONAL DISORDERS | previous thyroid testing insulin dependent diabetic |
| MENTAL HEALTH | depression anxiety claustrophobia memory problems |
| BLOOD DISORDERS | anemia blood loss iron deficiency |



Lincoln/Galyon 0490

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

| | |
|---|---|
| Document Type: | Visit Summary |
| Service Date/Time: | 9/20/2022 14:47 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Visit Summary |
| Sign Information: | BEST,LISA (9/20/2022 14:47 EDT) |

**Visit Summary**

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA**

# Visit Summary for ROBERTA GALYON

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 57 years **Sex:** Female **DOB:** [redacted] **MRN:** 478280
**Address:** US
**Home:** [redacted] **Work:** -- **Mobile:** --
**Primary Care Provider:** Collins, Timothy J
**Race:** White **Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English
**Health Plan:** 1°BCBS TN NETWK S

## Visit Information

**StatCare Pulmonary Consultants Athens**
719 Cook Drive Athens, TN, 37303
**Phone:** (423) 381-8804 **Fax:** (865) 588-8841

**Visit Date:** --
**Scheduled Provider:** --
**Visit Provider:** Greene PA-C, Gabriel
**Referring Provider:** ColTim01 -Collins, Timothy J
**Reason for Visit:** in office- follow up with Gabe PCP- Timothy Collins

## Problems and Health Issues

Chronic GERD (353135014)
Diaphragmatic hernia (67185017)
Fibromyositis (41332010)
Iron deficiency anemia (145104011)
Migraine (80055014)
Morbid obesity (356968010)
Obstructive sleep apnea (129889015)
Restless leg (54935015)
Type 2 diabetes mellitus (197761014)

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

## Allergies

**No known allergies**

## All Known Current Prescriptions and Reported Medications

**Prescriptions**

No medications documented

**Other Reported Medications**

**atorvastatin 40 mg oral tablet** (atorvastatin)
Take 1 tab(s)(40 Milligram) oral daily

**baclofen 10 mg oral tablet** (baclofen)
Take 1 tab(s)(10 Milligram) oral 3 times a day

**brimonidine 0.15% ophthalmic solution** (brimonidine ophthalmic)
Take 1 Drops 3 times a day

**clonazePAM 0.5 mg oral tablet** (clonazePAM)
Take 1 tab(s)(0.5 Milligram) oral 3 times a day

**FLUoxetine 40 mg oral capsule** (FLUoxetine)
Take 1 cap(40 Milligram) oral daily

**pramipexole 1 mg oral tablet** (pramipexole)
Take 1 tab(s)(1 Milligram) oral 3 times a day

**rizatriptan 10 mg oral tablet** (rizatriptan)
Take 1 tab(s)(10 Milligram) oral daily

**Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution** (dulaglutide)
Take 1.5 Milligram subcutaneous

## New Medications this Visit

**New Prescriptions**

No medications documented

**Medications Administered During Your Visit**

No medications documented

## Vitals and Measurements this Visit (last charted value for your 09/20/2022 visit)

**Height::** 65 in
**Weight::** 171 lb
**Body Mass Index::** 28.45 kg/m2
**BSA:** 1.88 m2
**Temperature Temporal:** 97.3 DegF
**Systolic Blood Pressure:** 120 mmHg
**Diastolic Blood Pressure:** 80 mmHg
**Mean Arterial Pressure:** 93 mmHg
**Apical Heart Rate:** 90 bpm

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

**Oxygen Saturation:** 98 %
**Respiratory Rate:** 12 br/min

## Laboratory and Radiology this Visit (last charted value for your 09/20/2022 visit)

No Laboratory and Radiology documented

## Orders this Visit

No visit orders documented

## Diagnoses this Visit

Hypersomnia (G47.10)
Obstructive sleep apnea (G47.33)
Restless leg (G25.81)

## Referral and Consult Requests this Visit

No Referral or Consults documented

## Procedures Documented this Visit

No Procedures documented

## Smoking Status

Never (less than 100 in lifetime)

### Future Appointments

No Future Appointments Scheduled

## Patient Education Materials Provided this Visit

No Patient Education documented

**Additional Visit Comments:**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

| | |
|---|---|
| Document Type: | Visit Summary |
| Service Date/Time: | 7/22/2022 14:14 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Visit Summary |
| Sign Information: | BEST,LISA (7/22/2022 14:14 EDT) |

**Visit Summary**

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA**

# Visit Summary for ROBERTA GALYON

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 57 years **Sex:** Female **DOB:** [redacted] **MRN:** 478280
**Address:** US
**Home:** [redacted] **Work:** -- **Mobile:** --
**Primary Care Provider:** Collins, Timothy J
**Race:** White **Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English
**Health Plan:** 1°BCBS TN NETWK S

## Visit Information

**StatCare Pulmonary Consultants Athens**
719 Cook Drive Athens, TN, 37303
**Phone:** (423) 381-8804 **Fax:** (865) 588-8841

**Visit Date:** --
**Scheduled Provider:** --
**Visit Provider:** Greene PA-C, Gabriel
**Referring Provider:** ColTim01 -Collins, Timothy J
**Reason for Visit:** In office sleep study follow up: OSA PCP Timothy Collins

## Problems and Health Issues

Chronic GERD (353135014)
Diaphragmatic hernia (67185017)
Fibromyositis (41382010)
Iron deficiency anemia (145104011)
Migraine (63055014)
Morbid obesity (356968010)
Obstructive sleep apnea (129889015)
Restless leg (54935015)
Type 2 diabetes mellitus (197761014)

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

## Allergies

No known allergies

## All Known Current Prescriptions and Reported Medications

**Prescriptions**

No medications documented

**Other Reported Medications**

**atorvastatin 40 mg oral tablet** (atorvastatin)
Take 1 tab(s)(40 Milligram) oral daily

**baclofen 10 mg oral tablet** (baclofen)
Take 1 tab(s)(10 Milligram) oral 3 times a day

**brimonidine 0.15% ophthalmic solution** (brimonidine ophthalmic)
Take 1 Drops 3 times a day

**clonazePAM 0.5 mg oral tablet** (clonazePAM)
Take 1 tab(s)(0.5 Milligram) oral 3 times a day

**FLUoxetine 40 mg oral capsule** (FLUoxetine)
Take 1 cap(40 Milligram) oral daily

**pramipexole 1 mg oral tablet** (pramipexole)
Take 1 tab(s)(1 Milligram) oral 3 times a day

**rizatriptan 10 mg oral tablet** (rizatriptan)
Take 1 tab(s)(10 Milligram) oral daily

**Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution** (dulaglutide)
Take 1.5 Milligram subcutaneous

## New Medications this Visit

**New Prescriptions**

No medications documented

**Medications Administered During Your Visit**

No medications documented

## Vitals and Measurements this Visit (last charted value for your 07/22/2022 visit)

**Height::** 65 in
**Weight::** 171 lb
**Body Mass Index::** 28.45 kg/m2
**BSA:** 1.88 m2
**Temperature Temporal:** 97.6 DegF
**Systolic Blood Pressure:** 128 mmHg
**Diastolic Blood Pressure:** 80 mmHg
**Mean Arterial Pressure:** 96 mmHg
**Peripheral Pulse Rate:** 98 bpm

Person: GALYON, ROBERTA L | MRN: 478280 | DOB: | Gender: Female

*Doc - Discharge Documentation*

**Oxygen Saturation:** 97 %
**Respiratory Rate:** 14 br/min

## Laboratory and Radiology this Visit (last charted value for your 07/22/2022 visit)

No Laboratory and Radiology documented

## Orders this Visit

No visit orders documented

## Diagnoses this Visit

Obstructive sleep apnea (G47.33)

## Referral and Consult Requests this Visit

No Referral or Consults documented

## Procedures Documented this Visit

No Procedures documented

## Smoking Status

Never (less than 100 in lifetime)

### Future Appointments

No Future Appointments Scheduled

## Patient Education Materials Provided this Visit

No Patient Education documented

**Additional Visit Comments:**

---

| | |
|---|---|
| Document Type: | Visit Summary |
| Service Date/Time: | 5/31/2022 12:24 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Visit Summary |
| Sign Information: | BEST,LISA (5/31/2022 12:24 EDT) |

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

**Visit Summary**

**Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA**

# Visit Summary for ROBERTA GALYON

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 57 years **Sex:** Female **DOB:** [redacted] **MRN:** 478280
**Address:** US
**Home:** [redacted] **Work:** -- **Mobile:** --
**Primary Care Provider:** Collins, Timothy J
**Race:** White **Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English
**Health Plan:** 1°BCBS NETWORK P

## Visit Information

**StatCare Pulmonary Consultants Athens**
719 Cook Drive Athens, TN, 37303
**Phone:** (423) 381-8804 **Fax:** (865) 588-8841

**Visit Date:** --
**Scheduled Provider:** --
**Visit Provider:** Greene PA-C, Gabriel
**Referring Provider:** --
**Reason for Visit:** in office visit- OSA PCP- Timothy Collins

## Problems and Health Issues

Chronic GERD (353135014)
Diaphragmatic hernia (67185017)
Fibromyositis (41382010)
Iron deficiency anemia (145104011)
Migraine (63055014)
Morbid obesity (356968010)
Obstructive sleep apnea (129889015)
Restless leg (54935015)
Type 2 diabetes mellitus (197761014)

## Allergies

**No known allergies**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

## All Known Current Prescriptions and Reported Medications

**Prescriptions**

No medications documented

**Other Reported Medications**

**atorvastatin 40 mg oral tablet** (atorvastatin)
Take 1 tab(s)(40 Milligram) oral daily

**baclofen 10 mg oral tablet** (baclofen)
Take 1 tab(s)(10 Milligram) oral 3 times a day

**brimonidine 0.15% ophthalmic solution** (brimonidine ophthalmic)
Take 1 Drops 3 times a day

**clonazePAM 0.5 mg oral tablet** (clonazePAM)
Take 1 tab(s)(0.5 Milligram) oral 3 times a day

**FLUoxetine 40 mg oral capsule** (FLUoxetine)
Take 1 cap(40 Milligram) oral daily

**pramipexole 1 mg oral tablet** (pramipexole)
Take 1 tab(s)(1 Milligram) oral 3 times a day

**rizatriptan 10 mg oral tablet** (rizatriptan)
Take 1 tab(s)(10 Milligram) oral daily

**Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution** (dulaglutide)
Take 1.5 Milligram subcutaneous

## New Medications this Visit

**New Prescriptions**

No medications documented

**Medications Administered During Your Visit**

No medications documented

## Vitals and Measurements this Visit (last charted value for your 05/31/2022 visit)

**Height::** 65 in
**Weight::** 172 lb
**Body Mass Index::** 28.62 kg/m2
**BSA:** 1.89 m2
**Temperature Temporal:** 97 DegF
**Systolic Blood Pressure:** 120 mmHg
**Diastolic Blood Pressure:** 80 mmHg
**Mean Arterial Pressure:** 93 mmHg
**Peripheral Pulse Rate:** 107 bpm
**Oxygen Saturation:** 97 %
**Respiratory Rate:** 12 br/min

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Discharge Documentation*

## Laboratory and Radiology this Visit (last charted value for your 05/31/2022 visit)

No Laboratory and Radiology documented

## Orders this Visit

No visit orders documented

## Diagnoses this Visit

Excessive daytime sleepiness (G47.19)

Obstructive sleep apnea (G47.33)

Restless leg (G25.81)

## Referral and Consult Requests this Visit

No Referral or Consults documented

## Procedures Documented this Visit

No Procedures documented

## Smoking Status

Never (less than 100 in lifetime)

### Future Appointments

No Future Appointments Scheduled

## Patient Education Materials Provided this Visit

No Patient Education documented

**Additional Visit Comments:**

*Doc - Procedures*

| | |
|---|---|
| Document Type: | Sleep Study |
| Service Date/Time: | 6/14/2022 08:48 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | Greene PA-C,Gabriel (7/1/2022 08:18 EDT); SMARTT,VIKI (6/23/2022 08:49 EDT) |

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB    MR# 35753 - Acct# 3744851    06/14/2022

# Starr Regional Sleep Diagnostic Center

*Accredited by the American Academy of Sleep Medicine*
719 Cook Dr. Suite 113 Athens, TN 37303
(423) 744-3489

**General Information**

**Name:** GALYON, ROBERTA
**ID:** 35753
**Sex:** Female
**Age:** 57 |

**BMI:** 28.62
**Height:** 65.0 in
**Weight:** 172.0 lb
**Date:** 6/14/2022

**Physician:** NICHOLS, PHILLIP
**Technician:** Davis, Jon
**Print Date:** 6/21/2022
**Scorer:** Jon Davis

**Medical & Medication History**

Chronic GERD, Diaphragmatic hernia, Fibromyositis, Iron deficiency anemia, Migraine, Morbid obese, OSA, Restless legs, Type 2 diabetes.
Rizatriptan, Pramipexole, Fluoxetine, Clonazepam, Atorvastatin, Baclofen, Brimonidine

**Sleep Disorder**

OSA

**Comments**

The tech used a P-10 for her with small pillows. Her mouth kept opening up in REM and causing arousals. She will need a chin strap if she uses this mask at home. She seemed to do best at 6 cm on CPAP.

**Baseline Sleep Stage Information**

**Baseline start time:** 10:38:06 PM    **Baseline end time:** 01:20:26 AM

| Time | Total | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|
| Recording | 2h 42.5m | 2h 42.5m | 0h 0.0m | 0h 0.0m | 0h 0.0m |
| Sleep | 2h 29.5m | 2h 29.5m | 0h 0.0m | 0h 0.0m | 0h 0.0m |

| Latency | N1 | N2 | N3 | REM | Onset | Eff. |
|---|---|---|---|---|---|---|
| Actual | 0h 0.0m | 0h 1.5m | 0h 11.5m | 79 minutes | 0h 3.0m | 92.00% |
| Normal | | | | 1h 25.7m | 0h 10.6m | 93.00% |

| Stg Dur | Wake | N1 | N2 | N3 | REM |
|---|---|---|---|---|---|
| Total | 13.0 | 13.0 | 39.5 | 78.5 | 18.5 |
| Supine | 13.0 | 13.0 | 39.5 | 78.5 | 18.5 |
| Side | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Stg % | N1 | N2 | N3 | REM |
|---|---|---|---|---|
| Total | 8.7 | 26.4 | 52.5 | 12.4 |
| Normal | 4.8 | 57.8 | 10.6 | 21.8 |
| Supine | 8.7 | 26.4 | 52.5 | 12.4 |
| Side | 0.0 | 0.0 | 0.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.0 | 0.0 | 0.0 | 0.0 |

**CPAP Sleep Stage Information**

**CPAP start time:** 01:20:26 AM    **CPAP end time:** 06:06:48 AM

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:17PM    Professional Sleep Diagnostic    No. 5299 P. 2/10



Lincoln/Galyon 0500

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB    MR# 35753 - Acct# 3744851    06/14/2022

| Time | Total | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|
| Recording (TRT) | 4h 46.0m | 4h 46.0m | 0h 0.0m | 0h 0.0m | 0h 0.0m |
| Sleep (TST) | 4h 40.0m | 4h 40.0m | 0h 0.0m | 0h 0.0m | 0h 0.0m |

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:18PM Professional Sleep Diagnostic No. 5299 P. 3/10

Facility: n/a



Lincoln/Galyon 0501

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA • DOB　　MR# 35753 • Acct# 3744851　　06/14/2022

| Latency | N1 | N2 | N3 | REM | Onset | Eff. |
|---|---|---|---|---|---|---|
| Actual | 0h 0.0m | 0h 2.5m | 0h 19.0m | 60 minutes | 0h 3.0m | 97.90% |
| Normal | | | | 1h 25.7m | 0h 10.6m | 93.00% |

| Stg Dur | Wake | N1 | N2 | N3 | REM |
|---|---|---|---|---|---|
| Total | 6.0 | 14.5 | 122.0 | 59.0 | 84.5 |
| Supine | 6.0 | 14.5 | 122.0 | 59.0 | 84.5 |
| Side | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Stg % | N1 | N2 | N3 | REM |
|---|---|---|---|---|
| Total | 5.2 | 43.6 | 21.1 | 30.2 |
| Normal | 4.8 | 57.8 | 10.6 | 21.8 |
| Supine | 5.2 | 43.6 | 21.1 | 30.2 |
| Side | 0.0 | 0.0 | 0.0 | 0.0 |
| Prone | 0.0 | 0.0 | 0.0 | 0.0 |
| Upright | 0.0 | 0.0 | 0.0 | 0.0 |

**Baseline Respiratory Information**

| Apnea Summary | | | Sub | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|---|---|
| Total | 4 | Total | 4 | 4 | 0 | 0 | 0 |
| | | REM | 2 | 2 | 0 | 0 | 0 |
| | | NREM | 2 | 2 | 0 | 0 | 0 |
| Obs | 3 | REM | 1 | 1 | 0 | 0 | 0 |
| | | NREM | 2 | 2 | 0 | 0 | 0 |
| Mix | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| Cen | 1 | REM | 1 | 1 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |

| Hypopnea Summary | | | Sub | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|---|---|
| Total | 33 | Total | 33 | 33 | 0 | 0 | 0 |
| | | REM | 3 | 3 | 0 | 0 | 0 |
| | | NREM | 30 | 30 | 0 | 0 | 0 |
| Obs | 33 | REM | 3 | 3 | 0 | 0 | 0 |
| | | NREM | 30 | 30 | 0 | 0 | 0 |
| Mix | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| Cen | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |

| AHI | | Total | Obs | Mix | Cen |
|---|---|---|---|---|---|
| 14.85 | Apnea | 1.61 | 1.20 | 0.00 | 0.40 |
| | Hypopnea | 13.24 | 13.24 | 0.00 | 0.00 |

| | Total | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|
| Position AHI | 14.85 | 14.85 | 0.00 | 0.00 | 0.00 |
| REM AHI | 16.22 | | | | |
| NREM AHI | 14.66 | | | | |

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:18PM Professional Sleep Diagnostic No. 5299 P. 4/10

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB MR# 35753 - Acct# 3744851 06/14/2022

**CPAP Respiratory Information**

| Apnea Summary | | | Sub | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|---|---|
| Total | 5 | Total | 5 | 5 | 0 | 0 | 0 |
| | | REM | 4 | 4 | 0 | 0 | 0 |
| | | NREM | 1 | 1 | 0 | 0 | 0 |
| Obs | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| Mix | 2 | REM | 2 | 2 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| Cen | 3 | REM | 2 | 2 | 0 | 0 | 0 |
| | | NREM | 1 | 1 | 0 | 0 | 0 |

| Hypopnea Summary | | | Sub | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|---|---|
| Total | 5 | Total | 5 | 5 | 0 | 0 | 0 |
| | | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 5 | 5 | 0 | 0 | 0 |
| Obs | 5 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 5 | 5 | 0 | 0 | 0 |
| Mix | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |
| Cen | 0 | REM | 0 | 0 | 0 | 0 | 0 |
| | | NREM | 0 | 0 | 0 | 0 | 0 |

| AHI | | Total | Obs | Mix | Cen |
|---|---|---|---|---|---|
| 2.14 | Apnea | 1.07 | 0.00 | 0.43 | 0.64 |
| | Hypopnea | 1.07 | 1.07 | 0.00 | 0.00 |

| | Total | Supine | Side | Prone | Upright |
|---|---|---|---|---|---|
| Position AHI | 2.14 | 2.14 | 0.00 | 0.00 | 0.00 |
| REM AHI | 2.84 | | | | |
| NREM AHI | 1.84 | | | | |

**Desaturation Information (Baseline)**

| | <100% | <90% | <80% | <70% | <60% | <50% | <40% |
|---|---|---|---|---|---|---|---|
| Supine | 17 | 3 | 0 | 0 | 0 | 0 | 0 |
| Side | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prone | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Upright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 17 | 3 | 0 | 0 | 0 | 0 | 0 |

Time spent <89%: 0.07m Desaturation threshold setting: 4%

SaO2 nadir during wake: 92% SaO2 nadir REM: 92%

SaO2 nadir NREM:88% Mean O2 saturation during sleep: 94%

The longest event was a 44 sec obstructive Hypopneawith a minimum SaO2 of 91%.

The lowest SaO2 was 88% associated with a 32 sec obstructive Hypopnea.

**Desaturation Information (CPAP)**

| | <100% | <90% | <80% | <70% | <60% | <50% | <40% |
|---|---|---|---|---|---|---|---|
| Supine | 11 | 3 | 0 | 0 | 0 | 0 | 0 |
| Side | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prone | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Upright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 11 | 3 | 0 | 0 | 0 | 0 | 0 |

Time spent <89%:0.48m Desaturation threshold setting: 4%

SaO2 nadir during wake: 94.0% SaO2 nadir REM: 83%

SaO2 nadir NREM: 91% Mean O2 saturation during sleep: 95%

The longest event was a 35 sec obstructive Hypopnea with a minimum SaO2 of 96%.

The lowest SaO2 was 90% associated with a 21 sec mixed Apnea.

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:19PM Professional Sleep Diagnostic No. 5299 P. 5/10



Lincoln/Galyon 0503

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI ***

GALYON, ROBBRTA - DOB [redacted] MR# 35753 - Acct# 3744851 06/14/2022

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:19PM Professional Sleep Diagnostic No. 5299 P. 6/10

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB MR# 35753 - Acct# 3744851 06/14/2022

**Awakening/Arousal Information (Baseline)**

| | |
|---|---|
| # of Awakenings | 1 |
| Wake after sleep onset | 10.0m |

| Arousal Assoc. | Arousals | Index |
|---|---|---|
| Apneas | 3 | 1.2 |
| Hypopneas | 18 | 7.2 |
| Leg Movements | 15 | 6.0 |
| Snore | 0.0 | 0.0 |
| PTT Arousals | 0 | 0.0 |
| Spontaneous | 13 | 5.2 |
| Total | 45 | 18.1 |

**Awakening/Arousal Information (CPAP)**

| | |
|---|---|
| # of Awakenings | 0 |
| Wake after sleep onset | 3.0m |

| Arousal Assoc. | Arousals | Index |
|---|---|---|
| Apneas | 2 | 0.4 |
| Hypopneas | 2 | 0.4 |
| Leg Movements | 27 | 5.8 |
| Snore | 0.0 | 0.0 |
| PTT Arousals | 0 | 0.0 |
| Spontaneous | 40 | 8.6 |
| Total | 71 | 15.2 |

**EKG Rates (Baseline)**

| EKG | Avg | Max | Min |
|---|---|---|---|
| Awake | 68 | 86 | 54 |
| Asleep | 64 | 82 | 48 |

**EKG Rates (CPAP)**

| EKG | Avg | Max | Min |
|---|---|---|---|
| Awake | 65 | 81 | 54 |
| Asleep | 61 | 85 | 44 |

**EKG Events:** N/A

**EKG Events:** N/A

**Myoclonus Information (Baseline)**

| PLMS | LMs | Index |
|---|---|---|
| Total LMs during PLMS | 23 | 9.2 |
| LMs w/ Microarousals | 8 | 3.2 |

| LM | LMs | Index |
|---|---|---|
| w/ Microarousal | 8 | 3.2 |
| w/ Awakening | 17 | 6.8 |
| w/ Resp Event | 2 | 0.8 |
| Spontaneous | 43 | 17.3 |
| Total | 52 | 20.9 |

**Myoclonus Information (CPAP)**

| PLMS | LMs | Index |
|---|---|---|
| Total LMs during PLMS | 22 | 4.7 |
| LMs w/ Microarousals | 13 | 2.8 |

| LM | LMs | Index |
|---|---|---|
| w/ Microarousal | 14 | 3.0 |
| w/ Awakening | 13 | 2.8 |
| w/ Resp Event | 0 | 0.0 |
| Spontaneous | 44 | 9.4 |
| Total | 58 | 12.4 |

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:20PM Professional Sleep Diagnostic No. 5299 P. 7/10

Facility: n/a



Lincoln/Galyon 0505

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB [redacted] MR# 35753 - Acct# 3744851 06/14/2022

| | Phase | BASELINE | THERAPY | THERAPY | THERAPY |
|---|---|---|---|---|---|
| Pressure Settings | Protocol | - | - | - | - |
| | Max Pressure | - | - | - | - |
| | IPAP | 00 | 05 | 06 | - |
| | EPAP | 00 | - | - | 06 |
| | PS | - | - | - | 01 |
| | Device | - | - | - | - |
| | Mask | - | P10 small | P10 small | P10 small |
| | Backup Rate | - | - | - | - |
| | Humidity | - | - | - | 04 |
| Time | TRT | 162.5m | 20.5m | 177.0m | 88.5m |
| | TST | 149.5m | 17.5m | 176.0m | 86.5m |
| | Event Epoch | 18 | 343 | 384 | 738 |
| Sleep Stage | % Wake | 8.0 | 14.6 | 0.6 | 2.3 |
| | % REM | 12.4 | 0.0 | 18.8 | 59.5 |
| | % N1 | 8.7 | 22.9 | 4.3 | 3.5 |
| | % N2 | 26.4 | 77.1 | 46.3 | 31.2 |
| | % N3 | 52.5 | 0.0 | 30.7 | 5.8 |
| Respiratory | Total Events | 37 | 5 | 1 | 4 |
| | Obs. Apn. | 3 | 0 | 0 | 0 |
| | Mixed Apn. | 0 | 0 | 0 | 2 |
| | Cen. Apn. | 1 | 1 | 0 | 2 |
| | Obs. Hyp. | 33 | 4 | 1 | 0 |
| | Cen. Hyp. | 0 | 0 | 0 | 0 |
| | AHI | 14.85 | 17.14 | 0.34 | 2.77 |
| | Supine AHI | 14.85 | 17.14 | 0.34 | 2.77 |
| | Prone AHI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Side AHI | 0.00 | 0.00 | 0.00 | 0.00 |
| Respiratory (4%) | Obs. Hyp. (4%) | 18.00 | 0.00 | 0.00 | 0.00 |
| | Cen. Hyp. (4%) | 0.00 | 0.00 | 0.00 | 0.00 |
| | AHI (4%) | 8.83 | 3.43 | 0.00 | 2.77 |
| | Supine AHI (4%) | 8.83 | 3.43 | 0.00 | 2.77 |
| | Prone AHI (4%) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Side AHI (4%) | 0.00 | 0.00 | 0.00 | 0.00 |
| Desat Profile | <= 90% | 1.3m | 0.0m | 0.0m | 1.1m |
| | <= 80% | 0.0m | 0.0m | 0.0m | 0.0m |
| | <= 70% | 0.0m | 0.0m | 0.0m | 0.0m |
| | <= 60% | 0.0m | 0.0m | 0.0m | 0.0m |
| Arousal Index | Apnea | 1.2 | 0.0 | 0.0 | 1.4 |
| | Hypopnea | 7.2 | 6.9 | 0.0 | 0.0 |
| | LM | 6.0 | 0.0 | 6.1 | 6.2 |
| | Spontaneous | 5.2 | 10.3 | 9.2 | 6.9 |

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:20PM Professional Sleep Diagnostic No. 5299 P. 8/10



Lincoln/Galyon 0506

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB MR# 35753 - Acct# 3744851 06/14/2022

**Procedure:** Split-night polysomnogram.

**Indications for study:** Prior to scheduling this polysomnogram, ROBERTA GALYON, a 57 year old Female was referred to Starr Regional Sleep Diagnostic Center for evaluation of snoring and daytime fatigue. ROBERTA GALYON was seen in clinic and presented with complaints of possible sleep apnea. Secondary complaints were also discussed and polysomnography was scheduled. The patient's Epworth Sleepiness Score is 22 out of a possible 24.

**Medications:** Rizatriptan, Pramipexole, Fluoxetine, Clonazepam, Atorvastatin, Baclofen, Brimonidine

**Polysomnogram Analysis:** A full, attended polysomnogram was conducted at Starr Regional Sleep Diagnostic Center. Standard recording of eye movements, electroencephalogram, submental, and anterior tibial muscle activity, and electrocardiogram were obtained. Nasal airflow and snoring were monitored via thermocouple and nasal pressure monitors during the diagnostic portion of the study, and via the PAP interface during the PAP titration. Respiratory effort was measured by RIP belts. Oximetry signal from a finger probe was interfaced with the sleep acquisition system.

There were 2h 42.5m minutes of recording time during the diagnostic portion of the study. Lights out occurred at 10:38:06 PM. There were 2h 29.5m of sleep recorded for a sleep efficiency of 92.00%. Sleep onset occurred after 0h 3.0m. Sleep architecture revealed 8.7 percent NREM 1, 26.4 percent NREM 2, and 52.5 percent slow wave sleep. REM sleep represented 12.4 percent of the diagnostic portion of the study with a REM latency of 79 minutes.

During the diagnostic portion of the study, sleep disordered respiration was observed to an overall apnea/hypopnea index of 14.85 events per hour. These events consisted of a total of 3 obstructive apneas, 0 mixed apneas, 1 central apneas, and 33 hypopneas. These events resulted in arterial desaturations to a minimum of 83.0%.

snoring was documented by the attending technologist during the diagnostic portion of the study.

Following the identification of sleep disordered breathing, PAP was initiated and titrated to effective pressures. There were 286.0 of recording time during the treatment portion of the test. There were 4h 40.0m minutes of sleep recorded for a sleep efficiency of 97.90%. Sleep architecture revealed 5.2 percent NREM 1, 43.6 percent NREM 2, and 21.1 percent slow wave sleep. REM sleep represented 30.2 percent of the diagnostic portion with a REM latency of 60 minutes.

Sleep disorderd respiration was attenuated while on PAP to an overall apnea-hypopnea index of 2.1 events per hour. These consisted of 0.0 obstructive apneas, 2.0 mixed apneas, and 3.0 hypopneas. These events resulted in arterial desaturations to a minimum of 83.0%.

Periodic limb movements during sleep were observed, with an index of 6.3, and an index with arousal of 2.9.

The electrocardiogram summary revealed an average heart rate of 62 beats per minute with a maximum heart rate of 85 beats per minute and a minimum heart rate of 44 beats per minute during sleep.

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:20PM Professional Sleep Diagnostic No. 5299 P. 9/10

Facility: n/a



Lincoln/Galyon 0507

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Sleep Study - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; SMARTT, VIKI *

GALYON, ROBERTA - DOB MR# 35753 - Acct# 3744851 06/14/2022

**Impression:**

1. Patient exhibits fair quality sleep during baseline polysomnogram. Sleep duration is reduced. Sleep stages indicate reduced REM sleep.

2. Moderate obstructive sleep apnea with REM AHI of 16.2, NREM AHI of 14.7, Total AHI 15.3 and oxygen desaturations down to 88.0% during baseline polysomnogram.

3. Well controlled obstructive sleep apnea with CPAP and nasal pillow mask.

4. PLMS index is 6.3, which is normal.

5. EKG with normal sinus rhythm

**Plan:**

1. CPAP 6 cm/H2O with P10 nasal pillow mask (small)

2. Follow up in the sleep center in 4 weeks after receiving CPAP with Gabe Greene, PA.

Digitally Signed By:
Phillip Nichols, MD on 2022/06/21 11:20:37.

Jun. 21. 2022 1:21PM Professional Sleep Diagnostic No. 5299 P. 10/10



**Lincoln/Galyon 0508**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Consent Forms |
| Service Date/Time: | 5/31/2022 10:43 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | NO SHOW FEE FORM |
| Sign Information: | BEST,LISA (5/31/2022 10:44 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Consent Forms - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

StatCare
*Excellence. Every Patient. Every Time.*

## 24 Hour Cancellation & No-Show Fee Policy

Each time a patient misses an appointment without providing proper notice, another patient is prevented from receiving care. Therefore, StatCare Pulmonary reserves the right to charge a fee of $40.00 for all missed appointments ("no shows") and appointments which, absent a compelling reason, are not cancelled with a 24-hour advance notice.

"No Show" fees will be billed to the patient. This fee is not covered by insurance and must be paid prior to your next appointment. Multiple "no shows" in any 12-month period may result in termination from our practice.

- Any established patient who fails to show or cancel an appointment with at least a 24-hour notice, will be considered a "no show" and charged a $40.00 fee.
- Three "no shows" is cause for dismissal from StatCare as a patient.
- Any new patient who fails to show for their appointment 3 times, will not be rescheduled.
- The fee is charged to the patient, not the insurance company, and is due at the time of the patient's next office visit and/or upon receipt of statement, whichever occurs first.
- StatCare, as a courtesy, makes every effort to remind patients of their appointments. Regardless of whether you receive a reminder call, the above Policy is in effect.

By signing below, you acknowledge that you have received this notice and understand this policy.

Printed Name: Roberta Lynn Galyon Date of Birth:

Patient or
Legal Guardian Signature: Roberta Lynn Galyon Date: 5/22/2022



Lincoln/Galyon 0510

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 428 of 1691 PageID #: 561

Person: GALYON, ROBERTA L    MRN: 478280    DOB:    Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Consent Forms |
| Service Date/Time: | 5/31/2022 10:42 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | CONSENT TO TREAT |
| Sign Information: | BEST,LISA (5/31/2022 10:43 EDT) |

* Consent Forms - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

**PATIENT CONSENT FOR MEDICAL TREATMENT**

I, the undersigned, am the patient, or the patient's duly authorized representative, and do hereby voluntarily consent to and authorize medical care and treatment by StatCare, through its individual, employees, and/or agents. This care and treatment encompass all diagnostic and therapeutic treatments considered necessary or advisable in the judgment of the physician and provided byStatCare.

I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatments or examinations performed by the physician or StatCare.

I understand that telemedicine (medical information exchanged from one site to another via electronic communications for the health of the patient, I) may be employed to facilitate my medical care. All electronic transmission of data will be restricted to authorized recipients in compliance with the Federal Health Insurance Portability and Accountability Act (HIPPA) and applicable state privacy laws.

I acknowledge that I received a copy of StatCare's Notice of Privacy Practices and I understand that the notice is also posted at each location where services are provided and on the internet at www.statcaremed.net. I consent to be called on my cell phone concerning healthcare services rendered to me.

To protect against the transmission of blood-borne diseases such as Hepatitis B and Acquired Immune Deficiency Syndrome, I understand that it may be necessary to test my blood for certain diseases while I am a patient of StatCare. I understand and consent that my blood, as well as the blood of any person accidently exposed to my blood will be tested. I further understand my blood will not be tested for these diseases unless ordered by my physician and the results of all tests will be kept confidential.

StatCare

I have read this form, or had it read to me, and I certify I fully understand and accept its contents unless noted.

Roberta Lynn Galyon — Patient Signature

Roberta Lynn Galyon — Patient Name – Printed

Excellence. Every Patient. Every Time.

5/22/2022 — Date

Patient,________________________________, is a minor or unable to sign.

| | |
|---|---|
| Signature of Legal Representative | Printed Name of Legal Representative |
| Relationship to Patient | Date |
| Witness | Date |

I, hereby authorize StatCare, to request for and or send information regarding my healthcare, lab/diagnostic results, appointments and/or billing and collections. The requesting individuals will be required to provide at least two of the following before any information will be sent to them: last four (4) digits of my SSN#, my date of birth or my address.

Roberta Lynn Galyon 5/22/2022 — Patient Signature and Date

1039 — Date of Birth and last 4 of SSN

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | HIPAA Privacy Documents |
| Service Date/Time: | 5/31/2022 10:41 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (5/31/2022 10:42 EDT) |

*** HIPAA Privacy Documents - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

## Patient Information

| Last Name: GAlyon | First Name: Roberta | MI: L |
|---|---|---|
| DOB: | Home Phone: N/A | Cell Phone: |
| Address: | | |

**Patient Privacy Directive**

*In our efforts to comply with the Health Insurance Portability and Accountability Act (HIPAA), we need to be certain that we guard your privacy according to your wishes when it comes to your family, friends, and co-workers.*

- May we leave automated phone messages with your listed phone #'s regarding your appointments:
  ☑ Yes ☐ No
- May we email non-secured information to you:
  ☑ Yes ☐ No
- May we text non-secured information to your cell phone:
  ☐ Yes ☐ No [illegible]
- Please provide us with the names and phone numbers that we may talk to regarding your appointments, treatment/results, and billing:

| | | | |
|---|---|---|---|
| Roberta Galyon + myself | Appointments | Treatment/Results | Billing |
| Scott Galyon | Appointments | Treatment/Results | Billing |
| Allison - Rodeer Jr | Appointments | Treatment/Results | Billing |
| | Appointments | Treatment/Results | Billing |

You must inform us *in writing* of any changes in your directives.

*Excellence. Every Patient. Every Time.*

I acknowledge that all of the above is accurate.

Roberta Lynn Galyon — Signature
Roberta Lynn Galyon — Printed Name
3/22/2022 — Date

I acknowledge I have seen or been offered a copy of the "Notice of Privacy Practices"

Roberta Lynn Galyon — Signature
Roberta Lynn Galyon — Printed Name
5/22/2022 — Date

Relationship if Legal Representative

Physician Office Representative



**Lincoln/Galyon 0514**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Facesheet |
| Service Date/Time: | 5/31/2022 10:39 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (5/31/2022 10:40 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

* Facesheet - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

StatCare
Excellence. Every Patient. Every Time.

PATIENT INFORMATION

| | |
|---|---|
| Name: Roberta Galyon | Date of Birth: |
| Sex: F | Social Security # |
| Address: | |
| City: | State: Zip: |
| Home Phone#: | Email |
| Cell Phone#: | Primary Care Provider: Timothy Collins |

EMERGENCY CONTACT INFORMATION

| | |
|---|---|
| Emergency Contact: | Emergency Phone#: |
| Scott Galyon | Relationship: Spouse |

GUARANTOR INFORMATION

| | |
|---|---|
| Name: Same | Date of Birth: |
| Address One: | Social Security#: |
| Address Two: | |
| City: | Employer: N/A Disable |
| State: Zip: | Employer Address: |
| Home Phone#: | Employer City: |
| Cell Phone#: | Employer State: Zip: |

INSURANCE INFORMATION

| | |
|---|---|
| Primary Insurance: BCBSTN | Secondary Insurance: |
| Certificate#: SHSW383345 | Certificate#: |
| Group Number: 80860 | Group Number: |
| Group Name: Blue Network | Group Name: |
| Subscriber Name: Scott Galyon | Subscriber Name: |
| Subscriber DOB: | Subscriber DOB: |

I acknowledge th t the information above is correct.

Roberta L. Galyon — Patient Signature

5/22/2022 — Date

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## *Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Insurance Documentation |
| Service Date/Time: | 5/31/2022 10:31 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | INS CARD |
| Sign Information: | BEST,LISA (5/31/2022 10:32 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Insurance Documentation - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***



of Tennessee

Tennessee State Group Insurance Program

SCOTT A
GALYON
Member ID
STTS00383345

| PLAN: | Deductible | Out-of-Pocket Max |
| --- | --- | --- |
| | IN NETWORK | |
| | Ind. $500 | Ind. $3600 |
| | Fam. $1000 | Fam. $7200 |
| | OUT OF NETWORK | |
| | Ind. $1000 | Ind. $7200 |
| | Fam. $2000 | Fam. $14400 |

Group No. 80860
BLUE NETWORK: S
Premier PPO

PPO

PLAN: Copayments
Office Visit $25
Specialist Visit $45
ER Visit $150
Urgent Care $45
[illegible] $15
Retail Clinic $25



Lincoln/Galyon 0518

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Insurance Documentation - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

of Tennessee

BCBST provides administrative services only and assumes no financial risk for claims.

Providers: Submit claims to your local BCBS Plan. Prior authorization required for admissions and certain medical services.

BCBST Claims Service Center
1 Cameron Hill Circle Suite 0002
Chattanooga, TN 37402-0002

Member Service: 1-800-558-6213
Network Provider Outside Tennessee: 1-800-810-2583 (BLUE)
Provider Service: Eligibility / ALL Prior Authorizations, (call to confirm) and Claims: 1-800-924-7141

For Pharmacy Benefits*: Call 1-877-322-[illegible]
For behavioral health and substance use services * call: 1-855-HERE-4-TN (1-855-437-3486)
*Group contracts separately for these services.

Members: Show this card and tell your provider to check for prior authorization to avoid additional costs. Check your benefit materials for details. Possession of this card does not guarantee eligibility for benefits.

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Patient Encounter Form |
| Service Date/Time: | 9/20/2022 11:30 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (9/20/2022 11:30 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Patient Encounter Form - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

**STATCARE OUTPATIENT, LLC**

**PATIENT INFORMATION**
ROBERTA L GALYON (478280)
[redacted]

**BALANCE INFORMATION**
INS: $0.00
SELF: $0.00

#2

TODAY'S CHARGES ________
AMOUNT PAID ________
CASH ________
CHECK# ________

**APPOINTMENT INFORMATION**

| DATE | TIME | LOCATION | PROVDER | DOB | SEX |
|---|---|---|---|---|---|
| 09/20/2022 | 11:20 am | ATHENS | Gabriel G Greene PA-C | [redacted] | F |

C/VISA/DISC/AMEX ________

COMMENTS
fu w gabe athens

| | |
|---|---|
| Primary Insurance: BCBS TN NETWK S | Secondary Insurance: |
| Certificate#: STTS00383345 | Certificate#: |
| Group Number: : | Group Number: |
| Group Name: | Group Name: |
| Subscriber Name: ROBERTA L GALYON | Subscriber Name: |
| Subscriber DOB: [redacted] | Subscriber DOB: |

**LABORATORY**

CBC
BMP
PT / PTT
ACE LEVEL
ESR CRP
ANA COMP PROFLE PLUS
ANA ds-DNA Ab Anti-CCP-Ab
Scl-70
ANCA Profile MPO antibody
PR3 antibody
Immunoglobulins (IgA, IgM, IgG)
IgE Level RAST
Alpha-1-Antitrypsin Level
Phenotype
Hypersensitivity Pneumonitis Panel

**SPUTUM STUDIES**

Routine gram stain and culture
AFB Smear and Culture
Fungal Smear and Culture
Diatherix or Biofire

**IMAGING / TESTING**

CT Chest w/o contrast
CT Chest with contrast
CT Chest PE protocol
CTA Triple Rule Out
Low Dose CT Chest
HRCT Chest ILD protocol
PET/CT Navigation cuts
Modified Barium Swallow
Esophogram / UGI
VQ Scan
Ultrasound Bilateral LE Venous
Echocardiogram Bubble Contrast
MPS
Methacholine
Plethysmography (Body Box)
Cardiopulmonary Exercise Study (CPEX)
Nocturnal Oximetry
6-min Walk

**CONSULTATIONS / REFERRALS**

Allergy
ENT
CT Surgery
Oncology
PH Referral
Radiation Oncology
Cardiology
Pulmonary Rehab
Wellness Clinic
Other

PFT
X-ray

| PATIENT INSTRUCTIONS | OBTAIN RECORDS: |
|---|---|
| Flutter Valve<br>Peak Flow monitor BID<br>Inhaler instruction<br>Provide School/Work Excuse | |

**NEXT APPOINTMENT:**

____ DAYS ____ WEEKS __3__ MONTHS ____ AS NEEDED Sutherland West Oak Ridge Johnson City

Facility: n/a



Lincoln/Galyon 0521

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## *Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Patient Encounter Form |
| Service Date/Time: | 7/22/2022 11:28 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (7/22/2022 11:29 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Patient Encounter Form - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

## STATCARE OUTPATIENT, LLC

**PATIENT INFORMATION**
ROBERTA L GALYON (478280)
[redacted]

**BALANCE INFORMATION**
INS: $0.00
SELF: $0.00

(3)

TODAY'S CHARGES ________
AMOUNT PAID ________
CASH ________
CHECK# ________
C/VISA/DISC/AMEX ________

**APPOINTMENT INFORMATION**

| DATE | TIME | LOCATION | PROVDER | DOB | SEX |
|---|---|---|---|---|---|
| 07/22/2022 | 11:20 am | ATHENS | Gabriel G Greene PA-C | [redacted] | F |

COMMENTS
FU AFTER SLEEP STUDY

| | |
|---|---|
| Primary Insurance: BCBS TN NETWK S | Secondary Insurance: |
| Certificate#: STTS00383345 | Certificate#: |
| Group Number: : | Group Number: |
| Group Name: | Group Name: |
| Subscriber Name: ROBERTA L GALYON | Subscriber Name: |
| Subscriber DOB: [redacted] | Subscriber DOB: |

**LABORATORY**
- ☐ CBC
- ☐ BMP
- ☐ PT / PTT
- ☐ ACE LEVEL
- ☐ ESR ☐ CRP
- ☐ ANA COMP PROFLE PLUS
- ☐ ANA ☐ ds-DNA Ab ☐ Anti-CCP-Ab
- ☐ Scl-70
- ☐ ANCA Profile ☐ MPO antibody
- ☐ PR3 antibody
- ☐ Immunoglobulins (IgA, IgM, IgG)
- ☐ IgE Level ☐ RAST
- ☐ Alpha-1-Antitrypsin ☐ Level
- ☐ Phenotype
- ☐ Hypersensitivity Pneumonitis Panel

**SPUTUM STUDIES**
- ☐ Routine gram stain and culture
- ☐ AFB Smear and Culture
- ☐ Fungal Smear and Culture
- ☐ Diatherix or Biofire

**IMAGING / TESTING**
- ☐ CT Chest w/o contrast
- ☐ CT Chest with contrast
- ☐ CT Chest PE protocol
- ☐ CTA Triple Rule Out
- ☐ Low Dose CT Chest
- ☐ HRCT Chest ILD protocol
- ☐ PET/CT ☐ Navigation cuts
- ☐ Modified Barium Swallow
- ☐ Esophogram / UGI
- ☐ VQ Scan
- ☐ Ultrasound Bilateral LE Venous
- ☐ Echocardiogram ☐ Bubble Contrast
- ☐ MPS
- ☐ Methacholine
- ☐ Plethysmography (Body Box)
- ☐ Cardiopulmonary Exercise Study (CPEX)
- ☐ Nocturnal Oximetry
- ☐ 6-min Walk

**CONSULTATIONS / REFERRALS**
- ☐ Allergy
- ☐ ENT
- ☐ CT Surgery
- ☐ Oncology
- ☐ PH Referral
- ☐ Radiation Oncology
- ☐ Cardiology
- ☐ Pulmonary Rehab
- ☐ Wellness Clinic
- ☐ Other
- ☐ PFT
- ☐ X-ray

**PATIENT INSTRUCTIONS**
- ☐ Flutter Valve
- ☐ Peak Flow monitor BID
- ☐ Inhaler instruction
- ☐ Provide School/Work Excuse

pt w/ call

☐ OBTAIN RECORDS:

**NEXT APPOINTMENT:** (TB) f/u 30-90 days after pt receives CPAP

_____ DAYS _____ WEEKS _____ MONTHS _____ AS NEEDED ☐ Sutherland ☐ West ☐ Oak Ridge ☐ Johnson City

☐ Schedule with NURSE PRACTITIONER (circled) ☐ Same Day as Physician ☐ MD only ☐ Establish with MD ☐ In-House (Clinic) ☐ Video

PA

Facility: n/a



**Lincoln/Galyon 0523**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Patient Encounter Form |
| Service Date/Time: | 6/21/2022 13:55 EDT |
| Result Status: | Modified |
| Document Title: | SLEEP-ATHENS SLEEP CTR |
| Sign Information: | Ezell ,Lloyd (6/24/2022 13:56 EDT); Ezell ,Lloyd (6/24/2022 13:56 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Admission Note - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; Ezell , Lloyd ***

Roberta Galyon

PATIENT LABEL

DATE:

ATHENS SLEEP CENTER

| | |
|---|---|
| 472.831 | Inadequate Sleep Hygiene |
| 347.00 | Insomnia |
| | Insomnia due to Mental Disorder |
| | Insomnia due to Medical Condition |
| | Primary/Chronic Insomnia |
| | PLMS |
| | RLS |
| | Sleep Related Bruxism |
| | Sleep Related Leg Cramps |
| | Sleep Related Movement Disorder |
| | Anxiety Disorder |
| | Asthma |
| | Chronic Respiratory Failure |
| | COPD |
| | Dependence on CPAP |
| | Dry Mouth |
| | Hypertension |
| | Iron Deficiency |
| | Obesity/Overweight |

PHYSICIAN SIGNATURE: [signature] 6-21-22

6 retrns trap + PI(s)



Lincoln/Galyon 0525

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 443 of 1691 PageID #: 576

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Doc - Administrative-Scanned Documents*

| | |
|---|---|
| Document Type: | Patient Encounter Form |
| Service Date/Time: | 5/31/2022 11:24 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | |
| Sign Information: | BEST,LISA (5/31/2022 11:26 EDT) |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

* Patient Encounter Form - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA *

**STATCARE OUTPATIENT, LLC**

**PATIENT INFORMATION**

ROBERTA GALYON (478280)

**BALANCE INFORMATION**

INS: $0.00
SELF: $0.00

#1

TODAY'S CHARGES ________
AMOUNT PAID ________
CASH ________
CHECK# ________

**APPOINTMENT INFORMATION**

| DATE | TIME | LOCATION | PROVDER | DOB | SEX |
|---|---|---|---|---|---|
| 05/31/2022 | 11:20 am | ATHENS | Gabriel G Greene PA-C | [redacted] | F |

C/VISA/DISC/AMEX ________

COMMENTS
OSA

| Primary Insurance: BCBS NETWORK P | Secondary Insurance: |
|---|---|
| Certificate#: STTS00383345 | Certificate#: |
| Group Number: :80860 | Group Number: |
| Group Name: | Group Name: |
| Subscriber Name: SCOTT A GALYON | Subscriber Name: |
| Subscriber DOB: 09/14/1956 | Subscriber DOB: |

**LABORATORY**

CBC
BMP
PT / PTT
ACE LEVEL
ESR CRP
ANA COMP PROFLE PLUS
ANA ds-DNA Ab Anti-CCP-Ab
Scl-70
ANCA Profile MPO antibody
PR3 antibody
Immunoglobulins (IgA, IgM, IgG)
IgE Level RAST
Alpha-1-Antitrypsin Level
Phenotype
Hypersensitivity Pneumonitis Panel

**SPUTUM STUDIES**

Routine gram stain and culture
AFB Smear and Culture
Fungal Smear and Culture
Diatherix or Biofire

**IMAGING / TESTING**

CT Chest w/o contrast
CT Chest with contrast
CT Chest PE protocol
CTA Triple Rule Out
Low Dose CT Chest
HRCT Chest ILD protocol
PET/CT Navigation cuts
Modified Barium Swallow
Esophogram / UGI
VQ Scan
Ultrasound Bilateral LE Venous
Echocardiogram Bubble Contrast
MPS
Methacholine
Plethysmography (Body Box)
Cardiopulmonary Exercise Study (CPEX)
Nocturnal Oximetry
6-min Walk

**CONSULTATIONS / REFERRALS**

Allergy
ENT
CT Surgery
Oncology
PH Referral
Radiation Oncology
Cardiology
Pulmonary Rehab
Wellness Clinic
Other

PFT
X-ray

f/u after split night PSG

| PATIENT INSTRUCTIONS | OBTAIN RECORDS: |
|---|---|
| Flutter Valve<br>Peak Flow monitor BID<br>Inhaler Instruction<br>Provide School/Work Excuse | |

**NEXT APPOINTMENT:**

_____ DAYS _____ WEEKS _____ MONTHS _____ AS NEEDED Sutherland West Oak Ridge Johnson City

Schedule with NURSE PRACTITIONER Same Day as Physician MD only Establish with MD In-House (Clinic) Video

Facility: n/a



Lincoln/Galyon 0527

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Forms - Ambulatory Intake

| | |
|---|---|
| Document Type: | Intake Form |
| Service Date/Time: | 9/20/2022 10:55 EDT |
| Result Status: | Auth (Verified) |
| Document Title: | Comprehensive Intake |
| Sign Information: | Miller,Cristi (9/20/2022 10:55 EDT) |

**Comprehensive Intake Entered On: 9/20/2022 10:56 AM EDT**
**Performed On: 9/20/2022 10:55 AM EDT by Miller, Cristi**

**Summary**
*Chief Complaint :* in office- follow up with Gabe
PCP- Timothy Collins
*Weight Measured :* 171 lb(Converted to: 171 lb 0 oz, 77.564 kg)
*Height Measured :* 65 in(Converted to: 5 ft 5 in, 165.10 cm)
*Body Mass Index :* 28.45 kg/m2 (HI)
*Body Surface Area :* 1.88 m2
*Systolic Blood Pressure :* 120 mmHg
*Diastolic Blood Pressure :* 80 mmHg
*Mean Arterial Pressure :* 93 mmHg
*Apical Heart Rate :* 90 bpm
*BP Method :* Manual
*HR Method :* Electronic
*Temperature Temporal :* 97.3 DegF(Converted to: 36.3 DegC)
*Respiratory Rate :* 12 br/min (LOW)
*Oxygen Saturation :* 98 %
*Race :* Caucasian
*Languages :* English
*Ethnicity :* Not Hispanic or Latino

Miller, Cristi - 9/20/2022 10:55 AM EDT

**Problems**

(As Of: 9/20/2022 10:56:41 AM EDT)

Problems(Active)

| | |
|---|---|
| Chronic GERD (SNOMED CT :353135014 ) | *Name of Problem:* Chronic GERD ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 353135014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Diaphragmatic hernia (SNOMED CT :67185017 ) | *Name of Problem:* Diaphragmatic hernia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 67185017 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Fibromyositis (SNOMED CT :41382010 ) | *Name of Problem:* Fibromyositis ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 41382010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life* |

## Forms - Ambulatory Intake

| | |
|---|---|
| | *Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Iron deficiency anemia (SNOMED CT :145104011 ) | *Name of Problem:* Iron deficiency anemia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 145104011 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Migraine (SNOMED CT :63055014 ) | *Name of Problem:* Migraine ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 63055014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:58 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Morbid obesity (SNOMED CT :356968010 ) | *Name of Problem:* Morbid obesity ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 356968010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Obstructive sleep apnea (SNOMED CT :129889015 ) | *Name of Problem:* Obstructive sleep apnea ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 129889015 ; *Contributor System:* PowerChart ; *Last Updated:* 7/22/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT ; *Comments:*<br><br>7/22/2022 2:00 PM - Greene PA-C, Gabriel<br>She does have a Airsense 10 CPAP machine at home, she does not use it currently. The pressure settings on it are not correct. Split night PSG from 6/14/22 at a weight of 172 pounds: Overall AHI 14.85. Oxygen nadir 92%. Sleep efficiency 92%. PLM index 6.3. During titration portion, CPAP of 6 cm H2O with P10 nasal pillows mask was recommended. |
| Restless leg (SNOMED CT :54935015 ) | *Name of Problem:* Restless leg ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 54935015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Type 2 diabetes mellitus (SNOMED CT :197761014 ) | *Name of Problem:* Type 2 diabetes mellitus ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 197761014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

**Meds / Allergies**

(As Of: 9/20/2022 10:56:41 AM EDT)

Allergies (Active)

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## *Forms - Ambulatory Intake*

| | |
|---|---|
| No known allergies | *Estimated Onset Date:* Unspecified ; *Created By:* Miller, Cristi; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No known allergies ; *Type:* Allergy ; *Updated By:* Miller, Cristi; *Reviewed Date:* 9/20/2022 10:56 AM EDT |

Medication List

(As Of: 9/20/2022 10:56:41 AM EDT)

*Home Meds*

| | |
|---|---|
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab(s), Oral, daily, 90 tab(s), 0 Refill(s) ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 5/25/2022 1:56:02 PM EDT |
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 5/25/2022 1:56:13 PM EDT |
| brimonidine ophthalmic | : brimonidine ophthalmic ; *Status:* Documented ; *Ordered As Mnemonic:* brimonidine 0.15% ophthalmic solution ; *Simple Display Line:* 1 drop(s), tid, 0 Refill(s) ; *Catalog Code:* brimonidine ophthalmic ; *Order Dt/Tm:* 5/25/2022 1:56:40 PM EDT |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 5/25/2022 1:57:50 PM EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 1.5 mg, Subcutaneous, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 5/25/2022 1:58:43 PM EDT |
| FLUoxetine | : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 cap(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 5/25/2022 1:58:03 PM EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 5/25/2022 1:58:19 PM EDT |
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 5/25/2022 1:58:30 PM EDT |

**Past Medical History**

*Forms - Ambulatory Intake*

Past Medical History

(As Of: 9/20/2022 10:56:41 AM EDT)

**Procedures / Surgeries**

-

Procedure History

(As Of: 9/20/2022 10:56:41 AM EDT)

---

| | |
|---|---|
| Document Type: | Intake Form |
| Service Date/Time: | 7/22/2022 10:53 EDT |
| Result Status: | Modified |
| Document Title: | Comprehensive Intake |
| Sign Information: | Trujillo,Victoria (7/22/2022 11:06 EDT); Trujillo,Victoria (7/22/2022 10:53 EDT) |

**Comprehensive Intake Entered On: 7/22/2022 10:58 AM EDT**
**Performed On: 7/22/2022 10:53 AM EDT by Trujillo, Victoria**

**Summary**
*Weight Measured :* 171 lb(Converted to: 171 lb 0 oz, 77.56 kg)
*Body Mass Index :* 28.45 kg/m2 (HI)
*Body Surface Area :* 1.88 m2
*Systolic Blood Pressure :* 128 mmHg
*Diastolic Blood Pressure :* 80 mmHg
*Mean Arterial Pressure :* 96 mmHg
*Peripheral Pulse Rate :* 98 bpm
*Oxygen Saturation :* 97 %

Trujillo, Victoria - 7/22/2022 11:06 AM EDT

*Chief Complaint :* In office sleep study follow up: OSA
PCP Timothy Collins
*Height Measured :* 65 in(Converted to: 5 ft 5 in, 165.10 cm)
*Temperature Temporal :* 97.6 DegF(Converted to: 36.4 DegC)
*Respiratory Rate :* 14 br/min
*Race :* Caucasian
*Languages :* English
*Ethnicity :* Not Hispanic or Latino

Trujillo, Victoria - 7/22/2022 10:53 AM EDT

**Problems**

(As Of: 7/22/2022 10:58:19 AM EDT)

Problems(Active)

| | |
|---|---|
| Chronic GERD (SNOMED CT :353135014 ) | *Name of Problem:* Chronic GERD ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 353135014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

## *Forms - Ambulatory Intake*

| | |
|---|---|
| Diaphragmatic hernia (SNOMED CT :67185017 ) | *Name of Problem:* Diaphragmatic hernia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 67185017 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Fibromyositis (SNOMED CT :41382010 ) | *Name of Problem:* Fibromyositis ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 41382010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Iron deficiency anemia (SNOMED CT :145104011 ) | *Name of Problem:* Iron deficiency anemia ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 145104011 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Migraine (SNOMED CT :63055014 ) | *Name of Problem:* Migraine ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 63055014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:58 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Morbid obesity (SNOMED CT :356968010 ) | *Name of Problem:* Morbid obesity ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 356968010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 2:00 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Obstructive sleep apnea (SNOMED CT :129889015 ) | *Name of Problem:* Obstructive sleep apnea ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 129889015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:55 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Restless leg (SNOMED CT :54935015 ) | *Name of Problem:* Restless leg ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 54935015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Type 2 diabetes mellitus (SNOMED CT :197761014 ) | *Name of Problem:* Type 2 diabetes mellitus ; *Recorder:* Miller, Cristi; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 197761014 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2022 1:59 PM EDT ; *Life Cycle Date:* 5/25/2022 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Forms - Ambulatory Intake

**Meds / Allergies**

(As Of: 7/22/2022 10:58:19 AM EDT)

Allergies (Active)

| | |
|---|---|
| No known allergies | *Estimated Onset Date:* Unspecified ; *Created By:* Miller, Cristi; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No known allergies ; *Type:* Allergy ; *Updated By:* Miller, Cristi; *Reviewed Date:* 7/22/2022 10:55 AM EDT |

Medication List

(As Of: 7/22/2022 10:58:19 AM EDT)

*Home Meds*

| | |
|---|---|
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 5/25/2022 1:58:30 PM EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 1.5 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 1.5 mg, Subcutaneous, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 5/25/2022 1:58:43 PM EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 5/25/2022 1:58:19 PM EDT |
| FLUoxetine | : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 cap(s), Oral, daily, 0 Refill(s) ; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 5/25/2022 1:58:03 PM EDT |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 5/25/2022 1:57:50 PM EDT |
| brimonidine ophthalmic | : brimonidine ophthalmic ; *Status:* Documented ; *Ordered As Mnemonic:* brimonidine 0.15% ophthalmic solution ; *Simple Display Line:* 1 drop(s), tid, 0 Refill(s) ; *Catalog Code:* brimonidine ophthalmic ; *Order Dt/Tm:* 5/25/2022 1:56:40 PM EDT |
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab(s), Oral, daily, 90 tab(s), 0 Refill(s) ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 5/25/2022 1:56:02 PM EDT |
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab(s), Oral, tid, 0 Refill(s) ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 5/25/2022 1:56:13 PM EDT |

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Forms - Ambulatory Intake*

**Procedures / Surgeries**

Procedure History

(As Of: 7/22/2022 10:58:19 AM EDT)

**Family History**

Family History

(As Of: 7/22/2022 10:58:19 AM EDT)

| | |
|---|---|
| Mother: | *Relation:* Mother ; *Gender:* Female ; Deceased |
| | *Nomenclature:* Diabetes mellitus ; *Value:* Positive |
| | *Nomenclature:* Hypertension ; *Value:* Positive |

**Social History**

Social History

(As Of: 7/22/2022 10:58:19 AM EDT)

| | |
|---|---|
| Alcohol: | Never (Last Updated: 5/25/2022 2:01:33 PM EDT by Miller, Cristi) |
| Tobacco: | Never (less than 100 in lifetime) (Last Updated: 5/25/2022 2:01:36 PM EDT by Miller, Cristi) |
| Electronic Cigarette/Vaping: | Electronic Cigarette Use: Never. (Last Updated: 5/25/2022 2:01:42 PM EDT by Miller, Cristi) |
| Employment/School: | Disability (Last Updated: 5/31/2022 10:38:32 AM EDT by Miller, Cristi) Highest education level: High school. (Last Updated: 5/31/2022 10:38:54 AM EDT by Miller, Cristi) |
| Home/Environment: | Marital status: Married. (Last Updated: 5/25/2022 2:01:58 PM EDT by Miller, Cristi) |

---

| | |
|---|---|
| Document Type: | Intake Form |
| Service Date/Time: | 5/31/2022 10:37 EDT |
| Result Status: | Modified |
| Document Title: | Comprehensive Intake |
| Sign Information: | Miller,Cristi (5/31/2022 10:44 EDT); Miller,Cristi (5/31/2022 10:37 EDT) |

**Comprehensive Intake Entered On: 5/31/2022 10:44 AM EDT**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

*Forms - Ambulatory Intake*

**Performed On: 5/31/2022 10:37 AM EDT by Miller, Cristi**

**Summary**
*Weight Measured :* 172 lb(Converted to: 172 lb 0 oz, 78.02 kg)
*Height Measured :* 65 in(Converted to: 5 ft 5 in, 165.10 cm)
*Body Mass Index :* 28.62 kg/m2 (HI)
*Body Surface Area :* 1.89 m2
*Systolic Blood Pressure :* 120 mmHg
*Diastolic Blood Pressure :* 80 mmHg
*Mean Arterial Pressure :* 93 mmHg
*Peripheral Pulse Rate :* 107 bpm (HI)
*BP Site :* Right arm
*BP Method :* Manual
*HR Method :* Manual
*Temperature Temporal :* 97 DegF(Converted to: 36.1 DegC) (LOW)
*Respiratory Rate :* 12 br/min (LOW)
*Oxygen Saturation :* 97 %
*Race :* Caucasian
*Languages :* English
*Ethnicity :* Not Hispanic or Latino

Miller, Cristi - 5/31/2022 10:44 AM EDT

*Chief Complaint :* in office visit- OSA
PCP- Timothy Collins

Miller, Cristi - 5/31/2022 10:37 AM EDT

**Family History**
Family History

(As Of: 5/31/2022 10:45:40 AM EDT)

| | |
|---|---|
| Mother: | *Relation:* Mother ; *Gender:* Female ; Deceased |
| | *Nomenclature:* Diabetes mellitus ; *Value:* Positive |
| | *Nomenclature:* Hypertension ; *Value:* Positive |

**Social History**
Social History

(As Of: 5/31/2022 10:45:40 AM EDT)

| | |
|---|---|
| Alcohol: | Never (Last Updated: 5/25/2022 2:01:33 PM EDT by Miller, Cristi) |
| Tobacco: | Never (less than 100 in lifetime) (Last Updated: 5/25/2022 2:01:36 PM EDT by Miller, Cristi) |
| Electronic Cigarette/Vaping: | Electronic Cigarette Use: Never. (Last Updated: 5/25/2022 2:01:42 PM EDT by Miller, Cristi) |

## *Forms - Ambulatory Intake*

Employment/School:

Disability (Last Updated: 5/31/2022 10:38:32 AM EDT by Miller, Cristi) Highest education level: High school. (Last Updated: 5/31/2022 10:38:54 AM EDT by Miller, Cristi)

Home/Environment:

Marital status: Married. (Last Updated: 5/25/2022 2:01:58 PM EDT by Miller, Cristi)

**OB/GYN History**

Pregnancy History

(As Of: 5/31/2022 10:45:40 AM EDT)

No pregnancy history documented

## *Forms - Patient History*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Patient History Forms - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

**STATCARE PULMONARY - NEW PATIENT**

FOR PHYSICIAN USE ONLY

Name: Roberta Lynn Galyon DOB Date: 5/22/2022
Primary Care Provider (full name): Timothy Collins
Referring Provider (full name): Timothy Collins

**Reason for visit**
☑ New problem evaluation for: my sleep apnea
☐ Diagnostic testing or specialists' visits (type and facility):

Allergies: NONE

Pharmacy Information - Name: WAL-mart Phone #: 423-745-1496

**General** - last yr
✓ Weight gain/(loss) How Much 40 ?
__ intentional YES/NO? Since
__ fever __ chills __ night sweats Surg 44
__ steroid use in last year
__ have you had COVID? YES/(NO)
__ pets at home: dogs __ cats __ birds __

**Lungs**
✓ cough
__ frequency
__ dry
__ productive
__ coughing up blood
✓ chest tightness / pain
__ wheezing
__ shortness of breath

**Smoking & Alcohol, and Drug History**
☑ drinks:
__ never
__ occasionally
__ daily
__ never a smoker
__ former smoker & date quit: ______
__ current smoker
__ cigarettes - # per day: ______
__ cigars/pipe
__ e-cigs/vaping
__ marijuana
__ Drug/substance use

**Psychiatric**
✓ anxiety
✓ depression
__ other

**Neurological**
✓ Frequent Headaches
✓ Severe Weakness

**Sleep**
✓ snoring
✓ nocturnal awakenings
✓ daytime sleepiness

**Heart**
__ irregular heart rate/palpitations
__ wake up short of breath
✓ sleep on 1 pillows
__ chest pain at
__ rest __ with activity
__ swelling of legs/ankles
__ pacemaker
__ defibrillator

**Musculoskeletal**
✓ back pain
__ joint pain/swelling

**GI**
✓ nausea/vomiting
✓ diarrhea
✓ difficulty swallowing
✓ abdomen pain
✓ reflux/indigestion

**Respiratory Equipment/Devices**
NO Oxygen use
__ flow rate (L/min)
__ continuous
__ at night
__ with exercise
__ Nebulizer
✓ CPAP – list sleep center: ______
__ BIPAP/Astral/Trilogy
– list DME company: ______

**Skin** ? neck
✓ rash
__ other

Facility: n/a



**Lincoln/Galyon 0537**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 478280
FIN: n/a

*** Patient History Forms - Auth (Verified) - Internal Provenance Source: StatCare Pulmonary Consultants Athens; BEST, LISA ***

**Nose / Throat**
✓ sinus infections
✓ post-nasal drip/nasal congestion
✓ difficulty swallowing
✓ choking

**Immunizations**
___ Flu
___ Pneumonia
___ COVID Date: ______ Manufac: ______
___ Other: _________

FOR PHYSICIAN USE ONLY

**Family & Social History**

Father: Still living? ____ Age at death: 45
Mother: Still living? ____ Age at death: 78
Number of Living Brothers: 2 Sisters: 6 Children: 2
Number of Deceased Brothers: 0 Sisters: 0 Children: 0

Do you or a blood relative have the following medical problems?

| | Self | Mother | Father | Grandfather | Grandmother |
|---|---|---|---|---|---|
| Asthma | ☐ | ☐ | ☐ | ☐ | ☐ |
| High Blood Pressure | ☐ | ✓ | ☐ | ☐ | ☐ |
| COPD/Emphysema | ☐ | ☐ | ☐ | ☐ | ☐ |
| Pneumonia | ☐ | ☐ | ☐ | ☐ | ☐ |
| Chronic Bronchitis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Stroke | ☐ | ☐ | ☐ | ☐ | ☐ |
| Connective Tissue Disease | ☐ | ☐ | ☐ | ☐ | ☐ |
| Diabetes | ✓ | ✓ | ☐ | ☐ | ☐ |
| Blood clots – Lungs | ☐ | ☐ | ☐ | ☐ | ☐ |
| Blood Clots – Legs | ☐ | ☐ | ☐ | ☐ | ☐ |
| Seasonal Allergies | ✓ | ☐ | ☐ | ☐ | ☐ |
| Tuberculosis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Rheumatoid Arthritis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Sleep Apnea | ✓ | ☐ | ☐ | ☐ | ☐ |
| Heart Disease | ☐ | ✓ | ✓ | ☐ | ☐ |
| Liver Disease Fatty | ✓ | ☐ | ☐ | ☐ | ☐ |
| CHF/Heart Failure | ☐ | ☐ | ☐ | ☐ | ☐ |
| Lung Cancer | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other Cancer: ____ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Surgeries**
___ CABG
___ Lobectomy
___ Lung Volume Reduction
___ Heart Valve Replac.
___ Other: ______

**Employment Status**
___ Employed – FT/PT
___ Unemployed
___ Retired
✓ Disabled
___ Student

**Marriage Status**
✓ Married
___ Single
___ Widowed
___ Divorced

**Education**
___ Grade Sch.
✓ High Sch.
___ College
___ Post Grad.

**FOR OFFICE USE ONLY**

Wt: ____ Ht: ____ B/P: ______ HR: _____ Temp: ____
RR: ____ SPO2: ____ RA or ____% ____ Liters

**MEDICATION LIST: (please bring printout/copy from your pharmacy)**

Person: GALYON, ROBERTA L MRN: 478280 DOB: Gender: Female

## Orders - Charges

### Charges

Order: **99213 office o/p est low 20-29 min (Charge)**
Order Date: 9/20/2022 10:50 EDT
Order Status: Completed Department Status: Completed Catalog Type: Charges (Evaluation and Management) Activity Type: Evaluation and Management
End-state Date: 9/20/2022 10:50 EDT End-state Reason:
Ordering Physician: Greene PA-C,Gabriel Consulting Physician:
Entered By: Greene PA-C,Gabriel on 9/20/2022 14:00 EDT
Order Details: Quantity: 1, Obstructive sleep apnea | Hypersomnia | Restless leg
Order Comment:

Order: **99213 office o/p est low 20-29 min (Charge)**
Order Date: 7/22/2022 10:51 EDT
Order Status: Completed Department Status: Completed Catalog Type: Charges (Evaluation and Management) Activity Type: Evaluation and Management
End-state Date: 7/22/2022 10:51 EDT End-state Reason:
Ordering Physician: Greene PA-C,Gabriel Consulting Physician:
Entered By: Greene PA-C,Gabriel on 7/22/2022 14:02 EDT
Order Details: Quantity: 1, Obstructive sleep apnea
Order Comment:

Order: **99243 office consultation new/estab patient 40 min (Charge)**
Order Date: 5/31/2022 10:30 EDT
Order Status: Completed Department Status: Completed Catalog Type: Charges (Evaluation and Management) Activity Type: Evaluation and Management
End-state Date: 5/31/2022 10:30 EDT End-state Reason:
Ordering Physician: Greene PA-C,Gabriel Consulting Physician:
Entered By: Greene PA-C,Gabriel on 5/31/2022 11:51 EDT
Order Details: Quantity: 1, Obstructive sleep apnea | Excessive daytime sleepiness | Restless leg
Order Comment:

## Orders - Consults-Referrals

### Consults/Referrals

Order: **Sleep Consultation (Request)**
Order Date: 5/31/2022 12:32 EDT
Order Status: Completed Department Status: Completed Catalog Type: Requests (Consults / Referrals) Activity Type: External Referral
End-state Date: 6/21/2022 13:48 EDT End-state Reason:
Ordering Physician: Greene PA-C,Gabriel Consulting Physician:
Entered By: Miller,Cristi on 5/31/2022 12:32 EDT
Order Details: Referred to: Starr Regional Sleep Center, Priority: Rush, Obstructive sleep apnea
Order Comment: split night study.. Split at 5 AHI

FIRST-CLASS

US POSTAGE PITNEY BO

ZIP 37919 $ 002.6
02 7H
0001309970 DEC 20 20

StatCare
1900 N WINSTON ROAD, STE 505
KNOXVILLE, TN 37919

Lincoln Financial
P.O. BOX 2609
Omaha, NE
68103

Document ID: 981000426482 Page: 71

Lincoln/Galyon 0540

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

**Lincoln/Galyon 0541**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 29, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

This letter is regarding your outstanding overpayment with Lincoln National Life, in the amount of $8008.53. As you are aware, this overpayment is the result of your Social Security Disability income award. While your disability claim remained open, your net benefit was applied to this balance.

We have been notified that your disability claim recently closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please remit payment of $8008.53, payable to Lincoln National Life by January 18, 2023. Please mail payment to:

**LINCOLN NATIONAL LIFE**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Alternatively, you may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your claim number 10784870 to ensure accurate payment application.

**If you are not able to repay this amount in full by January 18, 2023, please contact us to discuss a payment plan acceptable to both parties.** Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Laura Patton
Svc Rep II, Financial Ops
Phone No.: (877) 353-6404 Ext. 15917
Secure Fax No.: (877) 353-6412

Attachments: Re-Occurring Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10784870

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on the ____________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE _________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

**Lincoln/Galyon 0544**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

December 27, 2022

**VIA FACSIMILE ((877) 353-6412)**

Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Charlotte WM
PO Box 2578
Omaha, NE 68172

RE: Roberta Lynn Galyon
Claim No.: 10784870
Policy: Walmart, Inc.

To Whom It May Concern:

Ms. Galyon has retained our office regarding the December 7, 2022 denial of her continued long term disability benefits under the above-referenced policy. Please direct any future communication on this claim to my attention. We will provide additional evidence and request a formal appeal in due time. In the meantime, please provide me with a complete copy of the Plan Document and the Administrative Record regarding this claim.

Enclosed please find the following:

- Notice of Authorization, Lien and Payment Instructions
- Limited Power of Attorney
- Authorization to Release Medical Records, Information & Data

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Ms. Roberta Lynn Galyon

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE: Roberta Lynn Galyon SSN: [redacted]**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained John Dreiser of The Dreiser Law Group, PLLC as my attorney to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that John Dreiser of The Dreiser Law Group, PLLC are properly paid under the legal service contract, I hereby agree that John Dreiser of The Dreiser Law Group, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past-due, present, or future benefits to my duly appointed attorney:

John P. Dreiser
The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

This direction shall remain valid until John Dreiser of The Dreiser Law Group, PLLC notifies you that checks be sent directly to me.

I also give Limited Power of Attorney to John Dreiser of The Dreiser Law Group, PLLC to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to John Dreiser of The Dreiser Law Group, PLLC.

Roberta Lynn Galyon 12/21/2022
Signature Date

The above stated lien, direction to pay, and limited power-of-attorney are hereby accepted by John Dreiser of The Dreiser Law Group, PLLC.

By:____________________

# LIMITED POWER OF ATTORNEY

I, Roberta Lynn Galyon, hereby constitute and appoint, John P. Dreiser, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document, I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to The Dreiser Law Group, PLLC (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, John P. Dreiser of The Dreiser Law Group, PLLC at the following address:

The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power-of-attorney.

The authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 19th day of November, 2022.

X Roberta Lynn Galyon
Signature

STATE OF TN
COUNTY OF Knox

On this 19th day of November, 20 22, personally appeared Roberta Galyon, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

Cathy A. Weaver
NOTARY PUBLIC

My Commission Expires: 11/23/24

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

## AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** LFG

**FULL NAME:** Roberta Lynn Galyon

**DATE OF BIRTH:**

**ADDRESS:**

**SOCIAL SECURITY NO:**

I (the above identified Patient or that Patient's personal representative) have retained TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider.

I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information, and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment, or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Roberta Lynn Galyon
Roberta Lynn Galyon

12/27/22
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 10784870
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 698
Employee: ROBERTA L GALYON

Policy Number: GF3-850-290765-01
Pmt Period: 12/10/22 - 12/11/22
Pmt Date: 12/12/22
Check #: 108434991

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 101.99 | $ 0.00 | $ 80.31 | $ 21.68 | $ 0.00 | $ 0.00 | $ 0.00 | $ 21.68 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 12/10/22 | 12/11/22 | $ 80.31 | | | | |

Subtotal Offset $ 80.31

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 12/10/22 | 12/11/22 | $ 21.68 | | | | |

Subtotal Deduction $ 21.68

Total Provisions $ 0.00 Total Offsets $ 80.31 Total Deductions $ 21.68

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 21.68 | Benefit Tax %: 0.0 | |
| OASDI Taxable Wages: | $ 0.00 | | |
| Medicare Taxable Wages: | $ 0.00 | | |
| Federal Taxable Wages: | $ 0.00 | | |
| State Taxable Wages: | $ 0.00 | Employee State: TN | |

| | |
|---|---|
| Federal Excludable Wages: | $ 21.68 |
| OASDI Withholding: | $ 0.00 |
| Medicare Withholding: | $ 0.00 |
| Federal Withholding: | $ 0.00 |
| State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Galyon 0550**

12/06/2022 TUE 14:39 FAX 001

*********************
FAX TX REPORT
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1928 |
| DESTINATION ADDRESS | 16033340380 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 12/06 14:38 |
| TX/RX TIME | 01' 26 |
| PGS. | 4 |
| RESULT | OK |

11/29/2022 TUE 13:38 FAX 001

*********************
FAX TX REPORT
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1838 |
| DESTINATION ADDRESS | 16033340380 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 11/29 13:37 |
| TX/RX TIME | 01' 12 |
| PGS. | 3 |
| RESULT | OK |

StatCare

**STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES**

~~2nd Fax~~ 3rd fax

FAX TRANSMITAL COVER SHEET
PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22 12-6 12-13

Time: 12:30 pm

***OFFICERS***

Jesse Doers, M.D.
*President and Managing Partner*

Emily Graham
*Chief Operations Officer*

Corey Cudzilo, M.D
*Pulmonary/Critical Care Medical Director*

Jay Grose
*Director of Outpatient Services*

***Pulmonary Clinic Medical Directors***
Shannon Byrd, M.D.
James Pharaoh, M.D.

***PULMONOLOGIST***
Dr. Abdalhamid Alsharif, MD
Dr. Bashar Bergoty, MD
Dr. Kamran Boka, MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanamj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison, DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD

11/29/2022 TUE 13:38 FAX 001

*********************
FAX TX REPORT
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1838 |
| DESTINATION ADDRESS | 16033340380 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 11/29 13:37 |
| TX/RX TIME | 01'12 |
| PGS. | 3 |
| RESULT | OK |

StatCare

# STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES

2nd Fax

FAX TRANSMITAL COVER SHEET
PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22 12-6

Time: 12:30 pm

IF YOU DO NOT RECEIVE ALL THE PAGES
PLEASE CALL IMMEDIATELY!

PHONE: (865) 588-8831
***FAX: (865) 522-6155***

CONFIDENTIALITY NOTE:


**OFFICERS**

Jesse Doers, M.D.
*President and Managing Partner*

Emily Graham
*Chief Operations Officer*

Corey Cudzilo, M.D
*Pulmonary/Critical Care Medical Director*

Jay Grose
*Director of Outpatient Services*

**Pulmonary Clinic Medical Directors**
Shannon Byrd, M.D.
James Pharaoh, M.D.

**PULMONOLOGIST**
Dr. Abdelhamid Alsharif, MD
Dr. Bashar Bargoty, MD
Dr. Kamran Boka, MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanaraj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison, DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD
Dr. John Martin Prince, MD
Dr. Matthew Reichert, MD
Dr. Victor Salter, MD
Dr. Allen Smith, MD
Dr. Chris Stauber, MD
Dr. John Swigher, MD
Dr. Paul Thethi, MD
Dr. Eric Weaver, MD

**NURSE PRACTITIONERS**
Stacey Gunnoe, APN-BC
Katie Johnson, APN-BC
Danielle Mote, APN-BC
Regina Overton-Barnes, APN-BC
Megan Ross, APN-BC



**STATCARE BEARDEN**
6473 Kingston Pike
Knoxville, Tennessee 37919

StatCare

# STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES


***OFFICERS***

Jesse Doers, M.D.
***President and Managing Partner***

Emily Graham
***Chief Operations Officer***

Corey Cudzilo, M.D
***Pulmonary/Critical Care Medical Director***

Jay Grose
***Director of Outpatient Services***

***Pulmonary Clinic Medical Directors***
Shannon Byrd, M.D.
James Pharaoh, M.D.

***PULMONOLOGIST***
Dr. Abdelhamid Alsharif, MD
Dr. Bashar Bargoty, MD
Dr. Kamran Boka, MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanaraj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison, DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD
Dr. John Martin Prince, MD
Dr. Matthew Reichert, MD
Dr. Victor Salter, MD
Dr. Allen Smith, MD
Dr. Chris Stauber, MD
Dr. John Swisher, MD
Dr. Paul Thethi, MD
Dr. Eric Weaver, MD

***NURSE PRACTITIONERS***
Stacey Gunnoe, APN-BC
Katie Johnson, APN-BC
Danielle Mote, APN-BC
Regina Overton-Barnes, APN-BC
Megan Ross, APN-BC

**STATCARE BEARDEN**
6473 Kingston Pike
Knoxville, Tennessee 37919

**STATCARE WEST**
10904 Kingston Pike, Suite 102
Knoxville, TN 37934

**STATCARE OAK RIDGE**
988 Oak Ridge Turnpike, Suite L20
Oak Ridge, TN 37830

Phone (865) 588-8831
Fax (865) 588-8841


## FAX TRANSMITAL COVER SHEET
## PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB ______

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22

Time: 12:30 pm

**IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL IMMEDIATELY!**

**PHONE: (865) 588-8831**
*****FAX: (865) 522-6155*****

**CONFIDENTIALITY NOTE:**

This information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entry name above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited.

*Excellence. Every Patient. Every Time.*

StatCare
Excellence. Every Patient. Every Time.

*Statcare Pulmonary Consultants*
*1900 N. Winston Road*
*Suite 501*
*Knoxville, TN 37919*
*Phone: 865-588-8831*
*Fax: 865-522-6155*

**Date:** **11/29/22**

# INVOICE

| **Customer** | | | | **Patient** | |
|---|---|---|---|---|---|
| Name | Lincoln Financial | | | Name | Roberta Galyon |
| Address | P.O. Box 2609 | | | DOB | [redacted] |
| City | Omaha | State NE | ZIP 68103 | SS | |
| Phone | 800-291-0112 | | | Acct # | 478280 |
| Fax | 603-334-0380 | | | Physician | Nichols |

| Description | TOTAL |
|---|---|
| Chart Retrieval Fee<br>**number of pages 70** | $52.50 |
| Postage | $2.88 |
| SubTotal | $55.38 |
| Postage | |
| **TOTAL** | $55.38 |

**Payment**

Date Paid
Check #

Authorization
Comments

*Please make check payable to Statcare Pulmonary Consultants.*
***We must receive payment before records will be sent.***
*Tax ID: 82-0992113*

PAGE 4/5 * RCVD AT 12/13/2022 1:05:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID: * ANI:8654741806 * DURATION (mm-ss):01-39

Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

STATCARE OUTPATIENT, LLC

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ P

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from FATCA reporting code (if any) ____

(Applies to accounts maintained outside the U.S.)

5 Address (number, street, and apt. or suite no.) See instructions.

1900 N. Winston Road, Suite 501

Requester's name and address (optional)

6 City, state, and ZIP code

Knoxville, TN 37919

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___ – __ – ____

or

Employer identification number: 8 2 – 0 9 9 2 1 1 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*



PAGE 5/5 * RCVD AT 12/13/2022 1:05:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID: * ANI:8654741806 * DURATION (mm-ss):01-39

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 10784870 | Customer: WALMART, INC. | Policy Number: GF3-850-290765-01 |
| Claim Type: LTD | Subsidiary: WALMART, INC. | Pmt Period: 11/26/22 - 12/09/22 |
| Payee Type: EMP | Location: FACILITY CODE 698 | Pmt Date: 12/09/22 |
| | Employee: ROBERTA L GALYON | Check #: 108424854 |

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/26/22 | 12/09/22 | $ 562.15 | | | | |
| | | | | Subtotal Offset | | | $ 562.15 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/26/22 | 12/09/22 | $ 151.80 | | | | |
| | | | | Subtotal Deduction | | | $ 151.80 |

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 151.80 | Benefit Tax %: 0.0 | Federal Excludable Wages: | $ 151.80 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Galyon 0556**

**Lincoln Financial Group**
Group Protection

Sarah South, M.Ed., CRC
Vocational Consultant

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Roberta Galyon |
| **Claim Number:** | 10784870 |
| **Claims Case Manager:** | Joshua Graves |
| **Employer:** | Walmart Inc. |
| **Bi-Weekly Pre-Disability Earnings:** | $1,189.91 |
| **Bi-Weekly Benefit Amount:** | $713.95 |
| **Date of Report:** | 12/6/22 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:
- Job Description
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Economic Research Institute (ERI) Occupational Assessor

**RESTRICTIONS / LIMITATIONS:**
I have been asked to base this review on the claimant's restrictions and limitations per Peer Review by R. Asaro, D.O. on 11/27/22. They include:

"Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | HS Diploma |
| • Certifications / Licensure: | Certified Pharmacy Tech |
| • Computer Skills: | E-mail; Internet |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 074.382-010 | Pharmacy Technician | 10 | L |
| 290.477-014 | Sales Clerk | 10 | L |

**TRANSFERABLE SKILLS**:
Pharmacy Technician
Applying basic math skills and visual abilities to maintain records, conduct inventories, and estimate quantities; verifying completeness of articles shipped or received; using hands and fingers to pack, store, or sort articles; and lifting and handling materials and products.

Sales Clerk
Using common sense and basic language and math skills to carry out instructions, total costs, make change, and complete forms; moving hands, eyes, and fingers to handle items or drive vehicle; standing and walking for extended periods; and lifting and carrying items of varying weights.

**PROFILE ADJUSTMENTS**:

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 9th-12th grade based on HS Diploma<br>2. Mathematics: Adjusted to 9th-12th grade based on HS Diploma<br>3. Language: Adjusted to 9th-12th grade based on HS Diploma |
| • Strength: | Adjusted to sedentary based on restrictions and limitations |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Performing repetitive or short-cycle work adjusted to yes based on need to answer phones, fill orders and stock merchandise.<br>2. Influencing people in their opinions, attitudes, judgments adjusted to yes based on need to assist patients with need to follow pharmacist instructions.<br>3. Working under specific instructions adjusted to yes based on need to follow supervisory instruction.<br>4. Making judgments and decisions adjusted to yes based on need to make appropriate choices |
| • Data: | 1. Analyzing adjusted to yes based on need to understand insurance, patient, and company needs, act on, and record information.<br>2. Copying adjusted to yes based on need to understand insurance, patient, and company needs, act on, and record information.<br>3. Comparing adjusted to yes based on need to compare products. |
| • People: | 1. Persuading adjusted to yes based on need to explain options to customers/patients.<br>2. Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • Things: | 1. Manipulating adjusted to yes based on need to manipulate equipment. |

**SUMMARY**:
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| **DOT Code** | **Occupation Title** | **Strength Level** | **Monthly Wage*** |
|---|---|---|---|
| 299.357-014 | Telephone Solicitor | Sedentary | $1,112 |
| 379.367-010 | Surveillance System Monitor | Sedentary | $1,363 |

** Wage information is based on median 2021 national data from the Bureau of Labor Statistics*

*Note: occupations listed above verified through a review of physical demands from ERI, **and/or** a review of material and substantial functions where data does not exist in the DOT **or** is considered out-of-date due to advancements in the occupation, technology, etc.*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Sarah South, M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Consultant
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 074.382-010 | Pharmacy Technician | 3 | 15 | 0 | Y | Y | Y | L | 05.09.01 |
| 290.477-014 | Sales Clerk | 3 | 10 | 0 | Y | N | N | L | 09.04.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 3 (1 to 3 months) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | L Light | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Occasionally | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | Yes | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

********************
FAX TX REPORT
********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1838 |
| DESTINATION ADDRESS | 16033340380 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 11/29 13:37 |
| TX/RX TIME | 01' 12 |
| PGS. | 3 |
| RESULT | OK |

StatCare

# STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES

2nd Fax

FAX TRANSMITAL COVER SHEET
PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB_ _

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22 12-6

Time: 12:30 pm

IF YOU DO NOT RECEIVE ALL THE PAGES
PLEASE CALL IMMEDIATELY!

PHONE: (865) 588-8831
***FAX: (865) 522-6155***

CONFIDENTIALITY NOTE:

***OFFICERS***

Jesse Doers, M.D.
***President and Managing Partner***

Emily Graham
***Chief Operations Officer***

Corey Cudzilo, M.D
***Pulmonary/Critical Care Medical Director***

Jay Grose
***Director of Outpatient Services***

***Pulmonary Clinic Medical Directors***
Shannon Byrd, M.D.
James Pharaoh, M.D.

***PULMONOLOGIST***
Dr. Abdelhamid Alsharif, MD
Dr. Bashar Bargoty, MD
Dr. Kamran Boka, MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanaraj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison, DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD
Dr. John Martin Prince, MD
Dr. Matthew Reichert, MD
Dr. Victor Salter, MD
Dr. Allen Smith, MD
Dr. Chris Stauber, MD
Dr. John Swisher, MD
Dr. Paul Thethi, MD
Dr. Eric Weaver, MD

***NURSE PRACTITIONERS***
Stacey Gunnoe, APN-BC
Katie Johnson, APN-BC
Danielle Mote, APN-BC
Regina Overton-Barnes, APN-BC
Megan Ross, APN-BC

**STATCARE BEARDEN**
6473 Kingston Pike
Knoxville, Tennessee 37919

StatCare

# STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES


***OFFICERS***

Jesse Doers, M.D.
***President and Managing Partner***

Emily Graham
***Chief Operations Officer***

Corey Cudzilo, M.D
***Pulmonary/Critical Care Medical Director***

Jay Grose
***Director of Outpatient Services***

***Pulmonary Clinic Medical Directors***
Shannon Byrd. M.D.
James Pharaoh, M.D.

***PULMONOLOGIST***
Dr. Abdelhamid Alsharif. MD
Dr. Bashar Bargoty, MD
Dr. Kamran Boka. MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanaraj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison. DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD
Dr. John Martin Prince, MD
Dr. Matthew Reichert, MD
Dr. Victor Salter, MD
Dr. Allen Smith, MD
Dr. Chris Stauber, MD
Dr. John Swisher, MD
Dr. Paul Thethi, MD
Dr. Eric Weaver, MD

***NURSE PRACTITIONERS***
Stacey Gunnoe, APN-BC
Katie Johnson, APN-BC
Danielle Mote, APN-BC
Regina Overton-Barnes, APN-BC
Megan Ross, APN-BC



**STATCARE BEARDEN**
6473 Kingston Pike
Knoxville, Tennessee 37919

**STATCARE WEST**
10904 Kingston Pike, Suite 102
Knoxville, TN 37934

**STATCARE OAK RIDGE**
988 Oak Ridge Turnpike, Suite L20
Oak Ridge, TN 37830

Phone (865) 588-8831
Fax (865) 588-8841


FAX TRANSMITAL COVER SHEET
PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB ____

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22

Time: 12:30 pm

IF YOU DO NOT RECEIVE ALL THE PAGES
PLEASE CALL IMMEDIATELY!

PHONE: (865) 588-8831
*****FAX: (865) 522-6155*****

CONFIDENTIALITY NOTE:

This information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entry name above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited.

*Excellence. Every Patient. Every Time.*

StatCare
Excellence. Every Patient. Every Time.

Statcare Pulmonary Consultants
1900 N. Winston Road
Suite 501
Knoxville, TN 37919
Phone: 865-588-8831
Fax: 865-522-6155

**Date:** **11/29/22**

# INVOICE

| **Customer** | |
|---|---|
| Name | Lincoln Financial |
| Address | P.O. Box 2609 |
| City | Omaha State NE ZIP 68103 |
| Phone | 800-291-0112 |
| Fax | 603-334-0380 |

| **Patient** | |
|---|---|
| Name | Roberta Galyon |
| DOB | [redacted] |
| SS | |
| Acct # | 478280 |
| Physician | Nichols |

| **Description** | **TOTAL** |
|---|---|
| Chart Retrieval Fee | $52.50 |
| **number of pages 70** | |
| Postage | $2.88 |
| SubTotal | $55.38 |
| Postage | |
| **TOTAL** | $55.38 |

| **Payment** | |
|---|---|
| Date Paid | |
| Check # | |
| Authorization | |
| Comments | |

*Please make check payable to Statcare Pulmonary Consultants.*
***We must receive payment before records will be sent.***
*Tax ID: 82-0992113*

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
STATCARE OUTPATIENT, LLC

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ P

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
1900 N. Winston Road, Suite 501

Requester's name and address (optional)

6 City, state, and ZIP code
Knoxville, TN 37919

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

or

Employer identification number

| 6 | 2 | – | 0 | 9 | 9 | 2 | 1 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 0566

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 7, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

We are writing to follow up on your long-term disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD Policy), which Lincoln National Life Insurance Company (Lincoln) manages.

**We've reviewed the medical information received for your claim and regret to inform you that your LTD benefits will end as of 12/11/2022.**

We know this is a disappointing result and want to provide you with all the information you need to understand how we made this decision. Please read below to understand why we cannot continue your LTD benefits, as well as actions you can take if you do not agree with this decision.

**Why Your Benefits Are Ending:**

Your claim had been previously approved for right knee pain and Gait abnormality impacting your ability to perform the duties of your own occupation as a Pharmacy Technician.

To receive LTD benefits, you must continue to meet the definition of "Disability" in the LTD Policy. The definition of "Disability" under the LTD Policy is:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

- *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
- *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

This means that in order to be found "Disabled" under the LTD Policy as of 12/12/2022, evidence must show that your injury or sickness prevents you from performing any occupation you are reasonably fitted to perform based on your training, education, experience, age, and physical and mental capacity.

To understand the details of your medical condition, we asked for related medical information from your physician(s) and we received:

- Medical records from Dr. Freeman, Dr. ching, Edmunds Gastro, Dr. Collins, Dr. Nodit, Dr Kleppe, Dr. Breese.

To fully understand the impact of your medical condition on your ability to work, we had a board-certified physician in Physical Medicine and Rehabilitation conduct a clinical review and assessment. The consulting physician reviewed the medical documentation listed above. The consulting physician concluded the following:

*"There is an LFG form completed by the claimant's family medicine physician dated 6/21/22 which documents that she is at a sedentary level for restrictions and limitations. There are no references to and adverse impact of reported symptoms on life activities such as driving, self-care or leisure activities or any abnormalities of physical exam which would support these restrictions and limitations.*

*The claimant underwent post operative evaluation of dysphagia (difficulty swallowing) and on 7/21/22 had a test of her esophagus which revealed 50% swallowing weakness. She had a visit with her family medicine physician on 8/31/22 for a respiratory infection and was diagnosed with skin cancer by a dermatologist on 9/29/22 where her biopsies were positive for infiltrating basal cell carcinoma.*

*She continued to have difficulty swallowing and the follow up evaluation with the general surgeon on 10/31/22 indicated that she was referred for further diagnostic studies including barium swallow and gastroenterology evaluation. She was seen by the gastroenterologist on 10/14/22 and referred for esophagogastroduodenoscopy (EGD-procedure to view the upper part of the gastric tract) and colonoscopy. On 10/31/22, she underwent Mohs surgery around her nose where the basal cell carcinoma was located to be removed. The last note in the documentation is a partial note from gastroenterology ordering blood work dated 11/8/2022.*

*Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive*

*device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks are supported, but not beyond that period from a musculoskeletal perspective."*

We then had a Vocational Specialist review your current capabilities, training, education, and experience. The review identified your transferable job skills as:

Pharmacy Technician
Applying basic math skills and visual abilities to maintain records, conduct inventories, and estimate quantities; verifying completeness of articles shipped or received; using hands and fingers to pack, store, or sort articles; and lifting and handling materials and products.

Sales Clerk
Using common sense and basic language and math skills to carry out instructions, total costs, make change, and complete forms; moving hands, eyes, and fingers to handle items or drive vehicle; standing and walking for extended periods; and lifting and carrying items of varying weights.

Based on this result, you could perform the following occupations:

| **Occupation** | **National Median Bi-weekly Wage** |
| --- | --- |
| Telephone Solicitor | $1,112 |
| Surveillance System Monitor | $1,363 |

Since the medical documentation and review identified that you could perform the above occupations, we found you no longer meet the criteria for LTD benefits.

There are two options available to you at this time regarding our decision.

- If you are providing new information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at 603-334-0380. Upon receipt, we will review for reconsideration of your benefits.
- If you do not intend to send us any new information such as the information described in our decision and you disagree with our decision, you may appeal our determination by following the steps below and providing the medical documentation which supports your inability to perform the duties of any occupation.

We realize that you've been awarded disability benefits by the Social Security Administration ("SSA"), and therefore our decision not to approve LTD benefits may be confusing. Here is some further information:

- The SSA uses its own set of criteria for awarding benefits. Based on the information they considered, they concluded that you are not able to perform work on a full-time basis.
- Your LTD benefit decision was based on the specific terms and conditions of the Walmart, Inc. Group Disability Income Policy ("the Policy"). We fully considered all medical and vocational documentation we received in accordance with the terms of the Policy, and determined benefits are no longer payable based on the information currently contained in your file.

**What You Need to Know About an Overpayment:**

Please be aware that you received an overpayment on your LTD claim due to your (Social Security Disability Award, WC, other benefits). Since those payments were awarded for the same period that we paid you LTD benefits, you will need to repay the amount of LTD benefits that have been overpaid to you as a result of your receipt of your (Social Security Disability Award, WC, other benefits). A representative from our Financial Review Services will contact you to help you understand the repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**What You Can Do If You Believe Your Benefits Should Continue:**

**If you disagree with our decision not to extend your claim, you may appeal the decision formally or a reconsideration of benefits can be made based on the information you provide:**

- **If you wish to provide the medical and/or the documentation requested below without a written request, we will review the information in consideration of a reopen of your claim or you may submit a formal appeal independent of the prior review by following the appeal instruction below.**

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below:

Group Benefits Claims Appeal Unit
Lincoln National Life Insurance Company
Charlotte WM
PO Box 2578
Omaha, NE 68172
ATTN: Appeal Review Unit

Contents of appeal.
The written request for review must be sent within 180 days from the later of the change in definition date 12/12/2022 or the receipt of this notice and state the reasons you feel your claim should not have been denied. In your request for review, please include the following:

- The reasons you feel the decision to discontinue LTD coverage is incorrect;
- Medical Records from Dr. Gabriel and all other treating providers.
- Additionally, please provide medical documentation from any providers not listed above that supports your inability to return to any occupation on a full-time basis. This information should include office treatment notes, test results, imaging, or any medical consultations; as well as any additional comments, documents, records, or other information, including any Social Security decision or records you may have received that you feel will support your

claim.

Right to request documents.
You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review.
Under normal circumstances, we will send you a full written explanation of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, we will notify you of the final decision no later than 90 days after your request for review is received. We will let you know if this applies to you.

Right to bring civil action.
You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

Language translation assistance.
If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol nínízingo saad hosinílįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííniłtsoozigii hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'ègi níká adeeshwol.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any of Lincoln's rights and defenses under the above captioned LTD Policy, and all of these rights and defenses are reserved to Lincoln, whether or not they are specifically mentioned herein.

**If You Also Have a Leave of Absence (in addition to your long-term disability claim):**
Sedgwick manages leave of absence reporting for all Walmart associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday from 7 a.m. to 7 p.m. and Saturday 7:30 a.m. to 4 p.m. CT.

- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Lincoln Financial Group offers you the convenient of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at 877-353-6404.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (877) 353-6412

StatCare

# STATCARE CENTER FOR COMPREHENSIVE PULMONARY SERVICES

***OFFICERS***

Jesse Doers, M.D.
***President and Managing Partner***

Emily Graham
***Chief Operations Officer***

Corey Cudzilo, M.D
***Pulmonary/Critical Care Medical Director***

Jay Grose
***Director of Outpatient Services***

***Pulmonary Clinic Medical Directors***
Shannon Byrd, M.D.
James Pharaoh, M.D.

***PULMONOLOGIST***
Dr. Abdelhamid Alsharif, MD
Dr. Bashar Bargoty, MD
Dr. Kamran Boka, MD
Dr. Michael Brunson, MD
Dr. Shannon Byrd, MD
Dr. Corey Cudzilo, MD
Dr. Jesse Doers, MD
Dr. Ronald Estes, MD
Dr. Rachel Guthrie, DO
Dr. Gnanaraj Joseph, MD
Dr. Scott Luchsinger, MD
Dr. John Morrison, DO
Dr. Lynn Nichols, MD
Dr. Andrews Paul, MD
Dr. James Pharaoh, MD
Dr. John Martin Prince, MD
Dr. Matthew Reichert, MD
Dr. Victor Salter, MD
Dr. Allen Smith, MD
Dr. Chris Stauber, MD
Dr. John Swisher, MD
Dr. Paul Thethi, MD
Dr. Eric Weaver, MD

***NURSE PRACTITIONERS***
Stacey Gunnoe, APN-BC
Katie Johnson, APN-BC
Danielle Mote, APN-BC
Regina Overton-Barnes, APN-BC
Megan Ross, APN-BC

**STATCARE BEARDEN**
6473 Kingston Pike
Knoxville, Tennessee 37919

**STATCARE WEST**
10904 Kingston Pike, Suite 102
Knoxville, TN 37934

**STATCARE OAK RIDGE**
988 Oak Ridge Turnpike, Suite L20
Oak Ridge, TN 37830

Phone (865) 588-8831
Fax (865) 588-8841

FAX TRANSMITAL COVER SHEET
PLEASE DELIVER THE FOLLOWING TO:

To: Lincoln Financial

Re: R. Galyon DOB

Fax: 603-334-0380

From: Medical Records Dept.

Dr: Nichols

Total Number of Pages: 3 (Including Cover Sheet)

Date: 11-29-22

Time: 12:30 pm

IF YOU DO NOT RECEIVE ALL THE PAGES
PLEASE CALL IMMEDIATELY!

PHONE: (865) 588-8831
***FAX: (865) 522-6155***

CONFIDENTIALITY NOTE:

This Information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entry name above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited.

*Excellence. Every Patient. Every Time.*

StatCare
Excellence. Every Patient. Every Time.

*Statcare Pulmonary Consultants*
*1900 N. Winston Road*
*Suite 501*
*Knoxville, TN 37919*
*Phone: 865-588-8831*
*Fax: 865-522-6155*

**Date:** **11/29/22**

# INVOICE

| **Customer** | | | **Patient** | |
|---|---|---|---|---|
| Name | Lincoln Financial | | Name | Roberta Galyon |
| Address | P.O. Box 2609 | | DOB | |
| City | Omaha | State NE ZIP 68103 | SS | |
| Phone | 800-291-0112 | | Acct # | 478280 |
| Fax | 603-334-0380 | | Physician | Nichols |

| Description | TOTAL |
|---|---|
| Chart Retrieval Fee | $52.50 |
| **number of pages 70** | |
| Postage | $2.88 |
| SubTotal | $55.38 |
| Postage | |
| **TOTAL** | $55.38 |

| **Payment** | |
|---|---|
| Date Paid | |
| Check # | |
| Authorization | |
| Comments | |

*Please make check payable to Statcare Pulmonary Consultants.*
***We must receive payment before records will be sent.***
*Tax ID: 82-0992113*

PAGE 2/3 * RCVD AT 11/29/2022 12:34:41 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340380 * CSID: * ANI:18654741806 * DURATION (mm-ss):01-10

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
STATCARE OUTPATIENT, LLC

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ P

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)
*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
1900 N. Winston Road, Suite 501

Requester's name and address (optional)

6 City, state, and ZIP code
Knoxville, TN 37919

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

Employer identification number
8 2 – 0 9 9 2 1 1 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | ROBERTA GALYON | 10784870 |

| | | | |
|---|---|---|---|
| Report Date: | 11/27/22 | | |
| Referred By: | Joshua Graves | Claimant DOB: | [redacted] |
| Referral Date: | 11/21/2022 | Job Title: | (USA) RX TECH CERTIFIED WM, DI_000849 _101913 |
| Due Date: | 12/06/2022 | Medical/ Surgical Condition: | S83.282A Other tear of lateral meniscus, current injury, left knee, initial encounter, G71.1 Myotonic disorders |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 06/12/2020 |
| | | DOD: | 06/13/2020 |
| Physical Demands: | | BBD: | 12/12/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.
Right Knee pain (M25.561)
Gait Abnormality (R24.9)

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.
Diabetes with diabetic neuropathy (E11.40)
Obesity (E66.01)

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 1/1/2022 to the present, and comment on the expected duration.
RESPONSE: Restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).
RESPONSE: Yes

4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).
RESPONSE: Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
RESPONSE: No

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:
Name: Dr. chung   Phone Number: 1 (706) 551 9200 ex -----   Fax Number: (706) 728-3104

Name: timothy Collins   Phone Number: 1 (423) 263 0722 ex -----   Fax Number: (833) 369-0949

Name: Dr. Michael Freeman   Phone Number: 1 (865) 305 9295 ex -----   Fax Number: (865) 305-8491

Name: Dr. Chandra   Phone Number: 1 (423) 648 8008 ex -----   Fax Number: (423) 475-6151

Name: Edmunds Gastro   Phone Number: 1 (865) 413 1668 ex -----   Fax Number: (865) 232-1769

Additional Questions

Other ASC has several new providers in which all are under updated ap info in doc list outside of what is listed above.

Analysis of Medical Documentation and Support for Responses to Referral Questions:
This evaluation will be from a musculoskeletal perspective.
According to the medical documentation provided for review, the claimant is a 57-year-old woman with past medical history of diabetes, coronary artery disease, hyperlipidemia, anxiety, depression, fibromyalgia, hypertension, anemia, obesity, sleep apnea, asymptomatic Chiari Malformation I, osteoarthritis, s/p right knee replacement 6/16/20, revised right total knee replacement on 10/5/2021 and right total knee manipulation under anesthesia on 1/17/2022 who presents with persistent knee pain.

There is an office visit note dated 8/21/2020 in which, the claimant discussed going on a medical leave with her family physician due to LBP, leg weakness and persistent right knee pain s/p TKR in June 2020. She was recommended to be out of work by her family medicine physician until seen by the orthopedic surgeon. The claimant had a telemedicine visit with a neurologist on 8/31/2020 for worsening leg pain and underwent a work up. She had been referred for EMGs, had normal spine MRIs and was thought to have diabetic peripheral neuropathy. EMG on 9/16/20 revealed sensory, axonal greater than demyelinating peripheral neuropathy and an underlying myopathy. The claimant was referred for further workup by neurology on 9/30/20 to assess for myotonic dystrophy and Pompe's disease, both work ups were negative. The claimant had complained of muscle spasms and cramps and was prescribed baclofen.

Subsequent records indicate that the course of the medical condition showed lack of improvement with the right knee pain. She went to see another orthopedic surgeon for evaluation on 11/6/2020 and was given steroid injections and Euflexxa injections to the right knee weekly in Dec 2020. On 1/25/2021, the claimant had a telemedicine visit with neurology and "had muscle cramps in her hands and feet but no new weakness. Her back pain was fluctuating. She did see Dr. Boyer at UT and had an MRI of the lumbar spine…no surgery was recommended." (There are no notes from the neurosurgeon for her back pain evaluation or the MRI results.) The claimant also had a rebound of her headaches and had depression and anxiety as per the neurologist. She was seen by an orthopedic surgeon nurse practitioner on 3/29/21 and was given an injection into her right trochanteric bursa (near her hip) and a right pes anserine bursa injection near her medial knee.

There is a partial note from the family medicine physician on 1/12/2022 which was for presurgical testing. The next office visit note in the chart is dated 3/17/22 and is authored by an orthopedic surgery nurse practitioner who documents that the claimant had a right total knee manipulation under anesthesia on 1/17/22. The note indicates that the right knee range of motion is 0 to 105 degrees (normal should be about 150 degrees). The claimant was using a cane occasionally and a CPM machine; the note indicates that she did not go to PT for 3 weeks since she was sick. (There are no physical therapy notes in the chart for review.) The plan was to follow up in 2 months. The note also documents that the claimant had a revised right total knee replacement on 10/5/21 due to persistent pain. (There are no operative reports in the chart for the revised right total knee replacement surgery on 10/5/2021 or the right knee manipulation under anesthesia on 1/17/22.) The reference in the entry to the claimant recovering from surgery on 3/17/22 would support restrictions and limitations of mostly sitting with occasional standing or walking and lifting limited to 10 pounds through 3/17/22 and an additional 6 to 8 weeks.

There are other medical notes in the chart relating to an evaluation of a hiatal hernia on 3/31/22 and a chest pain evaluation office visit note with a cardiologist on 4/5/22. There is an office visit with the family medicine physician for medication refills and follow up for her chronic medical conditions on 5/11/22. This note documents that the claimant had a normal gait and normal musculoskeletal and neurologic examination. The plan included medical renewals and a referral for a Sleep Medicine evaluation to renew her CPAP and a mammogram as part of her screening exams. There is an operative report on 5/18/22 for robotic laparoscopic recurrent hiatal hernia repair. It is beyond the scope of this review to

comment on restrictions and limitations after robotic laparoscopic recurrent hiatal hernia repair and I would defer to a general surgeon to determine what restrictions and limitations are after this procedure.

There is an LFG form completed by the claimant's family medicine physician dated 6/21/22 which documents that she is at a sedentary level for restrictions and limitations. There are no references to and adverse impact of reported symptoms on life activities such as driving, self-care or leisure activities or any abnormalities of physical exam which would support these restrictions and limitations.

The claimant underwent post operative evaluation of dysphagia (difficulty swallowing) and on 7/21/22 had a test of her esophagus which revealed 50% swallowing weakness. She had a visit with her family medicine physician on 8/31/22 for a respiratory infection and was diagnosed with skin cancer by a dermatologist on 9/29/22 where her biopsies were positive for infiltrating basal cell carcinoma.

She continued to have difficulty swallowing and the follow up evaluation with the general surgeon on 10/31/22 indicated that she was referred for further diagnostic studies including barium swallow and gastroenterology evaluation. She was seen by the gastroenterologist on 10/14/22 and referred for esophagogastroduodenoscopy (EGD-procedure to view the upper part of the gastric tract) and colonoscopy. On 10/31/22, she underwent Mohs surgery around her nose where the basal cell carcinoma was located to be removed. I would refer to a dermatologist to determine what restrictions or limitations were needed after this procedure. The last note in the documentation is a partial note from gastroenterology ordering blood work dated 11/8/2022.

As a consequence, restrictions and limitations of mostly sitting with occasional standing or walking with an assistive device as needed and lifting limited to 10 pounds from 1/1/22 through 3/17/22 and an additional 6 to 8 weeks are supported, but not beyond that period from a musculoskeletal perspective. It is beyond my expertise to determine if restrictions or limitations are needed beyond that for the repair of the hiatal hernia on 5/18/22 and surgical removal of the basal cell carcinoma on 10/31/22. Recommend referral to the appropriate specialists if further clarification of restrictions and limitations are needed.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is 11/8/22.

Electronically Signed:
R. Asaro, D.O.
Board Certified in Physical Medicine & Rehabilitation

**Lincoln Financial Group®**
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 10784870
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 698
Employee: ROBERTA L GALYON

Policy Number: GF3-850-290765-01
Pmt Period: 11/12/22 - 11/25/22
Pmt Date: 11/25/22
Check #: 108313954

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/12/22 | 11/25/22 | $ 562.15 | | | | |

Subtotal Offset $ 562.15

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/12/22 | 11/25/22 | $ 151.80 | | | | |

Subtotal Deduction $ 151.80

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 151.80 | Federal Excludable Wages: | $ 151.80 |
| OASDI Taxable Wages: | $ 0.00 | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 0.00 | State Withholding: | $ 0.00 |

Benefit Tax %: 0.0

Employee State: TN

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Galyon 0580**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | November 23, 2022 |
| To: | DR. GABRIEL |
| Attn: | |
| Fax: | (865) 588-8841 |
| From: | Joshua Graves<br>Disabil Claims Case Mgr II<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 10784870<br>Claimant: Roberta Galyon<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

November 23, 2022

Dr. Gabriel

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta Galyon
Claimant D.O.B.:

Dear Dr. Gabriel:

We are the Disability Claim Administrator for your patient, Roberta Galyon.

To evaluate Ms. Galyon's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (877) 353-6412 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (877) 353-6412

Attachments: 10784870-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.03.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6403
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: 03/18/1965 Claim Number: 10784876

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

**Medical Record Overview**

**Date:** **November 21, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** Dr. Freeman

,
(865) 305-9295

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 03/28/2022 - 10/28/2022

**RP ID:** 10008511

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 25 2022 | Oct 28 2022 | 533 | 2 |
| EKG/Cardiology | Apr 25 2022 | | 9 | 535 |
| Labs/Diagnostics | Apr 25 2022 | | 32 | 544 |
| Consultations | May 10 2022 | | 6 | 576 |
| Request Corr. | | | 4 | 582 |
| | | **Total Page Count:** | 584 | |

**Notes From QC:**

**Lincoln/Galyon 0584**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:30AM 8655237751 No. 5446 P. 9/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*April 14, 2022*
Page 2

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

Iron Deficiency

**Past Surgical History:**
Reviewed history from 04/01/2022 and no changes required:
- Hiatal Hernia
- Knee surgery left
- Knee surgery right
- Foot surgery
- Partial Hysterectomy
- Cholecystectomy
- Cyst removed from right hand
- Bilateral Cataract surgery

**Family History Summary:**
**Family History Reviewed:** 04/05/2022
Family History of CAD female <65 for Mother - Entered On: 4/1/2022
Family History of Diabetes for Mother - Entered On: 4/1/2022
Family History of Hypertension for Mother - Entered On: 4/1/2022

**Social History Summary:**

**Social History Reviewed:** 04/05/2022
**Previous Social History:**
Patient has never smoked.
Alcohol Use: N
Drug Use: N

**Risk Factors:**
Smoked Tobacco Use: Never smoker

Alcohol Use: no

Drug Use: no

**Review of Systems**

**MS**
**Complains of arthritis.**

**Heme**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:30AM 8655237751 No. 5446 P. 10/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

*April 14, 2022*
Page 3

**Roberta Galyon (307822)** DOB: (
Doctor: Stuart J Bresee MD FACC

Denies excessive bruising.

**Allergy**
Denies frequent colds or flu.

**Derm**
**Complains of rash.**
Denies skin problems.
neck

**Psych**
**Complains of anxiety.**
Denies depression.

**General**
Denies fever and weight loss.

**Eyes**
**Complains of vision changes.**

**ENT**
**Complains of hearing loss.**

**CV**
See HPI
**Complains of chest pain.**

**Resp**
Denies shortness of breath and abnormal cough.

**Neuro**
**Complains of tiredness.**
Denies blackouts.

**GU**
Denies blood in urine.

### Vital Signs:

| | |
|---|---|
| Patient Profile: | 57 Years Old Female |
| Height: | 65 inches |
| Weight: | 188.8 pounds |
| BMI: | 31.41 |
| Temp: | 97 degrees F temporal |
| Pulse rate: | 70 / minute |
| Pulse rhythm: | regular |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:30AM 8655237751 No. 5446 P. 11/18

UNIVERSITY CARDIOLOGY

1840 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*April 14, 2022*
Page 4

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

BP Sitting: 124 / 83 (right arm)

Cuff size: large

Medications: Medications were reviewed with the patient during this visit.
No Known Allergy.

Vitals Entered By: Susan E Tharpe (April 5, 2022 8:37 AM)

## Physical Exam

**General:**
well developed, well nourished, in no acute distress
**Head:**
normocephalic and atraumatic
**Eyes:**
conjunctiva and sclera clear
**Neck:**
normal JVP, no bruits
**Chest Wall:**
no deformities noted
**Lungs:**
lungs clear and normal respiratory effort
**Heart:**
regular rate and rhythm,normal S1/S2 without murmurs, rubs, gallops, or clicks
**Abdomen:**
bowel sounds positive; abdomen soft and non-tender without masses, organomegaly, or hernias noted
**Msk:**
no deformity or scoliosis noted with normal posture and gait
**Pulses:**
pulses normal in all 4 extremities
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted
**Neurologic:**
no focal deficits
**Skin:**
intact without lesions or rashes
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration

## Detailed Cardiovascular Exam

**Neck**

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

Check Orders Results:
EMR-Link: ABN not required for this insurance.
Requisition page opened for LC Direct. Order transmitted to EMR-Link April 5, 2022 9:54 AM
Tests Sent for requisitioning (April 5, 2022 9:54 AM):
04/05/2022: EMR-Link -- Basic Metabolic Panel (8) [Labcorp] (signed)
04/05/2022: EMR-Link -- CBC [Labcorp] (signed)
04/05/2022: EMR-Link -- PT [Labcorp] (signed)

## Impression & Recommendations:

**Problem # 1:** Coronary atherosclerosis of native coronary artery (ICD-414.01) (ICD10-I25.10)
**Assessment:** Unchanged
She has multiple risk factors for CAD including diabetes. Her symptoms are progressive and quite compatible with angina

This is a setting where myocardial perfusion imaging is not likely be helpful. Because of the very high pretest likelihood of CAD and negative perfusion scan would not be adequate to exclude the CAD diagnosis and would likely be followed by diagnostic catheterization. An abnormal MPS would definitely be followed by catheterization so we have advised proceeding directly to cardiac catheterization.

The risk and benefit of cardiac catheterization and possible percutaneous intervention have been explained to the patient including but not limited to vascular injury, renal failure requiring dialysis, MI, stroke, bleeding, emergency CABG, and death. The patient understands and would like to proceed with "on line" PCI as indicated.

She is already taking aspirin and statin therapy. With a resting heart rate of 60 I think beta-blockers would be poorly tolerated so we asked her to start isosorbide mononitrate 30 mg daily.

**Problem # 2:** Mitral regurgitation (ICD-424.0) (ICD10-I34.0)
**Assessment:** Unchanged
I am encouraged by the fact I do not appreciate a significant mitral regurgitation murmur. Still given her history of the valve lesion requiring follow-up I think it would be prudent to get the echocardiogram done prior to the catheterization.

**Problem # 3:** Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
**Assessment:** Unchanged

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:32AM 8655237751 No. 5446 P. 14/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6612

*April 14, 2022*
Page 7

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

According to the 2013 guidelines, the patient should receive "high intensity statin therapy", that is atorvastatin 40-80 mg/day or crestor 20-40 mg/day.

She tolerates atorvastatin 20 mg daily well.

We will plan to assess the lipid panel and if she does require revascularization will increase this to "high intensity"

**Other Orders:**
Basic Metabolic Panel (8) (Labcorp)
CBC (Labcorp)
PT (Labcorp)

**Patient Instructions:**
1) Start taking isosorbide mononitrate 30 mg daily.
2) Return for cardiac catheterization on Monday, April 25 (details separately).
3) We will do lab work today "preoperatively".
4) We will schedule an echocardiogram to be done in the near future and you will receive the results by letter if it is okay or a phone call if it is not.

cc:

**Medications:**
Added new medication of promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH - Signed
Changed medication from atorvastatin 80 mg tablet (atorvastatin) Take 1 tablet by mouth once a day to atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Deleted medication of pregabalin 150 mg capsule (pregabalin) Take 2 capsule by mouth twice a day ; Route: BY MOUTH
Deleted medication of metformin 500 mg tablet (metformin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of ondansetron HCl 4 mg tablet (ondansetron hcl) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of oxycodone 5 mg tablet (oxycodone) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of sumatriptan succinate 50 mg tablet (sumatriptan succinate) Take 2 tablet by mouth once a day as needed ; Route: BY MOUTH
Deleted medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of polyethylene glycol 3350 17 gram powder in packet (polyethylene glycol 3350) Take 1 packet by mouth once a day ; Route: BY MOUTH
Deleted medication of melatonin 5 mg tablet (melatonin) Take 1 tablet by mouth at bedtime as needed ; Route: BY MOUTH

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:32AM 8655237751 No. 5446 P. 15/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*April 14, 2022*
Page 8

**Roberta Galyon** (307822) DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

Deleted medication of insulin lispro 100 unit/mL solution (insulin lispro) Inject 1 subcutaneously SQ AC and HS; Route: SUBCUTANEOUSLY
Deleted medication of Vitamin D3 50 mcg (2,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of calcium carbonate 500 mg calcium (1,250 mg) tablet (calcium carbonate) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Added new medication of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; Route: BY MOUTH - Signed
Rx of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; #30 tablet x 5; Signed; Entered by: Stuart J Bresee MD FACC; Authorized by: Stuart J Bresee MD FACC; Method used: Electronically to Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389,

**Prescriptions:**
isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose #30 tablet x 5
Entered and Authorized by: Stuart J Bresee MD FACC
Electronically signed by: Stuart J Bresee MD FACC on 04/05/2022
Method used: Electronically to
Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389

RxID: 1964771456097160

**Electronically signed by Stuart J Bresee MD FACC on 04/05/2022 at 4:59 PM**



**Lincoln/Galyon 0591**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:32AM 8655237751 No. 5446 P. 16/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

April 14, 2022
Page 1

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 030 Labs: CBC With Differential/Platelet, Basic Metabolic Panel (8), P ...**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

Patient: ROBERTA GAYLON
ID: Labcorp 09546206350
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC With Differential/Platelet (005009)

| | | | |
|---|---|---|---|
| | WBC | 7.9 x10E3/uL | 3.4-10.8 |
| | RBC | 4.91 x10E6/uL | 3.77-5.28 |
| | Hemoglobin | 14.4 g/dL | 11.1-15.9 |
| | Hematocrit | 42.8 % | 34.0-46.6 |
| | MCV | 87 fL | 79-97 |
| ! | MCH | 29.3 pg | 26.6-33.0 |
| ! | MCHC | 33.6 g/dL | 31.5-35.7 |
| ! | RDW | 13.5 % | 11.7-15.4 |
| | Platelets | 320 x10E3/uL | 150-450 |
| | Neutrophils | 59 % | Not Estab. |
| | Lymphs | 30 % | Not Estab. |
| ! | Monocytes | 8 % | Not Estab. |
| ! | Eos | 2 % | Not Estab. |
| ! | Basos | 1 % | Not Estab. |
| ! | Neutrophils (Absolute) | 4.6 x10E3/uL | 1.4-7.0 |
| ! | Lymphs (Absolute) | 2.4 x10E3/uL | 0.7-3.1 |
| ! | Monocytes(Absolute) | 0.6 x10E3/uL | 0.1-0.9 |
| ! | Eos (Absolute) | 0.2 x10E3/uL | 0.0-0.4 |
| ! | Baso (Absolute) | 0.1 x10E3/uL | 0.0-0.2 |
| ! | Immature Granulocytes | 0 % | Not Estab. |
| ! | Immature Grans (Abs) | 0.0 x10E3/uL | 0.0-0.1 |
| ! | NRBC | 0 % | 0 - 0 |

Tests: (2) Basic Metabolic Panel (8) (322758)

| | | | |
|---|---|---|---|
| Glucose | [H] | 115 mg/dL | 65-99 |
| BUN | | 23 mg/dL | 6-24 |
| Creatinine | | 0.68 mg/dL | 0.57-1.00 |
| eGFR | | 102 mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | [H] | 34 | 9-23 |
| Sodium | | 141 mmol/L | 134-144 |
| Potassium | | 4.7 mmol/L | 3.5-5.2 |
| Chloride | | 101 mmol/L | 96-106 |
| Carbon Dioxide, Total | | 24 mmol/L | 20-29 |
| Calcium | | 9.9 mg/dL | 8.7-10.2 |

Tests: (3) Prothrombin Time (PT) (005199)

| | | | |
|---|---|---|---|
| ! | INR | 1.0 | 0.9-1.2 |

Reference interval is for non-anticoagulated patients.
Suggested INR therapeutic range for Vitamin K antagonist therapy:

* Auth (Verified) *



UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-5812

*April 14, 2022*
Page 2

**Roberta Galyon (307822) DOB:** [redacted]
Doctor: Stuart J Bresee MD FACC

Iron Deficiency

**Past Surgical History:**
Reviewed history from 04/01/2022 and no changes required:
Hiatal Hernia
Knee surgery left
Knee surgery right
Foot surgery
Partial Hysterectomy
Cholecystectomy
Cyst removed from right hand
Bilateral Cataract surgery

**Family History Summary:**
**Family History Reviewed:** 04/05/2022
Family History of CAD female <65 for Mother - Entered On: 4/1/2022
Family History of Diabetes for Mother - Entered On: 4/1/2022
Family History of Hypertension for Mother - Entered On: 4/1/2022

**Social History Summary:**

**Social History Reviewed:** 04/05/2022
**Previous Social History:**
Patient has never smoked.
Alcohol Use: N
Drug Use: N

**Risk Factors:**
Smoked Tobacco Use: Never smoker

Alcohol Use: no

Drug Use: no

**Review of Systems**

**MS**
**Complains of arthritis.**

**Heme**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:38AM 8655237751 No. 5447 P. 10/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*April 14, 2022*
Page 3

**Roberta Galyon** (307822) DOB:
Doctor: Stuart J Bresee MD FACC

Denies excessive bruising.

**Allergy**
Denies frequent colds or flu.

**Derm**
**Complains of rash.**
Denies skin problems.
neck

**Psych**
**Complains of anxiety.**
Denies depression.

**General**
Denies fever and weight loss.

**Eyes**
**Complains of vision changes.**

**ENT**
**Complains of hearing loss.**

**CV**
See HPI
**Complains of chest pain.**

**Resp**
Denies shortness of breath and abnormal cough.

**Neuro**
**Complains of tiredness.**
Denies blackouts.

**GU**
Denies blood in urine.

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 57 Years Old Female |
| Height: | 65 inches |
| Weight: | 188.8 pounds |
| BMI: | 31.41 |
| Temp: | 97 degrees F temporal |
| Pulse rate: | 70 / minute |
| Pulse rhythm: | regular |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:38AM 8655237751 No. 5447 P. 11/18

UNIVERSITY CARDIOLOGY

1840 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

April 14, 2022
Page 4

**Roberta Galyon** (307822) DOB:
Doctor: Stuart J Breese MD FACC

BP Sitting: 124 / 83 (right arm)

Cuff size: large

Medications: Medications were reviewed with the patient during this visit.
No Known Allergy.

Vitals Entered By: Susan E Tharpe (April 5, 2022 8:37 AM)

**Physical Exam**

**General:**
well developed, well nourished, in no acute distress
**Head:**
normocephalic and atraumatic
**Eyes:**
conjunctiva and sclera clear
**Neck:**
normal JVP, no bruits
**Chest Wall:**
no deformities noted
**Lungs:**
lungs clear and normal respiratory effort
**Heart:**
regular rate and rhythm,normal S1/S2 without murmurs, rubs, gallops, or clicks
**Abdomen:**
bowel sounds positive; abdomen soft and non-tender without masses, organomegaly, or hernias noted
**Msk:**
no deformity or scoliosis noted with normal posture and gait
**Pulses:**
pulses normal in all 4 extremities
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted
**Neurologic:**
no focal deficits
**Skin:**
intact without lesions or rashes
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration

**Detailed Cardiovascular Exam**

**Neck**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:39AM 8655237751 No. 5447 P. 13/18

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*April 14, 2022*
Page 6

**Roberta Galyon** (307822) DOB: (
Doctor: Stuart J Bresee MD FACC

Check Orders Results:
EMR-Link: ABN not required for this insurance.
Requisition page opened for LC Direct. Order transmitted to EMR-Link April 5, 2022 9:54 AM
Tests Sent for requisitioning (April 5, 2022 9:54 AM):
04/05/2022: EMR-Link -- Basic Metabolic Panel (8) [Labcorp] (signed)
04/05/2022: EMR-Link -- CBC [Labcorp] (signed)
04/05/2022: EMR-Link -- PT [Labcorp] (signed)

**Impression & Recommendations:**

**Problem # 1:** Coronary atherosclerosis of native coronary artery (ICD-414.01) (ICD10-I25.10)
**Assessment:** Unchanged
She has multiple risk factors for CAD including diabetes. Her symptoms are progressive and quite compatible with angina

This is a setting where myocardial perfusion imaging is not likely be helpful. Because of the very high pretest likelihood of CAD and negative perfusion scan would not be adequate to exclude the CAD diagnosis and would likely be followed by diagnostic catheterization. An abnormal MPS would definitely be followed by catheterization so we have advised proceeding directly to cardiac catheterization.

The risk and benefit of cardiac catheterization and possible percutaneous intervention have been explained to the patient including but not limited to vascular injury, renal failure requiring dialysis, MI, stroke, bleeding, emergency CABG, and death. The patient understands and would like to proceed with "on line" PCI as indicated.

She is already taking aspirin and statin therapy. With a resting heart rate of 60 I think beta-blockers would be poorly tolerated so we asked her to start isosorbide mononitrate 30 mg daily.

**Problem # 2:** Mitral regurgitation (ICD-424.0) (ICD10-I34.0)
**Assessment:** Unchanged
I am encouraged by the fact I do not appreciate a significant mitral regurgitation murmur. Still given her history of the valve lesion requiring follow-up I think it would be prudent to get the echocardiogram done prior to the catheterization.

**Problem # 3:** Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
**Assessment:** Unchanged

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:39AM 8655237751 No. 5447 P. 14/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

*April 14, 2022*
Page 7

**Roberta Galyon** (307822) DOB: (
Doctor: Stuart J Bresee MD FACC

According to the 2013 guidelines, the patient should receive "high intensity statin therapy", that is atorvastatin 40-80 mg/day or crestor 20-40 mg/day.

She tolerates atorvastatin 20 mg daily well.

We will plan to assess the lipid panel and if she does require revascularization will increase this to "high intensity"

**Other Orders:**
Basic Metabolic Panel (8) (Labcorp)
CBC (Labcorp)
PT (Labcorp)

**Patient Instructions:**
1) Start taking Isosorbide mononitrate 30 mg daily.
2) Return for cardiac catheterization on Monday, April 25 (details separately).
3) We will do lab work today "preoperatively".
4) We will schedule an echocardiogram to be done in the near future and you will receive the results by letter if it is okay or a phone call if it is not.

cc:

**Medications:**
Added new medication of promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH - Signed
Changed medication from atorvastatin 80 mg tablet (atorvastatin) Take 1 tablet by mouth once a day to atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Deleted medication of pregabalin 150 mg capsule (pregabalin) Take 2 capsule by mouth twice a day ; Route: BY MOUTH
Deleted medication of metformin 500 mg tablet (metformin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of ondansetron HCl 4 mg tablet (ondansetron hcl) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of oxycodone 5 mg tablet (oxycodone) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of sumatriptan succinate 50 mg tablet (sumatriptan succinate) Take 2 tablet by mouth once a day as needed ; Route: BY MOUTH
Deleted medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of polyethylene glycol 3350 17 gram powder in packet (polyethylene glycol 3350) Take 1 packet by mouth once a day ; Route: BY MOUTH
Deleted medication of melatonin 5 mg tablet (melatonin) Take 1 tablet by mouth at bedtime as needed ; Route: BY MOUTH

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0185
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 8

**Roberta Galyon** (307822) DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200030
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:04/25/22
MRN:1844020

Deleted medication of insulin lispro 100 unit/mL solution (insulin lispro) Inject 1 subcutaneously SQ AC and HS; Route: SUBCUTANEOUSLY
Deleted medication of Vitamin D3 50 mcg (2,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of calcium carbonate 500 mg calcium (1,250 mg) tablet (calcium carbonate) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Added new medication of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; Route: BY MOUTH - Signed
Rx of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; #30 tablet x 5; Signed; Entered by: Stuart J Bresee MD FACC; Authorized by: Stuart J Bresee MD FACC; Method used: Electronically to Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389,

**Prescriptions:**
Isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose #30 tablet x 5
Entered and Authorized by: Stuart J Bresee MD FACC
Electronically signed by: Stuart J Bresee MD FACC on 04/05/2022
Method used: Electronically to
Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389

RxID: 1964771456097160

**Electronically signed by Stuart J Bresee MD FACC on 04/05/2022 at 4:59 PM**

History and Physical Update
Patient was examined and
(✓) No change
( ) See update note in record
Physician Signature: ____
Date: 4-25-22 Time: 1000

DOCUMENT TYPE: Clinical Summary
ELECTRONICALLY SIGNED BY: Ward RN, Jennifer L (4/25/2022 15:28 EDT); BRESEE MD, STUART J (4/25/2022 15:09 EDT); BRESEE MD, STUART J (4/25/2022 15:06 EDT)

Clinical Summary

**Clinical Summary**

**The University of Tennessee Medical Center**
**1924 Alcoa Highway**
**Knoxville, TN 37920-6969**
**Phone: 865-305-9000**

**Patient Information:**
**Name:** GALYON, ROBERTA L **Age:** 57 Years **Date of Birth:** [redacted]
**MRN:** 1844020 **FIN:** 18440200030 **Arrival Time:**
**Sex:** Female **Ethnicity:** Not Hispanic/Latino **Race:** White
**Preferred Language:** English **Height:** 165.1 cm **Weight:BMI:**
**Primary Care Physician:** Collins (Results), Timothy
**Provider Information:**
The staff at UT Medical Center would like to thank you for allowing us to assist you with your patient's healthcare needs. The following includes patient education materials and information regarding their injury or illness.
**Patient Visit Summary:**
GALYON, ROBERTA L has been given the following list of patient education materials and follow-up instructions:
**Medication Information:**
The University of Tennessee Medical Center Physicians provided your patient with medication information at the time of discharge. Medications prescribed or recommended to your patient are noted here. Unless otherwise noted, your patient will continue to take medications as prescribed prior to the inpatient visit. Any specific questions regarding their chronic medications and dosages should be discussed with you, their provider, and their pharmacist.
**Diagnosis:**
Chest pain

**Problems**

**Active**

- Hiatal hernia
- Chiari syndrome
- Carotid stenosis
- GERD (gastroesophageal reflux disease)
- Anxiety and depression
- Diabetes
- HLD (hyperlipidemia)
- Change in bowel habits
- Abdominal pain
- Hepatic steatosis
- Iron deficiency
- Chronic anemia

**Allergies**

NKA

**Immunizations**

No Immunizations Documented This Visit

**New Home Medication List**

**Other Medications**

**aspirin (aspirin 81 mg oral enteric coated tablet)** 1 tab(s) ORALLY Two times a day for 42 Days. Refills: 0.

**atorvastatin (atorvastatin 80 mg oral tablet)** 1 tab(s) ORALLY Once Daily.

**baclofen (baclofen 10 mg oral tablet)** 1 tab(s) ORALLY Two times a day as needed Pain.

**clonazePAM (clonazePAM 0.5 mg oral tablet)** 1 tab(s) ORALLY Once Daily as needed Anxiety.

**dulaglutide (Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution)** 0.5 Milliliter SUBCUTANEOUS Every Wednesday.

**ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet)** 1 tab(s) ORALLY Once Daily.

**FLUoxetine (FLUoxetine 40 mg oral capsule)** 1 cap ORALLY Once Daily.

**multivitamin** 1 tab(s) ORALLY Once Daily.

**pramipexole (pramipexole 1 mg oral tablet)** 1 tab(s) ORALLY At Bedtime.

**promethazine (promethazine 25 mg oral tablet)** 1 tab(s) ORALLY Every 4 Hours as needed for motion sickness.

**rizatriptan (rizatriptan 10 mg oral tablet)** 1 tab(s) ORALLY Once Daily as needed as needed for migraine headache.

**Medications Given in Last 24 Hours:**

**Discharge Instructions:**

| Order Name | Order Details | Physician |
|---|---|---|
| Discharge Activity & Restrictions | **Activity Level**<br>May Shower<br>**Requested Start Date/Time**<br>04/25/22 15:04:00 EDT<br>**Restrictions**<br>No Bending or Squatting<br>No Tub Baths or Swimming<br>No Heavy Lifting<br>**Xtra Instructions** | BRESEE MD, STUART J |

Ok to drive in 2 days

**DC Vital Signs**
**Temperature at Discharge:** 97.8 DegF
**Temperature - Method Taken:** Temporal
**Heart Rate at Discharge:** 68
**Respiratory rate at DC:** 16
**Systolic BP at Discharge:** 119
**Diastolic BP at Discharge:** 68
**Verifications**
**Discharge Instructions Given To:** Patient, Spouse
**Date Time Discharge Instructions Given:** 04/25/22 15:28
**Personal Devices/Valuables at Discharge:** None
**Discharge paperwork printed:** Yes
**Dsch Paperworks,w/ meds next dose due:** Given to and reviewed with patient
**Discharge Time Capsule:**

| | |
|---|---|
| **Patient Information** | |
| Code Status: | FULL CODE - BY DEFAULT |
| Hospital Isolation: | |
| List of Allergies: | NKA |
| **Hospital Course Highlights** | |
| Discharging Provider: | BRESEE MD, STUART J |
| DME for Discharge: | |
| Admission Weight lbs: | 190 |
| Daily Weight lbs: | |
| Last Cardiac Rhythm: | |
| Consult Documents: | |
| First & Latest Abx: | |
| **Current Diet & Instructions** | |
| Diet Type: | Heart Healthy |
| [illegible] | |
| Latest Line/Device: | |
| **Hemodialysis** | |
| **Other Pertinent Information** | |
| Diagnostic Studies: | |
| Gastrointestinal Tubes: | |
| Immunizations: | |
| Invasive Airway Mgmt: | |
| **Wound Care / Description** | |
| Incision or Wound Description: | |
| Pressure Ulcer Description Nursing: | |
| Pressure Ulcer: | |

**Follow-up Instructions:**

Depart Clinical Summary

| **With:** | **Address:** | **When:** |
|---|---|---|
| STUART BRESEE | University Cardiology, Sweetwater Hospital, 304 Wright Street Sweetwater, TN 37874 (865) 544-2800 Business (1) | 06/02/2022 2:30 PM |

**Comments:**
Call for an appointment to see Dr. Bresee in the UT ER office for any problems or issues related to the catheterization itself before your scheduled appointment.

**Future Appointments**
**VSLAB Main**
**Phone:** -- **Fax:** --
**Appt. Date:** 12/21/2022 10:00 AM
**Scheduled Provider:** OP Vascular Lab HLVI #E 130

**AMB Univ Vasc Surg**
1940 Alcoa Highway
Suite E-120
Knoxville, TN, 37920
**Phone:** (865) 305-8040 **Fax:** (865) 305-8041
**Appt. Date:** 12/21/2022 10:30 AM
**Scheduled Provider:** Freeman MD, Michael B

**Laboratory or Other Results This Visit** (last charted value for your 04/25/2022 visit)
No Laboratory or Other Results This Visit

**Patient Education Materials:**
Radial Site Care; Coronary Angiogram; Moderate Conscious Sedation, Adult, Care After; Heart-Healthy Eating Plan, Easy-to-Read; Heart Disease Prevention; Fall Prevention in the Home, Adult, Easy-to-Read

**Procedures**
No Procedures Documented

**Smoking Status**
Never (less than 100 in lifetime)

End of Clinical Summary

Orders with Progress Notes

* Auth (Verified) *

Apr. 21. 2022 7:28AM 8655237751 No. 5446 P. 2/18

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

LABEL

1003

## Cardiac Cath Pre Procedure Orders

Page 1 of 2

NAME: Roberta Galyon MEDREC#: 1844020 PHYSICIAN: Stuart J Breeze MD DATE: 4-25-2022

Cardiac Cath Pre Procedure Orders

**Nursing Orders**

*Communication Orders*

- ☑ Patient is a candidate for sedation based on assessment
- ☑ Communication to Nurse, *If patient on metformin product do not restart for 48 hours.*

*Patient Education*

- ☑ Tobacco Cessation Materials, *Access via Insite*
- ☑ Provide Patient Education, *Begin cath teaching in unit or Cath Lab.*

**Treatments/Procedures**

*Permit/Consents*

- ☑ Permit, Get Signed (Specify), *Left heart catheterization with possible percutaneous transluminal coronary angioplasty and possible coronary stent, Surgeon:* ______
- ☑ Permit, Get Signed (Specify), *Right heart catheterization and left heart catheterization with possible percutaneous transluminal coronary angioplasty and possible coronary stent; Surgeon:* ______
- ☑ Permit, Get Signed (Specify), *Right heart catheterization, Surgeon:* ______

*Lines/Tubes/Drains*

- ☑ IV Access, Peripheral, *Insert IV Access*

*Miscellaneous Orders*

- ☑ Cardiac Telemetry
- ☑ Void on call to Cath Lab, *Assist patient to bathroom.*

*Surgical Prep*

- ☑ Clip and prep, ☐ *Right groin,* ☐ *Left groin,* ☐ *Bilateral groins,* ☒ *Right wrist,* ☐ *Left wrist*

**Diet**

- ☑ Diet *NPO, Except medications*

**IV Solutions**

*IV Fluid*

- ☐ Sodium Chloride 0.9% *1,000 mL, IV,* ☐ *100 mL/hr,* ☐ *75 mL/hr,* ☐ *125 mL/hr,* ☒ *150 mL/hr*

*Sodium Bicarbonate cont. IV Fluids*

- ☐ sodium bicarbonate 150 mEq + sterile water for injection1000 mL, *1,000 mL, IV,* ______ *mL/hr, Duration:* ______ *hr*
  *Comments: Start 3 hours before procedure. Rate 3 mL/kg/hr for 1 hour then 1 mL/kg/hr. Continue IVF for 1 liter or* ______ *hours, then INT.*

**Medications**

*Pharmacy Communications*

- ☒ Pharmacy Communication, *metformin med review, Comments: If patient on a metformin product do not restart for 48 hours.*

*Pre-Procedure Medications*

- ☒ diazepam *5 mg, PO, ON CALL 1 TIME, Dose Form: TAB, Comments: On call to cath lab.* **And**
- ☒ diphenhydrAMINE *50 mg, PO, ON CALL 1 TIME, Dose Form: TAB, Comments: on call to cath lab.*
- ☑ aspirin *81 mg, PO, 1TIME, NOW, Dose Form: TAB CHEW, Comments: for platelet inhibition. If not already taken.*

*(Orders continued on next page)*

Date/Time 4-25-2022 1W POS-0115-444a [signature] MD/DO MD Contact # (865) 544-2800

Medical Records — Cardiac Cath Pre Procedure Orders — Page 1 of 2 — Orders 951138 (Rev 01/21/15)

Stuart J Breeze MD

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:28AM 8655237751 No. 5446 P. 3/18

1003

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway♦Knoxville, TN 37920
(865) 305-9000

LABEL

Cardiac Cath Pre Procedure Orders
Page 2 of 2

NAME: Roberta Galyon MEDREC#: 1844020 PHYSICIAN: Stuart J. Breeze MD DATE: 4-25-2022

Cardiac Cath Pre Procedure Orders continued

Radiology
*Diagnostic X-Ray*

- ☐ CXR, 2 Views, *Priority: ASAP, Reason for Exam: Pre Heart Cath*

Diagnostic Tests
*Cardiac*

- ☐ EKG, *Priority: ASAP, Reason for Exam: Pre Heart Cath*

Laboratory
*STAT Labs*

- ☐ CBC with Automated Differential, *STAT*
- ☐ BMP (CHEM 7), *STAT*
- ☐ CMP, *STAT*
- ☐ PT with INR, *STAT*
- ☐ PTT, *STAT*
- ☐ Lipid Profile, *STAT*

Date/Time 4-25-2022 1100 POS-0115-444b [signature] MD/DO MD Contact # (865) 314-2800

Medical Records | Cardiac Cath Pre Procedure Orders Page 2 of 2 | Orders 951138 (Rev 01/21/15)

Stuart J. Breeze MD.

Facility: UTMH

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:28AM 8655237751 No. 5446 P. 4/18

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

1262

LABEL

## OUTPATIENT TREATMENT/PROCEDURE REQUEST (PART A)

Upon completion return to Order Management or fax to 865-305-6131.

X PATIENT: Roberta Galyon MR#: 1844020 DOB: SS#:

X DIAGNOSIS/REASON FOR VISIT: Chest Pain R07.9 ASHD I25.10

X ORDERS: (For patients requiring multiple encounters for the same service in the same month, specify frequency and duration):

Left heart catheterization possible PCA/stent

PRECAUTIONS/COMMENTS:

PLANNED DATE OF SERVICE: 4-25-2022 INSURANCE PLAN PRECERT/AUTHORIZATION (if needed)

* PART B - Required only for patients receiving sedation or having invasive procedures. A current (within 30 days) office History and Physical with diagnostic results may be faxed to 305-8886 in lieu of Part B.

SIGNIFICANT MEDICAL HISTORY/PHYSICAL:

ALLERGIES:

MEDICATIONS:

PHYSICAL/VITAL SIGNS:

HEENT:

CNS:

CARDIOVASCULAR:

LUNGS:

OTHER:

MUST PROVIDE ASA CLASSIFICATION FOR PEDIATRIC SEDATION:(see back)

COMMENTS:

Send additional report to:

X [signature] (865) 544-2800 4-14-2022 1400
M.D. SIGNATURE Contact# Date Time

Stuart J Bassett MD

OP Tx/Proc Rqst w/ H&P
939378 - OP Services (Rev 10/04, 3/09)

Facility: UTMH



Lincoln/Galyon 0606

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

Snapshot: LV : 129/31/39



## Vital Signs

| Time | SpO2 | HR | BP | RR | LOC |
|---|---|---|---|---|---|
| 11:47 AM | 100 | 54 | 147/79/102 | 13 | 3 |
| 11:52 AM | 100 | 56 | 149/78/103 | 17 | 3 |
| 11:56 AM | 100 | 57 | 130/71/91 | 19 | 3 |
| 11:59 AM | 100 | 58 | 124/67/91 | 22 | 3 |
| 12:02 PM | 100 | 56 | 119/70/88 | 15 | 3 |
| 12:03 PM | 100 | 55 | 119/70/88 | 18 | 3 |
| 12:07 PM | 100 | 56 | 143/81/102 | 15 | 3 |
| 12:11 PM | 99 | 64 | 129/72/90 | 16 | 3 |
| 12:15 PM | 99 | 57 | 132/71/90 | 15 | 3 |
| 12:19 PM | 100 | 64 | 140/75/95 | 15 | 3 |
| 12:23 PM | 100 | 63 | 128/73/91 | 16 | 3 |
| 12:28 PM | 100 | 53 | 113/76/94 | 20 | 3 |
| 12:30 PM | 99 | 56 | 139/79/97 | 19 | 3 |
| 12:31 PM | 100 | 54 | 128/77/94 | 17 | 3 |

LOC 3 =Awake responds easily, A/Ox3,(or returned to baseline)
LOC 2=Responds readily but easily falls back to sleep
LOC 1= Arousable , but not readily



**Lincoln/Galyon 0607**

* Transcribed *

**THE UNIVERSITY OF TENNESSEE MEDICAL CENTER**

1924 Alcoa Highway
Knoxville, TN 37920

LOC 0 =Not responding

## Event Log

| Time | Summary | Comment |
|---|---|---|
| 11:11:55 AM | Phase: Baseline | |
| 11:41:23 AM | Case Event Type:Diagnostic Cath,Physician:Bresee,Stuart,J | |
| 11:41:35 AM | | Patient arrives (wheels in) from : CVR 3 |
| 11:41:36 AM | | Pre-Invasive procedure check completed |
| 11:41:36 AM | | Patient identified using name, MR number |
| 11:41:37 AM | | Signed consent is accurate & checked against order |
| 11:41:37 AM | | Documents (H&P, Nursing assessment, Anesthesia assessment) |
| 11:41:37 AM | | are present as required |
| 11:41:37 AM | | History reviewed for allergies & other pertinent safety issues |
| 11:41:38 AM | | Focused assessment completed |
| 11:41:39 AM | | Patient on Table |
| 11:41:39 AM | | FRA (Fire Risk Assessment) Score : 2 |
| 11:41:39 AM | | Fire Risk Safety Precautions Initiated |
| 11:41:40 AM | | Pre-procedure Teaching Performed |
| 11:41:40 AM | | Pre-procedure assessment as follows: |
| 11:41:40 AM | | Rhythm and rate: SB 55 |
| 11:41:41 AM | | Oximeter applied to: RIGHT HAND |
| 11:41:41 AM | | O2 sat on RA or on arrival: 99 % |
| 11:41:41 AM | | Baseline ETCO2: 44 |
| 11:41:41 AM | | Basic MEND results: NO DEFICITS |
| 11:41:41 AM | | Skin appearance: PWD |
| 11:41:41 AM | | Temperature: 97.8 |
| 11:41:41 AM | | Hx adverse reaction to sedation/anesthesia: NONE |
| 11:41:41 AM | | IV's Infusing: NS TKO |
| 11:41:41 AM | | IV Site: 20 G LFA |
| 11:41:41 AM | | Pain score(0-10): 0 |
| 11:41:41 AM | | Quality of pain: NA |
| 11:41:41 AM | | C/O of pain in: NA |
| 11:41:41 AM | | Pre-sedation status (0-10): 10 |
| 11:41:41 AM | | History of sleep apnea: YES |
| 11:41:41 AM | | Bleeding Risk according to ACC CathPCI Bleeding Risk Calculator: LOW 1.4 % |
| 11:41:45 AM | | No Known Drug Allergies |
| 11:41:46 AM | | Hx of reaction to IV contrast. Premedicated with: NA |
| 11:41:47 AM | | No education barriers noted at this time |
| 11:41:48 AM | | Pre-procedure lab results checked |
| 11:47:14 AM | | Pre-procedure pulses checked |
| 11:47:50 AM | SpO2 100%; HR 54 bpm; 147/79/102 NBP; RR 13/min | 3 |
| 11:49:27 AM | | Site prepped with chloroprep |

Denies (Last Updated: 11/26/2019 08:25:49 EST by Wyatt RN, Jamie M)

**Contacts**
*Primary Care Physician :* Collins (Results), Timothy
*Next of Kin or Legal Guardian :* Scott Gaylon
*Next of Kin Phone Number :* [redacted]
*Cell Phone Number :* n/a
*Next of Kin relation to patient :* Spouse

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Patient Rights**
*Living Will or Advance Care Plan :* No
*DPOA Healthcare or Healthcare Agent :* No
*Advanced Directive Information Provided :* Patient refused to accept information on Advance Directives

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Falls Assessment**
*Age Falls Assessment :* Under 65 years
*Elimination Falls Assessment :* Independent
*Mobility Falls Asssessment :* Ambulates with no gait disturbance
*Mentation Falls Assessment :* Alert and oriented x 3
*Fall History :* No
*Current Meds Falls Assess :* No known current medication risks
*Falls Assessment Score :* 0

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Neglect/Abuse**
*Suspected Neglect Abuse :* No

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Psychosocial Spiritual**
*Fears or Anxieties Present :* No
*Special Religious Cultural Needs :* No

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Infectious Disease Screening 3**
*COVID-19 Symptoms :* No symptoms
*COVID-19 Exposure History :* No Exposure to Virus
*EBV Travel History :* No Recent Travel
*EBV Exposure History :* No Exposure to Virus
*MERS Travel History :* No Recent Travel
*MERS Exposure History :* No Exposure to Virus
*MERS Travel Exp Pos :* 0
*Additional Travel History :* No
*Measles Screening :* No

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Property**
*Pt Informed Retained Property Liability :* Yes

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

Valuables/Belongings Grid

| | Valuables at Bedside | Valuables Sent Home |
|---|---|---|

| | | |
|---|---|---|
| *Personal Devices, Patient Valuables II :* | Other: clothes and shoes | None |
| | Ward RN, Jennifer L - 04/25/2022 11:42 EDT | Ward RN, Jennifer L - 04/25/2022 11:42 EDT |

*Home Medication Disposition :* No Home Medications With Patient
Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Infection Prevention**
*Infection Prevention Understanding :* Wash your hands, Expect healthcare providers to wash their hands or wear gloves, Cover your mouth and nose when coughing or sneezing, If you are sick, avoid close contact with others, Get immunizations to avoid disease
Ward RN, Jennifer L - 04/25/2022 11:42 EDT

Conditions of Admission

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Transcribed *

5001

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

FIN: 18440200030
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 4/6/2022
MRN: 1844020

## CONDITIONS OF ADMISSION/TREATMENT

NAME: ROBERTA GALYON MR#: 1844020 ENCOUNTER#: 18440200030 DATE: 4/6/2022

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designees will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.**
**X**______

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records – Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X Roberta L Galyon
(Patient Signature)

Date of signing 4/25/2022 8:54 AM

(Witness) Date 4/25/2022 8:54 AM

(Closest relative or legal guardian)

(Relationship)

Patient is a minor ______ years of age.
Patient is unable to consent because:

Conditions of Admission/930200 – Nursing (Rev. 3/02, 10/11)



Lincoln/Galyon 0612

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway * Knoxville, TN 37920
(865) 305-9000

FIN:18440200030
GALY... A L
DOB: 57Y F
ADM:04/25/22
MRN:1844020

# SPECIAL CONSENT TO OPERATION/OTHER PROCEDURE

1006

NAME: GALYON, ROBERTA L MRN: 1844020 FIN: 18440200030

1. My provider and I talked about what might happen if we do not treat my condition. We also talked about different ways to treat my condition and about the advantages and disadvantages of each of these treatments. My provider explained to me the consequences of declining the proposed or alternative treatments.
2. Procedure(s) as planned: **(No Abbreviations)** Left Heart Catheterization With Possible Percutaneous Transluminal Coronary Angioplasty And Possible Coronary Stent
3. My provider explained to me in terms I can understand the benefits of each operation or procedure and told me what he/she hopes it would do for me. He/she explained that my treatment may change depending on my condition. My provider also told me approximately how long it would take me to recover.
4. My provider did not promise that this would cure me or improve my condition. He/she gave me an opportunity to ask questions about my condition and answered my questions. I am satisfied with the answers.
5. I know there can be risks, complications or side-effects whenever someone has an operation or medical procedure. I know my provider cannot tell me about every possible risk, complication or side-effect. We did talk about the major ones (e.g. bleeding, infection, pneumonia, heart complications, blood clots, death) that could happen if I have the operation or procedure. I understand my provider's explanation.
6. My provider gave me an opportunity to ask questions about these risks and any other risks, benefits or alternatives I want to know about. He/she answered my questions. I am satisfied with the answers.
7. My provider has explained to me that the University of Tennessee Medical Center (UTMC) is an academic medical center and that, in accordance with hospital policies, residents and fellows may perform tasks related to the surgery or procedure under the supervision of my provider. I understand that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.
8. I request and give consent to my provider(s) BRESEE MD, STUART J and other members of the surgical team to perform or administer to me the operations or procedures listed above. Those assisting my doctor may include resident doctors, doctors in a medical fellowship (fellows), students in medical, nursing and related healthcare professions, nurse practitioners, physician assistants, nurses, surgical technologists, vendors and others. For procedures performed by my doctor, he/she will be present for the critical parts of the procedure/surgery. Those assisting my doctor may perform some aspects of the procedure as my doctor deems appropriate. I also request that UTMC provide appropriate hospital service and care necessary in conjuction with the operation(s) or procedure(s) I have authorized my provider to perform.
9. If something unexpected happens or is found during the operation or procedure, and in my provider's opinion, it poses an immediate and substantial risk to my health and needs treatment in addition to or different from what is described in paragraph 2 above, I agree that my provider(s) may at that time provide the treatment that is immediately necessary.
10. The options and risks of sedation, if necessary for my operation or procedure, have been explained to me in terms I can understand. I consent to the administration of such sedation as may be considered necessary or advisable by those responsible for this service. I understand that my consent for anesthesia, if necessary for my operation or procedure, will be obtained separately.
11. I consent to the photographing, videotaping or televising of the operation or procedure to be performed, including appropriate portions of my body, for medical, scientific or education purposes, as long as my identity is not disclosed.

I understand the reasons this operation or procedure is required and I understand the information in this form and all blanks have been filled in prior to my signing.

Roberta L. Galyon 4/25/22 1030 [signature] 4/25/22 1030
Patient Signature Date Time Witness (full name) Date Time

(If patient is unable to sign or is a minor, complete the following)
Patient is a minor (____ years of age) or is unable to sign because: ____

[signature] 4-25-22 1000
Authorized Representative Date Time Provider Signature Date Time

DCPCONSENT03 – v1.5



Lincoln/Galyon 0614

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 532 of 1691 PageID #: 665

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305 9000

FIN:18440200030
GALYON, ROBERTA L
DOB
ADM 57Y F
MRN:1844020

**CARDIOVASCULAR RECOVERY SEDATION RELEASE FORM**

NAME: ______ MR #: ______ PHYSICIAN: ______ DATE: ______

For Patients Who Receive Sedation:

You have been given medication to help you relax. This medication will remain in your body for at least 24 hours, so you might feel a little drowsy and lightheaded. For this reason, it is important for you to rest for the remainder of the day and tonight. This feeling will slowly wear off. Because the medicine is still in your system, for at least the next 24 hours **THE PATIENT MUST NOT:**

- Drive a car, operate machinery or power tools,
- Drink any alcoholic beverages (not even beer), or
- Make any important decisions or sign important papers.

**For:**

- Increased drowsiness,
- Difficulty arousing,
- Changes in mental condition.

**CALL Cardiologist's Office at 865-544-2800.**

This patient has received Versed & Fentanyl for sedation, last dose was administered at 12:45pm time.

Additional instructions: Suggest No driving 48 hours

I have received and understand the above information.

| | | |
|---|---|---|
| Roberta L Galyon<br>Signature of Patient | 4/25/22<br>Date | 1030<br>Time |
| [signature]<br>Signature of R.N. | 4/25/22<br>Date | 1030<br>Time |
| [signature]<br>Signature of Responsible Adult | 4/25/22<br>Date | 1030<br>Time |

White copy - Medical Record
Yellow copy - Patient copy

Sedation Release
932530 – Cath Lab (Dev 01/08, 1/12)



Lincoln/Galyon 0615

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Transcribed *

5101

University of Tennessee Medical Center
1924 Alcoa Highway Knoxville, TN 37920
(865)305- 9000

FIN: 18440200030
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 4/6/2022
MRN: 1844020

## RELEASE AUTHORIZATION

**PATIENT NAME** ROBERTA GALYON **DATE OF SERVICE** 4/6/2022

### 1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID / TENNCARE BENEFITS

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf to University of Tennessee Emergency Group for any services furnished me by that physician/supplier.

### 2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier completed on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me, but not to exceed UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other sources may be applied on any other account owed UTMC by me or my family.

### 3) PROMISE TO PAY ACCOUNT

For and in consideration of services rendered and to be rendered by UTMC, I/we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone number, I authorize UTMC or its agents to call my cell phone either manually or by auto-dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

### 4) UTMC STAFF PHYSICIAN ASSIGNMENT

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physician's, etc.), that a separate billing may be received from these physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collections of my account.

### 5) DME NOTIFICATION

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

### 6) UHS NOTICE OF INFORMATION PRACTICES

I have received a copy of the University Health Systems, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling (865) 305-9118, on the UTMC website at www.utmedicalcenter.org, or by requesting one at a UHS office.

### 7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY

I understand if I have insurance coverage not presented by me at registration/admission, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

Signature X [signature] — Responsible Party

Signature X [signature] — Authorization to Release Information — 4/25/2022 8:54 AM Date/Time

Relation to Patient ______

Witness [signature] Date/Time 4/25/2022 8:54 AM

Release Autho/Assignment
939145 - PAC (Rev 6/09,8/10,3/12,5/18)

Final Coding Summary

* Auth (Verified) *

## Coding Summary For Patient Account 18440200030

Current Coder: jmcmurra

Current Date: 04/27/2022 12:10

Total Charges: 13065.24

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | U | **LOS** | 1 |
| **Birth Date** | [redacted] | **Sex** | F |
| **Attending Physician** | BRESEE STUART J | **Admitting Physician** | BRESEE STUART J |
| **Admit Date** | 04-25-2022 | **Discharge Date** | 04-25-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** I25.10 | ICD-10 | Athscl heart disease of native coronary artery w/o ang pctrs |
| I34.0 | ICD-10 | Nonrheumatic mitral (valve) insufficiency |
| E78.5 | ICD-10 | Hyperlipidemia, unspecified |
| E11.9 | ICD-10 | Type 2 diabetes mellitus without complications |
| K21.9 | ICD-10 | Gastro-esophageal reflux disease without esophagitis |
| K76.0 | ICD-10 | Fatty (change of) liver, not elsewhere classified |
| K44.9 | ICD-10 | Diaphragmatic hernia without obstruction or gangrene |
| Z79.82 | ICD-10 | Long term (current) use of aspirin |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|
| **Principal CPT Code:** 93458 | CPT4 | L hrt artery/ventricle angio | BRESEE, MD, STUART J | 04/25/2022 |

Allergies

| Substance: **NKA** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

| Substance: **No Known Medication Allergies** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Intake and Output

| INTAKE | | 4/25/2022 - 4/26/2022 | | |
|---|---|---|---|---|
| All time in EDT | | 0700 - 1900 | 1900 - 0700 | Total |
| Oral Intake | mL | 240 | - | 240 |
| **12 Hour Total** | mL | **240** | **-** | |
| **24 Hour Total** | mL | **240** | | |

| OUTPUT | | 4/25/2022 - 4/26/2022 | | |
|---|---|---|---|---|
| All time in EDT | | 0700 - 1900 | 1900 - 0700 | Total |
| **12 Hour Total** | mL | **-** | **-** | |
| **24 Hour Total** | mL | **No documented output results for date range** | | |

**Clinical Range Total from 4/25/2022 to 4/26/2022**

| Total Intake (mL) | Total Output (mL) | Fluid Balance (mL) |
|---|---|---|
| 240 | 0 | 240 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Vital Signs

*Vital Signs*

| Procedure | UOM | Date 4/25/2022 Time 11:44 EDT | 4/25/2022 11:30 EDT | 4/25/2022 10:26 EDT |
|---|---|---|---|---|
| Temperature Temporal Artery | DegF | - | 97.8 | - |
| Pulse Rate | bpm | - | 61 | - |
| Respiratory Rate | rpm | - | 20 | - |
| Systolic Blood Pressure | mmHg | - | 130 | - |
| Diastolic Blood Pressure | mmHg | - | 62 | - |
| SpO2 | % | - | 100 | - |
| O2 Delivery | | - | Room Air | - |
| Admission Weight lbs | lb | - | - | 190 |
| Height | in | - | - | 65 |
| Height in cm | cm | - | - | 165.1 |
| Dosing Weight | kg | 86.17 | - | - |
| Weight (kg) | kg | - | - | 86.168 |

Sedation Record

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HIGHWAY ♦ KNOXVILLE, TN 37920
(865) 305-9000

FIN:18440200030
GALY ROBERTA L 57Y F
DOB:
ADM:04/25/22
MRN:1844020

## SEDATION RECORD

DATE OF PROCEDURE 4-25-22 PROCEDURE LHC
PHYSICIAN DeBrisee LOCATION CW2

### Pre-Procedure Assessment

Nursing Assessment has been completed and reviewed ☐

Medications Reviewed ☐

Prep ____
Completed ☐ N/A ☐

Allergies Reviewed ☐
Note:

Pre-op Meds Time

IV Access: ____

Prior history of adverse reaction to sedation or anesthesia
Yes ☐ No ☐

Last PO Intake:

H&P ☐ Consent ☐

| Time | B/P | Pulse | Resp | $O_2$ Sat | Pain | Temp * | Level of Consciousness | Respiratory | Circulatory | Activity | Total Criteria/Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Time Out: Completed ☐

Melanie Simpson RN RN Date 4-25-22 Time 1202

### Assessment by Physician Prior to Procedure (Complete each section)

☑ Patient is a suitable candidate for planned sedation based on assessment and

☑ Patient reevaluated immediately prior to procedure. May begin medications for moderate sedation.

ASA Class
☐ ASA I Normal healthy patient
☐ ASA II Patient with mild systemic disease
☐ ASA III Patient with severe systemic disease
☐ ASA IV Patient with severe systemic disease that is a constant threat to life
☐ ASA V Moribund patient who is not expected to survive without the operation

Mallampati Classification Score
☐ Class I ☐ Class III
☑ Class II ☐ Class IV

### Medication Orders/Administration

☒ Pull medication(s) for sedation Versed & Fentanyl

[signature] MD Contact# 4005 Date 4-25-22 Time 1202

### Procedure

| Fentanyl | | | | | | | Total | RN Signature |
|---|---|---|---|---|---|---|---|---|
| Dose / Time | | | | | | | | |
| Dose / Time | | | | | | | | |
| Dose / Time | | | | | | | | |
| Dose / Time | | | | | | | | |

### Monitoring During Procedure

Pre Assessment completed immediately prior to procedure as documented on first line below to include Time, B/P, Pulse, Resp, $O_2$ Sat, LOC and $ETCO_2$ if indicated (Record VS q 5 minutes)

| Time | B/P | Pulse | Resp | Temp * | $O_2$ Sat | $ETCO_2$ ** | Level of Consciousness (Record every 10 minutes) | Nurses Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |

* Temperature when applicable ** $ETCO_2$ - for deep sedation and moderate sedation whose ventilation cannot be directly observed; End-tidal $CO_2$ measurement may not be indicated during bronchoscopy.

____ MD Contact# ____ Date ____ Time ____

Sedation Record 932272

Facility: UTMH



Lincoln/Galyon 0623

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 541 of 1691 PageID #: 674

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

NAME ____________ MR# ____________ ENCOUNTER# ____________ DATE ________

| Post-Procedure Assessment | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitoring will continue every 10 minutes for 1 hour after the last dose of sedation or until patient meets discharge criteria and/or returns to pre-sedation status. Patients receiving reversal agents will be monitored for a minimum of 2 hours. | | | | | | Level of Consciousness | Respiratory | Circulatory | Activity | Total Criteria/ Score | Comments |
| Time | B/P | Pulse | Resp | $O_2$ Sat | Pain | | | | | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |

**Adult discharge criteria = score of 10 Infant/toddler discharge criteria = score of 9 OR ☐ Patient returned to pre-sedation status**

| | | | | | |
|---|---|---|---|---|---|
| **Consciousness** *(Adult)* | 3<br>2<br>1<br>0 | Awake, responds easily, A&O x 3 (or returned to baseline)<br>Responds readily, but easily falls asleep<br>Arousable, but not readily<br>Not responding | **Consciousness** *(Infant/Toddler)* | 2<br>1<br>0 | Awake (or returned to baseline)<br>Responding to stimuli<br>Not responding |
| **Circulatory** *(Both)* | 2<br>1<br>0 | BP and pulse within baseline limits<br>BP and pulse approaching baseline limits<br>Abnormally high or low BP and/or abnormally fast or slow pulse | **Respiratory** *(Both)* | 3<br>2<br>1<br>0 | Breathes easily with adequate volume<br>Slightly decreased rate and/or volume<br>Labored or limited respiration<br>Apnea or inadequate ventilation |
| **Activity** *(Adult)* | 2<br>1<br>0 | Able to move extremities voluntarily or on command (or returned to baseline)<br>Voluntary movement - nonpurposeful<br>Unable to lift head or move extremities | **Activity** *(Infant/Toddler)* | 2<br>1<br>0 | Moving limbs purposefully (or returned to baseline)<br>Moving limbs nonpurposefully<br>Not moving |
| **Pain Score** *(Both)* | 0 | None 1 – 2 Mild 3 – 4 Moderate 5 - 6 Severe 7 - 8 Very Severe 9 – 10 Worst Possible | | | |

| HURT Score (Pain score for non-verbal patients) | | | |
|---|---|---|---|
| High Pulse? | 0<br>RR less than 30<br>HR less than 110 | 1<br>RR 30 to 40<br>HR 110 to 130 | 2<br>RR >40<br>HR > 130 |
| Uncomfortable? | 0<br>Moving calmly | 1<br>Squirming, wiggling, fidgeting | 2<br>Very tense, thrashing |
| Really Miserable? | 0<br>Calm, relaxed demeanor | 1<br>Will relax with voice or touch | 2<br>Miserable, cannot be calmed despite all attempts |
| Tense? | 0<br>Relaxed, calm, appears comfortable | 1<br>Tense, moving arms and legs | 2<br>Kicking legs or thrashing |
| Scowling? | 0<br>No negative expression on face | 1<br>Occasional scowl, frown or grimace | 2<br>Frequent scowl, frown or grimace |
| Subtotals | | "H" Hurt Score | |

| Post-Anesthesia Assessment (Required When a General Anesthetic Agent Is Used) | | | | | | |
|---|---|---|---|---|---|---|
| Time | Temp | B/P | HR | Resp | $O_2$ Sat | Pain Level |
| | | | | | | |
| Postop Hydration Acceptable | Yes / No | Mental Status/ Level of Consciousness Acceptable | Yes / No | Comments: | | |
| Nausea Controlled | Yes / No | Pain Control Adequate | Yes / No | | | |

Provider to complete blue sections above

____________ MD Contact# ________ Date________ Time____________

**Inpatients** Transferred to: ________ Time: ________ Report given to: ____________

**Outpatients** Patient discharged to: ____________ Time: ________ Via: ☐ Wheelchair ☐ Stretcher ☐ Ambulatory

Discharge Instructions given to: ____________

____________ RN Date ________ Time ________

Sedation Record 932272- Nursing (Dev 8-01 Rev 3/09,11/11, 3/12, 12/12, 2/16, 3/17, 9/20)

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Orders

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/18/22 11:17:39 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/18/2022 11:17 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Permit, Get Signed Cardiovascular Lab Procedures**
Activity Type: Treatment/Procedure
Ordering Physician: BRESEE MD, STUART J
Entered By: Wilkes HUC, Elizabeth A
Order Details: 4/25/22 10:00:00 AM EDT, Routine, Left Heart Catheterization With Possible Percutaneous Transluminal Coronary Angioplasty And Possible Coronary Stent, BRESEE MD, STUART J
Order Comment:
Action Type: Order Action Date/Time: 4/22/2022 16:11 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 13:52 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **VTE Quality Measures**
Activity Type: General Assessments
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 8:53:43 AM EDT
Order Comment: VTE Quality Measures tracking order is placed on all patients over the age of 18 who are inpatient or observation.
Action Type: Order Action Date/Time: 4/25/2022 08:53 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **VTE Quality Measures Tracking Order**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 8:53:43 AM EDT
Order Comment: VTE Quality Measures tracking order is placed on all patients over the age of 18 who are inpatient or observation.
Action Type: Order Action Date/Time: 4/25/2022 08:53 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **CVR - No Charge**
Activity Type: Patient Activity
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 8:53:44 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 08:53 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **Daily Bath with CHG**
Activity Type: Treatment/Procedure
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/26/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 13:06 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Daily Line Necessity Assessment**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/26/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 13:06 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Notify Re: QM Eligibility - VTE**
Activity Type: Consults/Referrals
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 8:53:44 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 08:53 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician:
Entered By: Ward RN, Jennifer L
Order Details: 4/25/22 5:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 10:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 4/25/2022 11:46 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician:
Entered By: Ward RN, Jennifer L
Order Details: 4/25/22 5:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 10:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician:
Entered By: Ward RN, Jennifer L
Order Details: 4/26/22 5:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 10:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Sleep Center Screen**
Activity Type: Communication Order - Consults
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 11:44:27 AM EDT, Routine
Order Comment: Based on the Nursing Admission History, this patient meets one or more criteria for Sleep Center Screening.
Action Type: Order Action Date/Time: 4/25/2022 11:44 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **Pharmacist - Review Home Meds**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 12:40:45 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 12:40 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Code Status Designation**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Code Status FULL CODE - BY DEFAULT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Bedrest w/HOB elevated**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Activity/Mobility
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Duration 30, min, Routine, May raise HOB immediately if patient does not have femoral access. Apply sling to upper extremity while awake up to 24 hours.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Communication to Nurse (Communication to Nurse - One Time Task)**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Release compression device in 90 minutes. Remove 2 mL of air every 5 minutes until deflated. If bleeding still persists, reinflate for an additional 30 minutes until hemostasis achieved.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Diet**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Diet Orders
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: Heart Healthy, Advance Diet To: DO NOT Advance, 4/25/22 3:04:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Orders

Order: **Get Well: Healthy Heart**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Get Well: High Cholesterol (Hyperlipidemia)**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **IV Access, Peripheral**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Treatment/Procedure
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Change IV to INT, when IVF completed
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Neurovascular Status Checks**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 5:34:00 PM EDT, PRN, Routine, Check radial and ulnar pulses of the ACCESSED upper extremity.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Neurovascular Status Checks**
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 4:34:00 PM EDT, Routine, Check radial and ulnar pulses of the ACCESSED upper extremity when compression device removed.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Neurovascular Status Checks**
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 4:49:00 PM EDT, Routine, Check radial and ulnar pulses of the ACCESSED upper extremity when compression device removed.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Neurovascular Status Checks**
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 5:04:00 PM EDT, Routine, Check radial and ulnar pulses of the ACCESSED upper extremity when compression device removed.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Neurovascular Status Checks**
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 5:19:00 PM EDT, Routine, Check radial and ulnar pulses of the ACCESSED upper extremity when compression device removed.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: No BP or Sticks in Arm with Access Device**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Treatment/Procedure
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **NO IM Injections**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Please attach the following to Depart**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, "Cardiac Diet Easy to Read" to patient's depart.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Post Procedure Ongoing Assessment**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Q15 MIN, Duration 4, Doses/Times, Routine, Monitor accessed upper extremity, ulnar pulse, vital signs and observe extremity for pallor, coldness, pain, or numbness.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 4/25/2022 16:03 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Post Procedure Ongoing Assessment**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 4:19:00 PM EDT, Q30 MIN Specify Start, Duration 2, Doses/Times, Routine, Monitor accessed upper extremity, ulnar pulse, vital signs and observe extremity for pallor, coldness, pain, or numbness.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 4/25/2022 17:03 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Post Procedure Ongoing Assessment**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 5:49:00 PM EDT, Q1H Specify Start, Duration 4, Doses/Times, Routine, Monitor accessed upper extremity, ulnar pulse, vital signs and observe extremity for pallor, coldness, pain, or numbness.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **acetaminophen**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 650 mg = 2 tab, PO, Q4H PRN, Start: 4/25/22 3:04:00 PM EDT, PRN Pain, Mild, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Orders

**Order: nitroglycerin (nitroglycerin 0.4 mg sublingual tablet)**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 0.4 mg = 1 tab, SUBLINGUAL, Q5 MIN PRN, Start: 4/25/22 3:04:00 PM EDT, PRN Chest Pain, Routine, Dose Form: TAB SL
Order Comment: May repeat every 5 minutes for a maximum of 3 doses.
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: NS 375 mL**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 375 mL, IV, Routine, 125 mL/hr, Infuse over: 3 hr, Start: 4/25/22 3:04:00 PM EDT, Duration: 5 hr, Stop: 4/25/22 8:03:00 PM EDT, 375 mL, Weight: 86.17 kg
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 4/25/2022 20:03 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: ondansetron (ondansetron - injection)**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4 mg = 2 mL, IV PUSH, Q6H PRN, Start: 4/25/22 3:04:00 PM EDT, PRN Nausea / Vomiting, Routine, Dose Form: INJ
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Advance Care Planning Pathway Reminder**
Plan Name: Radial Approach Non Intervention Post Cath Pathway, Radial Approach Non Intervention Post Cath Pathway (#951609, POS#931), Advance Care Planning Pathway Phase 1
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: atropine**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 1 mg = 10 mL, IV PUSH, PRN, Start: 4/25/22 3:04:00 PM EDT, PRN Symptomatic Bradycardia, Routine, Dose Form: INJ
Order Comment: For symptomatic bradycardia and call MD
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 4/25/2022 15:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Discharge Activity & Restrictions**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Discharge Orders
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: May Shower, No Bending or Squatting | No Tub Baths or Swimming | No Heavy Lifting, Ok to drive in 2 days
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Get Well: Advance Directive**
Plan Name: Radial Approach Non Intervention Post Cath Pathway, Radial Approach Non Intervention Post Cath Pathway (#951609, POS#931), Advance Care Planning Pathway Phase 1
Activity Type: Nursing Unit Standards
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Notify Provider Re: Physiological/VS Parameters**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT, NOTIFY: Attending Physician, Notify for: Any changes, chest pain, loss of pulse or bleeding.
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Pharmacy Communication**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Pharmacy
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: Metformin Med Review, Metformin Med Review, Q DAY, Start: 4/26/22 9:00:00 AM EDT, Routine, Duration: 48 hr, Stop: 4/25/22 8:31:01 PM EDT
Order Comment: If patient on a metformin product, do not restart product for 48 hours.
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Pharmacist Verify: Electronically Signed, Carter PharmD, Peggy on 4/25/2022 15:07 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 4/25/2022 15:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Orders

Order: **Procedural (General) Pathway Compliance**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **Radial Approach Non Intervention Post Cath Pathway Compliance**
Plan Name: Radial Approach Non Intervention Post Cath Pathway
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:04:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **IV Access, Maintain**
Activity Type: Treatment/Procedure
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/25/22 3:05:07 PM EDT, when IVF completed
Order Comment: Maintain per Hospital Policy
Action Type: Order Action Date/Time: 4/25/2022 15:05 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Discharge Written**
Activity Type: Communication Order - Pt. Care
Ordering Physician: BRESEE MD, STUART J
Entered By: BRESEE MD, STUART J
Order Details: 4/25/22 3:10:00 PM EDT, D/C Home, BRESEE MD, STUART J, Stable for discharge home
Order Comment: Please verify that the patient does not have to go by Admitting before discharge. Look at the tab called PATIENT INFORMATION and then the tab called VISIT INFORMATION. If the box called COURTESY DISCHARGE is blank or has YES in it then the patient does not have to go to Admitting. If the box says "NO-Must stop by Admitting" then send the patient or a family member to admitting before they leave. ALSO, this patient may have valuables in the hospital safe. Please contact the Cashier's Office to verify.
Action Type: Order Action Date/Time: 4/25/2022 15:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Ward RN, Jennifer L on 4/25/2022 15:22 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/25/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/26/22 2:20:49 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/26/2022 02:20 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/26/2022 04:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/26/22 5:07:07 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/26/2022 05:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/26/2022 08:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/26/22 9:40:59 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/26/2022 09:40 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/26/2022 12:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/27/22 8:57:59 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/27/2022 08:57 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/27/2022 12:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

PowerPlans

*Medical*

**Plan:** Radial Approach Non Intervention Post Cath Pathway
**Phase:** Radial Approach Non Intervention Post Cath Pathway (#951609, POS#931); **Status:** Completed
**History:** Initiated at 4/25/2022 15:05 EDT electronically signed by BRESEE MD, STUART J
Completed at 4/26/2022 00:45 EDT electronically signed by SYSTEM
**Sub-phase:** Advance Care Planning Pathway Phase 1; **Status:** Completed
**History:** Initiated at 4/25/2022 15:05 EDT electronically signed by BRESEE MD, STUART J
Completed at 4/26/2022 00:45 EDT electronically signed by SYSTEM

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem List

**Problem Name: Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

**Problem Name: Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

## Social History

**Alcohol**

**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**

**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**

**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Home Medications & Prescriptions

*Home Medications*

Order: **promethazine (promethazine 25 mg oral tablet)**
Order Start Date/Time: 4/25/2022 11:40 EDT
Order Status: Completed
End-state Date/Time: 5/10/2022 11:47 EDT
Ordering Physician:
Entered By: Ward RN, Jennifer L on 4/25/2022 11:40 EDT
Order Details: 25 mg ( 1 tab ), PO, Q4H, PRN for motion sickness, Dose Form: TAB, # 60 tab, 0 Refill(s)
Order Comment:
Action Type: Compliance    Action Date/Time: 4/25/2022 11:42 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

Order: **isosorbide mononitrate (isosorbide mononitrate 30 mg oral tablet, extended release)**
Order Start Date/Time: 4/25/2022 11:40 EDT
Order Status: Discontinued
End-state Date/Time: 4/25/2022 15:07 EDT
Ordering Physician:
Entered By: Ward RN, Jennifer L on 4/25/2022 11:40 EDT
Order Details: 30 mg ( 1 tab ), PO, Q DAY, Dose Form: TAB CR, # 30 tab, 0 Refill(s)
Order Comment:
Action Type: Compliance    Action Date/Time: 4/25/2022 11:42 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 4/24/2022 09:00 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Case Management

DOCUMENT TYPE: Transition of Care Note
ELECTRONICALLY SIGNED BY:

**You have been sent a Continuity of Care Document from The University of Tennessee Memorial Hospital**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the named addressee, please delete this email from your system and do not disseminate, distribute, or copy this information. If you are not the intended recipient, you are notified that any disclosure of this email and its contents are strictly prohibited.

Note: This is not a monitored email address. If you have received this email in error, please do not reply to this email but contact The University of Tennessee Memorial Hospital at (865) 305-9000.

Attachment(s):
4/27/2022 01:02 EDT Transition of Care/Referral Summary

GALYON, ROBERTA L
Admin Sex: Female
DOB: [redacted]
Continuity of Care Document
Summarization of Episode Note | 04/25/2022 to 04/25/2022
Source: The University of Tennessee Memorial Hospital
Created: 04/27/2022

# Demographics

Contact Information:

Tel: [redacted]
Tel: [redacted]
Mail:
Marital Status: Married
Religion: --
Race: White
Previous Name(s): --
Ethnic Group: Not Hispanic or Latino
Language: --
ID: URN:CERNER:IDENTITY-FEDERATION:REALM:479D1758-F967-4C2C-8306-7960101DD8CA-CH:PRINCIPAL:AY3Q34WK4DW4D66W, 1844020

## Care Team

| Type | Name | Represented Organization | Address | Phone |
|---|---|---|---|---|
| primary care physician | Collins (Results), Timothy | -- | Work:305 Grady Road Suite BEtowah, TN 37331- , US | Work Tel: (423)263-0722 |

Attachment(s):
**Relationships**

No Data to Display

## Document Details

### Source Contact Info

1924 Alcoa HighwayKnoxville, TN 37920- , US
Tel: (865)305-9000

### Author Contact Info

--

### Recipient Contact Info

--

### Healthcare Professionals

No Data to Display

### IDs & Code Type Data

Document Type ID: 2.16.840.1.113883.1.3 : POCD_HD000040
Document Template ID: 2.16.840.1.113883.10.20.22.1.1 : --, 2.16.840.1.113883.10.20.22.1.1 : 2015-08-01, 2.16.840.1.113883.10.20.22.1.2 : 2015-08-01
Document ID: 2.16.840.1.113883.3.3189.1.1.999362 : 56692082
Document Type Code: 2.16.840.1.113883.6.1, 34133-9
Document Language Code: en-US
Document Set ID: --
Document Version Number: --

## Primary Encounter

### Encounter Information

Registration Date: 04/25/2022
Discharge Date: 04/25/2022

Case Management

**Attachment(s):**
Visit ID: --

## Location Information

The University of Tennessee Memorial Hospital
Work:1924 Alcoa HigwayKnoxville, TN 37920- , US

## Providers

| Type | Name | Address | Phone |
|---|---|---|---|
| Admitting | BRESEE MD, STUART J | Work:University Cardiology, PC1940 Alcoa Hwy.Medical Building E HLVI Suite 310Knoxville, TN 37920- , US | Work Tel: (865)544-2800 |
| Attending | BRESEE MD, STUART J | Work:University Cardiology, PC1940 Alcoa Hwy.Medical Building E HLVI Suite 310Knoxville, TN 37920- , US | Work Tel: (865)544-2800 |
| Referring | No Referring Physician, . | -- | -- |

## Encounter

UT Hospital Patient Account Number 18440200030 Date(s): 4/25/22 - 4/25/22

The University of Tennessee Memorial Hospital 1924 Alcoa Higway Knoxville, TN 37920- US (865) 305-9000
Encounter Diagnosis

Chest pain (Discharge Diagnosis) - 4/25/22
Discharge Disposition: D/C Home

Attending Physician: BRESEE MD, STUART J
Admitting Physician: BRESEE MD, STUART J
Referring Physician: No Referring Physician, .

## Allergies, Adverse Reactions, Alerts

No Known Allergies

## Assessment and Plan

Attachment(s):
Future Appointments

Appointment Date: 05/05/2022 10:45:00 AM
Scheduled Provider:

Location: PAT
Appointment Type: PAT NURSE

Appointment Date: 12/21/2022 10:00:00 AM
Scheduled Provider:

Location: VSLAB Main
Appointment Type: VAS Carotid Vascular Study MAIN

Appointment Date: 12/21/2022 10:30:00 AM
Scheduled Provider: FREEMAN MD AMB, MICHAEL B
Location: AMB Univ Vasc Surg
Appointment Type: VAS Return

**Functional Status**

No data available for this section

**Immunizations**

No data available for this section

**Medications**

aspirin 81 mg oral enteric coated tablet

81 mg ( 1 tab ), PO, BID, Dose Form: TAB EC, # 84 tab, 0 Refill(s)

Start Date: 6/16/20
Stop Date: 7/28/20

Attachment(s):
Status: Ordered

baclofen 10 mg oral tablet

10 mg ( 1 tab ), PO, BID, PRN Pain

Start Date: 5/6/21
Status: Ordered

ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet

325 mg ( 1 tab ), PO, Q DAY

Start Date: 5/6/21
Status: Ordered

multivitamin

1 tab, PO, Q DAY

Start Date: 5/6/21
Status: Ordered

pramipexole 1 mg oral tablet

1 mg ( 1 tab ), PO, Q HS

Start Date: 6/8/20
Status: Ordered

promethazine 25 mg oral tablet

25 mg ( 1 tab ), PO, Q4H, PRN for motion sickness, Dose Form: TAB, # 60 tab, 0 Refill(s)

Start Date: 4/25/22
Status: Ordered

rizatriptan 10 mg oral tablet

10 mg ( 1 tab ), PO, Q DAY, PRN as needed for migraine headache

Start Date: 6/8/20
Status: Ordered

Attachment(s):

## Mental Status

No data available for this section

## Problem List

| Condition | Effective Dates | Status | Health Status | Informant |
|---|---|---|---|---|
| Abdominal pain(Confirmed) | | Active | | |
| Chiari syndrome(Confirmed) | | Active | | |
| Carotid stenosis(Confirmed) | | Active | | |
| Change in bowel habits(Confirmed) | | Active | | |
| Chronic anemia(Confirmed) | | Active | | |
| Diabetes(Confirmed) | | Active | | |
| GERD (gastroesophageal reflux disease)(Confirmed) | | Active | | |
| Hepatic steatosis(Confirmed) | | Active | | |
| Hiatal hernia(Confirmed) | | Active | | |
| HLD (hyperlipidemia)(Confirmed) | | Active | | |
| Iron deficiency(Confirmed) | | Active | | |
| Anxiety and depression(Confirmed) | | Active | | |

## Procedures

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Colonoscopy | 11/26/19 | | | Completed |
| Bilateral Cataract surgery | | | | Completed |

## Results

No data available for this section

Case Management

Attachment(s):

## Vital Signs

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| Height in cm | 165.1 cm<br>(4/25/22 10:26 AM) |
| Height | 65 in<br>(4/25/22 10:26 AM) |
| Dosing Weight | 86.17 kg<br>(4/25/22 11:44 AM) |
| Admission Weight lbs | 190 lb<br>(4/25/22 10:26 AM) |
| Blood Pressure [95-159/60-90 mmHg] | 130/62 mmHg<br>(4/25/22 11:30 AM) |
| Respiratory Rate [12-20 rpm] | 20 rpm<br>(4/25/22 11:30 AM) |
| Temperature Temporal Artery [97.2-100 DegF] | 97.8 DegF<br>(4/25/22 11:30 AM) |
| SpO2 [90-100 %] | 100 %<br>(4/25/22 11:30 AM) |
| O2 Delivery | Room Air<br>(4/25/22 11:30 AM) |
| Pulse Rate [60-100 bpm] | 61 bpm<br>(4/25/22 11:30 AM) |

## Social History

| Social History Type | Response |
|---|---|
| Smoking Status | Never (less than 100 in lifetime)<br>entered on: 6/19/19 |
| Birth Sex | Female |

## Health Concerns

No data available for this section

Attachment(s):

## Medical Equipment

Implanted Date: 6/16/20 Target Site: Unknown

| Description | Quantity | MRI | Company | Model |
|---|---|---|---|---|
| CEMENT BONE ANTIBIOTIC 6197-9-001 [1] | 1 | | STRYKER | 6197-9-001 |
| UDI: No Information | | Assigning Authority: FDA | | |
| BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2 [2] | 1 | | SMITH & NEPHEW | 00-5842-002-02 |
| UDI: No Information | | Assigning Authority: FDA | | |
| INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2 [3] | 1 | | SMITH & NEPHEW | 00-5842-022-08 |
| UDI: No Information | | Assigning Authority: FDA | | |
| FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8 [4] | 1 | | SMITH & NEPHEW | 00-5842-012-02 |
| UDI: No Information | | Assigning Authority: FDA | | |

[1] UNICOMPARTMENTAL, Serial #: 1027547 , Body Site: Knee - Total, Side: Right

[2] UNICOMPARTMENTAL, Serial #: 1027564 , Body Site: Knee - Total, Side: Right

[3] UNICOMPARTMENTAL, Serial #: 1027568 , Body Site: Knee - Total, Side: Right

[4] UNICOMPARTMENTAL, Serial #: 1027966 , Body Site: Knee - Total, Side: Right

## Hospital Discharge Instructions

Patient Education

04/25/2022 15:28:29

Radial Site Care

Case Management

**Attachment(s):**

Radial Site Care

This sheet gives you information about how to care for yourself after your procedure. Your health care provider may also give you more specific instructions. If you have problems or questions, contact your health care provider.

What can I expect after the procedure?

After the procedure, it is common to have:

• Bruising and tenderness at the catheter insertion area.

Follow these instructions at home:

Medicines

• Take over-the-counter and prescription medicines only as told by your health care provider.

Insertion site care

• Follow instructions from your health care provider about how to take care of your insertion site. Make sure you:

# Wash your hands with soap and water before you change your bandage (dressing). If soap and water are not available, use hand sanitizer.

# Change your dressing as told by your health care provider.

# Leave stitches (sutures), skin glue, or adhesive strips in place. These skin closures may need to stay in place for 2 weeks or longer. If adhesive strip edges start to loosen and curl up, you may trim the loose edges. Do not remove adhesive strips completely unless your health care provider tells you to do that.

• Check your insertion site every day for signs of infection. Check for:

# Redness, swelling, or pain.

# Fluid or blood.

# Pus or a bad smell.

# Warmth.

• Do not take baths, swim, or use a hot tub until your health care provider approves.

• You may shower 24–48 hours after the procedure, or as directed by your health care provider.

# Remove the dressing and gently wash the site with plain soap and water.

# Pat the area dry with a clean towel.

# Do not rub the site. That could cause bleeding.

• Do not apply powder or lotion to the site.

Activity

• For 24 hours after the procedure, or as directed by your health care provider:

# Do not flex or bend the affected arm.

# Do not push or pull heavy objects with the affected arm.

# Do not drive yourself home from the hospital or clinic. You may drive 24 hours after the procedure unless your health care provider tells you not to.

# Do not operate machinery or power tools.

• Do not lift anything that is heavier than 10 lb (4.5 kg), or the limit that you are told, until your health care provider says that it is safe.

• Ask your health care provider when it is okay to:

# Return to work or school.

# Resume usual physical activities or sports.

Case Management

**Attachment(s):**
# Resume sexual activity.
General instructions
• If the catheter site starts to bleed, raise your arm and put firm pressure on the site. If the bleeding does not stop, get help right away. This is a medical emergency.
• If you went home on the same day as your procedure, a responsible adult should be with you for the first 24 hours after you arrive home.
• Keep all follow-up visits as told by your health care provider. This is important.
Contact a health care provider if:
• You have a fever.
• You have redness, swelling, or yellow drainage around your insertion site.
Get help right away if:
• You have unusual pain at the radial site.
• The catheter insertion area swells very fast.
• The insertion area is bleeding, and the bleeding does not stop when you hold steady pressure on the area.
• Your arm or hand becomes pale, cool, tingly, or numb.
These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.
Summary
• After the procedure, it is common to have bruising and tenderness at the site.
• Follow instructions from your health care provider about how to take care of your radial site wound. Check the wound every day for signs of infection.
• Do not lift anything that is heavier than 10 lb (4.5 kg), or the limit that you are told, until your health care provider says that it is safe.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 01/23/2019 Document Reviewed: 01/23/2019
Elsevier Patient Education © 2021 Elsevier Inc.

04/25/2022 15:28:29

Coronary Angiogram

Coronary Angiogram
A coronary angiogram is an X-ray procedure that is used to examine the arteries in the heart. Contrast dye is injected through a long, thin tube (catheter) into these arteries. Then X-rays are taken to show any blockage in these arteries.
You may have this procedure if you:
• Are having chest pain, or other symptoms of angina, and you are at risk for heart disease.
• Have an abnormal stress test or test of your heart's electrical activity (electrocardiogram, or ECG).
• Have chest pain and heart failure.

Case Management

**Attachment(s):**

• Are having irregular heart rhythms.
A coronary angiogram or heart catheterization can show if you have valve disease or a disease of the aorta. This procedure can also be used to check the overall function of your heart muscle.
Let your health care provider know about:
• Any allergies you have, including allergies to medicines or contrast dye.
• All medicines you are taking, including vitamins, herbs, eye drops, creams, and over-the-counter medicines.
• Any problems you or family members have had with anesthetic medicines.
• Any blood disorders you have.
• Any surgeries you have had.
• Any history of kidney problems or kidney failure.
• Any medical conditions you have.
• Whether you are pregnant or may be pregnant.
• Whether you are breastfeeding.
What are the risks?
Generally, this is a safe procedure. However, problems may occur, including:
• Infection.
• Allergic reaction to medicines or dyes that are used.
• Bleeding from the insertion site or other places.
• Damage to nearby structures, such as blood vessels, or damage to kidneys from contrast dye.
• Irregular heart rhythms.
• Stroke (rare).
• Heart attack (rare).
What happens before the procedure?
Staying hydrated
Follow instructions from your health care provider about hydration, which may include:
• Up to 2 hours before the procedure – you may continue to drink clear liquids, such as water, clear fruit juice, black coffee, and plain tea.
Eating and drinking restrictions
Follow instructions from your health care provider about eating and drinking, which may include:
• 8 hours before the procedure – stop eating heavy meals or foods, such as meat, fried foods, or fatty foods.
• 6 hours before the procedure – stop eating light meals or foods, such as toast or cereal.
• 6 hours before the procedure – stop drinking milk or drinks that contain milk.
• 2 hours before the procedure – stop drinking clear liquids.
Medicines
Ask your health care provider about:
• Changing or stopping your regular medicines. This is especially important if you are taking diabetes medicines or blood thinners.
• Taking medicines such as aspirin and ibuprofen. These medicines can thin your blood. Do not take these medicines unless your health care provider tells you to take them. Aspirin may be recommended before coronary angiograms even if you do not normally take it.
• Taking over-the-counter medicines, vitamins, herbs, and supplements.
General instructions

Case Management

**Attachment(s):**

Summary

• A coronary angiogram is an X-ray procedure that is used to examine the arteries in the heart.
• Contrast dye is injected through a long, thin tube (catheter) into each artery.
• Tell your health care provider about any allergies you have, including allergies to contrast dye.
• After the procedure, you will need to lie still for a few hours and drink plenty of fluids.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 07/09/2020 Document Reviewed: 07/09/2020
Elsevier Patient Education © 2021 Elsevier Inc.

04/25/2022 15:28:29

Moderate Conscious Sedation, Adult, Care After

Moderate Conscious Sedation, Adult, Care After
This sheet gives you information about how to care for yourself after your procedure. Your health care provider may also give you more specific instructions. If you have problems or questions, contact your health care provider.
What can I expect after the procedure?
After the procedure, it is common to have:
• Sleepiness for several hours.
• Impaired judgment for several hours.
• Difficulty with balance.
• Vomiting if you eat too soon.

Follow these instructions at home:
For the time period you were told by your health care provider:
• Rest.
• Do not participate in activities where you could fall or become injured.
• Do not drive or use machinery.
• Do not drink alcohol.
• Do not take sleeping pills or medicines that cause drowsiness.
• Do not make important decisions or sign legal documents.
• Do not take care of children on your own.

Eating and drinking
• Follow the diet recommended by your health care provider.
• Drink enough fluid to keep your urine pale yellow.
• If you vomit:
# Drink water, juice, or soup when you can drink without vomiting.
# Make sure you have little or no nausea before eating solid foods.

General instructions
• Take over-the-counter and prescription medicines only as told by your health care provider.

**Attachment(s):**
• Have a responsible adult stay with you for the time you are told. It is important to have someone help care for you until you are awake and alert.
• Do not smoke.
• Keep all follow-up visits as told by your health care provider. This is important.
Contact a health care provider if:
• You are still sleepy or having trouble with balance after 24 hours.
• You feel light-headed.
• You keep feeling nauseous or you keep vomiting.
• You develop a rash.
• You have a fever.
• You have redness or swelling around the IV site.
Get help right away if:
• You have trouble breathing.
• You have new-onset confusion at home.
Summary
• After the procedure, it is common to feel sleepy, have impaired judgment, or feel nauseous if you eat too soon.
• Rest after you get home. Know the things you should not do after the procedure.
• Follow the diet recommended by your health care provider and drink enough fluid to keep your urine pale yellow.
• Get help right away if you have trouble breathing or new-onset confusion at home.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 04/16/2021 Document Reviewed: 11/12/2020
Elsevier Patient Education © 2021 Elsevier Inc.

04/25/2022 15:28:29

Heart-Healthy Eating Plan, Easy-to-Read

Heart-Healthy Eating Plan
Heart-healthy meal planning includes:
• Eating less unhealthy fats.
• Eating more healthy fats.
• Making other changes in your diet.
Talk with your doctor or a diet specialist (dietitian) to create an eating plan that is right for you.
What is my plan?
Your doctor may recommend an eating plan that includes:
• Total fat: ______% or less of total calories a day.
• Saturated fat: ______% or less of total calories a day.
• Cholesterol: less than _________mg a day.
What are tips for following this plan?

Case Management

**Attachment(s):**
Cooking
Avoid frying your food. Try to bake, boil, grill, or broil it instead. You can also reduce fat by:
• Removing the skin from poultry.
• Removing all visible fats from meats.
• Steaming vegetables in water or broth.
Meal planning
• At meals, divide your plate into four equal parts:
# Fill one-half of your plate with vegetables and green salads.
# Fill one-fourth of your plate with whole grains.
# Fill one-fourth of your plate with lean protein foods.
• Eat 4–5 servings of vegetables per day. A serving of vegetables is:
# 1 cup of raw or cooked vegetables.
# 2 cups of raw leafy greens.
• Eat 4–5 servings of fruit per day. A serving of fruit is:
# 1 medium whole fruit.
# ¼ cup of dried fruit.
# ½ cup of fresh, frozen, or canned fruit.
# ½ cup of 100% fruit juice.
• Eat more foods that have soluble fiber. These are apples, broccoli, carrots, beans, peas, and barley. Try to get 20–30 g of fiber per day.
• Eat 4–5 servings of nuts, legumes, and seeds per week:
# 1 serving of dried beans or legumes equals ½ cup after being cooked.
# 1 serving of nuts is ¼ cup.
# 1 serving of seeds equals 1 tablespoon.
General information
• Eat more home-cooked food. Eat less restaurant, buffet, and fast food.
• Limit or avoid alcohol.
• Limit foods that are high in starch and sugar.
• Avoid fried foods.
• Lose weight if you are overweight.
• Keep track of how much salt (sodium) you eat. This is important if you have high blood pressure. Ask your doctor to tell you more about this.
• Try to add vegetarian meals each week.
Fats
• Choose healthy fats. These include olive oil and canola oil, flaxseeds, walnuts, almonds, and seeds.
• Eat more omega-3 fats. These include salmon, mackerel, sardines, tuna, flaxseed oil, and ground flaxseeds. Try to eat fish at least 2 times each week.
• Check food labels. Avoid foods with trans fats or high amounts of saturated fat.
• Limit saturated fats.
# These are often found in animal products, such as meats, butter, and cream.
# These are also found in plant foods, such as palm oil, palm kernel oil, and coconut oil.

**Attachment(s):**

• Avoid foods with partially hydrogenated oils in them. These have trans fats. Examples are stick margarine, some tub margarines, cookies, crackers, and other baked goods.

What foods can I eat?

Fruits

All fresh, canned (in natural juice), or frozen fruits.

Vegetables

Fresh or frozen vegetables (raw, steamed, roasted, or grilled). Green salads.

Grains

Most grains. Choose whole wheat and whole grains most of the time. Rice and pasta, including brown rice and pastas made with whole wheat.

Meats and other proteins

Lean, well-trimmed beef, veal, pork, and lamb. Chicken and turkey without skin. All fish and shellfish. Wild duck, rabbit, pheasant, and venison. Egg whites or low-cholesterol egg substitutes. Dried beans, peas, lentils, and tofu. Seeds and most nuts.

Dairy

Low-fat or nonfat cheeses, including ricotta and mozzarella. Skim or 1% milk that is liquid, powdered, or evaporated. Buttermilk that is made with low-fat milk. Nonfat or low-fat yogurt.

Fats and oils

Non-hydrogenated (trans-free) margarines. Vegetable oils, including soybean, sesame, sunflower, olive, peanut, safflower, corn, canola, and cottonseed. Salad dressings or mayonnaise made with a vegetable oil.

Beverages

Mineral water. Coffee and tea. Diet carbonated beverages.

Sweets and desserts

Sherbet, gelatin, and fruit ice. Small amounts of dark chocolate.

Limit all sweets and desserts.

Seasonings and condiments

All seasonings and condiments.

The items listed above may not be a complete list of foods and drinks you can eat. Contact a dietitian for more options.

What foods should I avoid?

Fruits

Canned fruit in heavy syrup. Fruit in cream or butter sauce. Fried fruit. Limit coconut.

Vegetables

Vegetables cooked in cheese, cream, or butter sauce. Fried vegetables.

Grains

Breads that are made with saturated or trans fats, oils, or whole milk. Croissants. Sweet rolls. Donuts. High-fat crackers, such as cheese crackers.

Meats and other proteins

Fatty meats, such as hot dogs, ribs, sausage, bacon, rib-eye roast or steak. High-fat deli meats, such as salami and bologna. Caviar. Domestic duck and goose. Organ meats, such as liver.

Dairy

**Attachment(s):**
Cream, sour cream, cream cheese, and creamed cottage cheese. Whole-milk cheeses. Whole or 2% milk that is liquid, evaporated, or condensed. Whole buttermilk. Cream sauce or high-fat cheese sauce. Yogurt that is made from whole milk.
Fats and oils
Meat fat, or shortening. Cocoa butter, hydrogenated oils, palm oil, coconut oil, palm kernel oil. Solid fats and shortenings, including bacon fat, salt pork, lard, and butter. Nondairy cream substitutes. Salad dressings with cheese or sour cream.
Beverages
Regular sodas and juice drinks with added sugar.
Sweets and desserts
Frosting. Pudding. Cookies. Cakes. Pies. Milk chocolate or white chocolate. Buttered syrups. Full-fat ice cream or ice cream drinks.
The items listed above may not be a complete list of foods and drinks to avoid. Contact a dietitian for more information.
Summary
• Heart-healthy meal planning includes eating less unhealthy fats, eating more healthy fats, and making other changes in your diet.
• Eat a balanced diet. This includes fruits and vegetables, low-fat or nonfat dairy, lean protein, nuts and legumes, whole grains, and heart-healthy oils and fats.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 02/21/2019 Document Reviewed: 01/25/2019
Elsevier Patient Education © 2021 Elsevier Inc.

04/25/2022 15:28:29

Heart Disease Prevention

Heart Disease Prevention
Heart disease is the leading cause of death in the world. Coronary artery disease is the most common cause of heart disease. This condition results when cholesterol and other substances (plaque) build up inside the walls of the blood vessels that supply your heart muscle (arteries). This buildup in arteries is called atherosclerosis. You can take actions to lower your risk of heart disease.
How can heart disease affect me?
Heart disease can cause many unpleasant symptoms and complications, such as:
• Chest pain (angina).
• Reduced or blocked blood flow to your heart. This can cause:
# Irregular heartbeats (arrhythmias).
# Heart attack.
# Heart failure.
What can increase my risk?

Case Management

**Attachment(s):**
The following factors may make you more likely to develop this condition:
• High blood pressure (hypertension).
• High cholesterol.
• Smoking.
• A diet high in saturated fats or trans fats.
• Lack of physical activity.
• Obesity.
• Drinking too much alcohol.
• Diabetes.
• Having a family history of heart disease.
What actions can I take to prevent heart disease?
Nutrition
• Eat a heart-healthy eating plan as told by your health care provider. Examples include the DASH (Dietary Approaches to Stop Hypertension) eating plan or the Mediterranean diet.
• Generally, it is recommended that you:
# Eat less salt (sodium). Ask your health care provider how much sodium is safe for you. Most people should have less than 2,300 mg each day.
# Limit unhealthy fats, such as saturated and trans fats, in your diet. You can do this by eating low-fat dairy products, eating less red meat, and avoiding processed foods.
# Eat healthy fats (omega-3 fatty acids). These are found in fish, such as mackerel or salmon.
# Eat more fruits and vegetables. You should try to fill one-half of your plate with fruits and vegetables at each meal.
# Eat more whole grains.
# Avoid foods and drinks that have added sugars.
Lifestyle
• Get regular exercise. This is one of the most important things you can do for your health. Generally, it is recommended that you:
# Exercise for at least 30 minutes on most days of the week (150 minutes each week). The exercise should increase your heart rate and make you sweat (aerobic exercise).
# Add strength exercises on at least 2 days each week.
• Do not use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. These can damage your heart and blood vessels. If you need help quitting, ask your health care provider.
Alcohol use
• Do not drink alcohol if:
# Your health care provider tells you not to drink.
# You are pregnant, may be pregnant, or are planning to become pregnant.
• If you drink alcohol, limit how much you have:
# 0–1 drink a day for women.
# 0–2 drinks a day for men.
• Be aware of how much alcohol is in your drink. In the U.S., one drink equals one typical bottle of beer (12 oz), one-half glass of wine (5 oz), or one shot of hard liquor (1½ oz).
Medicines

**Attachment(s):**

• Take over-the-counter and prescription medicines only as told by your health care provider.
• Ask your health care provider whether you should take an aspirin every day. Taking aspirin may help reduce your risk of heart disease and stroke.
• Depending on your risk factors, your health care provider may prescribe medicines to lower your risk of heart disease or to control related conditions. You may take medicine to:
# Lower cholesterol.
# Control blood pressure.
# Control diabetes.
General information
• Keep your blood pressure under control, as recommended by your health care provider. For most healthy people, the upper number of your blood pressure (systolic) should be no higher than 120, and the lower number (diastolic) no higher than 80. Treatment may be needed if your blood pressure is higher than 130/80.
• Have your blood pressure checked at least every two years. Your health care provider may check your blood pressure more often if you have high blood pressure.
• After age 20, have your cholesterol checked every 4–6 years. If you have risk factors for heart disease, you may need to have it checked more frequently. Treatment may be needed if your cholesterol is high.
• Have your body mass index (BMI) checked every year. Your health care provider can calculate your BMI from your height and weight.
• Work with your health care provider to lose weight, if needed, or to maintain a healthy weight.
Where to find more information:
• Centers for Disease Control and Prevention: www.cdc.gov/heartdisease
• American Heart Association: www.heart.org
# Take a free online heart disease risk quiz to better understand your personal risk factors.
Summary
• Heart disease is the leading cause of death in the world.
• Heart disease can cause chest pain, abnormal heart rhythms, heart attack, and heart failure.
• High blood pressure, high cholesterol, and smoking are the main risk factors for heart disease, although other factors also contribute.
• You can take actions to lower your chances of developing heart disease. Work with your health care provider to reduce your risk by following a heart-healthy diet, being physically active, and controlling your weight, blood pressure, and cholesterol level.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 01/02/2019 Document Reviewed: 01/02/2019
Elsevier Patient Education © 2021 Elsevier Inc.

04/25/2022 15:28:29

Fall Prevention in the Home, Adult, Easy-to-Read

Fall Prevention in the Home, Adult

Case Management

**Attachment(s):**

Falls can cause injuries and can happen to people of all ages. There are many things you can do to make your home safe and to help prevent falls. Ask for help when making these changes.

What actions can I take to prevent falls?

General Instructions

• Use good lighting in all rooms. Replace any light bulbs that burn out.
• Turn on the lights in dark areas. Use night-lights.
• Keep items that you use often in easy-to-reach places. Lower the shelves around your home if needed.
• Set up your furniture so you have a clear path. Avoid moving your furniture around.
• Do not have throw rugs or other things on the floor that can make you trip.
• Avoid walking on wet floors.
• If any of your floors are uneven, fix them.
• Add color or contrast paint or tape to clearly mark and help you see:
# Grab bars or handrails.
# First and last steps of staircases.
# Where the edge of each step is.
• If you use a stepladder:
# Make sure that it is fully opened. Do not climb a closed stepladder.
# Make sure the sides of the stepladder are locked in place.
# Ask someone to hold the stepladder while you use it.
• Know where your pets are when moving through your home.

What can I do in the bathroom?

• Keep the floor dry. Clean up any water on the floor right away.
• Remove soap buildup in the tub or shower.
• Use nonskid mats or decals on the floor of the tub or shower.
• Attach bath mats securely with double-sided, nonslip rug tape.
• If you need to sit down in the shower, use a plastic, nonslip stool.
• Install grab bars by the toilet and in the tub and shower. Do not use towel bars as grab bars.

What can I do in the bedroom?

• Make sure that you have a light by your bed that is easy to reach.
• Do not use any sheets or blankets for your bed that hang to the floor.
• Have a firm chair with side arms that you can use for support when you get dressed.

What can I do in the kitchen?

• Clean up any spills right away.
• If you need to reach something above you, use a step stool with a grab bar.
• Keep electrical cords out of the way.
• Do not use floor polish or wax that makes floors slippery.

What can I do with my stairs?

• Do not leave any items on the stairs.
• Make sure that you have a light switch at the top and the bottom of the stairs.
• Make sure that there are handrails on both sides of the stairs. Fix handrails that are broken or loose.
• Install nonslip stair treads on all your stairs.
• Avoid having throw rugs at the top or bottom of the stairs.

**Attachment(s):**
• Choose a carpet that does not hide the edge of the steps on the stairs.
• Check carpeting to make sure that it is firmly attached to the stairs. Fix carpet that is loose or worn.
What can I do on the outside of my home?
• Use bright outdoor lighting.
• Fix the edges of walkways and driveways and fix any cracks.
• Remove anything that might make you trip as you walk through a door, such as a raised step or threshold.
• Trim any bushes or trees on paths to your home.
• Check to see if handrails are loose or broken and that both sides of all steps have handrails.
• Install guardrails along the edges of any raised decks and porches.
• Clear paths of anything that can make you trip, such as tools or rocks.
• Have leaves, snow, or ice cleared regularly.
• Use sand or salt on paths during winter.
• Clean up any spills in your garage right away. This includes grease or oil spills.
What other actions can I take?
• Wear shoes that:
# Have a low heel. Do not wear high heels.
# Have rubber bottoms.
# Feel good on your feet and fit well.
# Are closed at the toe. Do not wear open-toe sandals.
• Use tools that help you move around if needed. These include:
# Canes.
# Walkers.
# Scooters.
# Crutches.
• Review your medicines with your doctor. Some medicines can make you feel dizzy. This can increase your chance of falling.
Ask your doctor what else you can do to help prevent falls.
Where to find more information
• Centers for Disease Control and Prevention, STEADI: www.cdc.gov
• National Institute on Aging: www.nia.nih.gov
Contact a doctor if:
• You are afraid of falling at home.
• You feel weak, drowsy, or dizzy at home.
• You fall at home.
Summary
• There are many simple things that you can do to make your home safe and to help prevent falls.
• Ways to make your home safe include removing things that can make you trip and installing grab bars in the bathroom.
• Ask for help when making these changes in your home.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 07/21/2021 Document Reviewed: 07/21/2021

**Attachment(s):**
Elsevier Patient Education © 2021 Elsevier Inc.

Follow Up Care

04/06/2022 13:32:38

With: STUART BRESEE
Address:

University Cardiology
Sweetwater Hospital
304 Wright Street
Sweetwater, TN 37874-
(865) 544-2800 Business (1)

When: 06/02/2022 14:30:00
Comments: Call for an appointment to see Dr. Bresee in the UT ER office for any problems or issues related to the catheterization itself before your scheduled appointment.

### Goals

No data available for this section

### Reason for Referral

No data available for this section

### Hospital Course

No data available for this section

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Discharge Instructions

DOCUMENT TYPE: Nursing Discharge Summary 2
ELECTRONICALLY SIGNED BY:

Nursing Discharge Summary 2
04/25/22 15:28 EDT Performed by Ward RN, Jennifer L
Entered on 04/25/22 15:28 EDT

Verifications
-------------

| | |
|---|---|
| Discharge Instructions Given To | Patient, Spouse |
| Date Time Discharge Instructions Given | 04/25/22 15:28 |
| Personal Devices/Valuables at Discharge | None |
| Discharge paperwork printed | Yes |
| Dsch Paperworks,w/ meds next dose due | Given to and reviewed with patient |

Plan of Care

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Ward RN, Jennifer L (4/25/2022 16:37 EDT); Ward RN, Jennifer L (4/25/2022 11:44 EDT); Ward RN, Jennifer L (4/25/2022 10:26 EDT)

**Interdisciplinary Plan of Care Entered On: 04/25/2022 10:26 EDT**
**Performed On: 04/25/2022 16:00 EDT by Ward RN, Jennifer L**

**Plan of Care Links**
IPOC Interventions Grid

| | | |
|---|---|---|
| *Shift :* | 0700 - 1900 Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[0700 - 1900] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ | 0700 - 1900 Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[0700 - 1900] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ |
| *Identified Patient Problem :* | Altered comfort/pain Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[Altered comfort/pain] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ | Knowledge deficit Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[Knowledge deficit] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ |
| *Plan of Care/Goals Established With :* | Established with patient Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[Established with patient] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ | Established with patient Ward RN, Jennifer L - 04/25/2022 16:37 EDT ~~{[Established with patient] - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ |
| *Shift Goals :* | Pt. will maintain a pain score of 3 or less on a pain scale of 1-10. Medicate pt per eMAR for pain score greater than 4 and evaluate | Pt. and family will be educated as to pre and post procedure expectations. Answer any and all questions |

Plan of Care

| | | |
|---|---|---|
| | for effectiveness. Notify MD of any unrelieved or unexpected pain post procedure post LHC Ward RN, Jennifer L - 04/25/2022 16:37 EDT {~~{Pt. will maintain a pain score of 3 or less on a pain scale of 1-10. Medicate pt per eMAR for pain score greater than 4 and evaluate for effectiveness. Notify MD of any unrelieved or unexpected pain post procedure post LHC} - previously charted by Ward RN, Jennifer L at 04/25/2022 11:44 EDT};~~ | in terms they can understand. Place appropriate education in DEPART process prior to discharge home post LHC Ward RN, Jennifer L - 04/25/2022 16:37 EDT {~~{Pt. and family will be educated as to pre and post procedure expectations. Answer any and all questions in terms they can understand. Place appropriate education in DEPART process prior to discharge home post LHC} - previously charted by Ward RN, Jennifer L at 04/25/2022 11:44 EDT};~~ |
| *Shift Goals Met :* | Yes Ward RN, Jennifer L - 04/25/2022 16:37 EDT {~~{Yes} - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ | Yes Ward RN, Jennifer L - 04/25/2022 16:37 EDT {~~{Yes} - previously charted by Ward RN, Jennifer L at 04/25/2022 10:26 EDT};~~ |
| | Ward RN, Jennifer L - 04/25/2022 10:26 EDT | Ward RN, Jennifer L - 04/25/2022 10:26 EDT |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

PowerForm Text Rendition

DOCUMENT TYPE: Novel Virus Resp Assessment
ELECTRONICALLY SIGNED BY: Ward RN, Jennifer L (4/25/2022 11:46 EDT)

**Novel Virus Respiratory Assessment Entered On: 04/25/2022 11:46 EDT**
**Performed On: 04/25/2022 10:30 EDT by Ward RN, Jennifer L**

**Novel Virus Respiratory Assessment**
*Unexplained Fever :* No

Ward RN, Jennifer L - 04/25/2022 11:46 EDT

Activities of Daily Living

*Nutrition*

| | |
|---|---|
| Recorded Time | 13:30 EDT |
| Recorded Date | 4/25/2022 |
| Recorded By | Ward RN, Jennifer L |
| Procedure | |
| Meal Activity | Lunch |
| Lunch Assistance | Self |
| Lunch Percent | 100 |
| Oral Intake | 240 |

*Hygiene*

| | |
|---|---|
| Recorded Time | 10:26 EDT |
| Recorded Date | 4/25/2022 |
| Recorded By | Ward RN, Jennifer L |
| Procedure | |
| CHG Treatment | N/A |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Caregiver Rounding

*Care Giver Rounding*

| | | | |
|---|---|---|---|
| Recorded Date | 4/25/2022 | 4/25/2022 | 4/25/2022 |
| Recorded Time | 16:00 EDT | 13:00 EDT | 11:30 EDT |
| Recorded By | Ward RN, Jennifer L | Ward RN, Jennifer L | Ward RN, Jennifer L |
| Procedure | | | |
| Nurse Note Detail | See Below [T1] | pt back from cath lab | pt prepped for LHC |

Textual Results
T1: 4/25/2022 16:00 EDT (Nurse Note Detail)
patient stable for discharge. to circle in wheelchair to meet family to go home.

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

## Falls Assessment

*Falls Assessment*

| | |
|---|---|
| Recorded Date | 4/25/2022 |
| Recorded By | Ward RN, Jennifer L |
| Recorded Time | 10:26 EDT |
| Procedure | |
| Age Falls Assessment | Under 65 years |
| Mobility Falls Asssessment | See Below [T1] |
| Mentation Falls Assessment | Alert and oriented x 3 |
| Elimination Falls Assessment | Independent |
| Current Meds Falls Assess | See Below [T2] |
| Falls Assessment Score | 0 |

Textual Results
T1: 4/25/2022 10:26 EDT (Mobility Falls Asssessment)
Ambulates with no gait disturbance
T2: 4/25/2022 10:26 EDT (Current Meds Falls Assess)
No known current medication risks

Incision-Wound

*Incision/Wound*

| Procedure | Recorded Date 4/25/2022<br>Recorded Time 10:26 EDT<br>Recorded By Ward RN, Jennifer L |
|---|---|
| Wound/Ulcer/Incision Present on Adm | No |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Information Source/Advance Directive/DPOA

*Information Source*

| | |
|---|---|
| Recorded Time | 10:26 EDT |
| Recorded Date | 4/25/2022 |
| Recorded By | Ward RN, Jennifer L |
| Procedure | |
| Primary Language | English |
| Next of Kin or Legal Guardian | Scott Gaylon |
| Next of Kin Phone Number | 423-744-4925 |
| Next of Kin relation to patient | Spouse |
| Barriers To Learning On Admission | None evident |
| Advanced Directive Information Provided | See Below T1 |
| Primary Care Physician | Collins (Results), Timothy |
| DPOA Healthcare or Healthcare Agent | No |
| Living Will or Advance Care Plan | No |

Textual Results
T1: 4/25/2022 10:26 EDT (Advanced Directive Information Provided)
Patient refused to accept information on Advance Directives

Measurements

*Measurements*

| Recorded Date | 4/25/2022 | 4/25/2022 | | |
|---|---|---|---|---|
| Recorded Time | 11:44 EDT | 10:26 EDT | | |
| Recorded By | SYSTEM | Ward RN, Jennifer L | | |
| Procedure | | | Units | Reference Range |
| Admission Weight lbs | - | 190 | lb | |
| Weight (kg) | - | 86.168 | kg | |
| Dosing Weight | 86.17 | - | kg | |
| Height | - | 65 | in | |
| Height ft | - | 5 | ft | |
| Height in | - | 5 | in | |
| Height in cm | - | 165.1 | cm | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Nutrition

*Nutrition*

| | |
|---|---|
| Recorded Date | 4/25/2022 |
| Recorded Time | 11:44 EDT |
| Recorded By | SYSTEM |
| Procedure | |
| Dosing Weight | 86.17 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

O2 Therapy-Titration

*O2 Therapy/Titration*

| | |
|---|---|
| Recorded Date | 4/25/2022 |
| Recorded Time | 11:30 EDT |
| Recorded By | Ward RN, Jennifer L |
| Procedure | |
| SpO2 | 100 |
| O2 Delivery | Room Air |

Pain Assessment

*Pain Assessment*

| | |
|---|---|
| Recorded Date | 4/25/2022 |
| Recorded Time | 11:30 EDT |
| Recorded By | Ward RN, Jennifer L |
| Procedure | |
| UT Opioid Sedation Scale | 1-Awake and Alert |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Patient Education

*Teaching Method and Response*

| Procedure | 4/25/2022 16:00 EDT Ward RN, Jennifer L | 4/25/2022 11:50 EDT Ward RN, Jennifer L | 4/25/2022 09:34 EDT |
|---|---|---|---|
| Recorded Date / Recorded Time / Recorded By | | | |
| Patient Education Topics | See Below [T1] | - | - |
| Individuals Taught | Patient, Spouse | Patient | - |
| Barriers to Learning | None evident | None evident | - |
| Teaching Method | Explanation, Printed materials | Explanation | Patient Video/Education TV |

Textual Results
T1: 4/25/2022 16:00 EDT (Patient Education Topics)
Discharge Instruction per Depart Packet

*Patient Education*

| Procedure | 4/25/2022 16:00 EDT Ward RN, Jennifer L | 4/25/2022 11:50 EDT Ward RN, Jennifer L | 4/25/2022 10:26 EDT Ward RN, Jennifer L |
|---|---|---|---|
| Recorded Date / Recorded Time / Recorded By | | | |
| Patient Education Topics | See Below [T1] | - | - |
| Ed-Planned Procedure | - | Verbalizes understanding | - |
| Ed-Planned Sedation | - | Verbalizes understanding | - |
| Ed-Post Sedation Care | - | Verbalizes understanding | - |
| Ed-Post Sedation Discharge Instructions | - | Verbalizes understanding | - |
| Ed-Post-Op Home Needs | - | Verbalizes understanding | - |
| Ed-Postoperative Care | - | Verbalizes understanding | - |
| Ed-Postoperative Discharge Instructions | - | Verbalizes understanding | - |
| Ed-Postprocedure Care | - | Verbalizes understanding | - |
| Ed-Preoperative Instructions | - | Verbalizes understanding | - |
| Ed-Preprocedure Tests/Labs | - | Verbalizes understanding | - |
| Individuals Taught | Patient, Spouse | Patient | - |
| Barriers to Learning | None evident | None evident | - |
| Preferred Language Healthcare/ Education | - | - | English |
| Teaching Method | Explanation, Printed materials | Explanation | - |

Textual Results
T1: 4/25/2022 16:00 EDT (Patient Education Topics)
Discharge Instruction per Depart Packet

Patient Education

*Patient Education*

| | |
|---|---|
| Recorded Date | 4/25/2022 |
| Recorded Time | 09:34 EDT |
| Recorded By | |
| Procedure | |
| Teaching Method | Patient Video/Education TV |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Peripheral IV

*Peripheral IV*

| | | |
|---|---|---|
| Recorded Time | 16:00 EDT | 11:30 EDT |
| Recorded Date | 4/25/2022 | 4/25/2022 |
| Recorded By | Ward RN, Jennifer L | Ward RN, Jennifer L |
| Procedure | | |
| 20 gauge Left 04/25/2022 Lower arm | | |
| Peripheral IV Activity: | Discontinue | Start |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Procedure Monitoring

*Procedure Monitoring*

| Recorded Date | 4/25/2022 | 4/25/2022 | | |
|---|---|---|---|---|
| Recorded Time | 13:00 EDT | 11:30 EDT | | |
| Recorded By | Ward RN, Jennifer L | Ward RN, Jennifer L | | |
| Procedure | | | Units | Reference Range |
| Speech-IR Neuro Assess | Normal | Normal | | |
| Questions-IR Neuro Assess | Normal | Normal | | |
| Commands-IR Neuro Assess | Able to open, close eyes | Able to open, close eyes | | |
| Facial Droop-IR Neuro Assess | No droop | No droop | | |
| Horizontal Gaze-IR Neuro Assess | No deficit | No deficit | | |
| Limbs/Motor-IR Neuro Assess | No drift, no weakness | No drift, no weakness | | |
| IR Name of Procedure | - | Other: LHC | | |
| Order, Consent,Pt Name Match&Verified? | - | Yes | | |
| Nursing Assessment Reviewed/ Completed? | - | Yes | | |
| Medications Reviewed? | - | Yes | | |
| Pre-Medication given | - | Yes | | |
| Labs Reviewed? | - | Yes | | |
| Allergies Reviewed? | - | Yes | | |
| Last PO Intake | - | 4/25/2022 00:00 EDT | | |
| HX of adverse reaction? | - | No | | |
| LOC | - | 3 | | |
| Respiratory Score | - | 3 | | |
| Circulatory Score | - | 2 | | |
| Activity Score | - | 2 | | |
| IR Pre-Sedation Score | - | 10 | | |
| IR Pain Score | - | 0 None | | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Vital Signs

*Vitals*

| Recorded Date | 4/25/2022 | | |
|---|---|---|---|
| Recorded Time | 11:30 EDT | | |
| Recorded By | Ward RN, Jennifer L | | |
| Procedure | | Units | Reference Range |
| Temperature Temporal Artery | 97.8 | DegF | [97.2-100] |
| Pulse Rate | 61 | bpm | [60-100] |
| Respiratory Rate | 20 | rpm | [12-20] |
| Systolic Blood Pressure | 130 | mmHg | [95-159] |
| Diastolic Blood Pressure | 62 | mmHg | [60-90] |

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200030** **MRN 1844020** **Outpatient Observation**
**ocation: 03**

**No Results Qualified.**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200029

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

5001

18440200029
GALYON, ROBERTA L
DOB 7Y F
ADM: 04-11-22

## CONDITIONS OF ADMISSION/TREATMENT

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood tranfusion when blood may be needed, and my physician(s) or their designee(s) will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.** X RLG

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records * Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X Roberta Lynn Galyon
(Patient Signature)

Date of signing ______ Time of signing ______

[illegible] 17[illegible]
(Witness) Date ______ Time ______

(Closest relative or legal guardian)

Patient is a minor ______ years of age.

Patient is unable to consent because:

(Relationship)

Conditions of Admission [illegible] Nursing (Rev. [illegible])

Facility: UTMH



Lincoln/Galyon 0687

Final Coding Summary

* Auth (Verified) *

## Coding Summary For Patient Account 18440200029

Current Coder: mmmiller1

Current Date: 04/13/2022 07:33

Total Charges: 2083

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | [redacted] | **Sex** | F |
| **Attending Physician** | BRESEE STUART J | **Admitting Physician** | BRESEE STUART J |
| **Admit Date** | 04-11-2022 | **Discharge Date** | 04-11-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** I34.0 | ICD-10 | Nonrheumatic mitral (valve) insufficiency |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|

Patient Name: GALYON, ROBERTA L
FIN: 18440200029 Date of Birth:

Allergies

| Substance: **NKA** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

| Substance: **No Known Medication Allergies** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Outpatient Orders

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200029

* Auth (Verified) *

Apr. 5. 2022 9:58AM 8655237751 No. 5080 P. 1

University Cardiology
1940 Alcoa Hwy Ste E310, Knoxville, TN, USA 37920-0165
(865) 544-2800 Fax: (865) 544-6812

04/05/2022 10:17 AM
Page 1 of 1
Test Form

## Test Form

**Authorizing Provider:** Stuart J Bresee MD FACC
**Signing Provider:** Stuart J Bresee MD FACC
**Phone:** (865) 544-2800
**Fax:** (865) 544-6812

**Service Provider:**
**Phone:**
**Fax:**

**Patient Name:** Roberta Galyon
**Home Phone:**
**Work Phone:**
**Resp. Provider:** Stuart J Bresee

**DOB:**
**Sex:** F
**Age:** 57 Years
**SSN:**

**Primary Ins:** Blue Cross S Network
**Group:**
**Policy:** 80860
**Insured ID:** STTS00383345

| Code | Description | Diagnoses |
|---|---|---|
| CPT-00000 | Echocardiogram +/- Contrast for next visit- 93306 | MITRAL REGURGITATION (ICD-I34.0) (ICD10-I34.0) |

**Order Number:** 802514-4
**Auth#:**
**Quantity:** 1
**Start Date:** 4/11/2022
**Priority:** Normal
**Electronically Signed By:** Stuart J Bresee MD FACC
**Signed Provider NPI:** 1386645156
**Signed on:** 4/5/2022 10:16:23AM
**Instructions:**

*Report run by Susan E Tharpe*

Patient Name: GALYON, ROBERTA L
FIN: 18440200029 Date of Birth:

Orders

Order: **ECHO - Adult**
Activity Type: Adult Echocardiology
Ordering Physician: BRESEE MD, STUART J
Entered By: Blevins Clerk, Taylor R
Order Details: 4/11/22 10:00:00 AM EDT, In Department, Contrast Contraindicatio No Known - may use contrast if indicated, Routine, Nonrheumatic mitral (valve) insufficiency
Order Comment:
Action Type: Order Action Date/Time: 4/5/2022 10:17 EDT
Communication Type: Written on Paper
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 4/11/2022 09:03 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 4/11/2022 09:44 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/5/22 2:35:47 PM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/5/2022 14:35 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/12/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **ECHO, Complete**
Activity Type: Adult Echocardiology
Ordering Physician: BRESEE MD, STUART J
Entered By: Peoples Tech, Stacie L
Order Details: 4/11/22 9:43:00 AM EDT, Routine, In Department
Order Comment:
Action Type: Order Action Date/Time: 4/11/2022 09:44 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Doctor Cosign: Not Required

Orders

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 4/12/22 2:12:20 PM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 4/12/2022 14:12 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 4/12/2022 16:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

## Problem List

Problem Name: **Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Social History

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Patient Name: GALYON, ROBERTA L
FIN: 18440200029 Date of Birth:

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

| | | | |
|---|---|---|---|
| **GALYON, ROBERTA L** **ocation: LC Cardiology** | **FIN 18440200029** | **MRN 1844020** | **Outpatient** |

**No Results Qualified.**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Transcribed *

5101

University of Tennessee Medical Center
1924 Alcoa Highway Knoxville, TN 37920
(865)305- 9000

FIN: 18440200032
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 5/10/2022
MRN: 1844020

## RELEASE AUTHORIZATION

**PATIENT NAME** ROBERTA GALYON **DATE OF SERVICE** 5/10/2022

**1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID / TENNCARE BENEFITS**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf to University of Tennessee Emergency Group for any services furnished me by that physician/supplier.

**2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS**

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier completed on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me, but not to exceed UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other sources may be applied on any other account owed UTMC by me or my family.

**3) PROMISE TO PAY ACCOUNT**

For and in consideration of services rendered and to be rendered by UTMC, I/we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone number, I authorize UTMC or its agents to call my cell phone either manually or by auto-dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

**4) UTMC STAFF PHYSICIAN ASSIGNMENT**

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physician's, etc.), that a separate billing may be received from these physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collections of my account.

**5) DME NOTIFICATION**

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

**6) UHS NOTICE OF INFORMATION PRACTICES**

I have received a copy of the University Health Systems, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling (865) 305-9118, on the UTMC website at www.utmedicalcenter.org, or by requesting one at a UHS office.

**7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY**

I understand if I have insurance coverage not presented by me at registration/admission, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

Signature X ______ Responsible Party

Signature X ______ Authorization to Release Information

5/10/2022 11:42 AM Date/Time

Relation to Patient ______

Witness Alishia Leve Date/Time 5/10/2022 11:42 AM

Release Autho/Assignment
939145 - PAC (Rev 6/09,8/10,3/12,5/18)

Final Coding Summary

* Auth (Verified) *

## Coding Summary For Patient Account 18440200032

Current Coder: armco26

Current Date: 05/13/2022 00:20

Total Charges: 671.5

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | 03-18-1965 | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 05-10-2022 | **Discharge Date** | 05-10-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Admit Reason

| Code | Type | Description |
|---|---|---|
| Z01.818 | ICD-10 | Encounter for other preprocedural examination |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** Z01.818 | ICD-10 | Encounter for other preprocedural examination |
| K44.9 | ICD-10 | Diaphragmatic hernia without obstruction or gangrene |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|



Lincoln/Galyon 0702

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Allergies

Substance: **NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

Substance: **No Known Medication Allergies**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Patient Name: GALYON, ROBERTA L
FIN: 18440200032

Date of Birth:

Diabetic Coagulation Flowsheet

| Procedure | Units | Ref Range | Date 5/10/2022 Time 12:45 EDT |
|---|---|---|---|
| GLUCOSE | mg/dL | [70-99] | 98 *1 |
| HGBA1C% | % | [4.8-5.6] | 6.3 H O1 *1 |
| ANION GAP | mEq/L | [7.0-16.0] | 10.0 *1 |
| K | mEq/L | [3.5-5.3] | 4.1 *1 |
| PLT CNT | K/uL | [150-450] | 324 *1 |

Order Comments
O1: Hemoglobin A1 C % (Glyco Hgb) (HGBA1C%)
LCA# 001453

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Orders

Order: **Nursing Admission History PAT**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/10/22 11:40:15 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/10/2022 11:40 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/12/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/10/22 11:50:34 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 5/10/2022 11:50 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/12/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **ABO And Rh Type (ABORH)**
Activity Type: Blood Bank
Ordering Physician: Alford MD Res, Brandon R
Entered By: Click CNA, Mindy F
Order Details: Blood, Routine, 5/10/22 12:45:00 PM EDT, Nurse Collect
Order Comment:
Action Type: Order Action Date/Time: 5/10/2022 12:45 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Electronically Signed, Administrative InBox, Signature on 5/11/2022 07:02 EDT
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/10/2022 23:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Antibody Screen (AB SC)**
Activity Type: Blood Bank
Ordering Physician: Alford MD Res, Brandon R
Entered By: Click CNA, Mindy F
Order Details: Blood, Routine, 5/10/22 12:45:00 PM EDT, Nurse Collect
Order Comment:
Action Type: Order Action Date/Time: 5/10/2022 12:45 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Electronically Signed, Administrative InBox, Signature on 5/11/2022 07:02 EDT
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/10/2022 23:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **CBC without Automated Differential**
Activity Type: General Lab
Ordering Physician: Alford MD Res, Brandon R
Entered By: Click CNA, Mindy F
Order Details: Blood, Routine, 5/10/22 12:45:00 PM EDT, Nurse Collect
Order Comment:
Action Type: Order Action Date/Time: 5/10/2022 12:45 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Electronically Signed, Administrative InBox, Signature on 5/11/2022 07:02 EDT
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/10/2022 18:07 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Orders

Order: **CHEM 7 (Basic Metabolic Panel)**
Activity Type: General Lab
Ordering Physician: Alford MD Res, Brandon R
Entered By: Click CNA, Mindy F
Order Details: Blood, Routine, 5/10/22 12:45:00 PM EDT, Nurse Collect
Order Comment:
Action Type: Order Action Date/Time: 5/10/2022 12:45 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Electronically Signed, Administrative InBox, Signature on 5/11/2022 07:02 EDT
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/10/2022 19:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 19:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Hemoglobin A1 C % (Glyco Hgb) (HGBA1C%)**
Activity Type: General Lab
Ordering Physician: Alford MD Res, Brandon R
Entered By: Click CNA, Mindy F
Order Details: Blood, Routine, 5/10/22 12:45:00 PM EDT, Nurse Collect
Order Comment: LCA# 001453
Action Type: Order Action Date/Time: 5/10/2022 12:45 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Electronically Signed, Administrative InBox, Signature on 5/11/2022 07:02 EDT
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/10/2022 17:00 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/10/2022 19:01 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Glomerular Filtration Rate (GFR),Calculated from Creatinine**
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, Routine, Collected Y/N, 5/10/22 12:45:00 PM EDT, Nurse Collect, 32870726.000000
Order Comment: Order added on by Discern rule.

Action Type: Status Change — Action Date/Time: 5/10/2022 19:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order — Action Date/Time: 5/10/2022 19:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Action Type: Complete — Action Date/Time: 5/10/2022 19:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change — Action Date/Time: 5/10/2022 19:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Problem List

**Problem Name:** **Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

**Problem Name:** **Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Social History

**Alcohol**

**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**

**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**

**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Blood Bank

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| ABO And Rh Type (ABORH) | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ABO/Rh | O POS *1 | | | 5/10/2022 23:29 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Antibody Screen (AB SC) | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Antibody Screen | Negative ABSC *1 | | | 5/10/2022 23:29 EDT |

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Anesthesia Record

* Auth (Verified) *

*3070*

**The University of Tennessee Medical Center**

**(865) 305 9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**CaseNumber:**
1425323

**BIRTHDATE:**

**NAME:** Galyon, Roberta L

**MRN:** 1844020

**SEX:** Female **PROCEDURE DATE:** 05/18/2022

**5/18/2022 6:01:00 AM**

**Visit #:** 18440200031

**Surgeon:** KLEPPE, KYLE (D13)

**Anes Staff Review Preop 5/18/2022 06:58:00**

**HISTORY AND PHYSICAL:**
Refer to Preop Clinic H & P

**ASA PHYSICAL STATUS:**
ASA 3.

**ANESTHESIA PLAN:**
General, IV Induction/Inhaled Agent(s) for Maintenance.

**Fast Track Candidate:**
No

## Additional Review

ADDITIONAL DISCUSSION WITH PATIENT - Anesthesia Care Team(b), Post-Op Nausea and Vomiting(b)
ASPIRATION RISK INCREASED - No(b)
BLOOD PRODUCTS - Possibility of Blood Transfusion discussed with patient(b)
MONITORS - Standard(b)
CURRENT MEDICATIONS REVIEWED - Current medications reviewed(b)
POSTOP PAIN - IV Meds(b)
PROPHYLAXIS OF POSTOP NAUSEA/VOMITING - Ondansetron (Zofran)(b), Decadron(b), Promethazine (Phenergan)(b)
EXISTING VASCULAR ACCESS - Peripheral Line(b)
CONSENT - Benefits, Alternatives, and Questions addressed(b), Risks - not limited to death, paralysis, and injured teeth - addressed(b)

## H and P

NPO Status - greater than 8 hours for solid food(b), greater than 2 hours for clear liquids(b)
Airway Evaluation - Normal Hyoid-Mentum Distance(b), Cervical Full Range of Motion(b)
Airway Class - II(b)
Dentition - Natural(b)
CV Exam - Regular rate & rhythm(b)
Resp Exam - Clear to auscultation(b)
Neuro Exam - Oriented X 3(b), Moves all extremities to command(b)
ASA - ASA 3.(b)

**ANESTHESIA SIGNATURE**
I have examined the patient and reviewed the medical record, vital signs and pertinent labs, imaging & consultations. There have been no changes since the H&P.

The risks/benefits and alternative anesthetic plans have been explained. All questions have been answered to the patient's satisfaction.

**Electronically Signed:Mark Murray, MD**

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*1003*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**CaseNumber:**
1425323

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **PROCEDURE DATE:** 05/18/2022
**Visit #:** 18440200031
**Surgeon:** KLEPPE, KYLE (D13)

**Anesthesiologist's Orders (For PACU Only)**

**1. ASA:**
ASA 3.

**Hyperglycemia/Hypoglcemia:**
Except for phase 2, do not discharge after sliding scale administration before BG check.
For diabetic patients, check glucose with PACU arrival, treat per perioperative glucose protocol
For persistant BG>200 on patients with uncontrolled diabetes, check with attending or resident anesthesiologist for acceptable BG for discharge.

**2. Oxygen:**
Administer O2 by Cannula PRN SaO2 Less Than 94%
Continue O2 Overnight, if unable to wean off

***3. Analgesics:**
For Mild Pain and tolerating PO: Percocet 7.5/325 mg PO q30 min max 2 doses
For Mod Pain: Dilaudid 0.2 mg IV q 10 mins max 4 mg
For Severe Pain: Dilaudid 0.2 mg IV q 5 min max 4 mg
For UTDS:Prior to D/C&Pain # 2-3,give Oxycodone 5mg/acetaminophen 325mg pox1

**4. Antiemetics:**
Promethazine 6.25 mg IV x 1 PRN
When in Amb Surg, Zofran OTD 8 mg po x1 prn

**5. Antihypertensives:**
If HR <50, Hydralazine 5 mg IV q15 min x4 PRN BP>160/100
Labetalol 5 mg IV q10 min x4 PRN BP>160/100 & HR.>50

**6. Other Orders:**
For Spinal Anes, bladder scan on arrival.
If Scan is > 400 cc, then straight cath and notify Surgeon

**7. Discharge Criteria:**
Discharge by Physician Mandatory
May discharge from ASU by criteria if the anesthesia post-op note is done

**Signature**
Electronically Signed Mark Murray, MD 5/18/2022 07:19

---

**Anesthesiologist's Orders (For ICU Only)**

**1. Ventilator Settings** SIMV rate: Tidal volume: Total PEEP:

Pressure support: FIO2 measured: I:E ratio: Peak pressure:

2. Ventilator Management:

3. Sedation Orders:

4. Other ICU Orders:

5. Analgesics Orders:

**Signature**
Electronically Signed Mark Murray, MD

____________________________________________5/18/2022 07:19

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

* Auth (Verified) *

*1003*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**CaseNumber:**
1425323

**BIRTHDATE:**

5/18/2022 07:19

**NAME:** Galyon, Roberta L

**PROTOCOL:**

**MRN:** 1844020

**SEX:** Female **PROCEDURE DATE:** 05/18/2022

**Visit #:** 18440200031

**Surgeon:** KLEPPE, KYLE (D13)

## Anesthesia

1. The following orders are being initiated per protocol
2. NPO after Midnight
3. Insert IV for all patients undergoing anesthesia
4. Do not insert IV for patients receiving local anesthesia only
5. Verify patient allergies
6. Administer 1% lidocaine 0.3mL SQ X 1 at site or insertion
7. LR 1000mL via large bore catheter with anesthesia IV tubing at TKO

8. Notify Anesthesiologist for: a. Systolic BP < 100 mm Hg with symptoms
8. Notify Anesthesiologist for: b. Systolic BP > 160 mm Hg
8. Notify Anesthesiologist for: c. Diastolic BP > 100 mm Hg

09. Fingerstick glucose prior to procedure for all diabetic patients
10. Notify anesthesiologist if > than 200 mg/dl or < 70 mg/dl
11. Fingerstick glucose for all cardiac surgery patients prior to procedure

**HR01. For patients with known or suspected diabetes, target glucose range for perioperative period is 140-180 mg/dl
HR02. Patients with blood glucose >200mg should be treated. If patient is same day admit, notify staff anesthesiologist prior to treatment.
HR03. For Type 1 DM patients with preoperative BG >250mg/dl, check dipstick for ketones.
HR04. For hyperglycemia w/glucose>200mg/dl subQ corrective dosing w/rapid acting analog(humalog or novalog)will be given as follows:goal reduce to 150mg/dl. Use subQ injection of insulin analog (humalog or novalog given in abdomen or arm
HR05. Notify staff anesthesiologist if BG >200mg/dl
HR06. For AM admit, inpatients, larger cases, IV infusion may be preferred to subcutaneous treatment. Notify staff anesthesiologist to clarify if IV insulin infusion is desired perioperatively, or if subcutaneous insulin should be given
HR07. Blood glucose checked 30 min after humalog adminstration
HR08. Blood glucose checked on arrival to PACU.

Hyperglycemia (Use Subcutaneous Novalog or Humalog - DO NOT USE INTRAVENOUSLY)

| Blood Glucose | Diabetes Type 1 | Non-Obese Type 2 (BMI <30) | Obese DM Type 2 (BMI>30) |
|---|---|---|---|
| 200-249 | 2 units | 3 units | 4 units |
| 250-299 | 3 units | 5 units | 8 units |
| 300-349 | 5 units | 8 units | 10 units |
| 350-399 | 6 units | 9 units | 12 units |
| 400-449 | 7 units | 10 units | 14 units |
| >450 | 8 units | 12 units | 15 units |

HC01. For patients with known or suspected diabetes, target glucose range for perioperative period is 140-180 mg/dl
HO02. Patient with blood glucose <70mg shold be treated. If BG<70mg/dl, treat per standing orders and notify staff anesthesiologist.
HO03. For hypoglycemia(BG<70mg/dl)and postop,or >2 hrs from planned procedure, give oral glucose in form of clear liquid(6-8oz fruit juice(no pulp or soda w/ sugar).Avoid glucose gel,tablets if preop(particulate containing).
HO04. For hypoglycemia (BG<70mg/dl) and preoperative within 2 hrs of procedure, or unable to take po, ensure IV in place and give D50.
HO05. Notify MD immediately for BG<70mg/dl specify if D50 was given to patient, and if symptoms of hypoglycemia are present:sweating,clammy,confusion, lightheaded,headache. Don't delay treatment if symptoms w/ documented BG<70mg/dl
HO06. In the event patient has no IV and IV cannot be placed in a timely fashion and patient is unable to take oral intake, glucagon 1mg IV, IM or subcutaneous can be given.This should be reserved for these special circumstance

| Fingerstick glucose | D50 given IV (mls) | (consider diluting D50 as can be uncomfortable given undiluted) |
|---|---|---|
| 60-69 mg/dl | 15 | |
| 50-59 mg/dl | 20 | |
| 30-49 mg/dl | 25 | |
| <30 mg/dl | 30 | |

12. Patient to take cardiac medications the AM of surgery with sip of water
13. Hold anti-hypertensives if HR < 50 or Systolic BP < 90 mm Hg
14. Notify Anesthesiologist if anti-hypertensives held

15. Procedural IV fluids and lines: a. ESRD: NS 500mL -1 large bore catheter at KVO
15. Procedural IV fluids and lines: b. For major vascular, intra-abdominal, multilevel spinal and major OMFS: LR 1000mL - 2 large bore actheters at KVO
15. Procedural IV fluids and lines: c. For total joint replacement procedure: LR 1000mL-1 large bore catheter at KVO

15. Procedural IV fluids and lines: d. Craniotomy: Normosol 500 ml - 2 large bore IVs
15. Procedural IV fluids and lines: e. Open heart: NS 500 mL - 2 large bore IVs
15. Procedural IV fluids and lines: g. EVAR: 1000 mL - 2 large bore IVs
15. Procedural IV fluids and lines: h. Robotic surgery: LR 1000 mL - 2 large bore IVs
16. Do not use antecubital space for IV access site in prone procedures
17. Notify Anesthesiologist if plan 22 g IV catheter insertion on adult patient
18. Notify Anesthesiologist for difficult IV access prior to procedure
19. If pain score >4 before Anes evaluation, give IV Acetaminophen 1000 mg IV

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*1003*

**The University of Tennessee Medical Center**

**(865) 305 9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**CaseNumber:**
1425323

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **PROCEDURE DATE:** 05/18/2022
**Visit #:** 18440200031
**Surgeon:** KLEPPE, KYLE (D13)

5/18/2022 07:19
**PROTOCOL (Continued)**
**Anesthesia**

Comments:

**Signature:** Electronically Signed:Mark Murray, MD

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

* Auth (Verified) *

**The University of Tennessee Medical Center**

**(865) 305 9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**CaseNumber:**
1425323

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **PROCEDURE DATE:** 05/18/2022
**Visit #:** 18440200031
**Surgeon:** KLEPPE, KYLE (D13)

**3. Analgesics**

For Mild Pain and tolerating PO: Percocet 7.5/325 mg PO q30 min max 2 doses
For Mod Pain: Dilaudid 0.2 mg IV q 10 mins max 4 mg
For Severe Pain: Dilaudid 0.2 mg IV q 5 min max 4 mg
For UTDS:Prior to D/C&Pain # 2-3,give Oxycodone 5mg/acetaminophen 325mg pox1
If IV Acetaminiophen given, do not adminster Oxycodone/Acetaminophen tab
Instead, give Oxycodone 5 mg po in POU
Patient can repeat pain pill dose if needed.
Until signed out by Anest, please disregard all other narcotic orders

**Hyperglycemia**

HR01. For patients with known or suspected diabetes, target glucose range for perioperative period is 140-180 mg/dl
HR02. Patients with blood glucose >200mg should be treated. If patient is same day admit, notify staff anesthesiologist prior to treatment.
HR03. For Type 1 DM patients with preoperative BG >250mg/dl, check dipstick for ketones.
HR04. For hyperglycemia w/glucose>200mg/dl subQ corrective dosing w/rapid acting analog(humalog or novalog)will be given as follows:goal reduce to 150mg/dl. Use subQ injection of insulin analog (humalog or novalog given in abdomen or arm
HR05. Notify staff anesthesiologist if BG >200mg/dl
HR06. For AM admit, inpatients, larger cases, IV infusion may be preferred to subcutaneous treatment. Notify staff anesthesiologist to clarify if IV insulin infusion is desired perioperatively, or if subcutaneous insulin should be given
HR07. Blood glucose checked 30 min after humalog administration
HR08. Blood glucose checked on arrival to PACU.
HR09.Unless sending to phase 2 with specific plan for recheck, do not discharge after sliding scale administration before repeate BG check.
HR10.For persistent BG>200 on patients with uncontrolled diabetes, check with attending or resident anesthesiologist for acceptable BG for discharge.

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

The University of Tennessee Medical Center
(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**CaseNumber:**
1425323

## Staff List

1. a HL7Interfaces HL7Interfaces
2. b Mark Murray

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **PROCEDURE DATE:** 05/18/2022
**Visit #:** 18440200031
**Surgeon:** KLEPPE, KYLE (D13)

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Mark Murray

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

CR Cath/Interventions
* Final Report *

GALYON, ROBERTA L - 1844020

RIGHT CORONARY ARTERY: Mild nondominant without significant stenosis.

LEFT VENTRICULOGRAM: Suboptimal for determination of LVEF appears relatively preserved in the 55 to 60% range.

Impression: Despite her risk factors and typical symptoms, Mrs. Galyon has no angiographically significant CAD

Plan: She may taper off her nitrates. She will be reassured. She will maintain on vigorous risk factor modification to prevent progression and promote regression of her mild CAD. Should her chest pain persist, additionally etiology should be sought.

Signed,

Stuart Bresee, M.D.

**Instructions to Medical Records:**
Timothy Collins, MD

END REQUEST

FIN: 18440200031
GALY
DOB:
ADM:
MRN: 1844020

**Signature Line**
Electronically Signed By: BRESEE MD, STUART J 04/25/2022 12:45 EDT
Authenticated By: BRESEE MD, STUART J 04/25/2022 12:45 EDT

**Completed Action List:**
- * Perform by BRESEE MD, STUART J on April 25, 2022 12:45 EDT
- * Sign by BRESEE MD, STUART J on April 25, 2022 12:45 EDT
- * VERIFY by BRESEE MD, STUART J on April 25, 2022 12:45 EDT
- * Review by Medical Records, Instructions on April 25, 2022 15:47 EDT Proxy Prsnl Grissom Trans Clerk, Lisa A Requested by BRESEE MD, STUART J on April 25, 2022 12:45 EDT

| | |
|---|---|
| Result Type: | CR Cath/Interventions |
| Result Date: | April 25, 2022 12:41 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Left heart catheterization |
| Performed By: | BRESEE MD, STUART J on April 25, 2022 12:45 EDT |
| Verified By: | BRESEE MD, STUART J on April 25, 2022 12:45 EDT |
| Encounter info: | 18440200030, UTMH, Outpatient Observation, 04/25/2022 - 04/25/2022 |

Printed by: Shipp RN, Ruth
Printed on: 05/10/2022 12:43 EDT

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

# Medication List

Patient : GALYON, ROBERTA L
Address :
Phone :

Med Rec # : 1844020
DOB : [redacted]
Sex : Female
Physician : Collins (Results), Timothy

## Current Home Meds

Medications

**acetaminophen (Tylenol Extra Strength 500 mg oral tablet)**
500 mg ( 1 tab ), PO, Q4H, PRN as needed for pain
**aspirin (aspirin 81 mg oral enteric coated tablet)**
81 mg ( 1 tab ), PO, Q DAY
**atorvastatin (atorvastatin 40 mg oral tablet)**
40 mg ( 1 tab ), PO, Q DAY
**baclofen (baclofen 10 mg oral tablet)**
10 mg ( 1 tab ), PO, BID
**cetirizine (ZyrTEC 10 mg oral tablet)**
10 mg ( 1 tab ), PO, Q DAY, PRN Allergy symptoms
**clonazePAM (clonazePAM 0.5 mg oral tablet)**
0.5 mg ( 1 tab ), PO, Q DAY, PRN Anxiety, 0 Refill(s)
**dulaglutide (Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution)**
0.75 mg ( 0.5 mL ), SUBCUTANEOUS, Q FRIDAY, 0 Refill(s)
**ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet)**
325 mg ( 1 tab ), PO, Q DAY
**FLUoxetine (FLUoxetine 40 mg oral capsule)**
40 mg ( 1 CAP ), PO, Q DAY, 0 Refill(s)
**pramipexole (pramipexole 1 mg oral tablet)**
1 mg ( 1 tab ), PO, Q HS
**rizatriptan (rizatriptan 10 mg oral tablet)**
10 mg ( 1 tab ), PO, Q DAY, PRN as needed for migraine headache

Print by : Isabell CPhT, Hailey A
Printed : 05/10/22 11:47 (end of report) Page 1 of 1

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

# Allergy

Patient : GALYON, ROBERTA L
Address :
Phone :

Med Rec # : 1844020
DOB :
Sex : Female
Physician : Collins (Results), Timothy

## Allergy Profile

| Substance | Reaction | Status | Severity | Onset Date | Created By |
|---|---|---|---|---|---|
| NKA | | Active | | | |

Print by : Isabell CPhT, Hailey A
Printed : 05/10/22 11:47 (end of report) Page 1 of 1

Day Surgery

*Pre Op Medications :* Start IV, Antibiotics or other meds as ordered (see anesthesia record)
*Pre Op Patient/Family Education :* Review pain and score on Nursing Assessment (score, location, type, and frequency)
*Pre Op Discharge Planning :* Discharge transportation
*Pre Op Outcomes :* Surgical/Procedural evaluation meets criteria, Patient/family verbalizes knowledge of sequence of events, Patient/family reassured and questions answered as needed
*Pre Op Variances :* None

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

EKG Preliminary Report

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**GALYON, ROBERTA**
Female
(57 Years)

Room: 1108
Location: 20

| | | |
|---|---|---|
| Vent. rate | 73 | BPM |
| PR interval | 148 | ms |
| QRS duration | 84 | ms |
| QT/QTc-Baz | 376/414 | ms |
| P-R-T axes | 35 -7 29 | |

**CMRN: 001844020**
Normal sinus rhythm
Moderate voltage criteria for LVH,
may be normal variant ( R in aVL ,
Cornell product )
Borderline ECG

**05/20/2022 08:42:14 AM**
UTMCK

FIN:18440200031
GALYON ROBERTA L
DOB: 57Y F
ADM:05/18/22
MRN:1844020

[redacted]

Technician ID: 65
Order Number: 5332245661
Visit: 18440200031

Test Indication: URGENT

Referred By: No Referring Ph~..

Unconfirmed




25mm/s 10.0mm/mV 0.56-100 Hz ZPD 60 Hz MAC™ VU360 1.02 SP02 12SL v23.1 4 by 2.5s + 3 rhythm lds Page 1 of 1

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

EKG

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Modified *

**GALYON, ROBERTA** **ID:001844020** **20-MAY-2022 08:42:14** **UNIV OF TN MED CTR-11E ROUTINE RECORD**

Female Caucasian

Room:1108
Loc:20

| | | |
|---|---|---|
| Vent. rate | 73 | BPM |
| PR interval | 148 | ms |
| QRS duration | 84 | ms |
| QT/QTc | 376/414 | ms |
| P-R-T axes | 35 -7 | 29 |

Normal sinus rhythm
Moderate voltage criteria for LVH, may be normal variant ( R in aVL , Cornell product )
Borderline ECG
When compared with ECG of 20-MAY-2021 09:49,
No significant change was found
Confirmed by LITTON DO, KAYLEIGH (401) on 5/21/2022 2:11:18 AM

History:
Technician:CANDY NEUBERT
Test ind:URGENT

Referred by: . No Referring Physician Confirmed By: KAYLEIGH LITTON DO




25mm/s 10mm/mV 100Hz 8.0 SP2 12SL 243 CID: 14

EID:401 EDT: 02:11 21-MAY-2022 ORDER:5332245661 ACCOUNT: 18440200031
Page 1 of 1

Facility: UTMH



Lincoln/Galyon 0728

Telemetry Strips

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

1526

EKG STRIPS

FIN:18440200031
GALYON, ROBERTA L
DOB: 57Y F
ADM:05/18/22
MRN:1844020

NAME: MR #: Room: [illegible] DATE 5/18/22

HR 91 APP FULL PVC 0 ST [illegible] MONITORING
NBP 142 62 (89) mmHg [illegible] SPO2 91 RATE 82 [illegible]

PR
QRS
QT
Rate
Rhythm



Alarm on/audible
Alarm Limits
MT
Date Time
RN
Date Time

PR
QRS
QT
Rate
Rhythm
Alarm on/audible
Alarm Limits
MT
Date Time
RN
Date Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

PR
QRS
QT
Rate
Rhythm
Alarm on/audible
Alarm Limits
MT
Date Time
RN
Date Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

PR
QRS
QT
Rate
Rhythm
Alarm on/audible
Alarm Limits
MT
Date Time
RN
Date Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

Blood Bank Documents

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HIGHWAY • KNOXVILLE, TN 37920
(865) 305-9000

1416

FIN:18440200031
GALY( ROBERTA L 57Y F
DOB:
ADM:05/
MRN:1844020

## Blood/Blood Product Administration Consent Form

Name:____________________ MR#:____________ Encounter#:____________ Date:_______

My provider and I have talked/discussed the risks, benefits, and alternatives of receiving blood or blood products, potentially including investigational COVID-19 convalescent plasma. We also talked about what may happen if blood or blood products are needed to treat my condition and I elect not to receive it.

We also talked about what may happen if I do not treat my condition. There are several possible risks to receiving blood or blood products. These include, but are not limited to, fluid overload, congestive heart failure, allergic reactions, and infections, including HIV (AIDS), and hepatitis.

During some procedures my own blood may be salvaged intraoperatively and returned to me (autologous cell salvage).

I understand that I can arrange for directed donor blood through the Medic Regional Blood Center. I understand that it may take up to three business days for direct donor blood to become available and that my condition may become worse if I choose to wait for the direct donor blood. If I have further questions about the direct donor program, I can contact the University of Tennessee Medical Center Blood Bank personnel (305-9082) or the Medic Regional Blood Center (524-3074).

I have also had the risks of not receiving blood or blood products and the alternatives to them explained to me, and I have no further questions at this time.

I hereby consent to receive blood or blood products during this admission.

Signature X Roberta Lynn Galyon Date 5/18/22 Time 0625

Witness [signature] Date 5/18/22 Time 0625

(If patient is unable to sign or is a minor, complete the following.)

Patient (is a minor______ years of age) is unable to sign because:____________________________

__________________________ Date________________ Time____________
Authorized Representative

__________________________ Date________________ Time____________
Witness

Blood/Blood Product Admin. Consent Form
#32217 – Nursing – (Dev 6/99, Rev 11/11, 11/13,11/17, 8/20)



Lincoln/Galyon 0732

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway * Knoxville, TN 37920
(865) 305-9000

FIN:18440200031
GALYON, ROBERTA L
DOB
ADM:05/18/22
MRN:1844020

# SPECIAL CONSENT TO OPERATION/OTHER PROCEDURE

1006

NAME: GALYON, ROBERTA L MRN: 1844020 FIN: 18440200031

1. My provider and I talked about what might happen if we do not treat my condition. We also talked about different ways to treat my condition and about the advantages and disadvantages of each of these treatments. My provider explained to me the consequences of declining the proposed or alternative treatments.

2. Procedure(s) as planned: **(No Abbreviations)** robotic recurrent hiatal hernia repair with partial fundoplication

3. My provider explained to me in terms I can understand the benefits of each operation or procedure and told me what he/she hopes it would do for me. He/she explained that my treatment may change depending on my condition. My provider also told me approximately how long it would take me to recover.

4. My provider did not promise that this would cure me or improve my condition. He/she gave me an opportunity to ask questions about my condition and answered my questions. I am satisfied with the answers.

5. I know there can be risks, complications or side-effects whenever someone has an operation or medical procedure. I know my provider cannot tell me about every possible risk, complication or side-effect. We did talk about the major ones (e.g. bleeding, infection, pneumonia, heart complications, blood clots, death) that could happen if I have the operation or procedure. I understand my provider's explanation.

6. My provider gave me an opportunity to ask questions about these risks and any other risks, benefits or alternatives I want to know about. He/she answered my questions. I am satisfied with the answers.

7. My provider has explained to me that the University of Tennessee Medical Center (UTMC) is an academic medical center and that, in accordance with hospital policies, residents and fellows may perform tasks related to the surgery or procedure under the supervision of my provider. I understand that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.

8. I request and give consent to my provider(s) KLEPPE MD, KYLE L and other members of the surgical team to perform or administer to me the operations or procedures listed above. Those assisting my doctor may include resident doctors, doctors in a medical fellowship (fellows), students in medical, nursing and related healthcare professions, nurse practitioners, physician assistants, nurses, surgical technologists, vendors and others. For procedures performed by my doctor, he/she will be present for the critical parts of the procedure/surgery. Those assisting my doctor may perform some aspects of the procedure as my doctor deems appropriate. I also request that UTMC provide appropriate hospital service and care necessary in conjuction with the operation(s) or procedure(s) I have authorized my provider to perform.

9. If something unexpected happens or is found during the operation or procedure, and in my provider's opinion, it poses an immediate and substantial risk to my health and needs treatment in addition to or different from what is described in paragraph 2 above, I agree that my provider(s) may at that time provide the treatment that is immediately necessary.

10. The options and risks of sedation, if necessary for my operation or procedure, have been explained to me in terms I can understand. I consent to the administration of such sedation as may be considered necessary or advisable by those responsible for this service. I understand that my consent for anesthesia, if necessary for my operation or procedure, will be obtained separately.

11. I consent to the photographing, videotaping or televising of the operation or procedure to be performed, including appropriate portions of my body, for medical, scientific or education purposes, as long as my identity is not disclosed.

I understand the reasons this operation or procedure is required and I understand the information in this form and all blanks have been filled in prior to my signing.

| Patient Signature | Date | Time | Witness (full name) | Date | Time |
|---|---|---|---|---|---|
| [signature] | 5/18/22 | 0625 | [signature] | 5/18/22 | 0625 |

(If patient is unable to sign or is a minor, complete the following)
Patient is a minor (_____ years of age) or is unable to sign because: __________

| Authorized Representative | Date | Time | Electronically Signed | Date | Time |
|---|---|---|---|---|---|
| | | | KLEPPE MD, KYLE L | 05/18/2022 | 06:16 |

DCPCONSENT03 – v1.5

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HWY • KNOXVILLE, TN 37920
(865) 305-9000

FIN:18440200031
GALYON, ROBERTA L
DOB: 57Y F
ADM:05/18/22
MRN:1844020

## CONSENT AND AUTHORIZATION FOR ANESTHESIA

NAME____________________MR#____________ENCOUNTER#____________

1. I am asking to receive anesthesia during my pending procedure/operation/treatment. I want to have anesthesia in order to lessen the pain or discomfort I would otherwise experience.

2. Types of anesthesia which my anesthesiologist and I may agree to include the following:

| | | |
|---|---|---|
| **General Anesthesia** | Description | Total unconscious state, possible placement of a tube into the windpipe |
| | Technique | Drug injected into the bloodstream and/or inhaled into the lungs |
| | Common Risks / Common Side Effects | Mouth or throat pain, hoarseness, injury to mouth or teeth, muscle soreness, nausea and vomiting, changes in blood pressure |
| | Uncommon Risks / Uncommon Side Effects | Drug reactions, heart attack, cardiac arrest, brain damage, peripheral nerve injury, paralysis, blindness, awareness under anesthesia and/or death, burns particularly with MRI |
| **Spinal/Epidural** | Description | Temporary loss of feeling and/or movement to the lower part of the body |
| | Technique | Drug injected through a needle or catheter placed either directly into the spinal fluid or immediately outside the spinal canal |
| | Common Risks / Common Side Effects | Headache, nausea and vomiting, backache, 'buzzing' in the ears |
| | Uncommon Risks / Uncommon Side Effects | Block failure and resultant need for general anesthesia, seizures, infection, bleeding, persistent weakness, persistent numbness, chronic pain, permanent paralysis, cardiac arrest, death |
| **Nerve Block** | Description | Temporary loss of feeling and/or movement in specific limb or area |
| | Technique | Drug injected near nerves to cause a loss of sensation and/or movement |
| | Common Risks / Common Side Effects | Headache, nausea and vomiting, backache, 'buzzing' in the ears |
| | Uncommon Risks / Uncommon Side Effects | Block failure and resultant need for general anesthesia, seizures, infection, bleeding, persistent weakness, persistent numbness, chronic pain, paralysis, death |
| **Monitored Care (Sedation)** | Description | Reduced anxiety and pain |
| | Technique | Drug injected into the bloodstream |
| | Common Risks / Common Side Effects | Nausea and vomiting, changes in blood pressure |
| | Uncommon Risks / Uncommon Side Effects | Depressed breathing and development of an unconscious state, drug reactions, heart attack, cardiac arrest, brain damage, peripheral nerve injury, paralysis, blindness and/or death |

Consent and Authorization for Anesthesia
932863–Anesthesia (Dev 5/11)Rev10/11,4/18,9/18, 9/17,11/19)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

3. I understand that regardless of the type of anesthesia used there are a number of common foreseeable risks and consequences which may occur. The following are some but not all of the common foreseeable risks and consequences which can occur: sore throat and hoarseness, nausea and vomiting, muscle soreness, injury to the eyes and/or headache. Further, I understand instrumentation in the mouth to maintain an open airway during anesthesia might unavoidably result in dental damage including fracture or loss of teeth, bridge work, dentures, crowns and fillings, laceration of the gums or lips. The Department of Anesthesiology recommends that dentures be removed pre-operatively and left in the care of family members.

4. I understand that medications that I am taking may cause complications with anesthesia or surgery. I understand that it is in my best interest to inform my anesthesiologists about the nature of any medications I am taking, including, but not limited, to aspirin, cold remedies, narcotics, PCP, marijuana, cocaine and birth control pills. ANESTHESIA MEDICATIONS MAKE BIRTH CONTROL PILLS INEFFECTIVE FOR 7 (SEVEN) DAYS.

5. I understand that rare but more serious potential risks and consequences of anesthesia include, but are not limited to, drug reactions, changes in blood pressure, heart attack, cardiac arrest, stroke, brain damage, paralysis, blindness, peripheral nerve injury, awareness under anesthesia or death.

6. I understand that during my procedure/operation/treatment, invasive monitoring may be necessary. Invasive monitoring means insertion of catheters into the large veins of the neck or chest; into the arteries of the hand, arm, groin, leg or foot; and/or into the heart as well as insertion of probes into the esophagus to monitor the function of the heart. I understand that such risks associated with this type of monitoring include, but are not limited to, bleeding, infection, decreased blood flow, lung collapse, damage to the throat, esophagus or stomach and death.

7. I understand that while I am receiving anesthesia, conditions may develop which require modifying or extending this consent. I therefore authorize modifications or extension of this consent that professional judgment indicates to be necessary under the circumstances.

8. I understand that my anesthesia care will be under the supervision of anesthesiologists at the University of Tennessee Medical Center (UTMC). Knowing that UTMC is a teaching institution, I understand that along with my attending anesthesiologist and his/her assistants and designees, other medical center personnel such as certified registered nurse anesthetists, student nurse anesthetists, technicians, interns, residents and medical students may be involved in my anesthesia care.

9. I understand the teaching mission of the University of Tennessee Medical Center and agree to the presence of appropriate observers during my procedure/operation/treatment for the advancement of medical education and care.

**PATIENT**
By signing this request form, I am indicating that I understand the contents of this document, agree to its provisions and consent to the administration of anesthesia during my procedure/operation/treatment. I have spoken with the anesthesiologist about the risks, benefits and alternatives available to me. I have had the opportunity to ask questions and seek more information. I am also acknowledging that I know that the practice of anesthesiology, medicine and surgery is not an exact science and that no one has given me any promises or guarantees about the administration of anesthesia or its results.

I fully understand what I am now signing of my own free will.

Patient Name and Medical Record # (or label): FIN:18440200031 GALYON, ROBERTA L DOB 57Y F ADM: MRN:1844020 ______ (MR#)

Signed: Roberta Lyn Galyon (Patient or Agent / Surrogate Signature) Date: 5/18/22 Time: 0715

Self
(Relationship to Patient)

Witness: (Full name) [signature] Date: 5/18/22 Time: 0715

Consent and Authorization for Anesthesia
932883 – Anesthesia (Dev 5/11, 10/11, 4/16, 6/16, 8/17,11/18) back page

FIN:18440200031
GALY— ROBERTA L
57Y F
DOB:
ADM:05/18/22
MRN:1844020

**MY CONSENT TO RECEIVE OPIOID TREATMENT**

NAME: ______________________ MR#______________
FINANCIAL#______________________

This consent gives you information about the medicines you may be prescribed for pain management. **Please ask any questions you may have.**

**When Taking Opioid Medicines, You Should Expect:**

Pain relief
Lower stress caused by pain
Risks and side effects

- Allergic reactions.
- Overdose, which could result in harm or even death.
- Slowing of breathing rate.
- Slowing of reflexes or reaction time.
- Feeling sleepy, drowsy, dizzy, and/or confused.
- Impaired judgment.
- Not able to use machines or drive motor vehicles.
- Nausea, throwing up, and/or constipation.
- Itching.
- Failure to give pain relief.
- Certain other medicines such as nalbuphine (Nubain™), pentazocine (Talwin™), buprenorphine (Buprenex™), and butorphanol (Stadol™), may reverse the action of the opioid. They may cause symptoms like a bad flu, called a withdrawal syndrome.
- Physical dependency
  - These medicines will cause a physical dependency marked by an abstinence syndrome when they are stopped abruptly. If these medicines are stopped or quickly decreased, you will have chills, goose bumps, profuse sweating, increased pain, irritability, anxiety, agitation, and diarrhea.
- Misuse of medicines
  - Addiction: This is a condition of using a substance even though it causes harm. Opioid medicines are likely to start addictive behavior.
  - Diversion: Often people who are addicts will try to get pain patients treated with opioids to give or sell their opioids to them. **Never** share your opioid medicines.

**How to Take Opioid Medicines:**

Follow your doctor's instructions;
Do not share medicines with family or friends;
Do not sell medicines;
Do not take medicines in any manner other than prescribed. For example, do not chew or inject medicines;
Keep opioid medicines out of reach of children;
Do not leave your prescriptions or opioid medicines lying around unprotected for others to steal and/or abuse them;
Do not use a motor vehicle if you feel mentally impaired using opioid medicines. You are responsible for showing good judgment; and
Do not use alcohol when using these medicines.

FIN:18440200031
GALYON, ROBERTA L 57Y F
DOB:
ADM:05/18/22
MRN:1844020

**Other Options Instead of Opioids for Pain Management:**
NSAID (For example, ibuprofen or naproxen)
Acetaminophen
Physical Therapy
Cognitive Behavioral Therapy
Anti-depressive Medications
Anti-seizure Medications

**What to Think About When Taking Opioid Medicine:**
There is a chance of addiction or serious adverse events; and
You may not need to take any or all of the medicine if your pain level is not high.

**For Women of Childbearing Age Only *(under Tennessee law, ages 15 – 44)*:**

**What are the risks of using opioids while I am pregnant?**
Narcotic/opioid medicine creates special risks to women who are pregnant or may become pregnant. I was told if I carry a baby to delivery while taking this medicine, the baby will be physically dependent on opioids. This is called "neonatal abstinence syndrome." This is very harmful to the baby.

I also understand that birth defects can happen to the baby whether or not I am taking a medicine. I understand there is always a chance that my baby will develop a birth defect while I am taking opioids. I know that the long-term effects of opioids on a child's development are not fully known. I know that it cannot be guessed. I know that my taking opioids while pregnant is harmful to my child.

**What should I know about birth control?**
Options exist for appropriate and effective forms of birth control.
Birth control lessens the chances that I become pregnant while being treated with narcotic/opioid medicine.
Information about how I can get free or cheaper birth control can be given to me if I ask.

**Patient Consent**
I HAVE READ THIS FORM, OR HAD IT READ TO ME. I UNDERSTAND ALL OF IT. I HAVE HAD A CHANCE TO HAVE ALL OF MY QUESTIONS ABOUT THIS TREATMENT ANSWERED TO MY UNDERSTANDING. BY SIGNING THIS FORM, I VOLUNTARILY GIVE MY CONSENT FOR THE TREATMENT OF MY PAIN WITH OPIOID PAIN MEDICINE.

Roberta L Galyon
<Patient or Parent/Guardian Signature> Date: 5/20/22 Time: 1400

Patient or Other Signatory's Name Printed

932849- Consent to Receive Opioid Treatment (6/18)

Person Full Name GALYON, ROBERTA L | Gender Female | FIN NBR (Encounter Alias) 18440200031
MRN (Encounter Alias) 1844020 | 29 of 29 | May/20/2022 15:43:50



Lincoln/Galyon 0738

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HWY KNOXVILLE, TN 37920
(865) 305-9000

FIN: 18440200031
GALY
DOB:
ADM:
MRN: 1844020

## MY CONSENT TO RECEIVE OPIOID TREATMENT

NAME: ______________________ MR# ________________ FINANCIAL# ________________

This consent gives you information about the medicines you may be prescribed for pain management. **Please ask any questions you may have.**

**When Taking Opioid Medicines, You Should Expect:**

1. Pain relief
2. Lower stress caused by pain
3. **Potential** risks and **possible** side effects
   - i. Allergic reactions.
   - ii. Overdose, which could result in harm or even death.
   - iii. Slowing of breathing rate.
   - iv. Slowing of reflexes or reaction time.
   - v. Feeling sleepy, drowsy, dizzy, and/or confused.
   - vi. Impaired judgment.
   - vii. Not able to use machines or drive motor vehicles.
   - viii. Nausea, throwing up, and/or constipation.
   - ix. Itching.
   - x. Failure to give pain relief.
   - xi. Certain other medicines such as nalbuphine (Nubain™), pentazocine (Talwin™), buprenorphine (Buprenex™), and butorphanol (Stadol™), may reverse the action of the opioid. They may cause symptoms like a bad flu, called a withdrawal syndrome.
   - xii. Physical dependency
     - a. These medicines will cause a physical dependency marked by an abstinence syndrome when they are stopped abruptly. If these medicines are stopped or quickly decreased, you will have chills, goose bumps, profuse sweating, increased pain, irritability, anxiety, agitation, and diarrhea.
   - xiii. Misuse of medicines
     - a. Addiction: This is a condition of using a substance even though it causes harm. Opioid medicines are likely to start addictive behavior.
     - b. Diversion: Often people who are addicts will try to get pain patients treated with opioids to give or sell their opioids to them. **Never share your opioid medicines.**

**How to Take Opioid Medicines:**

1. Follow your doctor's instructions;
2. Do not share medicines with family or friends;
3. Do not sell medicines;
4. Do not take medicines in any manner other than prescribed. For example, do not chew or inject medicines;
5. Keep opioid medicines out of reach of children;
6. Do not leave your prescriptions or opioid medicines lying around unprotected for others to steal and/or abuse them;
7. Do not use a motor vehicle if you feel mentally impaired using opioid medicines. You are responsible for showing good judgment; and
8. Do not use alcohol when using these medicines.

932849 – Consent to Receive Opioid Treatment (6/18)



Lincoln/Galyon 0739

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**Other Options Instead of Opioids for Pain Management:**

1. NSAID (For example, ibuprofen or naproxen)
2. Acetaminophen
3. Physical Therapy
4. Cognitive Behavioral Therapy
5. Anti-depressive Medications
6. Anti-seizure Medications

FIN:18440200031
GALYON ROBERTA L F
DOB
ADM:
MRN:1844020

**What to Think About When Taking Opioid Medicine:**

1. There is a chance of addiction or serious adverse events; and
2. You may not need to take any or all of the medicine if your pain level is not high.

**For Women of Childbearing Age Only** ***(under Tennessee law, ages 15 – 44):***

**What are the risks of using opioids while I am pregnant?**
Narcotic/opioid medicine creates special risks to women who are pregnant or may become pregnant. I was told if I carry a baby to delivery while taking this medicine, the baby will be physically dependent on opioids. This is called "neonatal abstinence syndrome." This is very harmful to the baby.

I also understand that birth defects can happen to the baby whether or not I am taking a medicine. I understand there is always a chance that my baby will develop a birth defect while I am taking opioids. I know that the long-term effects of opioids on a child's development are not fully known. I know that it cannot be guessed. I know that my taking opioids while pregnant is harmful to my child.

**What should I know about birth control?**

- Options exist for appropriate and effective forms of birth control.
- Birth control lessens the chances that I become pregnant while being treated with narcotic/opioid medicine.
- Information about how I can get free or cheaper birth control can be given to me if I ask.

**Patient Consent**
I HAVE READ THIS FORM, OR HAD IT READ TO ME. I UNDERSTAND ALL OF IT. I HAVE HAD A CHANCE TO HAVE ALL OF MY QUESTIONS ABOUT THIS TREATMENT ANSWERED TO MY UNDERSTANDING. BY SIGNING THIS FORM, I VOLUNTARILY GIVE MY CONSENT FOR THE TREATMENT OF MY PAIN WITH OPIOID PAIN MEDICINE.

X Roberta Lynn Galyon
Patient or Parent/Guardian Signature

Date: 5/18/22 Time: 0125

Patient or Other Signatory's Name Printed

FIN:18440200031
GALYON ROBERTA L 57Y F
DOB:
ADM:
MRN:1844020

932849 – Consent to Receive Opioid Treatment (6/18)



Lincoln/Galyon 0740

Final Coding Summary

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

Coding Summary For Patient Account 18440200031

Current Coder: jmcmurra

Current Date: 05/24/2022 12:19

Total Charges: 29351.86

Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | U | **LOS** | 2 |
| **Birth Date** | | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 05-18-2022 | **Discharge Date** | 05-20-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** K44.9 | ICD-10 | Diaphragmatic hernia without obstruction or gangrene |
| K21.9 | ICD-10 | Gastro-esophageal reflux disease without esophagitis |
| E78.5 | ICD-10 | Hyperlipidemia, unspecified |
| D50.0 | ICD-10 | Iron deficiency anemia secondary to blood loss (chronic) |
| E66.09 | ICD-10 | Other obesity due to excess calories |
| Z79.82 | ICD-10 | Long term (current) use of aspirin |
| G47.30 | ICD-10 | Sleep apnea, unspecified |
| M19.90 | ICD-10 | Unspecified osteoarthritis, unspecified site |
| M60.9 | ICD-10 | Myositis, unspecified |
| F41.9 | ICD-10 | Anxiety disorder, unspecified |
| F32.A | ICD-10 | Depression, unspecified |
| E11.42 | ICD-10 | Type 2 diabetes mellitus with diabetic polyneuropathy |
| Z79.4 | ICD-10 | Long term (current) use of insulin |
| Z68.30 | ICD-10 | Body mass index [BMI] 30.0-30.9, adult |

Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|
| **Principal CPT Code:** 43282 | CPT4 | Lap paraesoph her rpr w/mesh | KLEPPE, MD, KYLE L | 05/18/2022 |
| 43235 | CPT4 | Egd diagnostic brush wash | KLEPPE, MD, KYLE L | 05/18/2022 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Allergies

| Substance: **NKA** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

| Substance: **No Known Medication Allergies** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Immunization Screening

*Pneumococcal Screening - Inclusion Criteria*

| Verified Date/Time | Criteria | Result | Verified By |
|---|---|---|---|
| 5/18/2022 23:55 EDT | Has Long Term Health Problem | No | Beeler RN, Breanna M |
| 5/18/2022 23:55 EDT | Age 65 or Older | No | Beeler RN, Breanna M |

Vaccinations/Immunization Screening

DOCUMENT TYPE: Pneumococcal Vaccine Screening
ELECTRONICALLY SIGNED BY: Beeler RN, Breanna M (5/18/2022 23:55 EDT)

**Pneumococcal Vaccine Screening Entered On: 05/18/2022 23:55 EDT**
**Performed On: 05/18/2022 23:52 EDT by Beeler RN, Breanna M**

**Pneumococcal Screening 3**
*Has Long Term Health Problem :* No
*Age 65 or Older :* No

Beeler RN, Breanna M - 05/18/2022 23:55 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Intake and Output

| INTAKE | | 5/18/2022 - 5/19/2022 | | | 5/19/2022 - 5/20/2022 | | | 5/20/2022 - 5/21/2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| All time in EDT | | 0700 - 1900 | 1900 - 0700 | Total | 0700 - 1900 | 1900 - 0700 | Total | 0700 - 1900 | 1900 - 0700 | Total |
| LR 1,000 mL(1000 mL Lactated Ringers Injection) | mL | - | 1244 | 1244 | - | - | - | - | - | - |
| cefazolin | mL | 50 | - | 50 | - | - | - | - | - | - |
| ondansetron | mL | - | 4 | 4 | - | - | - | - | - | - |
| sodium chloride | mL | - | 10 | 10 | - | 10 | 10 | 10 | - | 10 |
| Oral Intake | mL | 600 | 300 | 900 | 510 | 700 | 1210 | 470 | - | 470 |
| **12 Hour Total** | mL | **650** | **1558** | | **510** | **710** | | **480** | **-** | |
| **24 Hour Total** | mL | | **2208** | | | **1220** | | | **480** | |

| OUTPUT | | 5/18/2022 - 5/19/2022 | | | 5/19/2022 - 5/20/2022 | | | 5/20/2022 - 5/21/2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| All time in EDT | | 0700 - 1900 | 1900 - 0700 | Total | 0700 - 1900 | 1900 - 0700 | Total | 0700 - 1900 | 1900 - 0700 | Total |
| Stool Count | | - | - | - | - | 1 | 1 | - | - | - |
| Urine Count | | - | 4 | 4 | - | 5 | 5 | - | - | - |
| **12 Hour Total** | mL | **-** | **-** | | **-** | **-** | | **-** | **-** | |
| **24 Hour Total** | mL | | **-** | | | **-** | | **No documented output results for date range** | | |

## Clinical Range Total from 5/18/2022 to 5/21/2022

| Total Intake (mL) | Total Output (mL) | Fluid Balance (mL) |
|---|---|---|
| 3908 | 0 | 3908 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Diabetic Coagulation Flowsheet

| Procedure | Units | Ref Range | Date 5/18/2022 Time 23:55 EDT | 5/18/2022 12:06 EDT | 5/18/2022 11:05 EDT | 5/18/2022 10:58 EDT | 5/18/2022 06:37 EDT |
|---|---|---|---|---|---|---|---|
| Anesthesia End Time | | | - | - | - | 05/18/2022 10:58 | - |
| GLUCOSE | mg/dL | [70-99] | 140 [H] [*1] | 130 [H] [01] [*1] | - | - | - |
| FingerStick Glu (mg/dL) | mg/dL | [70-99] | - | - | 135 [H] | - | 114 [H] |
| ANION GAP | mEq/L | [7.0-16.0] | 12.0 [*1] | 8.0 [01] [*1] | - | - | - |
| MG | mg/dL | [1.6-2.6] | 1.8 [02] [*1] | - | - | - | - |
| PHOS | mg/dL | [2.5-4.5] | 3.2 [02] [*1] | - | - | - | - |
| K | mEq/L | [3.5-5.3] | 4.1 [*1] | 4.1 [01] [*1] | - | - | - |
| PLT CNT | K/uL | [150-450] | 231 [04] [*1] | 229 [05] [*1] | - | - | - |

Order Comments
01: CHEM 7 (Basic Metabolic Panel)
Per Lovenox Prophylaxis
02: Magnesium (Mg) Level (Mg (Magnesium) Level)
LCA# 001537
03: Phosphorus-PO4
LCA# 001024
04: CBC with Automated Differential
LCA# 005009
05: CBC without Automated Differential
Per Lovenox Prophylaxis

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Point of Care Testing

*Fingerstick Blood Glucose*

| Procedure | Units | Ref Range | Date 5/18/2022 Time 11:05 EDT | 5/18/2022 06:37 EDT |
|---|---|---|---|---|
| FingerStick Glu (mg/dL) | mg/dL | [70-99] | 135 H | 114 H |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Respiratory Therapy

| Procedure | Units | Ref Range | Date 5/20/2022 Time 08:10 EDT | Date 5/20/2022 Time 08:10 EDT | Date 5/20/2022 Time 08:05 EDT | Date 5/19/2022 Time 21:47 EDT | Date 5/19/2022 Time 21:47 EDT | Date 5/19/2022 Time 10:25 EDT |
|---|---|---|---|---|---|---|---|---|
| Adult O2 Delivery Device | | | Room Air | Room Air | - | Room Air | Room Air | Room Air |
| Oxygen Saturation | % | [92-100] | - | - | - | 97 | 97 | 94 |
| RC Oximetry Type | | | - | - | - | Continuous | Continuous | Continuous |
| Oximeter Alarm Limit - HIGH | % SATU. | | 100 | 100 | - | 100 | 100 | 100 |
| Oximeter Alarm Limit - LOW | % SATU. | | 85 | 85 | - | 85 | 85 | 85 |
| Alarm "On" and Audible | | | - | - | - | Yes | Yes | Yes |
| Sputum Amount | | | - | - | None | - | - | - |

| Procedure | Units | Ref Range | Date 5/19/2022 Time 10:25 EDT | Date 5/19/2022 Time 10:25 EDT | Date 5/19/2022 Time 10:25 EDT | Date 5/19/2022 Time 08:50 EDT | Date 5/19/2022 Time 04:57 EDT |
|---|---|---|---|---|---|---|---|
| Ideal/Predicted Body Wt (kg) | kg | | - | 57 [01] | 57 [02] | - | - |
| Adult O2 Delivery Device | | | Room Air | - | - | - | Nasal Cannula |
| RC O2 Flow | L/min | | - | - | - | - | 2 |
| Oxygen Saturation | % | [92-100] | 94 | - | - | - | 97 |
| RC Oximetry Type | | | Continuous | - | - | - | Continuous |
| Oximeter Alarm Limit - HIGH | % SATU. | | 100 | - | - | - | 100 |
| Oximeter Alarm Limit - LOW | % SATU. | | 85 | - | - | - | 85 |
| Alarm "On" and Audible | | | Yes | - | - | - | Yes |
| Sputum Amount | | | - | None [01] | None [02] | None | - |

| Procedure | Units | Ref Range | Date 5/18/2022 Time 21:16 EDT | Date 5/18/2022 Time 16:24 EDT |
|---|---|---|---|---|
| Adult O2 Delivery Device | | | Room Air | - |
| Oxygen Saturation | % | [92-100] | 91 [L] | - |
| RC Oximetry Type | | | Continuous | - |
| Oximeter Alarm Limit - HIGH | % SATU. | | 100 | - |
| Oximeter Alarm Limit - LOW | % SATU. | | 85 | - |
| Alarm "On" and Audible | | | Yes | - |
| Sputum Amount | | | - | None |

Order Comments
01: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will disappear from both task lists.
02: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will disappear from both task lists.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

## Vital Signs

### *Vital Signs*

| Procedure | UOM | 5/20/2022 15:31 EDT | 5/20/2022 11:05 EDT | 5/20/2022 08:05 EDT | 5/20/2022 07:38 EDT | 5/20/2022 05:42 EDT | 5/19/2022 23:37 EDT | 5/19/2022 19:44 EDT |
|---|---|---|---|---|---|---|---|---|
| Temperature Temporal Artery | DegF | 98.3 | 99.0 | - | 97.3 | 97.9 | 98.2 | - |
| Pulse Rate | bpm | 75 | 78 | - | 82 | 63 | 83 | - |
| Respiratory Rate | rpm | 18 | 18 | - | 18 | 18 | 16 | - |
| Systolic Blood Pressure | mmHg | 117 | 127 | - | 144 | 154 | 123 | - |
| Diastolic Blood Pressure | mmHg | 62 | 75 | - | 76 | 76 | 71 | - |
| Vital Signs Extremity 1 | | Left arm | Left arm | - | Left arm | Left arm | Left arm | - |
| Position During VS | | Lying | Lying | - | Lying | Sitting | Sitting | - |
| SpO2 | % | 98 | 95 | - | 96 | 94 | 95 | - |
| O2 Delivery | | Room Air | Room Air | - | Room Air | Room Air | Room Air | - |
| Radial Pulse, Right | | - | - | 3+ - Normal | - | - | - | 3+ - Normal |
| Radial Pulse, Left | | - | - | 3+ - Normal | - | - | - | 3+ - Normal |
| Dorsalis Pedis Pulse, Right | | - | - | 3+ - Normal | - | - | - | 3+ - Normal |
| Dorsalis Pedis Pulse, Left | | - | - | 3+ - Normal | - | - | - | 3+ - Normal |

| Procedure | UOM | 5/19/2022 18:24 EDT | 5/19/2022 14:39 EDT | 5/19/2022 11:12 EDT | 5/19/2022 10:57 EDT | 5/19/2022 08:50 EDT | 5/19/2022 07:37 EDT |
|---|---|---|---|---|---|---|---|
| Temperature Temporal Artery | DegF | 97.0 [L] | 97.0 [L] | 97.0 [L] | - | - | 97.2 |
| Pulse Rate | bpm | 83 | 87 | 88 | - | - | 75 |
| Respiratory Rate | rpm | 16 | 16 | 16 | 16 [OI] | - | 18 |
| Systolic Blood Pressure | mmHg | 151 | 123 | 139 | - | - | 143 |
| Diastolic Blood Pressure | mmHg | 60 | 67 | 78 | - | - | 68 |
| Vital Signs Extremity 1 | | Left arm | Left arm | Left arm | - | - | Left arm |
| Position During VS | | Sitting | Lying | Sitting | - | - | Lying |
| SpO2 | % | 97 | 97 | 96 | - | - | 95 |
| O2 Delivery | | Room Air | Room Air | Room Air | - | - | Room Air |
| Radial Pulse, Right | | - | - | - | - | 3+ - Normal | - |
| Radial Pulse, Left | | - | - | - | - | 3+ - Normal | - |
| Dorsalis Pedis Pulse, Right | | - | - | - | - | 3+ - Normal | - |
| Dorsalis Pedis Pulse, Left | | - | - | - | - | 3+ - Normal | - |

| Procedure | UOM | 5/19/2022 04:36 EDT | 5/19/2022 03:40 EDT | 5/19/2022 00:50 EDT | 5/19/2022 00:49 EDT | 5/18/2022 22:42 EDT | 5/18/2022 21:08 EDT |
|---|---|---|---|---|---|---|---|
| Temperature Temporal Artery | DegF | 98.1 | - | - | 98.4 | - | 99.0 |
| Pulse Rate | bpm | 69 | - | - | 80 | - | 72 |
| Respiratory Rate | rpm | 18 | 14 [OI] | - | 16 | 14 [OI] | 16 |
| Systolic Blood Pressure | mmHg | 132 | - | - | 129 | - | 117 |
| Diastolic Blood Pressure | mmHg | 65 | - | - | 62 | - | 63 |
| Vital Signs Extremity 1 | | Left arm | - | - | Left arm | - | Left arm |
| Position During VS | | Lying | - | - | Lying | - | Lying |
| SpO2 | % | 97 | - | 94 | 87 [L] | - | 91 |
| Oxygen Flow Rate | L/min | 2 | - | 2 | - | - | - |
| O2 Delivery | | Nasal Cannula | - | Nasal Cannula | Room Air | - | Room Air |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Vital Signs

*Vital Signs*

| Procedure | Date / Time / UOM | 5/18/2022 18:04 EDT | 5/18/2022 16:29 EDT | 5/18/2022 16:24 EDT | 5/18/2022 16:20 EDT | 5/18/2022 16:13 EDT | 5/18/2022 06:44 EDT | 5/18/2022 06:20 EDT |
|---|---|---|---|---|---|---|---|---|
| Temperature Temporal Artery | DegF | - | - | - | 97.8 | - | - | 97.0 [L] |
| Pulse Rate | bpm | - | - | - | 73 | - | - | 65 |
| Respiratory Rate | rpm | 16 [O2] | - | - | 16 | - | - | 16 |
| Systolic Blood Pressure | mmHg | - | - | - | 157 | - | - | 117 |
| Diastolic Blood Pressure | mmHg | - | - | - | 74 | - | - | 70 |
| Vital Signs Extremity 1 | | - | - | - | Left arm | - | - | Right arm |
| Position During VS | | - | - | - | Lying | - | - | - |
| SpO2 | % | - | - | - | 99 | - | - | 98 |
| O2 Delivery | | - | - | - | - | - | - | Room Air |
| Admission Weight lbs | lb | - | - | - | - | 180 | - | 175 |
| Height | in | - | - | - | - | 65 | - | 65 |
| Height in cm | cm | - | - | - | - | 165.1 | - | 165.1 |
| IBW Calculation | kg | - | - | - | - | 57 | - | - |
| Dosing Weight | kg | - | 81.63 | - | - | - | 79.36 | - |
| BMI Calculation | | - | - | - | - | 29.95 | - | - |
| Weight (kg) | kg | - | - | - | - | 81.633 | - | 79.365 |
| Radial Pulse, Right | | - | - | 3+ - Normal | - | - | - | - |
| Radial Pulse, Left | | - | - | 3+ - Normal | - | - | - | - |
| Dorsalis Pedis Pulse, Right | | - | - | 3+ - Normal | - | - | - | - |
| Dorsalis Pedis Pulse, Left | | - | - | 3+ - Normal | - | - | - | - |
| Weight Method | | - | - | - | - | Actual | - | - |

Order Comments
01: oxyCODONE (oxyCODONE immediate release)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
02: acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/18/2022 06:45 EDT
Medication Name: **acetaminophen**
**Dosage:** acetaminophen 650 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: KLEPPE MD, KYLE L 5/18/2022 06:16 EDT; Perform: Hendren RN, Sherri L 5/18/2022 06:50 EDT; VERIFY: Hendren RN, Sherri L 5/18/2022 06:50 EDT
**Result Comment:** Hendren RN, Sherri L 5/18/2022 06:50 EDT
pt unable to take all 3 pills only took 2

**Admin Date/Time:** 5/18/2022 07:45 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: KLEPPE MD, KYLE L 5/18/2022 06:16 EDT; Perform: Hendren RN, Sherri L 5/18/2022 06:50 EDT; VERIFY: Hendren RN, Sherri L 5/18/2022 06:50 EDT

**Admin Date/Time:** 5/19/2022 02:39 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Bilateral; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: 8
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Beeler RN, Breanna M 5/19/2022 02:40 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 02:40 EDT
**Result Comment:** Beeler RN, Breanna M 5/19/2022 02:40 EDT
given late due to pt sleeping

**Admin Date/Time:** 5/19/2022 03:39 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Beeler RN, Breanna M 5/19/2022 04:12 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 04:12 EDT

**Admin Date/Time:** 5/19/2022 06:00 EDT
Medication Name: **acetaminophen**
**Admin Details: (Not Done)** Not Appropriate at this Time
acetaminophen, Pain Scale Used, Pain Location Pre-Med, Pain Laterality, Pain Score Pre-Med, Pain Quality Pre - Med, Pain Duration Pre-Med
**Action Details:** Perform: Beeler RN, Breanna M 5/19/2022 06:00 EDT
**Result Comment:** Beeler RN, Breanna M 5/19/2022 04:48 EDT
too close to last given dose

**Admin Date/Time:** 5/19/2022 11:07 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Dixon RN, Brenna K 5/19/2022 11:07 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 11:07 EDT

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 12:07 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Dixon RN, Brenna K 5/19/2022 14:32 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 14:32 EDT

**Admin Date/Time:** 5/19/2022 16:32 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Dixon RN, Brenna K 5/19/2022 16:33 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 16:33 EDT

**Admin Date/Time:** 5/19/2022 17:32 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Medication Response: Medication Effective; PRN Response: Yes; Med Response Calculation: 3; Vital Sign Re-Assessment: No; Med Given for Pain: No
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Payne RN, Amy R 5/20/2022 00:14 EDT; VERIFY: Payne RN, Amy R 5/20/2022 00:14 EDT

**Admin Date/Time:** 5/19/2022 23:38 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Payne RN, Amy R 5/19/2022 23:40 EDT; VERIFY: Payne RN, Amy R 5/19/2022 23:40 EDT

**Admin Date/Time:** 5/20/2022 00:38 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Payne RN, Amy R 5/20/2022 00:14 EDT; VERIFY: Payne RN, Amy R 5/20/2022 00:14 EDT

**Admin Date/Time:** 5/20/2022 05:44 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Payne RN, Amy R 5/20/2022 05:46 EDT; VERIFY: Payne RN, Amy R 5/20/2022 05:46 EDT

**Admin Date/Time:** 5/20/2022 06:44 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Payne RN, Amy R 5/20/2022 05:47 EDT; VERIFY: Payne RN, Amy R 5/20/2022 05:47 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/20/2022 11:08 EDT
Medication Name: **acetaminophen**
**Dosage:** ACETA325T 975 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Not Applicable; Pain Laterality: Not applicable; Pain Location Pre-Med: Not Applicable; Pain Quality Pre - Med: Not Applicable; Pain Scale Used: Scheduled Medication; Pain Score Pre-Med: Not Applicable
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Dixon RN, Brenna K 5/20/2022 11:08 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 11:08 EDT

**Admin Date/Time:** 5/20/2022 12:08 EDT
Medication Name: **acetaminophen**
**Admin Details: Auth (Verified)**
Given as a Scheduled Medication: Yes; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:43 EDT; Perform: Dixon RN, Brenna K 5/20/2022 13:06 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 13:06 EDT

**Admin Date/Time:** 5/18/2022 17:04 EDT
Medication Name: **acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)**
**Dosage:** NORCO5T 2 tab
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Not applicable; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: 0-10 Scale; Pain Score Pre-Med: 9; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: 1-Awake and Alert
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Dixon RN, Brenna K 5/18/2022 17:04 EDT; VERIFY: Dixon RN, Brenna K 5/18/2022 17:04 EDT
**Reason for Medication:** Dixon RN, Brenna K 5/18/2022 17:04 EDT
Pain, Severe

**Admin Date/Time:** 5/18/2022 18:04 EDT
Medication Name: **acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)**
**Admin Details: Auth (Verified)**
Patient Communication Status: Patient can communicate; Primary Pain Interventions: Not needed at this time; Pain Quality Primary: Aching; Primary Pain Location: Abdomen; Primary Pain Intensity: 2; UTOSS Sedation Scale QL: Document; Adult Pain Assessment: Document; Respiratory Quality: Breathes easily with adequate volume; Respiratory Rate: 16; UT Opioid Sedation Scale: 1-Awake and Alert; Med Given for Pain: Yes
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Dixon RN, Brenna K 5/18/2022 18:21 EDT; VERIFY: Dixon RN, Brenna K 5/18/2022 18:21 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **aspirin**
**Dosage:** ASPIREC81T 81 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **aspirin**
**Dosage:** ASPIREC81T 81 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:32 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **atorvastatin**
**Dosage:** ATORV40T 40 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **atorvastatin**
**Dosage:** ATORV40T 40 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:53 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

**Admin Date/Time:** 5/18/2022 21:41 EDT
Medication Name: **baclofen**
**Dosage:** BACLO10T 10 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Beeler RN, Breanna M 5/18/2022 21:43 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 21:43 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **baclofen**
**Dosage:** BACLO10T 10 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

**Admin Date/Time:** 5/19/2022 21:11 EDT
Medication Name: **baclofen**
**Dosage:** BACLO10T 10 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:53 EDT; Perform: Payne RN, Amy R 5/19/2022 21:11 EDT; VERIFY: Payne RN, Amy R 5/19/2022 21:11 EDT

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **baclofen**
**Dosage:** BACLO10T 10 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:53 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

**Admin Date/Time:** 5/18/2022 07:51 EDT
Medication Name: **ceFAZolin**
**Dosage:** ceFAZ2DUPPRE 2 g 50 mL
**Admin Details: (Auth)** IV Piggyback
**Action Details:** Order: KLEPPE MD, KYLE L 5/18/2022 06:16 EDT; Perform: Phillips RN, Katherine as proxy for Bivens SRNA, Cassie L 5/18/2022 08:08 EDT; VERIFY: Phillips RN, Katherine 5/18/2022 08:08 EDT

**Admin Date/Time:** 5/18/2022 06:45 EDT
Medication Name: **celecoxib**
**Dosage:** celecoxib 200 mg 1 CAP
**Admin Details: (Auth)** PO
**Action Details:** Order: KLEPPE MD, KYLE L 5/18/2022 06:16 EDT; Perform: Hendren RN, Sherri L 5/18/2022 06:50 EDT; VERIFY: Hendren RN, Sherri L 5/18/2022 06:50 EDT

**Admin Date/Time:** 5/18/2022 17:04 EDT
Medication Name: **enoxaparin**
**Dosage:** ENOXA40I 40 mg 0.4 mL
**Admin Details: (Auth)** SUBCUTANEOUS, Abd, LLQ
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Dixon RN, Brenna K 5/18/2022 17:06 EDT; VERIFY: Dixon RN, Brenna K 5/18/2022 17:06 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 16:32 EDT
Medication Name: **enoxaparin**
**Dosage:** ENOXA40I 40 mg 0.4 mL
**Admin Details: (Auth)** SUBCUTANEOUS, Abd, LLQ
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:53 EDT; Perform: Dixon RN, Brenna K 5/19/2022 16:33 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 16:33 EDT
**Early/Late Reason:** Dixon RN, Brenna K 5/19/2022 16:32 EDT
Early Interval Reason:
Want to Standardize Admin Times

**Admin Date/Time:** 5/18/2022 12:00 EDT
Medication Name: **ferrous sulfate**
**Admin Details: (Not Done)** Task Clean Up: Status Unknown
ferrous sulfate
**Action Details:** Perform: Dixon RN, Brenna K 5/18/2022 12:00 EDT

**Admin Date/Time:** 5/19/2022 11:07 EDT
Medication Name: **ferrous sulfate**
**Dosage:** FERRO325T 325 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:32 EDT; Perform: Dixon RN, Brenna K 5/19/2022 11:08 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 11:08 EDT

**Admin Date/Time:** 5/20/2022 11:08 EDT
Medication Name: **ferrous sulfate**
**Dosage:** FERRO325T 325 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:32 EDT; Perform: Dixon RN, Brenna K 5/20/2022 11:09 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 11:09 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **FLUoxetine**
**Dosage:** FLUOX20C 40 mg 2 CAP
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **FLUoxetine**
**Dosage:** FLUOX20C 40 mg 2 CAP
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:53 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

**Admin Date/Time:** 5/18/2022 06:45 EDT
Medication Name: **gabapentin**
**Dosage:** gabapentin 300 mg 1 CAP
**Admin Details: (Auth)** PO
**Action Details:** Order: KLEPPE MD, KYLE L 5/18/2022 06:16 EDT; Perform: Hendren RN, Sherri L 5/18/2022 06:50 EDT; VERIFY: Hendren RN, Sherri L 5/18/2022 06:50 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **gabapentin**
**Dosage:** gabapentin 300 mg 1 CAP
**Admin Details: (Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 13:44 EDT
Medication Name: **gabapentin**
**Dosage:** gabapentin 300 mg 1 CAP
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/19/2022 13:44 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 13:44 EDT

**Admin Date/Time:** 5/19/2022 21:11 EDT
Medication Name: **gabapentin**
**Dosage:** gabapentin 300 mg 1 CAP
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Payne RN, Amy R 5/19/2022 21:11 EDT; VERIFY: Payne RN, Amy R 5/19/2022 21:11 EDT

**Admin Date/Time:** 5/20/2022 05:44 EDT
Medication Name: **gabapentin**
**Dosage:** gabapentin 300 mg 1 CAP
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Payne RN, Amy R 5/20/2022 05:46 EDT; VERIFY: Payne RN, Amy R 5/20/2022 05:46 EDT

**Admin Date/Time:** 5/20/2022 14:00 EDT
Medication Name: **gabapentin**
**Admin Details:** **(Not Done)** Patient Sleeping
gabapentin
**Action Details:** Perform: Dixon RN, Brenna K 5/20/2022 14:00 EDT

**Admin Date/Time:** 5/18/2022 21:42 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 500 mg 1 tab
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:40 EDT; Perform: Beeler RN, Breanna M 5/18/2022 21:43 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 21:43 EDT

**Admin Date/Time:** 5/19/2022 04:47 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 500 mg 1 tab
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:40 EDT; Perform: Beeler RN, Breanna M 5/19/2022 04:48 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 04:48 EDT

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

**Admin Date/Time:** 5/19/2022 11:07 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details:** **(Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/19/2022 11:08 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 11:08 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 16:32 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/19/2022 16:34 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 16:34 EDT

**Admin Date/Time:** 5/19/2022 21:10 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Payne RN, Amy R 5/19/2022 21:11 EDT; VERIFY: Payne RN, Amy R 5/19/2022 21:11 EDT

**Admin Date/Time:** 5/20/2022 05:44 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Payne RN, Amy R 5/20/2022 05:46 EDT; VERIFY: Payne RN, Amy R 5/20/2022 05:46 EDT

**Admin Date/Time:** 5/20/2022 11:08 EDT
Medication Name: **methocarbamol (Robaxin)**
**Dosage:** Robaxin 1000 mg 2 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: Crismon MD Res, David T 5/19/2022 07:10 EDT; Perform: Dixon RN, Brenna K 5/20/2022 11:09 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 11:09 EDT

**Admin Date/Time:** 5/18/2022 23:06 EDT
Medication Name: **ondansetron (ondansetron - injection)**
**Dosage:** ONDAN4I 4 mg 2 mL
**Admin Details: (Auth)** IV PUSH
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/18/2022 23:06 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 23:06 EDT
**Reason for Medication:** Beeler RN, Breanna M 5/18/2022 23:06 EDT
Nausea / Vomiting

**Admin Date/Time:** 5/19/2022 00:06 EDT
Medication Name: **ondansetron (ondansetron - injection)**
**Admin Details: Auth (Verified)**
Medication Response: Medication Effective; PRN Response: Yes; Med Response Calculation: 3; Med Given for Pain: No; Vital Sign Re-Assessment: No
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/19/2022 00:59 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 00:59 EDT

**Admin Date/Time:** 5/19/2022 02:43 EDT
Medication Name: **ondansetron (ondansetron - injection)**
**Dosage:** ONDAN4I 4 mg 2 mL
**Admin Details: (Auth)** IV PUSH
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/19/2022 02:43 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 02:43 EDT
**Reason for Medication:** Beeler RN, Breanna M 5/19/2022 02:43 EDT
Nausea / Vomiting

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 03:43 EDT
Medication Name: **ondansetron (ondansetron - injection)**
**Admin Details: Auth (Verified)**
Med Given for Pain: No; Vital Sign Re-Assessment: No; Med Response Calculation: 3; PRN Response: Yes; Medication Response: Medication Effective
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/19/2022 04:12 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 04:12 EDT

**Admin Date/Time:** 5/19/2022 23:39 EDT
Medication Name: **ondansetron (ondansetron 4 mg oral tablet, disintegrating)**
**Dosage:** ONDAN4ODT 4 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Payne RN, Amy R 5/19/2022 23:41 EDT; VERIFY: Payne RN, Amy R 5/19/2022 23:41 EDT
**Reason for Medication:** Payne RN, Amy R 5/19/2022 23:39 EDT
Nausea / Vomiting

**Admin Date/Time:** 5/20/2022 00:39 EDT
Medication Name: **ondansetron (ondansetron 4 mg oral tablet, disintegrating)**
**Admin Details: Auth (Verified)**
Medication Response: Medication Effective; PRN Response: Yes; Med Response Calculation: 3; Vital Sign Re-Assessment: No; Med Given for Pain: No
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Payne RN, Amy R 5/20/2022 00:14 EDT; VERIFY: Payne RN, Amy R 5/20/2022 00:14 EDT

**Admin Date/Time:** 5/18/2022 21:42 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Dosage:** oxyCODONE immediate release 10 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Bilateral; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: 0-10 Scale; Pain Score Pre-Med: 10; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: 1-Awake and Alert
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Beeler RN, Breanna M 5/18/2022 21:42 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 21:42 EDT
**Reason for Medication:** Beeler RN, Breanna M 5/18/2022 21:42 EDT
Pain, Severe

**Admin Date/Time:** 5/18/2022 22:42 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Admin Details: Auth (Verified)**
Primary Pain Intensity: 0 None; Patient Communication Status: Patient can communicate; Adult Pain Assessment: Document; UTOSS Sedation Scale QL: Document; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: S-Sleeping; Respiratory Rate: 14; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Beeler RN, Breanna M 5/18/2022 23:52 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 23:52 EDT

**Admin Date/Time:** 5/19/2022 02:40 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Dosage:** oxyCODONE immediate release 10 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Bilateral; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: 0-10 Scale; Pain Score Pre-Med: 8; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: 1-Awake and Alert
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Beeler RN, Breanna M 5/19/2022 02:40 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 02:40 EDT
**Reason for Medication:** Beeler RN, Breanna M 5/19/2022 02:40 EDT
Pain, Severe

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/19/2022 03:40 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Admin Details: Auth (Verified)**
Patient Communication Status: Patient can communicate; Primary Pain Intensity: 0 None; Adult Pain Assessment: Document; UTOSS Sedation Scale QL: Document; Respiratory Rate: 14; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: S-Sleeping; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Beeler RN, Breanna M 5/19/2022 04:12 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 04:12 EDT

**Admin Date/Time:** 5/19/2022 09:57 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Dosage:** oxyCODONE immediate release 10 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Not applicable; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: 0-10 Scale; Pain Score Pre-Med: 9; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: 1-Awake and Alert
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Dixon RN, Brenna K 5/19/2022 09:57 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 09:57 EDT
**Reason for Medication:** Dixon RN, Brenna K 5/19/2022 09:57 EDT
Pain, Severe

**Admin Date/Time:** 5/19/2022 10:57 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Admin Details: Auth (Verified)**
Pain Quality Primary: Aching; Primary Pain Interventions: Not needed at this time; Patient Communication Status: Patient can communicate; Primary Pain Intensity: 3; Primary Pain Location: Abdomen; Adult Pain Assessment: Document; UTOSS Sedation Scale QL: Document; UT Opioid Sedation Scale: 1-Awake and Alert; Respiratory Rate: 16; Respiratory Quality: Breathes easily with adequate volume; Med Given for Pain: Yes
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Dixon RN, Brenna K 5/19/2022 11:15 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 11:15 EDT

**Admin Date/Time:** 5/20/2022 16:15 EDT
Medication Name: **oxyCODONE (oxyCODONE immediate release)**
**Dosage:** oxyCODONE immediate release 5 mg
**Admin Details: (Auth)** PO
Pain Duration Pre-Med: Constant; Pain Laterality: Not applicable; Pain Location Pre-Med: Abdomen; Pain Quality Pre - Med: Aching; Pain Scale Used: 0-10 Scale; Pain Score Pre-Med: 5; Respiratory Quality: Breathes easily with adequate volume; UT Opioid Sedation Scale: 1-Awake and Alert
**Action Details:** Order: Crismon MD Res, David T 5/18/2022 17:39 EDT; Perform: Dixon RN, Brenna K 5/20/2022 16:15 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 16:15 EDT
**Reason for Medication:** Dixon RN, Brenna K 5/20/2022 16:15 EDT
Pain, Moderate

**Admin Date/Time:** 5/19/2022 08:48 EDT
Medication Name: **polyethylene glycol 3350**
**Dosage:** PEG3LIQUD 17 g 1 packet(s)
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Dixon RN, Brenna K 5/19/2022 08:49 EDT; VERIFY: Dixon RN, Brenna K 5/19/2022 08:49 EDT

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **polyethylene glycol 3350**
**Dosage:** PEG3LIQUD 17 g 1 packet(s)
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 16:32 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Medication Administration Record

*Medications*

**Admin Date/Time:** 5/18/2022 21:41 EDT
Medication Name: **pramipexole**
**Dosage:** pramipexole 1 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Beeler RN, Breanna M 5/18/2022 21:43 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 21:43 EDT

**Admin Date/Time:** 5/19/2022 21:10 EDT
Medication Name: **pramipexole**
**Dosage:** pramipexole 1 mg 1 tab
**Admin Details: (Auth)** PO
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:50 EDT; Perform: Payne RN, Amy R 5/19/2022 21:11 EDT; VERIFY: Payne RN, Amy R 5/19/2022 21:11 EDT

**Admin Date/Time:** 5/18/2022 21:42 EDT
Medication Name: **sodium chloride (INT - normal saline flush)**
**Dosage:** NSFLUSH 10 mL
**Admin Details: (Auth)** IV FLUSH
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/18/2022 21:43 EDT; VERIFY: Beeler RN, Breanna M 5/18/2022 21:43 EDT

**Admin Date/Time:** 5/19/2022 09:00 EDT
Medication Name: **sodium chloride (INT - normal saline flush)**
**Admin Details: (Not Done)** IV Fluids Infusing
sodium chloride
**Action Details:** Perform: Dixon RN, Brenna K 5/19/2022 09:00 EDT

**Admin Date/Time:** 5/19/2022 21:11 EDT
Medication Name: **sodium chloride (INT - normal saline flush)**
**Dosage:** NSFLUSH 10 mL
**Admin Details: (Auth)** IV FLUSH
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 14:16 EDT; Perform: Payne RN, Amy R 5/19/2022 21:11 EDT; VERIFY: Payne RN, Amy R 5/19/2022 21:11 EDT

**Admin Date/Time:** 5/20/2022 08:02 EDT
Medication Name: **sodium chloride (INT - normal saline flush)**
**Dosage:** NSFLUSH 10 mL
**Admin Details: (Auth)** IV FLUSH
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 14:16 EDT; Perform: Dixon RN, Brenna K 5/20/2022 08:03 EDT; VERIFY: Dixon RN, Brenna K 5/20/2022 08:03 EDT

*Continuous Infusions*

**Admin Date/Time:** 5/18/2022 19:00 EDT to 5/19/2022 06:59 EDT
Medication Name: **LR 1,000 mL**
**Dosage:** LR1000 1244 mL
**Admin Details: (Infuse) (Auth)** 1244 mL, 100 mL/hr, Forearm, Left
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/19/2022 04:48 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 04:48 EDT

**Admin Date/Time:** 5/19/2022 02:41 EDT
Medication Name: **LR 1,000 mL**
**Dosage:** LR1000 1000 mL
**Admin Details: (Begin Bag) (Auth)** 1000 mL, 100 mL/hr, Forearm, Left, 79.36 kg
**Action Details:** Order: DAIGLE MD, HALEY J 5/18/2022 11:49 EDT; Perform: Beeler RN, Breanna M 5/19/2022 02:41 EDT; VERIFY: Beeler RN, Breanna M 5/19/2022 02:41 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/10/22 11:45:43 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 5/10/2022 11:45 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **CVL Insertion Checklist PRN**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 6:02:24 AM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 06:02 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Nursing Admission History Outpatient**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 6:02:24 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 06:02 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **acetaminophen**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Pharmacy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 975 mg = 3 tab, PO, 1TIME, Start: 5/18/22 6:16:00 AM EDT, NOW, Dose Form: TAB, Stop: 5/18/22 6:50:23 AM EDT
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Pharmacist Verify: Electronically Signed, Givens PharmD, Carrie B on 5/18/2022 06:22 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 06:50 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/20/22 10:00:00 PM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/18/22 10:00:00 AM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/18/22 10:00:00 PM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:54 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/19/22 10:00:00 PM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 00:15 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/20/22 10:00:00 AM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:04 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Alternating Compression Device, Leg (PAS Hose Leg)**
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Hendren RN, Sherri L
Order Details: 5/19/22 10:00:00 AM EDT, Lower Extremities, Bilateral, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **ceFAZolin**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Pharmacy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 2 g = 50 mL, IV Piggyback, PRE OP HR, Start: 5/18/22 6:16:00 AM EDT, for Surgical prophylaxis, Routine, Dose Form: INJ, Infuse over: 40 min
Order Comment: For patients less than 120 kg
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Pharmacist Verify: Electronically Signed, Givens PharmD, Carrie B on 5/18/2022 06:22 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 06:22 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Phillips RN, Katherine on 5/18/2022 08:08 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 08:08 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **celecoxib**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Pharmacy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 200 mg = 1 CAP, PO, 1TIME, Start: 5/18/22 6:16:00 AM EDT, NOW, Dose Form: CAP, Stop: 5/18/22 6:50:23 AM EDT
Order Comment: HOLD for estimated Creatinine Clearance less than 30 mL/min. Do NOT order celecoxib if the patient has a history of peptic ulcer disease, heart disease a sulfa allergy, history of renal disease or renal transplant.
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Pharmacist Verify: Electronically Signed, Givens PharmD, Carrie B on 5/18/2022 06:22 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 06:50 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Use Anesthesia Protocol for IV access & fluids**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Assessment/Monitoring
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 5/18/22 6:16:00 AM EDT, Routine
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Communication Order - Pt. Care
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 5/18/22 6:16:00 AM EDT, 1 TIME, Routine
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Permit, Get Signed (Specify)**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Treatment/Procedure
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 5/18/22 6:16:00 AM EDT, Routine, robotic recurrent hiatal hernia repair with partial fundoplication, KLEPPE MD, KYLE L, Provided Informed Consent by Provider
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Protocol (routed for co-sign)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 6:45:50 AM EDT, Routine
Order Comment: gabapentin is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 06:45 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 8:08:21 AM EDT, Routine
Order Comment: ceFAZolin is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 08:08 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Bed Request - Do Not Use for TRANSFERS (Bed Request INITIAL)**
Plan Name: Surgical General Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Patient Activity
Ordering Physician: KLEPPE MD, KYLE L
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, KLEPPE MD, KYLE L, KLEPPE MD, KYLE L, s/p recurrent paraesophageal hernia repair, Bedded Outpatient, Acute Care - NO TELEMETRY, No Isolation
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 11:52 EDT
Communication Type: Phone /w Read Back (routed for co-sign)
Review Information:
Doctor Cosign: Electronically Signed, KLEPPE MD, KYLE L on 5/19/2022 15:27 EDT
Action Type: Complete Action Date/Time: 5/18/2022 14:11 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **Code Status Designation**
Plan Name: Surgical General Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Code Status FULL CODE - BY DEFAULT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Diet**
Plan Name: Surgical General Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Diet Orders
Ordering Physician: Allen MD RES, Mark C
Entered By: DAIGLE MD, HALEY J
Order Details: Clear Liquids, no carbonation, Advance Diet To: DO NOT Advance, 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/19/2022 09:55 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 09:56 EDT
Doctor Cosign: Not Required

Orders

Order: **DVT/VTE Prophylaxis PP Compliance**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, DVT/VTE Moderate - Highest Risk Prophylaxis
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment: DVT/VTE Moderate - Highest Risk Prophylaxis
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **enoxaparin**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, DVT/VTE Moderate - Highest Risk Prophylaxis
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 40 mg = 0.4 mL, SUBCUTANEOUS, Q24H, Start: 5/18/22 6:00:00 PM EDT, Routine, Dose Form: INJ
Order Comment: Change to 30 mg daily if renal function impaired (CrCl less than 30 mL/min). Monitoring and education orders initiated per protocol. VTE risk assessment documentation: Moderate Risk.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **ondansetron (ondansetron 4 mg oral tablet, disintegrating)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 4 mg = 1 tab, PO, Q4H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Nausea / Vomiting, Routine, Dose Form: TAB
Order Comment: For nausea. Use for patients tolerating PO intake.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **ondansetron (ondansetron - injection)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 4 mg = 2 mL, IV PUSH, Q4H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Nausea / Vomiting, Routine, Dose Form: INJ
Order Comment: Use IV route for patients unable to tolerate PO medication. May repeat 4mg in 15 minutes if needed.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **acetaminophen**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: DAIGLE MD, HALEY J
Order Details: 650 mg = 2 tab, PO, Q6H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Pain, Mild, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:32 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: DAIGLE MD, HALEY J
Order Details: 1 tab, PO, Q4H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Pain, Moderate, Routine, Dose Form: TAB
Order Comment: MODERATE pain (4-6). Goal: CONTROL PAIN within 3 hours!
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required

Order: **Get Well: Pain Management**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Nursing Unit Standards
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PRN less than 70 years old Pathway Compliance**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **promethazine**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 6.25 mg = 0.5 tab, PO, Q6H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Nausea / Vomiting, Routine, Dose Form: TAB
Order Comment: Use for patients tolerating PO intake. If ondansetron ineffective after two doses,start promethazine.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **promethazine (promethazine - injection)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 6.25 mg = 0.25 mL, IV PUSH, Q6H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Nausea / Vomiting, Routine, Dose Form: INJ
Order Comment: If ondansetron ineffective after two doses, start promethazine.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **simethicone**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, PRN Pathway less than 70 years old
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 80 mg = 1 tab, CHEWED, Q4H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Gas, Routine, Dose Form: TAB CHEW
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: DAIGLE MD, HALEY J
Order Details: 2 tab, PO, Q4H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Pain, Severe, Routine, Dose Form: TAB
Order Comment: SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **HYDROmorphone (HYDROmorphone - injection)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 0.2 mg = 0.2 mL, IV PUSH, Q2H PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Pain, Breakthrough, Routine, Dose Form: INJ
Order Comment: BREAKTHROUGH pain NOT CONTROLLED by oral med or if unable to tolerate PO. Goal: CONTROL PAIN within 3 hours!
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **naloxone**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 0.2 mg = 0.5 mL, IV PUSH, PRN, Start: 5/18/22 11:49:00 AM EDT, PRN Opiate reversal, Routine, Dose Form: INJ
Order Comment: As needed for respiratory rate less than 8. May repeat every 2 - 3 minutes until desired response achieved. Monitor respiratory rate, O2 sat, and sedation level every 15 minutes for 1 hour, then every hour for 4 hours. Notify provider.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Notify Provider of (specify)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, SPECIFICS: If naloxone given. Monitor respiratory rate, O2 sat, and sedation level every 15 minutes for 1 hour, then every hour for 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: polyethylene glycol 3350**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 17 g = 1 packet(s), PO, Q DAY, Start: 5/19/22 9:00:00 AM EDT, Routine, Dose Form: PWD
Order Comment: Hold for loose stools.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:32 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 9:00:00 AM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:20 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 9:00:00 PM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 21:17 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 9:00:00 AM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 08:10 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 9:00:00 AM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 10:25 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 9:00:00 PM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Pulse Oximetry**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 9:00:00 PM EDT, Continuous
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:47 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Ambulate**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Activity/Mobility
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, PRN, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 12:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 2:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 4:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 6:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 18:22 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 8:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:32 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 10:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:32 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:32 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 2:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 01:08 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 03:35 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 6:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 05:25 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 10:25 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 10:00:00 AM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 10:25 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/19/2022 10:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 2:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/19/2022 10:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/19/2022 10:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 6:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/19/2022 10:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Deep Breathe & Cough**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 PM EDT, Routine
Order Comment: No attached CPT Code. Respiratory Care and Nursing both see this task. EITHER may chart it, and the charted instance will disappear from both task lists.
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/19/2022 10:26 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Education iCOUGH**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, ICOUGH Bundle
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Nursing Unit Standards
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine, I COUGH pamphlet
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Elevate Head Of Bed**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, ICOUGH Bundle
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Activity/Mobility
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine, 30 degrees
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **ICOUGH Bundle PP Compliance**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, ICOUGH Bundle
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/21/22 12:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/21/22 4:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 12:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 4:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 12:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 4:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 8:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 8:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 12:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 AM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 4:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 8:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Incentive Spirometry**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 PM EDT, Q4H WHILE AWAKE, Routine, Patient to use IS every hour while awake 10 times. Keep IS within reach of patient. Document volume every 4 hours.
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Intake & Output, Routine**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Assessment/Monitoring
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: IV Access, Peripheral**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Insert IV Access
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: LR 1,000 mL**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Allen MD RES, Mark C
Entered By: DAIGLE MD, HALEY J
Order Details: 1,000 mL, IV, Routine, 100 mL/hr, Infuse over: 10 hr, Start: 5/18/22 11:49:00 AM EDT, 1,000 mL, Weight: 79.36 kg
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/19/2022 07:14 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 07:25 EDT
Pharmacist Verify: Electronically Signed, Freeman PharmD, Keri N on 5/19/2022 08:24 EDT
Doctor Cosign: Not Required

Orders

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 9:00:00 AM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 9:00:00 PM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 9:00:00 AM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 9:00:00 AM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 9:00:00 PM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Mouth Care**
Activity Type: Treatment/Procedure
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 9:00:00 PM EDT Include brushing teeth and rinsing with mouthwash., Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Out Of Bed**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Activity/Mobility
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine, With assistance only.
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Pain Low Narcotic Pathway Compliance**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **Up In Chair**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Activity/Mobility
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine, With Meals. Nursing staff to assist
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:27 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/21/22 12:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/21/22 4:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 12:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 4:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 12:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 4:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 8:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 8:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 12:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 12:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 4:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/20/22 8:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 4:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Vital Signs**
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/19/22 8:00:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **NS Flush Post IVPB 20 mL**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 20 mL, IV, Routine, See comments, Start: 5/18/22 11:49:00 AM EDT, 20 mL, Weight: 79.36 kg
Order Comment: Using a one-liter bag and IV pump, infuse 20 mL at the same rate as the last IVPB. Infuse after every IVPB when no continuous IV fluid is ordered.
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **sodium chloride (INT - normal saline flush)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 10 mL, IV FLUSH, Q12H, Start: 5/18/22 9:00:00 PM EDT, Routine, Dose Form: INJ
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Bryant PharmD, Mary E on 5/18/2022 14:16 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Advance Care Planning Pathway Reminder**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Advance Care Planning Pathway Phase 1
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **CBC with Automated Differential**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: Blood, AM Draw (Inpatient), 5/18/22 11:55:00 PM EDT
Order Comment: LCA# 005009

Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/18/2022 11:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 5/19/2022 00:53 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **CHEM 7 (Basic Metabolic Panel) (BMP (CHEM 7))**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: Blood, AM Draw (Inpatient), 5/18/22 11:55:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/18/2022 11:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Get Well: Advance Directive**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Advance Care Planning Pathway Phase 1
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Nursing Unit Standards
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Magnesium (Mg) Level (Mg (Magnesium) Level)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: Blood, AM Draw (Inpatient), 5/18/22 11:55:00 PM EDT
Order Comment: LCA# 001537

Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/18/2022 11:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Notify Provider Re: Physiological/VS Parameters**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT, NOTIFY: Covering Provider, Notify for: Temp greater than 101.5; SBP greater than 160 or less than 90; HR greater than 110 or less than 50; RR greater than 30 or less than 10; UOP less than 60 mL every 2 hours.
Order Comment:

Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required

Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Phosphorus-PO4**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: Blood, AM Draw (Inpatient), 5/18/22 11:55:00 PM EDT
Order Comment: LCA# 001024
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/18/2022 11:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Surgical Floor Subphase Compliance**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Surgical Floor Subphase
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **Surgical General Pathway Compliance**
Plan Name: Surgical General Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Communication Order - Pt. Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 5/18/22 11:49:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **CHEM 7 (Basic Metabolic Panel)**
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, Stat, 5/18/22 12:06:00 PM EDT
Order Comment: Per Lovenox Prophylaxis

| | |
|---|---|
| Action Type: Order | Action Date/Time: 5/18/2022 11:50 EDT |
| Communication Type: Discern Expert | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 5/18/2022 12:13 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 5/18/2022 12:13 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Complete | Action Date/Time: 5/18/2022 12:56 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |

Order: **CBC without Automated Differential**
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, Time Study, 5/21/22 6:00:00 AM EDT
Order Comment: Per Lovenox Prophylaxis

| | |
|---|---|
| Action Type: Order | Action Date/Time: 5/20/2022 13:07 EDT |
| Communication Type: Discern Expert | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 5/20/2022 19:57 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Cancel | Action Date/Time: 5/20/2022 20:30 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **CBC without Automated Differential**
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, Stat, 5/18/22 12:06:00 PM EDT
Order Comment: Per Lovenox Prophylaxis
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/18/2022 12:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/18/2022 12:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 12:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **IV Access, Maintain**
Activity Type: Treatment/Procedure
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:50:08 AM EDT
Order Comment: Maintain per Hospital Policy
Action Type: Order Action Date/Time: 5/18/2022 11:50 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **aspirin**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 81 mg = 1 tab, PO, Q DAY, Start: 5/19/22 9:00:00 AM EDT, Routine, Dose Form: TAB EC
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:32 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **atorvastatin**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 40 mg = 1 tab, PO, Q DAY, Start: 5/19/22 9:00:00 AM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **baclofen**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 10 mg = 1 tab, PO, BID, Start: 5/18/22 9:00:00 PM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **loratadine**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 10 mg = 1 tab, PO, Q DAY PRN, Start: 5/18/22 11:50:00 AM EDT, PRN Allergy symptoms, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:33 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 16:33 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 16:39 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **ferrous sulfate**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 325 mg = 1 tab, PO, Q DAY, Start: 5/18/22 12:00:00 PM EDT, Routine, Dose Form: TAB EC
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:32 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 16:32 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **FLUoxetine**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 40 mg = 2 CAP, PO, Q DAY, Start: 5/19/22 9:00:00 AM EDT, Routine, Dose Form: CAP
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **pramipexole**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 1 mg = 1 tab, PO, Q HS, Start: 5/18/22 10:00:00 PM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **SUMAtriptan**
Activity Type: Pharmacy
Ordering Physician: DAIGLE MD, HALEY J
Entered By: DAIGLE MD, HALEY J
Order Details: 50 mg = 2 tab, PO, Q DAY PRN, Start: 5/18/22 11:50:00 AM EDT, PRN Migraine headache, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:51 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 16:53 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 16:53 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 16:55 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Daily Bath with CHG**
Activity Type: Treatment/Procedure
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 13:08 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Daily Bath with CHG**
Activity Type: Treatment/Procedure
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 11:05 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Daily Line Necessity Assessment**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 13:08 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Daily Line Necessity Assessment**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Notify Re: QM Eligibility - VTE**
Activity Type: Consults/Referrals
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:52:28 AM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 11:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **VTE Quality Measures**
Activity Type: General Assessments
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:52:28 AM EDT
Order Comment: VTE Quality Measures tracking order is placed on all patients over the age of 18 who are inpatient or observation.
Action Type: Order Action Date/Time: 5/18/2022 11:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **VTE Quality Measures Tracking Order**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:52:28 AM EDT
Order Comment: VTE Quality Measures tracking order is placed on all patients over the age of 18 who are inpatient or observation.
Action Type: Order Action Date/Time: 5/18/2022 11:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Pharmacist - Review Home Meds**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 12:18:21 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 12:18 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 20:56 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Falls Intervention Worksheet**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:54 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Falls Intervention Worksheet**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 14:51 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 5:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

Orders

**Order: Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 7:00:00 PM EDT
Order Comment:
Action Type: Order — Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete — Action Date/Time: 5/19/2022 04:12 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 7:00:00 AM EDT
Order Comment:
Action Type: Order — Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete — Action Date/Time: 5/19/2022 14:32 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 7:00:00 PM EDT
Order Comment:
Action Type: Order — Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue — Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Interdisciplinary Plan of Care**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 7:00:00 PM EDT
Order Comment:
Action Type: Order — Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete — Action Date/Time: 5/19/2022 19:20 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:11 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 13:49 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 17:48 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:06 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 13:16 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Meal Documentation**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Routine, 05/18/22
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 17:50 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Medication List / Home Meds**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 17:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/21/22 5:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 5:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 05:47 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 5:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 5:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 04:12 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 5:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Novel Virus Respiratory Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 5:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 05:06 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 16:01 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Nurse Note PRN On Admission**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Nursing Admission History - Adult**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:28 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Order Entry Details**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Order Entry Details**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Order Entry Details**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:03 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Order Entry Details**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:52 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Order Entry Details**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Order Entry Details PRN**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PACT Admission Education**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Special Alert - Nursing**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **VAD Risk Screening Tool**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Weight On Admission**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Weight PRN**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Assess Quality Measure Eligibility**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 07:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

**Order: Assess Quality Measure Eligibility**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 7:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 07:02 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Assess Quality Measures Eligibility on Admission**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:54 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 16:29 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 5:04:32 PM EDT, Routine
Order Comment: acetaminophen-hydrocodone is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 17:04 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 17:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 5:04:50 PM EDT, Routine
Order Comment: enoxaparin is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 17:04 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 17:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **acetaminophen**
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 975 mg = 3 tab, PO, Q6H, Start: 5/19/22 12:00:00 AM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/18/2022 17:43 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:44 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **oxyCODONE (oxyCODONE immediate release)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 5 mg = 1 tab, PO, Q4H PRN, Start: 5/18/22 5:39:00 PM EDT, PRN Pain, Moderate, Routine, Dose Form: TAB
Order Comment: MODERATE pain (4-6). Goal: CONTROL PAIN within 3 hours!
Action Type: Order Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **oxyCODONE (oxyCODONE immediate release)**
Plan Name: Surgical General Pathway, Surgical General Pathway (#951639, 640, 643, & 641) EKM, Pain Low Narcotic Pathway
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 10 mg = 2 tab, PO, Q4H PRN, Start: 5/18/22 5:39:00 PM EDT, PRN Pain, Severe, Routine, Dose Form: TAB
Order Comment: SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
Action Type: Order Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **methocarbamol (Robaxin)**
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 500 mg = 1 tab, PO, TID, Start: 5/18/22 10:00:00 PM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 17:40 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 17:40 EDT
Pharmacist Verify: Electronically Signed, Collins PharmD, Meredith A on 5/18/2022 17:43 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/19/2022 07:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 07:10 EDT
Pharmacist Verify: Electronically Signed, Freeman PharmD, Keri N on 5/19/2022 08:24 EDT
Doctor Cosign: Not Required

Orders

**Order: Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 9:41:57 PM EDT, Routine
Order Comment: methocarbamol is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 21:41 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:54 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 9:42:09 PM EDT, Routine
Order Comment: sodium chloride is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/18/2022 21:42 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:54 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: iCough Eligible**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 PM EDT
Order Comment: iCough Eligible
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **iCough Eligible**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 PM EDT
Order Comment: iCough Eligible
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **iCough Eligible**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 AM EDT
Order Comment: iCough Eligible
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:04 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **iCough Eligible**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:52:00 PM EDT
Order Comment: iCough Eligible
Action Type: Order Action Date/Time: 5/18/2022 23:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:55 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **iCough Eligible**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 AM EDT
Order Comment: iCough Eligible
Action Type: Order Action Date/Time: 5/18/2022 23:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

Order: **Pneumococcal Vaccine Assessment**
Activity Type: Assessment/Monitoring
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:52:48 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 23:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:55 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Fall Risk Yellow**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 11:54:43 PM EDT, Routine
Order Comment: SYSTEM ORDERED - Based on Documentation by clinician. SYSTEM COMPLETE - NEW VERSION OF ORDER PLACED BY CLINICIAN.
Action Type: Order Action Date/Time: 5/18/2022 23:54 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **Automated Differential**
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, AM Draw (Inpatient), Collected Y/N, 5/18/22 11:55:00 PM EDT, 33079543.000000
Order Comment:
Action Type: Status Change Action Date/Time: 5/19/2022 00:34 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Order Action Date/Time: 5/19/2022 00:34 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 00:53 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **RT Notification Oxygen In Use**
Activity Type: Communication Order - Resp
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details:
Order Comment: Check patient's O2 status.
Action Type: Order Action Date/Time: 5/19/2022 00:50 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 03:28 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Glomerular Filtration Rate (GFR),Calculated from Creatinine**
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, AM Draw (Inpatient), Collected Y/N, 5/18/22 11:55:00 PM EDT, 33079544.000000
Order Comment: Order added on by Discern rule.
Action Type: Status Change Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Order Action Date/Time: 5/19/2022 01:43 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/19/2022 01:43 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 2:41:08 AM EDT, Routine
Order Comment: Lactated Ringers Injection intravenous s is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/19/2022 02:41 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 03:35 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **RT Notification Oxygen In Use**
Activity Type: Communication Order - Resp
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details:
Order Comment: Check patient's O2 status.
Action Type: Order Action Date/Time: 5/19/2022 04:36 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 04:57 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Oxygen**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: Jackson RRT, Kenlie B
Order Details: 5/20/22 9:00:00 AM EDT, Nasal Cannula, Titrate to keep oxygen saturation greater than 90%
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 08:10 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Oxygen**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: Jackson RRT, Kenlie B
Order Details: 5/20/22 9:00:00 PM EDT, Nasal Cannula, Titrate to keep oxygen saturation greater than 90%
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 05:05 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Oxygen**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: Jackson RRT, Kenlie B
Order Details: 5/19/22 9:00:00 AM EDT, Nasal Cannula, Titrate to keep oxygen saturation greater than 90%
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 04:56 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 10:25 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Oxygen**
Activity Type: Respiratory Care
Ordering Physician: DAIGLE MD, HALEY J
Entered By: Jackson RRT, Kenlie B
Order Details: 5/19/22 9:00:00 PM EDT, Nasal Cannula, Titrate to keep oxygen saturation greater than 90%
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 04:56 EDT
Communication Type: Electronic (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:47 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **methocarbamol (Robaxin)**
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 1,000 mg = 2 tab, PO, QID, Start: 5/19/22 8:00:00 AM EDT, Routine, Dose Form: TAB
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 07:10 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 07:10 EDT
Pharmacist Verify: Electronically Signed, Freeman PharmD, Keri N on 5/19/2022 08:24 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **gabapentin**
Activity Type: Pharmacy
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T
Order Details: 300 mg = 1 CAP, PO, TID, Start: 5/19/22 8:30:00 AM EDT, Routine, Dose Form: CAP
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 07:11 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 07:11 EDT
Pharmacist Verify: Electronically Signed, Freeman PharmD, Keri N on 5/19/2022 08:24 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Education Medication Adherence**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 8:48:12 AM EDT, Routine
Order Comment: polyethylene glycol 3350 is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education. Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
Action Type: Order Action Date/Time: 5/19/2022 08:48 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Fall Risk Yellow**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 9:09:39 AM EDT, Routine
Order Comment: SYSTEM ORDERED - Based on Documentation by clinician. SYSTEM COMPLETE - NEW VERSION OF ORDER PLACED BY CLINICIAN.
Action Type: Order Action Date/Time: 5/19/2022 09:09 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **Diet**
Related Diagnosis: Paraesophageal hernia; Code: K44.9
Activity Type: Diet Orders
Ordering Physician: Allen MD RES, Mark C
Entered By: Allen MD RES, Mark C
Order Details: Full Liquids, no carbonation, Advance Diet To: DO NOT Advance, 5/19/22 9:55:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 09:55 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 09:56 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required



Lincoln/Galyon 0829

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Get Well: Choosing Your Discharge Plan**
Activity Type: Nursing Unit Standards
Ordering Physician:
Entered By: Duncan SW, Peter A
Order Details: 5/19/22 3:32:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 15:32 EDT
Communication Type:
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/19/2022 15:32 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Fall Risk Yellow**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 9:13:30 PM EDT, Routine
Order Comment: SYSTEM ORDERED - Based on Documentation by clinician. SYSTEM COMPLETE - NEW VERSION OF ORDER PLACED BY CLINICIAN.
Action Type: Order Action Date/Time: 5/19/2022 21:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:04 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Order: **EKG**
Activity Type: EKG
Ordering Physician: Porter MD Res, Christopher G
Entered By: Porter MD Res, Christopher G
Order Details: 5/20/22 8:06:00 AM EDT, Surgery ASAP, jaw pain, 1 TIME
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 08:06 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 08:17 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 08:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 08:17 EDT
Doctor Cosign: Not Required

Orders

Order: **AM Surgery Initial Orders PP Compliance**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Communication Order - Pt. Care
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: 5/20/22 3:26:00 PM EDT
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Doctor Cosign: Not Required

Order: **Discharge Activity**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Discharge Orders
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: May Shower, No tubs baths or swimming in hot tubs, lakes, pools or rivers
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Discharge Call MD for**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Discharge Orders
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: Call MD for: For increased redness, swelling, pus from wound; fever greater than 101.5; uncontrolled nausea or vomiting; shortness of breath or calf tenderness.
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Orders

**Order: Discharge Diet**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Discharge Orders
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: As Tolerated
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Discharge Restrictions**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Discharge Orders
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: No Heavy Lifting, 10 pound restriction for 2 weeks
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Discharge Wound Care**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Discharge Orders
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: Other:, Your wound is covered with Surgical glue. DO NOT try to peel it off. It will fall off on its own.
Order Comment:
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Discharge Written**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Post Op DOS
Activity Type: Communication Order - Pt. Care
Ordering Physician: Crismon MD Res, David T
Entered By: Wilson Nurse, Rachel C
Order Details: 5/20/22 3:26:00 PM EDT, D/C Home, KLEPPE MD, KYLE L, Stable for discharge home
Order Comment: Please verify that the patient does not have to go by Admitting before discharge. Look at the tab called PATIENT INFORMATION and then the tab called VISIT INFORMATION. If the box called COURTESY DISCHARGE is blank or has YES in it then the patient does not have to go to Admitting. If the box says "NO-Must stop by Admitting" then send the patient or a family member to admitting before they leave. ALSO, this patient may have valuables in the hospital safe. Please contact the Cashier's Office to verify.
Action Type: Plan Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order Action Date/Time: 5/20/2022 15:26 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 15:27 EDT
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/22/22 8:08:44 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 5/22/2022 08:08 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/22/2022 08:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/31/22 9:30:07 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 5/31/2022 09:30 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

PowerPlans

*Medical*

**Plan:** AM Surgery Initial Orders
**Phase:** AM Surgery Initial Pre Op; **Status:** Completed
**History:** Planned at 5/11/2022 13:26 EDT electronically signed by Wilson Nurse, Rachel C
Initiated at 5/18/2022 06:16 EDT electronically signed by Hendren RN, Sherri L
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Phase:** AM Surgery Initial Post Op DOS; **Status:** Completed
**History:** Planned at 5/11/2022 13:26 EDT electronically signed by Wilson Nurse, Rachel C
Initiated at 5/20/2022 15:26 EDT electronically signed by Crismon MD Res, David T
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM

**Plan:** Surgical General Pathway
**Phase:** Surgical General Pathway (#951639, 640, 643, & 641) EKM; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Modified at 5/18/2022 17:40 EDT electronically signed by Crismon MD Res, David T
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** DVT/VTE Moderate - Highest Risk Prophylaxis; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** PRN Pathway less than 70 years old; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** Pain Low Narcotic Pathway; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Modified at 5/18/2022 17:40 EDT electronically signed by Crismon MD Res, David T
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** ICOUGH Bundle; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** Surgical Floor Subphase; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM
**Sub-phase:** Advance Care Planning Pathway Phase 1; **Status:** Completed
**History:** Initiated at 5/18/2022 11:49 EDT electronically signed by DAIGLE MD, HALEY J
Completed at 5/20/2022 20:45 EDT electronically signed by SYSTEM

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem List

Problem Name: **Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

## Social History

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Home Medications & Prescriptions

*Home Medications*

Order: **acetaminophen/aspirin/caffeine (Goody's Headache Powders 260 mg-520 mg-32.5 mg oral powder for reconstitution)**
Order Start Date/Time: 5/18/2022 06:29 EDT
Order Status: Documented
Ordering Physician:
Entered By: Hendren RN, Sherri L on 5/18/2022 06:29 EDT
Order Details: 1 EA, PO, PRN, 0 Refill(s)
Order Comment:
Action Type: Compliance Action Date/Time: 5/18/2022 06:30 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 5/17/2022

Order: **atorvastatin (atorvastatin 40 mg oral tablet)**
Order Start Date/Time: 5/10/2022 11:46 EDT
Order Status: Documented
Ordering Physician:
Entered By: Isabell CPhT, Hailey A on 5/10/2022 11:47 EDT
Order Details: 40 mg ( 1 tab ), PO, Q DAY
Order Comment:
Action Type: Compliance Action Date/Time: 5/18/2022 06:30 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 5/17/2022
Action Type: Compliance Action Date/Time: 5/10/2022 11:47 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

Order: **cetirizine (ZyrTEC 10 mg oral tablet)**
Order Start Date/Time: 5/10/2022 11:47 EDT
Order Status: Documented
Ordering Physician:
Entered By: Isabell CPhT, Hailey A on 5/10/2022 11:47 EDT
Order Details: 10 mg ( 1 tab ), PO, Q DAY, PRN Allergy symptoms
Order Comment:
Action Type: Compliance Action Date/Time: 5/18/2022 06:30 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 5/4/2022
Action Type: Compliance Action Date/Time: 5/10/2022 11:47 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

Order: **acetaminophen (Tylenol Extra Strength 500 mg oral tablet)**
Order Start Date/Time: 5/10/2022 11:47 EDT
Order Status: Documented
Ordering Physician:
Entered By: Isabell CPhT, Hailey A on 5/10/2022 11:47 EDT
Order Details: 500 mg ( 1 tab ), PO, Q4H, PRN as needed for pain
Order Comment:
Action Type: Compliance Action Date/Time: 5/18/2022 06:30 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 5/15/2022
Action Type: Compliance Action Date/Time: 5/10/2022 11:47 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

Home Medications & Prescriptions

*Home Medications*

Order: **aspirin (aspirin 81 mg oral enteric coated tablet)**
Order Start Date/Time: 5/10/2022 11:45 EDT
Order Status: Documented
Ordering Physician:
Entered By: Isabell CPhT, Hailey A on 5/10/2022 11:45 EDT
Order Details: 81 mg ( 1 tab ), PO, Q DAY
Order Comment:
Action Type: Compliance  Action Date/Time: 5/18/2022 06:30 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient; **Last dose date:** 5/11/2022
Action Type: Compliance  Action Date/Time: 5/10/2022 11:47 EDT
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

*Prescription*

Order: **oxyCODONE (oxyCODONE 5 mg oral tablet)**
Order Start Date/Time: 5/20/2022 15:19 EDT
Order Status: Completed
End-state Date/Time: 5/22/2022 15:19 EDT
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T on 5/20/2022 15:19 EDT
Order Details: 5 mg ( 1 tab ), PO, Q4H PRN, PRN Pain, Moderate, X 2 Days, Dose Form: TAB, # 12 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 tab PO Q4H PRN,x2 Days,PRN:Pain, Moderate
Order Comment:

Order: **ondansetron (ondansetron 4 mg oral tablet, disintegrating)**
Order Start Date/Time: 5/20/2022 15:18 EDT
Order Status: Completed
End-state Date/Time: 5/22/2022 15:18 EDT
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T on 5/20/2022 15:18 EDT
Order Details: 4 mg ( 1 tab ), PO, Q4H PRN, PRN Nausea / Vomiting, X 2 Days, Dose Form: TAB, # 12 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 tab PO Q4H PRN,x2 Days,PRN:Nausea / Vomiting
Order Comment:

Order: **methocarbamol (methocarbamol 500 mg oral tablet)**
Order Start Date/Time: 5/20/2022 15:18 EDT
Order Status: Completed
End-state Date/Time: 5/27/2022 15:18 EDT
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T on 5/20/2022 15:18 EDT
Order Details: 1,000 mg ( 2 tab ), PO, QID, X 7 Days, Dose Form: TAB, # 56 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 2 tab PO QID,x7 Days
Order Comment:

Order: **gabapentin (gabapentin 300 mg oral capsule)**
Order Start Date/Time: 5/20/2022 15:18 EDT
Order Status: Completed
End-state Date/Time: 7/21/2022 12:04 EDT
Ordering Physician: Crismon MD Res, David T
Entered By: Crismon MD Res, David T on 5/20/2022 15:18 EDT
Order Details: 300 mg ( 1 CAP ), PO, TID, Dose Form: CAP, # 21 CAP, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 CAP PO TID,x7 Days
Order Comment:

Medication Reconciliation

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

# OPTIMIZING YOUR RECOVERY AFTER SURGERY

REMEMBER, YOUR PHYSICIAN HAS CHOSEN AN OPIOID-MINIMIZING APPROACH TO HELP IMPROVE YOUR RECOVERY WHILE ALSO CONTROLLING PAIN

After surgery, the goal is to control your pain while also allowing you to be actively engaged in recovery (by walking, eating, moving, etc) as early as possible. Some pain during this time may be expected, but everyone experiences pain differently. Here are a few reminders about how best to manage your pain after surgery.

- Follow the postsurgical orders given at discharge
- Be sure to communicate any unmanageable pain you are feeling to your health care team
- Try to specifically identify the source and type of pain you are experiencing
  - Is the pain at the surgical area or in another part of your body?
  - Is it sharp/throbbing?
- It is common practice for doctors to use several different types of medications, such as acetaminophen and/or ibuprofen, to manage pain, swelling, etc, in addition to EXPAREL

EXPAREL is a long-lasting, non-opioid, numbing medication used to help reduce pain. It is given during your procedure as part of an opioid-minimizing approach to control pain after surgery.

EXPAREL provides pain control for the first few days after surgery, when you need it most, by numbing the area on your body where your surgery was performed.

EXPAREL can reduce or eliminate the need for opioids after surgery.* Opioids may cause sleepiness (sedation), constipation, and nausea and/or vomiting, which can negatively impact your recovery after surgery.

**More than 8 million adult patients have received EXPAREL since 2012**

**Avoid additional use of local anesthetics within 96 hours following administration of EXPAREL.**

For HCP/office use only

**Date administered:** 5/18/22 **Time administered:** ________ **Dose administered:** 20mL 266mg

Contact us

**Indication**

EXPAREL (bupivacaine liposome injectable suspension) is indicated in patients aged 6 years and older to produce postsurgical local analgesia ...

**Please see Important Safety Information and full Prescribing Information at www.EXPA...**

**For more information, please visit www.E... or call 1-855-793-9727.**

**EXPAREL**
(bupivacaine liposome injectable suspension)
**OPIOID FREE**

Date Administered: 5/18/22
Time Administered:
Dose Administered: 20mL/266 mg

OPIOID
(PAREL



Lincoln/Galyon 0841

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**If my doctor gives me a prescription for an opioid, can I wait to fill it?** [illegible]

**If you fill an opioid prescription, and no longer need them to control pain after surgery, dispose of any leftover opioids at a drug take-back program or safe drop site.**

## PAIN MANAGEMENT GUIDE

| How intense is my pain? | | MEDICATION OPTIONS |
|---|---|---|
| | **MILD PAIN** | **MEDICATION OPTIONS** |
| | • [illegible]<br>• [illegible] | • [illegible] + [illegible] |
| | **MILD TO MODERATE PAIN** | **MEDICATION OPTIONS** |
| | • [illegible]<br>• [illegible] | • [illegible] + [illegible] |
| | **SEVERE PAIN** | **MEDICATION OPTIONS** |
| | • [illegible]<br>• [illegible] | • [illegible] + non-opioid oral medications + opioids |

## REMINDERS: YOUR PAIN MANAGEMENT GUIDE

| | | |
|---|---|---|
| Non-medication therapies (mild pain) | ☐ [illegible] ☐ Complementary therapies [illegible]<br>☐ [illegible] ☐ Exercise | Notes: |
| Non-opioid oral medications (mild to moderate pain) | ☐ Acetaminophen (TYLENOL)<br>☐ Nonsteroidal anti-inflammatory drugs (NSAIDs) [illegible]<br>☐ [illegible] | |
| Opioids (severe pain) | ☐ [illegible]<br>☐ Acetaminophen and codeine (TYLENOL [illegible])<br>☐ Hydrocodone [illegible] (Norco, Vicodin [illegible])<br>☐ Morphine<br>☐ [illegible]<br>☐ Oxycodone (OxyContin)<br>☐ [illegible] | |

**Important Safety Information**

[illegible]

Please see full Prescribing Information at www.EXPAREL.com/patient.
For more information, please visit www.EXPAREL.com/patient or call 1-855-793-9727

PACIRA

NON-OPIOID
EXPAREL

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth: [redacted]

Case Management

DOCUMENT TYPE: Case Management-Adultv2
ELECTRONICALLY SIGNED BY: Duncan SW, Peter A (5/19/2022 15:16 EDT)

**Case Management-Adultv2 Entered On: 05/19/2022 15:31 EDT**
**Performed On: 05/19/2022 15:16 EDT by Duncan SW, Peter A**

**Admission Assessment - Adultv2**
*Diagnosis Given :* S/P recurrent paraesophageal Hernia
*Care Mngmt Initial CM Assess :* 05/19/2022 EDT
*Type of Admission :* Observation
*Readmission (within 30 days) :* Not Applicable
*Patient Family Centered DC Goals :* Home with spouse
*Baseline Cognition :* Alert, Oriented
*Current Cognition :* Alert, Oriented
*Case Management Spoke To :* Patient
*Primary Care Physician :* Collins (Results), Timothy
*Last Seen PCP :* 7 Days Ago
*Next of Kin or Legal Guardian :* Scott Galyon
*Next of Kin relation to patient :* Spouse
*Next of Kin Phone Number :* [redacted]
*Current Residence :* home
*Relationship Status :* Married
*Current Living Situation :* Lives with spouse
*Lives In :* Single level home with steps
*Caregiver Abilities :* Involved/capable
*Primary Transportation to Appointments :* Private vehicle
*I/PTA :* Yes
*Adaptive Equipment :* None
*DC Planning Needs :* To Be Determined
*CM Discharge Planning :* Get Well Video Ordered

Duncan SW, Peter A - 05/19/2022 15:16 EDT

**Case Management Initial Screening Tool**
*Care Mgmt LOS :* 1 day
*Care Mgmt Acute Admission :* Observation
*Care Mgmt Comorbidity :* 0
*Care Mgmt ER Visits Prev 6 mos :* 1 visits
*Care Mgmt LACE Total Score :* 2
*Case Mgmt Is Lace > 11 :* No
*Case Mgmt Stab Hous/Ad Support :* Yes
*Case Mgmt Can Pt Meet D/C Needs :* Yes
*Case Mgmt Resources Used Last 6 mos :* No
*Case Mgmt Launch Admission Assess :* Yes

Duncan SW, Peter A - 05/19/2022 15:16 EDT

**Mental Emotional History CMv2**
*Medical History Mental Emotional :* No existing history

Duncan SW, Peter A - 05/19/2022 15:16 EDT

**Education**
Case Management Education Row

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Case Management

| | |
|---|---|
| *Topics :* | Discharge plan (Comment: Case manager met with the patient and defined th erole of case manager, initial screen was completed. patient is independent at home and does not use any assisted devices. She is current with her pcp and has prescription medication coverage with her blue cross insurance. Patient lives with her spouse who will be her ride home. Discharge needs are to be determined during the course of the patients admission. Case manager will continue to follow. [Duncan SW, Peter A - 05/19/2022 15:16 EDT] ) |
| | Duncan SW, Peter A - 05/19/2022 15:16 EDT |

DOCUMENT TYPE: Transition of Care Note
ELECTRONICALLY SIGNED BY:

**You have been sent a Continuity of Care Document from The University of Tennessee Memorial Hospital**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the named addressee, please delete this email from your system and do not disseminate, distribute, or copy this information. If you are not the intended recipient, you are notified that any disclosure of this email and its contents are strictly prohibited.

Note: This is not a monitored email address. If you have received this email in error, please do not reply to this email but contact The University of Tennessee Memorial Hospital at (865) 305-9000.

**Attachment(s):**
**5/22/2022 01:02 EDT Transition of Care/Referral Summary**

Case Management

**Attachment(s):**

GALYON, ROBERTA L
Admin Sex: Female
DOB:
Continuity of Care Document
Summarization of Episode Note | 05/18/2022 to 05/20/2022
Source: The University of Tennessee Memorial Hospital
Created: 05/22/2022

# Demographics

Contact Information:

Tel: [redacted]
Tel: [redacted]
Mail:
Marital Status: Married
Religion: --
Race: White
Previous Name(s): --
Ethnic Group: Not Hispanic or Latino
Language: --
ID: URN:CERNER:IDENTITY-FEDERATION:REALM:479D1758-F967-4C2C-8306-7960101DD8CA-CH:PRINCIPAL:AY3Q34WK4DW4D66W, 1844020

## Care Team

| Type | Name | Represented Organization | Address | Phone |
|---|---|---|---|---|
| primary care physician | Collins (Results), Timothy | -- | Work:305 Grady Road Suite BEtowah, TN 37331- , US | Work Tel: (423)263-0722 |

## Relationships

No Data to Display

# Document Details

## Source Contact Info

1924 Alcoa HighwayKnoxville, TN 37920- , US
Tel: (865)305-9000

PowerForm Text Rendition

DOCUMENT TYPE: Novel Virus Resp Assessment
ELECTRONICALLY SIGNED BY: Payne RN, Amy R (5/20/2022 05:47 EDT)

**Novel Virus Respiratory Assessment Entered On: 05/20/2022 5:47 EDT**
**Performed On: 05/20/2022 5:00 EDT by Payne RN, Amy R**

**Novel Virus Respiratory Assessment**
*Unexplained Fever :* No

Payne RN, Amy R - 05/20/2022 5:47 EDT

PowerForm Text Rendition

DOCUMENT TYPE: Novel Virus Resp Assessment
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/19/2022 16:01 EDT)

**Novel Virus Respiratory Assessment Entered On: 05/19/2022 16:01 EDT**
**Performed On: 05/19/2022 17:00 EDT by Dixon RN, Brenna K**

**Novel Virus Respiratory Assessment**
*Unexplained Fever :* No

Dixon RN, Brenna K - 05/19/2022 16:01 EDT

PowerForm Text Rendition

DOCUMENT TYPE: Novel Virus Resp Assessment
ELECTRONICALLY SIGNED BY: Beeler RN, Breanna M (5/19/2022 04:12 EDT)

**Novel Virus Respiratory Assessment Entered On: 05/19/2022 4:12 EDT**
**Performed On: 05/19/2022 5:00 EDT by Beeler RN, Breanna M**

**Novel Virus Respiratory Assessment**
*Unexplained Fever :* No

Beeler RN, Breanna M - 05/19/2022 4:12 EDT

PowerForm Text Rendition

DOCUMENT TYPE: Novel Virus Resp Assessment
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/18/2022 16:27 EDT)

**Novel Virus Respiratory Assessment Entered On: 05/18/2022 16:29 EDT**
**Performed On: 05/18/2022 17:00 EDT by Dixon RN, Brenna K**

**Novel Virus Respiratory Assessment**
*Unexplained Fever :* No

Dixon RN, Brenna K - 05/18/2022 16:27 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

## Activities of Daily Living

### Activity

| Recorded Time | 14:39 EDT | 10:35 EDT | 02:41 EDT |
|---|---|---|---|
| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 |
| Recorded By | Pyle CNA, Melissa A | Pyle CNA, Melissa A | Beeler RN, Breanna M |
| Procedure | | | |
| Ambulatory Assistance | Independent | - | Standby assist |
| Ambulatory Devices | None | - | None |
| Tolerated Ambulation | Good | - | Good |
| Ambulation Distance | 420 | 0 C1 R1 | 200 |

Corrected Results
C1: Ambulation Distance
Result comment added on 5/19/2022 10:51 EDT by Pyle CNA, Melissa A

Result Comments
R1: Ambulation Distance
pt is asleep at this time

### Nutrition

| Recorded Time | 13:00 EDT | 09:00 EDT | 19:00 EDT | 18:00 EDT |
|---|---|---|---|---|
| Recorded Date | 5/20/2022 | 5/20/2022 | 5/19/2022 | 5/19/2022 |
| Recorded By | Whaley CNA, Nichole J | Whaley CNA, Nichole J | Payne RN, Amy R | Zook HUC, Tiffany R |
| Procedure | | | | |
| Meal Activity | Lunch | Breakfast | - | Dinner |
| Breakfast Percent | - | 50 | - | - |
| Dinner Assistance | - | - | - | Self |
| Oral Intake | 350 | 120 | 200<br>500 | 160 |

| Recorded Time | 13:00 EDT | 09:00 EDT | 19:00 EDT | 18:00 EDT |
|---|---|---|---|---|
| Recorded Date | 5/19/2022 | 5/19/2022 | 5/18/2022 | 5/18/2022 |
| Recorded By | Zook HUC, Tiffany R | Zook HUC, Tiffany R | Beeler RN, Breanna M | Zook HUC, Tiffany R |
| Procedure | | | | |
| Meal Activity | Lunch | Breakfast | - | Dinner |
| Breakfast Assistance | - | Self | - | - |
| Lunch Assistance | Self R2 | - | - | - |
| Oral Intake | - | 350 | 300 | 600 |

Result Comments
R2: Lunch Assistance
left tray

### Hygiene

| Recorded Time | 12:20 EDT | 07:00 EDT | 06:20 EDT |
|---|---|---|---|
| Recorded Date | 5/20/2022 | 5/20/2022 | 5/18/2022 |
| Recorded By | Mitchell Tech, Milisa A | Mitchell Tech, Milisa A | Hendren RN, Sherri L |
| Procedure | | | |
| Hygiene Event | With assist | Self | - |
| Linen change | Yes | Yes | - |
| Bath Type | See Below F1 | See Below F2 | - |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Activities of Daily Living

*Hygiene*

| Procedure | Recorded Time: 12:20 EDT<br>Recorded Date: 5/20/2022<br>Recorded By: Mitchell Tech, Milisa A | 07:00 EDT<br>5/20/2022<br>Mitchell Tech, Milisa A | 06:20 EDT<br>5/18/2022<br>Hendren RN, Sherri L |
|---|---|---|---|
| Bathed Using Standard Bathing Process | Yes | - | - |
| CHG Treatment | - | - | N/A |
| Oral Care with Toothbrush/Paste | Done | - | - |

Textual Results
T1: 5/20/2022 12:20 EDT (Bath Type)
Partial, Peri care, Oral care, Skin care
T2: 5/20/2022 07:00 EDT (Bath Type)
Total, Shower, Hair shampoo, Peri care, Skin care

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Braden Assessment

*Braden Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 10:00 EDT | 22:00 EDT | 10:00 EDT | 22:00 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Sensory Perception Braden | No impairment | No impairment | No impairment | No impairment |
| Moisture Braden | Rarely moist | Rarely moist | Rarely moist | Rarely moist |
| Mobility Braden | Slightly limited | Slightly limited | Slightly limited | Slightly limited |
| Nutrition Braden | Adequate | Adequate | Adequate | Adequate |
| Friction and Shear Braden | No apparent problem | No apparent problem | No apparent problem | No apparent problem |
| Activity Braden | Walks occasionally | Walks occasionally | Walks occasionally | Walks occasionally |
| Braden Score | 20 | 20 | 20 | 20 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Breath Sounds Assessment

*Breath Sounds Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Breath Sounds | Clear, Equal | Clear | Clear, Equal | Clear |
| Breath Sounds Clear | All lobes | All lobes | All lobes | All lobes |
| Breath Sounds Equal | Breath sounds equal bilaterally | - | Breath sounds equal bilaterally | - |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Breath Sounds | Clear, Equal |
| Breath Sounds Clear | All lobes |
| Breath Sounds Equal | Breath sounds equal bilaterally |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Cardiovascular

*Cardiovascular Assessment*

| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT | 16:24 EDT |
|---|---|---|---|---|---|
| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 | 5/18/2022 |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | | | | |
| Heart Rhythm | Regular | Regular | Regular | Regular | Regular |
| Heart Tones | S1, S2 audible | S1, S2 audible | S1, S2 audible | S1, S2 audible | S1, S2 audible |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Caregiver Rounding

*Care Giver Rounding*

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/20/2022 |
|---|---|---|---|
| Recorded Time | 15:31 EDT | 14:27 EDT | 11:10 EDT |
| Recorded By | Czlapinski Tech, Kendall A | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | |
| Patient Check | See Below [T1] | See Below [T2] | See Below [T3] |
| Safe Room Environment Maintained | Yes | Yes | Yes |
| Rounding Type | CNA | Nursing Rounds | Nursing Rounds |

Textual Results
T1: 5/20/2022 15:31 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T2: 5/20/2022 14:27 EDT (Patient Check)
Call light within reach of patient, Sleeping
T3: 5/20/2022 11:10 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/20/2022 | 5/20/2022 |
|---|---|---|---|---|
| Recorded Time | 11:05 EDT | 10:00 EDT | 08:04 EDT | 07:37 EDT |
| Recorded By | Mitchell Tech, Milisa A | Dixon RN, Brenna K | Dixon RN, Brenna K | Mitchell Tech, Milisa A |
| Procedure | | | | |
| Patient Check | See Below [T4] | - | See Below [T5] | See Below [T6] |
| Safe Room Environment Maintained | Yes | - | Yes | Yes |
| SCD Hose | - | On/Applied | - | - |
| Rounding Type | - | - | Nursing Rounds | - |

Textual Results
T4: 5/20/2022 11:05 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T5: 5/20/2022 08:04 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T6: 5/20/2022 07:37 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|
| Recorded Time | 05:42 EDT | 23:38 EDT | 22:00 EDT | 21:12 EDT |
| Recorded By | Payne RN, Amy R | Payne RN, Amy R | Payne RN, Amy R | Payne RN, Amy R |
| Procedure | | | | |
| Patient Check | Addressed 5 Ps | Addressed 5 Ps | - | Addressed 5 Ps |
| SCD Hose | - | - | Removed/Reapplied | - |
| Rounding Type | Nursing Rounds | Nursing Rounds | - | Nursing Rounds |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|
| Recorded Time | 19:44 EDT | 18:24 EDT | 16:36 EDT | 14:39 EDT |
| Recorded By | Payne RN, Amy R | Jesperson Tech, Kailee M | Dixon RN, Brenna K | Jesperson Tech, Kailee M |
| Procedure | | | | |
| Patient Check | Addressed 5 Ps | See Below [T7] | See Below [T8] | See Below [T9] |
| Safe Room Environment Maintained | - | Yes | Yes | Yes |
| Rounding Type | Nursing Rounds | CNA | Nursing Rounds | CNA |

Textual Results
T7: 5/19/2022 18:24 EDT (Patient Check)

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Caregiver Rounding

*Care Giver Rounding*

Textual Results
T7: 5/19/2022 18:24 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T8: 5/19/2022 16:36 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T9: 5/19/2022 14:39 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly

| Recorded Date<br>Recorded Time<br>Recorded By<br>Procedure | 5/19/2022<br>13:46 EDT<br>Dixon RN, Brenna K | 5/19/2022<br>11:12 EDT<br>Jesperson Tech, Kailee M | 5/19/2022<br>11:10 EDT<br>Dixon RN, Brenna K | 5/19/2022<br>10:00 EDT<br>Dixon RN, Brenna K |
|---|---|---|---|---|
| Patient Check | See Below [T10] | See Below [T11] | See Below [T12] | - |
| Safe Room Environment Maintained | Yes | Yes | Yes | - |
| SCD Hose | - | - | - | On/Applied |
| Rounding Type | Nursing Rounds | CNA | Nursing Rounds | - |

Textual Results
T10: 5/19/2022 13:46 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T11: 5/19/2022 11:12 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T12: 5/19/2022 11:10 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly

| Recorded Date<br>Recorded Time<br>Recorded By<br>Procedure | 5/19/2022<br>09:58 EDT<br>Dixon RN, Brenna K | 5/19/2022<br>08:50 EDT<br>Dixon RN, Brenna K | 5/19/2022<br>07:37 EDT<br>Jesperson Tech, Kailee M | 5/18/2022<br>22:00 EDT<br>Beeler RN, Breanna M |
|---|---|---|---|---|
| Patient Check | See Below [T13] | See Below [T14] | See Below [T15] | - |
| Safe Room Environment Maintained | Yes | Yes | Yes | - |
| SCD Hose | - | - | - | On/Applied |
| Rounding Type | Nursing Rounds | Nursing Rounds | CNA | - |

Textual Results
T13: 5/19/2022 09:58 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T14: 5/19/2022 08:50 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, No Concerns Voiced, Resting Quietly
T15: 5/19/2022 07:37 EDT (Patient Check)
Addressed 5 Ps, Bed exit alarm off, Call light within reach of patient, No Concerns Voiced, Resting Quietly

| Recorded Date<br>Recorded Time<br>Recorded By<br>Procedure | 5/18/2022<br>17:00 EDT<br>Dixon RN, Brenna K | 5/18/2022<br>16:24 EDT<br>Dixon RN, Brenna K | 5/18/2022<br>06:16 EDT<br>Dixon RN, Brenna K | 5/18/2022<br>06:02 EDT<br>Dixon RN, Brenna K |
|---|---|---|---|---|
| Patient Check | See Below [T16] | - | - | - |
| Safe Room Environment Maintained | Yes | - | - | See Below [T17] |
| SCD Hose | - | - | On/Applied | - |
| Rounding Type | Nursing Rounds | - | - | - |
| Nurse Note Detail | - | pt arrived to 1108, nad | - | - |

Caregiver Rounding

*Care Giver Rounding*

Textual Results
T16: 5/18/2022 17:00 EDT (Patient Check)
Addressed 5 Ps, Call light within reach of patient, Family/Sitter with patient, No Concerns Voiced, Resting Quietly
T17: 5/18/2022 06:02 EDT (Safe Room Environment Maintained)
Not Done: Task Clean Up: Status Unknown

Edema Assessment

*Edema Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | | |
| Edema Severity | 0 Absent | 0 Absent | 0 Absent | 0 Absent |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Falls Assessment

*Falls Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Recorded Time | 10:00 EDT | 22:00 EDT | 10:00 EDT | 22:00 EDT |
| Procedure | | | | |
| Fall Hx Last 30 Days | See Below [T1] | See Below [T2] | See Below [T3] | See Below [T4] |
| Fall Assessment Restraints | See Below [T5] | See Below [T6] | See Below [T7] | See Below [T8] |
| Fall Assessment Neuro | See Below [T9] | See Below [T10] | See Below [T11] | See Below [T12] |
| Fall Assessment Mobility | See Below [T13] | See Below [T14] | See Below [T15] | See Below [T16] |
| Fall Assessment Bowel/ Bladder | See Below [T17] | See Below [T18] | See Below [T19] | See Below [T20] |
| Fall Assessment PCA Use | No - PCA not in use | No - PCA not in use | No - PCA not in use | No - PCA not in use |
| Fall Assessment Equipment Use | See Below [T21] | See Below [T22] | See Below [T23] | See Below [T24] |
| Fall Risk Yellow | - | Yellow | Yellow | Yellow |
| Fall Risk GREEN | Green | - | - | - |
| Fall Risk Interventions Followed | Green - Acute Care | Yellow - Acute Care | Yellow - Acute Care | Yellow - Acute Care |

Textual Results
T1: 5/20/2022 10:00 EDT (Fall Hx Last 30 Days)
No - has not fallen within past 30 days
T2: 5/19/2022 22:00 EDT (Fall Hx Last 30 Days)
No - has not fallen within past 30 days
T3: 5/19/2022 10:00 EDT (Fall Hx Last 30 Days)
No - has not fallen within past 30 days
T4: 5/18/2022 22:00 EDT (Fall Hx Last 30 Days)
No - has not fallen within past 30 days
T5: 5/20/2022 10:00 EDT (Fall Assessment Restraints)
No - restraints not in use within past 24 hours
T6: 5/19/2022 22:00 EDT (Fall Assessment Restraints)
No - restraints not in use within past 24 hours
T7: 5/19/2022 10:00 EDT (Fall Assessment Restraints)
No - restraints not in use within past 24 hours
T8: 5/18/2022 22:00 EDT (Fall Assessment Restraints)
No - restraints not in use within past 24 hours
T9: 5/20/2022 10:00 EDT (Fall Assessment Neuro)
No - has no neuro deficit/impairment/disorder or confusion
T10: 5/19/2022 22:00 EDT (Fall Assessment Neuro)
No - has no neuro deficit/impairment/disorder or confusion
T11: 5/19/2022 10:00 EDT (Fall Assessment Neuro)
No - has no neuro deficit/impairment/disorder or confusion
T12: 5/18/2022 22:00 EDT (Fall Assessment Neuro)
No - has no neuro deficit/impairment/disorder or confusion
T13: 5/20/2022 10:00 EDT (Fall Assessment Mobility)
No - has no gait disturbance and uses no assistive device
T14: 5/19/2022 22:00 EDT (Fall Assessment Mobility)
No - has no gait disturbance and uses no assistive device
T15: 5/19/2022 10:00 EDT (Fall Assessment Mobility)
No - has no gait disturbance and uses no assistive device
T16: 5/18/2022 22:00 EDT (Fall Assessment Mobility)
No - has no gait disturbance and uses no assistive device
T17: 5/20/2022 10:00 EDT (Fall Assessment Bowel/Bladder)
No - has no risk for bowel/bladder urgency/frequency
T18: 5/19/2022 22:00 EDT (Fall Assessment Bowel/Bladder)
No - has no risk for bowel/bladder urgency/frequency
T19: 5/19/2022 10:00 EDT (Fall Assessment Bowel/Bladder)
No - has no risk for bowel/bladder urgency/frequency
T20: 5/18/2022 22:00 EDT (Fall Assessment Bowel/Bladder)
No - has no risk for bowel/bladder urgency/frequency
T21: 5/20/2022 10:00 EDT (Fall Assessment Equipment Use)

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Falls Assessment

*Falls Assessment*

Textual Results
T21: 5/20/2022 10:00 EDT (Fall Assessment Equipment Use)
No - equipment that may impede mobility not used
T22: 5/19/2022 22:00 EDT (Fall Assessment Equipment Use)
Yes - equipment in use that impedes mobility
T23: 5/19/2022 10:00 EDT (Fall Assessment Equipment Use)
Yes - equipment in use that impedes mobility
T24: 5/18/2022 22:00 EDT (Fall Assessment Equipment Use)
Yes - equipment in use that impedes mobility

| Recorded Date<br>Recorded By<br>Recorded Time<br>Procedure | 5/18/2022<br>Hendren RN, Sherri L<br>06:20 EDT | 5/18/2022<br>Dixon RN, Brenna K<br>06:02 EDT |
|---|---|---|
| Age Falls Assessment | Under 65 years | See Below T25 |
| Mobility Falls Assessment | See Below T26 | See Below T27 |
| Mentation Falls Assessment | Alert and oriented x 3 | See Below T28 |
| Elimination Falls Assessment | Independent | See Below T29 |
| Current Meds Falls Assess | See Below T30 | See Below T31 |
| Falls Assessment Score | 1 | - |

Textual Results
T25: 5/18/2022 06:02 EDT (Age Falls Assessment)
Not Done: Task Clean Up: Status Unknown
T26: 5/18/2022 06:20 EDT (Mobility Falls Assessment)
Ambulates with no gait disturbance
T27: 5/18/2022 06:02 EDT (Mobility Falls Assessment)
Not Done: Task Clean Up: Status Unknown
T28: 5/18/2022 06:02 EDT (Mentation Falls Assessment)
Not Done: Task Clean Up: Status Unknown
T29: 5/18/2022 06:02 EDT (Elimination Falls Assessment)
Not Done: Task Clean Up: Status Unknown
T30: 5/18/2022 06:20 EDT (Current Meds Falls Assess)
More than 5 scheduled medications
T31: 5/18/2022 06:02 EDT (Current Meds Falls Assess)
Not Done: Task Clean Up: Status Unknown

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Gastrointestinal

*Gastrointestinal*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Bowel Sounds | Present | Present | Present | Hypoactive |
| GI Symptoms | None | Nausea | Belching | Abdominal pain, Nausea |
| Abdomen NICU | Round, Soft | Round, Soft | Round, Soft | Round, Soft |
| Passing Flatus | Yes | Yes | NO | NO |
| Last Bowel Movement | Yesterday | Today | - | - |
| Stool Color | Not visualized | Not visualized | - | Not visualized |
| Diet Tolerance | Good | - | Fair | Fair |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Bowel Sounds | Present |
| GI Symptoms | None |
| Abdomen NICU | Round, Soft |
| Passing Flatus | NO |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Genitourinary

*Genitourinary*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Urinary Symptoms | None | None | None | None |
| Urine Color | Not visualized | Not visualized | Not visualized | Not visualized |
| Urinary Elimination | Voiding, no difficulties | Voiding, no difficulties | Voiding, no difficulties | Voiding, no difficulties |
| Bladder Distention | Absent | - | Absent | Absent |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Urinary Symptoms | None |
| Urine Color | Not visualized |
| Urinary Elimination | Voiding, no difficulties |
| Bladder Distention | Absent |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Incision-Wound

*Incision/Wound*

| Procedure | 5/20/2022 08:05 EDT Dixon RN, Brenna K | 5/19/2022 19:44 EDT Payne RN, Amy R | 5/19/2022 08:50 EDT Dixon RN, Brenna K | 5/18/2022 21:40 EDT Beeler RN, Breanna M |
|---|---|---|---|---|
| Other: 5 lap sites | | | | |
| Incision or Wound Description: | Edges approximated | Edges approximated | Edges approximated | Edges approximated |
| Incision or Wound Dressing: | Dermabond | Dermabond | Dermabond | Dermabond |
| Incision/Wound Dressing Changed: | No dressing | No dressing | No dressing | No dressing |
| Incision/Wound Surrounding Tissue: | Bruised, Intact | Bruised, Intact | Intact | Intact |
| Incision/Wound Drainage Amount: | None | None | None | None |

| Procedure | 5/18/2022 16:24 EDT Dixon RN, Brenna K | 5/18/2022 16:13 EDT Dixon RN, Brenna K | 5/18/2022 06:20 EDT Hendren RN, Sherri L |
|---|---|---|---|
| Wound/Ulcer/Incision Present on Adm | - | Yes | No |
| Other: 5 lap sites | | | |
| Incision or Wound Description: | Edges approximated | - | - |
| Incision or Wound Dressing: | Dermabond | - | - |
| Incision/Wound Dressing Changed: | No dressing | - | - |
| Incision/Wound Surrounding Tissue: | Intact | - | - |
| Incision/Wound Drainage Amount: | None | - | - |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Information Source/Advance Directive/DPOA

*Information Source*

| Recorded Time | 15:16 EDT | 16:13 EDT | 06:20 EDT |
|---|---|---|---|
| Recorded Date | 5/19/2022 | 5/18/2022 | 5/18/2022 |
| Recorded By | Duncan SW, Peter A | Dixon RN, Brenna K | Hendren RN, Sherri L |
| Procedure | | | |
| Primary Language | - | - | English |
| Next of Kin or Legal Guardian | Scott Galyon | Scott Galyon | Scott Galyon |
| Next of Kin Phone Number | . | . | . |
| Next of Kin relation to patient | Spouse | Spouse | Spouse |
| Oriented Patient/Family to | - | Room, Phone, Call light/TV | - |
| Barriers To Learning On Admission | - | - | None evident |
| Advanced Directive Information Provided | - | See Below T7 | See Below T8 |
| Current Living Situation | Lives with spouse | - | - |
| Current Residence | home | home | - |
| Primary Care Physician | Collins (Results), Timothy | Collins (Results), Timothy | Collins (Results), Timothy |
| Request to Notify Family/Other of Admit | - | No | - |
| DPOA Healthcare or Healthcare Agent | - | No | No |
| Living Will or Advance Care Plan | - | No | No |

Textual Results
T7: 5/18/2022 16:13 EDT (Advanced Directive Information Provided)
Patient refused to accept information on Advance Directives
T8: 5/18/2022 06:20 EDT (Advanced Directive Information Provided)
Patient refused to accept information on Advance Directives

| Recorded Time | 06:02 EDT |
|---|---|
| Recorded Date | 5/18/2022 |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Primary Language | See Below T1 |
| Next of Kin or Legal Guardian | See Below T2 |
| Next of Kin Phone Number | See Below T3 |
| Next of Kin relation to patient | See Below T4 |
| Oriented Patient/Family to | See Below T5 |
| Barriers To Learning On Admission | See Below T6 |
| Request to Notify Family/Other of Admit | See Below T9 |
| DPOA Healthcare or Healthcare Agent | See Below T10 |
| Living Will or Advance Care Plan | See Below T11 |

Textual Results
T1: 5/18/2022 06:02 EDT (Primary Language)
Not Done: Task Clean Up: Status Unknown
T2: 5/18/2022 06:02 EDT (Next of Kin or Legal Guardian)
Not Done: Task Clean Up: Status Unknown
T3: 5/18/2022 06:02 EDT (Next of Kin Phone Number)
Not Done: Task Clean Up: Status Unknown
T4: 5/18/2022 06:02 EDT (Next of Kin relation to patient)
Not Done: Task Clean Up: Status Unknown
T5: 5/18/2022 06:02 EDT (Oriented Patient/Family to)
Not Done: Task Clean Up: Status Unknown
T6: 5/18/2022 06:02 EDT (Barriers To Learning On Admission)
Not Done: Task Clean Up: Status Unknown
T9: 5/18/2022 06:02 EDT (Request to Notify Family/Other of Admit)
Not Done: Task Clean Up: Status Unknown

Information Source/Advance Directive/DPOA

*Information Source*

Textual Results
T10: 5/18/2022 06:02 EDT (DPOA Healthcare or Healthcare Agent)
Not Done: Task Clean Up: Status Unknown
T11: 5/18/2022 06:02 EDT (Living Will or Advance Care Plan)
Not Done: Task Clean Up: Status Unknown

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Integumentary

*Integumentary*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K |
| Procedure | | | |
| Skin Description | Warm, Normal For Ethnicity | Warm, Dry | Warm, Normal For Ethnicity |
| Mucous Membrane Color | Pink | - | Pink |
| Mucous Membrane Description | Moist | - | Moist |

| Recorded Date | 5/18/2022 | 5/18/2022 |
|---|---|---|
| Recorded Time | 21:40 EDT | 16:24 EDT |
| Recorded By | Beeler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | |
| Skin Description | Pink, Warm, Dry | Warm, Normal For Ethnicity |
| Mucous Membrane Color | - | Pink |
| Mucous Membrane Description | - | Moist |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Measurements

*Measurements*

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 | 5/18/2022 | | |
|---|---|---|---|---|---|---|
| Recorded Time | 16:29 EDT | 16:13 EDT | 06:44 EDT | 06:20 EDT | | |
| Recorded By | SYSTEM | Dixon RN, Brenna K | SYSTEM | Hendren RN, Sherri L | | |
| Procedure | | | | | Units | Reference Range |
| Admission Weight lbs | - | 180 | - | 175 | lb | |
| Weight (kg) | - | 81.633 | - | 79.365 | kg | |
| Weight Method | - | Actual | - | - | | |
| IBW Calculation | - | 57 | - | - | kg | |
| Dosing Weight | 81.63 | - | 79.36 | - | kg | |
| Height | - | 65 | - | 65 | in | |
| Height ft | - | 5 | - | 5 | ft | |
| Height in | - | 5 | - | 5 | in | |
| Height in cm | - | 165.1 | - | 165.1 | cm | |
| BMI Calculation | - | 29.95 | - | - | | |

| Recorded Date | 5/18/2022 | | |
|---|---|---|---|
| Recorded Time | 06:02 EDT | | |
| Recorded By | Dixon RN, Brenna K | | |
| Procedure | | Units | Reference Range |
| Height ft | See Below [T1] | | |
| Height in | See Below [T2] | | |

Textual Results
T1: 5/18/2022 06:02 EDT (Height ft)
Not Done: Task Clean Up: Status Unknown
T2: 5/18/2022 06:02 EDT (Height in)
Not Done: Task Clean Up: Status Unknown

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Mental Status-Cognition

*Mental Status/Cognition*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Recorded Time | 08:05 EDT | 08:50 EDT | 16:24 EDT |
| Procedure | | | |
| Attention | See Below [T1] | See Below [T2] | See Below [T3] |
| Command Following | 100% of Simple Commands | 100% of Simple Commands | 100% of Simple Commands |

Textual Results
T1: 5/20/2022 08:05 EDT (Attention)
Able to Attend to Task Independently
T2: 5/19/2022 08:50 EDT (Attention)
Able to Attend to Task Independently
T3: 5/18/2022 16:24 EDT (Attention)
Able to Attend to Task Independently

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Musculoskeletal Assessment

*Musculoskeletal Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Musculoskeletal Symptoms: | None | None | None | None |
| Musculoskeletal Abnormality: | None | None | None | - |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Musculoskeletal Symptoms: | None |
| Musculoskeletal Abnormality: | None |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Neurological

*Neurological*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K |
| Procedure | | | |
| Neurological Symptoms | None | None | None |
| Level of Consciousness | Alert | Alert | Alert |
| Orientation | Oriented x 3 | Oriented x 3 | Oriented x 3 |
| Affect/Behavior | Appropriate, Calm, Cooperative | Appropriate | Appropriate, Calm, Cooperative |

| Recorded Date | 5/18/2022 | 5/18/2022 |
|---|---|---|
| Recorded Time | 21:40 EDT | 16:24 EDT |
| Recorded By | Besler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | |
| Neurological Symptoms | None | None |
| Level of Consciousness | Alert | Alert |
| Orientation | Oriented x 3 | Oriented x 3 |
| Affect/Behavior | Appropriate, Calm, Cooperative | Appropriate, Calm, Cooperative |

Neuromuscular-Extremities Assessment

*Neuromuscular/Extremities Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | | |
| Moves Well Upon Request | All Extremities | All Extremities | All Extremities | All Extremities |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

Neurovascular

*Neurovascular Check*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 08:05 EDT | 08:50 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | |
| All Capillary Refill <3 Seconds | Yes | Yes | Yes |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Nutrition

*Nutrition*

| Recorded Date | 5/18/2022 | 5/18/2022 |
|---|---|---|
| Recorded Time | 16:29 EDT | 06:44 EDT |
| Recorded By | SYSTEM | SYSTEM |
| Procedure | | |
| Dosing Weight | 81.63 | 79.36 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

O2 Therapy-Titration

*O2 Therapy/Titration*

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/20/2022 | 5/20/2022 |
|---|---|---|---|---|
| Recorded Time | 15:31 EDT | 11:05 EDT | 07:38 EDT | 05:42 EDT |
| Recorded By | Czlapinski Tech, Kendall A | Mitchell Tech, Milisa A | Mitchell Tech, Milisa A | Payne RN, Amy R |
| Procedure | | | | |
| SpO2 | 98 | 95 | 96 | 94 |
| O2 Delivery | Room Air | Room Air | Room Air | Room Air |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|
| Recorded Time | 23:37 EDT | 18:24 EDT | 14:39 EDT | 11:12 EDT |
| Recorded By | Payne RN, Amy R | Jesperson Tech, Kailee M | Jesperson Tech, Kailee M | Jesperson Tech, Kailee M |
| Procedure | | | | |
| SpO2 | 95 | 97 | 97 | 96 |
| O2 Delivery | Room Air | Room Air | Room Air | Room Air |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|
| Recorded Time | 07:37 EDT | 04:36 EDT | 00:50 EDT | 00:49 EDT |
| Recorded By | Jesperson Tech, Kailee M | Beeler RN, Breanna M | Beeler RN, Breanna M | Beeler RN, Breanna M |
| Procedure | | | | |
| SpO2 | 95 | 97 | 94 | 87 L |
| Oxygen Flow Rate | - | 2 | 2 | - |
| O2 Delivery | Room Air | Nasal Cannula | Nasal Cannula | Room Air |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 21:08 EDT | 16:20 EDT | 06:20 EDT |
| Recorded By | Beeler RN, Breanna M | Dozard Tech, Destiny S | Hendren RN, Sherri L |
| Procedure | | | |
| SpO2 | 91 | 99 | 98 |
| O2 Delivery | Room Air | - | Room Air |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Pain Assessment

*Pain Assessment*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|
| Recorded Time | 16:15 EDT | 10:57 EDT | 09:57 EDT | 03:40 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Primary Pain Intensity | - | 3 [01] | - | 0 None [01] |
| Primary Pain Location | - | Abdomen [01] | - | - |
| Pain Quality Primary | - | Aching [01] | - | - |
| Primary Pain Interventions | - | Not needed at this time [01] | - | - |
| UT Opioid Sedation Scale | 1-Awake and Alert [02] | 1-Awake and Alert [01] | 1-Awake and Alert [01] | S-Sleeping [01] |
| Respiratory Quality | See Below [T1 02] | See Below [T2 01] | See Below [T3 01] | See Below [T4 01] |

Textual Results
T1: 5/20/2022 16:15 EDT (Respiratory Quality)
Breathes easily with adequate volume
T2: 5/19/2022 10:57 EDT (Respiratory Quality)
Breathes easily with adequate volume
T3: 5/19/2022 09:57 EDT (Respiratory Quality)
Breathes easily with adequate volume
T4: 5/19/2022 03:40 EDT (Respiratory Quality)
Breathes easily with adequate volume

| Recorded Date | 5/19/2022 | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 02:40 EDT | 22:42 EDT | 21:42 EDT | 18:04 EDT |
| Recorded By | Beeler RN, Breanna M | Beeler RN, Breanna M | Beeler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | | | |
| Primary Pain Intensity | - | 0 None [01] | - | 2 [02] |
| Primary Pain Location | - | - | - | Abdomen [02] |
| Pain Quality Primary | - | - | - | Aching [02] |
| Primary Pain Interventions | - | - | - | Not needed at this time [02] |
| UT Opioid Sedation Scale | 1-Awake and Alert [01] | S-Sleeping [01] | 1-Awake and Alert [01] | 1-Awake and Alert [02] |
| Respiratory Quality | See Below [T5 01] | See Below [T6 01] | See Below [T7 01] | See Below [T8 02] |

Textual Results
T5: 5/19/2022 02:40 EDT (Respiratory Quality)
Breathes easily with adequate volume
T6: 5/18/2022 22:42 EDT (Respiratory Quality)
Breathes easily with adequate volume
T7: 5/18/2022 21:42 EDT (Respiratory Quality)
Breathes easily with adequate volume
T8: 5/18/2022 18:04 EDT (Respiratory Quality)
Breathes easily with adequate volume

| Recorded Date | 5/18/2022 | 5/18/2022 |
|---|---|---|
| Recorded Time | 17:04 EDT | 06:20 EDT |
| Recorded By | Dixon RN, Brenna K | Hendren RN, Sherri L |
| Procedure | | |
| Primary Pain Intensity | - | 0 None |
| UT Opioid Sedation Scale | 1-Awake and Alert [02] | - |
| Respiratory Quality | See Below [T9 02] | - |

Textual Results
T9: 5/18/2022 17:04 EDT (Respiratory Quality)
Breathes easily with adequate volume

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Pain Assessment

*Pain Assessment*

Order Comments
01: oxyCODONE (oxyCODONE immediate release)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
02: acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
03: oxyCODONE (oxyCODONE immediate release)
MODERATE pain (4-6). Goal: CONTROL PAIN within 3 hours!

## Patient Education

*Teaching Method and Response*

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/20/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|---|---|
| Recorded Time | 15:54 EDT | 10:00 EDT | 08:06 EDT | 22:00 EDT | 10:00 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K |
| Procedure | | | | | |
| Individuals Taught | Patient | Patient [01] | Patient | Patient [02] | Patient [03]<br>Patient [03] |
| Barriers to Learning | None evident | None evident [01] | None evident | - | None evident [03]<br>None evident [03] |
| Teaching Method | Explanation | Explanation [01] | Explanation | - | Explanation [03]<br>Explanation [03] |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:51 EDT | 08:48 EDT | 21:41 EDT | 17:46 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Beeler RN, Breanna M | |
| Procedure | | | | |
| Individuals Taught | Patient | Patient [04]<br>Patient [04] | Patient [05] | - |
| Barriers to Learning | None evident | None evident [04]<br>None evident [04] | None evident [05] | - |
| Teaching Method | Explanation | Explanation [04]<br>Explanation [04] | Explanation [05] | Patient Video/Education TV |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 17:42 EDT | 17:33 EDT | 17:04 EDT | 16:26 EDT |
| Recorded By | | | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | | |
| Individuals Taught | - | - | Patient [06] [07] | Patient |
| Barriers to Learning | - | - | None evident [06] [07] | None evident |
| Teaching Method | Patient Video/Education TV | Patient Video/Education TV | Explanation [06] [07] | Explanation |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:26 EDT |
| Recorded By | |
| Procedure | |
| Teaching Method | Patient Video/Education TV |

Order Comments
01: iCough Eligible
iCough Eligible
02: iCough Eligible
iCough Eligible
03: iCough Eligible
iCough Eligible
04: Education Medication Adherence
polyethylene glycol 3350 is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
05: Education Medication Adherence
methocarbamol is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Patient Education

*Teaching Method and Response*

Order Comments
05: Education Medication Adherence
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
06: Education Medication Adherence
acetaminophen-hydrocodone is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
07: Education Medication Adherence
enoxaparin is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.

*Patient Education*

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/20/2022 |
|---|---|---|---|
| Recorded Time | 15:54 EDT | 10:00 EDT | 08:06 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | |
| Falls Prevention | - | - | Verbalizes understanding |
| Nutrition/Diet | - | - | Verbalizes understanding |
| Patient Centered Care | - | - | Verbalizes understanding |
| Patient Rights. | - | - | Verbalizes understanding |
| Patient Safety | - | - | Verbalizes understanding |
| Self care | - | - | Verbalizes understanding |
| Today's Plan of Care | - | - | Verbalizes understanding |
| Ed-When to Call 911 | Verbalizes understanding | - | - |
| Ed-When to Call Health Care Provider | Verbalizes understanding | - | - |
| Ed-Follow-Up Care/Appointment | Verbalizes understanding | - | - |
| iCOUGH Education | - | Verbalizes understanding [01] | - |
| Individuals Taught | Patient | Patient [01] | Patient |
| Barriers to Learning | None evident | None evident [01] | None evident |
| Teaching Method | Explanation | Explanation [01] | Explanation |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|
| Recorded Time | 22:00 EDT | 10:00 EDT | 08:51 EDT |
| Recorded By | Payne RN, Amy R | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | |
| Falls Prevention | - | - | Verbalizes understanding |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Patient Education

*Patient Education*

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 |
|---|---|---|---|
| Recorded Time | 22:00 EDT | 10:00 EDT | 08:51 EDT |
| Recorded By | Payne RN, Amy R | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | |
| Nutrition/Diet | - | - | Verbalizes understanding |
| Patient Centered Care | - | - | Verbalizes understanding |
| Patient Rights. | - | - | Verbalizes understanding |
| Patient Safety | - | - | Verbalizes understanding |
| Self care | - | - | Verbalizes understanding |
| Today's Plan of Care | - | - | Verbalizes understanding |
| iCOUGH Education | Verbalizes understanding [02] | Verbalizes understanding [03] | - |
| Individuals Taught | Patient [02] | Patient [03]<br>Patient [03] | Patient |
| Barriers to Learning | - | None evident [03]<br>None evident [03] | None evident |
| Teaching Method | - | Explanation [03]<br>Explanation [03] | Explanation |

| Recorded Date | 5/19/2022 | 5/18/2022 |
|---|---|---|
| Recorded Time | 08:48 EDT | 21:41 EDT |
| Recorded By | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | |
| Medication(s) | miralax [04] | robaxin [05] |
| First Dose Indication & Side Effects | Verbalizes understanding [04] | Verbalizes understanding [05] |
| Safety-Adverse Reactions or Interactions | Verbalizes understanding [04] | Verbalizes understanding [05] |
| Individuals Taught | Patient [04]<br>Patient [04] | Patient [05] |
| Barriers to Learning | None evident [04]<br>None evident [04] | None evident [05] |
| Teaching Method | Explanation [04]<br>Explanation [04] | Explanation [05] |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 17:46 EDT | 17:42 EDT | 17:38 EDT |
| Recorded By | | | |
| Procedure | | | |
| Teaching Method | Patient Video/Education TV | Patient Video/Education TV | Patient Video/Education TV |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 17:04 EDT | 16:26 EDT | 16:26 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | |
| Procedure | | | |
| Falls Prevention | - | Verbalizes understanding | - |
| Nutrition/Diet | - | Verbalizes understanding | - |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Patient Education

*Patient Education*

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 17:04 EDT | 16:26 EDT | 16:26 EDT |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | |
| Procedure | | | |
| Patient Centered Care | - | Verbalizes understanding | - |
| Patient Rights. | - | Verbalizes understanding | - |
| Patient Safety | - | Verbalizes understanding | - |
| Self care | - | Verbalizes understanding | - |
| Today's Plan of Care | - | Verbalizes understanding | - |
| Medication(s) | norco, lovenox [O6 O7] | - | - |
| First Dose Indication & Side Effects | Verbalizes understanding [O6 O7] | - | - |
| Safety-Adverse Reactions or Interactions | Verbalizes understanding [O6 O7] | - | - |
| Medication - Enoxaparin | Verbalizes understanding [O6 O7] | - | - |
| Individuals Taught | Patient [O6 O7] | Patient | - |
| Barriers to Learning | None evident [O6 O7] | None evident | - |
| Teaching Method | Explanation [O6 O7] | Explanation | Patient Video/Education TV |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|
| Recorded Time | 16:13 EDT | 06:20 EDT | 06:02 EDT |
| Recorded By | Dixon RN, Brenna K | Hendren RN, Sherri L | Dixon RN, Brenna K |
| Procedure | | | |
| Preferred Language Healthcare/ Education | English | English | See Below [T1] |

Textual Results
T1: 5/18/2022 06:02 EDT (Preferred Language Healthcare/Education)
Not Done: Task Clean Up: Status Unknown

Order Comments
O1: iCough Eligible
iCough Eligible
O2: iCough Eligible
iCough Eligible
O3: iCough Eligible
iCough Eligible
O4: Education Medication Adherence
polyethylene glycol 3350 is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
O5: Education Medication Adherence
methocarbamol is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.

Patient Education

*Patient Education*

Order Comments
06: Education Medication Adherence
acetaminophen-hydrocodone is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.
07: Education Medication Adherence
enoxaparin is not listed as a home medication and may be new to the patient. Please explain the PURPOSE and SIDE EFFECTS of this drug to your patient prior to administration. Click OK to add Education Medication Adherence task to document first dose education.
Ask if he or she has any questions. You may call a pharmacist for assistance. Patient handouts are available via the "Patient Education" button and Depart. Reference Manual is available for nursing via eMAR.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Peripheral IV

*Peripheral IV*

| Recorded Time | 15:54 EDT | 08:06 EDT | 19:44 EDT | 08:51 EDT |
|---|---|---|---|---|
| Recorded Date | 5/20/2022 | 5/20/2022 | 5/19/2022 | 5/19/2022 |
| Recorded By | Dixon RN, Brenna K | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K |
| Procedure | | | | |
| 18 gauge Right 05/18/2022 Hand | | | | |
| Peripheral IV Activity: | Discontinue | Assess | Assess | Assess |
| Peripheral IV Discontinue Date/ Time: | 5/20/2022 | - | - | - |
| Peripheral IV Site Condition: | - | Intact | Intact | Intact |
| Peripheral IV Drainage Description: | - | None | None | None |
| Peripheral IV Dressing Type: | - | Transparent dressing | Transparent dressing | Transparent dressing |
| Peripheral IV Line Patency: | - | Patent, Flushes easily | Patent, Flushes easily | Patent, Flushes easily |
| 18 gauge Left 05/18/2022 Hand | | | | |
| Peripheral IV Activity: | Discontinue | Assess | Assess | Assess |
| Peripheral IV Discontinue Date/ Time: | 5/20/2022 | - | - | - |
| Peripheral IV Site Condition: | - | Intact | Intact | Intact |
| Peripheral IV Drainage Description: | - | None | None | None |
| Peripheral IV Dressing Type: | - | Transparent dressing | Transparent dressing | Transparent dressing |
| Peripheral IV Line Patency: | - | Patent, Flushes easily | Patent, Flushes easily | Patent, Flushes easily |

| Recorded Time | 23:42 EDT | 18:25 EDT | 06:44 EDT |
|---|---|---|---|
| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 |
| Recorded By | Besler RN, Breanna M | Dixon RN, Brenna K | Hendren RN, Sherri L |
| Procedure | | | |
| 18 gauge Right 05/18/2022 Hand | | | |
| Peripheral IV Activity: | Assess | Assess | Start |
| Peripheral IV Attempts Primary RN | - | - | 1 |
| Peripheral IV Site Condition: | Intact | Intact | - |
| Peripheral IV Drainage Description: | None | None | - |
| Peripheral IV Dressing Type: | Transparent dressing | Transparent dressing | Transparent dressing |
| Peripheral IV Line Patency: | Patent, Flushes easily | Patent, Flushes easily | See Below [T1] |
| Peripheral IV Inserted By | - | - | Hendren RN, Sherri L |
| 18 gauge Left 05/18/2022 Hand | | | |
| Peripheral IV Activity: | Assess | Assess | Start |
| Peripheral IV Attempts Primary RN | - | - | 1 |
| Peripheral IV Site Condition: | Intact | Intact | - |
| Peripheral IV Drainage Description: | None | None | - |
| Peripheral IV Dressing Type: | Transparent dressing | Transparent dressing | Transparent dressing |
| Peripheral IV Line Patency: | Patent, Flushes easily | Patent, Flushes easily | See Below [T2] |
| Peripheral IV Inserted By | - | - | Hendren RN, Sherri L |

Peripheral IV

*Peripheral IV*

Textual Results
T1: 5/18/2022 06:44 EDT (Peripheral IV Line Patency:)
Patent, Easy blood aspiration, Flushes easily, Infusion flows well
T2: 5/18/2022 06:44 EDT (Peripheral IV Line Patency:)
Patent, Flushes easily, Infusion flows well

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

Pulses

*Pulses*

| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Dixon RN, Brenna K |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 16:24 EDT |
| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
| Procedure | | | | |
| Radial Pulse, Right | 3+ - Normal | 3+ - Normal | 3+ - Normal | 3+ - Normal |
| Radial Pulse, Left | 3+ - Normal | 3+ - Normal | 3+ - Normal | 3+ - Normal |
| Dorsalis Pedis Pulse, Right | 3+ - Normal | 3+ - Normal | 3+ - Normal | 3+ - Normal |
| Dorsalis Pedis Pulse, Left | 3+ - Normal | 3+ - Normal | 3+ - Normal | 3+ - Normal |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Respiratory

*Respiratory*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | | | | |
| Respiratory Symptoms | None | None | None | None | None |
| Respiratory Pattern | Regular | Regular | Regular | Regular | Regular |
| Respiratory Effort | Unlabored | Unlabored | Unlabored | Unlabored | Unlabored |

*Breath Sounds*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M |
| Procedure | | | | |
| Breath Sounds | Clear, Equal | Clear | Clear, Equal | Clear |
| Breath Sounds Clear | All lobes | All lobes | All lobes | All lobes |
| Breath Sounds Equal | Breath sounds equal bilaterally | - | Breath sounds equal bilaterally | - |

| Recorded Date | 5/18/2022 |
|---|---|
| Recorded Time | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K |
| Procedure | |
| Breath Sounds | Clear, Equal |
| Breath Sounds Clear | All lobes |
| Breath Sounds Equal | Breath sounds equal bilaterally |

*Respiratory Treatments*

| Recorded Date | 5/19/2022 |
|---|---|
| Recorded Time | 10:25 EDT |
| Recorded By | Branson RRT, Ashley L |
| Procedure | |
| Ideal/Predicted Body Wt (kg) | 57 [01 02] |

Order Comments
01: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will disappear from both task lists.
02: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will disappear from both task lists.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Respiratory

*Respiratory Ventilation Management*

| Procedure | 5/20/2022 08:10 EDT Choate RRT, Mattilyn A | 5/20/2022 08:05 EDT Dixon RN, Brenna K | 5/19/2022 21:47 EDT Miller RRT, Jamie R |
|---|---|---|---|
| RC Oximetry Type | - | - | Continuous |
| RT CHARGE Pulse Oximetry, Continuous | - | - | Yes |
| Oximeter Alarm Limit - HIGH | 100 | - | 100 |
| Oximeter Alarm Limit - LOW | 85 | - | 85 |
| Alarm "On" and Audible | - | - | Yes |
| Breath Sounds | - | Clear, Equal | - |
| Breath Sounds Clear | - | All lobes | - |
| Breath Sounds Equal | - | Breath sounds equal bilaterally | - |

| Procedure | 5/19/2022 19:44 EDT Payne RN, Amy R | 5/19/2022 10:25 EDT Branson RRT, Ashley L | 5/19/2022 08:50 EDT Dixon RN, Brenna K |
|---|---|---|---|
| Ideal/Predicted Body Wt (kg) | - | 57 [01 02] | - |
| RC Oximetry Type | - | Continuous | - |
| Oximeter Alarm Limit - HIGH | - | 100 | - |
| Oximeter Alarm Limit - LOW | - | 85 | - |
| Alarm "On" and Audible | - | Yes | - |
| Breath Sounds | Clear | - | Clear, Equal |
| Breath Sounds Clear | All lobes | - | All lobes |
| Breath Sounds Equal | - | - | Breath sounds equal bilaterally |

| Procedure | 5/19/2022 04:57 EDT Jackson RRT, Kenlie B | 5/18/2022 21:40 EDT Beeler RN, Breanna M | 5/18/2022 21:16 EDT Jackson RRT, Kenlie B |
|---|---|---|---|
| RC Oximetry Type | Continuous | - | Continuous |
| RT CHARGE Pulse Oximetry, Continuous | - | - | Yes |
| Oximeter Alarm Limit - HIGH | 100 | - | 100 |
| Oximeter Alarm Limit - LOW | 85 | - | 85 |
| Alarm "On" and Audible | Yes | - | Yes |
| Breath Sounds | - | Clear | - |
| Breath Sounds Clear | - | All lobes | - |

| Procedure | 5/18/2022 16:24 EDT Dixon RN, Brenna K |
|---|---|
| Breath Sounds | Clear, Equal |
| Breath Sounds Clear | All lobes |
| Breath Sounds Equal | Breath sounds equal bilaterally |

Order Comments
01: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will

## Respiratory

### *Respiratory Ventilation Management*

Order Comments
01: Deep Breathe & Cough
disappear from both task lists.
02: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will
disappear from both task lists.

### *Cough/Sputum/Suction*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 10:25 EDT | 08:50 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Branson RRT, Ashley L | Dixon RN, Brenna K | Dixon RN, Brenna K |
| Procedure | | | | |
| Sputum Amount | None | None [01] [02] | None | None |

Order Comments
01: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will
disappear from both task lists.
02: Deep Breathe & Cough
No attached CPT Code.
Respiratory Care and Nursing both see this task.
EITHER may chart it, and the charted instance will
disappear from both task lists.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Stool Output

*teStool Output*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 |
|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 19:00 EDT | 21:40 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Payne RN, Amy R | Beeler RN, Breanna M |
| Procedure | | | | |
| Stool Color | Not visualized | Not visualized | - | Not visualized |
| Stool Count | - | - | 1 | - |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Urine Output

*Urine Output*

| Recorded Date | 5/20/2022 | 5/19/2022 | 5/19/2022 | 5/18/2022 | 5/18/2022 |
|---|---|---|---|---|---|
| Recorded Time | 08:05 EDT | 19:44 EDT | 08:50 EDT | 21:40 EDT | 16:24 EDT |
| Recorded By | Dixon RN, Brenna K | Payne RN, Amy R | Dixon RN, Brenna K | Beeler RN, Breanna M | Dixon RN, Brenna K |
| Procedure | | | | | |
| Urine Color | Not visualized | Not visualized | Not visualized | Not visualized | Not visualized |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Vent Bundle

*Vent Bundle*

| | |
|---|---|
| Recorded Date | 5/20/2022 |
| Recorded Time | 12:20 EDT |
| Recorded By | Mitchell Tech, Milisa A |
| Procedure | |
| Oral Care with Toothbrush/ Paste | Done |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Vital Signs

*Vitals*

| Recorded Date | 5/20/2022 | 5/20/2022 | | |
|---|---|---|---|---|
| Recorded Time | 15:31 EDT | 11:05 EDT | | |
| Recorded By | Czlapinski Tech, Kendall A | Mitchell Tech, Milisa A | | |
| Procedure | | | Units | Reference Range |
| Temperature Temporal Artery | 98.3 | 99.0 | DegF | [97.2-100] |
| Pulse Rate | 75 | 78 | bpm | [60-100] |
| Respiratory Rate | 18 | 18 | rpm | [12-20] |
| Systolic Blood Pressure | 117 | 127 | mmHg | [95-159] |
| Diastolic Blood Pressure | 62 | 75 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | Left arm | | |
| Position During VS | Lying | Lying | | |

| Recorded Date | 5/20/2022 | 5/20/2022 | 5/19/2022 | | |
|---|---|---|---|---|---|
| Recorded Time | 07:38 EDT | 05:42 EDT | 23:37 EDT | | |
| Recorded By | Mitchell Tech, Milisa A | Payne RN, Amy R | Payne RN, Amy R | | |
| Procedure | | | | Units | Reference Range |
| Temperature Temporal Artery | 97.3 | 97.9 | 98.2 | DegF | [97.2-100] |
| Pulse Rate | 82 | 63 | 83 | bpm | [60-100] |
| Respiratory Rate | 18 | 18 | 16 | rpm | [12-20] |
| Systolic Blood Pressure | 144 | 154 | 123 | mmHg | [95-159] |
| Diastolic Blood Pressure | 76 | 76 | 71 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | Left arm | Left arm | | |
| Position During VS | Lying | Sitting | Sitting | | |

| Recorded Date | 5/19/2022 | 5/19/2022 | | |
|---|---|---|---|---|
| Recorded Time | 18:24 EDT | 14:39 EDT | | |
| Recorded By | Jesperson Tech, Kailee M | Jesperson Tech, Kailee M | | |
| Procedure | | | Units | Reference Range |
| Temperature Temporal Artery | 97.0 L | 97.0 L | DegF | [97.2-100] |
| Pulse Rate | 83 | 87 | bpm | [60-100] |
| Respiratory Rate | 16 | 16 | rpm | [12-20] |
| Systolic Blood Pressure | 151 | 123 | mmHg | [95-159] |
| Diastolic Blood Pressure | 60 | 67 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | Left arm | | |
| Position During VS | Sitting | Lying | | |

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 | | |
|---|---|---|---|---|---|
| Recorded Time | 11:12 EDT | 10:57 EDT | 07:37 EDT | | |
| Recorded By | Jesperson Tech, Kailee M | Dixon RN, Brenna K | Jesperson Tech, Kailee M | | |
| Procedure | | | | Units | Reference Range |
| Temperature Temporal Artery | 97.0 L | - | 97.2 | DegF | [97.2-100] |
| Pulse Rate | 88 | - | 75 | bpm | [60-100] |
| Respiratory Rate | 16 | 16 [a1] | 18 | rpm | [12-20] |
| Systolic Blood Pressure | 139 | - | 143 | mmHg | [95-159] |
| Diastolic Blood Pressure | 78 | - | 68 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | - | Left arm | | |
| Position During VS | Sitting | - | Lying | | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Vital Signs

*Vitals*

| Recorded Date | 5/19/2022 | 5/19/2022 | 5/19/2022 | | |
|---|---|---|---|---|---|
| Recorded Time | 04:36 EDT | 03:40 EDT | 00:49 EDT | | |
| Recorded By | Beeler RN, Breanna M | Beeler RN, Breanna M | Beeler RN, Breanna M | | |
| Procedure | | | | Units | Reference Range |
| Temperature Temporal Artery | 98.1 | - | 98.4 | DegF | [97.2-100] |
| Pulse Rate | 69 | - | 80 | bpm | [60-100] |
| Respiratory Rate | 18 | 14 [O1] | 16 | rpm | [12-20] |
| Systolic Blood Pressure | 132 | - | 129 | mmHg | [95-159] |
| Diastolic Blood Pressure | 65 | - | 62 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | - | Left arm | | |
| Position During VS | Lying | - | Lying | | |

| Recorded Date | 5/18/2022 | 5/18/2022 | 5/18/2022 | | |
|---|---|---|---|---|---|
| Recorded Time | 22:42 EDT | 21:08 EDT | 18:04 EDT | | |
| Recorded By | Beeler RN, Breanna M | Beeler RN, Breanna M | Dixon RN, Brenna K | | |
| Procedure | | | | Units | Reference Range |
| Temperature Temporal Artery | - | 99.0 | - | DegF | [97.2-100] |
| Pulse Rate | - | 72 | - | bpm | [60-100] |
| Respiratory Rate | 14 [O1] | 16 | 16 [O2] | rpm | [12-20] |
| Systolic Blood Pressure | - | 117 | - | mmHg | [95-159] |
| Diastolic Blood Pressure | - | 63 | - | mmHg | [60-90] |
| Vital Signs Extremity 1 | - | Left arm | - | | |
| Position During VS | - | Lying | - | | |

| Recorded Date | 5/18/2022 | 5/18/2022 | | |
|---|---|---|---|---|
| Recorded Time | 16:20 EDT | 06:20 EDT | | |
| Recorded By | Dozard Tech, Destiny S | Hendren RN, Sherri L | | |
| Procedure | | | Units | Reference Range |
| Temperature Temporal Artery | 97.8 | 97.0 [L] | DegF | [97.2-100] |
| Pulse Rate | 73 | 65 | bpm | [60-100] |
| Respiratory Rate | 16 | 16 | rpm | [12-20] |
| Systolic Blood Pressure | 157 | 117 | mmHg | [95-159] |
| Diastolic Blood Pressure | 74 | 70 | mmHg | [60-90] |
| Vital Signs Extremity 1 | Left arm | Right arm | | |
| Position During VS | Lying | - | | |

Order Comments
O1: oxyCODONE (oxyCODONE immediate release)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!
O2: acetaminophen-hydrocodone (acetaminophen-hydrocodone 325 mg-5 mg oral tablet)
SEVERE pain (7-10). Goal: CONTROL PAIN within 3 hours!

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Calc Values/Osm

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| | 5/18/2022 12:06 EDT | |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| eCrCl | 77.57 [R1] | mL/min | | 5/18/2022 12:56 EDT |

Result Comments
R1: eCrCl
Calculated with Discern Rule using the Cockroft-Gault method and the patient's most recent weight in kg. Calculated on patients who are greater than or equal to 18 years of age. Adjusted for gender.

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| | 5/18/2022 23:55 EDT | |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| eCrCl | 93.09 [R1] | mL/min | | 5/19/2022 01:43 EDT |

Result Comments
R1: eCrCl
Calculated with Discern Rule using the Cockroft-Gault method and the patient's most recent weight in kg. Calculated on patients who are greater than or equal to 18 years of age. Adjusted for gender.

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CHEM 7 (Basic Metabolic Panel) | 5/18/2022 12:06 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ANION GAP | 8.0 [O1 *1] | mEq/L | [7.0-16.0] | 5/18/2022 12:56 EDT |
| OSMO CALC | 292.4 [H O1 *1] | mOsm/L | [275.0-290.0] | 5/18/2022 12:56 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CHEM 7 (Basic Metabolic Panel) (BMP (CHEM 7)) | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ANION GAP | 12.0 [*1] | mEq/L | [7.0-16.0] | 5/19/2022 01:43 EDT |
| OSMO CALC | 290.4 [H *1] | mOsm/L | [275.0-290.0] | 5/19/2022 01:43 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Glomerular Filtration Rate (GFR),Calculated from Creatinine | 5/18/2022 12:06 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| GFR-NONBLK | 93 [O2 *1] | GFR | [>=59] | 5/18/2022 12:56 EDT |
| GFR-BLACK | 108 [O2 *1] | GFR | [>=59] | 5/18/2022 12:56 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Glomerular Filtration Rate (GFR),Calculated from Creatinine | 5/18/2022 23:55 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| GFR-NONBLK | 101 [O3 *1] | GFR | [>=59] | 5/19/2022 01:43 EDT |
| GFR-BLACK | 117 [O3 *1] | GFR | [>=59] | 5/19/2022 01:43 EDT |

Order Comments
O1: CHEM 7 (Basic Metabolic Panel)
Per Lovenox Prophylaxis

Calc Values/Osm

Order Comments
02: Glomerular Filtration Rate (GFR),Calculated from Creatinine
Order added on by Discern rule.
03: Glomerular Filtration Rate (GFR),Calculated from Creatinine
Order added on by Discern rule.

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

CBC

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Automated Differential | 5/18/2022 23:55 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NEUT% | 84 *1 | % | | 5/19/2022 00:53 EDT |
| LYMPH% | 10 *1 | % | | 5/19/2022 00:53 EDT |
| MONO% | 6 *1 | % | | 5/19/2022 00:53 EDT |
| EOS % | 0 *1 | % | | 5/19/2022 00:53 EDT |
| BASO % | 0 *1 | % | | 5/19/2022 00:53 EDT |
| IMM GRAN % | 0.0 *1 | % | | 5/19/2022 00:53 EDT |
| NEUT CT | 9.3 H *1 | K/uL | [1.4-7.0] | 5/19/2022 00:53 EDT |
| LYMPH CT | 1.1 *1 | K/uL | [0.7-3.1] | 5/19/2022 00:53 EDT |
| MONO CT | 0.7 *1 | K/uL | [0.1-0.9] | 5/19/2022 00:53 EDT |
| EOS CT | 0.0 *1 | K/uL | [0.0-0.5] | 5/19/2022 00:53 EDT |
| BASO CT | 0.0 *1 | K/uL | [0.0-0.2] | 5/19/2022 00:53 EDT |
| IMM GRAN CT | 0.0 *1 | K/uL | [0.0-0.1] | 5/19/2022 00:53 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC with Automated Differential | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HGB | 12.1 01 *1 | g/dL | [11.1-15.9] | 5/19/2022 00:53 EDT |
| HCT | 36.4 01 *1 | % | [34.0-46.6] | 5/19/2022 00:53 EDT |
| WBC | 11.2 H 01 *1 | K/uL | [3.4-10.8] | 5/19/2022 00:53 EDT |
| PLT CNT | 231 01 *1 | K/uL | [150-450] | 5/19/2022 00:53 EDT |
| MCV | 88 01 *1 | fL | [79-97] | 5/19/2022 00:53 EDT |
| MPV | 10.4 01 *1 | fL | [7.4-10.4] | 5/19/2022 00:53 EDT |
| RDW | 12.6 01 *1 | % | [12.3-15.4] | 5/19/2022 00:53 EDT |
| MCH | 29.4 01 *1 | pg | [26.6-33.0] | 5/19/2022 00:53 EDT |
| MCHC | 33.2 01 *1 | g/dL | [31.5-35.7] | 5/19/2022 00:53 EDT |
| RBC | 4.12 01 *1 | M/uL | [3.77-5.28] | 5/19/2022 00:53 EDT |
| NRBC | 0 01 *1 | | | 5/19/2022 00:53 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC without Automated Differential | 5/18/2022 12:06 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HGB | 12.7 02 *1 | g/dL | [11.1-15.9] | 5/18/2022 12:34 EDT |
| HCT | 38.7 02 *1 | % | [34.0-46.6] | 5/18/2022 12:34 EDT |
| WBC | 11.4 H 02 *1 | K/uL | [3.4-10.8] | 5/18/2022 12:34 EDT |
| PLT CNT | 229 02 *1 | K/uL | [150-450] | 5/18/2022 12:34 EDT |
| MCV | 89 02 *1 | fL | [79-97] | 5/18/2022 12:34 EDT |
| MPV | 10.1 02 *1 | fL | [7.4-10.4] | 5/18/2022 12:34 EDT |
| RDW | 12.8 02 *1 | % | [12.3-15.4] | 5/18/2022 12:34 EDT |
| MCH | 29.3 02 *1 | pg | [26.6-33.0] | 5/18/2022 12:34 EDT |
| MCHC | 32.8 02 *1 | g/dL | [31.5-35.7] | 5/18/2022 12:34 EDT |
| RBC | 4.34 02 *1 | M/uL | [3.77-5.28] | 5/18/2022 12:34 EDT |
| NRBC | 0 02 *1 | | | 5/18/2022 12:34 EDT |

Order Comments
01: CBC with Automated Differential
LCA# 005009
02: CBC without Automated Differential
Per Lovenox Prophylaxis

CBC

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Transcribed *

5001

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

FIN: 18440200034
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 7/21/2022
MRN: 1844020

## CONDITIONS OF ADMISSION/TREATMENT

NAME: ROBERTA GALYON MR#: 1844020 ENCOUNTER#: 18440200034 DATE: 7/21/2022

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designees will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.**
X______

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records – Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X ______________________ Date of signing 7/21/2022 10:49 AM
(Patient Signature)

______________________ Date 7/21/2022 10:49 AM
(Witness)

______________________
(Closest relative or legal guardian)

______________________
(Relationship)

Patient is a minor ____________ years of age.
Patient is unable to consent because:

Conditions of Admission/930200 – Nursing (Rev. 3/02, 10/11)

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HIGHWAY • KNOXVILLE, TN 37920
(865) 305-9000

FIN:18440200034
GALYON, ROBERTA L
DOB:
ADM: 57Y F
MRN:1844020

## SPECIAL CONSENT TO OPERATION/OTHER PROCEDURE

NAME: ______ MR# ______ FINANCIAL# ______ DATE: ______ TIME ______

1 I talked to my doctor(s) about my condition which is (symptom or diagnosis) ______ and he/she has recommended the following operation(s) or procedure(s) (in patient's words) ______

2 My doctor and I talked about what might happen if we do not treat my condition. We also talked about different ways to treat my condition and about the advantages and disadvantages of each of these treatments.

3 Procedure as planned (No Abbreviations) Esophageal Manometry

4 My doctor explained to me in terms I can understand the benefits of each operation or procedure and told me what he/she hopes it would do for me. He/she explained that my treatment may change depending on my condition. My doctor also told me approximately how long it would take me to recover.

5 My doctor did not promise that this would cure me or improve my condition. He/she gave me an opportunity to ask questions about my condition and answered my questions. I am satisfied with the answers.

6 I know there can be risks, complications or side-effects whenever someone has an operation or medical procedure. I know my doctor cannot tell me about every possible risk, complication or side-effect. We did talk about the major ones (e.g. bleeding, infection, pneumonia, heart complications, blood clots, death) that could happen if I have the operation or procedure. I understand my doctor's explanation.

7 My doctor gave me an opportunity to ask questions about these risks and any other risks I want to know about. He/she answered my questions. I am satisfied with the answers.

8 My doctor has explained to me that the University of Tennessee Medical Center (UTMC) is an academic medical center and that, in accordance with hospital policies, residents and fellows may be performing tasks related to the surgery or procedure under the supervision of my doctor. I understand that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.

9 I request and give consent to my doctor(s) Dr. Klappe and other members of the surgical team to perform or administer to me the operations or procedures listed above. Those assisting my doctor may include resident doctors, doctors in a medical fellowship (fellows), students in medical, nursing and related healthcare professions, nurse practitioners, physician assistants, nurses and/or surgical technologists. My doctor will be present for the critical parts of the procedure/surgery. Those assisting my doctor may perform some aspects of the procedure as my doctor deems appropriate. I also request that UTMC provide appropriate hospital service and care necessary in conjunction with the operation(s) or procedure(s) I have authorized my doctor to perform.

10 If something unexpected happens or is found during the operation or procedure, and in my doctor's opinion it poses an immediate and substantial risk to my health and needs treatment in addition to or different from what is described in paragraph 3 above, I agree that my doctor(s) may at that time provide the treatment that is immediately necessary.

11 The options and risks of sedation, if necessary for my operation or procedure, have been explained to me in terms I can understand. I consent to the administration of such sedation as may be considered necessary or advisable by the doctor responsible for this service. I understand that my consent for anesthesia, if necessary for my operation or procedure, will be obtained separately.

12 I consent to the photographing, videotaping or televising of the operation or procedure to be performed, including appropriate portions of my body, for medical, scientific or education purposes, as long as my identity is not disclosed.

I understand the reasons this operation or procedure is required and I understand the information in this form and all blanks have been filled in prior to my signing.

| | | | | | |
|---|---|---|---|---|---|
| Roberta Galyon | 7/31/22 | 11.50 | [signature] | 7/31/22 | 11:50 |
| Patient Signature | Date | Time | Witness (full name) | Date | Time |

(If patient is unable to sign or is a minor, complete the following)
Patient (is minor ______ years of age) is unable to sign because ______

______ Authorized Representative ______ Date ______ Time

Patient Operative Consent / 930215 - (Rev 7/11, 10/11, 2/16)



Lincoln/Galyon 0900

* Transcribed *

5101

University of Tennessee Medical Center
1924 Alcoa Highway Knoxville, TN 37920
(865)305- 9000

FIN: 18440200034
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 7/21/2022
MRN: 1844020

## RELEASE AUTHORIZATION

**PATIENT NAME** ROBERTA GALYON **DATE OF SERVICE** 7/21/2022

**1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID / TENNCARE BENEFITS**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf to University of Tennessee Emergency Group for any services furnished me by that physician/supplier.

**2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS**

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier completed on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me, but not to exceed UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other sources may be applied on any other account owed UTMC by me or my family.

**3) PROMISE TO PAY ACCOUNT**

For and in consideration of services rendered and to be rendered by UTMC, I/we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone number, I authorize UTMC or its agents to call my cell phone either manually or by auto-dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

**4) UTMC STAFF PHYSICIAN ASSIGNMENT**

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physician's, etc.), that a separate billing may be received from these physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collections of my account.

**5) DME NOTIFICATION**

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

**6) UHS NOTICE OF INFORMATION PRACTICES**

I have received a copy of the University Health Systems, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling (865) 305-9118, on the UTMC website at www.utmedicalcenter.org, or by requesting one at a UHS office.

**7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY**

I understand if I have insurance coverage not presented by me at registration/admission, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

Signature X ____________ Responsible Party

Signature X ____________ Authorization to Release Information

7/21/2022 10:50 AM Date/Time

Relation to Patient ____________

Witness ____________ Date/Time 7/21/2022 10:50 AM

Release Autho/Assignment
939145 - PAC (Rev 6/09,8/10,3/12,5/18)



Lincoln/Galyon 0901

Final Coding Summary

*** Modified ***

## Coding Summary For Patient Account 18440200034

Current Coder: jmcmurra

Current Date: 07/27/2022 06:44

Total Charges: 2046.79

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | 03-18-1965 | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 07-21-2022 | **Discharge Date** | 07-21-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** R13.13 | ICD-10 | Dysphagia, pharyngeal phase |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|
| **Principal CPT Code:** 91010 | CPT4 | Esophagus motility study | DALTON, MD AMB, BENJAMIN P | 07/21/2022 |

## Allergies

| Substance: **NKA** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

| Substance: **No Known Medication Allergies** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Patient Name: GALYON, ROBERTA L
FIN: 18440200034 Date of Birth:

Vital Signs

*Vital Signs*

| Procedure | Date / Time / UOM | 7/21/2022 12:05 EDT | 7/21/2022 12:03 EDT |
|---|---|---|---|
| Admission Weight lbs | lb | - | 180 |
| Height | in | - | 65 |
| Dosing Weight | kg | 81.63 | - |
| Weight (kg) | kg | - | 81.633 |

Outpatient Orders

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

JUL-18/2022/MON 03:58 PM FAX No P 001/001

UNIVERSITY SURGEONS ASSOCIATES, P.C.

**Name:** Roberta L Galyon **DOB:**

**Order:** ESOPHAGEAL MANOMETRY: OK FOR HURRICANE SPRAY AND LIDOCAINE GEL AS NEEDED

**Date of Service:** 07/14/2022 @ 3:00PM **Precert# / Authorization#:**

**Ordering Physician:** Kyle L. Kleppe MD

**Phone:** 865-305-9620 Fax:865-525-3460

**Diagnosis** (Required): Dysphagia

**Instructions:** 1. **Nothing to eat or drink for 8 hours prior to 3:00PM**
2. **No anti-reflux medications for 3 days prior to test**

ICD-10 Code(s): R13.13

☐ Report is STAT ☐ Report is Stat with Call Back Requested.

**Call Back Number: (865) 305-9620**

**A current (within 90 days) creatinine is required on all patients 65 years and older and on all patients with known renal disease diabetes, or hypertension who are having tests requiring injection of CT and/or MrI contrast agents.*

**Ordering Physician Signature:**

☐ Dr. Gregory J. Mancini, MD ☐ Dr. Matthew L. Mancini, MD ☒ Dr. Kyle L. Kleppe, MD

☐ Dr. Melissa S. Phillips, MD ☐ Dr. Haley Daigle, MD ☐ Lynn Castle, PA

☐ Sonya McWilliams, FNP-BC ☐ Amber Evans, FNP-BC ☐ Heena Patel, FNP-BC

7/21/22 11:35

Facility: UTMH



Lincoln/Galyon 0907

Orders

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/21/22 10:43:41 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/21/2022 10:43 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 7/22/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: E. Motility/Stationary**
Activity Type: Endoscopy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Burns Jr Clerk, John C
Order Details: 7/21/22 1:20:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 7/21/2022 13:20 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required

**Order: Tray Charge**
Activity Type: Endoscopy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Burns Jr Clerk, John C
Order Details: 7/21/22 1:20:00 PM EDT, Routine
Order Comment:
Action Type: Order Action Date/Time: 7/21/2022 13:20 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/25/22 7:20:22 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/25/2022 07:20 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200034 Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem List

**Problem Name:** **Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

**Problem Name:** **Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Social History

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Discharge Instructions

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway, Knoxville, TN 37920
(865) 305-9000

FIN:18440200034
GALYON, ROBERTA L
DOB:[redacted] 57Y F
ADM:[redacted]
MRN:1844020

## ENDOSCOPY DEPARTMENT DISCHARGE INSTRUCTION

NAME: __ MR#: ENCOUNTER #: DATE: ____

For Patients Who Receive **SEDATION:**

The medication which is used to relax you will be present in your body for at least the next 24 hours, so you might feel a little drowsy and lightheaded. For this reason, it is important for you to rest the remainder of the day. This feeling will slowly wear off. Because the medicine is still in your system, for at least 24 hours **THE PATIENT SHOULD NOT:**

a. Drive a car, operate machinery or power tools,
b. Drink any alcoholic beverages (not even beer), or
c. Make any important decisions or sign important papers.
d. Eat or drink anything for 1 hour after a bronchoscopy.

Call Dr. Kleppe ____ Telephone 865 305 9620

For: Biopsy results follow-up appointments or if you experience the following:

**post G.I. Endoscopy:**
- ✗ Increasing pain, nausea, vomiting
- ✗ New abdominal distention (swelling)
- ✗ New increasing bleeding (oral/rectal)
- Fever/chills
- ✗ Difficulty swallowing
- ✗ New increasing chest pain

**post Bronchoscopy:**
- New/increasing shortness of breath
- Coughing up more than 1Tbsp of blood/increased sputum production
- Chest pain
- Fever greater than 102 the day after procedure
- Unusual swelling in face or neck
- Difficulty Swallowing

**Colonoscopy Followup:**
- ☐ Follow-up 10 years
- ☐ Follow-up ___ years
  - ☐ above average risk
  - ☐ inadequate prep
  - ☐ other
- ☐ Biopsies obtained: follow-up with physician

If you are unable to contact your physician, please come to the Emergency Department at U.T. Hospital.
I have received and understand the above information:

| | | |
|---|---|---|
| PATIENT'S SIGNATURE | DATE 7/21/22 | TIME 12:45 |
| INTERVIEWER'S SIGNATURE | DATE 7/21/22 | TIME 12:45 |

Additional Instructions:

| | | |
|---|---|---|
| SIGNATURE OF RESPONSIBLE ADULT | DATE | TIME |
| DISCHARGING STAFF'S SIGNATURE | DATE | TIME |

White Copy - Medical Records
Yellow Copy - Patient's Copy
Pink Copy - Physician's Copy

Endoscopy Discharge Inst
939185 - Endoscopy Center Rev 10/14, 6/15

PowerForm Text Rendition

DOCUMENT TYPE: Endoscopy Assessment - Text
ELECTRONICALLY SIGNED BY: Gooch Nrsg Spec, Emily H (7/21/2022 12:03 EDT)

**Endoscopy Assessment Entered On: 07/21/2022 12:05 EDT**
**Performed On: 07/21/2022 12:03 EDT by Gooch Nrsg Spec, Emily H**

**General Information - OP**
*Visit Date :* 07/21/2022 EDT
*Admission Weight lbs :* 180 lb
*Height ft :* 5 ft
*Height in :* 5 in
*Height (Inches) :* 65 in
*Admission Weight kg :* 81.633 kg
*Primary Language :* English
*Preferred Language Healthcare/Education :* English
*Barriers To Learning On Admission :* None evident
*How does the patient learn best? :* Explanation

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Allergies**

(As Of: 07/21/2022 12:05:51 EDT)

Allergies (Active)

NKA — *Estimated Onset Date:* Unspecified ; *Created By:* Ray CPhT, Taylor C; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* NKA ; *Type:* Allergy ; *Updated By:* Ray CPhT, Taylor C; *Reviewed Date:* 07/21/2022 12:03 EDT

**Medication List / Home Meds**
Medication List

(As Of: 07/21/2022 12:05:51 EDT)

*Prescription/Discharge Order*

gabapentin — : gabapentin ; *Status:* Completed ; *Ordered As Mnemonic:* gabapentin 300 mg oral capsule ; *Simple Display Line:* 300 mg, 1 CAP, PO, TID, for 7 Days, 21 CAP, 0 Refill(s) ; *Ordering Provider:* Crismon MD Res, David T; *Catalog Code:* gabapentin ; *Order Dt/Tm:* 05/20/2022 15:18:22 EDT

*Home Meds*

acetaminophen/aspirin/caffeine — : acetaminophen/aspirin/caffeine ; *Status:* Documented ; *Ordered As Mnemonic:* Goody's Headache Powders 260 mg-520 mg-32.5 mg oral powder for reconstitution ; *Simple Display Line:* 1 EA, PO, PRN, 0 Refill(s) ; *Catalog Code:* acetaminophen/aspirin/caffeine ; *Order Dt/Tm:* 05/18/2022 06:29:34 EDT

acetaminophen — : acetaminophen ; *Status:* Documented ; *Ordered As Mnemonic:* Tylenol Extra Strength 500 mg oral tablet ; *Simple Display Line:*

| | |
|---|---|
| | 500 mg, 1 tab, PO, Q4H, PRN: as needed for pain ; *Catalog Code:* acetaminophen ; *Order Dt/Tm:* 05/10/2022 11:47:07 EDT |
| cetirizine | : cetirizine ; *Status:* Documented ; *Ordered As Mnemonic:* ZyrTEC 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, Q DAY, PRN: Allergy symptoms ; *Catalog Code:* cetirizine ; *Order Dt/Tm:* 05/10/2022 11:47:22 EDT |
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab, PO, Q DAY ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 05/10/2022 11:47:47 EDT |
| aspirin | : aspirin ; *Status:* Documented ; *Ordered As Mnemonic:* aspirin 81 mg oral enteric coated tablet ; *Simple Display Line:* 81 mg, 1 tab, PO, Q DAY ; *Catalog Code:* aspirin ; *Order Dt/Tm:* 05/10/2022 11:45:59 EDT |
| ferrous sulfate | : ferrous sulfate ; *Status:* Documented ; *Ordered As Mnemonic:* ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet ; *Simple Display Line:* 325 mg, 1 tab, PO, Q DAY ; *Catalog Code:* ferrous sulfate ; *Order Dt/Tm:* 05/06/2021 10:45:24 EDT |
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, BID ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 05/06/2021 10:46:57 EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab, PO, Q HS ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 06/08/2020 14:27:34 EDT |
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, Q DAY, PRN: as needed for migraine headache ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 06/08/2020 14:27:34 EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 0.75 mg, 0.5 mL, SUBCUTANEOUS, Q FRIDAY, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 03/04/2020 13:45:49 EST |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab, PO, Q DAY, PRN: Anxiety, 0 Refill(s) ; *Ordering Provider:* Collins (Results), Timothy; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 06/19/2019 08:52:16 EDT |

PowerForm Text Rendition

FLUoxetine : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 CAP, PO, Q DAY, 0 Refill(s) ; *Ordering Provider:* Collins (Results), Timothy; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 06/19/2019 08:52:16 EDT

*Pharmacy Charge Only*
lidocaine topical : lidocaine topical ; *Status:* Completed ; *Ordered As Mnemonic:* lidocaine 2% urojet ; *Simple Display Line:* CHARGE ONLY, xDEVICEBILL ; *Ordering Provider:* Contributor_system, OMNIMEDS-IN; *Catalog Code:* lidocaine topical ; *Order Dt/Tm:* 07/21/2022 11:46:00 EDT

benzocaine topical : benzocaine topical ; *Status:* Completed ; *Ordered As Mnemonic:* benzocaine 20% topical spray ; *Simple Display Line:* CHARGE ONLY, xDEVICEBILL ; *Ordering Provider:* Contributor_system, OMNIMEDS-IN; *Catalog Code:* benzocaine topical ; *Order Dt/Tm:* 07/21/2022 11:45:50 EDT

**Health History Section**
*Health History Information :* No change in health since PAT visit, Other: see cardiology h and p
*Medical History Neurological CNS :* No existing history
*Medical History HEENT :* No existing history
*Medical History Heart Circulation :* High cholesterol, Other: Mitral and Tricuspid valves leak, external carotid blockage 70%
*Medical History Respiratory :* No existing history
*Medical History Gastrointestinal :* Hernia, hiatal
*Medical History Genitourinary :* No existing history
*Medical History Musculoskeletal :* No existing history, Fibromyalgia
*Medical History Integumentary :* No existing history
*Medical History Endocrine :* Diabetes - Type 2
*Medical History Mental Emotional :* No existing history
*Medical History Hematologic :* Anemia, Previous blood transfusions
*Medical History Immunologic :* No existing history
*Medical History Cancer :* No existing history
*Difficult Intubation Risk :* No previous history

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Procedure Hist w/ Med Devices**
*Medical Devices :* Other: cataract lens, RTKR

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

-

Procedure History

(As Of: 07/21/2022 12:05:51 EDT)

*Anesthesia Minutes:* 0 ; *Procedure Name:* foot operation ; *Procedure Minutes:* 0



**Lincoln/Galyon 0916**

PowerForm Text Rendition

*Anesthesia Minutes:* 0 ; *Procedure Name:* partial hysterectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Cholecystectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* cyst removed from right hand ; *Procedure Minutes:* 0

*Procedure Dt/Tm:* 11/26/2019 ; *Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Bilateral Cataract surgery ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Left ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Right ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Hiatal hernia ; *Procedure Minutes:* 0

**Habits and Needs**
*Social History Complete :* Completed

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

Social History

(As Of: 07/21/2022 12:05:51 EDT)

Tobacco:

Tobacco Use: Never (less than 100 in lifetime). (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Alcohol:

Denies (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Substance Abuse:

Denies (Last Updated: 11/26/2019 08:25:49 EST by Wyatt RN, Jamie M)

**Contacts**
*Primary Care Physician :* Collins (Results), Timothy
*Next of Kin or Legal Guardian :* Scott Galyon

PowerForm Text Rendition

*Next of Kin Phone Number :* [redacted]
*Cell Phone Number :* [redacted]
*Next of Kin relation to patient :* Spouse

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Patient Rights**
*Living Will or Advance Care Plan :* No
*DPOA Healthcare or Healthcare Agent :* No
*Advanced Directive Information Provided :* Patient refused to accept information on Advance Directives

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Pain Assessment - OP**
*Pain Scale Patient Communication Status :* Patient can communicate
*Primary Pain Intensity :* 0 None

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Falls Assessment**
*Age Falls Assessment :* Under 65 years
*Elimination Falls Assessment :* Independent
*Mobility Falls Asssessment :* Ambulates or transfers with assistive device or assistance
*Mentation Falls Assessment :* Alert and oriented x 3
*Fall History :* No
*Current Meds Falls Assess :* No known current medication risks
*Falls Assessment Score :* 1

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Neglect/Abuse**
*Suspected Neglect Abuse :* No

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Psychosocial Spiritual**
*Fears or Anxieties Present :* No
*Special Religious Cultural Needs :* No

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Infection Prevention**
*Infection Prevention Understanding :* Wash your hands, Expect healthcare providers to wash their hands or wear gloves, Cover your mouth and nose when coughing or sneezing, If you are sick, avoid close contact with others

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

**Infectious Disease Screening 3**
*COVID-19 Symptoms :* No symptoms
*COVID-19 Exposure History :* No Exposure to Virus
*EBV Travel History :* No Recent Travel
*EBV Exposure History :* No Exposure to Virus
*MERS Travel History :* No Recent Travel
*MERS Exposure History :* No Exposure to Virus
*MERS Travel Exp Pos :* 0
*Additional Travel History :* No
*Measles Screening :* No

Gooch Nrsg Spec, Emily H - 07/21/2022 12:03 EDT

Patient Name: GALYON, ROBERTA L
FIN: 18440200034 Date of Birth:

Falls Assessment

*Falls Assessment*

| Recorded Date<br>Recorded By<br>Recorded Time<br>Procedure | 7/21/2022<br>Gooch Nrsg<br>Spec, Emily H<br>12:03 EDT |
|---|---|
| Age Falls Assessment | Under 65 years |
| Mobility Falls Asssessment | See Below T1 |
| Mentation Falls Assessment | Alert and oriented x 3 |
| Elimination Falls Assessment | Independent |
| Current Meds Falls Assess | See Below T2 |
| Falls Assessment Score | 1 |

Textual Results
T1: 7/21/2022 12:03 EDT (Mobility Falls Asssessment)
Ambulates or transfers with assistive device or assistance
T2: 7/21/2022 12:03 EDT (Current Meds Falls Assess)
No known current medication risks

Patient Name: GALYON, ROBERTA L
FIN: 18440200034

Date of Birth: [redacted]

Information Source/Advance Directive/DPOA

*Information Source*

| | |
|---|---|
| Recorded Time | 12:03 EDT |
| Recorded Date | 7/21/2022 |
| Recorded By | Gooch Nrsg Spec, Emily H |
| Procedure | |
| Primary Language | English |
| Next of Kin or Legal Guardian | Scott Galyon |
| Next of Kin Phone Number | [redacted] |
| Next of Kin relation to patient | Spouse |
| Barriers To Learning On Admission | None evident |
| Advanced Directive Information Provided | See Below [T1] |
| Primary Care Physician | Collins (Results), Timothy |
| DPOA Healthcare or Healthcare Agent | No |
| Living Will or Advance Care Plan | No |

Textual Results
T1: 7/21/2022 12:03 EDT (Advanced Directive Information Provided)
Patient refused to accept information on Advance Directives

Measurements

*Measurements*

| Recorded Date | 7/21/2022 | 7/21/2022 | | |
|---|---|---|---|---|
| Recorded Time | 12:05 EDT | 12:03 EDT | | |
| Recorded By | SYSTEM | Gooch Nrsg Spec, Emily H | | |
| Procedure | | | Units | Reference Range |
| Admission Weight lbs | - | 180 | lb | |
| Weight (kg) | - | 81.633 | kg | |
| Dosing Weight | 81.63 | - | kg | |
| Height | - | 65 | in | |
| Height ft | - | 5 | ft | |
| Height in | - | 5 | in | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200034 Date of Birth:

Nutrition

*Nutrition*

| | |
|---|---|
| Recorded Date | 7/21/2022 |
| Recorded Time | 12:05 EDT |
| Recorded By | SYSTEM |
| Procedure | |
| Dosing Weight | 81.63 |

Patient Name: GALYON, ROBERTA L
FIN: 18440200034 Date of Birth:

Pain Assessment

*Pain Assessment*

| | |
|---|---|
| Recorded Date | 7/21/2022 |
| Recorded Time | 12:03 EDT |
| Recorded By | Gooch Nrsg Spec, Emily H |
| Procedure | |
| Primary Pain Intensity | 0 None |

Patient Education

*Patient Education*

| Procedure | Recorded Date 7/21/2022<br>Recorded Time 12:03 EDT<br>Recorded By Gooch Nrsg Spec, Emily H |
|---|---|
| Preferred Language Healthcare/ Education | English |

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200034** **MRN 1844020** **Outpatient**
**ocation: OP GILAB**

**No Results Qualified.**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 3/28/2022
FIN: 18440200026 Discharge Date: 3/28/2022
Date of Birth:

Conditions of Admission

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

* Transcribed *

5001

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

FIN: 18440200026
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 3/28/2022
MRN: 1844020

# CONDITIONS OF ADMISSION/TREATMENT

NAME: ROBERTA GALYON MR#: 1844020 ENCOUNTER#: 18440200026 DATE: 3/28/2022

## MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designees will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.**
X______

## NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

## RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

## PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

## ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

## HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

## PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records – Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

## EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X [signature]
(Patient Signature)

Date of signing 3/28/2022 7:49 AM

[signature] Date 3/28/2022 7:49 AM
(Witness)

______________________
(Closest relative or legal guardian)

______________________
(Relationship)

Patient is a minor ____________ years of age.
Patient is unable to consent because:

Conditions of Admission/930200 – Nursing (Rev. 3/02, 10/11)

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200026

* Transcribed *

5101

University of Tennessee Medical Center
1924 Alcoa Highway Knoxville, TN 37920
(865)305- 9000

FIN: 18440200026
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 3/28/2022
MRN: 1844020

## RELEASE AUTHORIZATION

**PATIENT NAME** ROBERTA GALYON **DATE OF SERVICE** 3/28/2022

### 1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID / TENNCARE BENEFITS

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf to University of Tennessee Emergency Group for any services furnished me by that physician/supplier.

### 2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier completed on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me, but not to exceed UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other sources may be applied on any other account owed UTMC by me or my family.

### 3) PROMISE TO PAY ACCOUNT

For and in consideration of services rendered and to be rendered by UTMC, I/we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone number, I authorize UTMC or its agents to call my cell phone either manually or by auto-dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

### 4) UTMC STAFF PHYSICIAN ASSIGNMENT

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physician's, etc.), that a separate billing may be received from these physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collections of my account.

### 5) DME NOTIFICATION

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

### 6) UHS NOTICE OF INFORMATION PRACTICES

I have received a copy of the University Health Systems, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling (865) 305-9118, on the UTMC website at www.utmedicalcenter.org, or by requesting one at a UHS office.

### 7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY

I understand if I have insurance coverage not presented by me at registration/admission, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

Signature X [signature] — Responsible Party

Signature X [signature] — Authorization to Release Information — 3/28/2022 7:50 AM Date/Time

Relation to Patient ____________

Witness Georgia Smith Date/Time 3/28/2022 7:50 AM

Release Autho/Assignment
939145 - PAC (Rev 6/09,8/10,3/12,5/18)

Facility: UTMH

Final Coding Summary

## Coding Summary For Patient Account 18440200026

Current Coder: smdavis

Current Date: 03/29/2022 15:50

Total Charges: 1020.5

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 03-28-2022 | **Discharge Date** | 03-28-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** R13.13 | ICD-10 | Dysphagia, pharyngeal phase |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|

Patient Name: GALYON, ROBERTA L
FIN: 18440200026
Date of Birth:

Radiography

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| DX-22-0040985 | 3/28/2022 08:48 EDT | UGI Double Contrast | KLEPPE MD, KYLE L |

**Reason For Exam**
(UGI Double Contrast) Dysphagia, pharyngeal phase

**Results**
Upper GI series
TECHNIQUE: Double contrast esophagram was performed with Barium. Images of the esophagus, stomach, and proximal small bowel were obtained in multiple projections.
OPERATOR: Performed by resident physician, Obaid Anwar, M.D. under the direct supervision of attending physician, Petruzzi, M.D.
INDICATION: Dysphagia, pharyngeal phase
FLUORO TIME: 1.8 minutes
DOSE: 389.67 uGy m2

FINDINGS:
Scout radiograph shows no acute pulmonary findings or mediastinal abnormalities.
Nonobstructive bowel gas pattern.
Esophageal dysmotility with nonpulsatile contractions and tertiary contractions.
Small hiatal hernia.
No persistent esophageal filling defect or outpouching.
No evidence of gastric filling defect, outpouching or ulceration.
Proximal duodenum unremarkable.
Mild gastroesophageal reflux elicited with water siphon test.
The patient was unable to swallow a barium tablet.

IMPRESSION:
Nonspecific esophageal dysmotility.

Small hiatal hernia.

--

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-50-167

.
*Authenticated By: PETRUZZI MD, PETER T* *03/28/2022 09:56*
*Resident: Anwar MD RES, Obaid F*

***FINAL REPORT***

Patient Name: GALYON, ROBERTA L
FIN: 18440200026 Date of Birth:

Allergies

Substance: **NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

Substance: **No Known Medication Allergies**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Outpatient Orders

MAR/24/2022/THU 09:36 AM FAX No. P. 001/001

UNIVERSITY SURGEONS ASSOCIATES, P.C.

Name: Roberta L Galyon [redacted] DOB: [redacted]

Order : UPPER GI SERIES SINGLE CONTRAST 74240

Date of Service: 03/28/2022 @ 7:30AM
Main Patient Registration
Nothing to eat or drink after midnight!

Precert# / Authorization#: n/A

Ordering Physician: Kyle L. Kleppe MD

Phone: 865-305-9620 Fax:865-525-3460

Diagnosis (Required): Dysphagia

Instructions: If you need to change your appointment please call UT Centralized Scheduling at 865-251-4488.

ICD-10 Code(s): R13.13

☐ Report is STAT ☐ Report is Stat with Call Back Requested.

Call Back Number: (865) 305-9620
*A current (within 90 days) creatinine is required on all patients 65 years and older and on all patients with known renal disease diabetes, or hypertension who are having tests requiring injection of CT and/or MrI contrast agents.

Ordering Physician Signature:

☐ Dr. Gregory J. Mancini, MD ☐ Dr. Matthew L. Mancini, MD ☒ Dr. Kyle L. Kleppe, MD

☐ Dr. Melissa S. Phillips, MD ☐ Dr. Haley Daigle, MD ☐ Lynn Castle, PA

☐ Sonya McWilliams, FNP-BC ☐ Amber Evans, FNP-BC ☐ Heena Patel, FNP-BC

Patient Name: GALYON, ROBERTA L
FIN: 18440200026 Date of Birth:

Orders

Order: **DX UGI Single Contrast 74240**
Activity Type: Radiology
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Mullins Scheduler, Felicia G
Order Details: 3/28/22 8:00:00 AM EDT, Routine, Dysphagia, pharyngeal phase, Dysphagia, pharyngeal phase, Ambulatory, 185.000000 lb, No Isolation, Rad Type
Order Comment:
Action Type: Order Action Date/Time: 3/22/2022 14:59 EDT
Communication Type: Written on Paper
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/28/2022 08:03 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 3/28/2022 08:46 EDT
Communication Type: Written on Paper
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 3/25/22 5:52:43 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 3/25/2022 05:52 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 3/29/2022 04:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200026 Date of Birth:

Orders

**Order: DX UGI Double Contrast 74246**
Activity Type: Radiology
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Collins Tech, Autumn M
Order Details: 3/28/22 8:00:00 AM EDT, Routine, Dysphagia, pharyngeal phase, Dysphagia, pharyngeal phase, Ambulatory, 185.000000 lb, No Isolation, Rad Type
Order Comment:

| | |
|---|---|
| Action Type: Order | Action Date/Time: 3/28/2022 08:46 EDT |
| Communication Type: Written on Paper | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 3/28/2022 08:48 EDT |
| Communication Type: Written on Paper | |
| Review Information:<br>Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 3/28/2022 08:48 EDT |
| Communication Type: Written on Paper | |
| Review Information:<br>Doctor Cosign: Not Required | |
| Action Type: Complete | Action Date/Time: 3/28/2022 09:56 EDT |
| Communication Type: Written on Paper | |
| Review Information:<br>Doctor Cosign: Not Required | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200026
Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem List

| | |
|---|---|
| Problem Name: | **Iron deficiency** |
| **Life Cycle Status:** | Active |
| **Responsible Provider:** | GULATI MD, SANGEETA |
| **Last Updated:** | 6/19/2019 |
| **Onset Date:** | |

| | |
|---|---|
| Problem Name: | **Chronic anemia** |
| **Life Cycle Status:** | Active |
| **Responsible Provider:** | GULATI MD, SANGEETA |
| **Last Updated:** | 6/19/2019 |
| **Onset Date:** | |

## Social History

**Alcohol**

**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**

**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**

**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Patient Name: GALYON, ROBERTA L
FIN: 18440200026 Date of Birth:

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200026** **MRN 1844020** **Outpatient**
**ocation: OPXR**

**No Results Qualified.**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 4/11/2022
FIN: 18440200029 Discharge Date: 4/11/2022
Date of Birth:

Echo

DOCUMENT TYPE: ECHO - Adult
ELECTRONICALLY SIGNED BY:

ECHOPACS1

University of Tennessee Medical Center
Adult Echocardiography Laboratory
1924 Alcoa Highway
Knoxville, TN 37920
(865) 305-9873

---

Name: GALYON, ROBERTA L
MRN: 1844020
DOB: [redacted]
Age: 57 yrs
Gender: Female
Referring Physician: BRESEE, STUART
Ordering Physician: BRESEE, STUART
Performed By: Stacie Peoples, RVT

Exam:Transthoracic Echocardiogram
Study Date: 04/11/2022 09:17 AM
Order ID#: 5230614837
Account#: 18440200029
Patient Location: LCCR

---

Reason For Study: MITRAL REGURGITATION
Height: 65 in Weight: 188 lb BSA: 1.9 m2
BP: 117/70 mmHg

---

Procedure (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral Doppler). The
study quality is good .

---

Interpretation Summary
There is normal left ventricular wall thickness.
Left ventricular systolic function is normal.
The left ventricular ejection fraction is 63% by the biplane method of disks.
The aortic valve is normal in structure and function.
The mitral valve appears normal.

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Echo

There is trace to mild mitral regurgitation.

Contrast
Contrast was not indicated, LV endocardial borders are well visualized.

Left Ventricle
The left ventricle is normal in size. There is normal left ventricular wall thickness. Left ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks. The left ventricular wall motion is normal. There are no regional wall motion abnormalities. Left Ventricular filling pattern is normal. Diastolic examination suggests normal left atrial pressure.

Left Atrium/Atrial Septum
The left atrial volume is mildly increased. There is no Doppler evidence for an atrial septal defect.

Right Ventricle
The right ventricular size is mildly dilated. The right ventricular systolic function is normal measured by TAPSE. The right ventricular wall motion is normal. No regional wall motion abnormalities are noted.

Right Atrium
The right atrium is normal.

Aortic Valve
The aortic valve is normal in structure and function. The aortic valve is trileaflet. No hemodynamically significant valvular aortic stenosis. No aortic regurgitation is present.

Mitral Valve
The mitral valve appears normal. There is no evidence of mitral stenosis. There is trace to mild mitral regurgitation.

Tricuspid Valve
The tricuspid valve is normal. There is no tricuspid stenosis. There is mild tricuspid regurgitation. The RVSP is estimated at 32.4 mmHg .

Pulmonic Valve
The pulmonic valve is normal. There is no pulmonic valvular stenosis. There is no pulmonic valvular regurgitation.

Arteries

Echo

The aortic root is normal size. The visualized portions of ascending and descending aorta appear
normal in size.

Venous
The inferior vena cava is normal in size, and collapses normally with respiration. Pulmonary venous
sampling consistent with:Normal left atrial pressure.

Pericardium/Pleura
There is no pericardial effusion.

Measurements with Normals
IVSd: 0.76 cm (0.6-1.1)LA dimension: 4.0 cm(2.0-4.0)
LVPWd: 0.90 cm(0.6-1.1)Ao root diam: 2.6 cm(2.0-3.7)
LVIDd: 4.8 cm (3.7-5.5)RVDd: 3.6 cm (1.9-3.5)
LVIDs: 3.3 cm (2.0-4.0)LVOT diam: (1.8-2.2)

MMode/2D Measurements
FS: 31.1 % asc Aorta Diam: 3.2 cm

LVAd ap4: 21.7 cm2 LVAd ap2: 23.7 cm2
LVLd ap4: 7.0 cm LVLd ap2: 7.0 cm
EDV(MOD-sp4): 55.5 mlEDV(MOD-sp2): 65.3 ml
EDV(sp4-el): 57.4 ml EDV(sp2-el): 68.0 ml
LVAs ap4: 11.4 cm2 LVAs ap2: 12.4 cm2
LVLs ap4: 5.5 cm LVLs ap2: 6.4 cm
ESV(MOD-sp4): 21.0 mlESV(MOD-sp2): 20.7 ml
EF(MOD-sp4): 62.2 % EF(MOD-sp2): 68.3 %

SV(MOD-bp): 38.6 ml
ESV(MOD-bp): 22.4 ml
EF(MOD-bp): 63.4 %

LA Area 2ch: 20.6 cm2LA Area 4ch: 22.7 cm2

LA Min Length: 5.4 cm
LA Vol Index: 38.6 ml/m2

LA Volume: 74.3 ml TAPSE: 1.7 cm

Doppler Measurements
MV E max vel: 94.3 cm/sec LVOT Vmax: 84.2 cm/sec
MV A max vel: 48.2 cm/sec LV V1 mean PG: 1.1 mmHg
MV E/A: 2.0 Ao V2 max: 144.5 cm/sec

Echo

Lat Peak E' Vel: 15.4 cm/secAo max PG: 8.3 mmHg
Med Peak E' Vel: 11.7 cm/secAo V2 mean: 88.0 cm/sec
Ao mean PG: 3.6 mmHg
Ao V2 VTI: 35.0 cm

LVOT max PG: 2.8 mmHg RAP systole: 3.0 mmHg
LVOT Vmean: 47.6 cm/sec TR max vel: 271.1 cm/sec
LVOT VTI: 21.8 cm TR max PG: 29.4 mmHg
RVSP(TR): 32.4 mmHg

E/e' (Lat): 6.1 E/e' (Med): 8.1

Electronically signed by:Stuart Bresee, MD, FACC on 04/17/2022 06:46 AM

Conditions of Admission

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200029

* Auth (Verified) *

Initial if info in box is correct (X) RLG

University of Tennessee Medical Center
1924 Alcoa Highway * Knoxville, TN 37920
(865) 305-9000

RELEASE AUTHORIZATION

Registered: [illegible]
MRN: [illegible]
FIN: [illegible]

Name: [illegible]
SSN:
DOB:
Address:
City:
State:
Email:
HP: [illegible] CP: [illegible]
Ins 1: [illegible]
Ins 2:
Ins 3:
PCP: [illegible]
Ordering MD: [illegible]

## 1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID/TENNCARE BENEFITS

[illegible]

## 2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS

[illegible]

## 3) PROMISE TO PAY ACCOUNT

For and in consideration of services rendered and to be rendered by [illegible], I/we jointly and severally [illegible]

## 4) UTMC STAFF PHYSICIAN ASSIGNMENT

[illegible]

## 5) DME NOTIFICATION

[illegible] **You have the right to obtain the DME from a supplier or vendor of your choice.** [illegible]

## 6) UHS NOTICE OF INFORMATION PRACTICES

I have received a copy of the University Health System, Inc. (UHS) Notice of Information Practices. [illegible]

## 7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY

[illegible]

Patient home phone is: (423) 506-8362 Guar cell phone is: (423) 506-8362

Signature (X) [signature] Signature (X) [signature] Date Time

Signature Date Time Relation to Patient

[illegible]

Facility: UTMH



Lincoln/Galyon 0949

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 4/21/2022
FIN: 18440200027 Discharge Date: 4/21/2022
Date of Birth:

Final Coding Summary

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

* Auth (Verified) *

## Coding Summary For Patient Account 18440200027

Current Coder: pferguson

Current Date: 04/22/2022 15:19

Total Charges: 0

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 04-21-2022 | **Discharge Date** | 04-21-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** K44.9 | ICD-10 | Diaphragmatic hernia without obstruction or gangrene |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|

## Allergies

**Substance: NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

**Substance: No Known Medication Allergies**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Orders

| | |
|---|---|
| Order: **COVID-19 Pending Alert** | |
| Activity Type: Communication Order - Pt. Care | |
| Ordering Physician: SYSTEM | |
| Entered By: SYSTEM | |
| Order Details: 4/1/22 9:53:28 AM EDT, Routine | |
| Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order. | |
| Action Type: Order | Action Date/Time: 4/1/2022 09:53 EDT |
| Communication Type: Discern Expert | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Discontinue | Action Date/Time: 4/22/2022 04:31 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |

| | |
|---|---|
| Order: **COVID-19 Pending Alert** | |
| Activity Type: Communication Order - Pt. Care | |
| Ordering Physician: SYSTEM | |
| Entered By: SYSTEM | |
| Order Details: 4/22/22 6:30:31 AM EDT, Routine | |
| Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order. | |
| Action Type: Order | Action Date/Time: 4/22/2022 06:30 EDT |
| Communication Type: Discern Expert | |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Discontinue | Action Date/Time: 4/22/2022 08:30 EDT |
| Communication Type: | |
| Review Information: | |
| Doctor Cosign: Not Required | |

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem List

**Problem Name: Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

**Problem Name: Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Social History

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Patient Name: GALYON, ROBERTA L
FIN: 18440200027

Date of Birth:

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

| | | | |
|---|---|---|---|
| **GALYON, ROBERTA L** **ocation: OP OTHER** | **FIN 18440200027** | **MRN 1844020** | **Outpatient** |

**No Results Qualified.**

MEDICAL CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

Patient Name: GALYON, ROBERTA L
FIN: 18440200030 Date of Birth:

Cardiology Studies

DOCUMENT TYPE: CR Cath/Interventions
ELECTRONICALLY SIGNED BY: BRESEE MD, STUART J (4/25/2022 12:45 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200030

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
04/25/2022

Procedure Name
Left heart catheterization, coronary angiography, left ventriculography

Operator
Stuart Bresee M.D.

Clinical Summary
Patient presented with risk factors for CAD and rather typical sounding chest pain increasing in frequency and severity. Catheterization was advised and accepted.

Description of procedure
The right radial artery was utilized for access. We used ultrasound guided micropuncture techniques. Standard Seldinger technique was used. A TIG 4.05 French catheter was used for right and left coronary angiography. Ventriculography followed angiography, performed by hand-injection. Hemostasis obtained by radial band. There were no complications.

Hemodynamic findings:
LV: 120/0/15 (S/D/ED)
Aorta: 120/70/87 (S/D/M)
No gradient noted on LV-Aorta pullback.

Angiographic findings:

LEFT MAIN: Normal

LEFT ANTERIOR DESCENDING: Diffuse 30% proximal stenosis

LEFT CIRCUMFLEX : Large dominant without measurable stenosis.

RIGHT CORONARY ARTERY: Mild nondominant without significant stenosis.

LEFT VENTRICULOGRAM: Suboptimal for determination of LVEF appears relatively preserved in the 55 to 60% range.

Impression: Despite her risk factors and typical symptoms, Mrs. Galyon has no angiographically significant CAD

Plan: She may taper off her nitrates. She will be reassured. She will maintain on vigorous risk factor modification to prevent progression and promote regression of her mild CAD. Should her chest pain persist, additionally etiology should be sought.

Signed,

Stuart Bresee, M.D.

**Instructions to Medical Records:**
Timothy Collins, MD

END REQUEST

*Electronically Signed By: BRESEE MD, STUART J 04/25/2022 12:45 EDT*
*Authenticated By: BRESEE MD, STUART J 04/25/2022 12:45 EDT*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:36AM 8655237751 No. 5447 P. 2/18

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

1003

FIN: 18440200030
GALYON, ROBERTA L
DOB:
ADM: 04/25/22
MRN: 1844020

Cardiac Cath Pre Procedure Orders
Page 1 of 2

NAME: Roberta Galyon MEDREC#: 1844020 PHYSICIAN: Stuart J Bresee MD DATE: 4/25/2022

Cardiac Cath Pre Procedure Orders

4/25/22 1030

**Nursing Orders**

*Communication Orders*

- ☑ Patient is a candidate for sedation based on assessment
- ☑ Communication to Nurse, *If patient on metformin product do not restart for 48 hours*

*Patient Education*

- ☑ Tobacco Cessation Materials, *Access via Isrite*
- ☑ Provide Patient Education, *Begin cath teaching in unit or Cath Lab.*

**Treatments/Procedures**

*Permit/Consents*

- ☒ Permit, Get Signed (Specify), *Left heart catheterization with possible percutaneous transluminal coronary angioplasty and possible coronary stent, Surgeon:* ______
- ☑ Permit, Get Signed (Specify), *Right heart catheterization and left heart catheterization with possible percutaneous transluminal coronary angioplasty and possible coronary stent, Surgeon:* ______
- ☑ Permit, Get Signed (Specify), *Right heart catheterization, Surgeon:* ______

*Lines/Tubes/Drains*

- ☑ IV Access, Peripheral, *Insert IV Access*

*Miscellaneous Orders*

- ☑ Cardiac Telemetry
- ☑ Void on call to Cath Lab, *Assist patient to bathroom.*

*Surgical Prep*

- ☑ Clip and prep, ☐ *Right groin,* ☐ *Left groin,* ☐ *Bilateral groins,* ☑ *Right wrist,* ☐ *Left wrist*

**Diet**

- ☑ Diet NPO, *Except medications.*

**IV Solutions**

*IV Fluid*

- ☐ Sodium Chloride 0.9% *1,000 mL, IV,* ☐ *100 mL/hr,* ☐ *75 mL/hr,* ☐ *125 mL/hr,* ☑ *150 mL/hr*

*Sodium Bicarbonate cont. IV Fluids*

- ☐ sodium bicarbonate 150 mEq + sterile water for injection1000 mL, *1,000 mL, IV,* ______ *mL/hr, Duration:* ______ *hr*
  *Comments: Start 3 hours before procedure. Rate 3 mL/kg/hr for 1 hour then 1 mL/kg/hr. Continue IVF for 1 liter or ______ hours, then INT.*

**Medications**

*Pharmacy Communications*

- ☑ Pharmacy Communication, *metformin med review, Comments: If patient on a metformin product do not restart for 48 hours.*

*Pre-Procedure Medications*

- ☒ diazepam *5 mg, PO, ON CALL 1 TIME, Dose Form: TAB, Comments: On call to cath lab.* **And**
- ☒ diphenhydrAMINE *50 mg, PO, ON CALL 1 TIME, Dose Form: TAB, Comments: on call to cath lab.*
- ☑ aspirin *81 mg, PO, 1TIME, NOW, Dose Form: TAB CHEW, Comments: for platelet inhibition. If not already taken.*

*(Orders continued on next page)*

09:32am

Date/Time 4252022 1100 POS-0115-444a ______ MD/DO MD Contact # (865) 544-2800

Medical Records — Cardiac Cath Pre Procedure Orders Page 1 of 2 — Orders 951138 (Rev 01/21/15)

4/25/2022

SCANNED

Stuart J Bresee MD



Lincoln/Galyon 0961

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 879 of 1691 PageID #: 1012

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:37AM 8655237751 No. 5447 P. 3/18

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

1003

FIN: 18440200030
GALYON
DOB
ADM
MRN: 1844020

**Cardiac Cath Pre Procedure Orders**
Page 2 of 2

NAME: Roberta Galyon MEDREC#: 1844020 PHYSICIAN: Stuart J. Breeze MD DATE: 4-25-2022

**Cardiac Cath Pre Procedure Orders continued**

<u>Radiology</u>
*Diagnostic X-Ray*
- ☐ CXR, 2 Views, *Priority: ASAP, Reason for Exam: Pre Heart Cath*

<u>Diagnostic Tests</u>
*Cardiac*
- ☐ EKG, *Priority: ASAP, Reason for Exam: Pre Heart Cath*

<u>Laboratory</u>
*STAT Labs*
- ☐ CBC with Automated Differential, *STAT*
- ☐ BMP (CHEM 7), *STAT*
- ☐ CMP, *STAT*
- ☐ PT with INR, *STAT*
- ☐ PTT, *STAT*
- ☐ Lipid Profile, *STAT*

SCANNED

E Wukro @0932am 4/25/2022

Jennifer Ward RN 4/25/22 1030

Date/Time 4-25-2022 1100 POS-0115-444b [signature] MD/DO MD Contact # (865) 544-2800
Medical Records Cardiac Cath Pre Procedure Orders Page 2 of 2 Orders 951138 (Rev 01/21/15)

Stuart J. Breeze MD



Lincoln/Galyon 0962

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

ORDERS AND PROGRESS NOTES

FIN: 18440200030
GALY
DOB:
ADM:
MRN: 1844...

NAME: ______ MED REC #: ______ PHYSICIAN: ______ RM#: ______

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Always write | 0.1 mg | 1 mg | Daily | Unit | Every other day | International unit | Magnesium sulfate | Morphine |
| Never use | .1 mg | 1.0 mg | QD | U | QOD | IU | Mg $SO_4$ or $MSO_4$ OR MS | MS or $MSO_4$ |

| DATE | TIME | PHYSICIAN'S ORDERS | DATE | TIME | PROGRESS NOTES |
|---|---|---|---|---|---|
| 4-25-22 | 1202 | Versed 2 mg IV | | | Heart failure in last 2 weeks? Yes No |
| | | Fentanyl 25 mcg IV | | | NYHA Class: I II III IV |
| | | Nitroglycerin 100 mcg IA | | | Acute / Chronic Systolic / Diastolic |
| | | Verapamil 1.5 mg IA | | | Dominance: Right Left Co-dominant |
| | | Heparin 4200 units IV | | | |

4-25-22 1235

Orders & Progress Notes
932423 (Dev /04, 6/08, 3/09)



Lincoln/Galyon 0963

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 ALCOA HIGHWAY ♦ KNOXVILLE, TN 37920
(865) 305-9000

5217

FIN:18440200030
GALY ROBERTA L
DOB
ADM:04/
MRN:1844020

## SEDATION RECORD

DATE OF PROCEDURE 4-25-22 PROCEDURE LHC
PHYSICIAN Dr. Bruce LOCATION CW2

### Pre-Procedure Assessment

Nursing Assessment has been completed and reviewed ☐

Medications Reviewed ☐

Prep ______
Completed ☐ N/A ☐

Allergies Reviewed ☐
Note:

Pre-op Meds Time

IV Access: ______

Prior history of adverse reaction to sedation or anesthesia
Yes ☐ No ☐

Last PO Intake:

H&P ☐ Consent ☐

| Time | B/P | Pulse | Resp | O2 Sat | Pain | Temp * | Level of Consciousness | Respiratory | Circulatory | Activity | Total Criteria/Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Time Out: Completed ☐

Melanie Simpson RN RN Date 4-25-22 Time 1202

### Assessment by Physician Prior to Procedure (Complete each section)

☑ Patient is a suitable candidate for planned sedation based on assessment and

☑ Patient reevaluated immediately prior to procedure. May begin medications for moderate sedation.

ASA Class
☐ *ASA I* Normal healthy patient
☐ *ASA II* Patient with mild systemic disease
☐ *ASA III* Patient with severe systemic disease
☐ *ASA IV* Patient with severe systemic disease that is a constant threat to life
☐ *ASA V* Moribund patient who is not expected to survive without the operation

Mallampati Classification Score
☐ *Class I* ☐ *Class III*
☑ *Class II* ☐ *Class IV*



### Medication Orders/Administration

☒ Pull medication(s) for sedation Versed & Fentanyl

[signature] MD Contact# 4005 Date 4-25-22 Time 1202

### Procedure

| | | | | | | | Total | RN Signature |
|---|---|---|---|---|---|---|---|---|
| Fentanyl | Dose / Time | | | | | | | |
| | Dose / Time | | | | | | | |
| | Dose / Time | | | | | | | |
| | Dose / Time | | | | | | | |

### Monitoring During Procedure

**Pre Assessment completed immediately prior to procedure as documented on first line below to include Time, B/P, Pulse, Resp, $O_2$ Sat, LOC and $ETCO_2$ if indicated (Record VS q 5 minutes)**

| Time | B/P | Pulse | Resp | Temp * | O2 Sat | ETCO2 ** | Level of Consciousness (Record every 10 minutes) | Nurses Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |
| | | | | | | | 3 2 1 0 | |

* Temperature when applicable ** $ETCO_2$ - for deep sedation and moderate sedation whose ventilation cannot be directly observed; End-tidal $CO_2$ measurement may not be indicated during bronchoscopy.

______ MD Contact# ______ Date ______ Time ______

Sedation Record 932272



Lincoln/Galyon 0964

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

NAME ______________________ MR# ________________ ENCOUNTER# __________________ DATE __________

## Post-Procedure Assessment

Monitoring will continue every 10 minutes for 1 hour after the last dose of sedation or until patient meets discharge criteria and/or returns to pre-sedation status. Patients receiving reversal agents will be monitored for a minimum of 2 hours.

| Time | B/P | Pulse | Resp | $O_2$ Sat | Pain | Level of Consciousness | Respiratory | Circulatory | Activity | Total Criteria/ Score | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |
| | | | | | | 3 2 1 0 | 3 2 1 0 | 2 1 0 | 2 1 0 | | |

**Adult discharge criteria = score of 10 Infant/toddler discharge criteria = score of 9 OR ☐ Patient returned to pre-sedation status**

| | | | | | |
|---|---|---|---|---|---|
| **Consciousness** *(Adult)* | 3<br>2<br>1<br>0 | Awake, responds easily, A&O x 3 (or returned to baseline)<br>Responds readily, but easily falls asleep<br>Arousable, but not readily<br>Not responding | **Consciousness** *(Infant/Toddler)* | 2<br>1<br>0 | Awake (or returned to baseline)<br>Responding to stimuli<br>Not responding |
| **Circulatory** *(Both)* | 2<br>1<br>0 | BP and pulse within baseline limits<br>BP and pulse approaching baseline limits<br>Abnormally high or low BP and/or abnormally fast or slow pulse | **Respiratory** *(Both)* | 3<br>2<br>1<br>0 | Breathes easily with adequate volume<br>Slightly decreased rate and/or volume<br>Labored or limited respiration<br>Apnea or inadequate ventilation |
| **Activity** *(Adult)* | 2<br>1<br>0 | Able to move extremities voluntarily or on command (or returned to baseline)<br>Voluntary movement - nonpurposeful<br>Unable to lift head or move extremities | **Activity** *(Infant/Toddler)* | 2<br>1<br>0 | Moving limbs purposefully (or returned to baseline)<br>Moving limbs nonpurposefully<br>Not moving |
| **Pain Score** *(Both)* | 0 None 1 – 2 Mild 3 – 4 Moderate 5 - 6 Severe 7 - 8 Very Severe 9 – 10 Worst Possible | | | | |

| H U R T Score (Pain score for non-verbal patients) | | | |
|---|---|---|---|
| High Pulse? | 0<br>RR less than 30<br>HR less than 110 | 1<br>RR 30 to 40<br>HR 110 to 130 | 2<br>RR >40<br>HR > 130 |
| Uncomfortable? | 0<br>Moving calmly | 1<br>Squirming, wiggling, fidgeting | 2<br>Very tense, thrashing |
| Really Miserable? | 0<br>Calm, relaxed demeanor | 1<br>Will relax with voice or touch | 2<br>Miserable, cannot be calmed despite all attempts |
| Tense? | 0<br>Relaxed, calm, appears comfortable | 1<br>Tense, moving arms and legs | 2<br>Kicking legs or thrashing |
| Scowling? | 0<br>No negative expression on face | 1<br>Occasional scowl, frown or grimace | 2<br>Frequent scowl, frown or grimace |
| Subtotals | | "H" Hurt Score | |

| Post-Anesthesia Assessment (Required When a General Anesthetic Agent Is Used) | | | | | | |
|---|---|---|---|---|---|---|
| Time | Temp | B/P | HR | Resp | $O_2$ Sat | Pain Level |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| Postop Hydration Acceptable | Yes / No | Mental Status/ Level of Consciousness Acceptable | Yes / No | Comments: |
| Nausea Controlled | Yes / No | Pain Control Adequate | Yes / No | |

Provider to complete blue sections above

_________________________ MD Contact# __________ Date__________ Time________________

**Inpatients** Transferred to: ___________ Time: ___________ Report given to: ______________________

**Outpatients** Patient discharged to: __________________ Time: __________ Via: ☐ Wheelchair ☐ Stretcher ☐ Ambulatory

Discharge instructions given to: __________________________________

________________________________ RN Date ____________ Time ___________

Sedation Record 932272- Nursing (Dev 8-01 Rev 3/09,11/11, 3/12, 12/12, 2/16, 3/17, 9/20)



Lincoln/Galyon 0965

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

FIN: 18440200030
GALYON,
DOB:
ADM:
MRN: ...4020

# PRELIMINARY CARDIAC CATHETERIZATION REPORT

NAME Dr Bresee MR# DOB: DATE: 4-25-22
Cardiologist Catheters Used:
Fluro Time: Contrast Used: Total Amt: cc Approach Referring Physician Dr Timothy Collins

**Type of Procedure**

- ☐ Cardiac Catheterization
  - Left
  - Right
  - Combined Left & Right
- ☐ Ventriculogram
  - Left
  - Right
- ☐ Coronary Arteriogram
  - Left
  - Right
  - Combined Left & Right
- ☐ CABG
- ☐ Aortogram
- ☐ Stent

Nurses Signature

**Hemodynamic Data**

| Pressures | | | Mean | %Sat |
|---|---|---|---|---|
| RA | A: | V: | | |
| RV | S | ED: | | |
| PA | S: | D: | | |
| PCWP | A: | V: | | |
| LV 120 | S: D | ED: 15 | | |
| AO | S: | D: | | |
| Other | | | | |

| Angiographic Data |
|---|
| EF% |
| Mitral Regurgitation |
| Wall Motion |
| Cardiac Output TD / Fick |

**Additional Information:**

Anginal Class w/in 2 weeks: No Symptoms: (CIRCLE ONE)
CCS: I II III IV

CAD Presentation: (CIRCLE ONE) No Symptoms/ No angina
Symptoms Unlikely to be ischemic
Stable Angina/ Unstable Angina
Non STEMI/ STEMI

Stress Imaging: Yes or No Positive or Negative
If positive: Low Intermediate High

Heart Failure w/in 2 wks: Yes or No
If Yes NYHA Class I II III IV
☐ acute ☐ chronic
☐ systolic ☐ diastolic

Dominance: (CIRCLE ONE)
Right Left Co-Dominant

| Arteries | % Stenosis |
|---|---|
| Left Main | |
| LAD | Proximal MID Distal |
| Diagonal | |
| Circumflex | |
| Ramus Intermedius | |
| Obtuse Marginal | |
| Left Posterior Descending Artery Left Posterior Lateral | |
| RCA | |
| Right Posterior Descending Artery Right Posterior Lateral | |
| Grafts | |
| | |
| | |
| | |




Physician Signature
Contact #
Date/Time

Prelim Cardiac Cath Report
939435 – Heart Lab (Dev 3/09, Rev 5/10, 3/11)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:37AM 8655237751 No. 5447 P. 5/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-5612

April 14, 2022
Page 1

**Roberta Galyon** (307822) DOB:
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - Internal Other: Pre-Cert Request**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: UHS- Pre Cert**

**Patient Name:** Roberta Galyon
**Date of Birth:**
**Patient Responsible Provider:** Stuart J Bresee MD FACC

**Order:** 93458 - Cors & LHC (+/- Ltvgram) [CPT-00000]

**Diagnosis:** Coronary atherosclerosis of native coronary artery (ICD-414.01)( ICD10-I25.10), Chest pain (ICD-786.50)( ICD10-R07.9)

**Procedure Date:** 04/25/2022
**MD Performing Procedure:** Stuart J. Bresee, M.D.
**Facility:** UT Medical Center

**Auth Requested By:** Susan E Tharpe, April 5, 2022 5:06 PM

**Pre-Cert Company:** BCBSTN
**Auth Status:** No Auth Required
**Auth Taken By:** Tracy J Foster, April 5, 2022 6:38 PM

**Electronically signed by Tracy J Foster on 04/05/2022 at 6:38 PM**

* Auth (Verified) *

Apr. 21. 2022 7:37AM 8655237751 No. 5447 P. 6/18

# Patient Profile

**Resp Provider:** Stuart J Bresee MD FACC **Patient Balance:** $ 0.00

***PATIENT INFORMATION***

**Name:** Roberta Galyon

**Preferred:** Roberta
**Address:**
**City,State:**
**Alt Address:**
**Alt City,State:**
**Phone:** [redacted] [ ]Home [ ]Work [X]Other
**Phone:** [ ]Home [ ]Work [X]Other
**Phone:** [ ]Home [ ]Work [X]Other

**Patient ID #:** 307822 **Sex:** [ ]M [X]F
**Date of Birth:** **SSN:**
**Marital Status:** [ ]Married [ ]Single [ ]Divorced
**Referring Physican:**
**Primary Physician:**
**Preferred Language:**
**Ethnicity:**
**Race:**
**Email:**
**Contact By:**

***PATIENT EMPLOYMENT***

[ ]Employed [ ]Retired [ ]Unemployed [X]Other

**Phone:**
**Employer:**

***CONTACTS***

| | | |
|---|---|---|
| Stuart J Bresee | Provider | (865) 544-2800 |
| Timothy Collins | PCP | (423) 263-0722 |

***GUARANTOR***

[X]Same as Patient
**Name:** Roberta Galyon
**Address:** 115 County Rd 558
**City,State:** Athens, TN 37303

***EMPLOYMENT***

**Employer:**
**Phone:** (423) 506-8362
**Alt Phone:**
**Social Security #:**
**Date of Birth:** 3/18/1965

***PRIMARY INSURANCE***

[X]Same as Patient [ ]Same as Guarantor [ ]Other

**Insured Party:** Roberta Galyon
**Insured Phone:** (423) 506-8362
**Company:** Blue Cross
**Address:** 1 Cameron Hill Circle Suite 0002
**City,State:** Chattanooga, TN 37402-0002

**Copay Amount:**
**Relationship to Primary Insured/Guarantor:** Self
**Social Security #:**
**Insured ID:** STTS00383345
**Policy Group:** 80800
**Date of Birth:** 3/18/1965

***SECONDARY INSURANCE***

[ ]Same as Patient [ ]Same as Guarantor [ ]Other

**Insured Party:**
**Insured Phone:**
**Company:**
**Address:**
**City,State:**

**Relationship to Secondary Insured/Guarantor:**
**Social Security #:**
**Insured ID:**
**Policy Group:**
**Date of Birth:**

04/05/2022



Lincoln/Galyon 0968

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

No. 5447 P. 7/18

of Tennessee

Tennessee State
Group Insurance
Program

**SCOTT A**
**GALYON**

Member ID
**STTS00383345**

| PLAN: | Deductible | Out-of-Pocket Max |
|---|---|---|
| | IN NETWORK | |
| | Ind. $500 | Ind. $3600 |
| | Fam. $1000 | Fam. $7200 |
| | OUT OF NETWORK | |
| | Ind. $1000 | Ind. $7200 |
| | Fam. $2000 | Fam. $14400 |

**Group No.** 80860
**BLUE NETWORK: S**
**Premier PPO**

PPO

**PLAN: Copayments**
Office Visit $25
Specialist Visit $45
ER Visit $150
Urgent Care $45
PhysicianNow $15
Retail Clinic $25

Apr. 21. 2022 7:37AM 8655237751

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *



Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:37AM 8655237751 No. 5447 P. 4/18

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

1262

FIN:18440200030
GALYON, ROBERTA L
DOB 57Y F
ADM:
MRN:1844020

**OUTPATIENT TREATMENT/PROCEDURE REQUEST (PART A)**

Upon completion return to Order Management or fax to 865-305-6131.

X PATIENT: Roberta Galyon MR#: 1844020 DOB: SS#:

X DIAGNOSIS/REASON FOR VISIT: Chest Pain R07.9 ASHD I25.10

X ORDERS: (For patients requiring multiple encounters for the same service in the same month, specify frequency and duration):

Left heart catheterization possible PCI/stent.

PRECAUTIONS/COMMENTS:

PLANNED DATE OF SERVICE: 4/25/2022 INSURANCE PLAN PRECERT/AUTHORIZATION (if needed)

* PART B - Required only for patients receiving sedation or having invasive procedures. A current (within 30 days) office History and Physical with diagnostic results may be faxed to 305-8886 in lieu of Part B.

SIGNIFICANT MEDICAL HISTORY/PHYSICAL:

ALLERGIES:

MEDICATIONS:

PHYSICAL/VITAL SIGNS:

HEENT:

CNS:

CARDIOVASCULAR:

LUNGS:

OTHER:

MUST PROVIDE ASA CLASSIFICATION FOR PEDIATRIC SEDATION:(see back)

COMMENTS:

Send additional report to:

X [signature] (865) 544-2800 4/14 2022 1400
M.D. SIGNATURE Contact# Date Time

Stuart J Baker MD

OP Tx/Proc Rqst w/ H&P
939378 - OP Services (Rev 10/04, 3/09)

Facility: UTMH



Lincoln/Galyon 0971

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:39AM 8655237751 No. 5447 P. 16/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 1

FIN:18440200030
GALYON, ROBERTA L
DOB 57Y F
ADM:04/25/22
MRN:1844020

**Roberta Galyon** (307822) DOB: 03/18/1965
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 030 Labs: CBC With Differential/Platelet, Basic Metabolic Panel (8), P ...**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

Patient: ROBERTA GAYLON
ID: Labcorp 09546206350
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC With Differential/Platelet (005009)

| | | | |
|---|---|---|---|
| | WBC | 7.9 x10E3/uL | 3.4-10.8 |
| | RBC | 4.91 x10E6/uL | 3.77-5.28 |
| | Hemoglobin | 14.4 g/dL | 11.1-15.9 |
| | Hematocrit | 42.8 % | 34.0-46.6 |
| | MCV | 87 fL | 79-97 |
| ! | MCH | 29.3 pg | 26.6-33.0 |
| ! | MCHC | 33.6 g/dL | 31.5-35.7 |
| ! | RDW | 13.5 % | 11.7-15.4 |
| | Platelets | 320 x10E3/uL | 150-450 |
| | Neutrophils | 59 % | Not Estab. |
| | Lymphs | 30 % | Not Estab. |
| ! | Monocytes | 8 % | Not Estab. |
| ! | Eos | 2 % | Not Estab. |
| ! | Basos | 1 % | Not Estab. |
| ! | Neutrophils (Absolute) | 4.6 x10E3/uL | 1.4-7.0 |
| ! | Lymphs (Absolute) | 2.6 x10E3/uL | 0.7-3.1 |
| ! | Monocytes(Absolute) | 0.6 x10E3/uL | 0.1-0.9 |
| ! | Eos (Absolute) | 0.2 x10E3/uL | 0.0-0.4 |
| ! | Baso (Absolute) | 0.1 x10E3/uL | 0.0-0.2 |
| ! | Immature Granulocytes | 0 % | Not Estab. |
| ! | Immature Grans (Abs) | 0.0 x10E3/uL | 0.0-0.1 |
| ! | NRBC | 0 % | 0 - 0 |

Tests: (2) Basic Metabolic Panel (8) (322758)

| | | | |
|---|---|---|---|
| Glucose | [H] | 115 mg/dL | 65-99 |
| BUN | | 23 mg/dL | 6-24 |
| Creatinine | | 0.68 mg/dL | 0.57-1.00 |
| eGFR | | 102 mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | [H] | 34 | 9-23 |
| Sodium | | 141 mmol/L | 134-144 |
| Potassium | | 4.7 mmol/L | 3.5-5.2 |
| Chloride | | 101 mmol/L | 96-106 |
| Carbon Dioxide, Total | | 24 mmol/L | 20-29 |
| Calcium | | 9.9 mg/dL | 8.7-10.2 |

Tests: (3) Prothrombin Time (PT) (005199)

| | | | |
|---|---|---|---|
| ! | INR | 1.0 | 0.9-1.2 |

Reference interval is for non-anticoagulated patients.
Suggested INR therapeutic range for Vitamin K
antagonist therapy:

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

**The University of Tennessee Medical Center**

**Discharge Instructions Summary**

1372

**Signature pages stay with the chart:**
**Name:** GALYON, ROBERTA L **Date:** 04/25/2022 15:28:32
**MRN:** 1844020 **FIN:** 18440200030

GALYON, ROBERTA L has been given the following list of patient education materials and follow-up instructions:
Patient Education Materials:
Caregiving
Fall Prevention in the Home, Adult, Easy-to-Read
Neurology
Radial Site Care
Nutrition
Heart-Healthy Eating Plan, Easy-to-Read
Pharmacology
Moderate Conscious Sedation, Adult, Care After
Preventive Health
Heart Disease Prevention
Radiology
Coronary Angiogram

Follow-Up Instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| STUART BRESEE | University Cardiology; Sweetwater Hospital; 304 Wright Street Sweetwater, TN 37874 (865) 544-2800 Business (1) | 08/02/2022 2:30 PM |

**Comments:**
Call for an appointment to see Dr. Bresee in the UT ER office for any problems or issues related to the catheterization itself before your scheduled appointment.

I, GALYON, ROBERTA L, have received the above patient education materials/instructions and have verbalized understanding:

Patient Signature ______ Responsible Adult [signature] Relationship Spouse Date 4/25/22

Registered Nurse Signature [signature] RN Date 4/25/22 1600

Person Full Name GALYON, ROBERTA L MRN (Encounter Alias) 1844020 Gender Female 28 of 31 FIN NBR (Encounter Alias) 18440200030 Apr/25/2022 15:28:37

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 5/10/2022
FIN: 18440200032 Discharge Date: 5/10/2022
Date of Birth:

Anesthesia Record

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center
(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

Complete Locked PreOp H & P 5/10/2022 11:53:00

**BIRTHDATE:**
NAME: Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **ADMIT DATE:** 05/10/22 11:38
**Acct#:** 18440200032
**Surgeon:** KLEPPE, KYLE

## History

**Findings**
ESTABLISHED PATIENT - Yes(c)
ADMIT TYPE - Outpatient - Ambulatory Surgery - ASU(a)
HISTORY OF PRESENT ILLNESS - 57 yo F w/ dx/k44.9 cpt/43281 presenting for robotic recurrent hiatal hernia repair(c)
ANTICIPATED SURGERY DATE - 05/18/22 07:30(a)
SOCIAL HISTORY - .Denies x3(c)
CASE PHYSICIAN - KLEPPE, KYLE(a)
HISTORY OF ANESTHESIA PROBLEMS - Postoperative Nausea and/or Vomiting(c), Headaches after anesthesia(c)
FAMILY HISTORY OF ANESTHESIA PROBLEMS - .Denies(c)
PROPOSED OPERATION - robotic recurrent hiatal hernia repair(a)
SURGICAL DIAGNOSIS - dx/k44.9 cpt/43281(a)
PAST SURGICAL HISTORY - Bilat feet neuromas(c), Cataract removal bilat lens(c), Ganglion cyst R wrist(c), Hysterectomy partial(c), Partial knee replacement(c), 05/19/21 - ROBOTIC HIATAL HERNIA REPAIR(c), Cholecystectomy (c), Right TKR(c), Manipulation of right TKR(c), 04/25/22 - HEART-LEFT CATHETERIZATION(c)
ALLERGIES - NKA: (c)
PREVIOUS INTRAOP RECORD - 04/25/22 - HEART-LEFT CATHETERIZATION(c)
ANTIBOTIC RESISTANCE PRECAUTIONS - .Denies(c)

## Cardiovascular

**Normal**
CORONARY ARTERY DISEASE - .Denies(c)
MYOCARDIAL INFARCTION - .Denies(c)
HYPERTENSION - .Denies(c)
CONGESTIVE HEART FAILURE - .Denies(c)
Congenital Heart Disease - .Denies(c)

**Findings**
FUNCTIONAL CAPACITY - Moderate (4-6 METs - walk 2 blocks; climbing stairs). Pt. is slowed down by right knee pain and uses a cane for balance, per pt(c)
CARDIAC SYMPTOMS - Palpitations(c)
Do you have new or worsening chest pain, shortness of breath, or difficulty breathing while lying flat and/or sleeping? - No(c)
Have you recently passed out or nearly passed out? - No(c)
Do you have chest pain or shortness of breath with exertion that is new, recently worse, or never evaluated? - No(c)
DYSRHYTHMIAS/Pacemaker/ICD - Occas. palpatations(c)

## Neuro/Pain

**Normal**
SEIZURES - .Denies(c)
MENTALLY HANDICAPPED - .Denies(c)
DEMENTIA - .Denies(c)
THIS SURGERY FOR CHRONIC PAIN? - .Denies(c)
TRAUMATIC BRAIN INJURY - .Denies(c)

**Findings**
NEURO SIGN/SX - Migraine headaches(c), Numbness or tingling bilat feet r/t DM(c), Balance issues d/t right knee pain. per pt(c)
NEURO CONDITIONS - Restless Leg Syndrome(c), Chiari Malformation f/b Dr. Nodit (Neuro, here in Knoxville)(c), Narcolepsy(c)

## Pulmonary

**Normal**
ASTHMA - .Denies(c)
COPD - .Denies(c)
OTHER PULMONARY DISEASES - .Denies(c)

**Findings**
Have you had COVID-19 in the last 90 days? - No(c)
PULMONARY SYMPTOMS - Seasonal allergies(c), Baseline(c) Cold, Flu, Pneumonia, Lung Infection - Has not had COVID vaccine(c)
Covid Vaccine Status - Unvaccinated(c)

## Heme/Onc

**Normal**
BLEEDING DIATHESIS / THROMBOTIC BLEEDING - .Denies(c)
SYSTEMIC INFECTION - .Denies(c)
MALIGNANCY - .Denies(c)
Potential TXA Contraindication(s) - .Denies(c)

**Findings**
PREVIOUS TRANSFUSION - Yes in 2017 after MVA. No reaction reported, per pt(c)
OTHER - HEME - Anemia Iron Deficiency(c)
ANTICOAGULATION - YES: Aspirin 81 mg orally daily, per pt. Prevention Heart Health Last Dose Taken: to be instructed by surgeon(c)

* Auth (Verified) *

*3070*

**The University of Tennessee Medical Center**

**(865) 305 9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**Complete Locked PreOp H & P 5/10/2022 11:53:00**

**BIRTHDATE:**
NAME: Galyon, Roberta L
**MRN:** 1844020

## **GI

**Normal**
HEPATITIS - .Denies(c)
CIRRHOSIS - .Denies(c)

**Findings**
GI
SIGNS/SYMPTOMS~SYMPTOMS - Constipation(c), Diarrhea(c), Rectal Incontinence(c)
OTHER LIVER DISEASE - Fatty Liver- no liver bx. in past, per pt(c)

## Endocrine

**Normal**
THYROID - .Denies(c)
ADRENAL TUMOR OR CONDITION - .Denies(c)

**Findings**
DIABETES - YES: Type: Type 2 Status: Controlled Treatment: Trulicity Duration: 2000 Chronic Complications: Peripheral Neuropathy Acute Complications: Symptomatic Hypoglycemia Blood Glucose Check: Never A1C Level: unknown Hypoglycemia Frequency: Rarely(c)
OTHER ENDOCRINE - Obesity(c)

## GU/GYN

**Normal**
RENAL DISEASE - .Denies(c)
GYN ONC - .Denies(c)

**Findings**
OTHER GU - Nephrolithiasis(c), Urinary Stress Incontinence(c)
GYN - Hysterectomy in 2005(c)
PREGNANT - No(c)
PREGNANCY TEST DOS - No(c)
Sugammadex - Not Applicable(c)
BREAST FEEDING - .Denies(c)

## **Musculoskeletal

**Normal**
None

**Findings**
ARTHRITIS - YES: Type: Osteoarthritis Location: bilat knees, hands(c), YES: Type: Osteoarthritis Location: Back, hands and knees, per pt Cardiopulmonary Involvement: No Treatments: None(c)
OTHER MUSCULOSKELETAL - Lower back malformation, has a dimple(c), Right TKR- still hurts, per pt(c)

## Physical Exam

**Findings**
BODY HABITUS - Normal(c)
AIRWAY - RN ASSESS - Mallampati II(c), Greater than or equal to 3cm mouth opening(c), H to M greater than or equal to 6 cm(c), C-Spine Normal(c), Neck anatomy Thick, obese(c)
Body Mass Index - 29.3()
LUNG FIELDS - Clear Bilat(c)
Ideal Body Weight - 57()
CARDIAC - Bradycardia(c), No Murmur Noted(c), Regular Rhythm(c)
Ideal Body Weight % - 140()
LOC - Alert & Oriented x 3(c)
INTEGUMENT - No gross rashes or lesions present(c)
BP SYSTOLIC - 125(c)
LAB RESULTS - Reviewed(c)
WEIGHT (lb) - 175.0(c)
BP DIASTOLIC - 70(c)
Weight Determined By - Actual Measurement(c)
HEART RATE - 52(c)
HEIGHT (in) - 65(c)
O2 % - 98(c)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**BIRTHDATE:**

NAME: Galyon, Roberta L

**MRN:** 1844020

**Complete Locked PreOp H & P 5/10/2022 11:53:00**

**Cardiovascular**
Findings - CV - OTHER - Hyperlipidemia(c), Valvular Disease Mitral Valve leaks, per pt. F/B Dr. Stuart Bresee. Recent heart cath- good. Last seen in 04/2022. He is aware of this surgery and is ok with pt. having it done, per pt(c)

**Cardiovascular**
Findings - PERIPHER VASCULAR DISEASE - Carotid/Vertebral Disease f/b Dr. Micheal Freeman, carotid stenosis--just watching at this point, per pt(c)

**Cardiovascular**
Findings - INTERPRETATIONS - EKG: Date: 4/5/2022 Rhythm: Normal sinus Other Findings: Normal EKG(c), RESTING ECHO: Date: 4/11/2022 Study Type: Transthoracic LV Function: LVEF=63% Valve Anatomy: Mild mitral regurgitation Other: There is normal left ventricle wall thickness. Left ventricle systolic function is normal(c), CATH: Date: 4/25/2022 LV Function: LVEF appears relatively preserved in the 55-60% range Coronary Anatomy: Right coronary artery: Mild nondominant without significant stenosis Other: Mild CAD(c)

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA: AGE GREATER THAN 50? - 1 - Yes()

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA - YES: Status: Moderate Treatment: Treated - Non-Compliant(c)

**Pulmonary**
Findings - SNORING - Yes(c)

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA: GENDER MALE? - 0 - No()

**Neuro/Pain**
Findings - CORTICOSTEROID USE HISTORY - Remote less than 12 months(c)

**Neuro/Pain**
Findings - PSYCHIATRIC DISORDER - Anxiety disorder Treated with medications(c), Depression Treated with medications(c), Panic Attacks (c)

**Neuro/Pain**
Findings - CHRONIC PAIN - Chronic back and bilat. LE pain, per pt(c)

**Heme/Onc**
Findings - NSAIDs - To contact surgeon regarding continuing/stopping before surgery.(c)

**GI**
Findings - OTHER GI~OTHER - GERD/Reflux(c), Hx of esophageal dilation(c), Hiatal Hernia-05/19/21 - ROBOTIC HIATAL HERNIA REPAIR. Now coming in for "touch-ups", per pt(c), Poss. IBS(c)

**GI**
Findings - NUTRITIONAL STATUS - Normal(c)

**Musculoskeletal**
Findings - Autoimmune Disorders - Some type of muscle problem but not fibromyalgia, per pt(c)

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center
(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

| | |
|---|---|
| **BIRTHDATE:** | |
| NAME: | Galyon, Roberta L |
| **MRN:** | 1844020 |

**Complete Locked PreOp H & P 5/10/2022 11:53:00**

**Stratification**
Findings - Recommended Labs Comment - Agree(c)

**Stratification**
Findings - Stratification Explanation - Dysrhythmias: Type Tachyarrhythmia - PAT(a), Diabetes - A1C Level: Unknown(a), Diabetes - Status: Controlled(a), -SURGERY TYPE OF INTERMEDIATE + CO-MORBIDITIES = RESIDENT REVIEW REQUIRED(a), /-------------------- Co-Morbidities --------------------/(a), Diabetes: Type - Type 2(a), OSA: Status - Moderate(a), OSA: Treatment - Treated - Non-Compliant(a), Other Liver Disease - Fatty Liver(a), CV - Other - Hyperlipidemia(a)

**Stratification**
Findings - Stratification Explanation - Peripher Vascular Disease - Carotid/Vertebral Disease(a)

**Sign-off**
Electronically signed by Ruth Shipp, RN. 05/11/2022 14:06

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

ANESTHESIA PRE-OPERATIVE EVALUATION

BIRTHDATE:

NAME: Galyon, Roberta L

MRN: 1844020

**Staff List**

**Complete Locked PreOp H & P 5/10/2022 11:53:00**

1. a HL7Interfaces HL7Interfaces
2. b Jayne Lusk
3. c Ruth Shipp

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**Pre-Admission H & P 5/10/2022 11:53:00**

**BIRTHDATE:**

NAME: Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **ADMIT DATE:** 05/10/22 11:38
**Acct#:** 18440200032
**Surgeon:** KLEPPE, KYLE

## History

**Findings**

ESTABLISHED PATIENT - Yes(c)
ADMIT TYPE - Outpatient - Ambulatory Surgery - ASU(a)
ANTICIPATED SURGERY DATE - 05/18/22 07:30(a)
HISTORY OF PRESENT ILLNESS - 57 yo F w/ dx/k44.9 cpt/43281 presenting for robotic recurrent hiatal hernia repair(c)
SOCIAL HISTORY - .Denies x3(c)
CASE PHYSICIAN - KLEPPE, KYLE(a)
HISTORY OF ANESTHESIA PROBLEMS - Postoperative Nausea and/or Vomiting(c), Headaches after anesthesia(c)
FAMILY HISTORY OF ANESTHESIA PROBLEMS - .Denies(c)
PROPOSED OPERATION - robotic recurrent hiatal hernia repair(a)
SURGICAL DIAGNOSIS - dx/k44.9 cpt/43281(a)
PAST SURGICAL HISTORY - Bilat feet neuromas(c), Cataract removal bilat lens(c), Ganglion cyst R wrist(c), Hysterectomy partial(c), Partial knee replacement(c), 05/19/21 - ROBOTIC HIATAL HERNIA REPAIR(c), Cholecystectomy (c), Right TKR(c), Manipulation of right TKR(c), 04/25/22 - HEART-LEFT CATHETERIZATION(c)
ALLERGIES - NKA: (c)
PREVIOUS INTRAOP RECORD - 04/25/22 - HEART-LEFT CATHETERIZATION(c)
ANTIBOTIC RESISTANCE PRECAUTIONS - .Denies(c)

## Cardiovascular

**Normal**

CORONARY ARTERY DISEASE - .Denies(c)
MYOCARDIAL INFARCTION - .Denies(c)
HYPERTENSION - .Denies(c)
CONGESTIVE HEART FAILURE - .Denies(c)
Congenital Heart Disease - .Denies(c)

**Findings**

FUNCTIONAL CAPACITY - Moderate (4-6 METs - walk 2 blocks; climbing stairs). Pt. is slowed down by right knee pain and uses a cane for balance, per pt(c)
Do you have new or worsening chest pain, shortness of breath, or difficulty breathing while lying flat and/or sleeping? - No(c)
Have you recently passed out or nearly passed out? - No(c)
CARDIAC SYMPTOMS - Palpitations(c)
Do you have chest pain or shortness of breath with exertion that is new, recently worse, or never evaluated? - No(c)
DYSRHYTHMIAS/Pacemaker/ICD - Occas. palpatations(c)

## Neuro/Pain

**Normal**

SEIZURES - .Denies(c)
MENTALLY HANDICAPPED - .Denies(c)
DEMENTIA - .Denies(c)
THIS SURGERY FOR CHRONIC PAIN? - .Denies(c)
TRAUMATIC BRAIN INJURY - .Denies(c)

**Findings**

NEURO SIGN/SX - Migraine headaches(c), Numbness or tingling bilat feet r/t DM(c), Balance issues d/t right knee pain, per pt(c)
NEURO CONDITIONS - Restless Leg Syndrome(c), Chiari Malformation f/b Dr. Nodit (Neuro, here in Knoxville)(c), Narcolepsy(c)

## Pulmonary

**Normal**

ASTHMA - .Denies(c)
COPD - .Denies(c)
OTHER PULMONARY DISEASES - .Denies(c)

**Findings**

Have you had COVID-19 in the last 90 days? - No(c)
PULMONARY SYMPTOMS - Seasonal allergies(c), Baseline(c) Cold, Flu, Pneumonia, Lung Infection - Has not had COVID vaccine(c)
Covid Vaccine Status - Unvaccinated(c)

## Heme/Onc

**Normal**

BLEEDING DIATHESIS / THROMBOTIC BLEEDING - .Denies(c)
SYSTEMIC INFECTION - .Denies(c)
MALIGNANCY - .Denies(c)
Potential TXA Contraindication(s) - .Denies(c)

**Findings**

PREVIOUS TRANSFUSION - Yes in 2017 after MVA. No reaction reported, per pt(c)
OTHER - HEME - Anemia Iron Deficiency(c)
ANTICOAGULATION - YES: Aspirin 81 mg orally daily, per pt. Prevention Heart Health Last Dose Taken: to be instructed by surgeon(c)



Lincoln/Galyon 0980

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

ANESTHESIA PRE-OPERATIVE EVALUATION

Pre-Admission H & P 5/10/2022 11:53:00

BIRTHDATE:
NAME: Galyon, Roberta L
MRN: 1844020

## **GI

**Normal**
HEPATITIS - .Denies(c)
CIRRHOSIS - .Denies(c)

**Findings**
GI
SIGNS/SYMPTOMS~SYMPTOMS - Constipation(c), Diarrhea(c), Rectal Incontinence(c)
OTHER LIVER DISEASE - Fatty Liver- no liver bx. in past, per pt(c)

## Endocrine

**Normal**
THYROID - .Denies(c)
ADRENAL TUMOR OR CONDITION - .Denies(c)

**Findings**
DIABETES - YES: Type: Type 2 Status: Controlled Treatment: Trulicity Duration: 2000 Chronic Complications: Peripheral Neuropathy Acute Complications: Symptomatic Hypoglycemia Blood Glucose Check: Never A1C Level: unknown Hypoglycemia Frequency: Rarely(c)
OTHER ENDOCRINE - Obesity(c)

## GU/GYN

**Normal**
RENAL DISEASE - .Denies(c)
GYN ONC - .Denies(c)

**Findings**
OTHER GU - Nephrolithiasis(c), Urinary Stress Incontinence(c)
GYN - Hysterectomy in 2005(c)
PREGNANT - No(c)
BREAST FEEDING - .Denies(c)
PREGNANCY TEST DOS - No(c)
Sugammadex - Not Applicable(c)

## **Musculoskeletal

**Normal**
None

**Findings**
ARTHRITIS - YES: Type: Osteoarthritis Location: bilat knees, hands(c), YES: Type: Osteoarthritis Location: Back, hands and knees, per pt Cardiopulmonary Involvement: No Treatments: None(c)
OTHER MUSCULOSKELETAL - Lower back malformation, has a dimple(c), Right TKR- still hurts, per pt(c)

## Physical Exam

**Findings**
BODY HABITUS - Normal(c)
AIRWAY - RN ASSESS - Mallampati II(c), Greater than or equal to 3cm mouth opening(c), H to M greater than or equal to 6 cm(c), C-Spine Normal(c), Neck anatomy Thick, obese(c)
LUNG FIELDS - Clear Bilat(c)
Body Mass Index - 29.3()
CARDIAC - Bradycardia(c), No Murmur Noted(c), Regular Rhythm(c)
Ideal Body Weight - 57()
LOC - Alert & Oriented x 3(c)
INTEGUMENT - No gross rashes or lesions present(c)
Ideal Body Weight % - 140()
WEIGHT (lb) - 175.8(c)
Weight Determined By - Actual Measurement(c)
BP SYSTOLIC - 125(c)
HEIGHT (in) - 65(c)
BP DIASTOLIC - 70(c)
HEART RATE - 52(c)
O2 % - 98(c)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**BIRTHDATE:**

NAME: Galyon, Roberta L

**MRN:** 1844020

**Pre-Admission H & P 5/10/2022 11:53:00**

**Cardiovascular**
Findings - CV - OTHER - Hyperlipidemia(c), Valvular Disease Mitral Valve leaks, per pt. F/B Dr. Stuart Bresee. Recent heart cath- good. Last seen in 04/2022. He is aware of this surgery and is ok with pt. having it done, per pt(c)

**Cardiovascular**
Findings - PERIPHER VASCULAR DISEASE - Carotid/Vertebral Disease f/b Dr. Freeman, carotid stenosis--just watching at this point, per pt(c)

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA - YES: Status: Moderate Treatment: Treated - Non-Compliant(c)

**Pulmonary**
Findings - SNORING - Yes(c)

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA: AGE GREATER THAN 50? - 1 - Yes()

**Pulmonary**
Findings - OBSTRUCTIVE SLEEP APNEA: GENDER MALE? - 0 - No()

**Neuro/Pain**
Findings - CORTICOSTEROID USE HISTORY - Remote less than 12 months(c)

**Neuro/Pain**
Findings - PSYCHIATRIC DISORDER - Anxiety disorder Treated with medications(c), Depression Treated with medications(c), Panic Attacks (c)

**Neuro/Pain**
Findings - CHRONIC PAIN - Chronic back and bilat. LE pain, per pt(c)

**Heme/Onc**
Findings - NSAIDs - To contact surgeon regarding continuing/stopping before surgery.(c)

**GI**
Findings - OTHER GI~OTHER - GERD/Reflux(c), Hx of esophageal dilation(c), Hiatal Hernia-05/19/21 - ROBOTIC HIATAL HERNIA REPAIR. Now coming in for "touch-ups", per pt(c), Poss. IBS(c)

**GI**
Findings - NUTRITIONAL STATUS - Normal(c)

**Musculoskeletal**
Findings - Autoimmune Disorders - Some type of muscle problem but not fibromyalgia, per pt(c)

**Stratification**
Findings - Recommended Labs Comment - Agree(c)

**Stratification**
Findings - Stratification Explanation - Dysrhythmias: Type Tachyarrhythmia - PAT(a), Diabetes - A1C Level: Unknown(a), Diabetes - Status: Controlled(a), Diabetes: Type - Type 2(a), OSA: Status - Moderate(a), OSA: Treatment - Treated - Non-Compliant(a), Other Liver Disease - Fatty Liver(a), CV - Other - Hyperlipidemia(a), Peripher Vascular Disease - Carotid/Vertebral Disease(a), -SURGERY TYPE OF INTERMEDIATE + CO-MORBIDITIES = RESIDENT REVIEW REQUIRED(a)



Lincoln/Galyon 0982

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 900 of 1691 PageID #: 1033

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**BIRTHDATE:**

NAME: Galyon, Roberta L

**MRN:** 1844020

**Pre-Admission H & P 5/10/2022 11:53:00**

**Stratification**
Findings - Stratification Explanation - /-------------------- Co-Morbidities --------------------/(a)

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**BIRTHDATE:**
NAME: Galyon, Roberta L
**MRN:** 1844020

**Staff List**

**Pre-Admission H & P 5/10/2022 11:53:00**

1. a HL7Interfaces HL7Interfaces
2. b Jayne Lusk
3. c Ruth Shipp

Conditions of Admission

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Transcribed *

5001

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

FIN: 18440200032
Name: GALYON,ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 5/10/2022
MRN: 1844020

## CONDITIONS OF ADMISSION/TREATMENT

NAME: ROBERTA GALYON MR#: 1844020 ENCOUNTER#: 18440200032 DATE: 5/10/2022

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designees will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.**

X:______

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records – Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X ______________________ Date of signing 5/10/2022 11:41 AM
(Patient Signature)

Misha Leve ______________________ Date 5/10/2022 11:41 AM
(Witness)

______________________
(Closest relative or legal guardian)

______________________
(Relationship)

Patient is a minor ____________ years of age.

Patient is unable to consent because:

Conditions of Admission/930200 – Nursing (Rev. 3/02, 10/11)

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*3070*

# ANESTHESIA PRE-OPERATIVE EVALUATION

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway - Knoxville, TN 37920
(865) 305-9000

FIN:18440200031 GALY ...A L 57Y F 0200032
DOB:
ADM:
MRN:1844020

**Name: Galyon, Roberta L** **MR#: 1844020** **Visit Date: 5/10/2022**

| Date | PAT Orders |
|---|---|
| 05/10/2022 | CBC, BMP, ABORH/ ABSC and HbA1C today, Outside records- cardiac |

| | | |
|---|---|---|
| **History** | PAT PHONE INTERVIEW | No |
| | ANTICIPATED SURGERY DATE | 05/18/22 07:30 |
| | HISTORY OF PRESENT ILLNESS | 57 yo F w/ dx/k44.9 cpt/43281 presenting for robotic recurrent hiatal hernia repair |
| | CASE PHYSICIAN | KLEPPE, KYLE |
| | PROPOSED OPERATION | robotic recurrent hiatal hernia repair |
| | SURGICAL DIAGNOSIS | dx/k44.9 cpt/43281 |
| | PAST SURGICAL HISTORY | 04/25/22 - HEART-LEFT CATHETERIZATION<br>08/19/21 - ROBOTIC HIATAL HERNIA REPAIR<br>Bilat feet neuromas<br>Cataract removal bilat lens<br>Cholecystectomy<br>Ganglion cyst R wrist<br>Hysterectomy partial<br>Manipulation of right TKR<br>Partial knee replacement<br>Right TKR |
| | HISTORY OF ANESTHESIA PROBLEMS | Headaches after anesthesia<br>Postoperative Nausea and/or Vomiting |
| | FAMILY HISTORY OF ANESTHESIA PROBLEMS | .Denies |
| | PREVIOUS INTRAOP RECORD | 04/25/22 - HEART-LEFT CATHETERIZATION |
| | ADMIT TYPE | Outpatient - Ambulatory Surgery - ASU |
| | ALLERGIES | NKA; |
| | ESTABLISHED PATIENT | Yes |
| | SOCIAL HISTORY | .Denies x3 |
| **Neuro/Pain** | CHRONIC PAIN | Chronic back and bilat. LE pain, per pt |
| | CORTICOSTEROID USE HISTORY | Remote less than 12 months |
| | NEURO CONDITIONS | Chiari Malformation f/b Dr. Nodit (Neuro. here in Knoxville)<br>Narcolepsy<br>Restless Leg Syndrome |
| | NEURO SIGN/SX | Balance issues d/t right knee pain, per pt<br>Migraine headaches<br>Numbness or tingling bilat feet r/t DM |
| | PSYCHIATRIC DISORDER | Anxiety disorder Treated with medications<br>Depression Treated with medications<br>Panic Attacks |
| **Cardiovascular** | CARDIAC SYMPTOMS | Palpitations |
| | CV - OTHER | Hyperlipidemia<br>Valvular Disease Mitral Valve leaks, per pt. F/B Dr. Stuart Bresee. Recent heart cath- good. Last seen in 04/2022. He is aware of this surgery and is ok with pt. having it done, per pt |

Page 1 of 4

Anesthesia PreOp Eval
932165 - Anes Dept (08/08)



Lincoln/Galyon 0988

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

FIN:18440200031
GALYON, ROBERTA L
DOB:[redacted] 57Y F
ADM:[redacted]
MRN:1844020

40200032
e]

*3070*

# ANESTHESIA PRE-OPERATIVE EVALUATION

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway - Knoxville, TN 37920
(865) 305-9000

**Name: Galyon, Roberta L** **MR#: 1844020** **Visit Date: 5/10/2022**

| | | |
|---|---|---|
| | DO YOU HAVE CHEST PAIN OR SHORTNESS OF BREATH WITH EXERTION THAT IS NEW, RECENTLY WORSE, OR NEVER EVALUATED? | No |
| | DO YOU HAVE NEW OR WORSENING CHEST PAIN, SHORTNESS OF BREATH, OR DIFFICULTY BREATHING WHILE LYING FLAT AND/OR SLEEPING? | No |
| | DYSRHYTHMIAS/PACEMAKER/ICD | Occas. palpatations |
| | FUNCTIONAL CAPACITY | Moderate (4-6 METs - walk 2 blocks; climbing stairs). Pt. is slowed down by right knee pain and uses a cane for balance, per pt |
| | HAVE YOU RECENTLY PASSED OUT OR NEARLY PASSED OUT? | No |
| | PERIPHER VASCULAR DISEASE | Carotid/Vertebral Disease f/b Dr. Micheal Freeman, carotid stenosis--just watching at this point, per pt |
| **Pulmonary** | COLD, FLU, PNEUMONIA, LUNG INFECTION | Has not had COVID vaccine |
| | COVID VACCINE STATUS | Unvaccinated |
| | HAVE YOU HAD COVID-19 IN THE LAST 90 DAYS? | No |
| | PULMONARY SYMPTOMS | Baseline<br>Seasonal allergies |
| | SNORING | Yes |
| **GI** | H&P PREADMISSION | Yes |
| | NUTRITIONAL STATUS | Normal |
| | OTHER | GERD/Reflux<br>Hiatal Hernia-05/19/21 - RODOTIC HIATAL HERNIA REPAIR. Now coming in for "touch-ups", per pt<br>Hx of esophageal dilation<br>Poss. IBS |
| | OTHER LIVER DISEASE | Fatty Liver- no liver bx. in past, per pt |
| | SYMPTOMS | Constipation<br>Diarrhea<br>Rectal Incontinence |
| **Endocrine** | DIABETES | YES: Type: Type 2 Status: Controlled Treatment: Trulicity Duration: 2000 Chronic Complications: Peripheral Neuropathy Acute Complications: Symptomatic Hypoglycemia Blood Glucose Check: Never A1C Level: unknown Hypoglycemia Frequency: Rarely |
| | OTHER ENDOCRINE | Obesity |
| **GU/GYN/OB** | GYN | Hysterectomy in 2005 |
| | OTHER GU | Nephrolithiasis<br>Urinary Stress Incontinence |
| | PREGNANCY TEST DOS | No |
| | PREGNANT | No |
| | SUGAMMADEX | Not Applicable |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*3070*

## ANESTHESIA PRE-OPERATIVE EVALUATION

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway - Knoxville, TN 37920
(865) 305-0000

FIN:18440200031 ... 00032
GALY(
DOB:
ADM:
MRN:1844020

**Name: Galyon, Roberta L** **MR#: 1844020** **Visit Date: 5/10/2022**

| | | |
|---|---|---|
| **Musculoskeletal** | ARTHRITIS | YES: Type: Osteoarthritis Location: Back, hands and knees, per pt<br>Cardiopulmonary Involvement: No Treatments: None<br>YES: Type: Osteoarthritis Location: bilat knees, hands |
| | AUTOIMMUNE DISORDERS | Some type of muscle problem but not fibromyalgia, per pt |
| | OTHER MUSCULOSKELETAL | Lower back malformation, has a dimple<br>Right TKR- still hurts, per pt |
| **Heme/Onc** | ANTICOAGULATION | YES: Aspirin 81 mg orally daily, per pt. Prevention Heart Health Last Dose Taken: to be instructed by surgeon |
| | NSAIDS | To contact surgeon regarding continuing/stopping before surgery. |
| | OTHER - HEME | Anemia Iron Deficiency |
| | PREVIOUS TRANSFUSION | Yes in 2017 after MVA. No reaction reported, per pt |
| **Physical Exam** | HEIGHT (IN) | 65 |
| | WEIGHT (LB) | 175.8 |
| | WEIGHT DETERMINED BY | Actual Measurement |
| | BODY MASS INDEX | 29.3 |
| | IDEAL BODY WEIGHT | 57 |
| | IDEAL BODY WEIGHT % | 140 |
| | BP SYSTOLIC | 125 |
| | BP DIASTOLIC | 70 |
| | HEART RATE | 52 |
| | O2 % | 96 |
| | BODY HABITUS | Normal |
| | AIRWAY - RN ASSESS | C-Spine Normal<br>Greater than or equal to 3cm mouth opening<br>H to M greater than or equal to 6 cm<br>Mallampati II<br>Neck anatomy Thick, obese |
| | LUNG FIELDS | Clear Bilat |
| | CARDIAC | Bradycardia<br>No Murmur Noted<br>Regular Rhythm |
| | LOC | Alert & Oriented x 3 |
| | INTEGUMENT | No gross rashes or lesions present |
| | LAB RESULTS | Reviewed |
| **Anes/Plan/Sign** | ASA PHYSICAL STATUS | ASA 3. |
| | CLINICAL PREDICTORS | Yes |
| | FUNCTIONAL CAPACITY LESS THAN 4METS | No |
| | INTERMEDIATE OR HIGH RISK SURGERY | Yes |
| | LAB RESULTS | Reviewed |
| | MONITORS | Standard |
| | PAPER CHART REVIEWED | Yes |

Page 3 of 4

Anesthesia PreOp Eval
932165 - Anes Dept (08/08)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*3070*

## ANESTHESIA PRE-OPERATIVE EVALUATION

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway - Knoxville, TN 37920
(866) 305-9000

FIN:18440200031 40200032
GALYON ... L
DOB:
ADM: 0... 57Y F
MRN: 1844020

Name: Galyon, Roberta L | MR#: 1844020 | Visit Date: 5/10/2022

| | | |
|---|---|---|
| | PREOP INSTRUCTIONS | Hospital Visitor Restrictions Explained/Given to Patient/Responsible Party<br>Patient/Responsible party verbalizes understanding<br>Preop instructions - diabetic - given to patient/responsible party<br>Preop instructions given to patient/responsible party |
| | PT GOOD HISTORIAN | Yes |
| | RECOMMENDATION | Proceed With Case |
| **Medications** | Aspirin (Easprin, Ecotrin, Empirin) | |
| | Atorvastatin (Lipitor) | |
| | Baclofen | |
| | Cetirizine (Zyrtec) | |
| | Clonazepam (Klonopin) | |
| | Ferrous Sulfate (Feosol, Fer-In-Sol) (Iron) | |
| | Fluoxetine (Prozac) | |
| | Pramipexole (Mirapex) | |
| | Rizatriptan Benzoate (Maxalt) | |
| | Trulicity (Dulaglutide) | |
| | Tylenol ES | |
| **Audit Trail** | Lusk, Jayne | |
| | Shipp, Ruth | |
| **Signature** | Electronically signed by Ruth Shipp, RN, 05/11/2022 14:06 | |

Page 4 of 4

Anesthesia PreOp Eval
932165 - Anes Dept (08/08)



**Lincoln/Galyon 0991**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 2

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALY TA L
DOB:
ADM: /22 57Y F
MRN:1844020

Hepatic Steatosis
Hiatal Hernia
Iron Deficiency

**Past Surgical History:**
Reviewed history from 04/01/2022 and no changes required:
- Hiatal Hernia
- Knee surgery left
- Knee surgery right
- Foot surgery
- Partial Hysterectomy
- Cholecystectomy
- Cyst removed from right hand
- Bilateral Cataract surgery

**Family History Summary:**
**Family History Reviewed:** 04/05/2022
Family History of CAD female <65 for Mother - Entered On: 4/1/2022
Family History of Diabetes for Mother - Entered On: 4/1/2022
Family History of Hypertension for Mother - Entered On: 4/1/2022

**Social History Summary:**

**Social History Reviewed:** 04/05/2022
**Previous Social History:**
Patient has never smoked.
Alcohol Use: N
Drug Use: N

**Risk Factors:**
Smoked Tobacco Use: Never smoker

Alcohol Use: no

Drug Use: no

**Review of Systems**



Lincoln/Galyon 0992

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 3

**Roberta Galyon (307922)** DOB:[redacted]
Doctor: Stuart J Bresee MD FACC

FIN: 18440200031
GALY
DOB:
ADM:
MRN: 18444

**MS**
**Complains of arthritis.**

**Heme**
Denies excessive bruising.

**Allergy**
Denies frequent colds or flu.

**Derm**
**Complains of rash.**
Denies skin problems.
neck

**Psych**
**Complains of anxiety.**
Denies depression.

**General**
Denies fever and weight loss.

**Eyes**
**Complains of vision changes.**

**ENT**
**Complains of hearing loss.**

**CV**
See HPI
**Complains of chest pain.**

**Resp**
Denies shortness of breath and abnormal cough.

**Neuro**
**Complains of tiredness.**
Denies blackouts.

**GU**
Denies blood in urine.

**Vital Signs:**

Patient Profile: 57 Years Old Female

05/10/2022 10:06:05 AM -0700 UNIVERSITY CARDIOLOGY PAGE 5 OF 14

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 4

**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200031 GALYON, ROBERTA L 57Y F
DOB:
ADM:
MRN:1844020

| | |
|---|---|
| Height: | 65 inches |
| Weight: | 188.8 pounds |
| BMI: | 31.41 |
| Temp: | 97 degrees F temporal |
| Pulse rate: | 70 / minute |
| Pulse rhythm: | regular |
| BP Sitting: | 124 / 83 (right arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.
No Known Allergy.

Vitals Entered By: Susan E Tharpe (April 5, 2022 8:37 AM)

**Physical Exam**

**General:**
well developed, well nourished, in no acute distress
**Head:**
normocephalic and atraumatic
**Eyes:**
conjunctiva and sclera clear
**Neck:**
normal JVP, no bruits
**Chest Wall:**
no deformities noted
**Lungs:**
lungs clear and normal respiratory effort
**Heart:**
regular rate and rhythm,normal S1/S2 without murmurs, rubs, gallops, or clicks
**Abdomen:**
bowel sounds positive; abdomen soft and non-tender without masses, organomegaly, or hernias noted
**Msk:**
no deformity or scoliosis noted with normal posture and gait
**Pulses:**
pulses normal in all 4 extremities
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted
**Neurologic:**
no focal deficits
**Skin:**
intact without lesions or rashes

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022


**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GAL[illegible] [illegible]A L
DOB 57Y F
ADM.[illegible]
MRN:1844020

rizatriptan 10 mg tablet (rizatriptan) Take 1 tablet by mouth once a day as needed
Trulicity 0.75 mg/0.5 mL pen injector (dulaglutide) Inject pen injector subcutaneously once a week on Wednesday
clonazepam 0.5 mg tablet (clonazepam) Take 1 tablet by mouth once a day as needed
fluoxetine 40 mg capsule (fluoxetine) Take 1 capsule by mouth once a day
simethicone 80 mg tablet,chewable (simethicone) Take 1 tablet by mouth every four hours as needed
celecoxib 200 mg capsule (celecoxib) Take 1 capsule by mouth once a day

**Process Orders**
Check Orders Results:
EMR-Link: ABN not required for this insurance.
Requisition page opened for LC Direct. Order transmitted to EMR-Link April 5, 2022 9:54 AM
Tests Sent for requisitioning (April 5, 2022 9:54 AM):
04/05/2022: EMR-Link -- Basic Metabolic Panel (8) [Labcorp] (signed)
04/05/2022: EMR-Link -- CBC [Labcorp] (signed)
04/05/2022: EMR-Link -- PT [Labcorp] (signed)

## Impression & Recommendations:

**Problem # 1:** Coronary atherosclerosis of native coronary artery (ICD-414.01) (ICD10-I25.10)
**Assessment:** Unchanged
She has multiple risk factors for CAD including diabetes. Her symptoms are progressive and quite compatible with angina

This is a setting where myocardial perfusion imaging is not likely be helpful. Because of the very high pretest likelihood of CAD and negative perfusion scan would not be adequate to exclude the CAD diagnosis and would likely be followed by diagnostic catheterization. An abnormal MPS would definitely be followed by catheterization so we have advised proceeding directly to cardiac catheterization.

The risk and benefit of cardiac catheterization and possible percutaneous intervention have been explained to the patient including but not limited to vascular injury, renal failure requiring dialysis, MI, stroke, bleeding, emergency CABG, and death. The patient understands and would like to proceed with "on line" PCI as indicated.

She is already taking aspirin and statin therapy. With a resting heart rate of 60 I think beta-blockers would be poorly tolerated so we asked her to start isosorbide mononitrate 30 mg daily.



Lincoln/Galyon 0995

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 7

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALYON, ROBERTA L 57Y F
DOB:
ADM:05/10/22
MRN:1844020

**Problem # 2:** Mitral regurgitation (ICD-424.0) (ICD10-I34.0)
**Assessment:** Unchanged
I am encouraged by the fact I do not appreciate a significant mitral regurgitation murmur. Still given her history of the valve lesion requiring follow-up I think it would be prudent to get the echocardiogram done prior to the catheterization.

**Problem # 3:** Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
**Assessment:** Unchanged
According to the 2013 guidelines, the patient should receive "high intensity statin therapy", that is atorvastatin 40-80 mg/day or crestor 20-40 mg/day.

She tolerates atorvastatin 20 mg daily well.

We will plan to assess the lipid panel and if she does require revascularization will increase this to "high intensity"

**Other Orders:**
Basic Metabolic Panel (8) (Labcorp)
CBC (Labcorp)
PT (Labcorp)

**Patient Instructions:**
1) Start taking isosorbide mononitrate 30 mg daily.
2) Return for cardiac catheterization on Monday, April 25 (details separately).
3) We will do lab work today "preoperatively".
4) We will schedule an echocardiogram to be done in the near future and you will receive the results by letter if it is okay or a phone call if it is not.

cc:
**Medications:**
Added new medication of promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH - Signed
Changed medication from atorvastatin 80 mg tablet (atorvastalin) Take 1 tablet by mouth once a day to atorvaslatin 40 mg tablet (atorvasletin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Deleted medication of pregabalin 150 mg capsule (pregabalin) Take 2 capsule by mouth twice a day ; Route: BY MOUTH

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

May 10, 2022
Page 8

**Roberta Galyon** (307822) DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALYON, ROBERTA L
DOB: 57Y F
ADM:05/10/22
MRN:1844020

Deleted medication of metformin 500 mg tablet (metformin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of ondansetron HCl 4 mg tablet (ondansetron hcl) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of oxycodone 5 mg tablet (oxycodone) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of sumatriptan succinate 50 mg tablet (sumatriptan succinate) Take 2 tablet by mouth once a day as needed ; Route: BY MOUTH
Deleted medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of polyethylene glycol 3350 17 gram powder in packet (polyethylene glycol 3350) Take 1 packet by mouth once a day ; Route: BY MOUTH
Deleted medication of melatonin 5 mg tablet (melatonin) Take 1 tablet by mouth at bedtime as needed ; Route: BY MOUTH
Deleted medication of insulin lispro 100 unit/mL solution (insulin lispro) Inject 1 subcutaneously SQ AC and HS; Route: SUBCUTANEOUSLY
Deleted medication of Vitamin D3 50 mcg (2,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of calcium carbonate 500 mg calcium (1,250 mg) tablet (calcium carbonate) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Added new medication of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; Route: BY MOUTH - Signed
Rx of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; #30 tablet x 5; Signed; Entered by: Stuart J Bresee MD FACC; Authorized by: Stuart J Bresee MD FACC; Method used: Electronically to Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389,

**Prescriptions:**
isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose #30 tablet x 5
Entered and Authorized by: Stuart J Bresee MD FACC
Electronically signed by: Stuart J Bresee MD FACC on 04/05/2022
Method used: Electronically to
Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389

RxID: 1964771456097160

**Electronically signed by Stuart J Bresee MD FACC on 04/05/2022 at 4:59 PM**

MRN: 1844020
FIN: 18440200031



* Auth (Verified) *



Patient Name: GALYON, ROBERTA L
Date of Birth:

Facility: UTMH

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 1

**Roberta Galyon (307622)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALY ROBERTA L
DOB:
ADM:05/
MRN:1844020

**04/11/2022 - 060 Echo Ultrasound: Transthoracic Echocardiogram**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**
**This document contains external references**

Transthoracic Echocardiogram

University of Tennessee Medical Center
Adult Echocardiography Laboratory
1924 Alcoa Highway
Knoxville, TN 37920
(865) 305-9873

---

Name: GALYON, ROBERTA L
Echocardiogram
MRN: 1844020
AM
DOB: [redacted]
Age: 57 yrs
Gender: Female
Referring Physician: BRESEE, STUART
Ordering Physician: BRESEE, STUART
Performed By: Stacie Peoples, RVT

Exam:Transthoracic

Study Date: 04/11/2022 09:17

Order ID#: 5230614837
Account#: 18440200029
Patient Location: LCCR

---

Reason For Study: MITRAL REGURGITATION
Height: 65 in Weight: 188 lb BSA: 1.9 m2
BP: 117/70 mmHg

---

Procedure (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral Doppler). The
study quality is good .

---

Interpretation Summary
There is normal left ventricular wall thickness.
Left ventricular systolic function is normal.
The left ventricular ejection fraction is 63% by the biplane method of disks.

Facility: UTMH



Lincoln/Galyon 0999

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 2

**Roberta Galyon** (307822) DOB: 03/18/1965
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALYON, ROBERTA L 57Y F
DOB:
ADM:05/10/22
MRN:1844020

The aortic valve is normal in structure and function.
The mitral valve appears normal.
There is trace to mild mitral regurgitation.

Contrast
Contrast was not indicated, LV endocardial borders are well visualized.

Left Ventricle
The left ventricle is normal in size. There is normal left ventricular wall thickness. Left ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks. The left ventricular wall motion is normal. There are no regional wall motion abnormalities. Left Ventricular filling pattern is normal. Diastolic examination suggests normal left atrial pressure.

Left Atrium/Atrial Septum
The left atrial volume is mildly increased. There is no Doppler evidence for an atrial septal defect.

Right Ventricle
The right ventricular size is mildly dilated. The right ventricular systolic function is normal measured by TAPSE. The right ventricular wall motion is normal. No regional wall motion abnormalities are noted.

Right Atrium
The right atrium is normal.

Aortic Valve
The aortic valve is normal in structure and function. The aortic valve is trileaflet. No hemodynamically significant valvular aortic stenosis. No aortic regurgitation is present.

Mitral Valve
The mitral valve appears normal. There is no evidence of mitral stenosis. There is trace to mild mitral regurgitation.

Tricuspid Valve
The tricuspid valve is normal. There is no tricuspid stenosis. There is mild tricuspid regurgitation. The RVSP is estimated at 32.4 mmHg .

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 3

**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALYON, ROBERTA L 57Y F
DOB:
ADM:05/
MRN:1844020

Pulmonic Valve
The pulmonic valve is normal. There is no pulmonic valvular stenosis. There is no pulmonic valvular regurgitation.

Arteries
The aortic root is normal size. The visualized portions of ascending and descending aorta appear normal in size.

Venous
The inferior vena cava is normal in size, and collapses normally with respiration. Pulmonary venous sampling consistent with:Normal left atrial pressure.

Pericardium/Pleura
There is no pericardial effusion.

Measurements with Normals

```
IVSd: 0.76 cm (0.6-1.1)LA dimension: 4.0 cm(2.0-4.0)
LVPWd: 0.90 cm(0.6-1.1)Ao root diam: 2.6 cm(2.0-3.7)
LVIDd: 4.8 cm (3.7-5.5)RVDd: 3.6 cm        (1.9-3.5)
LVIDs: 3.3 cm (2.0-4.0)LVOT diam:          (1.8-2.2)
```

MMode/2D Measurements & Calculations

```
FS: 31.1 %            asc Aorta Diam: 3.2 cm

LVAd ap4: 21.7 cm2   LVAd ap2: 23.7 cm2
LVLd ap4: 7.0 cm     LVLd ap2: 7.0 cm
EDV(MOD-sp4): 55.5 mlEDV(MOD-sp2): 65.3 ml
EDV(sp4-el): 57.4 ml EDV(sp2-el): 68.0 ml
LVAs ap4: 11.4 cm2   LVAs ap2: 12.4 cm2
LVLs ap4: 5.5 cm     LVLs ap2: 6.4 cm
ESV(MOD-sp4): 21.0 mlESV(MOD-sp2): 20.7 ml
EF(MOD-sp4): 62.2 %  EF(MOD-sp2): 68.3 %

                     SV(MOD-bp): 38.6 ml
ESV(MOD-bp): 22.4 ml
EF(MOD-bp): 63.4 %

LA Area 2ch: 20.6 cm2LA Area 4ch: 22.7 cm2
```



Lincoln/Galyon 1001

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 4

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALYON
DOB:
ADM:
MRN:1844020
57Y F

LA Min Length: 5.4 cm
LA Vol Index: 38.6 ml/m2

LA Volume: 74.3 ml TAPSE: 1.7 cm

Doppler Measurements & Calculations
MV E max vel: 94.3 cm/sec LVOT Vmax: 84.2 cm/sec
MV A max vel: 48.2 cm/sec LV V1 mean PG: 1.1 mmHg
MV E/A: 2.0 Ao V2 max: 144.5 cm/sec
Lat Peak E' Vel: 15.4 cm/secAo max PG: 8.3 mmHg
Med Peak E' Vel: 11.7 cm/secAo V2 mean: 88.0 cm/sec
Ao mean PG: 3.6 mmHg
Ao V2 VTI: 35.0 cm

LVOT max PG: 2.8 mmHg RAP systole: 3.0 mmHg
LVOT Vmean: 47.6 cm/sec TR max vel: 271.1 cm/sec
LVOT VTI: 21.8 cm TR max PG: 29.4 mmHg
RVSP(TR): 32.4 mmHg

E/e' (Lat): 6.1 E/e' (Med): 8.1

Electronically signed by:Stuart Bresee, MD, FACC on 04/17/2022 06:46 AM

External Attachment:

Type: Image
Comment: Scanned Image

**Electronically signed by Stuart J Bresee MD FACC on 04/18/2022 at 6:55 AM**



Lincoln/Galyon 1002

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

ECHO - Adult

GALYON, ROBERTA L - 1844020

FIN:18440200031
GALYON, ROBERTA L
DOB 57Y F
ADM:05/10/22
MRN:1844020

**ECHOPACS1**

University of Tennessee Medical Center
Adult Echocardiography Laboratory
1924 Alcoa Highway
Knoxville, TN 37920
(865) 305-9873

Name: GALYON, ROBERTA L
Exam:Transthoracic Echocardiogram
MRN: 1844020
Study Date: 04/11/2022 09:17 AM
DOB:
Order ID#: 5230614837
Age: 57 yrs
Account#: 18440200029
Gender: Female
Patient Location: LCCR
Referring Physician: BRESEE, STUART
Ordering Physician: BRESEE, STUART
Performed By: Stacie Peoples, RVT

Reason For Study: MITRAL REGURGITATION
Height: 65 in Weight: 188 lb BSA: 1.9 m2
BP: 117/70 mmHg

Procedure (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral Doppler). The study quality is good .

Interpretation Summary
There is normal left ventricular wall thickness.
Left ventricular systolic function is normal.
The left ventricular ejection fraction is 63% by the biplane method of disks.
The aortic valve is normal in structure and function.
The mitral valve appears normal.
There is trace to mild mitral regurgitation.

Contrast
Contrast was not indicated, LV endocardial borders are well visualized.

Left Ventricle
The left ventricle is normal in size. There is normal left ventricular wall thickness. Left

| | |
|---|---|
| Result Type: | ECHO - Adult |
| Result Date: | April 11, 2022 9:17 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | ECHOPACS1 |
| Encounter info: | 18440200029, UTMH, Outpatient, 04/11/2022 - 04/11/2022 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

Printed by: Shipp RN, Ruth
Printed on: 05/10/2022 12:43 EDT

Page 1 of 4

FIN:18440200031
GALY... ROBERTA L
57Y F
DOB:
ADM:05/10/..
MRN:1844020

ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks. The left ventricular wall motion is normal. There are no regional wall motion abnormalities. Left Ventricular filling pattern is normal. Diastolic examination suggests normal left atrial pressure.

Left Atrium/Atrial Septum
The left atrial volume is mildly increased. There is no Doppler evidence for an atrial septal defect.

Right Ventricle
The right ventricular size is mildly dilated. The right ventricular systolic function is normal measured by TAPSE. The right ventricular wall motion is normal. No regional wall motion abnormalities are noted.

Right Atrium
The right atrium is normal.

Aortic Valve
The aortic valve is normal in structure and function. The aortic valve is trileaflet. No hemodynamically significant valvular aortic stenosis. No aortic regurgitation is present.

Mitral Valve
The mitral valve appears normal. There is no evidence of mitral stenosis. There is trace to mild mitral regurgitation.

Tricuspid Valve
The tricuspid valve is normal. There is no tricuspid stenosis. There is mild tricuspid regurgitation. The RVSP is estimated at 32.4 mmHg .

Pulmonic Valve
The pulmonic valve is normal. There is no pulmonic valvular stenosis. There is no pulmonic valvular regurgitation.

Arteries
The aortic root is normal size. The visualized portions of ascending and descending aorta appear normal in size.

Venous
The inferior vena cava is normal in size, and collapses normally with respiration. Pulmonary venous sampling consistent with:Normal left atrial pressure.

Pericardium/Pleura

| | |
|---|---|
| Result Type: | ECHO - Adult |
| Result Date: | April 11, 2022 9:17 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | ECHOPACS1 |
| Encounter info: | 18440200029, UTMH, Outpatient, 04/11/2022 - 04/11/2022 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

* Auth (Verified) *



There is no pericardial effusion.

Measurements with Normals
IVSd: 0.76 cm (0.6-1.1)LA dimension: 4.0 cm(2.0-4.0)
LVPWd: 0.90 cm(0.6-1.1)Ao root diam: 2.6 cm(2.0-3.7)
LVIDd: 4.8 cm (3.7-5.5)RVDd: 3.6 cm (1.9-3.5)
LVIDs: 3.3 cm (2.0-4.0)LVOT diam: (1.8-2.2)

FIN:18440200031
GAL ROBERTA L 57Y F
DOB:
ADM:05/18/
MRN:1844020

MMode/2D Measurements
FS: 31.1 % asc Aorta Diam: 3.2 cm

LVAd ap4: 21.7 cm2 LVAd ap2: 23.7 cm2
LVLd ap4: 7.0 cm LVLd ap2: 7.0 cm
EDV(MOD-sp4): 55.5 mlEDV(MOD-sp2): 65.3 ml
EDV(sp4-el): 57.4 ml EDV(sp2-el): 68.0 ml
LVAs ap4: 11.4 cm2 LVAs ap2: 12.4 cm2
LVLs ap4: 5.5 cm LVLs ap2: 6.4 cm
ESV(MOD-sp4): 21.0 mlESV(MOD-sp2): 20.7 ml
EF(MOD-sp4): 62.2 % EF(MOD-sp2): 68.3 %

SV(MOD-bp): 38.6 ml
ESV(MOD-bp): 22.4 ml
EF(MOD-bp): 63.4 %

LA Area 2ch: 20.6 cm2LA Area 4ch: 22.7 cm2

LA Min Length: 5.4 cm
LA Vol Index: 38.6 ml/m2

LA Volume: 74.3 ml TAPSE: 1.7 cm

Doppler Measurements
MV E max vel: 94.3 cm/sec LVOT Vmax: 84.2 cm/sec
MV A max vel: 48.2 cm/sec LV V1 mean PG: 1.1 mmHg
MV E/A: 2.0 Ao V2 max: 144.5 cm/sec
Lat Peak E Vel: 15.4 cm/secAo max PG: 8.3 mmHg
Med Peak E Vel: 11.7 cm/secAo V2 mean: 88.0 cm/sec
Ao mean PG: 3.6 mmHg

| | |
|---|---|
| Result Type: | ECHO - Adult |
| Result Date: | April 11, 2022 9:17 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | ECHOPACS1 |
| Encounter info: | 18440200029, UTMH, Outpatient, 04/11/2022 - 04/11/2022 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

ECHO - Adult GALYON, ROBERTA L - 1844020

Ao V2 VTI: 35.0 cm

LVOT max PG: 2.8 mmHg RAP systole: 3.0 mmHg
LVOT Vmean: 47.6 cm/sec TR max vel: 271.1 cm/sec
LVOT VTI: 21.8 cm TR max PG: 29.4 mmHg
RVSP(TR): 32.4 mmHg

E/e' (Lat): 6.1 E/e' (Med): 8.1

FIN:18440200031
GAL TA L
DOB 57Y F
ADM:05/18/22
MRN:1844020

Electronically signed by:Stuart Bresee, MD, FACC on 04/17/2022 06:46 AM

**Completed Action List:**
* Order by BRESEE MD, STUART J on April 11, 2022 9:17 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 11, 2022 9:17 EDT
* Assist by Contributor_system, VASCULAR_CONTRIB_SYS on April 11, 2022 9:17 EDT

| | |
|---|---|
| Result Type: | ECHO - Adult |
| Result Date: | April 11, 2022 9:17 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | ECHOPACS1 |
| Encounter info: | 18440200029, UTMH, Outpatient, 04/11/2022 - 04/11/2022 |
| Contributor system: | VASCULAR_CONTRIB_SYS |

Printed by: Shipp RN, Ruth
Printed on: 05/10/2022 12:43 EDT

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

CR Cath/Interventions
* Final Report *

GALYON, ROBERTA L - 1844020

*** Final Report ***

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200030

FIN:18440200031 ROBERTA L 57Y F
GAL
DOB
ADM:
MRN:1844020

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
04/25/2022

Procedure Name
Left heart catheterization, coronary angiography, left ventriculography

Operator
Stuart Bresee M.D.

Clinical Summary
Patient presented with risk factors for CAD and rather typical sounding chest pain increasing in frequency and severity. Catheterization was advised and accepted.

Description of procedure
The right radial artery was utilized for access. We used ultrasound guided micropuncture techniques. Standard Seldinger technique was used. A TIG 4.05 French catheter was used for right and left coronary angiography. Ventriculography followed angiography, performed by hand-injection. Hemostasis obtained by radial band. There were no complications.

Hemodynamic findings:
LV: 120/0/15 (S/D/ED)
Aorta: 120/70/87 (S/D/M)
No gradient noted on LV-Aorta pullback.

Angiographic findings:

LEFT MAIN: Normal

LEFT ANTERIOR DESCENDING: Diffuse 30% proximal stenosis

LEFT CIRCUMFLEX : Large dominant without measurable stenosis.

| | |
|---|---|
| Result Type: | CR Cath/Interventions |
| Result Date: | April 25, 2022 12:41 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Left heart catheterization |
| Performed By: | BRESEE MD, STUART J on April 25, 2022 12:45 EDT |
| Verified By: | BRESEE MD, STUART J on April 25, 2022 12:45 EDT |
| Encounter info: | 18440200030, UTMH, Outpatient Observation, 04/25/2022 - 04/25/2022 |

Printed by: Shipp RN, Ruth
Printed on: 05/10/2022 12:43 EDT

Page 1 of 2



Lincoln/Galyon 1007

DOCUMENT TYPE: History and Physical
ELECTRONICALLY SIGNED BY: DAIGLE MD, HALEY J (5/18/2022 06:59 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

**CHIEF COMPLAINT**
The Chief Complaint is: Patient is here pre-op for hiatal hernia repair scheduled 05/18/2022.

**REASON FOR VISIT**
preliminary background HPI [use for free text].

**ACTIVE PROBLEMS**
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

**HISTORY OF PRESENT ILLNESS**
She presents for a pre-operative clinic visit in preparation for a repair of a recurrent hiatal hernia. She originally had a hiatal hernia repair in 05/2021 that has recurred and is planned for a recurrent hiatal hernia repair on 05/18/2022. She denies any new medical diagnoses, allergies, or medications and has undergone PAT and Cardiology clearance pre-operatively. She states that she continues to have chest pain and difficulty swallowing that does not appear to be specific to certain foods or body positions.

**CURRENT MEDICATION**
- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

History and Physical

**ALLERGIES**
- No Known Allergies

**PAST MEDICAL/SURGICAL HISTORY**
**Diagnoses:**
Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.
**Surgical:**
- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

**SOCIAL HISTORY**
Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

**FAMILY HISTORY**
**Paternal:**
Heart disease
**Maternal:**
Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**REVIEW OF SYSTEMS**
**Systemic:** Feeling tired, malaise, and chills.
**Head:** Headache and sinus pain.
**Otolaryngeal:** Epistaxis.
**Cardiovascular:** Chest pain or discomfort and palpitations.
**Gastrointestinal:** Gastrointestinal symptoms gastric reflux, dysphagia, heartburn, nausea, vomiting, abdominal pain, diarrhea, and constipation.
**Musculoskeletal:** Muscle aches.

**PHYSICAL FINDINGS**
- Vitals taken 05/10/2022 03:07 pm

| | | |
|---|---|---|
| BP-Sitting R | 122/70 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Regular | |
| Pulse Rate-Sitting | 77 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 182 lbs | 98 - 163 |

| | |
|---|---|
| Body Mass Index | 30.3 kg/m2 |
| Body Surface Area | 1.90 m2 |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
External: No ptosis of the eyelid was observed and no lid lag.
**Lungs:**
Lungs clear to auscultation, no wheezing was heard, and no rhonchi were heard.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
Murmurs: No murmurs were heard.
Thrill: No thrill.
**Abdomen:**
Auscultation: The bowel sounds were normal.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.
**Musculoskeletal System:**
General/bilateral: Normal movement of all extremities.
**Neurological:**
No disorientation was observed.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.
**Skin:**
No skin lesions.

**ASSESSMENT**
• Hiatal hernia

**DISCUSSED**
Discussed and reviewed previous imaging studies done dating back to 2021 at the time of her original hiatal hernia repair. Reviewed risks, benefits, indications, alternatives for planned surgery. Answered all questions the patient had today and she demonstrated understanding and is agreement to go forward with the repair of a recurrent hiatal hernia repair on 05/18/2022.

**PLAN**
Plan for surgical repair of recurrent hiatal hernia on 05/18/2022.

**OTHER**
Patient was seen today in the office with Resident/ Student/ PA: Mark C. Allen, M.D.

**CARE TEAM**
Order Mgmt Ambulatory Surgical
Kyle L Kleppe, MD
Michael B Freeman, M.D. Vascular Surgery
Timothy J Collins, MD Family Practice
Sangeeta Gulati, MD Gastroenterology
Dinu C Nodit, M.D. Neurology
Stuart J Bresee, MD Cardiovascular Disease

History and Physical

**Instructions to Medical Records:**

END REQUEST

*Electronically Signed By: DAIGLE MD, HALEY J 05/18/2022 06:59 EDT*
*Authenticated By: DAIGLE MD, HALEY J 05/18/2022 06:59 EDT*

Depart Clinical Summary

DOCUMENT TYPE: Clinical Summary
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/20/2022 15:43 EDT); Dixon RN, Brenna K (5/20/2022 15:28 EDT)

Clinical Summary
**Clinical Summary**

**The University of Tennessee Medical Center**
**1924 Alcoa Highway**
**Knoxville, TN 37920-6969**
**Phone: 865-305-9000**

**Patient Information:**
**Name:** GALYON, ROBERTA L **Age:** 57 Years **Date of Birth:** [redacted]
**MRN:** 1844020 **FIN:** 18440200031 **Arrival Time:**
**Sex:** Female **Ethnicity:** Not Hispanic/Latino **Race:** White
**Preferred Language:** English **Height:** 165.1 cm **Weight:BMI:** 29.95
**Primary Care Physician:** Collins (Results), Timothy
**Provider Information:**
The staff at UT Medical Center would like to thank you for allowing us to assist you with your patient's healthcare needs. The following includes patient education materials and information regarding their injury or illness.
**Patient Visit Summary:**
GALYON, ROBERTA L has been given the following list of patient education materials and follow-up instructions:
**Medication Information:**
The University of Tennessee Medical Center Physicians provided your patient with medication information at the time of discharge. Medications prescribed or recommended to your patient are noted here. Unless otherwise noted, your patient will continue to take medications as prescribed prior to the inpatient visit. Any specific questions regarding their chronic medications and dosages should be discussed with you, their provider, and their pharmacist.
**Diagnosis:**
Paraesophageal hernia; Post-op pain

**Problems**

**Active**

Hiatal hernia
Chiari syndrome
Carotid stenosis
GERD (gastroesophageal reflux disease)
Anxiety and depression
Diabetes
HLD (hyperlipidemia)
Change in bowel habits
Abdominal pain
Hepatic steatosis
Iron deficiency
Chronic anemia

**Allergies**

NKA

**Immunizations**

No Immunizations Documented This Visit

**New Home Medication List**

**Walmart Pharmacy 663, 1815 Decatur Pike Athens, TN 373034932, (423) 745 - 1495**

**gabapentin (gabapentin 300 mg oral capsule)** 1 cap ORALLY Three times a day for 7 Days. Refills: 0.

**methocarbamol (methocarbamol 500 mg oral tablet)** 2 tab(s) ORALLY Four times a day for 7 Days. Refills: 0.

**ondansetron (ondansetron 4 mg oral tablet, disintegrating)** 1 tab(s) ORALLY Every 4 Hours As Needed as needed Nausea / Vomiting for 2 Days. Refills: 0.

**oxyCODONE (oxyCODONE 5 mg oral tablet)** 1 tab(s) ORALLY Every 4 Hours As Needed as needed Pain, Moderate for 2 Days. Refills: 0.

**Other Medications**

**acetaminophen (Tylenol Extra Strength 500 mg oral tablet)** 1 tab(s) ORALLY Every 4 Hours as needed as needed for pain.

**acetaminophen/aspirin/caffeine (Goody's Headache Powders 260 mg-520 mg-32.5 mg oral powder for reconstitution)** 1 Each ORALLY as needed.

**aspirin (aspirin 81 mg oral enteric coated tablet)** 1 tab(s) ORALLY Once Daily.

**atorvastatin (atorvastatin 40 mg oral tablet)** 1 tab(s) ORALLY Once Daily.

**baclofen (baclofen 10 mg oral tablet)** 1 tab(s) ORALLY Two times a day.

**cetirizine (ZyrTEC 10 mg oral tablet)** 1 tab(s) ORALLY Once Daily as needed Allergy symptoms.

**clonazePAM (clonazePAM 0.5 mg oral tablet)** 1 tab(s) ORALLY Once Daily as needed Anxiety.

**dulaglutide (Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution)** 0.5 Milliliter SUBCUTANEOUS Every Friday.

**ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet)** 1 tab(s) ORALLY Once Daily.

**FLUoxetine (FLUoxetine 40 mg oral capsule)** 1 cap ORALLY Once Daily.

**pramipexole (pramipexole 1 mg oral tablet)** 1 tab(s) ORALLY At Bedtime.

**rizatriptan (rizatriptan 10 mg oral tablet)** 1 tab(s) ORALLY Once Daily as needed as needed for migraine headache.

**Medications Given in Last 24 Hours:**

**ferrous sulfate - 325 mg - PO:** 05/20/2022 11:08

**acetaminophen - 975 mg - PO:** 05/19/2022 16:32
**enoxaparin - 40 mg - SUBCUTANEOUS:** 05/19/2022 16:32
**aspirin - 81 mg - PO:** 05/20/2022 08:02
**baclofen - 10 mg - PO:** 05/20/2022 08:02
**gabapentin - 300 mg - PO:** 05/19/2022 21:11
**gabapentin - 300 mg - PO:** 05/20/2022 05:44
**methocarbamol - 1,000 mg - PO:** 05/20/2022 11:08
**pramipexole - 1 mg - PO:** 05/19/2022 21:10
**acetaminophen - 975 mg - PO:** 05/20/2022 05:44
**methocarbamol - 1,000 mg - PO:** 05/19/2022 16:32
**atorvastatin - 40 mg - PO:** 05/20/2022 08:02
**methocarbamol - 1,000 mg - PO:** 05/20/2022 05:44
**methocarbamol - 1,000 mg - PO:** 05/19/2022 21:10
**sodium chloride - 10 mL - IV FLUSH:** 05/19/2022 21:11
**baclofen - 10 mg - PO:** 05/19/2022 21:11
**sodium chloride - 10 mL - IV FLUSH:** 05/20/2022 08:02
**ondansetron - 4 mg - PO:** 05/19/2022 23:39
**acetaminophen - 975 mg - PO:** 05/20/2022 11:08
**fluoxetine - 40 mg - PO:** 05/20/2022 08:02
**polyethylene glycol 3350 - 17 g - PO:** 05/20/2022 08:02
**acetaminophen - 975 mg - PO:** 05/19/2022 23:38

**Discharge Instructions:**

| Order Name | Order Details | Physician |
|---|---|---|
| Discharge Diet | **Diet**<br>As Tolerated<br>**Requested Start Date/Time**<br>05/20/22 15:26:00 EDT | Crismon MD Res, David T |
| Discharge Activity | **Activity Level**<br>May Shower<br>**Requested Start Date/Time**<br>05/20/22 15:26:00 EDT<br>**Xtra Instructions**<br>No tubs baths or swimming in hot tubs, lakes, pools or rivers | Crismon MD Res, David T |
| Discharge Restrictions | **Requested Start Date/Time**<br>05/20/22 15:26:00 EDT<br>**Restrictions**<br>No Heavy Lifting<br>**Xtra Instructions**<br>10 pound restriction for 2 weeks | Crismon MD Res, David T |
| Discharge Wound Care | **Requested Start Date/Time**<br>05/20/22 15:26:00 EDT | Crismon MD Res, David T |

Depart Clinical Summary

| | | |
|---|---|---|
| | **Wound Care Instructions**<br>Other:<br>**Xtra Instructions**<br>Your wound is covered with Surgical glue. DO NOT try to peel it off. It will fall off on its own. | |
| Discharge Call MD for | **Call MD for**<br>For increased redness, swelling, pus from wound; fever greater than 101.5; uncontrolled nausea or vomiting; shortness of breath or calf tenderness.<br>**Requested Start Date/Time**<br>05/20/22 15:26:00 EDT | Crismon MD Res, David T |

**Incidental Finding #1**
**Incidental Finding:** No
**DC Vital Signs**
**Temperature at Discharge:** 99 DegF
**Heart Rate at Discharge:** 78
**Respiratory rate at DC:** 18
**Systolic BP at Discharge:** 127
**Diastolic BP at Discharge:** 75
**Verifications**
**Discharge Instructions Given To:** Patient
**Date Time Discharge Instructions Given:** 05/20/22 15:45
**Personal Devices/Valuables at Discharge:** None
**Discharge paperwork printed:** Yes
**Dsch Paperworks,w/ meds next dose due:** Given to and reviewed with patient
**Discharge Time Capsule:**

| | |
|---|---|
| **Patient Information** | |
| Code Status: | FULL CODE - BY DEFAULT |
| Hospital Isolation: | |
| List of Allergies: | NKA |
| **Hospital Course Highlights** | |
| Discharging Provider: | KLEPPE MD, KYLE L |
| DME for Discharge: | |
| Admission Weight lbs: | 180 |
| Daily Weight lbs: | |
| Last Cardiac Rhythm: | |
| Consult Documents: | |
| First & Latest Abx: | ceFAZolin 2 g at 05/18/22 07:51 for Surgical prophylaxis |
| **Current Diet & Instructions** | |
| Diet Type: | Full Liquids |
| Diet Notes: | no carbonation |
| [illegible] | |



Lincoln/Galyon 1015

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Depart Clinical Summary

**Modified Barium Swallow**
**Line/Tube/Drain**

| | |
|---|---|
| **Latest Line/Device:** | Peripheral IV Activity: Assess (Day 2) -- 18 gauge Right 05/18/2022 Hand<br>Peripheral IV Activity: Assess (Day 2) -- 18 gauge Left 05/18/2022 Hand |

**Hemodialysis**
**Other Pertinent Information**

**Diagnostic Studies:**
**Gastrointestinal Tubes:**
**Immunizations:**
**Invasive Airway Mgmt:**

**Wound Care / Description**

| | |
|---|---|
| **Incision or Wound Description:** | Edges approximated -- Other: 5 lap sites |
| **Pressure Ulcer Description Nursing:** | |

**Pressure Ulcer:**

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| KLEPPE MD, KYLE L | University Surgeons Associates, PC 1934 Alcoa Highway Medixcal Building D Suite 285 Knoxville, TN 37920 (865) 305-9620 | Within 1 to 2 weeks |

**Comments:**
Please call to confirm your post-operative appointment

**Future Appointments**

**VSLAB Main**
**Phone:** -- **Fax:** --
**Appt. Date:** 12/21/2022 10:00 AM
**Scheduled Provider:** OP Vascular Lab HLVI #E 130

**AMB Univ Vasc Surg**
1940 Alcoa Highway
Suite E-120
Knoxville, TN, 37920
**Phone:** (865) 305-8040 **Fax:** (865) 305-8041
**Appt. Date:** 12/21/2022 10:30 AM
**Scheduled Provider:** Freeman MD, Michael B

**Laboratory or Other Results This Visit** (last charted value for your 05/18/2022 visit)

**Sodium-Na**
05/18/2022 11:55 PM
**NA:** 139 mEq/L -- Normal range between ( 134 and 144 )

**Potassium-K**
05/18/2022 11:55 PM
**K:** 4.1 mEq/L -- Normal range between ( 3.5 and 5.3 )

**Chloride-Cl**
05/18/2022 11:55 PM
**CL:** 103 mEq/L -- Normal range between ( 98 and 109 )

**CO2**
05/18/2022 11:55 PM
**CO2:** 24 mEq/L -- Normal range between ( 20 and 29 )

**BUN**
05/18/2022 11:55 PM
**BUN:** 13 mg/dL -- Normal range between ( 7 and 25 )

**CREATININE**
05/18/2022 11:55 PM
**CREA:** 0.60 mg/dL -- Normal range between ( 0.57 and 1.00 )

**Calcium-Ca**
05/18/2022 11:55 PM
**CA:** 8.2 mg/dL -- Normal range between ( 8.7 and 10.3 )

**Phosphorus-PO4**
05/18/2022 11:55 PM
**PHOS:** 3.2 mg/dL -- Normal range between ( 2.5 and 4.5 )

**Magnesium-Mg**
05/18/2022 11:55 PM
**MG:** 1.8 mg/dL -- Normal range between ( 1.6 and 2.6 )

**Hemoglobin**
05/18/2022 11:55 PM
**HGB:** 12.1 g/dL -- Normal range between ( 11.1 and 15.9 )

**Hematocrit**
05/18/2022 11:55 PM
**HCT:** 36.4 % -- Normal range between ( 34.0 and 46.6 )

**WBC**
05/18/2022 11:55 PM

**WBC:** 11.2 K/uL -- Normal range between ( 3.4 and 10.8 )

**Platelet**
05/18/2022 11:55 PM
**PLT CNT:** 231 K/uL -- Normal range between ( 150 and 450 )

**RBC**
05/18/2022 11:55 PM
**RBC:** 4.12 M/uL -- Normal range between ( 3.77 and 5.28 )

**Glucose level**
05/18/2022 11:55 PM
**GLUCOSE:** 140 mg/dL -- Normal range between ( 70 and 99 )

**Patient Education Materials:**
Hiatal Hernia
gabapentin, ondansetron, oxyCODONE, Robaxin

**Procedures**
No Procedures Documented

**Smoking Status**
Never (less than 100 in lifetime)

End of Clinical Summary

Progress Note

DOCUMENT TYPE: General Surgery Progress Note
ELECTRONICALLY SIGNED BY: KLEPPE MD, KYLE L (5/20/2022 16:24 EDT); Crismon MD Res, David T (5/20/2022 08:32 EDT)
RESULT DATE & TIME: 5/20/2022 08:27 EDT

**Addendum by KLEPPE MD, KYLE L on May 20, 2022 16:24:28 EDT**
**Attending Attestation**

I have seen and examined ROBERTA GALYON with the resident. I agree with the documentation above. Patient's pain improved. Tolerating diet. Discharge home.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

---

*Report Modified By: KLEPPE MD, KYLE L 05/20/2022 16:24 EDT*
*Electronically Signed By: KLEPPE MD, KYLE L 05/20/2022 16:24 EDT*

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## PROGRESS NOTE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Progress Note Type**
General Surgery

**Date of Service**
05/20/2022

**Subjective**
NAEO. Patient states her pain is moderately controlled. She has been able to ambulate in the halls easily. She does state she is having right sided jaw and throat pain. She states she has had this pain previously but it was bilateral. She is tolerating PO intake. She has had 1 bowel movement

**Physical Exam**
**Vital Signs**
Temperature Temporal Artery: 97.3 DegF Pulse Rate: 82 bpm Respiratory Rate: 18 rpm Systolic Blood Pressure: 144 mmHg Diastolic Blood Pressure: 76 mmHg SpO2: 96 % O2 Delivery: Room Air Pain Scale Used: Scheduled Medication Pain Score Pre-Med: Not Applicable Primary Pain Intensity: 3 UT Opioid Sedation Scale: 1-Awake and Alert
GEN: awake, alert, oriented x 4, no acute distress
NEURO/CNS: GCS 15 Pupils: 3mm b/l, reactive Motor/Sensory: Nl, moves all extremities
HEENT: NC/AT, EOMI, OP c/p/p

**Intake and Output**

All visits (24 hour periods starting at 07:00 EDT)

| | 05/20/22 * | 05/19/22 | 05/18/22 |
|---|---|---|---|
| Total Summary | | | |
| Intake mL | 10 | 1,220 | 2,208 |
| Output mL | -- | -- | -- |
| Fluid Balance | 10 | 1,220 | 2,208 |
| Intake (5) | | | |
| Lactated Ringers Injection intravenous solution 1,000 mL mL | -- | -- | 1,244 |
| Oral Intake mL | -- | 1,210 | 900 |
| cefazolin mL | -- | -- | 50 |
| ondansetron mL | -- | -- | 4 |
| sodium chloride mL | 10 | 10 | 10 |
| Total | 10 | 1,220 | 2,208 |
| Output (0) | | | |
| Counts (3) | | | |
| Oral Intake mL | -- | 1,210 | 900 |
| Stool Count | -- | 1 | -- |
| Urine Count | -- | 5 | 4 |

* This column has not completed the indicated time period.

**Lab Results**
**All Labs, Past 48 Hours**

Progress Note

NECK: trachea midline, neck supple
PULM: EBBS, non-labored respirations
CV: RRR, adequate capillary refill
ABD: non-distended, appropriately tender to palpation, soft, no rebound tenderness
RENAL: Adequate UOP
EXT: Warm, no cyanosis or LE edema, palpable pulses
SKIN: No new rashes or lesions, incisions d/c/i
PSYCH: Normal mood and affect

**Assessment/Plan**
57yo female w/ recurrent hiatal hernia s/p lap hiatal hernia repair w/ mesh and partial fundoplication 5/18

Plan:
- MMP control.
- Full liquid diet. PRN nausea medication
- Encourage ambulation and PO intake
- Will get an EKG regarding her right jaw pain and chest pain. This is most likely related to her esophageal dysmotility and recent surgery.
- Possible discharge home this afternoon if patient's pain control improves

David Taylor Crismon PGY-2
General Surgery #1882
Chief: Dr. Porter
Attending: Dr. Kleppe

NA: 139 mEq/L (05/18/22 23:55:00)
K: 4.1 mEq/L (05/18/22 23:55:00)
CL: 103 mEq/L (05/18/22 23:55:00)
CO2: 24 mEq/L (05/18/22 23:55:00)
BUN: 13 mg/dL (05/18/22 23:55:00)
CREA: 0.6 mg/dL (05/18/22 23:55:00)
GLUCOSE: 140 mg/dL High (05/18/22 23:55:00)
CA: 8.2 mg/dL Low (05/18/22 23:55:00)
CA-ALBCORR: 8.5 mg/dL (05/18/22 23:55:00)
PHOS: 3.2 mg/dL (05/18/22 23:55:00)
MG: 1.8 mg/dL (05/18/22 23:55:00)
ALB: 3.6 g/dL (05/18/22 23:55:00)
ANION GAP: 12 mEq/L (05/18/22 23:55:00)
GFR-NONBLK: 101 GFR (05/18/22 23:55:00)
GFR-BLACK: 117 GFR (05/18/22 23:55:00)
eCrCl: 93.09 mL/min (05/18/22 23:55:00)
OSMO CALC: 290.4 mOsm/L High (05/18/22 23:55:00)
HGB: 12.1 g/dL (05/18/22 23:55:00)
HCT: 36.4 % (05/18/22 23:55:00)
WBC: 11.2 K/uL High (05/18/22 23:55:00)
PLT CNT: 231 K/uL (05/18/22 23:55:00)
NEUT%: 84 % (05/18/22 23:55:00)
LYMPH%: 10 % (05/18/22 23:55:00)
MONO%: 6 % (05/18/22 23:55:00)
EOS %: 0 % (05/18/22 23:55:00)
BASO %: 0 % (05/18/22 23:55:00)
IMM GRAN %: 0 % (05/18/22 23:55:00)
NEUT CT: 9.3 K/uL High (05/18/22 23:55:00)
LYMPH CT: 1.1 K/uL (05/18/22 23:55:00)
MONO CT: 0.7 K/uL (05/18/22 23:55:00)
EOS CT: 0 K/uL (05/18/22 23:55:00)
BASO CT: 0 K/uL (05/18/22 23:55:00)
IMM GRAN CT: 0 K/uL (05/18/22 23:55:00)
MCV: 88 fL (05/18/22 23:55:00)
MPV: 10.4 fL (05/18/22 23:55:00)
RDW: 12.6 % (05/18/22 23:55:00)
MCH: 29.4 pg (05/18/22 23:55:00)
MCHC: 33.2 g/dL (05/18/22 23:55:00)
RBC: 4.12 M/uL (05/18/22 23:55:00)
NRBC: 0 (05/18/22 23:55:00)
NRBC %: 0 % (05/18/22 23:55:00)

**Diagnostic Results**
All diagnostic results have been reviewed

**Instructions to Medical Records:**

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Progress Note

END REQUEST

*Electronically Signed By: Crismon MD Res, David T 05/20/2022 08:32 EDT*
*Authenticated By: Crismon MD Res, David T 05/20/2022 08:32 EDT*

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Progress Note

DOCUMENT TYPE: General Surgery Progress Note
ELECTRONICALLY SIGNED BY: KLEPPE MD, KYLE L (5/20/2022 16:25 EDT); Crismon MD Res, David T (5/19/2022 20:20 EDT)
RESULT DATE & TIME: 5/19/2022 07:37 EDT

**Addendum by KLEPPE MD, KYLE L on May 20, 2022 16:25:00 EDT**
**Attending Attestation**

I have seen and examined ROBERTA GALYON with the resident. I agree with the documentation above. Continued pain. Remained hospitalized.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

*Report Modified By: KLEPPE MD, KYLE L 05/20/2022 16:25 EDT*
*Electronically Signed By: KLEPPE MD, KYLE L 05/20/2022 16:25 EDT*

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**PROGRESS NOTE**

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Progress Note Type**
General Surgery

**Date of Service**
05/19/2022

**Subjective**
NAEO. Patient's pain has been moderately controlled. She was intermittently on 2L NC but is on room air at this time. She has ambulated and is tolerating a clear liquid diet. She is urinating but denies flatus at this time.

**Physical Exam**
**Vital Signs**
Temperature Temporal Artery: 97 DegF Low Pulse Rate: 88 bpm Respiratory Rate: 16 rpm Systolic Blood Pressure: 139 mmHg Diastolic Blood Pressure: 78 mmHg SpO2: 96 % Oxygen Flow Rate: 2 L/min O2 Delivery: Room Air Admission Weight lbs: 180 lb Height: 65 in Height in cm: 165.1 cm IBW Calculation: 57 kg Dosing Weight: 81.63 kg BMI Calculation: 29.95 Pain Scale Used: Scheduled Medication Pain Score Pre-Med: Not Applicable Primary Pain Intensity: 3 UT Opioid Sedation Scale: 1-Awake and Alert
GEN: awake, alert, oriented x 4, no acute distress
NEURO/CNS: GCS 15 Pupils: 3mm b/l, reactive Motor/Sensory: Nl, moves all extremities

**Intake and Output**

All visits (24 hour periods starting at 07:00 EDT)

| | 05/19/22 * | 05/18/22 | 05/17/22 |
|---|---|---|---|
| Total Summary | | | |
| Intake mL | 510 | 2,208 | -- |
| Output mL | -- | -- | -- |
| Fluid Balance | 510 | 2,208 | -- |
| Intake (5) | | | |
| Lactated Ringers Injection intravenous solution 1,000 mL mL | -- | 1,244 | -- |
| Oral Intake mL | 510 | 900 | -- |
| cefazolin mL | -- | 50 | -- |
| ondansetron mL | -- | 4 | -- |
| sodium chloride mL | -- | 10 | -- |
| Total | 510 | 2,208 | -- |
| Output (0) | | | |
| Counts (2) | | | |
| Oral Intake mL | 510 | 900 | -- |
| Urine Count | -- | 4 | -- |

* This column has not completed the indicated time period.

**Lab Results**
**All Labs, Past 48 Hours**
NA: 139 mEq/L (05/18/22 23:55:00)

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Progress Note

HEENT: NC/AT, EOMI, OP c/p/p
NECK: trachea midline, neck supple
PULM: EBBS, non-labored respirations
CV: RRR, adequate capillary refill
ABD: non-distended, appropriately tender to palpation, soft, no rebound tenderness
RENAL: Adequate UOP
EXT: Warm, no cyanosis or LE edema, palpable pulses
SKIN: No new rashes or lesions, incisions d/c/i
PSYCH: Normal mood and affect

**Assessment/Plan**
57yo female w/ recurrent hiatal hernia s/p lap hiatal hernia repair w/ mesh and partial fundoplication 5/18

Plan:
- MMP control. Increase Robaxin and add gabapentin
- Advance to full liquids
- Encourage ambulation and PO intake
- dc IV fluids
- Possible discharge home this afternoon if patient's pain control improves

David Taylor Crismon PGY-2
General Surgery #1882
Attending: Dr. Kleppe

K: 4.1 mEq/L (05/18/22 23:55:00)
CL: 103 mEq/L (05/18/22 23:55:00)
CO2: 24 mEq/L (05/18/22 23:55:00)
BUN: 13 mg/dL (05/18/22 23:55:00)
CREA: 0.6 mg/dL (05/18/22 23:55:00)
GLUCOSE: 140 mg/dL High (05/18/22 23:55:00)
CA: 8.2 mg/dL Low (05/18/22 23:55:00)
CA-ALBCORR: 8.5 mg/dL (05/18/22 23:55:00)
PHOS: 3.2 mg/dL (05/18/22 23:55:00)
MG: 1.8 mg/dL (05/18/22 23:55:00)
ALB: 3.6 g/dL (05/18/22 23:55:00)
ANION GAP: 12 mEq/L (05/18/22 23:55:00)
GFR-NONBLK: 101 GFR (05/18/22 23:55:00)
GFR-BLACK: 117 GFR (05/18/22 23:55:00)
eCrCl: 93.09 mL/min (05/18/22 23:55:00)
OSMO CALC: 290.4 mOsm/L High (05/18/22 23:55:00)
HGB: 12.1 g/dL (05/18/22 23:55:00)
HCT: 36.4 % (05/18/22 23:55:00)
WBC: 11.2 K/uL High (05/18/22 23:55:00)
PLT CNT: 231 K/uL (05/18/22 23:55:00)
NEUT%: 84 % (05/18/22 23:55:00)
LYMPH%: 10 % (05/18/22 23:55:00)
MONO%: 6 % (05/18/22 23:55:00)
EOS %: 0 % (05/18/22 23:55:00)
BASO %: 0 % (05/18/22 23:55:00)
IMM GRAN %: 0 % (05/18/22 23:55:00)
NEUT CT: 9.3 K/uL High (05/18/22 23:55:00)
LYMPH CT: 1.1 K/uL (05/18/22 23:55:00)
MONO CT: 0.7 K/uL (05/18/22 23:55:00)
EOS CT: 0 K/uL (05/18/22 23:55:00)
BASO CT: 0 K/uL (05/18/22 23:55:00)
IMM GRAN CT: 0 K/uL (05/18/22 23:55:00)
MCV: 88 fL (05/18/22 23:55:00)
MPV: 10.4 fL (05/18/22 23:55:00)
RDW: 12.6 % (05/18/22 23:55:00)
MCH: 29.4 pg (05/18/22 23:55:00)
MCHC: 33.2 g/dL (05/18/22 23:55:00)
RBC: 4.12 M/uL (05/18/22 23:55:00)
NRBC: 0 (05/18/22 23:55:00)
NRBC %: 0 % (05/18/22 23:55:00)

**Diagnostic Results**
All diagnostic results have been reviewed

**Instructions to Medical Records:**

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Progress Note

END REQUEST

*Report Modified By: Crismon MD Res, David T 05/19/2022 20:20 EDT*
*Electronically Signed By: Crismon MD Res, David T 05/19/2022 20:20 EDT*
*Authenticated By: Crismon MD Res, David T 05/19/2022 20:20 EDT*

Progress Note

DOCUMENT TYPE: General Surgery Progress Note
ELECTRONICALLY SIGNED BY: Crismon MD Res, David T (5/18/2022 17:48 EDT)
RESULT DATE & TIME: 5/18/2022 17:45 EDT

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

Patient was seen and examined at bedside after returning to the floor s/p hiatal hernia repair today.

Patient's pain is moderately controlled. She has already ambulated. She is tolerating a clear liquid diet

**Physical exam:**
CV: RRR
Pulm: Normal respiratory effort
Abd: NT, ND, soft
MSK: No LE swelling
Dressings C/D/I: No evidence of hematoma or fluid collection. Incision appropriately tender to palpation. No erythema.
Drains:

**Plan:**
• Switch Norco to Oxycodone per patient request. Schedule tylenol
• CLD
• Encourage ambulation and IS use

David Taylor Crismon, MD
General Surgery, PGY-2
Pager #1882

**Instructions to Medical Records:**

END REQUEST

*Electronically Signed By: Crismon MD Res, David T 05/18/2022 17:48 EDT*
*Authenticated By: Crismon MD Res, David T 05/18/2022 17:48 EDT*

DOCUMENT TYPE: Operative Report
ELECTRONICALLY SIGNED BY: KLEPPE MD, KYLE L (5/18/2022 10:57 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

**Preoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Postoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Operation/Procedure Performed**
Robotic assisted laparoscopic hiatal hernia repair with partial fundoplication
Esophagogastroduodenoscopy

**Surgeon**
Attending
Kyle L. Kleppe, MD

Assistant
Haley Daigle, MD - Due to the lack of a qualified resident being available, Dr. Daigle was utilized for assistance in this case.
Taylor Crismon, MD

**Operative Data**
Estimated Blood Loss
<5mL
Specimens
none

**Indication for Surgery**
57-year-old female presents for treatment of recurrent hiatal hernia with return of reflux symptoms. She previously had a very large paraesophageal hernia and now has a small recurrence. The risks, benefits, and alternatives to the intervention were explained and they elected to proceed.

**Findings**
Endoscopic findings:
1. Endoscopy allowed for localization of the Z-line for proper fundoplication creation.
2. After fundoplication the scope was also able to traverse the gastroesophageal junction without difficulty.
3. Final inspection revealed recreation of the valve with adequately formed fundoplication.

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Operative Report

Laparoscopic findings:
1. Hernia recurrence largerly on the left lateral aspect with a small portion herniated above the diaphragm. Prior cruroplasty sutures in place both posteriorly and anteriorly.
2. Posterior cruroplasty sutures x3 with 0-Ethibond. Partially embricating the prior repair posteriorly.
3. Partial posterior 270 degree Toupet fundoplication was performed.

**Description of Procedure**

The patient was taken to the operating room placed on the table in the supine position. General endotracheal anesthesia was induced without difficulty. The patient's abdomen was prepped and draped in the normal sterile fashion using chlorhexidine. Entry into the abdomen was made through a periumbilical optical trocar. Gas insufflation of the abdomen was obtained. Additional trocars were placed under direct visualization after local anesthetic administration. Nathanson liver retractor was placed. The bed was positioned in reverse Trendelenburg and the robot was docked. There were minimal adhesions to the liver. Identified were several fundoplication sutures still visible within the abdominal cavity. We began by incising the adhesions to the anterior surface of the stomach to the diaphragm. We carried this laterally towards the left side of the crus which identified a portion of herniated stomach it was just the fundus which had slipped up alongside the esophagus. I then performed circumferential dissection posteriorly which allowed for placement of a Penrose to facilitate downward traction. The other posterior right and anterior portions of the fundoplication were actually scarred in good anatomic position however this was all taken down to facilitate further mobilization. Mediastinal dissection was performed in a circumferential manner allowing for excellent mobilization of the esophagus. The gastroscope was reintroduced through the mouth and confirmed the position of the Z-line. There was actually a well-appearing valve as we did not take the wrap all the way down. Once we confirmed adequate intra-abdominal length the scope was retracted and evaluation of the hiatus was made. All of the prior cruroplasty sutures both anterior and posteriorly were intact. The hiatus just appeared to be a little too dilated. We then placed 3 posterior cruroplasty sutures in a figure-of-eight fashion with 0 Ethibond. 2 of these were mostly used for imbricating the prior repair. Next we elected to place a mesh. I used Ovitex mesh 6 x 10 cm. The cut out for the esophagus was made after measuring internally. The mesh was then introduced into the abdominal cavity and secured to the diaphragm and anterior aspect on either side of the esophagus. Next the fundoplication was reinforced with 2 additional sutures on each side. Reintroduction of the gastroscope and retroflexed visualization demonstrated an excellently formed wrap with recreation of the gastroesophageal flap valve. The gastric lumen was then decompressed and the scope was removed. Hemostasis was achieved at the end of the case. All instruments and devices inserted including a Penrose and ruler were accounted for. All ports were removed under direct visualization. Skin was closed with 4-0 Monocryl. The patient tolerated the procedure well. They were extubated and transferred to the recovery room in stable condition.

I was present and scrubbed for the entire procedure.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

**Instructions to Medical Records:**
cc:Collins (Results), Timothy

END REQUEST

*Electronically Signed By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*
*Authenticated By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

**5/18/2022**

**Age:** 57 yo
**Weight:** 79.4 kg
**Height:** 65 in
**ASA:** ASA 3.

**Dx:** DX/K44.9 CPT/43281
**Procedure(s):** ROBOTIC RECURRENT HIATAL HERNIA REPAIR
**Case Default:** UA |GA-ETT
**Room:** 08
**Surgeon:** KLEPPE, KYLE

**BIRTHDATE**
**Name** Galyon, Roberta L
**MRN** 1844020
**SEX:** F **Admit Date:** 5/18/2022
**VISIT No.** 18440200031

Intraop Room:08 Difficulty of Intubation Easy

| Anesthesia Start (Patient in Room) | Standard ASA monitors placed, vital signs checked | Anesthesia Induction | Anesthesia Ready |
|---|---|---|---|
| 07:29 | 07:29 | 07:40 | 07:42 |

| Anesthesia End |
|---|
| 10:58 |

| Time >> | 07:15 | | 07:45 | | 08:15 | | 08:45 | | 09:15 | | 09:45 | | 10:15 | | 10:45 | | 11:15 | | 11:45 | | Waste | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meds** | | | | | | | | | | | | | | | | | | | | | | |
| Phenylephr | | | | | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | OFF | | | | | | 38.5 (1540 mcg) |
| Midazolam | | 2 | | | | | | | | | | | | | | | | | | | 0 | 2 |
| Fentanyl ( | | | 100 | | | | | | | | | | | | | | | | | | 0 | 100 |
| Lidocaine | | | 60 | | | | | | | | | | | | | | | | | | 0 | 60 |
| Propofol ( | | | 120 | | | | | | | | | | | | | | | | | | 0 | 120 |
| Rocuronium | | | 80 | | | | | 20 | | | | | 10 | | | | | | | | 0 | 110 |
| Hydromorph | | | | | | 0.5 | | | 0.2 | 0.3 | | | | | | | | | | | 0 | 1 |
| Promethazi | | | | | | | | 0.25 | | | | | | | | | | | | | 0 | 0.25 |
| Ondansetro | | | | | | | | | | | | | | | 4 | | | | | | 0 | 4 |
| Sugammadex | | | | | | | | | | | | | | | 200 | | | | | | 0 | 200 |
| **Monitors** | | | | | | | | | | | | | | | | | | | | | | |
| TOF | | | | | 0/4 | 0/4 | 0/4 | 1/4 | 0/4 | 0/4 | 0/4 | 2/4 | 0/4 | 0/4 | 4/4 | | | | | | | |
| BIS - Rang | | | | 40 to 60 | 40 to 60 | 40 to 60 | 40 to 50 | 20 to 40 | 40 to 60 | 40 to 60 | 20 to 40 | 20 to 40 | 20 to 40 | 20 to 40 | 20 to 40 | | | | | | | |
| Rhythm2 | | | | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR | | | | | | | |
| Temp 1 | | | | 35.8 | 35.9 | 36.1 | 36.2 | 36.2 | 36.3 | 36.4 | 36.6 | 36.5 | 36.8 | 36.9 | 37 | | | | | | | 37 |
| HR | | | 62 | 72 | 78 | 84 | 81 | 87 | 94 | 94 | 96 | 99 | 94 | 93 | 80 | 83 | | | | | | 88 |
| SpO2 | | | 100 | 99 | 99 | 98 | 98 | 98 | 98 | 97 | 98 | 97 | 97 | 97 | 98 | 100 | | | | | | 100 |
| NIBP Sys | | | 107 | 107 | 134 | 111 | 128 | 116 | 128 | 112 | 121 | 109 | 119 | 110 | 117 | 155 | | | | | | 150 |
| NIBP Mea | | | 77 | 78 | 102 | 86 | 99 | 91 | 101 | 81 | 92 | 80 | 89 | 82 | 86 | 105 | | | | | | 99 |
| NIBP Dia | | | 58 | 62 | 83 | 72 | 80 | 78 | 81 | 63 | 75 | 65 | 69 | 65 | 65 | 74 | | | | | | 69 |
| **Fluids** | | | | | | | | | | | | | | | | | | | | | | |
| Lactated R | | | 0 | | | | 1000 | | | | | | | | | | | | | | | 1000 |
| Urine Volu | 0 | | | | | | | | 400 | | | | | | 200 | | | | | | | 600 |
| OR Output | 0 | | | | | | | | | | | | | | | | | | | | | 0 |
| **Gas/Vent** | | | | | | | | | | | | | | | | | | | | | | |
| Oxygen Ins | | | 96.3 | 62.2 | 44.9 | 44.1 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 58.2 | 95.8 | | | | | | 96 |
| Oxygen Exp | | | 93 | 59 | 41 | 41 | 39 | 39 | 39 | 40 | 40 | 39 | 39 | 39 | 50 | 87 | | | | | | 93 |
| Nitrous In | | | 0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| Nitrous Ex | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| Sevofluran | | | 1.1 | 2.2 | 2.37 | 2.37 | 2.25 | 2.3 | 2.3 | 2.75 | 2.54 | 2.46 | 2.4 | 2.4 | 1.45 | 0 | | | | | | 0 |
| Sevofluran | | | 0.8 | 1.7 | 1.9 | 2.1 | 2 | 2 | 2 | 2.4 | 2.3 | 2.3 | 2.2 | 2.2 | 1.5 | 0.4 | | | | | | |
| ETCO2 | | | 13 | 38 | 36 | 34 | 38 | 37 | 40 | 37 | 39 | 41 | 40 | 39 | 50 | 49 | | | | | | 0 |
| FiCO2 | | | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| RM TV ml | | | 75 | 384 | 387 | 415 | 410 | 408 | 409 | 409 | 409 | 407 | 406 | 405 | 303 | 157 | | | | | | |
| Resp Rate | | | 4 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 12 | 11 | | | | | | 0 |
| RM Peak Pr | | | 7 | 20 | 21 | 23 | 24 | 23 | 24 | 25 | 24 | 24 | 24 | 24 | 14 | 4 | | | | | | |
| PEEP/CPAP | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | | | | 5 |

**Lines**
Left Hand 18 g

**Graph Leg**
NIBP Sys
NIBP Dia
HR

**Post-Op V**
BP 140/69
P 90
R 17
T 96.9
SpO2 96




I reassessed and confirmed my primary evaluation prior to induction,was present for all key events during the administration of this anesthetic,made periodic intraop checks & was immediately available at all times while the patient was under my care.

| Anes Attending | ID# | SRNA | ID# |
|---|---|---|---|
| Murray, M (MD) 5/18/2022 07:18 | 33 | Bivens, C (SRNA) 5/18/2022 07:08 | SW5 |

| MEDICAL RECORD | SIGNATURES ARE ELECTRONIC | INTRAOP RECORD |
|---|---|---|





Lincoln/Galyon 1028

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

| | | | |
|---|---|---|---|
| **BIRTHDATE** | | | |
| **Name** | Galyon, Roberta L | | |
| **MRN** | 1844020 | | |
| **SEX:** | F | **Admit Date:** | 5/18/2022 |
| **VISIT No.** | 18440200031 | | |

**5/18/2022**
07:06 - Case Initiated
07:06 - Bivens, Cassie SRNA signed-in to the case
07:06 - Equipment checked and verified
07:06 - Anesthesia machine circuit checked and calibrated
07:18 - Murray, Mark MD signed-in to the case (Physically Present)
07:29 - Anesthesia Start (Patient in Room)
07:29 - Standard ASA monitors placed, vital signs checked
07:29 - Patient identified, chart reviewed, status unchanged from preoperative evaluation and anesthetic plan discussed with all involved anesthesia providers.
07:29 - Midazolam (Versed) PF Syringe (2mg/2ml) 2 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
07:29 - Patient preoxygenated by 6 L/min O2 by mask
07:29 - Patient positioned supine
07:29 - Arm Position: Bilateral tucked, padded and secured.
07:33 - **Intraop Room:08**
07:40 - Fentanyl (Sublimaze) (100mcg/2ml) 100 mcg IV, administered by Bivens, Cassie SRNA 05/18/2022
07:40 - Lidocaine 2% 60 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
07:40 - Propofol 120 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
07:40 - Eye Protection Taped with goggles
07:40 - NPO status confirmed to be greater than 8 hours for solids and greater than 2 hours for clear liquids
07:40 - Existing Site - Left Hand 18 g.
07:40 - Lactated Ringers 1000ml Bag/Syringe/Unit:1-1000 ml Maintenance in Left Hand 18 g
07:40 - Anesthesia Induction
07:41 - Mask ventilation Grade 1; Ventilated by mask
07:41 - Rocuronium (Zemuron) 80 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
07:42 - Grade I laryngoscopic view
07:42 - Orally intubated using MacIntosh #3 Blade after first attempt(s) without stylet
07:42 - Equal bilateral breath sounds auscultated & end-tidal CO2 present
07:42 - **Difficulty of Intubation Easy**
07:42 - Dentition Natural/Good Condition No change. Laryngoscopy atraumatic.
07:42 - 7 mm Single-lumen cuffed ET tube taped @ 21 cm
07:42 - Ventilation Mode: SIMV/PSV
07:42 - HME used
07:42 - Esophageal temperature probe placed
07:42 - Anesthesia Ready
07:55 - 16 Fr orogastric tube placed, gastric contents observed
08:01 - Peripheral nerve stimulator placed over left facial nerve
08:01 - Type of anesthesia: General.: IV Induction/Inhaled Agent(s) for Maintenance.
08:01 - TIME OUT PROCESS
08:03 - Surgical Incision
08:07 - Forced air warming device (Bair Hugger): Upper body
08:15 - Hydromorphone (0.5MG/0.5ML) Syringe 0.5 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
08:24 - Phenylephrine (Neosynephrine) 10 mg in 250 ml NS Infusion 10 mcg/min (10 mg per 250 ml) Started titrate to effect
08:43 - Lactated Ringers 1000ml infused 1000 ml
08:43 - Lactated Ringers 1000ml new Bag/Syringe/Unit:2-1000 ml in Left Hand 18 g
08:48 - Promethazine (Phenergan) 6.25 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
08:56 - Rocuronium (Zemuron) 20 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
09:06 - Hydromorphone (0.5MG/0.5ML) Syringe 0.2 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
09:07 - Urine-400 ml
09:15 - Hydromorphone (0.5MG/0.5ML) Syringe 0.3 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
10:01 - Rocuronium (Zemuron) 10 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
10:36 - Ondansetron (Zofran) 4mg IV 4 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
10:37 - Oral airway placed
10:38 - Urine-200 ml
10:38 - I have completed the controlled substances accounting for this case
10:39 - Sugammadex 200 mg IV, administered by Bivens, Cassie SRNA 05/18/2022
10:53 - Patient extubated
10:57 - Patient transported to PACU
10:57 - Postoperative Assessment: Airway: Unobstructed; CV Status: Hemodynamically Stable; Level of Consciousness: Drowsy; O2 Delivery: nasal cannula; Personal Effects Present & Labeled At Bedside in PACU: N/A
10:57 - Postop vital signs BP 149/69, P 90, RR 17, SpO2 99%, T 96.9 (F)
10:58 - Anesthesia End
10:58 - Murray, Mark MD signed-out of the case
10:58 - Bivens, Cassie SRNA signed-out of the case
10:58 - Phenylephrine (Neosynephrine) 10 mg in 250 ml NS Infusion delivery has stopped

| Anes Attending<br>Murray, M (MD) 5/18/2022 07:18 | ID#<br>33 | SRNA<br>Bivens, C (SRNA) 5/18/2022 07:06 | ID#<br>SWS | |
|---|---|---|---|---|
| **MEDICAL RECORD** | | SIGNATURES ARE ELECTRONIC | | **INTRAOP RECORD** |





**Lincoln/Galyon 1029**

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

| | |
|---|---|
| **BIRTHDATE** | |
| **Name** | Galyon, Roberta L |
| **MRN** | 1844020 |
| **SEX:** | F **Admit Date:** 5/18/2022 |
| **VISIT No.** | 18440200031 |

**I/O TOTAL**

| Input | Amount | Output | Amount |
|---|---|---|---|
| Infusion | 38.5 ml | Urine Output | 600 ml |
| Crystalloids | 1000 ml | Estimated Blood loss | |
| **Total Input:** | 1038.5 ml + 0 Units | **Total Output:** | 600 ml |

**INTRAOP I/O TOTAL**

| Input | Amount | Output | Amount |
|---|---|---|---|
| Infusion | 38.5 ml | Urine Output | 600 ml |
| Crystalloids | 1000 ml | Estimated Blood loss | |
| **Total Input:** | 1038.5 ml + 0 Units | **Total Output:** | 600 ml |

**ALLERGIES**

No Data Available

| Anes Attending | ID# | SRNA | ID# | |
|---|---|---|---|---|
| Murray, M (MD) 5/18/2022 07:18 | 33 | Bivens, C (SRNA) 5/18/2022 07:06 | SW5 | |
| **MEDICAL RECORD** | | SIGNATURES ARE ELECTRONIC | | **INTRAOP RECORD** |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5017*

The University of Tennessee Medical Center

(865)305-9000
1924 Alcoa Hwy
Knoxville, TN 37920

**CaseNumber:**
1425323

**BIRTHDATE**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female **PROCEDURE DATE::**
**Visit #:** 18440200031
**Surgeon:**

**PACU Discharge Note 5/18/2022 13:19:00**

## Postop Evaluation

**Postoperative Review**
PACU Post OP - Yes(b)
POSTOP VITALS - Stable(b)
LEVEL OF CONSCIOUSNESS - Alert(b)
AIRWAY - Unobstructed(b)
CARDIOVASCULAR STATUS - Hemodynamically Stable(b)
PAIN MANAGEMENT - Minimal Pain(b)
NAUSEA AND/OR VOMITING - None(b)
POSTOP HYDRATION - Euvolemic(b)
Complications - None(b)
POSTOP EVALUATION SIGNATURE - Electronically Signed:Robert Gassert, MD(b)

**Vital Signs**

| NIBP Sys: | NIBP Dia: | Temp (F): | RR: | HR: | SPO2: |
|---|---|---|---|---|---|
| 148 Observation Time 05/18/2022 13:10:00 | 73 Observation Time 05/18/2022 13:10:00 | | 16 Observation Time 05/18/2022 13:17:00 | 78 Observation Time 05/18/2022 13:17:00 | 92 Observation Time 05/18/2022 13:17:00 |
| 148 Observation Time 05/18/2022 13:10:00 | 73 Observation Time 05/18/2022 13:10:00 | 37.0 Observation Time 05/18/2022 10:36:00 | 16 Observation Time 05/18/2022 13:17:00 | 78 Observation Time 05/18/2022 13:17:00 | 92 Observation Time 05/18/2022 13:17:00 |

Art BP Sys: Art BP Dia:

Upon completion of this post-procedural evaluation, the staff anesthesiologist is documenting that the patient has met criteria for discharge from phase 1 of recovery.

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Robert Gassert

* Auth (Verified) *

*5017*

The University of Tennessee Medical Center
(865)305-9000
1924 Alcoa Hwy
Knoxville, TN 37920

**CaseNumber:** 1425323

**BIRTHDATE**

**NAME:** Galyon, Roberta L

**MRN:** 1844020

**SEX:** Female **PROCEDURE DATE::**

**Visit #:** 18440200031

**Surgeon:**

## Staff List

1. a HL7Interfaces HL7Interfaces
2. b Robert Gassert

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number** 1425323

**5/18/2022**

**Age:** 57 yo
**Weight:** 79.4 kg
**Height:** 65 in
**ASA:** ASA 3.

**Dx:** DX/K44.9 CPT/43281
**Procedure(s):** ROBOTIC RECURRENT HIATAL HERNIA REPAIR
**Case Default:** PACU - Standard
**Room:** PACU 11
**Surgeon:** KLEPPE, KYLE

**BIRTHDATE**
**Name** Galyon, Roberta L
**MRN** 1844020
**SEX:** F **Admit Date:** 5/18/2022
**VISIT No.** 18440200031

| Patient Out of Room | Confirm room/Arrival in PACU | PACU Ready for Discharge | Discharge from PACU |
|---|---|---|---|
| 10:59 | 10:59 | 13:20 | 16:09 |

| Time >> | 11:00 | | 11:30 | | 12:00 | | 12:30 | | 13:00 | | 13:30 | | 14:00 | | 14:30 | | 15:00 | | 15:30 | | 16:00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meds** | | | | | | | | | | | | | | | | | | | | | | |
| Hydromorphone (2MG/1ML) Syringe (mg) | | | | | | | | | | 0.2 | | | | | | | | | 0.2 | | | |
| **Monitors** | | | | | | | | | | | | | | | | | | | | | | |
| Temp 1 | | | | | | | | | | | | | | | | | | | | | | |
| HR | | 83 | 79 | 79 | 72 | 73 | 71 | 72 | 73 | 77 | 75 | 74 | 73 | 74 | 77 | 77 | 72 | 71 | 77 | 81 | 75 | 76 |
| SaO2 | | 92 | 95 | 95 | 93 | 94 | 93 | 94 | 94 | 94 | 94 | 95 | 95 | 95 | 96 | 93 | 94 | 96 | 97 | 96 | 96 | 96 |
| NIBP Sys | | 127 | 132 | 133 | 125 | 117 | 122 | 131 | 134 | 140 | 119 | 137 | 133 | 129 | 125 | 148 | 141 | 146 | 143 | 145 | 144 | 139 |
| NIBP Mea | | 88 | 92 | 88 | 87 | 85 | 91 | 92 | 92 | 97 | 88 | 94 | 96 | 88 | 86 | 107 | 96 | 103 | 101 | 99 | 100 | 99 |
| NIBP Dia | | 64 | 63 | 60 | 63 | 63 | 69 | 69 | 64 | 69 | 69 | 65 | 70 | 64 | 60 | 78 | 67 | 73 | 73 | 69 | 72 | 71 |
| Resp | | 18 | 14 | 16 | 15 | 15 | 16 | 14 | 17 | 15 | 15 | 17 | 15 | 15 | 18 | 18 | 16 | 18 | 19 | 19 | 15 | 15 |
| Glucose | | 135 | | | | | | | | | | | | | | | | | | | | |
| **Fluids** | | | | | | | | | | | | | | | | | | | | | | |
| Lactated Ringers 1000ml (ml) Left Hand 18 g Maintenance | | | 300 | | | | | | | | | | | | | | | | | | | |
| Urine Volume | | | | | | | | | | | | | | | | | | | | 250 | | |
| **Gas/Vent** | | | | | | | | | | | | | | | | | | | | | | |
| Oxygen Insp | | | | | | | | | | | | | | | | | | | | | | |
| Oxygen Exp | | | | | | | | | | | | | | | | | | | | | | |
| Nitrous Insp | | | | | | | | | | | | | | | | | | | | | | |
| Nitrous Exp | | | | | | | | | | | | | | | | | | | | | | |
| Sevoflurane Insp | | | | | | | | | | | | | | | | | | | | | | |
| ETCO2 | | | | | | | | | | | | | | | | | | | | | | |
| Resp Rate - CO2 | | | | | | | | | | | | | | | | | | | | | | |
| PEEP/CPAP set | | | | | | | | | | | | | | | | | | | | | | |
| **General Assessment** | | | | | | | | | | | | | | | | | | | | | | |
| LOC | | Sedated | Falls asleep easily | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Falls asleep easily. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | Resting with eyes closed. Moves all extremities. Follows commands. Oriented x3 | | |
| Speech | | | | | | | | | | Clear | | Clear | Clear | Clear | | | Clear | Clear | Clear | Clear | | |
| Radial Left Pulse | | 2+ -Normal | 2+ -Normal | 2+ -Normal | | | | | | | | | | | | | | | | | | |
| Radial Right Pulse | | 2+ -Normal | 2+ -Normal | 2+ -Normal | | | | | | | | | | | | | | | | | | |
| DP Left Pulse | | 2+ -Normal | 2+ -Normal | 2+ -Normal | | | | | | | | | | | | | | | | | | |
| DP Right Pulse | | 2+ -Normal | 2+ -Normal | 2+ -Normal | | | | | | | | | | | | | | | | | | |
| Capillary refill | | less than 3 seconds | less than 3 seconds | less than 3 seconds | | | | | | | | | | | | | | | | | | |
| Heart Sounds | | Regular | Regular | Regular | | | | | | | | | | | | | | | | | | |
| Skin integrity | | Warm, Dry | Warm, Dry | Warm, Dry | | Warm, Dry | Warm, Dry | | | | | | Warm, Dry | Warm, Dry | | | Warm, Dry | Warm, Dry | | | | |
| Skin breakdown | | No | No | No | | | | | | | | | | | | | | | | | | |
| Bowel sounds | | active, present | active, present | active, present | | | | | | present, hypoactive | | | | present, hypoactive | | | present, hypoactive | present, hypoactive | | | | |
| Abdomen (description) | | Soft | Soft | Soft | | | | Soft | | Soft | | | | Soft | | | Soft | Soft | | | | |
| Oxygen Source | | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | Nasal cannula | | Nasal cannula | | Nasal cannula | Nasal cannula | Nasal cannula | | |
| O2 liters per minute | | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 2 | 2 | | |
| Breath sounds | | Clear | Clear | Clear | | | | | | | | | | Clear | | | Clear | Clear | | | | |
| **Item Assessment** | | | | | | | | | | | | | | | | | | | | | | |
| Foley | | no foley. | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | no foley | | no foley | no foley | no foley | no foley | | |
| Lap sites | | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | Clean, dry, intact, dermabond | | |
| **Scoring** | | | | | | | | | | | | | | | | | | | | | | |
| Pain Scale, Faces | | | | 0 -No hurt | | | | | | 6 -Hurts even more | | | | | | | | | 6 -Hurts even more | 6 -Hurts even more | | 4 -Hurts little more |
| Pain Location | | | | | | | | | | Abdomen: Mid | | | | | | | | | Abdomen: Mid | Abdomen: Mid | | Abdomen: Mid |
| Pain Interventions | | | | | | | | | | Medication | | | | | | | | | Medication | | | |
| Pain Variation | | | | | | | | | | Ache, Burning | | | | | | | | | Ache, Burning | Ache, Burning | | Ache, Burning |
| Pain Duration | | | | | | | | | | Constant | | | | | | | | | Constant | Constant | | Constant |
| Pain Observation | | Sleeping | Sleeping | Calm | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm, Sleeping | Calm | Calm | Calm, Sleeping | Calm |

SIGNATURES ARE ELECTRONIC







**Lincoln/Galyon 1033**

* Auth (Verified) *

*5100*

The University of Tennessee Medical Center

(865)305-9000
1924 Alcoa Hwy
Knoxville, TN 37920

OR Case Number 1425323

| | |
|---|---|
| BIRTHDATE | |
| Name | Galyon, Roberta L |
| MRN | 1844020 |
| SEX: | F **Admit Date:** 5/18/2022 |
| VISIT No. | 18440200031 |

| Time >> | 11:00 | | 11:30 | | 12:00 | | 12:30 | | 13:00 | | 13:30 | | 14:00 | | 14:30 | | 15:00 | | 15:30 | | 16:00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scoring (cont'd) | | | | | | | | | | | | | | | | | | | | | | |
| FLACC- Face | 0 - No particular expression or smile, eye contact and interest in surroundings | | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 1 - Occasional grimace or frown, withdrawn, disinterested, worried look to face. | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 1 - Occasional grimace or frown, withdrawn, disinterested, worried look to face. | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings | 0 - No particular expression or smile, eye contact and interest in surroundings |
| FLACC- Legs | 0 - Normal position or relaxed | | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed | 0 - Normal position or relaxed |
| FLACC- Activity | 0 - Lying quietly, normal position, moves easily and freely | | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely | 0 - Lying quietly, normal position, moves easily and freely |
| FLACC- Cry | 0 - No cry/moan (awake or asleep) | | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) | 0 - No cry/moan (awake or asleep) |
| FLACC- Consolability | 0 - Calm, content, relaxed, does not require consoling | | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 1 - Reassured by occasional touching, hugging or talking to, distractible | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling | 0 Calm content relaxed, does not require consoling |
| FLACC Score | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Aldrete: Activity | | | 2 - Moves all extremities voluntarily on command | | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command | 2 - Moves all extremities voluntarily on command |
| Aldrete: Respiration | | | 2 - Breathes deeply and coughs freely | | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely | 2 - Breathes deeply and coughs freely |
| Aldrete: Circulation | | | 2 - BP +/- 20% preanesthesia level | | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level | 2 - BP +/- 20% preanesthesia level |
| Aldrete: Consciousness | | | 1 - Arousable on calling | | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling | 1 - Arousable on calling |
| Aldrete: Oxygen Saturation | | | 1 - Supplemental O2 required to maintain SPO2 >90% | | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% | 1 - Supplemental O2 required to maintain SPO2 >90% |
| Aldrete Score | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Eye Opening | 3 - To Speech | | 3 - To Speech | 3 - To Speech | 3 - To Speech | 3 - To Speech | 3 - To Speech | 3 - To Speech | 3 - To Speech | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously | 4 - Spontaneously |
| Motor response | | | 6 - Obeys | | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys | 6 - Obeys |
| Verbal response | | | 5 - Oriented to time, place and person | | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person | 5 - Oriented to time, place and person |
| GCS Score | | | | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| GCS Score Eval | | | Totally Unresponsive | | Totally Unresponsive | Totally Unresponsive | Totally Unresponsive | Totally Unresponsive | Totally Unresponsive | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response | Best Response |

SIGNATURES ARE ELECTRONIC





Lincoln/Galyon 1034

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

| | |
|---|---|
| **BIRTHDATE** | |
| **Name** | Galyon, Roberta L |
| **MRN** | 1844020 |
| **SEX:** | F **Admit Date:** 5/18/2022 |
| **VISIT No.** | 18440200031 |




**5/18/2022**
10:59 - Patient Out of Room
10:59 - Smith, Sydney RN signed-in to the case
10:59 - Confirm patient
10:59 - Confirm room/Arrival in PACU
11:00 - Start Vital Signs Capture
11:00 - Allergies verified
11:00 - Care Plan
11:00 - Alarm limits set
11:00 - Assessment on Arrival- Color: Pink, Responsiveness: Sedate, Airway: Even and unlabored
11:00 - IV Site: Location Left: hand, Type peripheral: 18 g. Appearance: no redness or edema, Dressing: clean, dry, intact
11:01 - IV Site: Location Right: hand, Type peripheral: 18 g. Appearance: no redness or edema, Dressing: clean, dry, intact
11:10 - Waiting for CPOE orders
11:14 - **Crismon, MD paged regarding incomplete post-op orders**
11:20 - Lactated Ringers 1000ml infused 300 ml
11:32 - **Patient follows commands. Unable to answer orientation questions at this time**
11:47 - **Dr. Daigle contacted regarding incomplete orders**
11:51 - Family updated Family updated: Scott (husband)
11:55 - CPOE Orders Initiated Patient to be admitted
13:10 - Hydromorphone (1MG/1ML) Syringe 0.2 mg IV, administered by Smith, Sydney RN 05/18/2022
13:20 - MD to bed for sign out
13:20 - PACU Ready for Discharge
13:20 - Waiting for Floor bed
13:51 - **Patient resting with eyes closed. No grimace, frown, or moaning**
14:12 - Smith, Sydney RN signed-out of the case
14:12 - Claiborne, Julie RN signed-in to the case
14:12 - Family updated Family updated: Scott (husband)
14:51 - Claiborne, Julie RN signed-out of the case
14:51 - Smith, Sydney RN signed-in to the case
14:51 - Report given to Sydney, RN
15:25 - Hydromorphone (1MG/1ML) Syringe 0.2 mg IV, administered by Smith, Sydney RN 05/18/2022
15:38 - **Patient attempting to void**
15:40 - Urine-250 ml
15:55 - Report given to 11 east RN
16:02 - Clean Floor Bed Available
16:02 - Waste documentation for medications administered postoperatively is maintained in OmniMed.
16:06 - Family updated Family updated: husband
16:09 - Stop Vital Signs Capture
16:09 - Transport from PACU to Floor via stretcher accompanied by PACU Nurse.
16:09 - Discharge from PACU
16:09 - Smith, Sydney RN signed-out of the case

| | | |
|---|---|---|
| **PACU Nurse** ID#<br>Smith, S (RN) 5/18/2022 14:51<br>Claiborne, J (RN) 5/18/2022 14:12<br>Smith, S (RN) 5/18/2022 10:59 | | |
| **MEDICAL RECORD** | SIGNATURES ARE ELECTRONIC | **PACU RECORD** |

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

| | |
|---|---|
| **BIRTHDATE** | |
| **Name** | Galyon, Roberta L |
| **MRN** | 1844020 |
| **SEX:** | F **Admit Date:** 5/18/2022 |
| **VISIT No.** | 18440200031 |

| Time >> | 16:30 | 17:00 | 17:30 | 18:00 | 18:30 | 19:00 | 19:30 | 20:00 | 20:30 | 21:00 | Waste | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meds** | | | | | | | | | | | | |
| Hydromorph | | | | | | | | | | | 0 | 0 4 |
| **Monitors** | | | | | | | | | | | | |
| Temp 1... | | | | | | | | | | | | 37 |
| HR... | | | | | | | | | | | | 78 |
| SpO2... | | | | | | | | | | | | 96 |
| NIBP Sys... | | | | | | | | | | | | 139 |
| NIBP Mea... | | | | | | | | | | | | 99 |
| NIBP Dia... | | | | | | | | | | | | 71 |
| Resp... | | | | | | | | | | | | |
| Glucose... | | | | | | | | | | | | |
| **Fluids** | | | | | | | | | | | | |
| Lactated R | | | | | | | | | | | | 300 |
| Urine Volu | | | | | | | | | | | | 250 |
| **Gas/Vent** | | | | | | | | | | | | |
| Oxygen Ins | | | | | | | | | | | | 96 |
| Oxygen Exp | | | | | | | | | | | | 93 |
| Nitrous In | | | | | | | | | | | | 0 |
| Nitrous Ex | | | | | | | | | | | | 0 |
| Sevoflurano | | | | | | | | | | | | 0 |
| ETCO2... | | | | | | | | | | | | 0 |
| Resp Rate... | | | | | | | | | | | | 0 |
| PEEP/CPAP | | | | | | | | | | | | 5 |
| **General Assessment** | | | | | | | | | | | | |
| LOC... | | | | | | | | | | | | |
| Speech... | | | | | | | | | | | | |
| Radial Lef | | | | | | | | | | | | |
| Radial Rig | | | | | | | | | | | | |
| DP Left Pu | | | | | | | | | | | | |
| DP Right P | | | | | | | | | | | | |
| Capillary | | | | | | | | | | | | |
| Heart Soun | | | | | | | | | | | | |
| Skin integ | | | | | | | | | | | | |
| Skin break | | | | | | | | | | | | |
| Bowel soun | | | | | | | | | | | | |
| Abdomen (d | | | | | | | | | | | | |
| Oxygen Sou | | | | | | | | | | | | |
| O2 liters | | | | | | | | | | | | |
| Breath sou | | | | | | | | | | | | |
| **Item Assessment** | | | | | | | | | | | | |
| Foley... | | | | | | | | | | | | |
| Lac sites... | | | | | | | | | | | | |
| **Scoring** | | | | | | | | | | | | |
| Pain Scale | | | | | | | | | | | | |
| Pain: Loca | | | | | | | | | | | | |
| Pain: Inte | | | | | | | | | | | | |
| Pain: Vari | | | | | | | | | | | | |
| Pain: Dura | | | | | | | | | | | | |
| Pain: Obse | | | | | | | | | | | | |
| FLACC: Fac | | | | | | | | | | | | |
| FLACC: Leg | | | | | | | | | | | | |
| FLACC: Act | | | | | | | | | | | | |
| FLACC: Cry | | | | | | | | | | | | |
| FLACC: Con | | | | | | | | | | | | |
| FLACC Scor | | | | | | | | | | | | |
| Aldrete: A | | | | | | | | | | | | |
| Aldrete: R | | | | | | | | | | | | |
| Aldrete: C | | | | | | | | | | | | |
| Aldrete: C | | | | | | | | | | | | |
| Aldrete: O | | | | | | | | | | | | |
| Aldrete Sc | | | | | | | | | | | | |
| Eye Openin | | | | | | | | | | | | |
| Motor resp | | | | | | | | | | | | |
| Verbal res. | | | | | | | | | | | | |
| GCS Score. | | | | | | | | | | | | |
| GCS Score | | | | | | | | | | | | |

**I/O TOTAL**

| Input | Amount | Output | Amount |
|---|---|---|---|
| Infusion | 38.5 ml | Urine Output | 850 ml |
| Crystalloids | 1300 ml | Estimated Blood loss | |
| **Total Input:** | 1338.5 ml + 0 Units | **Total Output:** | 850 ml |

**PACU I/O TOTAL**

| Input | Amount | Output | Amount |
|---|---|---|---|
| Crystalloids | 300 ml | Urine Output | 250 ml |
| | | Estimated Blood loss | |
| **Total Input:** | 300 ml + 0 Units | **Total Output:** | 250 ml |

PreNurse
Smith, S (RN) 5/18/2022 14:51
Claiborne, J (RN) 5/18/2022 14:12
Smith, S (RN) 5/18/2022 10:59

| MEDICAL RECORD | SIGNATURES ARE ELECTRONIC | PACU RECORD |
|---|---|---|

Page 4 of 5

* Auth (Verified) *

*5100*

**The University of Tennessee Medical Center**

**(865)305-9000**
**1924 Alcoa Hwy**
**Knoxville, TN 37920**

**OR Case Number 1425323**

| | | | |
|---|---|---|---|
| **BIRTHDATE** | | | |
| **Name** | Galyon, Roberta L | | |
| **MRN** | 1844020 | | |
| **SEX:** | F | **Admit Date:** | 5/18/2022 |
| **VISIT No.** | 18440200031 | | |

ALLERGIES

No Data Available

| | | |
|---|---|---|
| **PACU Nurse** ID#<br>Smith, S (RN) 5/18/2022 14:51<br>Claiborne, J (RN) 5/18/2022 14:12<br>Smith, S (RN) 5/18/2022 10:59 | | |
| **MEDICAL RECORD** | SIGNATURES ARE ELECTRONIC | **PACU RECORD** |

Surgery Nursing Notes

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

INTRAOP
20220518073000

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER
Wisdom for Your Life.

1924 Alcoa Hwy, Knoxville, TN 37920
(865) 305-9000

PATIENT IDENTIFICATION

| | | | |
|---|---|---|---|
| PATIENT: | GALYON, ROBERTA L. | | |
| MRN: | 1844020 | AGE: | 57 Y |
| ACCOUNT#: | 18440200031 | DOB: | |
| SURGEON: | KLEPPE, KYLE L | GENDER: | FEMALE |
| SERVICE: | GENERAL | | |
| CASE# | 1425323 | CASE DATE: | 05/18/2022 |

## CLINICAL DOCUMENTATION

Care Event(s) Selected: INTRAOP

EVENT STAMP: 5/18/2022 07:28

### INTRAOP

### OR NURSING NOTES

**PROCEDURE(S)**

**PRIMARY PROCEDURE:** HERNIA-REPAIR PARAESOPHAGEAL ROBOTIC
**PRIMARY SURGEON DESCRIPTION:** ROBOTIC RECURRENT HIATAL HERNIA REPAIR
**PRIMARY WOUND CLASS:** 1 CLEAN
**SERVICE:** GENERAL **START TIME:** 08:01 **STOP TIME:** 10:52

**CASE / ANESTHESIA INFORMATION**

**ANESTHESIA TYPE:** GENERAL
**PATIENT STATUS:** OUTPATIENT
**SERVICE:** GENERAL
**PROCEDURE TYPE:** MAJOR ROBOTIC
**SITE:** MAIN OPERATING ROOM

**ROOM**

OPERATING ROOMS: ROOM 08

**PERSONNEL**

| NAME | ROLE | START TIME | END TIME | DURATION | EMPLOYEE COMMENT |
|---|---|---|---|---|---|
| KLEPPE, KYLE L MD | PRIMARY SURGEON | 07:28 | 10:59 | 3:31 hr. | |
| KLEPPE, KYLE L MD | PROC SURGEON | 07:28 | 10:59 | 3:31 hr. | |
| MURRAY, MARK B MD | ANESTHESIOLOGIST | 07:28 | 10:59 | 3:31 hr. | |
| CARPENTER, TONYA S ST | SCRUB | 07:28 | 10:59 | 3:31 hr. | |
| PHILLIPS, KATHERINE L RN | CIRCULATOR | 07:28 | 10:59 | 3:31 hr. | |
| BIVENS, CASSIE L SRNA | SRNA | 07:28 | 10:59 | 3:31 hr. | |
| CRISMON, DAVID T MD | RESIDENT | 07:28 | 10:59 | 3:31 hr. | |
| DAIGLE, HALEY J MD | RESIDENT | 07:28 | 10:59 | 3:31 hr. | |

*3066*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

PATIENT IDENTIFICATION

**OR NURSING NOTES**

CASE# 1425323 CASE DATE: 05/18/2022 MRN: 1844020 PATIENT: GALYON, ROBERTA L. DOB: [redacted]

**TIMES**

| | START | STOP | DURATION |
|---|---|---|---|
| RECOVERY HOLD | | | |
| OP-NOTE HOLD | | | |
| OP-NOTE COMPLETED | | | |
| PT IN ROOM - PT OUT ROOM | 07:28 | 10:59 | 3:31 hr. |
| ANESTHESIA RM TIME | 07:28 | 10:59 | 3:31 hr. |
| SURGERY START - SURGERY STOP | 08:01 | 10:52 | 2:51 hr. |

**SITE VERIFICATION**

**PROCEDURE DESCRIPTION:** R171 : HERNIA-REPAIR PARAESOPHAGEAL ROBOTIC ( ROBOTIC RECURRENT HIATAL HERNIA REPAIR )

| | | |
|---|---|---|
| PATIENT, PROCEDURE, SITE/SIDE VERIFIED WITH PATIENT OR GUARDIAN: | YES | BIVENS, CASSIE L; CRISMON, DAVID T; DAIGLE, HALEY J; HENDREN, SHERRI L; KLEPPE, KYLE L; MURRAY, MARK B; PHILLIPS, KATHERINE L |
| PATIENT, PROCEDURE, SITE/SIDE VERIFIED WITH SIGNED CONSENT, HP, AND PHYSICIAN ORDERS: | YES | |
| PATIENT HP COMPLETED OR UPDATED: | YES | |
| PATIENT LABS CONFIRMED: | YES | |
| PATIENT'S QUESTIONS AND CONCERNS ANSWERED: | YES | |
| IMPLANTS: | N/A | |
| EQUIPMENT AVAILABLE: | YES | |
| RELEVANT IMAGING FILMS REVIEWED: | YES | |

TIME OUT PROCESS DATE/TIME: 05/18/2022 08:00

STAFF: CARPENTER, TONYA S ; KLEPPE, KYLE L ; CRISMON, DAVID T ; PHILLIPS, KATHERINE L ; BIVENS, CASSIE L ; DAIGLE, HALEY J

| | |
|---|---|
| CORRECT PATIENT IDENTITY, SIDE AND SITE: | YES |
| AVAILABILITY OF IMPLANTS OR SPECIAL EQUIPMENT: | YES |
| RELEVANT IMAGES AND RESULTS: | YES |
| SAFETY PRECAUTIONS / PATIENT HISTORY / ALLERGIES: | YES |

**PREOP CHECKLIST**

CARE EVENT: INTRAOP
PATIENT IDENTIFIED:

*3066*



Lincoln/Galyon 1040

PATIENT IDENTIFICATION

**OR NURSING NOTES**

CASE# 1425323 CASE DATE: 05/18/2022 MRN: 1844020 PATIENT: GALYON, ROBERTA L. DOB: [redacted]

## EQUIPMENT

**UNIT WARMING MISTRAL-AIR**
<CLASS ONLY - NO EQUIPMENT UNIT>
**BACK TABLE SMALL**
<CLASS ONLY - NO EQUIPMENT UNIT>
**ELECTROSURGICAL UNIT - BOVIE VALLEY LAB**
<CLASS ONLY - NO EQUIPMENT UNIT>
**FOOTBOARD EXTENSION**
<CLASS ONLY - NO EQUIPMENT UNIT>
**ROBOT DAVINCI SURGEON CONSOLE ARMS**
<CLASS ONLY - NO EQUIPMENT UNIT>
**ROBOT DAVINCI PATIENT CART**
<CLASS ONLY - NO EQUIPMENT UNIT>
**ROBOT DAVINCI VIDEO CART**
<CLASS ONLY - NO EQUIPMENT UNIT>
**ROLLING SITTING STOOL**
<CLASS ONLY - NO EQUIPMENT UNIT>
**TOWER VIDEO GENERAL FOR BRONCH COLONOSCP**
<CLASS ONLY - NO EQUIPMENT UNIT>
**VIDEO SYSTEM GENERAL WITH INSUFFLATORS**
<CLASS ONLY - NO EQUIPMENT UNIT>

## PREOP COMMENTS

| | |
|---|---|
| USER/CARE EVENT | PHILLIPS, KATHERINE L / INTRAOP |

## THERMALS

| | | | | | |
|---|---|---|---|---|---|
| ACTION: | APPLY | | | | |
| AID: | BLANKET WARMING UPPER BODY REFLECT | | | BY: | PHILLIPS, KATHERINE L RN |
| UNIT: | UNIT WARMING MISTRAL-AIR | SETTING: | 43 | QUANTITY: | 1 |
| BODY SITE: | Upper Body | | | | |
| COMMENT: | MONITORED AND ADJUSTED PER ANESTHESIA | | | | |

## TOURNIQUETS

| | | | |
|---|---|---|---|
| ACTION: | APPLY | | |
| TYPE: | PAS HOSE UNIT | BY: | PHILLIPS, KATHERINE L RN |
| BODY SITE: | Leg - Lower | QUANTITY: | 1 |
| SETTING: | 40 | DURATION: | 0 sec. |
| COMMENT: | ON AND FUNCTIONING PRIOR TO INDUCTION | | |

## DRESSING

| | | | |
|---|---|---|---|
| ACTION: | APPLY | | |
| TYPE: | ADHESIVE TISSUE EXOFIN MICRO .5ML | | |
| BODY SITE: | Abdomen | QUANTITY: | 1 |

*3066*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

PATIENT IDENTIFICATION

## OR NURSING NOTES

CASE# 1425323 CASE DATE: 05/18/2022 MRN: 1844020 PATIENT: GALYON, ROBERTA L. DOB: [redacted]

### ELECTROSURGICAL

UNIT TYPE: Bovie - Valley Lab
BODY SITE: UPPER LEG - RIGHT GROUND PAD: CLEAR APPLIED BY: PHILLIPS, KATHERINE L RN
HAIR REMOVAL: NONE
CUT SETTING: 40 COAG SETTING: 40

### COUNTS

CLASSIFICATION: Count One STATUS: Correct
EMPLOYEE 1: CARPENTER, TONYA S ST EMPLOYEE 2: PHILLIPS, KATHERINE L RN
COUNT TYPES: Blades, Instruments, Laps, Needles, X-ray Sponges
PROCEDURE: ROBOTIC RECURRENT HIATAL HERNIA REPAIR
LATERALITY:

CLASSIFICATION: Count Two STATUS: Correct
EMPLOYEE 1: CARPENTER, TONYA S ST EMPLOYEE 2: PHILLIPS, KATHERINE L RN
COUNT TYPES: Blades, Laps, Needles, X-ray Sponges
PROCEDURE: ROBOTIC RECURRENT HIATAL HERNIA REPAIR
LATERALITY:

CLASSIFICATION: Count Three STATUS: Correct
EMPLOYEE 1: CARPENTER, TONYA S ST EMPLOYEE 2: PHILLIPS, KATHERINE L RN
COUNT TYPES: Blades, Laps, Needles, X-ray Sponges
PROCEDURE: ROBOTIC RECURRENT HIATAL HERNIA REPAIR
LATERALITY:

### SPECIMEN & CULTURES

N/A

### CARE PLAN

D1 (v2) - SAFETY

- The patient is free from signs and symptoms of injury caused by extraneous objects.
  - Implements protective measures prior to operative or invasive procedure (I138).
  - Confirms identity before the operative or invasive procedure (I26).
  - Verifies operative procedure, surgical site, and laterality (I143).
  - Applies safety devices (I11).
  - Implements protective measures to prevent skin or tissue injury due to thermal sources (I76).
  - Implements protective measures to prevent skin/tissue injury due to mechanical sources (I77).
  - Performs required counts (I93)
  - Manages specimen handling and disposition (I84).
  - Records devices implanted during the operative or invasive procedure (I112).
  - Evaluates for signs and symptoms of physical injury to skin and tissue (I152).
- The patient is free from signs and symptoms of chemical injury.
  - Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
  - Implements latex allergy precautions as needed (I139).
  - Evaluates for signs and symptoms of chemical injury (I36).
- The patient is free from signs and symptoms of electrical injury.
  - Implements protective measures to prevent injury due to electrical sources (I72).

*3066*

* Auth (Verified) *

PATIENT IDENTIFICATION

OR NURSING NOTES

CASE# 1425323 CASE DATE: 05/18/2022 MRN: 1844020 PATIENT: GALYON, ROBERTA L. DOB: [redacted]

Evaluates for signs and symptoms of electrical injury (I37).

The patient is free from signs and symptoms of injury related to positioning.

Verifies presence of prosthetics or corrective devices (I127).

Positions the patient (I96).

Evaluates for signs and symptoms of injury as a result of positioning (I38).

**D2 (v2) - PHYSIOLOGIC RESPONSES**

The patient is free from signs and symptoms of infection.

Implements aseptic technique (I70).

Classifies surgical wound (I22).

Performs skin preparations (I94).

Protects from cross-contamination (I98).

Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).

Manages culture specimen collection (I83).

Maintains continuous surveillance (I128).

**D3-A (v2) - BEHAVIORAL RESPONSES - PATIENT AND FAMILY: KNOWLEDGE**

Verifies allergies (I123).

The patient participates in the rehabilitation process.

Provides instruction based on age and identified needs (I106).

The patient demonstrates knowledge of the expected responses to the operative or invasive procedure.

Notes sensory impairments (I90).

Identifies barriers to communication (I134).

Determines knowledge level (I135).

Identifies psychosocial status (I68).

Implements measures to provide psychological support (I147).

Provides status reports to family members. (I109).

**D3-B (v2) - BEHAVIORAL RESPONSES - PATIENT AND FAMILY: RIGHTS/ETHICS**

Initiates traffic control (I81)

The patient's right to privacy is maintained.

Initiates traffic control (I81).

Secures patient's records, belongings, and valuables (I115).

Maintains patient's dignity and privacy (I150).

Maintains patient confidentiality (I151).

The patient is the recipient of competent and ethical care within legal standards of practice.

Provides care respecting worth and dignity regardless of diagnosis, disease process, procedure, or projected outcome (I100).

Shares patient information only with those directly involved in care (I116).

The patient receives consistent and comparable care regardless of the setting.

Preserves and protects the patient's autonomy, dignity, and human rights (I97).

Provides care without prejudicial behavior (I102).

The patient's value system, lifestyle, ethnicity, and culture are considered, respected, and incorporated in the perioperative plan of care.

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

PATIENT IDENTIFICATION

OR NURSING NOTES

CASE# 1425323 CASE DATE: 05/18/2022 MRN: 1844020 PATIENT: GALYON, ROBERTA L. DOB: [redacted]

## NURSING NOTES

| TIME | NURSE | NOTE |
|---|---|---|
| 5/18/2022 07:58 | KATHERINE L. PHILLIPS RN | FAMILY NOTIFIED CONCERNING START TIME |
| 5/18/2022 09:21 | KATHERINE L. PHILLIPS RN | FAMILY NOTIFIED OF PATIENT CONDITION |

## IMPLANTS

**BODY SITE:** Abdomen - Paraesophageal
**EXPIRATION DATE:** 02/28/2023
**QUANTITY:** 1
**SERIAL #:** ert-20c14
**DATE USED:** 05/18/2022
**PHYSICIAN:** KLEPPE, KYLE L MD
**DEVICE TYPE:** IMPLANT

## MISCELLANEOUS IMPLANTS

N/A

## NURSING MEDICATIONS

**MEDICATION:** BUPIVACAINE 0.25% 30 ML PRES FREE (MARCAINE) **TIME:** 07:51
**DOSAGE:** 30 mL **ROUTE:** Local Infiltration
**ORDERED BY:** KLEPPE, KYLE L MD **GIVEN BY:** KLEPPE, KYLE L MD

**MEDICATION:** BUPIVACAINE LIPOSOME PF 1.3% (13.3 MG ML) 20 ML EXPAREL **TIME:** 07:51
**DOSAGE:** 20 mL **ROUTE:** Local Infiltration
**ORDERED BY:** KLEPPE, KYLE L MD **GIVEN BY:** KLEPPE, KYLE L MD

**MEDICATION:** CEFAZOLIN 2 GM PREMIX DUPLEX (ANCEF/KEFZOL) **TIME:** 07:51
**DOSAGE:** 2 G **ROUTE:** IV
**ORDERED BY:** KLEPPE, KYLE L MD **GIVEN BY:** BIVENS, CASSIE L SRNA

**Preop Antibiotics:**
**Validation:** Given On Time - Documented

## UTMCK INTRAOPERATIVE NURSING

**05/18/2022 07:39**

**Allergies/Diagnosis**

| | |
|---|---|
| Allergy Verification | Allergies verified |
| | No known allergies |
| Preop Diagnosis | DX/K44.9 CPT/43281 |
| Postop Diagnosis | Same as Preop |

**Preop Information**

| | |
|---|---|
| Method of Identification | Arm Band |
| | DOB |
| | MR# |

*3066*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**PATIENT IDENTIFICATION**

**OR NURSING NOTES**

**CASE#** 1425323 **CASE DATE:** 05/18/2022 **MRN:** 1844020 **PATIENT:** GALYON, ROBERTA L. **DOB:** [redacted]

| | |
|---|---|
| Method of Identification | Name |
| | Verbal |
| NPO status | greater than 2 hours for clear liquids |
| | greater than 8 hours for solid food |
| Language | English |
| Behavior | Appropriate |
| Prosthesis - Implant | None |
| Speech | Verbal |
| Auditory | None - Normal Hearing |
| Patient Valuables | None |

**Interventions**

| | |
|---|---|
| Intraop Skin Assessment | Color normal for race |
| | Dry |
| | Intact |
| Intraop Skin Integrity | Skin Intact |
| Hair Removal | None |
| Prep | Chloraprep:AbdomenBilateralPHILLIPS, RN |
| OR Bed | Electric Standard |
| Position | Position: Supine - Arms Tucked Positioning Aids: Footboard Extension, Headrest - Foam, Safety Strap - Legs, Sheet Positioning Comment: Final position approved by surgical and anesthesia attendings. |
| Scope #1 | Gastroscope2515159 |
| Surgical Site or Incision Above the Xiphoid | 0 |
| Open Oxygen Source (patient receiving supplemental oxygen via any variety of face mask or nasal cannula) | 0 |
| Available Ignition Source (i.e., electrosurgery unit, laser, fiberoptic light source) | 1 |
| Fire Risk Total Score - Fire Risk Precautions Initiated | 1 |

**Transport**

| | |
|---|---|
| Transport to | PACUon a stretcher - accompanied byCirculator, CRNA |
| Safety measures/devices | Patency of tubes maintained |
| | Side rails up |
| Equipment in place | Blood pressure cuff |
| | IV |
| | Oxygen |
| | PAS Hose |
| | Pulse Ox |
| Report Given | PACU Nurse |

**Form Complete**

*3066*

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**PATIENT IDENTIFICATION** **OR NURSING NOTES**

**CASE#** 1425323 **CASE DATE:** 05/18/2022 **MRN:** 1844020 **PATIENT:** GALYON, ROBERTA L. **DOB:** (

| | |
|---|---|
| Form complete -- Auto Locked when Intraop Document Signed | Electronically signed by Katherine Phillips, RN, 05/18/22 11:03 |
| Periop Case Number | 1425323 |

**ELECTRONIC SIGNATURES**

| DATE | TIME | NAME | ACTION | CARE EVENT |
|---|---|---|---|---|
| 05/18/2022 | 11:03 | PHILLIPS, KATHERINE L. RN | Signed | STANDARD INTRAOPERATIVE CARE EVENT |
| | 11:03 | PHILLIPS, KATHERINE L. RN | Closed | STANDARD INTRAOPERATIVE CARE EVENT |

*3066*

* Auth (Verified) *

*Form Number

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, Tn 37920

**CaseNumber:**
1425323

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female
**Visit #:** 18440200031
**SURGEON** KLEPPE, KYLE

Care Plan 5/18/2022 11:00:00

**Safety - D1 (v2)**

**Safety Interventions:**
Evaluates for signs and symptoms of injury as a result of positioning (I38). transfer or transport (I92).
Implements latex allergy precautions as needed (I139).
Maintains continuous surveillance (I128).
Positions the patient (I96).
Transports according to individual needs (I118).
Uses supplies and equipment within safe parameters (I122).
Verifies allergies (I123).

**Safety Outcomes:**
The patient is free from signs and symptoms of chemical injury.
The patient is free from signs and symptoms of injury caused by extraneous objects.
The patient is free from signs and symptoms of injury related to positioning.
The patient is free from signs and symptoms of injury related to transfer/transport.

**Physiologic Response - D2 (v2)**

**Physiologic Response Interventions:**
Evaluates postoperative respiratory status (I45).
Evaluates response to thermoregulation measures (I55).
Identifies baseline cardiac status (I59).
Implements thermoregulation measures (I78).
Monitors body temperature (I86).
Monitors changes in respiratory status (I87).
Uses monitoring equipment to assess cardiac status (I120).
Uses monitoring equipment to assess respiratory status (I121).

**Physiologic Response Outcomes:**
The patient is at or returning to normothermia at the conclusion of the immediate postoperative period.
The patient's cardiovascular status is consistent with or improved from baseline levels established preoperatively.
The patient's respiratory function is consistent with or improved from baseline levels established preoperatively.

**Behavioral Response - Patient and Family: Knowledge D3-A (v2)**

**Behavioral - Patient and Family:Knowledge Interventions:**
Assesses psychosocial issues specific to patient's medication management (I17).
Evaluates response to instructions (I50).
Evaluates response to pain management instruction (I53).
Explains expected sequence of events (I56).
Identifies barriers to communication (I134).
Identifies psychosocial status (I68).
Implements measures to provide psychological support (I147).
Notes sensory impairments (I90).
Provides instruction based on age and identified needs (I106).
Provides pain management instruction (I108).
Provides status reports to family members. (I109).
Verifies allergies (I123).

**Behavioral - Patient and Family: Knowledge Outcomes:**
The patient demonstrates knowledge of expected responses to operative invasive procedure.
The patient demonstrates knowledge of medication management.
The patient demonstrates knowledge of pain management.
The patient participates in the rehabilitation process.

**Behavioral - Patient and Family: Rights/Ethics D3 -B(v2)**

**Behavioral - Patient and Family: Rights/Ethics Interventions:**
Ensures continuity of care (I27).
Provides care in a nondiscriminatory, nonprejudicial manner regardless of the setting in which care is given (I99).
Provides care respecting worth and dignity regardless of diagnosis, disease process, procedure, or projected outcome (I100).
Provides care without prejudicial behavior (I102).
Shares patient information only with those directly involved in care (I116).

**Behavioral - Patient and Family: Rights/Ethics Outcomes:**
The patient is recipient of competent and ethical care within legal standards of practice.
The patient receives consistent and comparable care regardless of the setting.
The patient's care is consistent with the individualized perioperative plan of care.
The patient's value system, lifestyle, ethnicity,and culture are considered, respected, and incorporated in the perioperative plan of care.

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

**The University of Tennessee Medical Center** **(865) 305 9000**
**1924 Alcoa Hwy**
**Knoxville, Tn 37920**

**CaseNumber:**
1425323

**BIRTHDATE:**
**NAME:** Galyon, Roberta L
**MRN:** 1844020
**SEX:** Female
**Visit #:** 18440200031
**SURGEON** KLEPPE, KYLE

### Staff List

1. a HL7Interfaces HL7Interfaces
2. b Sydney Smith

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Day Surgery

DOCUMENT TYPE: Ambulatory Surgery Pre-Op Assessment
ELECTRONICALLY SIGNED BY: Hendren RN, Sherri L (5/18/2022 06:20 EDT)

**Pre-Operative Surgery Assessment Entered On: 05/18/2022 6:44 EDT**
**Performed On: 05/18/2022 6:20 EDT by Hendren RN, Sherri L**

**Preoperative Nursing Record**
*Ambulance to pick up after surgery? :* No
*Transportation Home, Alternate Arrangements :* spouse

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**General Information - OP**
*Visit Date :* 05/18/2022 EDT
*Admission Weight lbs :* 175 lb
*Height ft :* 5 ft
*Height in :* 5 in
*Height (Inches) :* 65 in
*Admission Weight kg :* 79.365 kg
*Height (cm) :* 165.1 cm
*Temperature Temporal Artery :* 97.0 DegF (LOW)
*Pulse rate :* 65 bpm
*Respiratory Rate :* 16 rpm
*Systolic blood pressure :* 117 mmHg
*Diastolic Blood Pressure :* 70 mmHg
*Vital Signs Extremity 1 :* Right arm
*SpO2 :* 98 %
*Oxygen Delivery Mechanism :* Room Air
*HCG Test completed? :* No
*Blood sugar testing completed? :* Yes
*Blood Sugar result: :* 114
*CHG Treatment :* N/A
*Primary Language :* English
*Preferred Language Healthcare/Education :* English
*Barriers To Learning On Admission :* None evident
*How does the patient learn best? :* Demonstration, Explanation

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Allergies**

(As Of: 05/18/2022 06:44:27 EDT)

Allergies (Active)

| | |
|---|---|
| NKA | *Estimated Onset Date:* Unspecified ; *Created By:* Ray CPhT, Taylor C; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* NKA ; *Type:* Allergy ; *Updated By:* Ray CPhT, Taylor C; *Reviewed Date:* 05/18/2022 6:27 EDT |

**Medication List / Home Meds**
Medication List

(As Of: 05/18/2022 06:44:27 EDT)

*Normal Order*

Day Surgery

| | |
|---|---|
| ACETAMINOPHEN 325 MG TAB | : ACETAMINOPHEN 325 MG TAB ; *Status:* Ordered ; *Ordered As Mnemonic:* acetaminophen ; *Simple Display Line:* 975 mg, 3 tab, PO, 1TIME ; *Ordering Provider:* KLEPPE MD, KYLE L; *Catalog Code:* acetaminophen ; *Order Dt/Tm:* 05/18/2022 06:16:16 EDT |
| ceFAZolin in D5W | : ceFAZolin in D5W ; *Status:* Ordered ; *Ordered As Mnemonic:* ceFAZolin ; *Simple Display Line:* 2 g, 50 mL, 75 mL/hr, IV Piggyback, PRE OP HR ; *Ordering Provider:* KLEPPE MD, KYLE L; *Catalog Code:* ceFAZolin ; *Order Dt/Tm:* 05/18/2022 06:16:16 EDT ; *Comment:* For patients less than 120 kg |
| CELECOXIB 200 MG CAP | : CELECOXIB 200 MG CAP ; *Status:* Ordered ; *Ordered As Mnemonic:* celecoxib ; *Simple Display Line:* 200 mg, 1 CAP, PO, 1TIME ; *Ordering Provider:* KLEPPE MD, KYLE L; *Catalog Code:* celecoxib ; *Order Dt/Tm:* 05/18/2022 06:16:16 EDT ; *Comment:* HOLD for estimated Creatinine Clearance less than 30 mL/min. Do NOT order celecoxib if the patient has a history of peptic ulcer disease, heart disease a sulfa allergy, history of renal disease or renal transplant. |
| GABAPENTIN 300 MG CAP | : GABAPENTIN 300 MG CAP ; *Status:* Ordered ; *Ordered As Mnemonic:* gabapentin ; *Simple Display Line:* 300 mg, 1 CAP, PO, 1TIME ; *Ordering Provider:* KLEPPE MD, KYLE L; *Catalog Code:* gabapentin ; *Order Dt/Tm:* 05/18/2022 06:16:16 EDT |

*Home Meds*

| | |
|---|---|
| acetaminophen | : acetaminophen ; *Status:* Documented ; *Ordered As Mnemonic:* Tylenol Extra Strength 500 mg oral tablet ; *Simple Display Line:* 500 mg, 1 tab, PO, Q4H, PRN: as needed for pain ; *Catalog Code:* acetaminophen ; *Order Dt/Tm:* 05/10/2022 11:47:07 EDT |
| acetaminophen/aspirin/caffeine | : acetaminophen/aspirin/caffeine ; *Status:* Documented ; *Ordered As Mnemonic:* Goody's Headache Powders 260 mg-520 mg-32.5 mg oral powder for reconstitution ; *Simple Display Line:* 1 EA, PO, PRN, 0 Refill(s) ; *Catalog Code:* acetaminophen/aspirin/caffeine ; *Order Dt/Tm:* 05/18/2022 06:29:34 EDT |
| aspirin | : aspirin ; *Status:* Documented ; *Ordered As Mnemonic:* aspirin 81 mg oral enteric coated tablet ; *Simple Display Line:* 81 mg, 1 tab, PO, Q DAY ; *Catalog Code:* aspirin ; *Order Dt/Tm:* 05/10/2022 11:45:59 EDT |
| atorvastatin | : atorvastatin ; *Status:* Documented ; *Ordered As Mnemonic:* atorvastatin 40 mg oral tablet ; *Simple Display Line:* 40 mg, 1 tab, PO, Q DAY ; *Catalog Code:* atorvastatin ; *Order Dt/Tm:* 05/10/2022 11:47:47 EDT |



**Lincoln/Galyon 1050**

Day Surgery

| | |
|---|---|
| baclofen | : baclofen ; *Status:* Documented ; *Ordered As Mnemonic:* baclofen 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, BID ; *Catalog Code:* baclofen ; *Order Dt/Tm:* 05/06/2021 10:46:57 EDT |
| cetirizine | : cetirizine ; *Status:* Documented ; *Ordered As Mnemonic:* ZyrTEC 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, Q DAY, PRN: Allergy symptoms ; *Catalog Code:* cetirizine ; *Order Dt/Tm:* 05/10/2022 11:47:22 EDT |
| clonazePAM | : clonazePAM ; *Status:* Documented ; *Ordered As Mnemonic:* clonazePAM 0.5 mg oral tablet ; *Simple Display Line:* 0.5 mg, 1 tab, PO, Q DAY, PRN: Anxiety, 0 Refill(s) ; *Ordering Provider:* Collins (Results), Timothy; *Catalog Code:* clonazePAM ; *Order Dt/Tm:* 06/19/2019 08:52:16 EDT |
| dulaglutide | : dulaglutide ; *Status:* Documented ; *Ordered As Mnemonic:* Trulicity Pen 0.75 mg/0.5 mL subcutaneous solution ; *Simple Display Line:* 0.75 mg, 0.5 mL, SUBCUTANEOUS, Q FRIDAY, 0 Refill(s) ; *Catalog Code:* dulaglutide ; *Order Dt/Tm:* 03/04/2020 13:45:49 EST |
| ferrous sulfate | : ferrous sulfate ; *Status:* Documented ; *Ordered As Mnemonic:* ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet ; *Simple Display Line:* 325 mg, 1 tab, PO, Q DAY ; *Catalog Code:* ferrous sulfate ; *Order Dt/Tm:* 05/06/2021 10:45:24 EDT |
| FLUoxetine | : FLUoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* FLUoxetine 40 mg oral capsule ; *Simple Display Line:* 40 mg, 1 CAP, PO, Q DAY, 0 Refill(s) ; *Ordering Provider:* Collins (Results), Timothy; *Catalog Code:* FLUoxetine ; *Order Dt/Tm:* 06/19/2019 08:52:16 EDT |
| pramipexole | : pramipexole ; *Status:* Documented ; *Ordered As Mnemonic:* pramipexole 1 mg oral tablet ; *Simple Display Line:* 1 mg, 1 tab, PO, Q HS ; *Catalog Code:* pramipexole ; *Order Dt/Tm:* 06/08/2020 14:27:34 EDT |
| rizatriptan | : rizatriptan ; *Status:* Documented ; *Ordered As Mnemonic:* rizatriptan 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 tab, PO, Q DAY, PRN: as needed for migraine headache ; *Catalog Code:* rizatriptan ; *Order Dt/Tm:* 06/08/2020 14:27:34 EDT |

*Pharmacy Charge Only*

| | |
|---|---|
| acetaminophen | : acetaminophen ; *Status:* Completed ; *Ordered As Mnemonic:* acetaminophen ; *Simple Display Line:* CHARGE ONLY, xDEVICEBILL ; *Ordering Provider:* Contributor_system, OMNIMEDS-IN; *Catalog Code:* acetaminophen ; *Order Dt/Tm:* 05/18/2022 06:22:44 EDT |

celecoxib : celecoxib ; *Status:* Completed ; *Ordered As Mnemonic:* celecoxib ; *Simple Display Line:* CHARGE ONLY, xDEVICEBILL ; *Ordering Provider:* Contributor_system, OMNIMEDS-IN; *Catalog Code:* celecoxib ; *Order Dt/Tm:* 05/18/2022 06:23:15 EDT

**Health History Section**
*Health History Information :* No change in health since PAT visit, Other: see cardiology h and p
*Medical History Neurological CNS :* No existing history
*Medical History HEENT :* No existing history
*Medical History Heart Circulation :* High cholesterol, Other: Mitral and Tricuspid valves leak, external carotid blockage 70%
*Medical History Respiratory :* No existing history
*Medical History Gastrointestinal :* Hernia, hiatal
*Medical History Genitourinary :* No existing history
*Medical History Musculoskeletal :* No existing history, Fibromyalgia
*Medical History Integumentary :* No existing history
*Medical History Endocrine :* Diabetes - Type 2
*Medical History Mental Emotional :* No existing history
*Medical History Hematologic :* Anemia, Previous blood transfusions
*Medical History Immunologic :* No existing history
*Medical History Cancer :* No existing history
*Difficult Intubation Risk :* No previous history

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Procedure Hist w/ Med Devices**
*Medical Devices :* Other: cataract lens, RTKR
*Wound/Ulcer/Incision Present on Admission :* No

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

-

Procedure History

(As Of: 05/18/2022 06:44:27 EDT)

*Anesthesia Minutes:* 0 ; *Procedure Name:* foot operation ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* partial hysterectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Cholecystectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* cyst removed from right hand ; *Procedure Minutes:* 0

*Procedure Dt/Tm:* 11/26/2019 ; *Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Bilateral Cataract surgery ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Left ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Right ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Hiatal hernia ; *Procedure Minutes:* 0

**Habits and Needs**
*Social History Complete :* Completed
Hendren RN, Sherri L - 05/18/2022 6:20 EDT

Social History
(As Of: 05/18/2022 06:44:27 EDT)

Tobacco:
Tobacco Use: Never (less than 100 in lifetime). (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Alcohol:
Denies (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Substance Abuse:
Denies (Last Updated: 11/26/2019 08:25:49 EST by Wyatt RN, Jamie M)

**Contacts**
*Primary Care Physician :* Collins (Results), Timothy
*Next of Kin or Legal Guardian :* Scott Galyon
*Next of Kin Phone Number :* .
*Cell Phone Number :* [redacted]
*Next of Kin relation to patient :* Spouse
*Family Member/Driver in the waiting room? :* Yes
Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Patient Rights**
*Living Will or Advance Care Plan :* No
*DPOA Healthcare or Healthcare Agent :* No
*Advanced Directive Information Provided :* Patient refused to accept information on Advance Directives
Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Pain Assessment - OP**
*Pain Scale Patient Communication Status :* Patient can communicate
*Primary Pain Intensity :* 0 None
Hendren RN, Sherri L - 05/18/2022 6:20 EDT

Day Surgery

**Falls Assessment**
*Age Falls Assessment :* Under 65 years
*Elimination Falls Assessment :* Independent
*Mobility Falls Asssessment :* Ambulates with no gait disturbance
*Mentation Falls Assessment :* Alert and oriented x 3
*Fall History :* No
*Current Meds Falls Assess :* More than 5 scheduled medications
*Falls Assessment Score :* 1

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Neglect/Abuse**
*Suspected Neglect Abuse :* No

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Psychosocial Spiritual**
*Fears or Anxieties Present :* No
*Special Religious Cultural Needs :* No

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Infectious Disease Screening 3**
*COVID-19 Symptoms :* No symptoms
*COVID-19 Exposure History :* No Exposure to Virus
*EBV Travel History :* No Recent Travel
*EBV Exposure History :* No Exposure to Virus
*MERS Travel History :* No Recent Travel
*MERS Exposure History :* No Exposure to Virus
*MERS Travel Exp Pos :* 0
*Additional Travel History :* No
*Measles Screening :* No

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Property**
*Pt Informed Retained Property Liability :* Yes

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

Valuables/Belongings Grid

| | Valuables at Bedside | Valuables Sent Home |
|---|---|---|
| *Personal Devices, Patient Valuables II :* | None | Other: with spouse |
| | Hendren RN, Sherri L - 05/18/2022 6:20 EDT | Hendren RN, Sherri L - 05/18/2022 6:20 EDT |

*Home Medication Disposition :* No Home Medications With Patient

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Infection Prevention**
*Infection Prevention Understanding :* Wash your hands, Expect healthcare providers to wash their hands or wear gloves, Cover your mouth and nose when coughing or sneezing, If you are sick, avoid close contact with others, Get immunizations to avoid disease

Hendren RN, Sherri L - 05/18/2022 6:20 EDT

**Pre-Op Plan of Care**
*Pre Op Assessment :* Name and DOB verified, Procedure verified, Correct Site verified, Consent verified
*Pre Op Consults :* N/A
*Pre Op Nursing Interventions/Protocols :* Answer questions related to surgery/procedure to reduce anxiety, SCD's/TED protocol
*Pre Op Nutrition :* NPO Status confirmed

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 5/18/2022
FIN: 18440200031 Discharge Date: 5/20/2022
Date of Birth:

Facesheet

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

* Auth (Verified) *

Previous MRNs:

## University of Tennessee Medical Center

SIGN IN: TIME:
PREV ENC TYPE: Outpatient Obse

1020

GALYON, ROBERTA L
SSN: [redacted]
DLN:
ENC TYPE: Outpatient Observa
FIN: 18440200031

[redacted]
DOB: [redacted] Race: White
Ethnicity: Not Hispanic/Latino
AGE: 57Y MS: Married AT: Elective
SEX: Female PG:
MED: Surgery General
REG CLERK: Gray Clerk, Christina Y
MRN: 1844020
ARI:
PT: Yes
CD: Yes
OM: TO OM:

PH: ( [redacted]
AP: (
PRE:
COUNTY: MCMINN
FC:
VALUABLES:

REGISTER: 05/18/2022 06:01
ADMIT:
EST ARRIVE: 05/18/2022
DISCHARGE: 05/20/2022 16:48
PRE-REG: 05/10/2022 11:35
ID DEF:
APP DIS:

VISIT REASON: SP RECURRENT PARAESOPH
ACCIDENT: No
PROCEDURE: SUR
ALERT:
RES: Private Residence
FN REG:
CD: Leverette Clerk, Alishia J

LOC: 11 EAST
ACCM: Outpatient Bedded
ROOM: 1108 BED: A
ASSIGN: 05/18/2022 16:13
EX:
ID Scan: Yes
TEMP LOC:

GUAR 1
GALYON, ROBERTA L RE: Self Disabled DISAHMS: M
[redacted] Z: 56 TN
PH: [redacted] DOB: [redacted] AP: [redacted] PH: NON RENAL

GUAR 2
GALYON, SCOTT A A RE: Spouse MCMINN CO BOARD OF EDU
[redacted] OB: [redacted] 6 [redacted]
PH: SSN: [redacted] AP: [redacted] PH: ( [redacted] STAFF

SUBSCRIBER 1
NAME: GALYON, SCOTT A A [redacted]
RELTN: Spouse
INS CO: Blue Cross Network S 50 STTS - 050
PLAN: Blue Cross NW S Premier Partne - SPY
POLICY NUMBER: STTS00383345
End:

COB DT: 03/28/2022
PH: (800) 924-7141 CONTACT: ECARE
VER: Yes VP: No DT: 05/18/2022 11:55
CLERK: Rhines Clerk, Andrea M
Patient Email: GALYONLYNN@YAHOO.COM
Portal Status: Accepted

GRP#: 80860 GPNM: STOFT 5
FIN CLASS: Blue Cross MCO
Ins 1: PROC DT APP:
1 Cameron Hill Circle
Chattanooga TN 37402-0002
TYPE: Observation
AUTH: Validation
PRE-CERT NO: NPR UN: 0
CPT CDS APP:
CONTACT: PLAN PH:
DD: 0 CD: 0 LD: 0 SN: 0
Portal Reg: Invite Sent

18440200031

SUBSCRIBER 2
NAME:
RELTN:
INS CO:
PLAN:
POLICY NUMBER:

PH: CONTACT:
VER: VP: DT:
CLERK:

GRP#: GPNM:
Ins 2:

TYPE: Authorization
AUTH:
PRE-CERT NO: UN:

CONTACT: PH:
DD: 0 CD: 0 LD: 0 SN: 0

SUBSCRIBER 3
NAME:
RELTN:
INS CO:
PLAN:
POLICY NUMBER:

PH: CONTACT:
VER: VP: DT:
CLERK:
Pre-Op: PTC AJL 05/10/22

GRP#: GPNM:
Ins 3:

TYPE: Authorization
AUTH:
PRE-CERT NO: UN:

CONTACT: PH:
DD: 0 CD: 0 LD: 0 SN: 0

4 RELTN: INS CO: POLICY NUMBER:

PHYSICIANS
ADMIT PHYS: KLEPPE MD, KYLE L
ATTEND PHYS: KLEPPE MD, KYLE L
PCP: Collins (Results), Timothy
PH: (423) 263-0722

OTHER:
REF FAC:
REF PHYS: No Referring Physician, .

EMC 1 & 2
ROADRICK, ALLYSON
Cell:
PH: (423) 453-8069 EMC Daughter

Cell:
PH:

OCC CODES: Onset of Illness 05/10/22 COND CODES:

Tracking: Scans: Person/Encounter
VALUE CD: VALUE AMT: Patient to OM-FC-MC?:
VALUE CD: VALUE AMT: CD CF: Yes-Only Ins Ind
OCC SPAN CD: SIGN DATE: MSP: No MC PRL/DT:

PRINTED: 05/20/2022 16:48 Updating Clerk: Whaley CNA, Nichole 05/20/2022 16:48
Photo ID: Yes FC: DF RQ:
Assign/Treat Signed: Yes FirstNet Location: INFO:

v1.4

DOCUMENT TYPE: History and Physical
ELECTRONICALLY SIGNED BY: DAIGLE MD, HALEY J (5/18/2022 07:15 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## HISTORY AND PHYSICAL UPDATE

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Date of Service**
05/18/2022

The patient was seen and examined. There have been no changes since the history and physical performed within the past 30 days located in the patient's chart, unless stated below. I have also discussed the risks, benefits, and alternatives with the patient and/or the family. I have answered their questions to the best of my ability.

**Instructions to Medical Records:**

END REQUEST

*Electronically Signed By: DAIGLE MD, HALEY J 05/18/2022 07:15 EDT*
*Authenticated By: DAIGLE MD, HALEY J 05/18/2022 07:15 EDT*

Attachment(s):

**Author Contact Info**

--

**Recipient Contact Info**

--

**Healthcare Professionals**

No Data to Display

**IDs & Code Type Data**

Document Type ID: 2.16.840.1.113883.1.3 : POCD_HD000040
Document Template ID: 2.16.840.1.113883.10.20.22.1.1 : --, 2.16.840.1.113883.10.20.22.1.1 : 2015-08-01, 2.16.840.1.113883.10.20.22.1.2 : 2015-08-01
Document ID: 2.16.840.1.113883.3.3189.1.1.999362 : 59393947
Document Type Code: 2.16.840.1.113883.6.1, 34133-9
Document Language Code: en-US
Document Set ID: --
Document Version Number: --

## Primary Encounter

### Encounter Information

Registration Date: 05/18/2022
Discharge Date: 05/20/2022
Visit ID: --

### Location Information

The University of Tennessee Memorial Hospital
Work:1924 Aleoa HigwayKnoxville, TN 37920- , US

### Providers

Case Management

**Attachment(s):**

| Type | Name | Address | Phone |
|---|---|---|---|
| Admitting | KLEPPE MD, KYLE L | Work:University Surgeons Associates, PC1934 Alcoa HighwayMedixcal Building D Suite 285Knoxville, TN 37920- , US | Work Tel: (865)305-9620 |
| Attending | KLEPPE MD, KYLE L | Work:University Surgeons Associates, PC1934 Alcoa HighwayMedixcal Building D Suite 285Knoxville, TN 37920- , US | Work Tel: (865)305-9620 |
| Referring | No Referring Physician, . | -- | -- |

## Encounter

UT Hospital Patient Account Number 18440200031 Date(s): 5/18/22 - 5/20/22

The University of Tennessee Memorial Hospital 1924 Alcoa Higway Knoxville, TN 37920- US (865) 305-9000
Encounter Diagnosis

Paraesophageal hernia (Discharge Diagnosis) - 5/18/22
Post-op pain (Discharge Diagnosis) - 5/20/22
Discharge Disposition: D/C Home

Attending Physician: KLEPPE MD, KYLE L
Admitting Physician: KLEPPE MD, KYLE L
Referring Physician: No Referring Physician, .

## Allergies, Adverse Reactions, Alerts

No Known Allergies

## Assessment and Plan

Future Appointments

Appointment Date: 12/21/2022 10:00:00 AM
Scheduled Provider:

**Attachment(s):**
Location: VSLAB Main
Appointment Type: VAS Carotid Vascular Study MAIN

Appointment Date: 12/21/2022 10:30:00 AM
Scheduled Provider: FREEMAN MD AMB, MICHAEL B
Location: AMB Univ Vasc Surg
Appointment Type: VAS Return

### Functional Status

No data available for this section

### Immunizations

No data available for this section

### Medications

acetaminophen

975 mg = 3 tab, PO, Start: 05/20/22 6:00:00 EDT, Dose Form: TAB

Start Date: 5/20/22
Stop Date: 5/20/22
Status: Completed

acetaminophen

975 mg = 3 tab, PO, Start: 05/20/22 12:00:00 EDT, Dose Form: TAB

Start Date: 5/20/22
Stop Date: 5/20/22
Status: Completed

acetaminophen-hydrocodone 325 mg-5 mg oral tablet

2 tab, PO, Q4H PRN, Start: 05/18/22 11:49:00 EDT, PRN Pain, Severe, Routine, Dose Form: TAB

**Attachment(s):**
Notes: Do not exceed a total of 4000 mg acetaminophen (or 75 mg/kg for pediatric patients) per 24 hours from all products containing acetaminophen. Acetaminophen content - 1 tab=325 mg, 2 tabs =650 mg, 3 tabs = 975 mg. P&T approved substitute for Lortab and Vicodin.

Start Date: 5/18/22
Stop Date: 5/18/22
Status: Discontinued

aspirin 81 mg oral enteric coated tablet

81 mg ( 1 tab ), PO, Q DAY

Start Date: 5/10/22
Status: Ordered

atorvastatin 40 mg oral tablet

40 mg ( 1 tab ), PO, Q DAY

Start Date: 5/10/22
Status: Ordered

baclofen 10 mg oral tablet

10 mg ( 1 tab ), PO, BID

Start Date: 5/6/21
Status: Ordered

ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet

325 mg ( 1 tab ), PO, Q DAY

Start Date: 5/6/21
Status: Ordered

gabapentin 300 mg oral capsule

300 mg ( 1 CAP ), PO, TID, Dose Form: CAP, # 21 CAP, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 CAP PO TID,x7 Days

Start Date: 5/20/22
Stop Date: 5/27/22

**Attachment(s):**
Status: Ordered

Goody's Headache Powders 260 mg-520 mg-32.5 mg oral powder for reconstitution

1 EA, PO, PRN, 0 Refill(s)

Start Date: 5/18/22
Status: Ordered

methocarbamol 500 mg oral tablet

1,000 mg ( 2 tab ), PO, QID, X 7 Days, Dose Form: TAB, # 56 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 2 tab PO QID,x7 Days

Start Date: 5/20/22
Stop Date: 5/27/22
Status: Ordered

ondansetron 4 mg oral tablet, disintegrating

4 mg ( 1 tab ), PO, Q4H PRN, PRN Nausea / Vomiting, X 2 Days, Dose Form: TAB, # 12 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 tab PO Q4H PRN,x2 Days,PRN:Nausea / Vomiting

Start Date: 5/20/22
Stop Date: 5/22/22
Status: Ordered

oxyCODONE 5 mg oral tablet

5 mg ( 1 tab ), PO, Q4H PRN, PRN Pain, Moderate, X 2 Days, Dose Form: TAB, # 12 tab, 0 Refill(s), Pharmacy: Walmart Pharmacy 663, 1 tab PO Q4H PRN,x2 Days,PRN:Pain, Moderate

Start Date: 5/20/22
Stop Date: 5/22/22
Status: Ordered

oxyCODONE immediate release

5 mg = 1 tab, PO, Q4H PRN, Start: 05/18/22 17:39:00 EDT, PRN Pain, Moderate, Routine, Dose Form: TAB

Start Date: 5/18/22
Stop Date: 5/20/22
Status: Discontinued

Attachment(s):
oxyCODONE immediate release

10 mg = 2 tab, PO, Q4H PRN, Start: 05/18/22 17:39:00 EDT, PRN Pain, Severe, Routine, Dose Form: TAB

Start Date: 5/18/22
Stop Date: 5/20/22
Status: Discontinued

pramipexole 1 mg oral tablet

1 mg ( 1 tab ), PO, Q HS

Start Date: 6/8/20
Status: Ordered

rizatriptan 10 mg oral tablet

10 mg ( 1 tab ), PO, Q DAY, PRN as needed for migraine headache

Start Date: 6/8/20
Status: Ordered

Tylenol Extra Strength 500 mg oral tablet

500 mg ( 1 tab ), PO, Q4H, PRN as needed for pain

Start Date: 5/10/22
Status: Ordered

ZyrTEC 10 mg oral tablet

10 mg ( 1 tab ), PO, Q DAY, PRN Allergy symptoms

Start Date: 5/10/22
Status: Ordered

**Mental Status**

No data available for this section

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Case Management

Attachment(s):

## Problem List

| Condition | Effective Dates | Status | Health Status | Informant |
|---|---|---|---|---|
| Abdominal pain(Confirmed) | | Active | | |
| Chiari syndrome(Confirmed) | | Active | | |
| Carotid stenosis(Confirmed) | | Active | | |
| Change in bowel habits(Confirmed) | | Active | | |
| Chronic anemia(Confirmed) | | Active | | |
| Diabetes(Confirmed) | | Active | | |
| GERD (gastroesophageal reflux disease)(Confirmed) | | Active | | |
| Hepatic steatosis(Confirmed) | | Active | | |
| Hiatal hernia(Confirmed) | | Active | | |
| HLD (hyperlipidemia)(Confirmed) | | Active | | |
| Iron deficiency(Confirmed) | | Active | | |
| Anxiety and depression(Confirmed) | | Active | | |

## Procedures

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Colonoscopy | 11/26/19 | | | Completed |
| Bilateral Cataract surgery | | | | Completed |

## Results

Laboratory List

| Name | Date |
|---|---|
| Automated Differential | 5/18/22 |
| CBC with Automated Differential | 5/18/22 |
| CHEM 7 (Basic Metabolic Panel) (BMP (CHEM 7)) | 5/18/22 |
| Glomerular Filtration Rate (GFR),Calculated from Creatinine | 5/18/22 |
| Magnesium (Mg) Level (Mg (Magnesium) Level) | 5/18/22 |

Case Management

**Attachment(s):**

| Name | Date |
|---|---|
| Phosphorus-PO4 | 5/18/22 |

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| ALB [3.5-5.2 g/dL] | 3.6 g/dL<br>(5/18/22 11:55 PM) |
| ANION GAP [7.0-16.0 mEq/L] | 12.0 mEq/L<br>(5/18/22 11:55 PM) |
| BASO % | 0 %<br>*NA*<br>(5/18/22 11:55 PM) |
| BASO CT [0.0-0.2 K/uL] | 0.0 K/uL<br>(5/18/22 11:55 PM) |
| BUN [7-25 mg/dL] | 13 mg/dL<br>(5/18/22 11:55 PM) |
| CA [8.7-10.3 mg/dL] | 8.2 mg/dL<br>*LOW*<br>(5/18/22 11:55 PM) |
| CL [98-109 mEq/L] | 103 mEq/L<br>(5/18/22 11:55 PM) |
| CO2 [20-29 mEq/L] | 24 mEq/L<br>(5/18/22 11:55 PM) |
| CREA [0.57-1.00 mg/dL] | 0.60 mg/dL<br>(5/18/22 11:55 PM) |
| EOS % | 0 %<br>*NA*<br>(5/18/22 11:55 PM) |
| EOS CT [0.0-0.5 K/uL] | 0.0 K/uL<br>(5/18/22 11:55 PM) |
| GLUCOSE [70-99 mg/dL] | 140 mg/dL<br>*HI*<br>(5/18/22 11:55 PM) |
| HCT [34.0-46.6 %] | 36.4 %<br>(5/18/22 11:55 PM) |
| HGB [11.1-15.9 g/dL] | 12.1 g/dL<br>(5/18/22 11:55 PM) |
| LYMPH% | 10 %<br>*NA*<br>(5/18/22 11:55 PM) |
| LYMPH CT [0.7-3.1 K/uL] | 1.1 K/uL |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Case Management

Attachment(s):

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| | (5/18/22 11:55 PM) |
| MG [1.6-2.6 mg/dL] | 1.8 mg/dL<br>(5/18/22 11:55 PM) |
| MCH [26.6-33.0 pg] | 29.4 pg<br>(5/18/22 11:55 PM) |
| MCHC [31.5-35.7 g/dL] | 33.2 g/dL<br>(5/18/22 11:55 PM) |
| MCV [79-97 fL] | 88 fL<br>(5/18/22 11:55 PM) |
| MONO% | 6 %<br>*NA*<br>(5/18/22 11:55 PM) |
| MONO CT [0.1-0.9 K/uL] | 0.7 K/uL<br>(5/18/22 11:55 PM) |
| MPV [7.4-10.4 fL] | 10.4 fL<br>(5/18/22 11:55 PM) |
| NEUT% | 84 %<br>*NA*<br>(5/18/22 11:55 PM) |
| NEUT CT [1.4-7.0 K/uL] | 9.3 K/uL<br>*HI*<br>(5/18/22 11:55 PM) |
| OSMO CALC [275.0-290.0 mOsm/L] | 290.4 mOsm/L<br>*HI*<br>(5/18/22 11:55 PM) |
| PHOS [2.5-4.5 mg/dL] | 3.2 mg/dL<br>(5/18/22 11:55 PM) |
| PLT CNT [150-450 K/uL] | 231 K/uL<br>(5/18/22 11:55 PM) |
| K [3.5-5.3 mEq/L] | 4.1 mEq/L<br>(5/18/22 11:55 PM) |
| RBC [3.77-5.28 M/uL] | 4.12 M/uL<br>(5/18/22 11:55 PM) |
| RDW [12.3-15.4 %] | 12.6 %<br>(5/18/22 11:55 PM) |
| NA [134-144 mEq/L] | 139 mEq/L<br>(5/18/22 11:55 PM) |
| WBC [3.4-10.8 K/uL] | 11.2 K/uL<br>*HI*<br>(5/18/22 11:55 PM) |

Case Management

Attachment(s):

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| CA-ALBCORR [8.4-10.6 mg/dL] | 8.5 mg/dL<br>(5/18/22 11:55 PM) |
| GFR-BLACK [>=59 GFR] | 117 GFR<br>(5/18/22 11:55 PM) |
| GFR-NONBLK [>=59 GFR] | 101 GFR<br>(5/18/22 11:55 PM) |
| NRBC % | 0.0 %<br>*NA*<br>(5/18/22 11:55 PM) |
| eCrCl | 93.09 mL/min [1]<br>(5/18/22 11:55 PM) |
| IMM GRAN % | 0.0 %<br>*NA*<br>(5/18/22 11:55 PM) |
| IMM GRAN CT [0.0-0.1 K/uL] | 0.0 K/uL<br>(5/18/22 11:55 PM) |
| NRBC | 0<br>*NA*<br>(5/18/22 11:55 PM) |

[1]Result Comment: Calculated with Discern Rule using the Cockroft-Gault method and the patient's most recent weight in kg. Calculated on patients who are greater than or equal to 18 years of age. Adjusted for gender.

## Vital Signs

| Most recent to oldest [Reference Range]: | 1 | 2 | 3 |
|---|---|---|---|
| Height in cm | 165.1 cm<br>(5/18/22 4:13 PM) | 165.1 cm<br>(5/18/22 6:20 AM) | |
| Height | 65 in<br>(5/18/22 4:13 PM) | 65 in<br>(5/18/22 6:20 AM) | |
| Dosing Weight | 81.63 kg<br>(5/18/22 4:29 PM) | 79.36 kg<br>(5/18/22 6:44 AM) | |
| BMI Calculation | 29.95<br>(5/18/22 4:13 PM) | | |
| Admission Weight lbs | 180 lb<br>(5/18/22 4:13 PM) | 175 lb<br>(5/18/22 6:20 AM) | |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031
Date of Birth:

Case Management

Attachment(s):

| Most recent to oldest [Reference Range]: | 1 | 2 | 3 |
|---|---|---|---|
| Blood Pressure [95-159/60-90 mmHg] | 117/62 mmHg (5/20/22 3:31 PM) | 127/75 mmHg (5/20/22 11:05 AM) | 144/76 mmHg (5/20/22 7:38 AM) |
| Vital Signs Extremity 1 | Left arm (5/20/22 3:31 PM) | Left arm (5/20/22 11:05 AM) | Left arm (5/20/22 7:38 AM) |
| Respiratory Rate [12-20 rpm] | 18 rpm (5/20/22 3:31 PM) | 18 rpm (5/20/22 11:05 AM) | 18 rpm (5/20/22 7:38 AM) |
| Temperature Temporal Artery [97.2-100 DegF] | 98.3 DegF (5/20/22 3:31 PM) | 99.0 DegF (5/20/22 11:05 AM) | 97.3 DegF (5/20/22 7:38 AM) |
| SpO2 [90-100 %] | 98 % (5/20/22 3:31 PM) | 95 % (5/20/22 11:05 AM) | 96 % (5/20/22 7:38 AM) |
| O2 Delivery | Room Air (5/20/22 3:31 PM) | Room Air (5/20/22 11:05 AM) | Room Air (5/20/22 7:38 AM) |
| Pulse Rate [60-100 bpm] | 75 bpm (5/20/22 3:31 PM) | 78 bpm (5/20/22 11:05 AM) | 82 bpm (5/20/22 7:38 AM) |
| Position During VS | Lying (5/20/22 3:31 PM) | Lying (5/20/22 11:05 AM) | Lying (5/20/22 7:38 AM) |
| Oxygen Flow Rate | 2 L/min (5/19/22 4:36 AM) | 2 L/min (5/19/22 12:50 AM) | |
| IBW Calculation | 57 kg (5/18/22 4:13 PM) | | |
| FingerStick Glu (mg/dL) [70-99 mg/dL] | 135 mg/dL *HI* (5/18/22 11:05 AM) | 114 mg/dL *HI* (5/18/22 6:37 AM) | |
| Pain Scale Used | 0-10 Scale (5/20/22 4:15 PM) | Scheduled Medication (5/20/22 11:08 AM) | Scheduled Medication (5/20/22 5:44 AM) |
| Pain Score Pre-Med | 5 (5/20/22 4:15 PM) | Not Applicable (5/20/22 11:08 AM) | Not Applicable (5/20/22 5:44 AM) |
| Pain Location Pre-Med | Abdomen (5/20/22 4:15 PM) | Not Applicable (5/20/22 11:08 AM) | Not Applicable (5/20/22 5:44 AM) |
| Pain Quality Primary | Aching (5/19/22 10:57 AM) | Aching (5/18/22 6:04 PM) | |
| Pain Quality Pre - Med | Aching (5/20/22 4:15 PM) | Not Applicable (5/20/22 11:08 AM) | Not Applicable (5/20/22 5:44 AM) |
| Pain Duration Pre-Med | Constant (5/20/22 4:15 PM) | Not Applicable (5/20/22 11:08 AM) | Not Applicable (5/20/22 5:44 AM) |
| Primary Pain Interventions | Not needed at this time (5/19/22 10:57 AM) | Not needed at this time (5/18/22 6:04 PM) | |

Attachment(s):

## Social History

| Social History Type | Response |
|---|---|
| Smoking Status | Never (less than 100 in lifetime)<br>entered on: 6/19/19 |
| Birth Sex | Female |

## Health Concerns

No data available for this section

## Medical Equipment

Implanted Date: 6/16/20 Target Site: Unknown

| Description | Quantity | MRI | Company | Model |
|---|---|---|---|---|
| CEMENT BONE ANTIBIOTIC 6197-9-001 [1] | 1 | | STRYKER | 6197-9-001 |
| UDI: No Information | | | Assigning Authority: FDA | |
| BASEPLATE TIBIA UNI HI FLEX RT MEDIAL LT LAT SZ 2 [2] | 1 | | SMITH & NEPHEW | 00-5842-002-02 |
| UDI: No Information | | | Assigning Authority: FDA | |
| INSERT TIBIA UNICOMPARTMENTAL 8MM SZ 2 [3] | 1 | | SMITH & NEPHEW | 00-5842-022-08 |
| UDI: No Information | | | Assigning Authority: FDA | |
| FEMORAL UNICOMPARTMENTAL HI FLEX RIGHT MEDIAL LEFT LATERAL SZ 8 [4] | 1 | | SMITH & NEPHEW | 00-5842-012-02 |
| UDI: No Information | | | Assigning Authority: FDA | |

[1] UNICOMPARTMENTAL, Serial #: 1027547 , Body Site: Knee - Total, Side: Right

[2] UNICOMPARTMENTAL, Serial #: 1027564 , Body Site: Knee - Total, Side: Right

Attachment(s):

[3]UNICOMPARTMENTAL, Serial #: 1027568 , Body Site: Knee - Total, Side: Right

[4]UNICOMPARTMENTAL, Serial #: 1027966 , Body Site: Knee - Total, Side: Right

## Hospital Discharge Instructions

Patient Education

05/20/2022 15:26:04

Hiatal Hernia

Hiatal Hernia
A hiatal hernia occurs when part of the stomach slides above the muscle that separates the abdomen from the chest (diaphragm). A person can be born with a hiatal hernia (congenital), or it may develop over time. In almost all cases of hiatal hernia, only the top part of the stomach pushes through the diaphragm.
Many people have a hiatal hernia with no symptoms. The larger the hernia, the more likely it is that you will have symptoms. In some cases, a hiatal hernia allows stomach acid to flow back into the tube that carries food from your mouth to your stomach (esophagus). This may cause heartburn symptoms. Severe heartburn symptoms may mean that you have developed a condition called gastroesophageal reflux disease (GERD).
What are the causes?
This condition is caused by a weakness in the opening (hiatus) where the esophagus passes through the diaphragm to attach to the upper part of the stomach. A person may be born with a weakness in the hiatus, or a weakness can develop over time.
What increases the risk?
This condition is more likely to develop in:
• Older people. Age is a major risk factor for a hiatal hernia, especially if you are over the age of 50.
• Pregnant women.
• People who are overweight.
• People who have frequent constipation.
What are the signs or symptoms?
Symptoms of this condition usually develop in the form of GERD symptoms. Symptoms include:
• Heartburn.
• Belching.
• Indigestion.
• Trouble swallowing.
• Coughing or wheezing.
• Sore throat.

**Attachment(s):**
• Hoarseness.
• Chest pain.
• Nausea and vomiting.
How is this diagnosed?
This condition may be diagnosed during testing for GERD. Tests that may be done include:
• X-rays of your stomach or chest.
• An upper gastrointestinal (GI) series. This is an X-ray exam of your GI tract that is taken after you swallow a chalky liquid that shows up clearly on the X-ray.
• Endoscopy. This is a procedure to look into your stomach using a thin, flexible tube that has a tiny camera and light on the end of it.
How is this treated?
This condition may be treated by:
• Dietary and lifestyle changes to help reduce GERD symptoms.
• Medicines. These may include:
# Over-the-counter antacids.
# Medicines that make your stomach empty more quickly.
# Medicines that block the production of stomach acid (H2 blockers).
# Stronger medicines to reduce stomach acid (proton pump inhibitors).
• Surgery to repair the hernia, if other treatments are not helping.
If you have no symptoms, you may not need treatment.
Follow these instructions at home:
Lifestyle and activity
• Do not use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. If you need help quitting, ask your health care provider.
• Try to achieve and maintain a healthy body weight.
• Avoid putting pressure on your abdomen. Anything that puts pressure on your abdomen increases the amount of acid that may be pushed up into your esophagus.
# Avoid bending over, especially after eating.
# Raise the head of your bed by putting blocks under the legs. This keeps your head and esophagus higher than your stomach.
# Do not wear tight clothing around your chest or stomach.
# Try not to strain when having a bowel movement, when urinating, or when lifting heavy objects.
Eating and drinking
• Avoid foods that can worsen GERD symptoms. These may include:
# Fatty foods, like fried foods.
# Citrus fruits, like oranges or lemon.
# Other foods and drinks that contain acid, like orange juice or tomatoes.
# Spicy food.
# Chocolate.
• Eat frequent small meals instead of three large meals a day. This helps prevent your stomach from getting too full.
# Eat slowly.

Attachment(s):
# Do not lie down right after eating.
# Do not eat 1–2 hours before bed.
• Do not drink beverages with caffeine. These include cola, coffee, cocoa, and tea.
• Do not drink alcohol.
General instructions
• Take over-the-counter and prescription medicines only as told by your health care provider.
• Keep all follow-up visits as told by your health care provider. This is important.
Contact a health care provider if:
• Your symptoms are not controlled with medicines or lifestyle changes.
• You are having trouble swallowing.
• You have coughing or wheezing that will not go away.
Get help right away if:
• Your pain is getting worse.
• Your pain spreads to your arms, neck, jaw, teeth, or back.
• You have shortness of breath.
• You sweat for no reason.
• You feel sick to your stomach (nauseous) or you vomit.
• You vomit blood.
• You have bright red blood in your stools.
• You have black, tarry stools.
Summary
• A hiatal hernia occurs when part of the stomach slides above the muscle that separates the abdomen from the chest (diaphragm).
• A person may be born with a weakness in the hiatus, or a weakness can develop over time.
• Symptoms of hiatal hernia may include heartburn, trouble swallowing, or sore throat.
• Management of hiatal hernia includes eating frequent small meals instead of three large meals a day.
• Get help right away if you vomit blood, have bright red blood in your stools, or have black, tarry stools.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Revised: 11/18/2021 Document Reviewed: 11/18/2021
Elsevier Patient Education © 2022 Elsevier Inc.

Follow Up Care

05/10/2022 11:38:14

With: KLEPPE MD, KYLE L
Address:

**Attachment(s):**
University Surgeons Associates, PC 1934 Alcoa Highway Medixcal Building D Suite 285
Knoxville, TN 37920-
(865) 305-9620

When: 1 to 2 weeks
Comments: Please call to confirm your post-operative appointment

## Goals

No data available for this section

## Reason for Referral

No data available for this section

## Hospital Course

No data available for this section

Discharge Instructions

DOCUMENT TYPE: Nursing Discharge Summary 2
ELECTRONICALLY SIGNED BY:

Nursing Discharge Summary 2
05/20/22 15:28 EDT Performed by Dixon RN, Brenna K
Entered on 05/20/22 15:28 EDT

Verifications
-------------

| | |
|---|---|
| Discharge Instructions Given To | Patient |
| Date Time Discharge Instructions Given | 05/20/22 15:45 |
| Personal Devices/Valuables at Discharge | None |
| Discharge paperwork printed | Yes |
| Dsch Paperworks,w/ meds next dose due | Given to and reviewed with patient |

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Plan of Care

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/20/2022 14:51 EDT)

**Interdisciplinary Plan of Care Entered On: 05/20/2022 7:09 EDT**
**Performed On: 05/20/2022 7:00 EDT by Dixon RN, Brenna K**

**Plan of Care Links**
*Increased Risk for Infection :* Increased risk of infection

Dixon RN, Brenna K - 05/20/2022 7:09 EDT

IPOC Interventions Grid

| | | |
|---|---|---|
| *Shift :* | 0700 - 1900 | 0700 - 1900 |
| *Identified Patient Problem :* | Altered comfort/pain | Increased risk of infection |
| *Plan of Care/Goals Established With :* | Established with patient | Established with patient |
| *Shift Goals :* | pain level at or below goal | no signs of infection |
| *Shift Goals Met :* | Yes | Yes |
| | Dixon RN, Brenna K - 05/20/2022 7:09 EDT | Dixon RN, Brenna K - 05/20/2022 7:09 EDT |

**Increased Risk for Infection**
*Discipline :* Nursing
*Increased Infection Risk Plan Action :* Reviewed and no changes made
*Plan of Care :* Increased risk of infection
*Related To :* Invasive procedure, Wound, Other: piv
*Desired Outcome :* Patient has no evidence of infection

Dixon RN, Brenna K - 05/20/2022 7:09 EDT

---

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Payne RN, Amy R (5/19/2022 19:19 EDT)

**Interdisciplinary Plan of Care Entered On: 05/19/2022 19:20 EDT**
**Performed On: 05/19/2022 19:00 EDT by Payne RN, Amy R**

**Plan of Care Links**
*Altered Comfort/Pain :* Altered comfort/pain
*Increased Risk for Infection :* Increased risk of infection

Payne RN, Amy R - 05/19/2022 19:19 EDT

IPOC Interventions Grid

| | | |
|---|---|---|
| *Shift :* | 1900 - 0700 | 1900 - 0700 |
| *Identified Patient Problem :* | Increased risk of infection | Altered comfort/pain |

Plan of Care

| | | |
|---|---|---|
| *Plan of Care/Goals Established With :* | Established with patient | Established with patient |
| *Shift Goals :* | monitor labs, vs and pt for s/s of infection. report acute changes to MD | pt will maintain a tolerable level of pain, offer prn pain med s |
| *Shift Goals Met :* | Yes | Yes |
| | Payne RN, Amy R - 05/19/2022 19:19 EDT | Payne RN, Amy R - 05/19/2022 19:19 EDT |

**Altered Comfort/Pain**
*Discipline :* Nursing
*Plan of Care Action Altered Comfort Pain :* Re-initiated
*Plan of Care :* Altered comfort/pain
*Related To :* Postoperative pain
*Desired Outcome Altered Comfort/Pain :* Patient's pain level at or below goal

Payne RN, Amy R - 05/19/2022 19:19 EDT

**Increased Risk for Infection**
*Discipline :* Nursing
*Increased Infection Risk Plan Action :* Re-initiated
*Plan of Care :* Increased risk of infection
*Related To :* Invasive procedure, Wound, Other: piv
*Desired Outcome :* Patient has no evidence of infection

Payne RN, Amy R - 05/19/2022 19:19 EDT

---

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/19/2022 14:32 EDT)

**Interdisciplinary Plan of Care Entered On: 05/19/2022 7:02 EDT**
**Performed On: 05/19/2022 7:00 EDT by Dixon RN, Brenna K**

**Plan of Care Links**
*Increased Risk for Infection :* Increased risk of infection

Dixon RN, Brenna K - 05/19/2022 7:01 EDT

IPOC Interventions Grid

| *Shift :* | 0700 - 1900 | 0700 - 1900 |
|---|---|---|
| *Identified Patient Problem :* | Altered comfort/pain | Increased risk of infection |
| *Plan of Care/Goals Established With :* | Established with patient | Established with patient |
| *Shift Goals :* | pain level at or below goal | no signs of infection |
| *Shift Goals Met :* | Yes | Yes |

Plan of Care

| | | |
|---|---|---|
| | Dixon RN, Brenna K - 05/19/2022 7:01 EDT | Dixon RN, Brenna K - 05/19/2022 7:01 EDT |

**Increased Risk for Infection**
*Discipline :* Nursing
*Increased Infection Risk Plan Action :* Reviewed and no changes made
*Plan of Care :* Increased risk of infection
*Related To :* Invasive procedure, Wound, Other: piv
*Desired Outcome :* Patient has no evidence of infection

Dixon RN, Brenna K - 05/19/2022 7:01 EDT

---

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Beeler RN, Breanna M (5/19/2022 04:12 EDT)

**Interdisciplinary Plan of Care Entered On: 05/18/2022 23:54 EDT**
**Performed On: 05/18/2022 19:00 EDT by Beeler RN, Breanna M**

**Plan of Care Links**
*Altered Comfort/Pain :* Altered comfort/pain
*Increased Risk for Infection :* Increased risk of infection

Beeler RN, Breanna M - 05/18/2022 23:52 EDT
Beeler RN, Breanna M - 05/18/2022 23:52 EDT

IPOC Interventions Grid

| *Shift :* | 1900 - 0700 | 1900 - 0700 |
|---|---|---|
| *Identified Patient Problem :* | Altered comfort/pain | Increased risk of infection |
| *Plan of Care/Goals Established With :* | Established with patient | Established with patient |
| *Shift Goals :* | pt's pain level will remain at a tolerable level for the pt. medicate PRN if >4 and treat nausea PRN | pt will remain free from s/s of infection. monitor labs, vs and pt condition. |
| *Shift Goals Met :* | Yes | Yes |
| | Beeler RN, Breanna M - 05/19/2022 4:12 EDT | Beeler RN, Breanna M - 05/19/2022 4:12 EDT |

**Altered Comfort/Pain**
*Discipline :* Nursing
*Plan of Care Action Altered Comfort Pain :* Initiated
*Plan of Care :* Altered comfort/pain
*Related To :* Postoperative pain
*Desired Outcome Altered Comfort/Pain :* Patient's pain level at or below goal

Plan of Care

Beeler RN, Breanna M - 05/18/2022 23:52 EDT

**Increased Risk for Infection**
*Discipline :* Nursing
*Increased Infection Risk Plan Action :* Initiated
*Plan of Care :* Increased risk of infection
*Related To :* Invasive procedure, Wound, Other: piv
*Desired Outcome :* Patient has no evidence of infection

Beeler RN, Breanna M - 05/18/2022 23:52 EDT

---

DOCUMENT TYPE: Interdisciplinary Plan of Care
ELECTRONICALLY SIGNED BY: Dixon RN, Brenna K (5/18/2022 16:27 EDT)

**Interdisciplinary Plan of Care Entered On: 05/18/2022 16:29 EDT**
**Performed On: 05/18/2022 17:00 EDT by Dixon RN, Brenna K**

**Plan of Care Links**
*Increased Risk for Infection :* Increased risk of infection

Dixon RN, Brenna K - 05/18/2022 16:27 EDT

IPOC Interventions Grid

| *Shift :* | 0700 - 1900 | 0700 - 1900 |
|---|---|---|
| *Identified Patient Problem :* | Altered comfort/pain | Increased risk of infection |
| *Plan of Care/Goals Established With :* | Established with patient | Established with patient |
| *Shift Goals :* | pain level at or below goal | no signs of infection |
| *Shift Goals Met :* | Yes | Yes |
| | Dixon RN, Brenna K - 05/18/2022 16:27 EDT | Dixon RN, Brenna K - 05/18/2022 16:27 EDT |

**Increased Risk for Infection**
*Discipline :* Nursing
*Increased Infection Risk Plan Action :* Initiated
*Related To :* Invasive procedure, Wound, Other: piv
*Desired Outcome :* Patient has no evidence of infection

Dixon RN, Brenna K - 05/18/2022 16:27 EDT

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 7/14/2022
FIN: 18440200033 Discharge Date: 7/14/2022
Date of Birth:

Conditions of Admission

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200033

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway * Knoxville TN 37920
(865) 305-9000

18440200033
GALYON, ROBERTA L
DOB:
ADM: 07-14-22

5001

## CONDITIONS OF ADMISSION/TREATMENT

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designee(s) will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.** NG

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records * Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X Roberta Lynn Galyon
(Patient Signature)

Date of signing 7-14-22 Time of signing 1438

[signature] Date 7-14-22 Time 1438
(Witness)

____________________
(Closest relative or legal guardian)

Patient is a minor __________ years of age.

____________________
(Relationship)

Patient is unable to consent because:

____________________

Conditions of Admission/5001 Nursing (Rev. [illegible])

Consents & Authorizations

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200033

* Auth (Verified) *

5101

**University of Tennessee Medical Center**
**1924 Alcoa Highway * Knoxville, TN 37920**
**(865) 305-9000**

RELEASE AUTHORIZATION

**Registered:** 07 14 2022 14:35
**MRN:** [illegible]
**FIN:** [illegible]

Initial if info in box is correct (X) [illegible]

**Name:** GALYON ROBERTA L
**SSN:**
**DOB:**
**Address:**
**City:**
**State:**
**Email:** [illegible]
**HP:** (423) 506 8362 **CP:** (423) [illegible]
**Ins 1:** Blue Cross [illegible]
**Ins 2:** Financial Assist [illegible]
**Ins 3:**
**PCP:** Collins (Results), Timothy
**Ordering MD:** [illegible] MD, KYLE L

**1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID/TENNCARE BENEFITS**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf [illegible] University of Tennessee Emergency Group for any services furnished me by that physician supplier.

**2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS**

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier [illegible] on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me but not to exceed the UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other charges may be applied on any other account owed UTMC by me or my family.

**3) PROMISE TO PAY ACCOUNT**

For and in consideration of services rendered and to be rendered by UTMC, I we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone numbers, I authorize UTMC or its agents to call my cell phone either manually or by auto dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

**4) UTMC STAFF PHYSICIAN ASSIGNMENT**

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physicians, etc.) that a separate billing may be received from those physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collection of my account.

**5) DME NOTIFICATION**

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

**6) UHS NOTICE OF INFORMATION PRACTICES**

I have received a copy of the University Health System, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling [illegible], on the UTMC website at [illegible], or by requesting one at a UHS [illegible].

**7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY**

My current and only insurance is indicated in the box in the upper right corner of this document and validated by my initials. I understand if I have insurance coverage not presented by me at registration and/or not indicated in the box above, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

**Patient home phone is: (423) 506-8362** **Guar cell phone is: (423) 506-8362**

Signature (X) [signature] Responsible Party — Signature (X) [signature] Authorization to Release Information — 7-14-22 1438 Date Time

Signature ______ Date Time ______ Relation to Patient ______

Hospital Witness [signature] ______ Date Time 7-14-22 1438

[illegible]



Lincoln/Galyon 1082

Final Coding Summary

* Auth (Verified) *

## Coding Summary For Patient Account 18440200033

Current Coder: hlhuskey

Current Date: 08/04/2022 08:11

Total Charges: 0

### Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 07-14-2022 | **Discharge Date** | 07-14-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

### Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** R13.13 | ICD-10 | Dysphagia, pharyngeal phase |
| Z53.8 | ICD-10 | Procedure and treatment not carried out for other reasons |

### Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|

## Allergies

Substance: **NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

Substance: **No Known Medication Allergies**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Outpatient Orders

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200033

* Auth (Verified) *

JUL/12/2022/TUE 07:39 AM FAX No. P. 001/001

UNIVERSITY SURGEONS ASSOCIATES, P.C.

**Name:** Roberta L Galyon **DOB:**

[redacted]

**Order :** ESOPHAGEAL MANOMETRY: OK FOR HURRICANE SPRAY OR LIDOCAINE GEL AS NEEDED 91010

**Date of Service: 07/14/2022 @ 3:00PM in the GI LAB**

**Precert# / Authorization#:** n/A

**Ordering Physician**: Kyle L. Kleppe MD

**Phone**: 865-305-9620 Fax:865-525-3460

**Diagnosis** (Required): Dysphagia

**Instructions: 1. Nothing to eat or drink for 8 hours prior to 3:00PM**
**2. No anti-reflux medications for 3 days prior**

ICD-10 Code(s): R13.13

☐ Report is STAT ☐ Report is Stat with Call Back Requested.

**Call Back Number: (865) 305-9620**

**A current (within 90 days) creatinine is required on all patients 65 years and older and on all patients with known renal disease diabetes, or hypertension who are having tests requiring injection of CT and/or MrI contrast agents.*

**Ordering Physician Signature:**

☐ **Dr. Gregory J. Mancini, MD** ☐ **Dr. Matthew L. Mancini, MD** ☒ **Dr. Kyle L. Kleppe, MD**

☐ **Dr. Melissa S. Phillips, MD** ☐ **Dr. Haley Daigle, MD** ☐ **Lynn Castle, PA**

☐ **Sonya McWilliams, FNP-BC** ☐ **Amber Evans, FNP-BC** ☐ **Heena Patel, FNP-BC**



Lincoln/Galyon 1087

Orders

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/11/22 1:26:12 PM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/11/2022 13:26 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 7/15/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/15/22 9:19:25 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/15/2022 09:19 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 7/15/2022 12:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/15/22 3:17:08 PM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/15/2022 15:17 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 7/15/2022 16:32 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 7/18/22 3:43:47 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order Action Date/Time: 7/18/2022 03:43 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200033
Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

## Problem List

**Problem Name: Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

**Problem Name: Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

| Social History |
|---|

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200033** **MRN 1844020** **Outpatient**
**ocation: OP GILAB**

**No Results Qualified.**

MEDICAL
CENTER

# Please Note

**Per Joint Commission and UTMC Medical Staff Rules and Regulations:**

- A final progress note may be substituted for the discharge summary in the case of patients with problems of a minor nature who require less than a 48-hour period of hospitalization, and in the case of normal newborn infants and uncomplicated obstetric deliveries.

**Helpful Information to find key pieces in record**

- Implant information can be found in the INTRAOP OR NURSING NOTES

- STATUS ORDER can be found under
  1. 'Bed Request' under Orders
  2. 'Admit/Status Change Communication' under Orders

v1.6

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020
FIN: 18440200034
Date of Birth:

Admit Date: 7/21/2022
Discharge Date: 7/21/2022

Facesheet

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

Previous MRNs:

**University of Tennessee Medical Center** **SIGN IN:** Yes **TIME:** 10:4 **PREV ENC TYPE:** Outpatient

GALYON, ROBERTA L **SSN:** **DLN:**

**PH:** **AP:** **PRE:**
**COUNTY:** **FC:** **VALUABLES:**
**AGE:** **MS:** Married **AT:** **SEX:** Female **PG:** **MED:** Ambulatory Cardiac Cather **REG CLERK:** Gay Clerk, Harrison
**ARI:** **PT:** **CD:** Yes **OM:** No **TO OM:** Yes

**REGISTER:** 07/21/2022 10:43
**ADMIT:**
**EST ARRIVE:**
**DISCHARGE:** 07/21/2022 23:59
**PRE-REG:** 07/20/2022 12:23
**ID DEF:**
**APP DIS:**

**VISIT REASON:**
**ACCIDENT:** No
**PROCEDURE:** PHYSIOLOGY ESOPHAGEAL
**ALERT:**
**RES:** Private Residence
**FN REG:**
**CD:** Gay Clerk, Harrison C
**RE:**

**LOC:** **ACCM:** **ROOM:** **BED:** **ASSIGN:** **EX:** **ID Scan:** Yes **TEMP LOC:**

**GUAR 1** GALYON, ROBERTA L **MS:** M
**PH:** **DOB:** **AP** **PH:** TN MCMINN CO BOARD OF ED

**GUAR 2** **DOB** **PH:** **SSN:** **AP:**

**SUBSCRIBER 1**
**NAME:** GALYON, SCOTT A
**RELTN:** Spouse
**INS CO:** Blue Cross Network
**PLAN:** Blue Cross TN S Premier Partne
**POLICY NUMBER:**
**End:**
**COB DT:** 03/28/20
**PH:**
**CONTACT:**
**VER:** Yes **VF:** Yes **DT:** 07/21/2022 10:47
**CLERK:** Gay Clerk, Harrison C
**Patient Email:**
**Portal Status:** Accepted

**GPNM:** **Ins 1:** Blue Cross HMO
**PROC DT APP:**
1 Cameron Hill Circle Chattanooga TN
**TYPE:** Authorization
**AUTH:** Review
**PRE-CERT NO:** **UN:**
**CPT CDS APP:**
**CONTACT:** **PH:**
**DD:** 0 **CD:** 0 **LD:** 0 **SN:** 0
**Portal Reg:** Invite Sent

**SUBSCRIBER 2**
**NAME:** **RELTN:** **INS CO:** **PLAN:** **POLICY NUMBER:**
**PH:** **VER:** **VF:** **CLERK:** **CONTACT:** **DT:**
**GRP#:** **GPNM:** **Ins 2:**
**TYPE:** Authorization **AUTH:** **PRE-CERT NO:** **UN:**
**CONTACT:** **PH:** **DD:** 0 **CD:** 0 **LD:** 0 **SN:** 0

**SUBSCRIBER 3**
**NAME:** **RELTN:** **INS CO:** **PLAN:** **POLICY NUMBER:**
**PH:** **VER:** **VF:** **CLERK:** **Pre-Op:** **CONTACT:** **DT:**
**GRP#:** **GPNM:** **Ins 3:**
**TYPE:** Authorization **AUTH:** **PRE-CERT NO:** **UN:**
**CONTACT:** **PH:** **DD:** 0 **CD:** 0 **LD:** 0 **SN:** 0

4 **RELTN:** **INS CO:** **POLICY NUMBER:**

**PHYSICIANS**
**ADMIT PHYS:** KIEFFER MD, KYLE
**ATTEND PHYS:** KIEFFER MD, KYLE
**PCP:** Collins (Resolute), Timothy
**PH:**
**OTHER:**
**REF FAC:**
**REF PHYS:** Collins (Resolute), Timothy

**EMC 1** **Cell:** **PH:**
**EMC 2** **Cell:** **PH:**

**OCC CODES:** **COND CODES:**

**Tracking:** **Scans:**
**VALUE CD:** **VALUE AMT:** **Patient to OM-FC-MC?:**
**VALUE CD:** **VALUE AMT:** **CD CP:**
**OCC SPAN CD:** **SIGN DATE:** **MSP:** **MC PRL/DT:**
**Photo ID:** Yes **FC:** **DP RQ:**
**Assign/Treat Signed:** Yes **FirstNet Location:**

18440200034



**Lincoln/Galyon 1095**

GI Studies

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

UNIVERSITY SURGEONS ASSOCIATES, P.C.

**Name:** Roberta L Galyon **DOB:**

**Order :** ESOPHAGEAL MANOMETRY: OK FOR HURRICANE SPRAY AND LIDOCAINE GEL AS NEEDED

**Date of Service:** 07/14/2022 @ 3:00PM **Precert# / Authorization#:**

**Ordering Physician**: Kyle L. Kleppe MD

**Phone**: 865-305-9620 Fax:865-525-3460

**Diagnosis** (Required): Dysphagia

**Instructions: 1. Nothing to eat or drink for 8 hours prior to 3:00PM**
**2. No anti-reflux medications for 3 days prior to test**

ICD-10 Code(s): R13.13

☐ Report is STAT ☐ Report is Stat with Call Back Requested.

**Call Back Number: (865) 305-9620**

**A current (within 90 days) creatinine is required on all patients 65 years and older and on all patients with known renal disease diabetes, or hypertension who are having tests requiring injection of CT and/or MrI contrast agents.*

**Ordering Physician Signature:**

☐ Dr. Gregory J. Mancini, MD ☐ Dr. Matthew L. Mancini, MD ☒ Dr. Kyle L. Kleppe, MD

☐ Dr. Melissa S. Phillips, MD ☐ Dr. Haley Daigle, MD ☐ Lynn Castle, PA

☐ Sonya McWilliams, FNP-BC ☐ Amber Evans, FNP-BC ☐ Heena Patel, FNP-BC

7/21/22 11:36



Lincoln/Galyon 1097

Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 1015 of 1691 PageID #: 1148

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEMORIAL HOSPITAL
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

FIN:18440200034
GALYON, ROBERTA L
DOB 57Y F
ADM
MRN:1844020

ENDOSCOPIC DIAGNOSTIC THERAPEUTIC UNIT
NURSING ASSESSMENT FORM
PATIENTS REQUIRING NO SEDATION OR ANESTHESIA

NAME: MR #: SS #: DOB: DATE 7/21/22

Account Number: Room # Appt Time

Time and Means of Arrival: 1152 MD: Dr Walters

Referring MD: Dr. Klippe Procedure: EN Indication: dysphagia

Allergies: see precchart Diet: NPO

Current Meds including aspirin: L>

VITAL SIGNS: T: Pulse: Resp: B.P.: Weight:

| PRE PROCEDURE CHECKLIST | YES | NO | N/A |
|---|---|---|---|
| Patient NPO | ✓ | | |
| History and Physical | ✓ | | |
| ID Bracelet | ✓ | | |
| Permit Signed | ✓ | | |
| Procedural Teaching Completed | ✓ | | |
| Change in Health Status | | ✓ | |

Problems/Needs: N/A

Intervention:

Pre Procedure Medications: lido gel 2% ō Hurricaine spray Time: 1155

LPN/TECH Signature (if applicable):

RN Signature: [signature]

No Sedation Assess
939610 - Endoscopy Ctr

Facility: UTMH



Lincoln/Galyon 1098

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200034

* Auth (Verified) *

ENDOSCOPIC DIAGNOSTIC THERAPEUTIC UNIT
PROCEDURE RECORD
PATIENTS REQUIRING NO SEDATION OR ANESTHESIA

FIN:18440200034
GALYON, ROBERTA L
DOB: 57Y F
ADM:07/21/22
MRN:1844020

NAME    MR #:    SS #:    DOB    DATE 7/21/22

Procedure Performed: Esophageal Manometry

Procedure Start Time: 12.10    Procedure End Time: 12.40

Procedural Medications

| | Yes | No | Description |
|---|---|---|---|
| Patient Cooperative | ✓ | | |
| Specimens to Lab | | ✓ | |
| Fluoroscopy Used | | ✓ | |
| Complications | | ✓ | |
| Patient Complaints | | ✓ | |

Interventions:

Report Discharge Instructions Given to: patient

Instructions: follow up with provider in 5-7 days, NPO for an hour after lidocaine

Discharge Time:    Manner: Ambulatory ☑    W/C ☐    Stretcher ☐

To: lobby

RN Signature: [illegible] 7/21/22

Intubated (L) naris w/ EM probe after lidocaine [illegible] spray administration. No resistance met. Advanced to [illegible], confirmed placement w/ imaging & secured @ [illegible]. No pt complaints. Removed probe @ end of procedure w/ no complications. Pt tolerated well.

No Sedation Assess
[illegible] Endoscopy [illegible] Back page



Lincoln/Galyon 1099

Conditions of Admission

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

Patient Name: GALYON, ROBERTA L
MRN: 1844020 | Admit Date: 10/28/2022
FIN: 18440200035 | Discharge Date: 10/28/2022
Date of Birth:

Facesheet

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200035

* Auth (Verified) *

Previous MRNs:

**University of Tennessee Medical Center** SIGN IN:Yes TIME:07:50
PREV ENC TYPE: Pre Register Ou

1020

GALYON, ROBERTA L
SSN:
DLN:
ENC TYPE: Outpatient
FIN: 18440200035
DOB: Race:White
Ethnicity:Not Hispanic/Latino
AGE: 57Y MS:Married AT:
SEX:Female PG:
MED:Rad Nuclear Medicine
REG CLERK: Yates Clerk, Brandy L
MRN: 1844020
ARI:
PT:
CD:Yes
OM:YesTO OM:
PH:(
AP:(
PRE:
COUNTY: McMinn
FC:
VALUABLES:

REGISTER: 10/28/2022 07:50
ADMIT:
EST ARRIVE:10/28/2022
DISCHARGE:
PRE-REG: 10/14/2022 08:58
ID DEF:
APP DIS:
VISIT REASON: Epigastric pain
ACCIDENT: No
PROCEDURE: OPNUC
ALERT:
RES:Private Residence
FN REG:
CD:Yates Clerk, Brandy L
LOC: OPNUC
ACCM:
ROOM: BED:
ASSIGN:
EX:
ID Scan: Yes
TEMP LOC:

GUAR 1
GALYON, ROBERTA L
RE:Self
Disabled
DISABMS:M
TN
PH:(423) 506-8362 DOB:
AP:(
PH:
NON RENAL

GUAR 2
GALYON, SCOTT A A
RE:Spouse
DOB:
56
MCMINN CO BOARD OF EDU
PH
SSN:
AP:
PH:
STAFF

SUBSCRIBER 1
NAME: GALYON, SCOTT A A
RELTN: Spouse -09
INS CO:Blue Cross Network S 50 STTS - 050
PLAN: Blue Cross NW S Premier Partne - 5PY
POLICY NUMBER: STTS00383345
End:
COB DT:03/28/2022
PH: (800) 924-7141 CONTACT: ECARE
VER:Yes VP: Yes DT: 10/18/2022 13:35
CLERK: Burt, Tammy A
Patient Email: GALYONLYNN@YAHOO.COM
Portal Status: Accepted
GRP#:80860 GPNM:STOFT5
FIN CLASS:Blue Cross MCO
Ins 1: PROC DT APP:
1 Cameron Hill Circle
Chattanooga TN 37402-0002
TYPE:Authorization
AUTH: Review
PRE-CERT NO:A181239267 UN:0
CPT CDS APP: 78264
CONTACT: evicore PH:
DD: 0 CD: 0 LD: 0 SN: 0
Portal Reg: Invite Sent

18440200035

SUBSCRIBER 2
NAME:
RELTN:
INS CO:
PLAN:
POLICY NUMBER:
PH:
VER: VP: No
CLERK:
CONTACT:
DT:
GRP#: GPNM:
Ins 2:
TYPE:Authorization
AUTH:
PRE-CERT NO: UN:
CONTACT: PH:
DD: 0 CD: 0 LD: 0 SN: 0

SUBSCRIBER 3
NAME:
RELTN:
INS CO:
PLAN:
POLICY NUMBER:
PH:
VER: VP: No
CLERK:
Pre-Op:
CONTACT:
DT:
GRP#: GPNM:
Ins 3:
TYPE:Authorization
AUTH:
PRE-CERT NO: UN:
CONTACT: PH:
DD: 0 CD: 0 LD: 0 SN: 0

4 RELTN: INS CO: POLICY NUMBER:

PHYSICIANS
ADMIT PHYS: KLEPPE MD, KYLE L
ATTEND PHYS: KLEPPE MD, KYLE L
PCP:Collins (Results), Timothy
PH:(423) 263-0722
OTHER:
REF FAC:
REF PHYS: No Referring Physician, .

EMC 1
ROADRICK, ALLYSON
Cell:
PH:(423) 453-8069 EMC Daughter
EMC 2
Cell:
PH:

OCC CODES: Onset of Illness 10/28/22 COND CODES:
Tracking:
VALUE CD: VALUE AMT:
VALUE CD: VALUE AMT:
OCC SPAN CD: SIGN DATE:
Scans: Person
Patient to OM-PC-MC?:
CD CP:Yes-Only Ins Ind
MSP:No MC PRL/DT:

PRINTED: 10/28/2022 07:52
Photo ID: Yes
Assign/Treat Signed: Yes
Updating Clerk: Yates Clerk, Brandy 10/28/2022 07:52
FC:
FirstNet Location:
DP RQ:
INFO:
v1.4



Lincoln/Galyon 1102

Conditions of Admission

* Transcribed *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway • Knoxville, TN 37920
(865) 305-9000

5001

FIN: 18440200035
Name: GALYON, ROBERTA
DOB: Age: Sex: F
Admission Date: 10/14/2022
MRN: 1844020

## CONDITIONS OF ADMISSION/TREATMENT

NAME: ROBERTA GALYON MR#: 1844020 ENCOUNTER#: 18440200035 DATE: 10/14/2022

### MEDICAL AND SURGICAL CONSENT

I consent to the care and treatment, including any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment and any and all hospital services which my physician(s), their designee(s), or others of the University of Tennessee Medical Center ("UTMC") staff consider to be necessary or appropriate. I understand that my physician(s) or their designee(s) will explain the need for, risk of, and alternatives to blood transfusion when blood may be needed, and my physician(s) or their designees will explain alternative options in treatment when they are available. **I understand that the majority of the Medical Staff (physicians) and other practitioners working under their supervision who furnish services to me, including emergency room doctors, radiologists, pathologists, anesthesiologists/anesthetists, physician assistants, advance practice nurses and the like, are independent contractors and are not employees or agents of UTMC. I understand and agree that any residents and fellows furnishing medical services to me are not employees or agents of UTMC but are employees or agents of the State of Tennessee.**
X_[illegible]

### NO GUARANTEE AS TO RESULTS

I understand that the practice of medicine and surgery is not an exact science, and I acknowledge that no guarantees have been made to me as to the result of treatments and examination in UTMC.

### RELEASE OF INFORMATION

I authorize UTMC and/or physicians to disclose all or any part of my patient record to any person or organization which is or may be liable or responsible for payment of all or part of the hospital charges, including, but not limited to, hospital or medical services companies, insurance companies, workers' compensation carriers, or welfare funds. I further authorize the release of all or any part of my medical record to any physician, hospital, or other health care provider giving me past, present or future care and treatment.

### PERSONAL VALUABLES

I acknowledge that I have been asked to send money and valuables home. I understand that UTMC maintains a safe for money and valuables, and that UTMC will not be liable for the loss or damage to any money, jewelry, documents, or any other personal property, including glasses, contact lenses, dentures, hearing aids, or prosthesis, unless deposited with UTMC for safekeeping.

### ADVANCE DIRECTIVES

I understand that information will be made available explaining my right to prepare an Advance Directive (Advance Care Plan or Appointment of Health Care Agent). I understand that UTMC cannot honor any such document unless it has been legally executed and made a part of my medical record.

### HIV/HEPATITIS TESTING

If an employee, student, or other health care provider is exposed to my blood or other body fluids, I authorize UTMC to perform confidential blood tests for HIV (the virus that causes AIDS) and hepatitis. I understand that I will not be charged for these tests. I also understand that under Tennessee law this test may be performed without my consent.

### PHOTOGRAPHY

I understand that UTMC may photograph me, including appropriate portions of my body, for clinical and treatment purposes to be included in my medical record. I authorize UTMC to photograph me or portions of my body for scientific or educational purposes, provided my identity is not revealed by the pictures or any descriptive text accompanying them. I understand that I can withdraw my authorization by sending a written request to: UTMC, Medical Records – Box 110, 1924 Alcoa Highway, Knoxville, TN 37920-6999.

### EDUCATION AND RESEARCH

I understand that UTMC participates in education and research activities and understand and agree that faculty, residents and students in these programs may be involved in my care. I authorize UTMC to retain, preserve and use for scientific, teaching, educational and research purposes specimens or tissues taken from my body as well as medical information contained in my medical record. I agree that any tissue or specimens may be disposed of by UTMC at its convenience.

The undersigned certifies that he/she has read the foregoing, or has had the foregoing read to him/her, and that he/she understands and fully accepts its terms.

X Roberta L Galyon
(Patient Signature)

Date of signing 10/28/2022 7:53 AM

Brandy Yates Date 10/28/2022 7:5
(Witness)

(Closest relative or legal guardian)

(Relationship)

Patient is a minor __________ years of age.
Patient is unable to consent because:

Conditions of Admission/930200 – Nursing (Rev. 3/02. 10/11)

Consents & Authorizations

* Transcribed *

5101

University of Tennessee Medical Center
1924 Alcoa Highway Knoxville, TN 37920
(865)305- 9000

FIN: 18440200035
Name: GALYON, ROBERTA
DOB: Age: 57 Sex: F
Admission Date: 10/14/2022
MRN: 1844020

## RELEASE AUTHORIZATION

**PATIENT NAME** ROBERTA GALYON **DATE OF SERVICE** 10/14/2022

**1) PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAY REQUEST FOR MEDICARE AND MEDICAID / TENNCARE BENEFITS**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act and Medicaid/TennCare is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid/TennCare claim. I request that payment of authorized benefits be made on my behalf. This authorization and assignment shall be valid for one year. I request that the payment of authorized Medigap benefits be made on my behalf to University of Tennessee Emergency Group for any services furnished me by that physician/supplier.

**2) AUTHORIZATION TO RELEASE INFORMATION AND ASSIGNMENT OF INSURANCE BENEFITS**

I hereby authorize the University of Tennessee Medical Center (UTMC) and other healthcare providers or suppliers providing service to me during this hospitalization to release information requested by my insurance carrier completed on the attached form. I assign UTMC the insurance benefits herein specified and otherwise payable to me, but not to exceed UTMC's regular charges for this period of hospitalization, and I authorize and direct my insurance carrier to make payment of said benefits directly to UTMC. I understand I am financially responsible to UTMC for charges not covered and paid by reason of this assignment. It is further agreed that any credit balance resulting from payment of the insurance or other sources may be applied on any other account owed UTMC by me or my family.

**3) PROMISE TO PAY ACCOUNT**

For and in consideration of services rendered and to be rendered by UTMC, I/we jointly and severally promise to pay all charges incurred for the account of the above named patient from admission to discharge. I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred in the collection of my account. I authorize UTMC or its agents to check my credit and employment history and by this authorization expressly permit sources and employers to provide UTMC with the information requested. If I provide my cell phone number, I authorize UTMC or its agents to call my cell phone either manually or by auto-dialer in order to collect any amount I owe. If I provide my email or text number, I authorize UTMC or its agents to contact me at that email address or text number.

**4) UTMC STAFF PHYSICIAN ASSIGNMENT**

To facilitate paperless insurance claim processing, I assign my insurance benefits to any physician providing service to me during this hospitalization at UTMC. I understand that I am financially responsible for charges not covered and paid by reason of this assignment. I understand that medical care may be provided by a non-participating facility based physician (i.e. University Anesthesiology, University Pathology, University Radiology, Team Health Emergency Physician's, etc.), that a separate billing may be received from these physicians for services provided, and that I will be responsible for any court costs, reasonable attorney fees and interest, as allowed by Tennessee law, incurred by such physicians in the collections of my account.

**5) DME NOTIFICATION**

Your physician may order durable medical equipment (DME), such as wheelchairs, walkers, and crutches, to be used by you following discharge from the hospital. **You have the right to obtain the DME from a supplier or vendor of your choice.** You are financially responsible for the DME you receive. Contact your insurance company if you have any questions about coverage or payment for these supplies.

**6) UHS NOTICE OF INFORMATION PRACTICES**

I have received a copy of the University Health Systems, Inc. (UHS) Notice of Information Practices. I understand that this Notice describes how my health information may be used or disclosed by UHS and physicians and other providers at UHS and its facilities, and that I should read it carefully. I am aware that the Notice may be changed at any time. I may obtain a revised copy of the Notice by calling (865) 305-9118, on the UTMC website at www.utmedicalcenter.org, or by requesting one at a UHS office.

**7) PATIENT INSURANCE IDENTIFICATION RESPONSIBILITY**

I understand if I have insurance coverage not presented by me at registration/admission, my bill may not be processed timely and the appropriate authorization may not be obtained from the insurance company. In this circumstance, I agree to be responsible for charges not reimbursed by the insurance plans indicated above or insurance plans I have not divulged.

Signature X Roberta L Galyon — Responsible Party

Signature X Roberta L Galyon — Authorization to Release Information — Date/Time 10/28/2022 7:54 AM

Relation to Patient ____________

Witness Brandy Yates Date/Time 10/28/2022 7:54 AM

Release Autho/Assignment
939145 -- PAC (Rev 6/09,8/10,3/12,5/18)

Final Coding Summary

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200035

* Auth (Verified) *

Coding Summary For Patient Account 18440200035

Current Coder: armco26

Current Date: 11/01/2022 01:36

Total Charges: 3717.5

Patient Demographics

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Age** | 57 |
| **Patient Type** | O | **LOS** | 1 |
| **Birth Date** | | **Sex** | F |
| **Attending Physician** | KLEPPE KYLE L | **Admitting Physician** | KLEPPE KYLE L |
| **Admit Date** | 10-28-2022 | **Discharge Date** | 10-28-2022 |
| **Discharge Disposition** | 01 Home, self care | **MRN** | 1844020 |
| **DRG** | | **DRG Desc.** | |
| **DRG Weight** | | | |

Admit Reason

| Code | Type | Description |
|---|---|---|
| R10.13 | ICD-10 | Epigastric pain |

Diagnosis Codes

| Code | Type | Description |
|---|---|---|
| **Principal Code:** R10.13 | ICD-10 | Epigastric pain |

Procedure Codes

| Code | Type | Description | Physician | Date |
|---|---|---|---|---|

Nuclear Medicine

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:
95% at 20 minutes (normal range 70% and above)
61% at 1 hour (normal range 37%-90%)
35% at 2 hours (normal range 30%-60%)
7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Normal solid phase gastric emptying study.
No reflux.

--

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-27-62

.
*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Helmlinger MD Res, Kasey*

***FINAL REPORT***

Patient Name: GALYON, ROBERTA L
FIN: 18440200035 Date of Birth:

Allergies

| Substance: **NKA** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/21/2022 12:03 EDT; **Reviewed By:** Gooch Nrsg Spec, Emily H; **Category** Drug; |

| Substance: **No Known Medication Allergies** | | |
|---|---|---|
| Recorded Date/Time | Recorded By | |
| 6/8/2020 14:27 EDT | Ray CPhT, Taylor C | **Allergy Type:** Allergy; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 5/18/2022 06:27 EDT; **Reviewed By:** Hendren RN, Sherri L; **Category** Drug; |
| 6/19/2019 08:49 EDT | Lowery MA, Elisabeth M | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/4/2020 13:46 EST; **Reviewed By:** Brosan MA, Tiara M; **Category** Drug; |

Outpatient Orders

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200035

* Auth (Verified) *

OCT/14/2022/FRI 09:08 AM FAX No. P. 001/001

UNIVERSITY SURGEONS ASSOCIATES, P.C.

**Name:** Roberta L Galyon **DOB:**

**Order :** Gastric Emptying Study Solid Phase

**Date of Service:** **10/28/2022 at 8:15 am**

**Ordering Physician:** Kyle L. Kleppe MD

**Phone:** 865-305-9620 Fax:865-525-3460

**Diagnosis** (Required):R10.13 Other specified postprocedural states

**Instructions: If you need to change your appointment please call UT Centralized Scheduling at 865-251-4488.**

ICD-10 Code: R10.13

☐ Report is STAT ☐ Report is Stat with Call Back Requested.

**Call Back Number: (865) 305-9620**

**A current (within 90 days) creatinine is required on all patients 65 years and older and on all patients with known renal disease diabetes, or hypertension who are having tests requiring injection of CT and/or MrI contrast agents.*

**Ordering Physician Signature:**

☐ **Dr. Gregory J. Mancini, MD** ☐ **Dr. Matthew L. Mancini, MD** ☒ **Dr. Kyle L. Kleppe, MD**

☐ **Dr. Melissa S. Phillips, MD** ☐ **Dr. Haley Daigle, MD** ☐ **Lynn Castle, PA**

☐ **Sonya McWilliams, FNP-BC** ☐ **Amber Evans, FNP-BC** ☐ **Heena Patel, FNP-BC**

Orders

**Order: NM Gastric Emptying Scan/ Solid Phase 78264**
Activity Type: Radiology
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Watson Clerk, Christina E
Order Details: 10/28/22 8:45:00 AM EDT, Routine, Epigastric pain, Epigastric pain, Ambulatory, 180.000000 lb, No Isolation, Rad Type
Order Comment:
Action Type: Order | Action Date/Time: 10/14/2022 09:00 EDT
Communication Type: Written on Paper
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Action Type: Activate | Action Date/Time: 10/28/2022 08:02 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change | Action Date/Time: 10/28/2022 12:41 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change | Action Date/Time: 10/28/2022 12:42 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required
Action Type: Complete | Action Date/Time: 10/28/2022 13:30 EDT
Communication Type: Written on Paper
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 10/21/22 11:12:05 AM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order | Action Date/Time: 10/21/2022 11:12 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue | Action Date/Time: 10/29/2022 04:31 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: COVID-19 Pending Alert**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 11/2/22 2:04:08 PM EDT, Routine
Order Comment: Order Alert for Capacity Management based on a Pending COVID-19 Order.
Action Type: Order | Action Date/Time: 11/2/2022 14:04 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200035 Date of Birth:

Problem List

Problem Name: **Hiatal hernia**
**Life Cycle Status:** Active
**Responsible Provider:** Burnette MA, Elizabeth A
**Last Updated:** 4/26/2021
**Onset Date:**

Problem Name: **Chiari syndrome**
**Life Cycle Status:** Active
**Responsible Provider:** Kramer PA, Erin M
**Last Updated:** 6/15/2020
**Onset Date:**

Problem Name: **Carotid stenosis**
**Life Cycle Status:** Active
**Responsible Provider:** FREEMAN MD, MICHAEL B
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **GERD (gastroesophageal reflux disease)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Anxiety and depression**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Diabetes**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **HLD (hyperlipidemia)**
**Life Cycle Status:** Active
**Last Updated:** 3/4/2020
**Onset Date:**

Problem Name: **Abdominal pain**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Change in bowel habits**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Hepatic steatosis**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Patient Name: GALYON, ROBERTA L
FIN: 18440200035 Date of Birth:

Problem List

Problem Name: **Iron deficiency**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Problem Name: **Chronic anemia**
**Life Cycle Status:** Active
**Responsible Provider:** GULATI MD, SANGEETA
**Last Updated:** 6/19/2019
**Onset Date:**

Social History

**Alcohol**
**Detail:** Denies (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

**Substance Abuse**
**Detail:** Denies (Last Update: 11/26/2019 08:25 EST by Wyatt RN, Jamie M)

**Tobacco**
**Detail:** Tobacco Use: Never (less than 100 in lifetime). (Last Update: 6/19/2019 08:53 EDT by Lowery MA, Elisabeth M)

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

| | | | |
|---|---|---|---|
| **GALYON, ROBERTA L** **ocation: OPNUC** | **FIN 18440200035** | **MRN 1844020** | **Outpatient** |

**No Results Qualified.**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:30AM 8655237751 No. 5446 P. 12/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-8812

April 14, 2022
Page 5

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

Carotids: Carotids full and equal bilaterally without bruits.
Neck Veins: Normal, no JVD.

**Heart**
Inspection: no deformities or lifts noted.
Palpation: normal PMI with no thrills palpable.
Auscultation: regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks.

**Vascular**
Abdominal Aorta: no palpable masses, pulsations, or audible bruits.
Femoral Pulses: normal femoral pulses bilaterally.
Pedal Pulses: normal pedal pulses bilaterally.
Radial Pulses: normal radial pulses bilaterally.
Peripheral Circulation: no clubbing, cyanosis, or edema noted with normal capillary refill.

**EKG Interpretation**
**Rhythm:** Normal Sinus
**Rate:** 60
**Conduction:** Normal
**ST Segments:** Normal
**MI:** None
**MI Comments:** Early transition in a Q in 3 noted
**Comparison to Prior EKGs:** Same

**Updated Medication List:**
isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose
atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day
promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed
ferrous sulfate 325 mg (65 mg iron) tablet (ferrous sulfate) Take 1 tablet by mouth once a day
baclofen 10 mg tablet (baclofen) Take 1 tablet by mouth twice a day
Aspirin Low Dose 81 mg tablet,delayed release (DR/EC) (aspirin) Take 1 tablet by mouth twice a day
Acetaminophen Extra Strength 500 mg tablet (acetaminophen) Take 2 tablet by mouth three times a day as needed
pramipexole 1 mg tablet (pramipexole) Take 1 tablet by mouth at bedtime
rizatriptan 10 mg tablet (rizatriptan) Take 1 tablet by mouth once a day as needed
Trulicity 0.75 mg/0.5 mL pen injector (dulaglutide) Inject pen injector subcutaneously once a week on Wednesday
clonazepam 0.5 mg tablet (clonazepam) Take 1 tablet by mouth once a day as needed
fluoxetine 40 mg capsule (fluoxetine) Take 1 capsule by mouth once a day
simethicone 80 mg tablet,chewable (simethicone) Take 1 tablet by mouth every four hours as needed
celecoxib 200 mg capsule (celecoxib) Take 1 capsule by mouth once a day

**Process Orders**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 5

**Roberta Galyon** (307822) DOB:
Doctor: Stuart J Bresee MD FACC

Carotids: Carotids full and equal bilaterally without bruits.
Neck Veins: Normal, no JVD.

**Heart**
Inspection: no deformities or lifts noted.
Palpation: normal PMI with no thrills palpable.
Auscultation: regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks.

**Vascular**
Abdominal Aorta: no palpable masses, pulsations, or audible bruits.
Femoral Pulses: normal femoral pulses bilaterally.
Pedal Pulses: normal pedal pulses bilaterally.
Radial Pulses: normal radial pulses bilaterally.
Peripheral Circulation: no clubbing, cyanosis, or edema noted with normal capillary refill.

**EKG Interpretation**
**Rhythm:** Normal Sinus
**Rate:** 60
**Conduction:** Normal
**ST Segments:** Normal
**MI:** None
**MI Comments:** Early transition in a Q in 3 noted
**Comparison to Prior EKGs:** Same

**Updated Medication List:**
Isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose
atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day
promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed
ferrous sulfate 325 mg (65 mg iron) tablet (ferrous sulfate) Take 1 tablet by mouth once a day
baclofen 10 mg tablet (baclofen) Take 1 tablet by mouth twice a day
Aspirin Low Dose 81 mg tablet,delayed release (DR/EC) (aspirin) Take 1 tablet by mouth twice a day
Acetaminophen Extra Strength 500 mg tablet (acetaminophen) Take 2 tablet by mouth three times a day as needed
pramipexole 1 mg tablet (pramipexole) Take 1 tablet by mouth at bedtime
rizatriptan 10 mg tablet (rizatriptan) Take 1 tablet by mouth once a day as needed
Trulicity 0.75 mg/0.5 mL pen injector (dulaglutide) Inject pen injector subcutaneously once a week on Wednesday
clonazepam 0.5 mg tablet (clonazepam) Take 1 tablet by mouth once a day as needed
fluoxetine 40 mg capsule (fluoxetine) Take 1 capsule by mouth once a day
simethicone 80 mg tablet,chewable (simethicone) Take 1 tablet by mouth every four hours as needed
celecoxib 200 mg capsule (celecoxib) Take 1 capsule by mouth once a day

**Process Orders**

Attachment(s):

• Do not use any products that contain nicotine or tobacco for at least 4 weeks before the procedure. These products include cigarettes, e-cigarettes, and chewing tobacco. If you need help quitting, ask your health care provider.
• You may have an exam or testing.
• Plan to have someone take you home from the hospital or clinic.
• If you will be going home right after the procedure, plan to have someone with you for 24 hours.
• Ask your health care provider:
# How your insertion site will be marked.
# What steps will be taken to help prevent infection. These may include:
# Removing hair at the insertion site.
# Washing skin with a germ-killing soap.
# Taking antibiotic medicine.
What happens during the procedure?
• You will lie on your back on an X-ray table.
• An IV will be inserted into one of your veins.
• Electrodes will be placed on your chest.
• You will be given one or more of the following:
# A medicine to help you relax (sedative).
# A medicine to numb the catheter insertion area (local anesthetic).
• You will be connected to a continuous ECG monitor.
• The catheter will be inserted into an artery in one of these areas:
# Your groin area in your upper thigh.
# Your wrist.
# The fold of your arm, near your elbow.
• An X-ray procedure (fluoroscopy) will be used to help guide the catheter to the opening of the blood vessel to be used.
• A dye will be injected into the catheter and X-rays will be taken. The dye will help to show any narrowing or blockages in the heart arteries.
• Tell your health care provider if you have chest pain or trouble breathing.
• If blockages are found, another procedure may be done to open the artery.
• The catheter will be removed after the fluoroscopy is complete.
• A bandage (dressing) will be placed over the insertion site. Pressure will be applied to stop bleeding.
• The IV will be removed.
The procedure may vary among health care providers and hospitals.
What happens after the procedure?
• Your blood pressure, heart rate, breathing rate, and blood oxygen level will be monitored until you leave the hospital or clinic.
• You will need to lie still for a few hours, or for as long as told by your health care provider.
# If the procedure is done through the groin, you will be told not to bend or cross your legs.
• The insertion site and the pulse in your foot or wrist will be checked often.
• More blood tests, X-rays, and an ECG may be done.
• Do not drive for 24 hours if you were given a sedative during your procedure.

Orders

Order: **EKG**
Activity Type: EKG
Ordering Physician: Porter MD Res, Christopher G
Entered By: Porter MD Res, Christopher G
Order Details: 5/20/22 8:06:00 AM EDT, Routine, jaw pain, 1 TIME, Read by Physician LITTON DO, KAYLEIGH
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 08:07 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/20/2022 08:17 EDT
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/21/2022 02:11 EDT
Communication Type: ESI Default
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 5/21/2022 02:11 EDT
Communication Type: ESI Default
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order: **EKG - Perform**
Activity Type: EKG
Ordering Physician: Porter MD Res, Christopher G
Entered By: SYSTEM
Order Details: 5/20/22 8:06:00 AM EDT, Urgent, jaw pain, 1 TIME
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 08:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 08:46 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Fall Risk Green**
Activity Type: Communication Order - Pt. Care
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 9:04:28 AM EDT, Routine
Order Comment: SYSTEM ORDERED - Based on Documentation by clinician.
Action Type: Order Action Date/Time: 5/20/2022 09:04 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

1520

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

**EKG STRIPS**

FIN:18440200030
GALYON, ROBERTA L
DOB: 57Y F
ADM:04/25/22
MRN:1844020

NAME:______ MR #:______ Encounter#______ Room#______ DATE:______

PR______
QRS______
QT______
Rate______
Rhythm______
Alarm on/audible
Alarm Limits
MT______
Date/Time______
RN______
Date/Time

MANUAL SAVED CVOU-BED03 GALYON,ROBERTA 1844020 25-APR-2022 11:13:38 ALM VOL OFF
@25 MM/S HR 55 PACE 2 ARR LETHAL MONITORING NBP X/X (X) SPO2 99 RR 15



PR______
QRS______
QT______
Rate______
Rhythm______
Alarm on/audible
Alarm Limits
MT______
Date/Time______
RN______
Date/Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

PR______
QRS______
QT______
Rate______
Rhythm______
Alarm on/audible
Alarm Limits
MT______
Date/Time______
RN______
Date/Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

PR______
QRS______
QT______
Rate______
Rhythm______
Alarm on/audible
Alarm Limits
MT______
Date/Time______
RN______
Date/Time

TAPE EKG MOUNT STRIP IN THIS AREA
MAKE SURE ALL CORNERS ARE TAPED DOWN

EKG Strips / 932418 – Nursing (Dev 4/06, Rev 9/04, 2/12)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200032

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

**Pre-Admission H & P 5/10/2022 11:53:00**

**BIRTHDATE:**
NAME: Galyon, Roberta L
**MRN:** 1844020

## Medications

**Normal**
Transmit Record to Cerner (Do this Last) - Yes(c)

**Findings**
Home Medications - Name: Tylenol ES(b), Name: Cetirizine (Zyrtec)(b), Name: Atorvastatin (Lipitor)(b), Name: Aspirin (Easprin, Ecotrin, Empirin)(b), Name: Ferrous Sulfate (Feosol, Fer-In-Sol) (Iron)(b), Name: Baclofen(b), Name: Pramipexole (Mirapex)(b), Name: Rizatriptan Benzoate (Maxalt)(b), Name: Trulicity (Dulaglutide)(b), Name: Clonazepam (Klonopin)(b), Name: Fluoxetine (Prozac)(b)
DISPOSITION OF MEDICATIONS - Did Not Bring(c)
INFORMATION SOURCES - Meds entered jlusk,RN(b)
INTERVIEWER ROLE~ - Shipp, Ruth(c)
DATE/TIME OF INTERVIEW~ - 5/10/2022 12:24(c)

## Anes/Plan/Sign

**Normal**
BLOOD PRODUCTS - .Denies(c)
EXISTING VASCULAR ACCESS - .Denies(c)
PAT REQUESTS - .None(c)
Preop Instructions - Patient/Responsible party verbalizes understanding(c)
PT GOOD HISTORIAN - Yes(c)

**Findings**
PAT ORDERS - CBC, BMP, ABORH/ ABSC and HbA1C today(c), Outside records- cardiac(c)
Preop Instructions - Preop instructions given to patient/responsible party(c), Preop instructions - diabetic - given to patient/responsible party(c), Hospital Visitor Restrictions Explained/Given to Patient/Responsible Party(c)
ASA PHYSICAL STATUS - ASA 3.(c)

## **Stratification

**Findings**
Stratify Patient and Calculate Labs (CLICK YES) - Yes(c)
Stratification - Resident Review Required(a)
Stratification Comment - Agree(c)
Recommended Labs - ECG, CBC, Type & Screen, BMP, HbA1C(a)

**Signature**

I have examined the patient and reviewed the medical record. The risks/benefits and alternative anesthetic plans have been explained. All questions have been answered to the patient's satisfaction. **Sign-off:**

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Jayne Lusk 3. c Ruth Shipp

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

UNIVERSITY OF TENNESSEE MEDICAL CENTER
1924 Alcoa Highway ♦ Knoxville, TN 37920
(865) 305-9000

ASA 3

FIN:18440200031
GALYON, ROBERTA L
57Y F
ADM:05/10/22
MRN:1844020

ORDERS AND PROGRESS NOTES - Pre Anesthesia Testing Protocol Orders

NAME: MED REC #: PHYSICIAN: RM#

| Always write | 0.1 mg | 1 mg | Daily | Unit | Every other day | International unit | Magnesium sulfate | Morphine |
|---|---|---|---|---|---|---|---|---|
| *Never use* | .1 mg | 1.0 mg | QD | U | QOD | IU | Mg SO₄ or MSO₄ or MS | MS or MSO₄ |

| DATE | TIME | PHYSICIAN'S ORDERS | DATE | TIME | PROGRESS NOTES |
|---|---|---|---|---|---|
| 5/10/2022 | 1153 | Please Check all orders as they apply to Pre Anesthesia protocol | | | POB Lab Please Place Labs in Power Chart (When patient is sent to Out Pt. Lab) |
| | | ☒ CBC without differential (028142) | | | |
| | | ☒ BMP | | | Orders from surgeon received ☐ Yes ☒ No |
| | | ☐ LFT ☐ PT, PTT | | | Requested Outside Records Include: |
| | | ☒ ABORH | 5/10/2022 | 1238 | Obtain cardiac records |
| | | ☒ ABSC (if prior transfusion) | | | from Dr. Stuart Bresee (UC) |
| | | ☐ TSH and Free T4 | | | Recent EKG. |
| | | ☒ Hb AIC | | | Ph # 865-544-2800 |
| | | ☐ EKG | | | Fax # 865-544-6812 |
| | | ☐ MRSA nasal swab per orthopedic screen | | | ——— Ruth Shipp RN |
| | | ☐ MRSA nasal swab per Infection Control Protocol | | | |
| | | ☐ CXR – AP and LAT (2 views) | | | |
| | | ☐ Flex extension of C-spine | | | |
| | | Other Testing: | | | |
| | | | | | |
| | | Please request outside records as detailed in Progress Notes: Cardiac (Recent EKG) | | | |
| | | Day of Surgery Orders | | | |
| | | ☐ Complete Type and Screen | | | |
| | | ☐ PT, PTT | | | |
| | | ☐ Urine HCG | | | |
| | | ☐ ABORH & ABSC | | | |
| | | Dr. Brandon Alford / Ruth Shipp RN | | | |
| | | Signature MD | | | |
| | | Date Time | | | |

(Handwritten margin notes: "5/10 ... (R)"; "(R) attached")

Orders & Progress Notes
932826 (Dev 2/17, Rev 6/18)

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *

Flowsheet Print Request

Patient: GALYON, ROBERTA L
MRN: 1844020
Date Range: 10/11/2021 7:18 EDT - 06/11/2022 7:18 ED Printed on: 05/11/2022 7:18 EDT
Printed by: Lockert HUC, Brandy J

| Flowsheet | 05/10/2022 12:45 EDT |
|---|---|
| **Chem Profiles** | |
| Sodium-Na | 137 |
| Potassium-K | 4.1 |
| Chloride-Cl | 101 |
| CO2 | 26 |
| BUN | 21 |
| CREATININE | 0.80 |
| Glucose level | 98 |
| Calcium-Ca | 10.1 |
| Ca-Corrected for Alb | 9.5 |
| Albumin | 4.8 |
| **Calc Values/Osm** | |
| Anion Gap | 10.0 |
| GFR-Nonblack Race | 82 |
| GFR-Black Race | 95 |
| eCrCl | 69.82 * |
| Osmolality Calc | 286.9 |
| **CBC** | |
| Hemoglobin | 14.2 |
| Hematocrit | 43.2 |
| WBC | 7.1 |
| Platelet | 324 |
| MCV | 89 |
| MPV | 10.7 H |
| RDW | 12.9 |
| MCH | 29.2 |
| MCHC | 32.9 |
| RBC | 4.86 |
| Nucleated RBC's | 0 |
| **Differential** | |
| RBC Nucleated | 0.0 |
| **Endocrinology** | |
| Hemoglobin A1C (GlycoHb) | 6.3 H |
| **Blood Bank** | |
| ABO RH Type | O POS |
| Antibody Sc Int | Negative ABSC |
| **Administrative Documents** | |

FIN: 18440200031
GALYON ROBERTA L 57Y F
DOB
ADM: 05/10/22
MRN: 1844020

Page 1

Facility: UTMH



Lincoln/Galyon 1125

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200031

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

May 10, 2022
Page 5

**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200031
GALY... ROBERTA L STY F
DOB:
ADM:05/18/22
MRN:1844020

**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration

## Detailed Cardiovascular Exam

**Neck**
Carotids: Carotids full and equal bilaterally without bruits.
Neck Veins: Normal, no JVD.

**Heart**
Inspection: no deformities or lifts noted.
Palpation: normal PMI with no thrills palpable.
Auscultation: regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks.

**Vascular**
Abdominal Aorta: no palpable masses, pulsations, or audible bruits.
Femoral Pulses: normal femoral pulses bilaterally.
Pedal Pulses: normal pedal pulses bilaterally.
Radial Pulses: normal radial pulses bilaterally.
Peripheral Circulation: no clubbing, cyanosis, or edema noted with normal capillary refill.

## EKG Interpretation
**Rhythm:** Normal Sinus
**Rate:** 60
**Conduction:** Normal
**ST Segments:** Normal
**MI:** None
**MI Comments:** Early transition in a Q in 3 noted
**Comparison to Prior EKGs:** Same

**Updated Medication List:**
Isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose
atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day
promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed
ferrous sulfate 325 mg (65 mg iron) tablet (ferrous sulfate) Take 1 tablet by mouth once a day
baclofen 10 mg tablet (baclofen) Take 1 tablet by mouth twice a day
Aspirin Low Dose 81 mg tablet,delayed release (DR/EC) (aspirin) Take 1 tablet by mouth twice a day
Acetaminophen Extra Strength 500 mg tablet (acetaminophen) Take 2 tablet by mouth three times a day as needed
pramipexole 1 mg tablet (pramipexole) Take 1 tablet by mouth at bedtime

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:32AM 8655237751 No. 5446 P. 17/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 2

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

| | | | |
|---|---|---|---|
| | Standard Dose (moderate intensity therapeutic range): | | 2.0 - 3.0 |
| | Higher intensity therapeutic range | | 2.5 - 3.5 |
| ! Prothrombin Time | 10.3 sec | 9.1-12.0 | |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 04/06/2022 3:20 PM

---

(1) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(2) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(3) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

-----------------

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:33AM 8655237751 No. 5446 P. 18/19



THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

# Cardiac Catheterization Report

## Patient Information

| | | | |
|---|---|---|---|
| **Patient Name** | GALYON, ROBERTA L | **Gender** | Female |
| **Study Date** | 4/25/2022 | **Race** | Caucasian |
| **MRN** | 1844020 | **Height** | 165 cm (5'5") |
| **Study Number** | 2 | **Weight** | 83 kg (183 lbs) |
| **Account Number** | 18440200030 | **BSA** | 1.90 M2 |
| **Date of Birth** | | **Age** | 57 Years |

## Staff

| Duty | Name |
|---|---|
| Cath Operator | Stuart Bresee, MD |
| Scrub | Rachel Conley, RT(R) |
| Circulator | Meghan O'Brien, |
| Nurse | Melanie Simpson, BSN, RN |

## Pre Procedure Labs

| | |
|---|---|
| **Comments:** | reviewed |

## Pre Procedure Pulses

| | |
|---|---|
| **Time Pulses Checked** | 11:47:14 AM |
| **RDP:** | 3+ = Normal |
| **LDP:** | 3+ = Normal |
| **Comments:** | barbeau a |

## Medication Summary

| Medication | Route | Unit | Total |
|---|---|---|---|
| Fentanyl 2ml vial | IV | mcg | 25 mcg |
| Nitroglycerin | IA | mcg | 100 mcg |
| Verapamil | IA | mg | 1.5 mg |
| Versed 5mg vial | IV | mg | 2 mg |

## Medication Events

| Start | Stop | Medication | Amount |
|---|---|---|---|
| 12:02 PM | | Fentanyl 2ml vial IV | 25 mcg |
| 12:02 PM | | Versed 5mg vial IV | 1 mg |
| 12:06 PM | | Versed 5mg vial IV | 1 mg |
| 12:07 PM | | Nitroglycerin IA | 100 mcg |
| 12:07 PM | | Verapamil IA | 1.5 mg |

## Contrast Summary

| Contrast | Total (ml) |
|---|---|
| Isovue | 95 |

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

## Post Procedure Pulses

| | |
|---|---|
| Time Pulses Checked | 12:29:34 PM |
| Change in pulses from Pre Procedure? | No |

## Radiology Summary

| | |
|---|---|
| Total Runs | |
| Total Cine Frames | |

| | Cine | Archive | CD |
|---|---|---|---|
| Identification (ID) | | | |

| | Diagnostic | Interventional | Total |
|---|---|---|---|
| Fluoro Time (minutes) | 5.0 | | 5.0 |

| | Exam Record DAP | Exam Fluoro DAP | Exam Total DAP |
|---|---|---|---|
| Dose Area Product (cGycm2) | | | |

## X-Ray Dose

| | |
|---|---|
| DAP / mGycm2 | 21304 |
| Cumulative AK (Air Kerma) mGy: | 363 |

## Pressure Summary (mmHg)

**Baseline**

| Time | Site | Sys | Dias | End | Mean | A Wave | V Wave | Max dp/dt | HR (BPM) |
|---|---|---|---|---|---|---|---|---|---|
| 12:11 PM | LV | 125 | 0 | 9 | | | | 1632 | 48 |
| 12:11 PM | LV | 124 | -1 | 12 | | | | 1680 | 50 |
| 12:11 PM | LV | 128 | -3 | 12 | | | | 1584 | 63 |
| 12:11 PM | LV | 129 | 31 | 39 | | | | 1632 | 62 |
| 12:11 PM | AO | 130 | 77 | | 98 | | | | 62 |

## Pressures Used in Calculation (mmHg)

**Baseline**

| Time | Site | Sys | Dias | End | Mean | A Wave | V Wave | Max dp/dt | HR (BPM) |
|---|---|---|---|---|---|---|---|---|---|
| 12:11 PM | LV | 129 | 31 | 39 | | | | 1632 | 62 |
| 12:11 PM | AO | 130 | 77 | | 98 | | | | 62 |

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

**Snapshots**

Snapshot: LV : 125/0/9



Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

Snapshot: LV : 124/-1/12



Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

Snapshot: Pullback from LV to AO



THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

| | | |
|---|---|---|
| 11:49:29 AM | | Patient draped |
| 11:49:33 AM | | Cardiologist to proceed with: LHC |
| 11:49:33 AM | | O2 started at : 2 LNC |
| 11:52:02 AM | SpO2 100%; HR 56 bpm; 149/78/103 NBP; RR 17/min | 3 |
| 11:56:02 AM | SpO2 100%; HR 57 bpm; 130/71/91 NBP; RR 19/min | 3 |
| 11:59:53 AM | SpO2 100%; HR 58 bpm; 124/67/91 NBP; RR 22/min | 3 |
| 12:01:09 PM | | Physician Arrived |
| 12:01:10 PM | | Time-out check completed per hospital policy |
| 12:01:11 PM | | See the sedation form for physician's physical assessment prior |
| 12:01:11 PM | | to sedation. |
| 12:01:11 PM | | Physician approved administration of sedation to desired effect |
| 12:02:42 PM | SpO2 100%; HR 56 bpm; 119/70/88 NBP; RR 15/min | 3 |
| 12:02:57 PM | Fentanyl 2ml vial IV 25 mcg | |
| 12:02:57 PM | Versed 5mg vial IV 1 mg | |
| 12:03:52 PM | SpO2 100%; HR 55 bpm; 119/70/88 NBP; RR 18/min | 3 |
| 12:05:09 PM | | Case Start |
| 12:05:13 PM | | 1% Lidocaine Administered to: RIGHT WRIST |
| 12:06:36 PM | Versed 5mg vial IV 1 mg | |
| 12:07:02 PM | | 6 FRENCH SHEATH INSERTED IN RRA WITH ULTRASOUND |
| 12:07:27 PM | Nitroglycerin IA 100 mcg | |
| 12:07:29 PM | Verapamil IA 1.5 mg | |
| 12:07:42 PM | | Catheter & wire inserted: TIG AND WHOLEY |
| 12:07:54 PM | SpO2 100%; HR 56 bpm; 143/81/102 NBP; RR 15/min | 3 |
| 12:11:18 PM | LV : 125/0/9, Max dP/dt = 1632, HR = 48, III | |
| 12:11:18 PM | Snapshot: LV : 125/0/9 | |
| 12:11:24 PM | LV : 124/-1/12, Max dP/dt = 1680, HR = 50, III | |
| 12:11:24 PM | Snapshot: LV : 124/-1/12 | |
| 12:11:24 PM | Aortic : Valve Area *** cm² | |
| 12:11:27 PM | LV : 128/-3/12, Max dP/dt = 1584, HR = 63, III | |
| 12:11:33 PM | Pullback from LV to AO | |
| 12:11:34 PM | Snapshot: Pullback from LV to AO | |
| 12:11:35 PM | AO : 130/77/98, HR = 62, III | |
| 12:11:38 PM | LV : 129/31/39, Max dP/dt = 1632, HR = 62, III | |
| 12:11:38 PM | Snapshot: LV : 129/31/39 | |
| 12:11:58 PM | SpO2 99%; HR 64 bpm; 129/72/90 NBP; RR 16/min | 3 |
| 12:12:18 PM | | Left Coronary System Injected & Multi. Views Taken |
| 12:15:54 PM | SpO2 99%; HR 57 bpm; 132/71/90 NBP; RR | 3 |

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

| | | |
|---|---|---|
| | 15/min | |
| 12:18:47 PM | | Right Coronary System Injected & Multi. Views Taken |
| 12:19:52 PM | SpO2 100%; HR 64 bpm; 140/75/95 NBP; RR 15/min | 3 |
| 12:20:51 PM | | Catheter Removed |
| 12:20:52 PM | | Catheter inserted: PIGTAIL |
| 12:21:00 PM | | LV gram per hand injection |
| 12:22:15 PM | | Catheter Removed |
| 12:22:48 PM | | MD gloves off |
| 12:22:52 PM | | Tolerated procedure well, No voiced complaints |
| 12:22:54 PM | | Post procedure assessment as below: |
| 12:22:54 PM | | Pain score(0-10): 0 |
| 12:22:54 PM | | C/O pain in : NA |
| 12:22:54 PM | | Quality of pain: NA |
| 12:22:56 PM | | Meets adult D/C criteria and has returned to pre-sedation status |
| 12:22:56 PM | | Post-op sedation status (0-10): 10 |
| 12:22:56 PM | | Post procedure ETCO2: 45 |
| 12:22:56 PM | | Presence of nausea & vomiting: NONE |
| 12:22:56 PM | | Presence of unusual bleeding: NONE |
| 12:22:56 PM | | Color/Temp of affected extremity: PINK, WARM |
| 12:22:57 PM | | Post procedure rhythm & rate: SB 54 |
| 12:22:57 PM | | O2 saturation on room air: 100 % |
| 12:22:57 PM | | Basic MEND results: NO DEFICITS |
| 12:22:57 PM | | Post skin appearance: PWD |
| 12:22:57 PM | | Post temperature: 97.6 |
| 12:23:00 PM | Procedure: 93458 Coronaries and LV (even pressures) | |
| 12:23:56 PM | SpO2 100%; HR 63 bpm; 128/73/91 NBP; RR 16/min | 3 |
| 12:27:11 PM | Contrast: Isovue 95 ml | |
| 12:27:16 PM | Complication: None | |
| 12:28:14 PM | SpO2 100%; HR 53 bpm; 113/76/94 NBP; RR 20/min | 3 |
| 12:29:32 PM | | Radial sheath removed, hemoband applied / 10 ML OF AIR |
| 12:29:33 PM | | Hemostasis Obtained |
| 12:29:33 PM | | Post procedure pulses checked |
| 12:29:40 PM | | Appearance of cath/device site: SOFT NON TENDER |
| 12:29:41 PM | | Post Procedure Teaching Performed |
| 12:29:41 PM | | Patient Verbalizes Understanding of Teaching |
| 12:29:43 PM | | Fluid total given in CVL: 200 ML |
| 12:29:44 PM | | Patient Transferred to: CVR 3 REPORT AT BEDSIDE |

* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

| | | |
|---|---|---|
| 12:29:45 PM | | Bleeding risk communicated to receiving RN |
| 12:29:45 PM | | Case end |
| 12:30:19 PM | SpO2 99%; HR 56 bpm; 139/79/97 NBP; RR 19/min | 3 |
| 12:31:59 PM | SpO2 100%; HR 54 bpm; 128/77/94 NBP; RR 17/min | 3 |
| 12:35:08 PM | | Patient wheels out of room |

## Cath Summary

| Patient Name | Study Date | MRN | Study # | Account # |
|---|---|---|---|---|
| GALYON, ROBERTA L | 4/25/2022 | 1844020 | 2 | 18440200030 |

| Date of Birth | Age | Gender | Height cm | Weight kg | B.S.A. $m^2$ |
|---|---|---|---|---|---|
| | 57 | Female | 165 (5'5") | 83 (183 lbs) | 1.90 |

| Pressures Used in Calculation (mmHg) | Baseline | | | |
|---|---|---|---|---|
| AO | 130/77 (98) | | | |
| LV | 129/31/39 | | | |

| Valve | Baseline | | | |
|---|---|---|---|---|
| Aortic Grad (mmHg) | 8.19 | | | |
| Aortic Sep per Dfp (sec per min) | 21.26 | | | |

## Valve Results-M

**Baseline**

| Valve | Mean Gradient (mmHg) | Flow (ml per s) | Area ($cm^2$) | Area Index ($cm^2$ per $m^2$) | Sep per Dfp (sec per min) | HR (BPM) |
|---|---|---|---|---|---|---|
| Aortic | 8.19 | | | | 21.26 | 63 |

**Electronically Signed by: MELANIE SIMPSON**
**Date: 12:39:31 PM, 25-April-2022**
**Login credentials: MDSIMPSON@UTMCK**
**Comments:**

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *



## Case Report

| Summary | | Staff Information | | Patient Information | | Procedural Information | |
|---|---|---|---|---|---|---|---|
| Date: | 4/25/2022 11:13:00 AM | Primary Physician: | Bresee, Stuart | Case No.: | 18440200030 | Status: | Closed |
| Duration: | N/A | Secondary Physician: | N/A | Patient Medical Record No.: | 1844020 | Room: | Room 2 |
| | | Tech(s): | O'Brien, Meghan ; Conley, Rachel | Patient Name: | ROBERTA GALYON | Notes: | N/A |
| | | Nurse(s): | Simpson, Melanie | Patient Status: | Outpatient | Procedure Categories: | DIAGNOSTIC CATH |
| | | Fellow(s): | N/A | Patient Birth Date: | | | |
| | | | | Patient Sex: | Female | | |

Procedures: Show/Hide Procedures
CORONARY ANGIO W/LT: Radial Heart Cath Approach: Radial Heart Cath Approach
CORONARY ANGIO W/LT: a. CORONARY ANGIO W/LT & LT VENT: 93458

Post Procedures: Show/Hide Post Procedures
Diagnostic Cath-Case Counts: Radial: Radial
Diagnostic Cath-Case Counts: LHC: LHC

Total Cost: $345.38
Total Charge: $0.00

| Part No. | Manufacturer | Description | Qty. Used | Trait | Notes | Lot/Batch/Serial | Total Cost | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 3524 | TELEFLEX INCORPORATED | BAND RADIAL COMPRESSION DEVICE REGULAR 24cm | 1 Each | | | 202108911 | $18.50 | $0.00 |
| 40-5011 | TERUMO CORPORATION | CATHETER DIAGNOSTIC CORONARY RADIAL OPTITORQUE 038in 5F TIG 4.0 100cm 1SH | 1 Each | | | 211026 | $58.00 | $0.00 |
| 502-455 | CARDINAL HEALTH, INC. | GUIDEWIRE FIXED-CORE EXCHANGE PTFE EMERALD 035in STD 3mm/7cm FLEX J TIP 260cm | 1 Each | | | 35264482 | $9.00 | $0.00 |
| 5RPS110 | MERIT MEDICAL SYSTEMS INC | CATHETER ANGIOFRAPHIC BRAIDED MIV RADIAL 038in 5F 2cm CRV PIG ST 110cm 6SH | 1 Each | | | I2272172 | $22.48 | $0.00 |
| 77-400274.06 | DEROYAL INDUSTRIES, INC. | DECANTER FLUID TRANSFER | 1 Each | | | N/A | $1.69 | $0.00 |
| 77-400344.27 | DEROYAL INDUSTRIES, INC. | KIT MANIFOLD PTCA | 1 Each | | | N/A | $18.65 | $0.00 |
| 80-1060 | TERUMO CORPORATION | GLIDESHEATH SS-KIT SLENDER W/21ga 35mm NEEDLE AND 021in 45cm FLEX STR GUIDEWIRE 6F 10cm | 1 Each | | | 0000134158 | $73.50 | $0.00 |
| 89-3158.22 | DEROYAL INDUSTRIES, INC. | TRAY ANGIOGRAPHY | 1 Each | | | N/A | $36.22 | $0.00 |
| D2224 | CARDINAL HEALTH, INC. | SHEET SPECIAL PROCEDURE 29inX42in | 1 Each | | | N/A | $5.07 | $0.00 |
| GR3525 | TERUMO CORPORATION | GUIDEWIRE STD SHAFT GLIDEWIRE 035in 3cm TAPER FLEXIBLE 1.5cm J-TIP 180cm | 1 Each | | | 210925 | $68.00 | $0.00 |
| NDC 0270 1316-30 | BRACCO DIAGNOSTICS INC | CONTRAST INJECTION ISOVUE 370 50mL VIAL | 1 Each | | | 1 | $4.10 | $0.00 |
| NDC 0270 1316-30 | BRACCO DIAGNOSTICS INC | CONTRAST INJECTION ISOVUE 370 50mL VIAL | 1 Each | | | 2 | $4.10 | $0.00 |
| P-211-Z1 | TZ MEDICAL, INC. | | 1 Each | | | Y022522-03 | $20.00 | $0.00 |





Lincoln/Galyon 1137

* Auth (Verified) *



| | | | | | | |
|---|---|---|---|---|---|---|
| | | ELECTRODE MULTIFUNCTION ADULT RADIOTRANSPARENT-ZOLL CONNECTABLE | | | | |
| PC1292 | MICROTEK MEDICAL INC | INTRAOPERATIVE PROBE COVER W/GEL | 1 Each | D213319A | $6.07. | $0.00 |

DOCUMENT TYPE: Ambulatory Surgery Pre-Op Assessment
ELECTRONICALLY SIGNED BY: Ward RN, Jennifer L (4/25/2022 11:42 EDT); Ward RN, Jennifer L (4/25/2022 10:26 EDT)

**Pre-Operative Surgery Assessment Entered On: 04/25/2022 10:26 EDT**
**Performed On: 04/25/2022 10:26 EDT by Ward RN, Jennifer L**

**Preoperative Nursing Record**
*Transportation Home, Alternate Arrangements :* private
Ward RN, Jennifer L - 04/25/2022 11:42 EDT
*Ambulance to pick up after surgery? :* No
Ward RN, Jennifer L - 04/25/2022 10:26 EDT

**General Information - OP**
*Visit Date :* 04/25/2022 EDT
*Admission Weight lbs :* 190 lb
*Height ft :* 5 ft
*Height in :* 5 in
*Height (Inches) :* 65 in
*Admission Weight kg :* 86.168 kg
*Height (cm) :* 165.1 cm
*HCG Test completed? :* No
*Blood sugar testing completed? :* No
*CHG Treatment :* N/A
*Primary Language :* English
*Preferred Language Healthcare/Education :* English
*Barriers To Learning On Admission :* None evident
*How does the patient learn best? :* Demonstration, Explanation
Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Health History Section**
*Health History Information :* Other: see cardiology h and p
*Medical History Neurological CNS :* No existing history
*Medical History HEENT :* No existing history
*Medical History Heart Circulation :* High cholesterol, Other: Mitral and Tricuspid valves leak, external carotid blockage 70%
*Medical History Respiratory :* No existing history
*Medical History Gastrointestinal :* Hernia, hiatal
*Medical History Genitourinary :* No existing history
*Medical History Musculoskeletal :* No existing history, Fibromyalgia
*Medical History Integumentary :* No existing history
*Medical History Endocrine :* Diabetes - Type 2
*Medical History Mental Emotional :* No existing history
*Medical History Hematologic :* Anemia, Previous blood transfusions
*Medical History Immunologic :* No existing history
*Medical History Cancer :* No existing history
*Difficult Intubation Risk :* No previous history
Ward RN, Jennifer L - 04/25/2022 11:42 EDT

**Procedure Hist w/ Med Devices**
*Medical Devices :* Other: cataract lens
*Wound/Ulcer/Incision Present on Admission :* No
Ward RN, Jennifer L - 04/25/2022 11:42 EDT

-

Procedure History

(As Of: 04/25/2022 11:44:27 EDT)

*Anesthesia Minutes:* 0 ; *Procedure Name:* foot operation ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* partial hysterectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Cholecystectomy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* cyst removed from right hand ; *Procedure Minutes:* 0

*Procedure Dt/Tm:* 11/26/2019 ; *Anesthesia Minutes:* 0 ; *Procedure Name:* Colonoscopy ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Bilateral Cataract surgery ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Left ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Knee Surgery, Right ; *Procedure Minutes:* 0

*Anesthesia Minutes:* 0 ; *Procedure Name:* Hiatal hernia ; *Procedure Minutes:* 0

**Habits and Needs**

*Social History Complete :* Completed

Ward RN, Jennifer L - 04/25/2022 11:42 EDT

Social History

(As Of: 04/25/2022 11:44:27 EDT)

Tobacco:

Tobacco Use: Never (less than 100 in lifetime). (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Alcohol:

Denies (Last Updated: 06/19/2019 08:53:52 EDT by Lowery MA, Elisabeth M)

Substance Abuse:

Patient Name: GALYON, ROBERTA L
FIN: 18440200032

Date of Birth:

Calc Values/Osm

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| | 5/10/2022 12:45 EDT | |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| eCrCl | 69.82 [R1] | mL/min | | 5/10/2022 19:52 EDT |

Result Comments
R1: eCrCl
Calculated with Discern Rule using the Cockroft-Gault method and the patient's most recent weight in kg. Calculated on patients who are greater than or equal to 18 years of age. Adjusted for gender.

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CHEM 7 (Basic Metabolic Panel) | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ANION GAP | 10.0 [*1] | mEq/L | [7.0-16.0] | 5/10/2022 19:52 EDT |
| OSMO CALC | 286.9 [*1] | mOsm/L | [275.0-290.0] | 5/10/2022 19:52 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Glomerular Filtration Rate (GFR),Calculated from Creatinine | 5/10/2022 12:45 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| GFR-NONBLK | 82 [O1 *1] | GFR | [>=59] | 5/10/2022 19:52 EDT |
| GFR-BLACK | 95 [O1 *1] | GFR | [>=59] | 5/10/2022 19:52 EDT |

Order Comments
O1: Glomerular Filtration Rate (GFR),Calculated from Creatinine
Order added on by Discern rule.

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032
Date of Birth:

CBC

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC without Automated Differential | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HGB | 14.2 *1 | g/dL | [11.1-15.9] | 5/10/2022 18:07 EDT |
| HCT | 43.2 *1 | % | [34.0-46.6] | 5/10/2022 18:07 EDT |
| WBC | 7.1 *1 | K/uL | [3.4-10.8] | 5/10/2022 18:07 EDT |
| PLT CNT | 324 *1 | K/uL | [150-450] | 5/10/2022 18:07 EDT |
| MCV | 89 *1 | fL | [79-97] | 5/10/2022 18:07 EDT |
| MPV | 10.7 H *1 | fL | [7.4-10.4] | 5/10/2022 18:07 EDT |
| RDW | 12.9 *1 | % | [12.3-15.4] | 5/10/2022 18:07 EDT |
| MCH | 29.2 *1 | pg | [26.6-33.0] | 5/10/2022 18:07 EDT |
| MCHC | 32.9 *1 | g/dL | [31.5-35.7] | 5/10/2022 18:07 EDT |
| RBC | 4.86 *1 | M/uL | [3.77-5.28] | 5/10/2022 18:07 EDT |
| NRBC | 0 *1 | | | 5/10/2022 18:07 EDT |

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Chem Profiles

| Orderable Name | Collected Date/Time | Ordering Provider |
| --- | --- | --- |
| CHEM 7 (Basic Metabolic Panel) | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
| --- | --- | --- | --- | --- |
| NA | 137 *1 | mEq/L | [134-144] | 5/10/2022 19:52 EDT |
| K | 4.1 *1 | mEq/L | [3.5-5.3] | 5/10/2022 19:52 EDT |
| CL | 101 *1 | mEq/L | [98-109] | 5/10/2022 19:52 EDT |
| CO2 | 26 *1 | mEq/L | [20-29] | 5/10/2022 19:52 EDT |
| BUN | 21 *1 | mg/dL | [7-25] | 5/10/2022 19:52 EDT |
| CREA | 0.80 *1 | mg/dL | [0.57-1.00] | 5/10/2022 19:52 EDT |
| GLUCOSE | 98 *1 | mg/dL | [70-99] | 5/10/2022 19:52 EDT |
| CA | 10.1 *1 | mg/dL | [8.7-10.3] | 5/10/2022 19:52 EDT |
| CA-ALBCORR | 9.5 *1 | mg/dL | [8.4-10.6] | 5/10/2022 19:52 EDT |
| ALB | 4.8 *1 | g/dL | [3.5-5.2] | 5/10/2022 19:52 EDT |

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Differential

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC without Automated Differential | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NRBC % | 0.0 *1 | % | | 5/10/2022 18:07 EDT |

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Endocrinology

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Hemoglobin A1 C % (Glyco Hgb) (HGBA1C%) | 5/10/2022 12:45 EDT | Alford MD Res, Brandon R |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HGBA1C% | 6.3 H 01 *1 | % | [4.8-5.6] | 5/10/2022 19:01 EDT |

Order Comments
01: Hemoglobin A1 C % (Glyco Hgb) (HGBA1C%)
LCA# 001453

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200032 Date of Birth:

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200032** **MRN 1844020** **Outpatient**
**ocation: PAT**

**No Results Qualified.**

Orders

Order: **Glomerular Filtration Rate (GFR),Calculated from Creatinine**
Activity Type: General Lab
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: Blood, Stat, Collected Y/N, 5/18/22 12:06:00 PM EDT, 33079451.000000
Order Comment: Order added on by Discern rule.
Action Type: Status Change Action Date/Time: 5/18/2022 12:56 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Order Action Date/Time: 5/18/2022 12:56 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 12:56 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 5/18/2022 12:56 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Braden Scale Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Braden Scale Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

Order: **Braden Scale Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:04 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Braden Scale Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/18/2022 23:54 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Braden Scale Assessment**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 09:09 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Core Measures**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

Orders

**Order: CVL Insertion Checklist PRN**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/18/22 4:13:52 PM EDT, PRN
Order Comment:
Action Type: Order Action Date/Time: 5/18/2022 16:13 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Falls Intervention Worksheet**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/20/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Falls Intervention Worksheet**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/19/22 10:00:00 PM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 13:07 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/19/2022 21:13 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

**Order: Falls Intervention Worksheet**
Activity Type: Nursing Unit Standards
Ordering Physician: SYSTEM
Entered By: SYSTEM
Order Details: 5/20/22 10:00:00 AM EDT
Order Comment:
Action Type: Order Action Date/Time: 5/19/2022 21:10 EDT
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 5/20/2022 09:04 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Patient Name: GALYON, ROBERTA L
FIN: 18440200031 Date of Birth:

## Chem Profiles

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CHEM 7 (Basic Metabolic Panel) | 5/18/2022 12:06 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NA | 139 [01 *1] | mEq/L | [134-144] | 5/18/2022 12:56 EDT |
| K | 4.1 [01 *1] | mEq/L | [3.5-5.3] | 5/18/2022 12:56 EDT |
| CL | 104 [01 *1] | mEq/L | [98-109] | 5/18/2022 12:56 EDT |
| CO2 | 27 [01 *1] | mEq/L | [20-29] | 5/18/2022 12:56 EDT |
| BUN | 20 [01 *1] | mg/dL | [7-25] | 5/18/2022 12:56 EDT |
| CREA | 0.72 [01 *1] | mg/dL | [0.57-1.00] | 5/18/2022 12:56 EDT |
| GLUCOSE | 130 [H 01 *1] | mg/dL | [70-99] | 5/18/2022 12:56 EDT |
| CA | 9.0 [01 *1] | mg/dL | [8.7-10.3] | 5/18/2022 12:56 EDT |
| CA-ALBCORR | 9.0 [01 *1] | mg/dL | [8.4-10.6] | 5/18/2022 12:56 EDT |
| ALB | 4.0 [01 *1] | g/dL | [3.5-5.2] | 5/18/2022 12:56 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CHEM 7 (Basic Metabolic Panel) (BMP (CHEM 7)) | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NA | 139 [*1] | mEq/L | [134-144] | 5/19/2022 01:43 EDT |
| K | 4.1 [*1] | mEq/L | [3.5-5.3] | 5/19/2022 01:43 EDT |
| CL | 103 [*1] | mEq/L | [98-109] | 5/19/2022 01:43 EDT |
| CO2 | 24 [*1] | mEq/L | [20-29] | 5/19/2022 01:43 EDT |
| BUN | 13 [*1] | mg/dL | [7-25] | 5/19/2022 01:43 EDT |
| CREA | 0.60 [*1] | mg/dL | [0.57-1.00] | 5/19/2022 01:43 EDT |
| GLUCOSE | 140 [H *1] | mg/dL | [70-99] | 5/19/2022 01:43 EDT |
| CA | 8.2 [L *1] | mg/dL | [8.7-10.3] | 5/19/2022 01:43 EDT |
| CA-ALBCORR | 8.5 [*1] | mg/dL | [8.4-10.6] | 5/19/2022 01:43 EDT |
| ALB | 3.6 [*1] | g/dL | [3.5-5.2] | 5/19/2022 01:43 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Magnesium (Mg) Level (Mg (Magnesium) Level) | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| MG | 1.8 [02 *1] | mg/dL | [1.6-2.6] | 5/19/2022 01:43 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| Phosphorus-PO4 | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| PHOS | 3.2 [03 *1] | mg/dL | [2.5-4.5] | 5/19/2022 01:43 EDT |

Order Comments
01: CHEM 7 (Basic Metabolic Panel)
Per Lovenox Prophylaxis
02: Magnesium (Mg) Level (Mg (Magnesium) Level)
LCA# 001537
03: Phosphorus-PO4
LCA# 001024

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Patient Name: GALYON, ROBERTA L
FIN: 18440200031

Date of Birth:

Differential

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC with Automated Differential | 5/18/2022 23:55 EDT | DAIGLE MD, HALEY J |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NRBC % | 0.0 [01 *1] | % | | 5/19/2022 00:53 EDT |

| Orderable Name | Collected Date/Time | Ordering Provider |
|---|---|---|
| CBC without Automated Differential | 5/18/2022 12:06 EDT | SYSTEM |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NRBC % | 0.0 [02 *1] | % | | 5/18/2022 12:34 EDT |

Order Comments
01: CBC with Automated Differential
LCA# 005009
02: CBC without Automated Differential
Per Lovenox Prophylaxis

Performing Locations
*1: This test was performed at:
LCTN Lab, 1924 Alcoa Highway, Knxoville, TN, 37920- , US

Continuous Infusion Billing

**nfusion Billing Report**

1/19/20 08:28 US/Eastern to 11/09/22 08:28 US/Eastern

**GALYON, ROBERTA L** **FIN 18440200031** **MRN 1844020** **Outpatient Observation**
**ocation: A**

**No Results Qualified.**

* Auth (Verified) *



UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (885) 544-6812

April 14, 2022
Page 2

Roberta Galyon (307822) DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

FIN:18440200030
GALYON ... A L
DOB
ADM 57Y F
MRN:1844020

| | | | |
|---|---|---|---|
| | Standard Dose (moderate intensity therapeutic range): | | 2.0 - 3.0 |
| | Higher intensity therapeutic range | | 2.5 - 3.5 |
| ↓ Prothrombin Time | 10.3 sec | 9.1-12.0 | |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 04/06/2022 3:20 PM

---

(1) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(2) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(3) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

**Cardiovascular Recovery**
**Radial Catheterization**

Patient Received Intervention to: None

Date: 4 /25 / 22

Bleeding Risk: (Low) Medium High

FIN:18440200030
GALYON, ROBERTA L
DOB:
ADM:
57Y F
MRN:1844020

| Time | BP | Pulse | Resp | O2% Sat | O2 Flow | O2 Sensor Location | Pain Score | Puncture Site | Pulses | *Cap Refill* | Site Cond. | RN Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1245 | 146/67 | 58 | 24 | 100 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | S NC CDI | JW |
| 1300 | 134/70 | 58 | 22 | 97 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1315 | 138/76 | 76 | 18 | 97 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1330 | 136/73 | 86 | 17 | 99 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1345 | 135/72 | 88 | 33 | 97 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1415 | 137/72 | 64 | 23 | 95 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1445 | 123/67 | 64 | 16 | 96 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1515 | 119/68 | 68 | 16 | 95 | RA | (T) / F | Ø | (RR) RU / LR LU | R 1 2 (3) 4 / U 1 2 (3) 4 | (<) 3 > | NCA | JW |
| 1600 | discharged | | | | | | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | JW |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |
| | / | | | | | T / F | | RR RU / LR LU | R 1 2 3 4 / U 1 2 3 4 | < 3 > | | |

RN Signature: JW | Initial | RN Signature: Jimmy Warden

**Radial Site Intervention**

| Time | Initial Air/Amt Remaining | Amount of Air Removed | Site Cond. | Site Intvt. | O2 Sat % | RN Initial |
|---|---|---|---|---|---|---|
| 1340 | 10/8 | -2 | SNC CDI | AR | 99 | JW |
| 1400 | 8/6 | -2 | NCA | AR | 97 | JW |
| 1410 | 6/4 | -2 | NCA | AR | 97 | JW |
| 1420 | 4/2 | -2 | NCA | AR | 99 | JW |
| 1430 | 2/0 | -2 | NCA | AR | 97 | JW |
| 1500 | Ø | Ø | NCA | BR DA | 98 | JW |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |
| | / | | | | | |

Site Condition Legend
- NC = No Complications
- B = Bleeding
- H = Hematoma
- T = Tender
- E = Ecchymotic/Bruised
- S = Soft
- CDI = Clean, Dry, & Intact
- NCA = No Change in Assessment

Site Intervention Legend
- N/A = Not applicable
- AR = Air Removed
- MP = Manual Pressure
- AA = Air Added
- DA = Dressing Applied
- BR = Band Removed
- BA = Band Applied
- 2 = 2nd Band Applied

O2 Sensor Location
- T = Thumb
- F = Finger

Puncture Site
- RR = Right Radial
- RU = Right Ulnar
- LR = Left Radial
- LU = Left Ulnar

** Dressing consists of 2 x 2 gauze & Tegaderm unless otherwise noted.

* If capillary refill greater than three, RN to chart neurovascular assessment in Powerchart.

Reviewed By: D. Phing... 

Audit Completed:

Transferring RN ______ Date & Time

Receiving RN ______ Date & Time



Lincoln/Galyon 1154

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *




FIN:18440200030
GALYON ROBERTA L
DOB 57Y F
ADM:04/25/22
MRN:1844020

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *



* Transcribed *

THE UNIVERSITY OF TENNESSEE
MEDICAL CENTER

1924 Alcoa Highway
Knoxville, TN 37920

## Medication Summary

| Medication | Route | Unit | Total |
|---|---|---|---|
| Fentanyl 2ml vial | IV | mcg | 25 mcg |
| Nitroglycerin | IA | mcg | 100 mcg |
| Verapamil | IA | mg | 1.5 mg |
| Versed 5mg vial | IV | mg | 2 mg |

## Medication Events

| Start | Stop | Medication | Amount | Ordered by | Given by | Comment |
|---|---|---|---|---|---|---|
| 12:02 PM | | Fentanyl 2ml vial IV | 25 mcg | | | |
| 12:02 PM | | Versed 5mg vial IV | 1 mg | | | |
| 12:06 PM | | Versed 5mg vial IV | 1 mg | | | |
| 12:07 PM | | Nitroglycerin IA | 100 mcg | | | |
| 12:07 PM | | Verapamil IA | 1.5 mg | | | |

## Contrast Summary

| Contrast | Total (ml) |
|---|---|
| Isovue | 95 |

* Auth (Verified) *

*3070*

The University of Tennessee Medical Center

(865) 305 9000
1924 Alcoa Hwy
Knoxville, TN 37920

**ANESTHESIA PRE-OPERATIVE EVALUATION**

Complete Locked PreOp H & P 5/10/2022 11:53:00

**BIRTHDATE:**
NAME: Galyon, Roberta L
**MRN:** 1844020

## Medications

**Normal**
BREAST FEEDING - .Denies(c)
Transmit Record to Cerner (Do this Last) - Yes(c)

**Findings**
Home Medications - Name: Tylenol ES(b), Name: Cetirizine (Zyrtec)(b), Name: Atorvastatin (Lipitor)(b), Name: Aspirin (Easprin, Ecotrin, Empirin)(b), Name: Ferrous Sulfate (Feosol, Fer-In-Sol) (Iron)(b), Name: Baclofen(b), Name: Pramipexole (Mirapex)(b), Name: Rizatriptan Benzoate (Maxalt)(b), Name: Trulicity (Dulaglutide)(b), Name: Clonazepam (Klonopin)(b), Name: Fluoxetine (Prozac)(b)
DISPOSITION OF MEDICATIONS - Did Not Bring(c)
INFORMATION SOURCES - Meds entered jlusk,RN(b)
INTERVIEWER ROLE~ - Shipp, Ruth(c)
DATE/TIME OF INTERVIEW~ - 5/10/2022 12:24(c)

## Anes/Plan/Sign

**Normal**
BLOOD PRODUCTS - .Denies(c)
EXISTING VASCULAR ACCESS - .Denies(c)
PAT REQUESTS - .None(c)
PT GOOD HISTORIAN - Yes(c)
Preop Instructions - Patient/Responsible party verbalizes understanding(c)

**Findings**
ASA PHYSICAL STATUS - ASA 3.(c)
MONITORS - Standard(c)
CLINICAL PREDICTORS - Yes(c)
INTERMEDIATE OR HIGH RISK SURGERY - Yes(c)
FUNCTIONAL CAPACITY LESS THAN 4METS - No(c)
RECOMMENDATION - Proceed With Case(c)
PAPER CHART REVIEWED - Yes(c)
Lab Results - Reviewed(c)
SIGN OFF OF CHART - FINAL REVIEW COMPLETE - Electronically signed by Ruth Shipp, RN, 05/11/2022 14:06(c)
PAT ORDERS - CBC, BMP, ABORH/ ABSC and HbA1C today(c), Outside records- cardiac(c)
Preop Instructions - Preop instructions given to patient/responsible party(c), Preop instructions - diabetic - given to patient/responsible party(c), Hospital Visitor Restrictions Explained/Given to Patient/Responsible Party(c)

## **Stratification

**Findings**
Stratify Patient and Calculate Labs (CLICK YES) - Yes(c)
Stratification - Resident Review Required(a)
Stratification Comment - Agree(c)
Recommended Labs - ECG, CBC, Type & Screen, BMP, HbA1C(a)

**Signature**

I have examined the patient and reviewed the medical record. The risks/benefits and alternative anesthetic plans have been explained. All questions have been answered to the patient's satisfaction.

***Sign-off:**
**Electronically signed by Ruth Shipp, RN, 05/11/2022 14:06**

Staff Legend: 1. a HL7Interfaces HL7Interfaces 2. b Jayne Lusk 3. c Ruth Shipp

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Previous MRNs:

# University of Tennessee Medical Center

SIGN IN:Yes TIME:08:46
PREV ENC TYPE: Outpatient Obso

020

GALYON, ROBERTA L
SSN:)
DLN:
ENC TYPE: Outpatient Observa
FIN: 18440200030

DOB:
Race:White
Ethnicity:Not Hispanic/Latino
AGE: 57Y MS:Married AT: Elective
PH: COUNTY: McMinn SEX: Female PG:
AP: FC: MED: Ambulatory Cardiac Cather
PRE VALUABLES: REG CLERK: Cole Clerk, Kathryn L
MRN: 1844020
ARI:
PT:
CD:Yes
OM:No TO OM:Yes

REGISTER: 04/25/2022 08:46 VISIT REASON: LHC LOC: CVR
ADMIT: ACCIDENT: No ACCM:Outpatient Bedded
EST ARRIVE:04/25/2022 PROCEDURE: LHC ROOM:CVR BED: 03
DISCHARGE:04/25/2022 16:15 ALERT: ASSIGN: 04/25/2022 08:48
PRE-REG: 04/06/2022 13:31 RES:Private Residence EX:
ID DEF: FN REG: ID Scan: Yes
APP DIS: CD:Cole Clerk, Kathryn L TEMP LOC:

GUAR 1
GALYON, ROBERTA L RE:Self Disabled DISABMS:M
TN
PH: NON RENAL

GUAR 2
GALYON, SCOTT A A RE:Spouse MCMINN CO BOARD OF EDU
DOB:
56
PH: SSN:XXX AP:( 74 744 AFF

SUBSCRIBER 1
NAME: GALYON, SCOTT A A GRP#:80860 GPNM:STOFT 5
RELTN: Spouse FIN CLASS:Blue Cross MCO
INS CO:Blue Cross Network S 5u STTS - 050 Ins 1: PROC DT APP:
PLAN: Blue Cross NW S Premier Partne - 5PY 1 Cameron Hill Circle
POLICY NUMBER: STTS00383345 Chattanooga TN 37402-0002
End: TYPE:Authorization
AUTH: Review
COB DT:03/28/2022 PRE-CERT NO:NPCR UN:0
PH: (800) 924-7141 CONTACT: ECARE CPT CDS APP: 93458
VER:Yes VP: Yes DT: 04/20/2022 07:22 CONTACT: 0 PH:
CLERK: Green Supvr, Shirley DD: 0 CD: 0 LD: 0 SN: 0
Patient Email: Portal Reg: Invite Sent
Portal Status: Accepted

18440200030

SUBSCRIBER 2
NAME: GRP#: GPNM:
RELTN:
INS CO: Ins 2:
PLAN:
POLICY NUMBER:
TYPE:Authorization
AUTH:
PRE-CERT NO: UN:
PH: CONTACT:
VER: VP: DT: CONTACT: PH:
CLERK: DD: 0 CD: 0 LD: 0 SN: 0

SUBSCRIBER 3
NAME: GRP#: GPNM:
RELTN:
INS CO: Ins 3:
PLAN:
POLICY NUMBER:
TYPE:Authorization
AUTH:
PRE-CERT NO: UN:
PH: CONTACT:
VER: VP: DT: CONTACT: PH:
CLERK: DD: 0 CD: 0 LD: 0 SN: 0
Pre-Op: PLEASE MAKE SURE PT HAS FAP APPLICATON DLC 04/21/2022

4 RELTN: INS CO: POLICY NUMBER:

PHYSICIANS
ADMIT PHYS: BRESEE MD, STUART J
ATTEND PHYS: BRESEE MD, STUART J
PCP:Collins (Results), Timothy
PH:(423) 263-0722
OTHER:
REF FAC:
REF PHYS: No Referring Physician, .

EMC 1
ROADRICK, ALLYSON
Cell:
PH:(423) 453-8069 EMC Daughter

EMC 2
Cell:
PH:

OCC CODES: Onset of Illness 04/25/22 COND CODES:

Tracking: Scans: Person/Encounter
VALUE CD: VALUE AMT: Patient to OM-FC-MC?:
VALUE CD: VALUE AMT: CD CP:Yes-Only Ins Ind
OCC SPAN CD: SIGN DATE: MSP:No MC PRL/DT:

PRINTED: 04/25/2022 16:20 Updating Clerk: Wilkes HUC, Elizabet 04/25/2022 16:19
Photo ID: Yes FC: FC Payment Discussed DP RQ: 0.00
Assign/Treat Signed: Yes FirstNet Location: INFO:
v1.4

History and Physical

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:30AM 8655237751 No. 5446 P. 8/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 1

**Roberta Galyon** (307822) DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 010 Office Notes: New Patient ASAP Appt Room 19 Chest Pain**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

**Visit Type:** Initial Consult
**Primary Provider:** Timothy Collins, MD

**CC:** Cardiac Management.

**History of Present Illness:**
We are seeing Mrs. Galyon in consultation today for the evaluation of chest pain and multiple risk factors of CAD

We appreciate the referral

Mrs. Galyon has a history of diabetes and elevated serum cholesterol.She has a very strong history of coronary disease in both her parents and 2 siblings. Her father died at age 47 of an MI and a brother had bypass surgery at age 70

She is known to have moderate carotid artery stenoses being followed medically by Dr. Freeman. She describes chest pain to him and he asked us to see her

In the past she has seen a cardiologist who told her that she had a leaky mitral valve did not require surgery yet but something that had to be followed.

On description her chest pain has been present for several months it increasing in frequency and severity

She had it before that but infrequently. She describes as a substernal ache associated with dyspnea and that can occur with household chores or at rest. It does occur with activity and improves with rest usually within 15 minutes or so. By description it really sounds very compatible with angina.

As noted above it is increasing in frequency and severity.

**Past Medical History:**
Reviewed history from 04/01/2022 and no changes required:
- Chest Pain
- Hyperlipidemia
- Catodid stenosis
- Chiari Syndrome
- Chronic Anemia
- Diabetes Mellitus
- GERD
- Hepatic Steatosis
- Hiatal Hernia

Patient Name: GALYON, ROBERTA L
Date of Birth:

MRN: 1844020
FIN: 18440200030

* Auth (Verified) *

Apr. 21. 2022 7:38AM 8655237751 No. 5447 P. 8/18

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

April 14, 2022
Page 1

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

FIN:18440200030
GALYON, ROBERTA L
DOB
ADM 57Y F
MRN:

**04/05/2022 - 010 Office Notes: New Patient ASAP Appt Room 19 Chest Pain**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

**Visit Type:** Initial Consult
**Primary Provider:** Timothy Collins, MD

**CC:** Cardiac Management.

**History of Present Illness:**
We are seeing Mrs. Galyon in consultation today for the evaluation of chest pain and multiple risk factors of CAD

We appreciate the referral

Mrs. Galyon has a history of diabetes and elevated serum cholesterol.She has a very strong history of coronary disease in both her parents and 2 siblings. Her father died at age 47 of an MI and a brother had bypass surgery at age 70

She is known to have moderate carotid artery stenoses being followed medically by Dr. Freeman. She describes chest pain to him and he asked us to see her

In the past she has seen a cardiologist who told her that she had a leaky mitral valve did not require surgery yet but something that had to be followed.

On description her chest pain has been present for several months it increasing in frequency and severity

She had it before that but infrequently. She describes as a substernal ache associated with dyspnea and that can occur with household chores or at rest. It does occur with activity and improves with rest usually within 15 minutes or so. By description it really sounds very compatible with angina.

As noted above it is increasing in frequency and severity.

**Past Medical History:**
Reviewed history from 04/01/2022 and no changes required:
- Chest Pain
- Hyperlipidemia
- Catodid stenosis
- Chiari Syndrome
- Chronic Anemia
- Diabetes Mellitus
- GERD
- Hepatic Steatosis
- Hiatal Hernia

Orders

Order: **Consult Anesthesia**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Consults/Referrals
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 5/18/22 6:16:00 AM EDT, Routine, Consult Reason: Surgery Pre-Op
Order Comment: If consult is for pre-operative evaluation for a procedure to be performed during this hospitalization, it is not necessary to call. The pre-operative evaluation will be done automatically based on the OR schedule. If consult is for Anesthesia Acute Pain Service (AAPS), for pain-related procedures/interventions, or for issues related to indwelling epidural or peripheral nerve catheters, page the pain service resident (#1971). For all other consults or questions, page the senior resident on call (SOR)
Action Type: Plan — Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order — Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue — Action Date/Time: 5/20/2022 20:30 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Diet**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Diet Orders
Ordering Physician: DAIGLE MD, HALEY J
Entered By: Wilson Nurse, Rachel C
Order Details: NPO, Advance Diet To: DO NOT Advance, 5/18/22 6:16:00 AM EDT
Order Comment:
Action Type: Plan — Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order — Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue — Action Date/Time: 5/18/2022 11:49 EDT
Communication Type: Written (No co-signature)
Review Information:
Nurse Review: Electronically Signed, Dixon RN, Brenna K on 5/18/2022 14:11 EDT
Doctor Cosign: Not Required

Order: **gabapentin**
Plan Name: AM Surgery Initial Orders, AM Surgery Initial Pre Op
Activity Type: Pharmacy
Ordering Physician: KLEPPE MD, KYLE L
Entered By: Wilson Nurse, Rachel C
Order Details: 300 mg = 1 CAP, PO, 1TIME, Start: 5/18/22 6:16:00 AM EDT, NOW, Dose Form: CAP, Stop: 5/18/22 6:50:23 AM EDT
Order Comment:
Action Type: Plan — Action Date/Time: 5/11/2022 13:26 EDT
Action Type: Order — Action Date/Time: 5/18/2022 06:16 EDT
Communication Type: Initiate Plan (No co-signature)
Review Information:
Pharmacist Verify: Electronically Signed, Givens PharmD, Carrie B on 5/18/2022 06:22 EDT
Doctor Cosign: Not Required
Action Type: Complete — Action Date/Time: 5/18/2022 06:50 EDT
Communication Type:
Review Information:
Doctor Cosign: Not Required

* Auth (Verified) *



UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812

*May 10, 2022*
Page 1

**Roberta Galyon (307822)** DOB:[redacted]
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 010 Office Notes: New Patient ASAP Appt Room 19 Chest Pain**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

FIN:18440200031
GALYON, A L
DOB
ADM. 57Y F
MRN: 1844020

**Visit Type:** Initial Consult
**Primary Provider:** Timothy Collins, MD

**CC:** Cardiac Management.

**History of Present Illness:**
We are seeing Mrs. Galyon in consultation today for the evaluation of chest pain and multiple risk factors of CAD

We appreciate the referral

Mrs. Galyon has a history of diabetes and elevated serum cholesterol.She has a very strong history of coronary disease in both her parents and 2 siblings. Her father died at age 47 of an MI and a brother had bypass surgery at age 70

She is known to have moderate carotid artery stenoses being followed medically by Dr. Freeman. She describes chest pain to him and he asked us to see her

In the past she has seen a cardiologist who told her that she had a leaky mitral valve did not require surgery yet but something that had to be followed.

On description her chest pain has been present for several months it increasing in frequency and severity

She had it before that but infrequently. She describes as a substernal ache associated with dyspnea and that can occur with household chores or at rest. It does occur with activity and improves with rest usually within 15 minutes or so. By description it really sounds very compatible with angina.

As noted above it is increasing in frequency and severity.

**Past Medical History:**
Reviewed history from 04/01/2022 and no changes required:
Chest Pain
Hyperlipidemia
Catodid stenosis
Chiari Syndrome
Chronic Anemia
Diabetes Mellitus
GERD

**ReleasePoint**
P.O. Box 1390
St. Peters, MO 63376

UNIV OF TENNESSEE MEDICAL CENTER
1924 ALCOA HWY U-110
ATTN: MEDICAL RECORDS
KNOXVILLE, TN 37920

**Date:** Nov 8, 2022
**Patient:** GALYON, ROBERTA
**DOB:** [redacted]
**RP ID:** 10008511

**Req By:** Lincoln Financial Group

## Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
Please provide all medical records. Seen by: Dr. Freeman

**Record Scope:** From January 1, 2022 to Present

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(213) 884-4921**

___ **Records are not available because:** ______________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Joel Empleo Jr.

Phone: (213) 349-9450

RPID: 10008511

Lincoln/Galyon 1165

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: ______________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

RPID: 10008511

Request Corr.

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 10008511

Request Corr.



Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 4/25/2022
FIN: 18440200030 Discharge Date: 4/25/2022
Date of Birth:

Facesheet


**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

# Quality Assurance Report

## Request Information

Report Date: November 21, 2022

**RP ID:** 10008511

Patient Name: GALYON, ROBERTA

Provider Name: UNIV OF TENNESSEE MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:

Please provide all medical records. Seen by: Dr. Freeman

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Galyon 1169**

ReleasePoint

## Medical Record Overview

**Date:** **November 14, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** Dr. Chung

,
(706) 551-9200

**Request Scope:** From May 1, 2022 to Present

**Chart Range:** 09/29/2022 - 10/31/2022

**RP ID:** 10008512

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 31 2022 | | 25 | 2 |
| Labs/Diagnostics | Sep 29 2022 | Oct 31 2022 | 3 | 27 |
| Procedure/Operative Reports | Oct 31 2022 | Oct 31 2022 | 2 | 30 |

**Total Page Count:** 30

**Notes From QC:**

**Lincoln/Galyon 1170**


NC123 (cryo)
gential


r/o bcc - tangential
r/o bcc - tangential

| | | |
|---|---|---|
| Scalp | Fingernails | Entire Body |
| Face *Lentigo | Legs | Entire Body Excluding Genitalia *All 3 |
| Neck | Left Leg | |
| Chest | Right Leg | Upper Body |
| Back *All 3 | Toes | Sun Exposed Areas *Lentigo |
| Abdomen | Toenails | |
| Arms | Genitals | Ears |
| Left Arm | Penis | Eyes |
| Right Arm | Vulva | Eyelids |
| Fingers | Tongue | Lips |

EXAM:

- Problem 1:
  - Assessment: Seborrheic Keratosis, Senile Angioma, Nevus Trunk (All 3-NT, SK, SA)
  - brown macules and papules, brown porous keratotic plaques, and red papules located on her entire body, including trunk (excluding genitalia); back.
  Problem Complexity: MODERATE - stable chronic illness/condition (2 or more)
  - Procedure(s): *Observation
  - (Qty 2)
  - Counseling: Seborrheic Keratosis/Nevus/Senile Angioma

- Problem 2:
  - Assessment: Lentigo (Lentigo)
  - well-defined uniformly pigmented macule(s) located on her sun exposed areas, including trunk; face.
  Problem Complexity: MODERATE - stable chronic illness/condition (2 or more)
  - Procedure(s): *Observation
  - (Qty 2)
  - Counseling: Patient Education (misc)

- Problem 3:
  - Assessment: Neoplasm of uncertain behavior (r/o BCC (tangential))
  - dome-shaped shiny telangiectatic papule with rolled up borders located on her right Alar Crease.
  Problem Complexity: MODERATE - undiagnosed new problem with uncertain prognosis
  - Procedure(s): *biopsy - and *Clinical photo(s) obtained today for reference. The biopsy procedure was

explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

- Counseling: Wound care instructions provided.

The following moderate risks were discussed: Decision regarding minor surgery (0-10 global period) with identified risk factors

•

Problem 4:
- Assessment: Neoplasm of uncertain behavior (r/o BCC (tangential))
- dome-shaped shiny telangiectatic papule with rolled up borders located on her right nasal sidewall.
Problem Complexity: MODERATE - undiagnosed new problem with uncertain prognosis
- Procedure(s): *biopsy - and *Clinical photo(s) obtained today for reference. The biopsy procedure was explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

- Counseling: Wound care instructions provided.

The following moderate risks were discussed: Decision regarding minor surgery (0-10 global period) with identified risk factors

•

Problem 5:
- Assessment: Neoplasm of uncertain behavior (r/o BCC (tangential))
- dome-shaped shiny telangiectatic papule with rolled up borders located on her right upper anterior Arm.
Problem Complexity: MODERATE - undiagnosed new problem with uncertain prognosis
- Procedure(s): *biopsy - and *Clinical photo(s) obtained today for reference. The biopsy procedure was explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

- Counseling: Wound care instructions provided.

The following moderate risks were discussed: Decision regarding minor surgery (0-10 global period) with identified risk factors

•

Problem 6:
- Assessment: Seborrheic Keratosis (Seborrheic Keratosis (removed nc cryo))
- brown, scaly, and verrucous plaques located on her right Parietal Scalp; left forehead.
Problem Complexity: LOW - self limited or minor (2 or more)
- Procedure(s): Cryotherapy (NC123) - Risks and benefits were discussed in detail. Possible short and long-term side effects were discussed to the patient's satisfaction. High-pressure canister was used with liquid nitrogen. Patient tolerated the procedure well. Patient was advised of potential erythema, blisters, and pain. Patient was advised to cleanse wound as directed.
- (Qty 2)
- Counseling: Wound care instructions provided.

The following moderate risks were discussed: Decision regarding minor surgery (0-10 global period) with identified risk factors

**Patient Education: Seborrheic Keratosis, Nevus, Senile Angioma** Seborrheic Keratosis: Reassurance was given. Advised the patient that these areas are benign and no treatment is necessary. Areas may get larger or change in color with

time; however, should any sites change suddenly, bleed, or not heal the patient was advised to return to office. Nevus Discussion: Educated patient about the ABCDE's of Melanoma and discussed in detail. AAD Melanoma information card given. Pictures compared. Advised daily sunscreen use, samples given. Should a lesion change suddenly, bleed or not heal, return to the office for re-evaluation. Monthly self-exams discussed. Senile Angioma: Reassurance was given.

**Patient Education: Misc Education** Advised pt that these areas are benign, no treatment necessary. Reassurance provided. Should a lesion change suddenly, bleed or not heal, return to the office for re-evaluation.

**Biopsy Procedure Details:** The biopsy procedure was explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

**Biopsy Procedure Details:** The biopsy procedure was explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

**Biopsy Procedure Details:** The biopsy procedure was explained and all risks and complications reviewed. The site was prepared in the standard manner. The site was anesthetized using 1% Lidocaine with Epinephrine 1:100,000. A biopsy was taken with a superficial cut on the lesion parallel to the surface of the skin, and hemostasis was achieved with electrocautery. A bandaid was applied. The patient tolerated the procedure well.

**Cryotherapy Procedure Details:** Risks and benefits were discussed in detail. Possible short and long-term side effects were discussed to the patient's satisfaction. High-pressure canister was used with liquid nitrogen. Patient tolerated the procedure well. Patient was advised of potential erythema, blisters, and pain. Patient was advised to cleanse wound as directed.

## General Exam:

Areas Examined, all within normal limits (except as noted on exam): Scalp and Body Hair, Head (including the Face), Neck, Chest (incl. breasts/axillae), Abdomen, Genitalia, groin, buttock (Excluding genitalia ), Back, Right upper extremity, Left upper extremity, Right lower extremity, Left lower extremity, Digits/Nails, Lips, Teeth, Gums, Eyelids and Conjunctiva

## Patient Photos:





**Cryosurgery Aftercare Instructions**

**Cryosurgery** involves using liquid nitrogen (approximately -320 degrees F) to freeze and destroy abnormal skin tissue including, but not limited to, warts, skin tags, seborrheic keratosis, actinic keratosis, and other benign or pre-cancerous growths.

Your provider, Dr. Gomez, uses liquid nitrogen by spraying the liquid directly on the skin growth or applying it on using a cotton swab. This causes some stinging and burning while the growth is being frozen and may continue

while it thaws. Throbbing may persist on any areas, especially the face or forehead, but this will not last long. (We recommend Tylenol or aspirin for any persistent pain.)

**What to Expect:**

The area that was treated will become red, swollen, and develop a blister. It will then form a scab after a few days.

***Do not*** try to remove the blister yourself, this could leave you open to the possibility of infection.

Clean the area treated with soap and water as you normally would.

It is fine to get the area wet; however, be sure to blot it dry carefully and delicately. Avoid taking long baths, washing the dishes (if treated areas are on the hands), and swimming for at least a day after treatment.

Apply a thin layer of antibiotic ointment such as Bacitracin or Polysporin to the site twice daily.

***No Smoking*** until the areas are healed. Smoking constricts blood vessels and this could cause your site(s) to not heal properly.

***NO NEOSPORIN***

If the site is prone to irritation, you may cover it with a bandage.

The scab will crust over and fall off on its own within 1-2 weeks. A second scab may form as well, and it too will shed on its own.

Healing takes 1-3 weeks, after which the skin may look perfectly normal or slightly lighter in color.

***If you start to experience signs of an infection such as fever, swelling, tenderness, or oozing from the site, or if the site becomes thickened or raised, contact our office immediately.***

Athens (423-551-9200)

**Wound Care Instructions:**

**Minor Procedure**

**1.*After 24 hours***, you may cleanse the area with mild soap and water each day.

2.Pat wound dry with gauze and apply a thin coat of wound dressing gel or antibiotic ointment. Use for 5 days only, and then discontinue.

*****DO NOT USE NEOSPORIN OR HYDROGEN PEROXIDE*****

*We recommend you use **Stratamed**, which is available to purchase,*
*or over-the-counter Aquaphor.*

3.Cover with a band-aid or a small non-stick gauze dressing with a non-allergic tape, until healed.

4.If bleeding should occur,***apply 20 minutes of constant pressure.***

5.***For uncontrolled bleeding emergencies, call the office where you are a patient at the phone number listed below.***

***No Smoking***until the wound is healed. Smoking constricts blood vessels and this could cause your biopsy site to not heal properly.

***CONTACT OUR CLINIC IMMEDIATELY IF:***

·You have questions or concerns about your biopsy.
·You notice any new moles or skin bumps.
·Any existing moles change in any way.
·You develop a sore that will not heal.

***For your biopsy results, please call 1-877-771-5187 after 2 weeks.***

***SCAR THERAPY***

Once sutures are removed (if applicable), please stop by our Aesthetics department to purchase your Strataderm Scar Gel for $35. SCCDC offers complimentary consultations with our licensed Aesthetician to discuss and customize your scar therapy options. As Scar Therapy is not covered by insurance, SCCDC absorbs the majority of the cost leaving the patient portion at only $75/treatment.

Thank you for trusting Skin Cancer & Cosmetic Dermatology Center for all your skin care needs. Your visit today was at the following location:

**Athens (423-551-9200)**

Provider: Dr. Gomez

## Final Comments:

- Aftercare instructions were provided.
- Discussion of diagnosis and treatment.
- Patient received instructions and skin self-exam.
- Patient verbalized an understanding and agrees with treatment plan.
- Skin cancer education given.

Patient was instructed to return with Dr. Gomez for 6 months body check.

**Review at Next Visit**

## Signature:

Signature ______________________ Date: ___________

Melinda Gunnoe, CMA

Signature: ______________________ Date: 9/29/2022 1:42 PM
Luis Gomez Vaca, M.D.

## Providers

- Luis Gomez, MD

## Assistant/Technicians

- Melinda Gunnoe

## Diagnosis Codes

- L82.1 - Other seborrheic keratosis (702.19)
- I78.1 - Nevus, non-neoplastic (448.1)
- D22.5 - Melanocytic nevi of trunk (216.5)
- L81.8 - Other specified disorders of pigmentation (709.09)
- D48.5 - Neoplasm of uncertain behavior of skin (238.2)

## Charges

- 11102 - TANGENTIAL BIOPSY SKIN SINGLE LESION
- 11103 (qty:3) - TANGENTIAL BIOPSY SKIN EA SEP/ADDITIONAL LESION
- 99204 - New Pt-level 4
- NC123 - 1-3 FREE SKIN TAG/SKs

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

# NURSE VISIT

## Nurse Procedure:

Wound Check

The patient is here today post Mohs surgery on the Right alar crease for wound check. The area appears to be healing well with no signs or symptoms of infection. She was instructed to continue wound care as directed. The wound was then redressed and after care instructions again discussed. If there are any problems with the wound, the patient is advised to return to the office for evaluation.

## Patient Photos:

**Patient Photo 1**



**Patient Photo 2**



## Nurse Signature:

Signature: Deah Hennessee, MA Date:

## Providers

- John Chung, MD

## Secondary Providers

- Nurse

## Assistant/Technicians

- Deah Hennessee

## Diagnosis Codes

- Z48.817 - Encounter for surgical aftercare following surgery on the skin and subcutaneous tissue (V58.77)

## Charges

- 99024 - POSTOP FOLLOW UP VISIT RELATED TO ORIGINAL PX

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

## NURSE VISIT

### Nurse Procedure:

Wound Check

The patient is here today post Mohs surgery on the Right alar crease for wound check. The area appears to be healing well with no signs or symptoms of infection. She was instructed to continue wound care as directed. The wound was then redressed and after care instructions again discussed. If there are any problems with the wound, the patient is advised to return to the office for evaluation.

### Patient Photos:

**Patient Photo 1**



### Nurse Signature:

Signature: ______________________ Date: __________
Melinda Gunnoe, CMA

## Providers

- John Chung, MD

## Secondary Providers

- Nurse

## Assistant/Technicians

- Melinda Gunnoe

## Diagnosis Codes

- Z48.817 - Encounter for surgical aftercare following surgery on the skin and subcutaneous tissue (V58.77)

## Charges

- 99024 - POSTOP FOLLOW UP VISIT RELATED TO ORIGINAL PX

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

# MOHS: RIGHT ALAR CREASE, BCC TN22-11447

## Consent:

I am scheduled for outpatient surgery on 10/31/2022.

I am scheduled to have:MOHS surgery on the Right Alar Crease

to be performed by Dr. Chung and such assistants as may be selected by him.

I have been informed, and I understand to my satisfaction, the above mentioned procedure(s), why it is necessary, the risks to my health if the condition remains untreated, and what the procedure will entail.

I herein give my permission for the procedure above and administration of pre-surgery medication and anesthesia (local or general) for outpatient surgery.

The advantages and disadvantages of outpatient surgery have been explained to me as well as the procedure which will be performed on me.

I also understand that during the course of the operation, unforeseen conditions may be revealed that necessitates an extension of the original procedure(s) or different procedure(s) than those planned. I authorize the above named surgeon or his designee(s) to perform such surgical procedures as are necessary and desirable in the exercise of professional judgment.

I have been made aware that there are certain risks inherent to the performing of any surgical procedure such as: loss of blood, infection, hematoma, pain, tingling, numbness or other nerve sensations including nerve damage, reactions to anesthesia and the formation of thick or otherwise objectionable scars. Additionally, I acknowledge that the doctor has made no promises to me, oral or written, in connection with the operation. I recognize that every surgical procedure involves uncertainty and that no result can ever be guaranteed.

I understand the post-operative instructions that were given and the directions for my prescriptions.

I authorize Skin Cancer and Cosmetic Dermatology Center to take before and after photos of this surgical site that may be used in educational publications or presentations with appropriate privacy.

Following surgery, I will have a responsible adult drive me home if necessary.

I release the doctor from any responsibility which takes place as a natural complication of the procedure. I also realize it is my responsibility to keep postoperative appointments. If I feel any problems exist such as bleeding, infection or if I have any doubts, I am to contact the doctor as soon as possible.

For the purpose of advancing medical education, I consent to photographing and /or recording of the operation provided my identity is not revealed by the pictures or descriptive text accompanying them, except when the pictures are sent to my referring doctor.

I consent to the disposal of any tissue which is removed in accordance with accustomed practice and procedure. I give my permission to have any tissue removed during the procedure sent for histologic examination by a pathologist.

My Provider discussed my procedure, I understand the risks and benefits of the procedure have read the consent form. I understand and I agree.

Roberta L Galyon 10/31/22

Patient Signature: ____________________ Date: ____________

10/31/22

Witness Signature: ____________________ Date: ____________

I have reviewed and confirmed the surgical site with the clinical staff.

Roberta L Galyon 10/31/22

10/31/22

I reviewed and confirmed surgical site with the patient.

10/31/22

## General Information:

**Patient Name:** Roberta Galyon
**Patient ID:** 695390
**Date:** 10/31/2022
**Physician:** Dr. Chung
**Referring Physician:**
**Biopsy Path #:**

Mohs Surgeon: John Chung, MD
Closing Provider: Stewart Little, MD

## Mohs Map:




Site: Right alar crease
Biopsy Path #: TN22-11447
Diagnosis: basal cell carcinoma
Indications: ill-defined borders

The patient presented today with a red plaque on the nose with ill-defined borders. Pathology TN22-11447 on the Right alar crease revealed biopsy proven basal cell carcinoma. As this meets AAD and ACMS criteria due to the complexity, size, and location, Mohs' cutaneous micrographic surgery was felt to be appropriate for removal of the lesion. This was discussed with the patient and she fully understands the aims, risks, and alternatives. The risks of bleeding, infection, discomfort, incomplete removal, and scar formation were explained. All questions were answered, and she fully understands and elects to proceed. Dr. John Chung operated in two distinct and integrated capacities as the surgeon and pathologist.

After informed consent and appropriate instructions, the patient was placed in the appropriate position on the operating table in the Mohs' Surgery Suite. The area was prepared and draped in the standard manner. The cancer was identified, and Gentian violet was used to outline the clinical margins of the tumor.

### Stages:

**Stage I** Local anesthesia, 1% Lidocaine with Epinephrine 1:100,000, was administered.

The tumor was removed using a 45 degree angle beveled technique. Hemostasis was obtained with electrocautery . A pressure dressing was placed.

The tissue was scored and sent to the histotechnician to be mapped, color coded at the margins, and processed into

- Shannon Beavers
- Wendy Smith

## Diagnosis Codes

- C44.311 - Basal cell carcinoma of skin of nose (173.31)

## Charges

- 17311 - MOHS MICROGRAPHIC H/N/H/F/G 1ST STAGE 5 BLOCKS
- PROV30 - Stewart Little, M.D.
- 15730 - Flap, midface(zygomaticofacial)
- 21235 - Ear Cartilage To Nose Graft

## Prescriptions Given

- cephalexin 500 mg capsule - 30 Capsule (0 refills) - 1 capsule by mouth TID
- tramadol 50 mg tablet - 12 Tablet (0 refills) - 1 tablet by mouth Q6h 1 po q 6 hr prn pain

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

# Derm Visit - Full Body Skin Exam

## Chief Complaint:

Chief Complaint:
The patient is a 57 year old female who is here today for skin check for skin cancer/suspicious lesions, denies history of skin cancer and also here for lesion(s)/growth(s).
History of Present Illness:
She presents today for a full body with undergarments skin exam for skin cancer screening. She denies any history of skin cancer, but has had moles, freckles and sunburns, which have not been previously treated.

She has a family history of skin cancer (see family medical history).

History of Present Illness:

She complains of "moles" on the whole body The patient states the area(s) have had no associated symptoms., which has lasted for an unknown amount of time. The area(s) have previously been treated with nothing .

## Patient History:

### Past Medical and Surgical History:

- Depression/Anxiety
- Diabetes
- Joint Pain
- -Knee (right - left - both) (Right knee)
- Radiation Treatment - No

### Family History:

- Skin Cancer (unknown type) - Brother, Sister
- Diabetes - Mother, Sister

### Allergies and Medications:

**Current Medications**

| | Rx |
|---|---|
| aspirin 81 mg tablet,delayed release | ☑ |
| baclofen 10 mg tablet | ☑ |
| clonazepam 0.5 mg disintegrating tablet | ☑ |
| fluoxetine 40 mg capsule | ☑ |
| iron 18 mg tablet | ☑ |
| pramipexole 1 mg tablet | ☑ |
| Trulicity 1.5 mg/0.5 mL subcutaneous pen injector | ☑ |

**Allergies** No Known Drug Allergies

**Current Medications**

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| aspirin 81 mg tablet,delayed release | | | |
| baclofen 10 mg tablet | | | |
| cephalexin 500 mg capsule | 1 capsule by mouth TID | | |
| clonazepam 0.5 mg disintegrating tablet | | | |
| fluoxetine 40 mg capsule | | | |
| iron 18 mg tablet | | | |
| pramipexole 1 mg tablet | | | |
| tramadol 50 mg tablet | 1 tablet by mouth Q6h 1 po q 6 hr prn pain | | |
| Trulicity 1.5 mg/0.5 mL subcutaneous pen injector | | | |

**Allergies**

| Name | Notes | Date Entered | Discontinue Date |
|---|---|---|---|
| No Known Drug Allergies | | 9/29/2022 | |

**Social History:**

Never smoker.

**Social History**

| | |
|---|---|
| **Alcohol Use** | Never |
| **Illegal Drugs** | Never |
| **STD** | None |
| **Tanning** | Not currently |
| **Sun Exposure (Work and Leisure)** | Occasionally |
| **How do you Tan** | Burns Mildly - Tans slowly |
| **Sunscreen** | Occasionally |

**~ QM 431 (Registry) Preventive Care and Screening: Alcohol Use**

| | Total |
|---|---|
| **How many times in the past year have you had 5 (for men) or 4 (for women and all adults older than 65 years) or more drinks in a day?** | 0 |

**~ QM 431b - Pt Not Identified as an Unhealthy Alcohol User** Patient not identified as an unhealthy alcohol user when screened for unhealthy alcohol use using a systematic screening method

**Review of Systems:**

**Constitutional**

- denies chills
- denies diarrhea
- denies fever
- denies nausea
- denies shortness of breath
- denies unintentional weight loss
- denies vomiting

**Musculoskeletal**

- admits joint pain/swelling
- denies muscle pain

- denies numbness

**Female History:**

Are you currently pregnant or breastfeeding? No

**Visit Findings :**




SK - NC123 (cryo)
r/o bcc - tangential


SK - [redacted]123 (cryo)
SK - [redacted]23 (cryo)
r/o bcc - tangential
r/o bcc - tangential


SK - NC123 (cr


r/o bcc - tangential


SK - NC123 (cryo)


SK - NO

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

*DERMATOPATHOLOGY SERVICES*

# DERMATOPATHOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT: | GALYON, ROBERTA | ACCESSION #: | TN22-11447 |
| DOB: | (57 y/o) F | DATE COLLECTED: | 9/29/2022 |
| PHYSICIAN: | Luis Gomez-Vaca, MD | DATE RECEIVED: | 10/03/2022 |
| COPY TO: | | DATE REPORTED: | 10/4/2022 |
| LOCATION: | ATHENS | ACCT #: | 695390 |

**Clinical History:**
1. R/O BCC
2. R/O BCC
3. R/O DF VS BCC

## DIAGNOSIS:

1. RIGHT ALAR CREASE:
   **BASAL CELL CARCINOMA, INFILTRATING, MARGINS INVOLVED(C44.311)**
2. RIGHT NASAL SIDEWALL:
   **INTRADERMAL MELANOCYTIC NEVUS(D22.30)**
3. RIGHT UPPER ANTERIOR ARM:
   **Consistent with surface of DERMATOFIBROMA (BENIGN FIBROUS HISTIOCYTOMA), see comment(D23.61)**
   COMMENT: Dermatofibroma represents a process with pathognomonic changes located in the reticular dermis. A definitive diagnosis requires a deeper, preferentially punch biopsy. Clinical correlation is recommended.

**GROSS DESCRIPTION:**

1. The specimen is received in formalin, labeled with the patient's name, identifying requisition number, and consists of a portion of rubbery tan tissue measuring 7x5x1 mm. The base is identified with blue ink and the specimen is entirely submitted in one cassette. 2 block(s). DG
2. The specimen is received in formalin, labeled with the patient's name, identifying requisition number, and consists of a portion of rubbery tan tissue measuring 4x3x1 mm. The base is identified with yellow ink and the specimen is entirely submitted in one cassette. 2 block(s). DG

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

*DERMATOPATHOLOGY SERVICES*

## DERMATOPATHOLOGY REPORT

**PATIENT: GALYON, ROBERTA** **Accession #: TN22-11447**

3. The specimen is received in formalin, labeled with the patient's name, identifying requisition number, and consists of a portion of rubbery tan tissue measuring 7x6x1 mm. The base is identified with black ink and the specimen is entirely submitted in one cassette. 2 block(s). DG

SHIMON OAMI M.D.

SKIN CANCER & COSMETIC
DERMATOLOGY CENTER

*DERMATOPATHOLOGY SERVICES*

## DERMATOPATHOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT: | GALYON, ROBERTA | ACCESSION #: | MCH22-1361 |
| DOB: | (57 y/o) F | DATE COLLECTED: | 10/31/2022 |
| PHYSICIAN: | John Y. Chung, M.D. | DATE RECEIVED: | 10/31/2022 |
| COPY TO: | | DATE REPORTED: | 10/31/2022 |
| LOCATION: | CHATTANOOGA | ACCT #: | 695390 |

**Clinical History:** TN22-11447 BCC

**DIAGNOSIS:**

RIGHT ALAR CREASE:
**CLEAR ON FIRST LEVEL(.)**

**MICROSCOPIC EXAMINATION:**
There is an irregular epidermis with no evidence of a residual neoplastic process.

**GROSS DESCRIPTION:**
Received for Mohs frozen section is a fresh excision of skin which measures 14x14 mm in final dimension. One layer taken for a total of 1 block, entirely submitted. js

John Y. Chung, M.D.

Laboratory Director: Shimon Oami, M.D.
2358 Lifestyle Way, Ste. 212, Chattanooga, 37421
Phone (423) 521-1100 / Fax (423) 531-7502

frozen sections. The tissue was divided into 1 block(s) and 1 slide(s). All specimens were then evaluated. They were determined to be clear on first level. There is an irregular epidermis with no evidence of a residual neoplastic process. The microscopic tumor was not found persisting in the lateral or deep surgical margin, resulting in all margins clear.

**Post-Op:**
The results of surgery are margins clear with 1 stage. At this point, no further tumor cells were identified and tumor eradication was considered to be complete after the previously marked number of stages of surgery in which multiple microscopic slices of tissue sections had been examined.

Primary defect size was 1.4 x 1.4 cm. Total blood loss was less than 5cc.

The wound was repaired today.

Wound care instructions were given verbally and written. Patient voices understanding.

The patient tolerated the procedure well and left the operating room in good condition.

Signature: ______________________ Date: 11/8/2022
John Cle[illegible], M.D.

**Repair:**
The wound was evaluated and the decision was made to close the area with a midface flap utilizing an ear cartilage graft due to the size of the defect and to avoid permanent distortion of the nose due to the size, depth, and location of the lesion in order to improve function and to approximate a normal appearance. The procedure was fully explained to the patient. The patient was informed of aims and alternatives. The risks of bleeding, infection, discomfort, and scar formation were explained. All questions were answered, and the patient fully understands and elects to proceed with the procedure. There are no medical or surgical contraindications.

The patient was placed in the appropriate position on the operating table in the Surgery Suite. The correct site was confirmed, and the area was prepared and draped in the standard manner. 1% Lidocaine with Epinephrine 1:100,000 was administered.

The cartilage was taken from the concha bowl of the right ear and the overlying skin was sutured. The cartilage was then placed over the defect to give shape, avoid collapse of the tissue and to avoid obstruction of the air flow.

A midface flap was designed to include an adequate vascular pedicle with associated muscle. The flap design was patterned in an advancement fashion based on the lateral nasal artery, alar artery vascular pedicle. The flap was elevated in a sub-periosteal plane over the midface including the piriform aperture, ascending maxilla, infraorbital cheek and associated nasalis, levator labi, orbicularis oculi muscle. The infraorbital nerve was identified and preserved. Following sub-periosteal elevation the flap was tailored and then sutured into position using deep 5-0 vicryl sutures and cutaneous 5-0 fast-absorbing gut sutures. Hemostasis was obtained with electrocautery.

The total area of the closure was 3.8 x 3.0cm (11.4cm2)..

Estimated blood loss for the procedure was less than 15 cc.

Wound care instructions were given verbally and written. Patient voiced understanding. The patient tolerated the procedure well and left the operating room in good condition.
The wound was closed by Stewart Little, MD.

Signature: ______________________ Date: 11/8/2022
Stewart Little, MD

## Photos:

**Post-Op Mohs Photo**



**Mohs Repair Photo**



## Follow Up:

Patient was instructed to return in 1 week(s) with a nurse for suture removal.

| | YES/NO |
|---|---|
| **Patient received their prescriptions in the office today to be filled at the pharmacy of their choice.** | Rx E Prescribed |

## Providers

- John Chung, MD

## Secondary Providers

- Stewart C Little, MD

## Assistant/Technicians

# Quality Assurance Report

## Request Information

Report Date: November 14, 2022

**RP ID:** 10008512

Patient Name: GALYON, ROBERTA

Provider Name: SKIN CANCER & COSMETIC DERMATOLOGY

## Quality Assurance Information

Scope Requested: **From May 1, 2022 to Present**

Special Request:
Please provide all medical records. Seen by: Dr. Chung

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Galyon 1201**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 10784870
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 698
Employee: ROBERTA L GALYON

Policy Number: GF3-850-290765-01
Pmt Period: 10/29/22 - 11/11/22
Pmt Date: 11/11/22
Check #: 108205980

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/29/22 | 11/11/22 | $ 562.15 | | | | |

Subtotal Offset $ 562.15

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/29/22 | 11/11/22 | $ 151.80 | | | | |

Subtotal Deduction $ 151.80

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 151.80 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ 151.80 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | | Federal Withholding: $ 0.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Galyon 1202**

ReleasePoint

## Medical Record Overview

**Date:** **November 9, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** Edmunds Gastro

,
(865) 413-1668

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 10/14/2022 - 10/14/2022

**RP ID:** 10008510

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| **Classification** | **From** | **To** | **Total** | **Starts on Page** |
|---|---|---|---|---|
| Progress Notes | | | 8 | 2 |
| Labs/Diagnostics | Oct 14 2022 | Oct 14 2022 | 6 | 10 |
| Request Corr. | | | 1 | 16 |
| Billing | | | 1 | 17 |

**Total Page Count:** 16

**Notes From QC:**

**Lincoln/Galyon 1203**

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

| | | | |
|---|---|---|---|
| **Date:** | 11/8/2022 2:46 PM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Provider:** | Jennifer Hayles, ARNP | | |

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

## Past Medical History

**Medical Conditions:** Anemia
Anxiety disorder
carotid artery blockage
Diabetes Mellitus, Insulin Dependent (Type 1)
Diabetes Mellitus, Non-Insulin Dependent (Type 2)
Fatty Liver
Fibrositis / Fibromyalgia
High Cholesterol
Kidney disease
Skin Cancer
Sleep apnea
Vascular Disease

**Surgical Procedures:** Cholecystectomy
cataract both eyes
Hysterectomy - Abdominal
Joint Replacement - site unspecified

**Dx Studies:** CT Abdomen/Pelvis, 03/21
MRI Abdomen/Pelvis, 03/21

**Medications:** Clenpiq 10 mg-3.5 gram-12 gram/160 mL Take as directed by physicians office.

**Allergies:** Patient has no known allergies

**Immunizations:** Hep A, adult, 04/25/2017
Hep B, adult, 04/25/2017
pneumococcal polysaccharide PPV23, 10/01/2015

## Social History

**Alcohol:** None

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** None

**Marital Status:** Married

**Caffeine:** Daily.

**Occupation:**

**Family History**

**Diagnoses:** Non alcoholic fatty liver disease [Date of Onset]
Abnormal LFTs [Date of Onset]

**Plan:** LFT's - Hepatic Panel
Alkaline Phosphatase Isoenzymes

**Notes:**

______________________________
Jennifer Hayles, ARNP

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

## Lab Orders

**Date:** 11/8/2022 2:46 PM

**Patient Name:** **ROBERTA L. GALYON**

**Gender:** Female

**Account #:** 19370

**DOB (age):** (57)

**Address:** [redacted]

[redacted]6456

**Phone:** [redacted]

**Provider:** Jennifer Hayles, ARNP

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

**Primary Insurance:** BCBS of Tennessee, Coverage Type: Primary, Policy Number: STTS00383345, Group Number: 80860, Patient Relationship: Spouse, Gender: Male, DOB:

**Additional Insurance:**

---

**Laboratory Test(s):** LFT's - Hepatic Panel.

Alkaline Phosphatase Isoenzymes.

**Allergies:** Patient has no known allergies

**Diagnoses:** Non alcoholic fatty liver disease: 571.8
Abnormal LFTs - R79.89

Jennifer Hayles, ARNP
Electronically signed on 11/8/2022 2:47:33 PM by Jennifer Hayles, ARNP

**EDMUNDS**
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

| | | | |
|---|---|---|---|
| **Date:** | 10/14/2022 4:30 PM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Provider:** | Meade C. Edmunds, MD | | |

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

**Chief Complaint:** Foul smelling BM, constipation, Hx of hiatal hernia repair w/pain since, nausea, has been told has fatty liver

**History of Present Illness:**

ROBERTA GALYON is a 57 year old female patient who is seen at the request of Timothy Collins for a consultation. She has a history of hiatal hernia. The first repair was in May 2021 and the second repair was in May 2022. She states her food does not go down at times and she feels like it is stuck, and sometimes the food will come back up. She states at times she will have urgency. She has had a cholecystectomy. She has no family history of colon cancer or polyps. She has a history of anemia and she he takes iron tablets. She also states she has a history of fatty liver. She has not had an ultrasound performed. She denies any fever or chills. She has no melena, hematochezia, hematemesis, pneumaturia, hematuria, or dysuria.

**Past Medical History**

**Allergies:** Patient has no known allergies

**Medical Conditions:** Anemia
Anxiety disorder
carotid artery blockage
Diabetes Mellitus, Insulin Dependent (Type 1)
Diabetes Mellitus, Non-Insulin Dependent (Type 2)
Fatty Liver
Fibrositis / Fibromyalgia
High Cholesterol
Kidney disease
Skin Cancer
Sleep apnea
Vascular Disease

**Surgical Procedures:** Cholecystectomy
cataract both eyes
Hysterectomy - Abdominal
Joint Replacement - site unspecified

**Dx Studies:** CT Abdomen/Pelvis, 03/21
MRI Abdomen/Pelvis, 03/21

**Immunizations:** Hep A, adult, 04/25/2017
Hep B, adult, 04/25/2017
pneumococcal polysaccharide PPV23, 10/01/2015

**Social History**

Marital Status: Married
Alcohol: None
Tobacco: Never smoker
Drugs: None
Exercise: None
Caffeine: Daily.

**Review of Systems:**

| | |
|---|---|
| **Allergic/immunologic:** | *Denies* HIV exposure, persistent infections, strong allergic reactions or urticaria. |
| **Cardiovascular:** | *Complains of* **dyspnea with exercise**. *Denies* chest pain, irregular heart beat, orthopnea, palpitations, peripheral edema, syncope. |
| **Constitutional:** | *Denies* fatigue, fever, loss of appetite, malaise, sweats, weight gain, weight loss. |
| **ENMT:** | *Complains of* **difficulty swallowing**, **nose bleeds**. *Denies* dizziness, ear pain, nasal obstruction, sore throat, hearing loss. |
| **Endocrine:** | *Denies* excessive thirst, hair loss, heat intolerance. |
| **Eyes:** | *Denies* double vision, loss of vision, photophobia. |
| **Gastrointestinal:** | *Complains of* **abdominal pain**, **abdominal swelling**, **change in bowel habits**, **constipation**, **diarrhea**, **gas**, **heartburn**, **nausea**, **rectal bleeding**, **dysphagia**. *Denies* jaundice, stomach cramps, vomiting. |
| **Genitourinary:** | *Denies* dark urine, decrease in urine flow, dysuria, frequent urinary infections, frequent urination, hematuria, nocturia, urethral discharge or incontinence. |
| **Hematologic/Lymphatic:** | *Complains of* **easy bruising**. *Denies* bleeding gums or palpable lymph nodes, prolonged bleeding. |
| **Integumentary:** | *Denies* allergies, dryness, hives, itching, jaundice, lesions, rashes. |
| **Musculoskeletal:** | *Complains of* **joint pain**, **muscle weakness**, **stiffness**. *Denies* arthritis, back pain, gout, joint deformity. |
| **Neurological:** | *Complains of* **frequent headaches**, **migraine**, **numbness or tingling**. *Denies* dizziness, fainting, seizures, tremors, vertigo, memory loss. |
| **Psychiatric:** | *Complains of* **anxiety**, **panic attacks**. *Denies* depression, difficulty sleeping, hallucinations, nervousness, paranoia. |
| **Respiratory:** | *Denies* asthma, cough, dyspnea, excessive sputum, hemoptysis, shortness of breath with exercise, wheezing. |

**Vital Signs:**

| BP (mmHg) | Pulse (bpm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 149/85 | 65 | Regular | 181 / 1 | 5 / 5 | 30.13 | 16 | 98.3 (F) |

| SPO2 (%) |
|---|
| 99 |

**Physical Exam:**

*Exam chaperoned*

**Constitutional:**

*Appearance:* well-developed, well nourished, appropriate grooming, in no acute distress..
*Communication:* conversation appropriate.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions.
*Palpation:* no induration or subcutaneous nodules.

**Eyes:**

*Conjunctivae/lids:* lids normal,anicteric sclerae, moist conjunctivae.
*Pupils/irises:* Symmetrial.

**ENMT:**

*External:* normal external inspection of the nose and ears, atraumautic.
*Oropharynx:* normal oral mucosa, nl lips/gums, good dentition, normal tongue, hard and soft palate;.

**Neck:**

*Neck:* normal motion and central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal respiratory effort and no intercostal retractions, no accessory muscle usage.
*Auscultation:* normal breath sounds, no rubs, wheezes or rhonchi.

**Chest:**

*Inspection:* symetrical without visualized masses.
*Palpation:* no significant costal margin tenderness.

**Cardiovascular:**

*Auscultation:* normal, S1 and S2,no gallops,no rubs or murmurs.
*Peripheral:* no edema, varicosities or cyanosis. Nl rhythm, symmetric; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* soft, non-distented, no tenderness or masses,normal bowel sounds.
*Liver/Spleen:* normal,normal size,not palpable , no hepatosplenomegaly.

**Musculoskeletal:**

*Gait/station:* normal.
*Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.
*Back:* no kyphosis or scoliosis.
*Muscles:* normal strength and tone, no atrophy or abnormal movements.

**Extremities:**

*RLE:* no cyanosis, bruising, clubbing, or edema. Normal peripheral pulses..
*LLE:* no cyanosis, bruising, clubbing or edema. Normal peripheral pulses..
*Digits/Nails:* no clubbing, cyanosis, inflammation, petechiae, ischemia, infection or Osler's nodes.

**Psychiatric:**

*Judgment/insight:* normal judgement, normal insight.
*Orientation:* oriented to time, space and person.

**Neurologic:**

*Reflexes:* cranial nerves - grossly normal; motor - grossly normal.
*Sensation:* normal sensation to touch; grossly normal.

**Diagnosis:**

Anemia of unknown etiology
Iron deficiency anemia
Change in bowel habits
Alternating constipation and diarrhea
Non alcoholic fatty liver disease
Bloating
History of hiatal hernia
Status post Nissen fundoplication

**Plan:**

EGD
Colonoscopy with Plenvu
Stool for occult blood X 1
sibo
CBC w/auto diff
CMP (Complete Metabolic Panel)
FibroSURE, NASH
ruq u/s
Life style education regarding diet
Smoking education
Obtain recent records from referring provider/PCP

**Risk & Medical Necessity:** The patient requires Moderate Severity care for this visit. Diagnosis and management options are Limited. The amount of data reviewed and/or ordered is Limited. The level of risk is Moderate.

**Notes:** Portions of this note were transcribed by scribe Tonya Paul. I, Dr. Meade Edmunds, personally performed the history, physician exam and medical decision making and confirmed the accuracy of information in the transcribed note.

Meade C. Edmunds, MD
Electronically signed on 10/17/2022 5:02:53 AM by Meade C. Edmunds, MD

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

## Diagnostic Studies

| | | | |
|---|---|---|---|
| **Date:** | 10/14/2022 4:30 PM | | |
| **Patient Name:** | **ROBERTA L. GALYON** | **Gender:** | Female |
| **Account #:** | 19370 | **DOB (age):** | (57) |
| **Address:** | [redacted]<br>[redacted]6456 | | |
| **Phone:** | [redacted] | | |
| **Provider:** | Meade C. Edmunds, MD NPI:1376519074 | | |
| **Referring Physician:** | Timothy J. Collins, MD<br>305 Grady Rd Ste B, Etowah, TN 37331<br>(423) 263-0722 (phone)<br>(423) 263-5232 (fax) | | |
| **Primary Insurance:** | BCBS of Tennessee, Type: Primary<br>1 Cameron Hill Circle, Suite 0002, Chattanooga, TN, 37402<br>Phone: (800) 924-7141<br>Policy #: STTS00383345, Group #: 80860<br>Insured: SCOTT GALYON, Relationship: Spouse, Gender: M, DOB: | | |

---

**Diagnostic Studies:** rug u/s.

**Allergies:** Patient has no known allergies

**Diagnoses:**
Anemia of unknown etiology: 285.9 - D64.9
Iron deficiency anemia: 280.9 - D50.9
Change in bowel habits: 787.99
Alternating constipation and diarrhea - R19.8
Non alcoholic fatty liver disease: 571.8
Bloating - R14.0
History of hiatal hernia - Z87.19
Status post Nissen fundoplication - Z98.890

Meade C. Edmunds, MD
Electronically signed on 10/17/2022 5:02:53 AM by Meade C. Edmunds, MD

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

# Lab Orders

**Date:** 10/14/2022 4:30 PM

**Patient Name:** **ROBERTA L. GALYON**

**Gender:** Female

**Account #:** 19370

**DOB (age):** (57)

**Address:** [redacted]
[redacted]6456

**Phone:** [redacted]

**Provider:** Meade C. Edmunds, MD

**Referring Physician:** Timothy J. Collins, MD
305 Grady Rd Ste B, Etowah, TN 37331
(423) 263-0722 (phone)
(423) 263-5232 (fax)

**Primary Insurance:** BCBS of Tennessee, Coverage Type: Primary, Policy Number: STTS00383345, Group Number: 80860, Patient Relationship: Spouse, Gender: Male, DOB:

---

**Laboratory Test(s):**

Stool for occult blood - diagnostic.
**Lab:** Stool for occult blood X 1.

CBC w/auto diff.

CMP (Complete Metabolic Panel).

FibroSURE, NASH.

**Allergies:** Patient has no known allergies

**Diagnoses:**

Anemia of unknown etiology: 285.9 - D64.9
Iron deficiency anemia: 280.9 - D50.9
Change in bowel habits: 787.99
Alternating constipation and diarrhea - R19.8
Non alcoholic fatty liver disease: 571.8
Bloating - R14.0
History of hiatal hernia - Z87.19
Status post Nissen fundoplication - Z98.890

Meade C. Edmunds, MD
Electronically signed on 10/17/2022 5:02:53 AM by Meade C. Edmunds, MD

AEL
AMERICAN ESOTERIC LABORATORIES
7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS:
**FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: **334049545**<br>REQUISITION: KX022890011443<br>COLLECTED: 10/14/2022 17:33:00<br>RECEIVED: 10/14/2022 22:54:00<br>REPORTED: 10/17/2022 16:18:00<br>AMENDED:<br>REPRINTED: 10/17/2022 | **GALYON,ROBERTA L**<br>DOB: [redacted] AGE: 57 Years<br>GENDER: F CHART#:<br>FASTING: Unknown<br>ID: 19370<br>PHONE: [redacted]<br>ADDRESS: | **EDMUNDS,MEADE**<br>**CLIENT INFORMATION**<br>**MEADE C EDMUNDS, MD 2289**<br>4713 PAPERMILL DR SUITE 130<br>KNOXVILLE<br>TN, 37909<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | | | |
| Sodium | 143 | | | 135-146 | mEq/L | KNX |
| Potassium | 4.5 | | | 3.5-5.4 | mEq/L | |
| Chloride | 106 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 25 | | | 19-31 | mEq/L | |
| Anion Gap | 12 | | | 7-23 | mEq/L | |
| Glucose Non-Fasting | 105 | | | 70-139 | mg/dL | |
| **Urea Nitrogen (BUN)** | | **25** | **H** | **6-20** | **mg/dL** | |
| Creatinine | 0.73 | | | 0.60-1.30 | mg/dL | |
| 2021 CKD-EPI eGFR-cr | 96 | | | >59 | mL/min/1.73m'2 | |
| BUN/Creatinine Ratio | 34 | | | | ratio | |
| Calcium Total | 9.4 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 6.6 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.5 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.1 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.1 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.2 | | | 0.0-1.2 | mg/dL | |
| **Alkaline Phosphatase** | | **141** | **H** | **40-136** | **U/L** | |
| AST (SGOT) | 18 | | | 9-40 | U/L | |
| ALT (SGPT) | 29 | | | 5-40 | U/L | |

Comment for COMP METABOLIC PANEL

Fasting status not provided. If the patient fasted the appropriate glucose reference range is 70-99 mg/dL.

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL | | | | | | |
| WBC | 6.7 | | | 4.0-11.0 | K/uL | KNX |
| RBC | 4.41 | | | 4.00-5.50 | M/uL | |
| Hemoglobin | 12.9 | | | 12.0-16.0 | g/dL | |
| Hematocrit | 40.9 | | | 36.0-48.0 | % | |
| MCV | 92.7 | | | 78.0-102.0 | fL | |
| MCH | 29.3 | | | 25.0-35.0 | pg | |
| MCHC | 31.5 | | | 30.0-38.0 | g/dL | |
| RDW | 13.2 | | | 11.5-16.0 | % | |
| Platelet Count | 309 | | | 150-450 | K/uL | |
| Abs Neutrophils | 3.2 | | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 2.7 | | | 1.0-4.0 | K/uL | |



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 11/9/2022 ROBERTA L. GALYON, 19370,

Lincoln/Galyon 1213

AEL

7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 334049545<br>REQUISITION: KX022890011443<br>COLLECTED: 10/14/2022 17:33:00<br>RECEIVED: 10/14/2022 22:54:00<br>REPORTED: 10/17/2022 16:18:00<br>AMENDED:<br>REPRINTED: 10/17/2022 | GALYON,ROBERTA L<br>DOB: AGE: 57 Years<br>GENDER: F CHART#:<br>FASTING: Unknown<br>ID: 19370<br>PHONE:<br>ADDRESS: | EDMUNDS,MEADE<br>**CLIENT INFORMATION**<br>MEADE C EDMUNDS, MD 2289<br>4713 PAPERMILL DR SUITE 130<br>KNOXVILLE<br>TN, 37909<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| Abs Monocytes | 0.6 | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.2 | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.1 | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | 0.0-0.1 | K/uL | |
| Neutrophils | 48.0 | | | % | |
| Lymphocytes | 39.7 | | | % | |
| Monocytes | 8.3 | | | % | |
| Eosinophils | 3.0 | | | % | |
| Basophils | 0.8 | | | % | |
| Immature Grans | 0.2 | | | % | |
| Nucleated RBCS | <1.0 | | <1 | /100 WBCs | |
| **FIBROACT** | | | | | |
| Fibrosis Score | 0.07 | | | | SRL |
| Fibrosis Stage | F0 | | | | |
| Fibrosis Interp | No Fibrosis | | | | |
| Necroinfl Score | 0.11 | | | | |
| Necroinfl Grade | A0 | | | | |
| Necroinfl Interp | No Activity | | | | |
| A2 Macroglobulin | 168 | | 131-293 | mg/dL | |
| Haptoglobin | 113 | | 32-197 | mg/dL | |
| Apolipoprotein A1 | 167 | | 108-225 | mg/dL | |
| Bilirubin | <0.2 | | <1.3 | mg/dL | |
| warnings^The value "<0.2" was changed to "0.2", the minimal detectable value | | | | | |
| Gamma GT | 29 | | <60 | U/L | |
| ALT | 30 | | 10-35 | U/L | |

Comment for FIBROACT
Biomarker testing performed by Sonic Reference Laboratory.
Fibrosis score with interpretation (FibroTest) and Necroinflammatory
score with interpretation (ActiTest) determined algorithmically
from biomarker results by BioPredictive S.A.S. Corresponding METAVIR
fibrosis scores (F0-F4) and activity scores (A0-A3) are provided below.
Stage of Fibrosis (F scale)

| | | |
|---|---|---|
| F0 | 0.00-0.21 | No Fibrosis |
| F0-F1 | 0.22-0.27 | No Fibrosis |
| F1 | 0.28-0.31 | Minimal Fibrosis |



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 11/9/2022 ROBERTA L. GALYON, 19370,

AEL

AMERICAN ESOTERIC LABORATORIES

7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D.; CLIA# 44D0312286

REPORT STATUS:
**FINAL**

| SPECIMEN INFORMATION | | PATIENT INFORMATION | | ORDERING PHYSICIAN |
|---|---|---|---|---|
| SPECIMEN: | **334049545** | **GALYON,ROBERTA L** | | **EDMUNDS,MEADE** |
| REQUISITION: | KX022890011443 | DOB: | [redacted] AGE: 57 Years | **CLIENT INFORMATION** |
| COLLECTED: | 10/14/2022 17:33:00 | GENDER: | F CHART#: | **MEADE C EDMUNDS, MD 2289** |
| RECEIVED: | 10/14/2022 22:54:00 | FASTING: | Unknown | 4713 PAPERMILL DR SUITE 130 |
| REPORTED: | 10/17/2022 16:18:00 | ID: | 19370 | KNOXVILLE |
| AMENDED: | | PHONE: | [redacted] | TN, 37909 |
| REPRINTED: | 10/17/2022 | ADDRESS: | | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | Lab |
|---|---|---|---|---|

```
F1-F2   0.32-0.48     Minimal Fibrosis
F2      0.49-0.58     Moderate Fibrosis
F3      0.59-0.72     Advanced Fibrosis
F3-F4   0.73-0.74     Advanced Fibrosis
F4      0.75-1.00     Severe Fibrosis (cirrhosis)
Grade of Necroinflammatory activity (A scale)
A0      0.00-0.17     No Activity
A0-A1   0.18-0.29     No Activity
A1      0.30-0.36     Minimal Activity
A1-A2   0.37-0.52     Minimal Activity
A2      0.53-0.60     Significant Activity
A2-A3   0.61-0.62     Significant Activity
A3      0.63-1.00     Severe Activity
```

Haptoglobin results may be affected due to specimen hemolysis.
- The reliability of results is dependent on compliance with the preanalytical and analytical conditions recommended by BioPredictive.
- The tests have to be deferred for: acute hemolysis, acute hepatitis, acute inflammation, extra hepatic cholestasis.
- The advice of a specialist should be sought for interpretation in chronic hemolysis and Gilbert's syndrome.
- The test interpretation is not validated in liver transplant patients.
- Isolated extreme values of one of the components should lead to caution in interpreting the results.
- In case of discordance between a biopsy result and a test, it is recommended to seek the advice of a specialist. The causes of these discordances could be due to a flaw of the test or to a flaw in the biopsy: i.e. a liver biopsy has a 35% variability rate for one fibrosis stage.
- ALT may be underestimated in vitamin B6 deficient individuals. This has no effect on the FibroTest score but may underestimate the Actitest score.
- FibroTest is interpretable for chronic hepatitis B and C, alcoholic and non alcoholic steatosis.
- ActiTest is interpretable for chronic hepatitis B and C.

**Legend:**

KNX----------> AEL - Knoxville 7501 Strawberry Plains Pike Knoxville, TN 37924
Laboratory Director: Holly H. Pierce, M.D.; CLIA# 44D0312286
(800)671-5227



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 11/9/2022 ROBERTA L. GALYON, 19370,

AEL

7501 Strawberry Plains Pike
Knoxville, TN 37924
(800) 671-5227
Director: Holly H. Pierce, M.D., CLIA# 44D0312286

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: **334049545**<br>REQUISITION: KX022890011443<br>COLLECTED: 10/14/2022 17:33:00<br>RECEIVED: 10/14/2022 22:54:00<br>REPORTED: 10/17/2022 16:18:00<br>AMENDED:<br>REPRINTED: 10/17/2022 | **GALYON,ROBERTA L**<br>DOB: [redacted] AGE: 57 Years<br>GENDER: F CHART#:<br>FASTING: Unknown<br>ID: 19370<br>PHONE:<br>ADDRESS: | **EDMUNDS,MEADE**<br>**CLIENT INFORMATION**<br>**MEADE C EDMUNDS, MD** **2289**<br>4713 PAPERMILL DR SUITE 130<br>KNOXVILLE<br>TN, 37909<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|

SRL---------->    Sonic Reference Laboratory 3800 Quick Hill Road, Bldg 3, Suite 101 Austin, TX 78728
Laboratory Director: Dr. Paolo Cotzia, M.D. CLIA# 45D2083658

*** END OF REPORT - FINAL ***

| 334049545 | GALYON,ROBERTA L | Page: 4(Last) |
|---|---|---|

Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 11/9/2022 ROBERTA L. GALYON, 19370,

**Sonic Reference Laboratory**
3800 Quick Hill Rd, Bld. 3, Suite 101
Austin, TX 78728
(512) 531-2100

## Patient and Provider Information

| | | |
|---|---|---|
| Patient: **GALYON, ROBERTA** | Episode: 334049545 | Ordering Lab: |
| DOB: [redacted] | Requisition: 334049545 | EDMUNDS |
| Age: 57 | Collected: 10/14/2022 16:33 | 4713 PAPERMILL DR KNOXVILLE, TN 37909 |
| Sex: F | Received: 10/16/2022 18:03 | Physician: MEADE EDMUNDS |
| | Generated: 10/17/2022 15:12 | |

## FibroACT - TEST RESULTS

**Biomarkers**

| Marker | Result | Units | Reference Range |
|---|---|---|---|
| A2 Macroglobulin | 168 | mg/dL | 131-293 |
| Haptoglobin | 113 | mg/dL | 32-197 |
| Apolipoprotein A1 | 167 | mg/dL | 108-225 |
| Bilirubin | <0.2 | mg/dL | <1.3 |
| Gamma GT | 29 | U/L | <60 |
| ALT | 30 | U/L | 10-35 |

**FibroTest** **ActiTest**




**Score: 0.07 (F0)** **Score: 0.11 (A0)**

## FibroACT - INTERPRETATIVE INFORMATION

Biomarker testing performed by Sonic Reference Laboratory. Fibrosis score with interpretation (FibroTest) and Necroinflammatory score with interpretation (ActiTest) determined algorithmically from biomarker results by BioPredictive S.A.S. Corresponding METAVIR fibrosis scores (F0-F4) and activity scores (A0-A3) are provided below.

| State of fibrosis (F scale) | | | Grade of Necroinflammatory activity (A scale) | | |
|---|---|---|---|---|---|
| F0 | 0.00-0.21 | No fibrosis | A0 | 0.00-0.17 | No activity |
| F0-F1 | 0.22-0.27 | No fibrosis | A0-A1 | 0.18-0.29 | No activity |
| F1 | 0.28-0.31 | Minimal fibrosis | A1 | 0.30-0.36 | Minimal activity |
| F1-F2 | 0.32-0.48 | Minimal fibrosis | A1-A2 | 0.37-0.52 | Minimal activity |
| F2 | 0.49-0.58 | Moderate fibrosis | A2 | 0.53-0.60 | Significant activity |
| F3 | 0.59-0.72 | Advanced fibrosis | A2-A3 | 0.61-0.62 | Significant activity |
| F3-F4 | 0.73-0.74 | Advanced fibrosis | A3 | 0.63-1.00 | Severe activity |
| F4 | 0.75-1.00 | Severe fibrosis (cirrhosis) | | | |

## FibroACT – PRECAUTIONS OF USE AND INTERPRETABILITY

- The reliability of results is dependent on compliance with the preanalytical and analytical conditions recommended by BioPredictive.
- The tests have to be deferred for: acute hemolysis, acute hepatitis, acute inflammation, extra hepatic cholestasis.
- The advice of a specialist should be sought for interpretation in chronic hemolysis and Gilbert's syndrome.
- The test interpretation is not validated in liver transplant patients.
- Isolated extreme values of one of the components should lead to caution in interpreting the results.
- In case of discordance between a biopsy result and a test, it is recommended to seek the advice of a specialist. The causes of these discordances could be due to a flaw of the test or to a flaw in the biopsy: i.e. a liver biopsy has a 33% variability rate for one fibrosis stage
- FibroTest is interpretable for chronic hepatitis B and C, alcoholic and non alcoholic steatosis.
- ActiTest is interpretable for chronic hepatitis B and C.



Sign Off Info: Signed by Jennifer Hayles On 11/8/2022 2:47 PM

Faxed on 11/9/2022 ROBERTA L. GALYON, 19370,

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

# Fax
## Cover Page

**DATE:** 11/9/2022 9:46 AM
**FAX TO:** lincoln financial group - (213) 884-4921 (Fax)
**FROM:** Bailey Kuykendall
**SUBJECT:** ROBERTA L. GALYON's Medical Records
**MESSAGE:**

**Please use and maintain all sensitive, privileged or restricted information in a strictly confidential manner. Confidential/privileged information includes, but is not limited to, sensitive and/or proprietary information concerning office business of Administration, patient medical information and protected health information, employee information or any other restricted information, data or material in any form.**

**If you are neither the intended recipient nor the employee/agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited. Please notify the above sender if you received this information in error.**

**When the information associated with this fax cover sheet contains information related to Substance Use Disorder (SUD) it is protected under 42 CFR Part 2 which prohibits you from making any further disclosure of the Part 2 information without express written authorization of the patient to whom it pertains or as otherwise permitted by 42 CFR Part 2 regulation. A general authorization for the release of medical information is not sufficient for this purpose. A federal rule restricts any use of the information to criminally investigate or prosecute a SUD patient.**

EDMUNDS
GASTROENTEROLOGY

4713 Papermill Drive Suite 100, Knoxville, TN 37909
PHONE: (865) 851-7771
REFERRAL FAX: (865) 851-7835
ALL OTHER DOCUMENTS FAX: (865) 232-1769

**Patient Information**

| | | | | | |
|---|---|---|---|---|---|
| Name: | GALYON , ROBERTA | MRN: | 19370 | SSN: | [redacted] |
| Address: | | Gender: | Female | Date of Birth: | |
| Employer: | | Home: | [redacted] | Marital Status: | Married |
| Title: | | Cell: | [redacted] | Guarantor: | ROBERTA L. GALYON |
| Address: | | Work: | | Phone: | (423) 506-8362 [redacted] |
| Phone: | | Email: | | | |
| Providers: | Edmunds, Meade C. | Emergency Contact: | SCOTT GAYLON | | |
| Referring Physicians: | Collins, Timothy J. | Phone | | | |
| | | Relationship: | Spouse | | |

**Primary Insurance Information**

| | | | |
|---|---|---|---|
| Carrier: | BCBS of Tennessee | Policy#: | STTS00383345 |
| Phone: | (800) 924-7141 | Group ID/Name: | 80860/ |
| Address: | 1 Cameron Hill Circle<br>Suite 0002<br>Chattanooga, TN 37402 | Plan ID/Name: | / |
| Subscriber Name: | GALYON, SCOTT | Subscriber DOB: | |

# Quality Assurance Report

## Request Information

Report Date: November 9, 2022

**RP ID:** 10008510

Patient Name: GALYON, ROBERTA

Provider Name: EDMUNDS GASTROENTEROLOGY PLLC.

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:
Please send records seen by:Edmunds Gastro

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Galyon 1220**

ReleasePoint

## Medical Record Overview

**Date:** **November 5, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** CHATTANOOGA HEART & RHYTHM CENTER
5726 Marlin Rd Suite 500,
Chattanooga, TN 37411
(423) 682-8100

**RP ID:** 9769038

**Client ID:** 10784870

**Source:** L-WALMAR

**Request Scope:** From January 1, 2022 to Present

**Req By:** J Graves
JGraves

**Chart Range:** 10/01/2020 - 10/15/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 1 2020 | Oct 1 2020 | 2 | 2 |
| EKG/Cardiology | Oct 1 2020 | Oct 1 2020 | 1 | 4 |
| Labs/Diagnostics | Oct 15 2020 | Oct 15 2020 | 2 | 5 |
| Other Records | | | 5 | 7 |
| Request Corr. | | | 2 | 12 |

**Total Page Count:** 12

**Notes From QC:**

as per advise sending records from 06/2020 to 10/2020 to client

**Lincoln/Galyon 1221**

# GALYON, ROBERTA

55 Y old Female, DOB:
Account Number: 12476

Home: [redacted]
Guarantor: GALYON, ROBERTA Insurance: BCBS TN- NETWORK S Payer ID: 00890
PCP: Timothy Collins Referring: Anuj Chandra
Appointment Facility: Chattanooga Heart and Rhythm Center PLLC

10/01/2020 Brian Cooper, MD

**Current Medications**

Taking
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day
- Fluoxetine HCl 40 MG Capsule 1 tablet in the morning Orally OD
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet before bedtime Orally
- Clonazepam 0.5 MG Tablet 1 tablet Orally PRN
- Maxalt 10 MG Tablet 1 tablet as needed one time Orally
- Sudafed 30 MG Tablet 1 tablet as needed Orally
- MetFORMIN HCl ER 500 MG Tablet Extended Release 24 Hour 1 tablet with evening meal Orally Once a day
- Tylenol Extra Strength 500 MG Tablet 1 tablet as needed Orally , Notes: AS NEEDED
- Zyrtec Allergy 10 MG Capsule 1 capsule Orally Once a day, Notes: AS NEEDED
- Trulicity 0.75 MG/0.5ML Solution Pen-injector as directed Subcutaneous 1X WEEKLY
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day

Not-Taking
- Diclofenac Sodium 50 MG Tablet Delayed Release 1 tablet Orally Twice a day as needed
- Phentermine HCl 37.5 MG Capsule 1 capsule Orally Once a day
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally daily
- Medication List reviewed and reconciled with the patient

Past Medical History

PVC.
FATTY LIVER.
INSOMNIA.
OSA.
MYOTONIA.

**Surgical History**

GALLBLADDER
BILATERAL NEUROMA REMOVAL FEET
WRIST CYST REMOVAL
CATARACT SX BOTH EYES
RT KNEE SURGERY JUNE/2020

**Family History**

Father: deceased, diagnosed with Heart Failure
Mother: deceased, Myocardial Infarction

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

BRONCHITIS MARCH/2020
KIDNEY STONES 2019

## Reason for Appointment

1. 6 MONTH FOLLOW UP//KD.

## History of Present Illness

Cardiology:

Ms Galyon is a 55 y/o female with h/o PVC's and OSA who presents for follow up evaluation. She c/o LE swelling. She is s/p sleep study with an arrhythmia recorded. The specific type is not known. She denies palpitations. She has mild DOE. She denies typical CP, SOB at rest, PND and orthopnea. She has had no syncope. She is to have right knee surgery in the near future.

Echocardiogram:

10/11/18 - EF 50-55%, mild MR, mild TR.
10/23/19 - EF 55-60%.

## Vital Signs

Ht 65 in, Wt 214 lbs, BMI 35.61 Index, BP 130/88 mm Hg, Temp 97.5 F, HR 87 /min, Oxygen sat % 95 %, Ht-cm 165.1, Wt-kg 97.07.

## Examination

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
MUSCULOSKELETAL: normal.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessments

1. Ventricular premature depolarization - I49.3 (Primary)
2. Other cardiac arrhythmia - I49.8
3. Obstructive sleep apnea syndrome - G47.33
4. Pre-hypertension - R03.0
5. Nonrheumatic mitral valve insufficiency - I34.0
6. Non-rheumatic tricuspid valve insufficiency - I36.1

## Treatment

**1. Ventricular premature depolarization**

PROCEDURE: Electrocardiogram ECG (93000)

Notes: S/p 14 day Zio monitor with <1% PVC's recorded. ECG with no PVC's.

**2. Other cardiac arrhythmia**

IMAGING: Echo Complete (93306)

Notes: S/p monitor as above. Will check ECHO.

**3. Obstructive sleep apnea syndrome**

Notes: Continue CPAP

## Review of Systems

General/Constitutional:
Extreme Fatigue: denies. Recent Weight gain: denies. Recent Weight loss: denies. Difficulty Sleeping: denies. Excessive Sweating: denies.

Skin:
Mole(s) or Lesion(s): denies. History of Skin Cancer: denies. Psoriasis: denies. Unusual or Prolonged Rashes: denies. Easy Bruising: denies.

Eyes, Ears, Nose and Throat:
Change in Vision: denies. Cataracts: denies. Glaucoma: denies. Decreased hearing: denies. History of Inner Ear: denies. Nosebleed denies. Sinus Drainage/Congestion: denies. Allergies: denies. Voice Changes; denies. Frequent Sore Throat: denies. Difficulty swallowing: denies.

Endocrine:
Heat intolerance: denies. Cold intolerance: denies. Excessive thirst: denies. Frequent urination: denies.

Respiratory:
Shortness of breath: denies. Chronic Cough: denies. Asthma: denies. Lung Disease (COPD/Emphy): denies. History of Pneumonia: denies. History of Tuberculosis: denies.

Cardiovascular:
Chest pain: **admits**. Irregular Heart Rhythm: **admits**. Dizziness: **admits**. Shortness of breath: **admits**. Swelling of Legs, Ankles, Feet: **admits**. Cramping in Legs w/ Walking: denies.

Gastrointestinal:
Change in appetite: denies. Heartburn/Reflux: denies. Stomach Ulcers: denies. Abdominal pain: denies. Nausea/Vomiting: denies. Frequent Diarrhea: denies. Frequent Constipation: denies. Black or Bloody Stools: denies.

Genitourinary:
Burning with Urination: denies. Blood in urine: denies. Frequent urination: denies. Decreased Urine Stream: denies. Lack of Bladder Control : denies.

Musculoskeletal:
Arthritis/Joint Paint: denies. History of Gout: denies. Back Pain: denies. Muscle Pain denies.

Neurologic:
Frequent Headaches: denies. Tingling/Numbness: denies. History of Seizures: denies. Change in Memory: denies. Poor Concentration: denies. Dizziness: denies. Fainting Spells: denies.

Psychiatric:
Depressed mood: denies. Anxiety: denies. Bipolar: denies. Schizophrenia: denies.

**4. Pre-hypertension**
Notes: Bp under better control, will recheck at follow up.

**5. Nonrheumatic mitral valve insufficiency**
IMAGING: Echo Complete (93306)
Notes: Trace MR, will recheck ECHO in 10/2020.

**6. Non-rheumatic tricuspid valve insufficiency**
IMAGING: Echo Complete (93306)
Notes: Trace TR.

**7. Others**
Notes: A Healthy Heart: Care Instructions material was printed Premature Heartbeat: Care Instructions material was printed A Healthy Heart: Care Instructions material was printed. .

## Procedures

Cardiac Procedure(s):
ECG: Sinus rhythm with rate of 82 bpm. Holter Monitor: 9/23/18 - 14 day Zio monitor with <1% PVC's.

## Preventive Medicine

Counseling: BP Management: LIFESTYLE RECOMMENDATION: Lifestyle education. Communication to patient: Nutrition counseling consisting of Diet education, Physical Activity counseling consisting of Exercise education.

## Procedure Codes

93000 -ELECTROCARDIOGRAM, COMPLETE
G8427 DOC MEDS VERIFIED W/PT OR RE
G8783 NORMAL BP READING DOC F/U NOT RQR

## Follow Up

6 Weeks



**Electronically signed by Brian Cooper , M.D. on 10/01/2020 at 01:32 PM EDT**

**Sign off status: Completed**

**Chattanooga Heart and Rhythm Center PLLC**
**5726 MARLIN RD STE 500**
**CHATTANOOGA, TN 37411-5670**
**Tel: 423-682-8100**
**Fax: 423-682-8101**

10/01/2020 13:21:10

ID: #STAT#201001132113

| | | |
|---|---|---|
| D.O.B.: | Vent. Rate: | 65 bpm |
| Dr: Cooper | RR Interval: | 914 ms |
| Tech: Acppaula | PR Interval: | |
| | QRS Duration: | 136 ms |
| | QT Interval: | 442 ms |
| | QTc Interval: | 450 ms |
| | QT Dispersion: | 74 ms |
| | P-R-T AXIS: | 130 -138 |

Accelerated idioventricular rhythm.
Right axis deviation
Incomplete LBBB
Lateral infarct - age undetermined
Possible anterior infarct - age undetermined
Inferior ST-T changes may be due to myocardial ischemia

Abnormal ECG

* Unconfirmed Analysis *




L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

25 mm/s
~STABLE 40 Hz

**Lincoln/Galyon 1224**

## *Chattanooga Heart & Rhythm Center*

### Cardiac report: Complete

| | |
|---|---|
| Name **GAYLON, ROBERTA** | Date **10/15/2020** |
| Birthdate [redacted] | Sonographer **Default user** |
| Patient Id **12476** | Ref. Doc. |
| Gender **Female** | Physician |
| Height | |
| Weight | |

| **2D** | | **M-Mode** | | **Doppler** | |
|---|---|---|---|---|---|
| IVSd | 1.2 cm | TAPSE | 1.7 cm | MV E Vel | 0.82 m/s |
| LVIDd | 4.2 cm | | | MV DecT | 161 ms |
| LVPWd | 1.1 cm | | | MV Dec Slope | 5.1 m/s² |
| EDV(Teich) | 79 ml | | | MV A Vel | 0.77 m/s |
| LVIDs | 3.0 cm | | | MV E/A Ratio | 1.07 |
| ESV(Teich) | 36 ml | | | E' Sept | 0.08 m/s |
| EF(Teich) | 55 % | | | E' Lat | 0.08 m/s |
| %FS | 28 % | | | E/E' Sept | 9.81 |
| SV(Teich) | 44 ml | | | E/E' Lat | 9.73 |
| LA Diam | 2.5 cm | | | E' Avg | 0.08 m/s |
| LVOT Diam | 2.1 cm | | | E/E' Avg | 9.77 |
| Ao Diam | 2.7 cm | | | LVOT Vmax | 0.81 m/s |
| Ao asc | 3.0 cm | | | LVOT maxPG | 2.60 mmHg |
| RVIDd | 3.2 cm | | | AV Vmax | 1.14 m/s |
| IVC | 17.85 mm | | | AV maxPG | 5.21 mmHg |
| LVLd A4C | 6.4 cm | | | PV Vmax | 0.91 m/s |
| LVEDV MOD A4C | 45 ml | | | PV maxPG | 3.34 mmHg |
| LVLs A4C | 5.3 cm | | | TR Vmax | 2.50 m/s |
| LVESV MOD A4C | 20 ml | | | TR maxPG | 25.02 mmHg |
| LVEF MOD A4C | 57 % | | | RAP | 5.00 mmHg |
| SV MOD A4C | 26 ml | | | RVSP | 30.02 mmHg |
| LVLd A2C | 6.7 cm | | | | |
| LVEDV MOD A2C | 48 ml | | | | |
| LVLs A2C | 5.8 cm | | | | |
| LVESV MOD A2C | 19 ml | | | | |
| LVEF MOD A2C | 62 % | | | | |
| SV MOD A2C | 30 ml | | | | |
| EF Biplane | 59 % | | | | |
| LVEDV MOD BP | 48 ml | | | | |
| LVESV MOD BP | 20 ml | | | | |

**Referral Diagnosis**

**Findings**

ECG rhythm:Sinus rhythm.

Print Date: 11/11/2020

Study quality:This was a technically adequate study.

Left Ventricle:The left ventricular size is normal. There is borderline concentric left ventricular hypertrophy. Overall left ventricular systolic function is normal with, an EF between 60 - 65 %. The diastolic filling pattern is normal for the age of the patient. No regional wall motion abnormalities were noted.

Right Ventricle:The right ventricle is normal in size. The right ventricular systolic function is normal.

Left Atrium:The left atrium is normal in size.

Right Atrium:The right atrial size is normal.

ASD/VSD:Interatrial and interventricular septum intact.

Aortic Valve:The aortic valve is trileaflet, and appears structurally normal. No aortic stenosis or regurgitation.

Mitral Valve:Normal appearing mitral valve. There is trace mitral regurgitation.

Tricuspid Valve:The tricuspid valve appears structurally normal. Trace tricuspid regurgitation present. Right ventricular systolic pressure is normal at < 35 mmHg. There is no evidence of pulmonary hypertension.

Pulmonic Valve:The pulmonic valve was not well visualized. There is no pulmonic regurgitation present.

Aorta:The aortic root size is normal.

IVC/Hepatic Veins:The inferior vena cava is mildly dilated.

Pericardium:There is no pericardial effusion.

**Conclusions**

1. Overall left ventricular systolic function is normal with, an EF between 60 - 65 %.

Sign Off Date: **Brian Cooper, M.D.**

..............................................................................................
(physician)

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:52:32 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:53:33 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:53:33 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:51:32 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 17 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:52:32 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# F A X S H E E T

| | |
|---|---|
| Date: | Sep-20-2022 08:52:02 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 213-884-4921 |
| To Company: | |
| From Name: | Lowman,Heather C |
| From Company: | Chattanooga Heart and Rhythm Center PLLC |
| From Facility: | Chattanooga Heart and Rhythm Center PLLC |
| Support Contact: | 423-682-8100 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# Quality Assurance Report

## Request Information

Report Date: November 5, 2022

**RP ID:** 9769038

Patient Name: GALYON, ROBERTA

Provider Name: CHATTANOOGA HEART & RHYTHM CENTER

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:

Provide medical records - Seen By: CHATTANOOGA HEART & RHYTHM CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

as per advise sending records from 06/2020 to 10/2020 to client

Chart Reviewed By: AJYOR

**Lincoln/Galyon 1234**

## Medical Record Overview

**Date:** **November 7, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** UNIVERSITY SURGEONS ASSOCIATES
1934 Alcoa Hwy BLDG D #285
Knoxville, TN 37920
(865) 305-9620

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 03/22/2022 - 07/21/2022

**RP ID:** 10008509

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 22 2022 | Jul 21 2022 | 43 | 2 |
| Labs/Diagnostics | Jul 21 2022 | Jul 21 2022 | 2 | 45 |
| Procedure/Operative Reports | May 18 2022 | May 18 2022 | 2 | 47 |
| Request Corr. | | | 2 | 49 |

**Total Page Count:** 49

**Notes From QC:**

**Lincoln/Galyon 1235**

UNIVERSITY SURGEONS ASSOCIATES

# INVOICE

Date: November 7, 2022
INVOICE # 27720

From: University Surgeons Associates, PC
1934 Alcoa Hwy,
MOB D, Ste. 285
Knoxville, TN 37920
Ph: 865-305 9620
Fax: 865-525-3460
**TAX ID# 311626179**

To: Lincoln Financial Group
RP Claims Processing
P.O. Box 1390
St. Peter, MO 63376

Phone: 213-266-5039
Fax: 213-884-4921

---

Records On: Patient: **Roberta Galyon**
**DOB:** [redacted]

---

Total Pages Including invoice: 49

Total Record Pages: 46

**Total Charge: $25.50**

1934 Alcoa Highway, Building D, Suite 285, Knoxville, TN 37920
865-305-9620 Fax 865-525-3460 UTSurgery.com

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 03/22/2022 13:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT
The Chief Complaint is: Dsyphagia and nausea after hiatal hernia repair.

## ACTIVE PROBLEMS
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS
Roberta Galyon is a 57 year old female.
Patient with history of hiatal hernia repair. She complains of 1 month of substernal chest pain after meals, nausea w/o vomiting. She also complains of difficulty initating swallowing and has difficulty with liquids and solids. No reflux. No abdominal pain or change in bowel movements. Recently visited Ed 2 weeks prior to office visit, recommended f/u with outpt providers.

## CURRENT MEDICATION
- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES
- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY
**Diagnoses:**
Nonorganic sleep apnea.
Chronic reflux esophagitis

**Date:** 03/22/2022 13:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**
Heart disease
**Maternal:**
Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever and no chills.
**Head:** No headache.
**Cardiovascular:** Chest pain or discomfort. No palpitations and the heart rate was not fast.
**Pulmonary:** No dyspnea.
**Gastrointestinal:** No heartburn. Nausea. No vomiting, no abdominal pain, and no diarrhea.

## PHYSICAL FINDINGS

- Vitals taken 03/22/2022 02:19 pm

| | | |
|---|---|---|
| BP-Sitting R | 132/78 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Large | |
| Pulse Rate-Sitting | 87 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |

| | | |
|---|---|---|
| Weight | 185 lbs | 98 - 183 |
| Body Mass Index | 30.8 kg/m2 | |
| Body Surface Area | 1.91 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed and well nourished.
**Neck:**
Appearance: The neck was not swollen.
Trachea: The trachea was midline.
**Eyes:**
**General/bilateral:**
External: No hyperemia of the conjunctiva.
Sclera: The sclera showed no icterus.
**Ears:**
**General/bilateral:**
Hearing: No hearing loss noted.
**Oral Cavity:**
Teeth: Dentition was well maintained.
**Pharynx:**
Oropharynx: The oropharynx was normal.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen. Lungs clear to auscultation, no wheezing was heard, and no rhonchi were heard.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
Murmurs: No murmurs were heard.
Edema: Edema not present.
**Abdomen:**
Visual Inspection: The abdomen was not distended. Scars: none seen present on visual inspection of he abdomen.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, abdominal non-tender, and no direct tenderness in the abdomen. No mass was palpated in the abdomen.
Hernia: No hernia was discovered.
**Neurological:**
Motor: The muscle tone was normal and motor strength was normal.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.
**Skin:**
The complexion was normal and the skin showed no erythema.

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 03/22/2022 13:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## ASSESSMENT

- Dysphagia

## PLAN

- Follow-up visit

Schedule patient for barium swallow study to evaluate for recurrence of hiatal hernia v esophageal motility abnromality. Will f/u with results in 1 week and plan accordingly based on findings.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD** **Date: 03/22/2022 15:42**

**Electronically approved by: Kyle L Kleppe MD** **Date: 03/22/22 15:42**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 03/31/2022 10:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

## CHIEF COMPLAINT

The Chief Complaint is: Upper GI series follow-up.

## ACTIVE PROBLEMS

- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

Previous history from visit on 3/22/22: Patient with history of hiatal hernia repair. She complains of 1 month of substernal chest pain after meals, nausea w/o vomiting. She also complains of difficulty initating swallowing and has difficulty with liquids and solids. No reflux. No abdominal pain or change in bowel movements. Recently visited Ed 2 weeks prior to office visit, recommended f/u with outpt providers.

Since that time, patient had continued symptoms. She did present to ED again on 3/25 due to worsening chest pain. She had a CT chest abdomen pelvis done at that time which showed small hiatal hernia. Cardiac work-up was negative at that time. She was discharged home. She had barium swallow study performed on 3/28 which showed nonspecific esophageal dysmotility and small hiatal hernia. Patient has continued to have chest pain, which she states occurs often and does not appear to be linked to eating, she continues to endorse trouble initiating swallowing and feeling of fullness. She states that she has remained nauseous, but has not vomited. She denies any palpitations or dyspnea on exertion.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 03/31/2022 10:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## PREVIOUS TESTS

**Imaging:**

**X-Ray Upper GI Series - Barium Swallow:**
An upper GI series with barium swallow was performed.
**CT Scan Of Thorax:**
CT scan of thorax.
**CT Scan Of Abdomen:**
CT scan of abdomen was performed.

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**
Heart disease
**Maternal:**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 03/31/2022 10:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** Tiring easily. No fever and no chills.
**Head:** No headache.
**Neck:** No neck stiffness.
**Eyes:** No blurry vision.
**Cardiovascular:** Chest pain or discomfort. No palpitations and the heart rate was not fast.
**Pulmonary:** Dyspnea. No cough and no wheezing.
**Gastrointestinal:** No heartburn. Nausea. No vomiting, no abdominal pain, and no diarrhea.
**Genitourinary:** No increase in urinary frequency. No dysuria.
**Endocrine:** No polydipsia.
**Musculoskeletal:** Muscle aches.
**Neurological:** No dizziness, no vertigo, and no fainting.
**Psychological:** No anxiety.
**Skin:** No pruritus and no rash.

## PHYSICAL FINDINGS

- Vitals taken 03/31/2022 10:46 am

| | | |
|---|---|---|
| BP-Sitting L | 142/89 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Regular | |
| Pulse Rate-Sitting | 78 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 187 lbs | 98 - 183 |
| Body Mass Index | 31.1 kg/m2 | |
| Body Surface Area | 1.92 m2 | |

**General Appearance:**
Well developed and in no acute distress.
**Neck:**
Trachea: The trachea was midline.
**Eyes:**
**General/bilateral:**
Extraocular Movements: The extraocular movements were normal.
Pupils: PERRL without normal accommodation.
External: The conjunctiva exhibited no abnormalities.
**Lymph Nodes:**
Lymph nodes: normal.
**Cardiovascular:**
Jugular Venous Distention: JVD not increased.

| | |
|---|---|
| **Patient:** | **871369 - Roberta L. Galyon** |
| **DOB:** | [redacted] |
| **SSN:** | |

| | |
|---|---|
| **Date:** | **03/31/2022 10:45** |
| **Provider:** | **Kleppe, Kyle L. MD** |
| **Encounter:** | **USA Post OP** |

Heart Rate And Rhythm: Heart rate and rhythm normal.
Murmurs: No murmurs were heard.
Thrill: No thrill.
Edema: Edema not present.

**Abdomen:**
Visual Inspection: The abdomen was not distended, old surgical scars noted.
Auscultation: The bowel sounds were normal.
Palpation: Abdominal non-tender and no abdominal mass was palpated.
Liver: The liver was not enlarged.
Spleen: The spleen was not enlarged.

**Rectal:**
Rectal Exam: Deferred.

**Musculoskeletal System:**
General/bilateral: Overall findings were normal.

**Neurological:**
Cranial Nerves: The cranial nerves were normal.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.

**Skin:**
The skin general appearance was normal.

**Nails:**
No clubbing of the fingernails.

## ASSESSMENT

• Hiatal hernia

## COUNSELING/EDUCATION

• Education: risks, benefits, and limitations discussed and understood
• Education: pre-op teaching about food prohibition and diet progression in the post-operative period. Material handouts are provided tothe patient
• Education: surgeon's pre-op evaluation: the planned procedure was reviewed with the patient

## DISCUSSED

Radiography does demonstrate that there is a small herniation of the wrap posteriorly with possible compression of the esophagus. Would likely benefit from repeat repair of this.

## PLAN

• Recommended repair of paraesophageal hiatal hernia
• Follow-up for post-op

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 03/31/2022 10:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

## NOTES

Plan:
-Will schedule patient for repair of small hiatal hernia, patient would like first avaliable
-Discussed risks and benefits of procedure
-Discussed symptoms and potential of improvement after repair of repeat hernia

.

## PRACTICE MANAGEMENT

Counseling and coordination of care was more than 50% of encounter time and it was spent discussing with the patient their prognosis, differential diagnosis, risks and benefits of treatement, instructions, compliance, risk reduction or discussion with another health care provider for coordination of care.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD** **Date: 03/31/2022 16:25**

**Electronically approved by: Kyle L Kleppe MD** **Date: 03/31/22 16:25**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 05/10/2022 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Patient is here pre-op for hiatal hernia repair scheduled 05/18/2022.

## REASON FOR VISIT

preliminary background HPI [use for free text].

## ACTIVE PROBLEMS

- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

She presents for a pre-operative clinic visit in preparation for a repair of a recurrent hiatal hernia. She originally had a hiatal hernia repair in 05/2021 that has recurred and is planned for a recurrent hiatal hernia repair on 05/18/2022. She denies any new medical diagnoses, allergies, or medications and has undergone PAT and Cardiology clearance pre-operatively. She states that she continues to have chest pain and difficulty swallowing that does not appear to be specific to certain foods or body positions.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 05/10/2022 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**Diagnoses:**
Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**
- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**
Heart disease

**Maternal:**
Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** Feeling tired, malaise, and chills.
**Head:** Headache and sinus pain.
**Otolaryngeal:** Epistaxis.
**Cardiovascular:** Chest pain or discomfort and palpitations.
**Gastrointestinal:** Gastrointestinal symptoms gastric reflux, dysphagia, heartburn, nausea, vomiting, abdominal pain, diarrhea, and constipation.
**Musculoskeletal:** Muscle aches.

## PHYSICAL FINDINGS

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 05/10/2022 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

- Vitals taken 05/10/2022 03:07 pm

| | | |
|---|---|---|
| BP-Sitting R | 122/70 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Regular | |
| Pulse Rate-Sitting | 77 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 182 lbs | 98 - 183 |
| Body Mass Index | 30.3 kg/m2 | |
| Body Surface Area | 1.90 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
External: No ptosis of the eyelid was observed and no lid lag.
**Lungs:**
Lungs clear to auscultation, no wheezing was heard, and no rhonchi were heard.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
Murmurs: No murmurs were heard.
Thrill: No thrill.
**Abdomen:**
Auscultation: The bowel sounds were normal.
Palpation: No abdominal guarding, abdominal muscle rigidity was not demonstrated, and no direct tenderness in the abdomen.
**Musculoskeletal System:**
General/bilateral: Normal movement of all extremities.
**Neurological:**
No disorientation was observed.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.
**Skin:**
No skin lesions.

## ASSESSMENT

- Hiatal hernia

## DISCUSSED

Discussed and reviewed previous imaging studies done dating back to 2021 at the time of her original hiatal hernia repair. Reviewed risks, benefits, indications, alternatives for planned surgery. Answered all questions the patient had today and she demonstrated understanding and is

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 05/10/2022 15:15
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

agreement to go forward with the repair of a recurrent hiatal hernia repair on 05/18/2022.

## PLAN

Plan for surgical repair of recurrent hiatal hernia on 05/18/2022.

## OTHER

Patient was seen today in the office with Resident/ Student/ PA: Mark C. Allen, M.D.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 05/24/2022 08:50**

**Electronically approved by: Kyle L Kleppe MD Date: 05/24/22 08:50**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 06/02/2022 09:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

## CHIEF COMPLAINT

The Chief Complaint is: Patient is here 2 weeks post-op recurrent hiatal hernia repair.

## ACTIVE PROBLEMS

- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.

Presents to clinic today for 2-week post-op visit s/p recurrent hiatal hernia repair. She states that she has been experiencing dysphagia and odynophagia since the operation. She states that it does not occur every time she swallows and it occurs with both liquids and mechanical soft foods, which she has been exclusively eating. She describes it as a squeezing, tight pain that is only on the right side of her throat. She is unable to vomit, but has had some nausea. She states that belching normally relieves this pain. Otherwise, she denies fever/chills, drainage from incisions, SOB, abdominal pain.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 06/02/2022 09:45
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

## REVIEW OF SYSTEMS

**Systemic:** No fever and no chills.
**Head:** No headache.
**Neck:** No neck stiffness.
**Otolaryngeal:** No nasal discharge.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Gastrointestinal symptoms difficulty and pain with swallowing. No heartburn. Nausea. No vomiting and no abdominal pain.
**Genitourinary:** No dysuria.
**Endocrine:** No polydipsia.

**Musculoskeletal:** No muscle aches.
**Psychological:** No anxiety.
**Skin:** No rash.

## PHYSICAL FINDINGS

- Vitals taken 06/02/2022 09:47 am

| | | |
|---|---|---|
| BP-Sitting R | 134/78 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Regular | |
| Pulse Rate-Sitting | 95 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 182 lbs | 98 - 183 |
| Body Mass Index | 30.3 kg/m2 | |
| Body Surface Area | 1.90 m2 | |

**General Appearance:**
Well developed and in no acute distress.
**Head:**
Head: normal.
**Neck:**
Palpation: Palpation of the neck revealed no abnormalities.
Trachea: The trachea was midline.
**Eyes:**
**General/bilateral:**
Extraocular Movements: The extraocular movements were normal.
Pupils: PERRLA.
External: The conjunctiva exhibited no abnormalities.
**Nose:**
**General/bilateral:**
Discharge: No nasal discharge seen.
**Lungs:**
Lungs clear to auscultation.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
Heart Sounds: Heart sounds normal (S1, S2).
Murmurs: No murmurs were heard.
Edema: Edema not present.
**Abdomen:**
Visual Inspection: The abdomen was not distended.
Auscultation: The bowel sounds were normal.
Palpation: Abdominal non-tender.
**Musculoskeletal System:**
General/bilateral: Overall findings were normal.
**Neurological:**
Balance: Balance was normal.

Patient: 871369 - Roberta L. Galyon
DOB: [redacted]
SSN: [redacted]

Date: 06/02/2022 09:45
Provider: Kleppe, Kyle L. MD
Encounter: USA Post OP

Gait And Stance: Gait and stance were normal.

**Skin:**

The skin general appearance was normal.
Injury / Incision Site: Incision on the abdomen incisions clean, dry, intact. no erythema. no drainage.

## ASSESSMENT

- Postprocedural states

## PLAN

- Follow-up visit Follow-up for 6-weeks post-op. Advance diet as tolerated

## NOTES

Discussed patient's painful swallowing and explained that there is still most likely inflammation and swelling in the area of the procedure and this should get better with time. Recommended not following swallowing with liquid as this can exacerbate esophageal spasms. Recommended small bites and advancing diet as tolerated. Patient demonstrated understanding and was in agreement with the plan. Will follow-up at 6-weeks post-op.

## OTHER

Patient was seen today in the office with Resident/ Student/ PA/ NP: Mark C. Allen, M.D.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 06/17/2022 16:09**

**Electronically approved by: Kyle L Kleppe MD Date: 06/17/22 16:09**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 06/30/2022 10:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

## CHIEF COMPLAINT

The Chief Complaint is: Here for post op robotic HHR w/ fundoplication on 5-18-22.

## ACTIVE PROBLEMS

- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## HISTORY OF PRESENT ILLNESS

Roberta Galyon is a 57 year old female.
Still having some dysphagia issues.

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.

Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**
- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**
Heart disease

**Maternal:**
Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

## PHYSICAL FINDINGS

- Vitals taken 06/30/2022 10:36 am

| | | |
|---|---|---|
| BP-Sitting L | 122/75 mmHg | 100 - 120/56 - 80 |
| BP Cuff Size | Regular | |
| Pulse Rate-Sitting | 79 bpm | 50 - 100 |
| Pulse Rhythm | Regular | |
| Respiration Rate | 16 per min | 18 - 26 |
| Height | 65 in | 59 - 69 |

## ASSESSMENT

- Postprocedural states

## PLAN

- Esophageal manometry

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 06/30/2022 10:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Post OP

- Follow-up for post-op

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD** **Date: 07/18/2022 10:17**

**Electronically approved by: Kyle L Kleppe MD** **Date: 07/18/22 10:17**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## CHIEF COMPLAINT

The Chief Complaint is: Follow up on Barium Swallow from 7/21/22.

## REASON FOR VISIT

Patient is a pleasant 57-year-old female who presents today for follow-up for a previous barium swallow. Patient had previously had a robotic assisted laparoscopic hiatal hernia repair with partial fundoplication on 5/18/2022. Barium swallow was performed on 7/21/2022. Patient states that she feels like her symptoms are similar or preop. She says she is having chest pain that "feels like my heart" but has been evaluated by her cardiologist who states that her heart is fine. She describes it as a sharp and aching pain that she does not associate with eating. She states that she will have these pains that sometimes start in her chest and sometimes start in her stomach and last approximately 30 minutes. She states that these pains occur daily. She states that they are occasionally associated with abdominal pain with painful diarrhea. She states that these bowel movements are not overly and has not seen blood. She reports that the pain does not feel like she is having heartburn or reflux-like pain that she has had in the past but does endorse she has some regurgitation with undigested food when these attacks occur following meals. She reports that she is seeing a gastroenterologist tomorrow.

## ACTIVE PROBLEMS & CONDITIONS

- R10.13 - Abdominal Pain--epigastric
- R11.0 - Assessment of Nausea
- E11.65 - Diabetes Mellitus Type 2 with Hyperglycemia
- R13.13 - Dysphagia
- K44.9 - Hiatal Hernia Paraesophageal
- E78.5 - Hyperlipidemia
- D50.0 - Iron Deficiency Anemia Secondary To Chronic Blood Loss
- R11.0 - Nausea
- E66.09 - Obesity Exogenous Due To Excess Calories
- Z98.890 - Postsurgical State

## CURRENT MEDICATION

- Aspirin 81 MG Oral Tablet Delayed Release 0 days, 0 refills
- Atorvastatin Calcium 40 MG Oral Tablet once a day 0 days, 0 refills
- Baclofen 20 MG Oral Tablet 0 days, 0 refills
- clonazePAM 0.5 MG Oral Tablet as needed 0 days, 0 refills
- Ferrous Sulfate 324 (65 Fe) MG Oral Tablet Delayed Release once a day 0 days, 0 refills
- FLUoxetine HCl 40 MG Oral Capsule once a day 0 days, 0 refills
- Pramipexole Dihydrochloride 1 MG Oral Tablet at bedtime 0 days, 0 refills
- Trulicity 3 MG/0.5ML Subcutaneous Solution Pen-injector take as directed 0 days, 0 refills

Patient: 871369 - Roberta L. Galyon
DOB: [redacted]
SSN:

Date: 10/13/2022 11:30
Provider: Kleppe, Kyle L. MD
Encounter: USA Office Visit

## ALLERGIES

- No Known Allergies

## PAST MEDICAL/SURGICAL HISTORY

**Diagnoses:**

Nonorganic sleep apnea.
Chronic reflux esophagitis
Hiatal hernia.
Hyperlipidemia.
Diabetes mellitus w/o mention of complication, type 2, not stated as uncontrolled.
Osteoarthritis.
Myalgia and myositis.
Hematologic disorder
Neuropathy.

**Surgical:**

- Cataract surgery 2009
- Gallbladder surgery 2001
- Hysterectomy 2004
- Knee surgery Rigjt, 2020

## PREVIOUS TESTS

**Laboratory Studies:**

**Manometry:**

Esophageal manometry.

## SOCIAL HISTORY

Caffeine use: No caffeine use.
Tobacco use: No cigarette smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.

## FAMILY HISTORY

**Paternal:**

Heart disease

**Maternal:**

Benign essential hypertension
Heart disease
Thyroid disorder
Diabetes mellitus

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## PHYSICAL FINDINGS

- Vitals taken 10/13/2022 11:18 am

| | | |
|---|---|---|
| BP-Sitting | 142/88 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 65 bpm | 50 - 100 |
| Height | 65 in | 59 - 69 |
| Weight | 176 lbs 3.2 oz | 98 - 183 |
| Body Mass Index | 29.3 kg/m2 | |
| Body Surface Area | 1.87 m2 | |

**Vital Signs:**
Current vital signs reviewed.
**General Appearance:**
Well developed, well nourished, and in no acute distress.
**Eyes:**
**General/bilateral:**
Pupils: PERRLA.
**Lungs:**
Accessory muscles were not used during expiration and no abdominal breathing was seen.
**Cardiovascular:**
Heart Rate And Rhythm: Heart rate and rhythm normal.
**Abdomen:**
Visual Inspection: Scars: present present on visual inspection of the abdomen.
Palpation: No abdominal guarding and abdominal muscle rigidity was not demonstrated. Direct epigastric tenderness.
Hernia: No incisional hernia of the abdomen was discovered and no ventral hernia was discovered.
**Neurological:**
No disorientation was observed.
Balance: Balance was normal.
Gait And Stance: Gait and stance were normal.
**Psychiatric:**
Mood: Mood euthymic.
Affect: The affect was normal.

## ASSESSMENT

- Dysphagia
- Abdominal pain--epigastric

## COUNSELING/EDUCATION

- Education: risks, benefits, and limitations discussed and understood

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:**

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

## DISCUSSED

We discussed her symptoms, she has multiple complaints that are likely separate. With regard to her dysphagia, her manometry shows some inadequate clearance and weak strength. Her IRP is normal and no EGJ outflow obstruction is demonstrated reassuring us that her hiatal hernia repair is not too tight.

She does demonstrate some complaints that may be consistent with gastroparesis, bloating, fullness, small meals, abdominal pain. Will order GES to evaluate this.

With regards to her chest pain. I will want to make sure that these events are not related to reflux and will consider BRAVO study.

She is seeing Dr. Edmunds tomorrow for some of the lower GI complaints that she has.

## PLAN

- An esophageal intraluminal pH study was perfomred
- Gastric emptying scintigraphy study
- Follow-up visit

Plan for Gastric Emptying study and EGD w/ BRAVO study.

## OTHER

Patient was seen today in the office with Resident Austin Martindale, MD.

## CARE TEAM

| | |
|---|---|
| Order Mgmt | Ambulatory Surgical |
| Kyle L Kleppe, MD | |
| Michael B Freeman, M.D. | Vascular Surgery |
| Timothy J Collins, MD | Family Practice |
| Sangeeta Gulati, MD | Gastroenterology |
| Dinu C Nodit, M.D. | Neurology |
| Stuart J Bresee, MD | Cardiovascular Disease |
| Meade Castleton Edmunds, M.D. | Gastroenterology |

**Kyle L. Kleppe MD**
**Electronically signed by: Kyle L Kleppe MD Date: 10/13/2022 13:47**

**Patient:** 871369 - Roberta L. Galyon
**DOB:** [redacted]
**SSN:** [redacted]

**Date:** 10/13/2022 11:30
**Provider:** Kleppe, Kyle L. MD
**Encounter:** USA Office Visit

**Electronically approved by: Kyle L Kleppe MD   Date: 10/13/22 13:47**

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 5/18/2022
FIN: 18440200031 Discharge Date:
Date of Birth:

## Operative Report

DOCUMENT TYPE: Operative Report
ELECTRONICALLY SIGNED BY: KLEPPE MD,KYLE L (5/18/2022 10:57 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

**Preoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Postoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Operation/Procedure Performed**
Robotic assisted laparoscopic hiatal hernia repair with partial fundoplication
Esophagogastroduodenoscopy

**Surgeon**
Attending
Kyle L. Kleppe, MD

Assistant
Haley Daigle, MD - Due to the lack of a qualified resident being available, Dr. Daigle was utilized for assistance in this case.
Taylor Crismon, MD

**Operative Data**
Estimated Blood Loss
<5mL
Specimens

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

## *Operative Report*

*Electronically Signed By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*
*Authenticated By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*

Patient Name: GALYON, ROBERTA L
MRN: 1844020
FIN: 18440200031
Date of Birth:

Admit Date: 5/18/2022
Discharge Date:

# Operative Report

DOCUMENT TYPE: Operative Report
ELECTRONICALLY SIGNED BY: KLEPPE MD,KYLE L (5/18/2022 10:57 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:**
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

**Preoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Postoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Operation/Procedure Performed**
Robotic assisted laparoscopic hiatal hernia repair with partial fundoplication
Esophagogastroduodenoscopy

**Surgeon**
Attending
Kyle L. Kleppe, MD

Assistant
Haley Daigle, MD - Due to the lack of a qualified resident being available, Dr. Daigle was utilized for assistance in this case.
Taylor Crismon, MD

**Operative Data**
Estimated Blood Loss
<5mL
Specimens

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED**. Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

none

**Indication for Surgery**

57-year-old female presents for treatment of recurrent hiatal hernia with return of reflux symptoms. She previously had a very large paraesophageal hernia and now has a small recurrence. The risks, benefits, and alternatives to the intervention were explained and they elected to proceed.

**Findings**

Endoscopic findings:

1. Endoscopy allowed for localization of the Z-line for proper fundoplication creation.
2. After fundoplication the scope was also able to traverse the gastroesophageal junction without difficulty.
3. Final inspection revealed recreation of the valve with adequately formed fundoplication.

Laparoscopic findings:

1. Hernia recurrence largerly on the left lateral aspect with a small portion herniated above the diaphragm. Prior cruroplasty sutures in place both posteriorly and anteriorly.
2. Posterior cruroplasty sutures x3 with 0-Ethibond. Partially embricating the prior repair posteriorly.
3. Partial posterior 270 degree Toupet fundoplication was performed.

**Description of Procedure**

The patient was taken to the operating room placed on the table in the supine position. General endotracheal anesthesia was induced without difficulty. The patient's abdomen was prepped and draped in the normal sterile fashion using chlorhexidine. Entry into the abdomen was made through a periumbilical optical trocar. Gas insufflation of the abdomen was obtained. Additional trocars were placed under direct visualization after local anesthetic administration. Nathanson liver retractor was placed. The bed was positioned in reverse Trendelenburg and the robot was docked. There were minimal adhesions to the liver. Identified were several fundoplication sutures still visible within the abdominal cavity. We began by incising the adhesions to the anterior surface of the stomach to the diaphragm. We carried this laterally towards the left side of the crus which identified a portion of herniated stomach it was just the fundus which had slipped up alongside the esophagus. I then performed circumferential dissection posteriorly which allowed for placement of a Penrose to facilitate downward traction. The other posterior right and anterior portions of the fundoplication were actually scarred in good anatomic position however this was all taken down to facilitate further mobilization. Mediastinal dissection was performed in a circumferential manner allowing for excellent mobilization of the esophagus. The gastroscope was reintroduced through the mouth and confirmed the position of the Z-line. There was actually a well-appearing valve as we did not take the wrap all the way down. Once we confirmed adequate intra-abdominal length the scope was retracted and evaluation of the hiatus was made. All of the prior cruroplasty sutures both anterior and posteriorly were intact. The hiatus just appeared to be a little too dilated. We then placed 3 posterior cruroplasty sutures in a figure-of-eight fashion with 0 Ethibond. 2 of these were mostly used for imbricating the prior repair. Next we elected to place a mesh. I used Ovitex mesh 6 x 10 cm. The cut out for the esophagus was made after measuring internally. The mesh was then introduced into the abdominal cavity and secured to the diaphragm and anterior aspect on either side of the esophagus. Next the fundoplication was reinforced with 2 additional sutures on each side. Reintroduction of the gastroscope and retroflexed visualization demonstrated an excellently formed wrap with recreation of the gastroesophageal flap valve. The gastric lumen was then decompressed and the scope was removed. Hemostasis was achieved at the end of the case. All instruments and devices inserted including a Penrose and ruler were accounted for. All ports were removed under direct visualization. Skin was closed with 4-0 Monocryl. The patient tolerated the procedure well. They were extubated and transferred to the recovery room in stable condition.

I was present and scrubbed for the entire procedure.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

**Instructions to Medical Records:**

cc:Collins (Results), Timothy

END REQUEST

## Operative Report

*Electronically Signed By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*
*Authenticated By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*

Patient Name: GALYON, ROBERTA L
MRN: 1844020
FIN: 18440200031
Date of Birth:

Admit Date: 5/18/2022
Discharge Date:

## Operative Report

DOCUMENT TYPE: Operative Report
ELECTRONICALLY SIGNED BY: KLEPPE MD,KYLE L (5/18/2022 10:57 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200031

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
05/18/2022

**Preoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Postoperative Diagnosis**
Recurrent hiatal hernia
Gastroesophageal reflux disease

**Operation/Procedure Performed**
Robotic assisted laparoscopic hiatal hernia repair with partial fundoplication
Esophagogastroduodenoscopy

**Surgeon**
Attending
Kyle L. Kleppe, MD

Assistant
Haley Daigle, MD - Due to the lack of a qualified resident being available, Dr. Daigle was utilized for assistance in this case.
Taylor Crismon, MD

**Operative Data**
Estimated Blood Loss
<5mL
Specimens

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED**. Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

# Operative Report

*Electronically Signed By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*
*Authenticated By: KLEPPE MD, KYLE L 05/18/2022 10:57 EDT*

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | | | |
|---|---|---|---|---|---|
| Patient: Galyon, Roberta 1844020 | Gender: | Female | | Physician: | Dr. Benjamin Dalton |
| | DOB / Age: | | | Operator: | Emily Gooch RN |
| | Height: | 5 ft 5 in | | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: | Esophageal Motility w/Z | | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| Landmarks | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| LES Pressures | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| High Resolution Parameters | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| Chicago Classification | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| Impedance analysis | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 6.3 | |

**Chicago Classification Findings***
EGJ: Normal Relaxation
Mean IRP (9.2 mmHg) is less than 15 mmHg
Esophageal body: Small peristalsis breaks
% small break (N/A) is greater than 30%
Finding: Weak Peristalsis With Small Defects
* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**
After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**
Dysphagia

**Interpretation / Findings**

Prior to procedure the patient underwent informed consent with the possible complications of inability to pass manometry instrument, inability to retrieve manometry instrument, nosebleed, and esophageal perforation.
Clinical Diagnosis
1.Dysphagia

Specific Results
A. UES activity- Normal relaxation from a normal baseline.
B. Esophagogastric junction relaxation interpretation- Normal relaxation from a normal baseline. I cannot see a hiatal hernia, it could be rather large inhibiting our ability to see.
C. Pressure Inversion Point- @ 41.4 cm from the nares, in close proximity to LES.

cc: Dr. Kleppe fax 525 3460

GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 001/009

**Lincoln/Galyon 1269**

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

**High-Resolution Esophageal Motility Study**

D. Pressurization and Contraction Pattern- Abnormal. There are about 50% of swallows that are normal. The other 50% are either weak peristalsis or failed peristalsis. There is associated bolus stasis on those swallows.
E. Technical Limitations- None
F. Multiple Rapid Swallows- There was not good peristaltic reserve.
G. Continuous swallows- This is a provocative test looking at whether the patient has an EGJ outflow obstruction- negative

Results Summary
1. Weak and failed peristalsis in 50% of swallows. Otherwise normal swallows.

Benjamin Dalton, MD

Findings were reported back to referring provider Dr. Kyle Kleppe

Swallow #1



Swallow #1



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:31 PM FAX No. P. 002/009

**Lincoln/Galyon 1270**

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Gender: | Female | | Physician: | Dr. Benjamin Dalton |
| Galyon, Roberta | DOB / Age: | | | Operator: | Emily Gooch RN |
| 1844020 | Height: | 5 ft 6 in | | Referring Physician: | Dr. Kyle Kleppe |
| | Procedure: | Esophageal Motility w/Z | | Examination Date: | 07/21/2022 |

| Lower Esophageal Sphincter Region | | Normal |
|---|---|---|
| **Landmarks** | | |
| LES midpoint (from nares)(cm) | 42.0 | |
| Proximal LES (from nares)(cm) | 41.0 | |
| Distal LES (from nares)(cm) | 45.0 | |
| LES length(cm) | 4.0 | 2.7-4.8 |
| Esophageal length (LES-UES centers)(cm) | 23.0 | |
| PIP (from nares)(cm) | 42.5 | |
| Intraabdominal LES length(cm) | 2.5 | |
| Hiatal hernia? | No | |
| **LES Pressures** | | |
| Pressure meas. method | eSleeve,IRP | |
| Basal (respiratory min.)(mmHg) | 15.8 | 4.8-32.0 |
| Basal (respiratory mean)(mmHg) | 20.7 | 13-43 |
| Residual (mean)(mmHg) | 9.2 | <15.0 |

| Esophageal Motility | | Normal |
|---|---|---|
| Number of swallows evaluated | 12 | |
| **High Resolution Parameters** | | |
| Distal contractile integral(mean)(mmHg-cm-s) | 857.4 | 500-5000 |
| Distal contractile integral(highest)(mmHg-cm-s) | 2219.9 | |
| Intrabolus pressure (avg max)(mmHg) | 13.1 | <17.0 |
| **Chicago Classification** | | |
| Distal latency | 6.4 | |
| % failed (Chicago Classification) | 8 | |
| % panesophageal pressurization | 8 | |
| % premature contraction | 0 | |
| % rapid contraction | 17 | |
| % large breaks | 8 | |
| **Impedance analysis** | | |
| Incomplete bolus clearance(%) | 8 | |

| Upper Esophageal Sphincter | | Normal |
|---|---|---|
| Location (center, fr. nares)(cm) | 19.0 | |
| Mean basal pressure(mmHg) | 96.1 | 34-104 |
| Mean residual pressure(mmHg) | 6.8 | <12.0 |

| Pharyngeal / UES Motility | | Normal |
|---|---|---|
| No. swallows evaluated | 12 | |
| Evaluated @ 3.0 & N/A above UES | | |
| Mean peak pressure(mmHg) | 6.3 | |

**Chicago Classification Findings***

EGJ: Normal Relaxation

Mean IRP (9.2 mmHg) is less than 15 mmHg

Esophageal body: Small peristalsis breaks

% small break (N/A) is greater than 30%

Finding: Weak Peristalsis With Small Defects

* Findings are based on published Chicago Classification scheme and are only intended to serve as a guide for patient diagnosis

**Procedure**

After confirmation of potential allergies, trans-nasal insertion of a High Resolution Manometry Catheter was conducted. Pressure bands of both UES and LES were observed on the color contour. Patient instructed to take deep breath to verify placement of catheter; diaphragmatic pinch noted on inspiration. Patient was assisted to supine position and catheter was stabilized by taping at the nares. Patient was encouraged to relax while acclimating to catheter for approximately 5 minutes. A 30 second baseline pressure was obtained to identify the UES and LES followed by a series of wet swallows using 5 ccs room temperature normal saline to assess esophageal motility and bolus transit. At the conclusion of the procedure; the catheter was removed.

**Indications**

Dysphagia

**Interpretation / Findings**

GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

The University of Tennessee
Medical Center at Knoxville

- University Memorial Hospital
- Graduate School of Medicine

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER
Wisdom for Your Life.

Center for Gastrointestinal Diseases
Endoscopic Diagnostic / Therapeutic Unit
Gastrointestinal Physiology Unit
1924 Alcoa Highway
Knoxville, TN 37920-6999
865-305-9576


# REFERRAL

From Kleppe

Address

Phone 9620

Fax

Date 7/21/22

Patient FIN:18440200034
GALYON, ROBERTA L
DOB:03/18/65 57Y F
ADM:07/21/22
MRN:1844020

Indications dysphagia

Procedure EGD

| Meds | Stopped Y/N |
|---|---|
| | |
| | |
| | |
| | |

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #1



Swallow #1



Swallow #2



Swallow #2



Swallow #3



Swallow #3



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #4



Swallow #4



Swallow #5



Swallow #5



Swallow #6



Swallow #6



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022



Lincoln/Galyon 1274

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Swallow #7



Swallow #7



Swallow #8



Swallow #8



Swallow #9



Swallow #9



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

## High-Resolution Esophageal Motility Study

Swallow #10



Swallow #10



Swallow #11



Swallow #11



Swallow #12



Swallow #12



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

JUL/25/2022/MON 01:33 PM FAX No. P. 008/009

Lincoln/Galyon 1276

THE UNIVERSITY OF TENNESSEE MEDICAL CENTER

# High-Resolution Esophageal Motility Study

Landmark Id



Landmark Id



(00:13, 00:14)



(00:20:11, 00:23:11)



(00:24:34, 00:25:34)



GIVEN IMAGING

Galyon Roberta, 1844020, 07/21/2022

**The University of Tennessee Medical Center**
1924 Alcoa Hwy
Knoxville, TN 37920
Phone: (865) 305-9000

To: xKleppe Kyle

Pages: 3

Date/Time: 10/28/2022 2:01:28 PM

**Confidential Notice:** This material is intended for the individual or entity to which it is addressed. It may contain privileged, confidential information, which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the recipient) or copying of this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the address above.

The University of Tennessee Medical Center

| Department of Radiology | University Breast Center |
|---|---|
| 1924 Alcoa Hwy, Knoxville, TN 37920 | 1934 Alcoa Hwy, Knoxville, TN 37920 |
| (865) 305-9058 | (865) 305-9069 |

Patient Name: GALYON, ROBERTA L
MRN: 1844020
Admitting Dr: KLEPPE MD, KYLE L
Consulting Dr:
PCP: Collins (Results), Timothy

Age: 57 years DOB:
Sex: Female Loc: OPNUC

Nuclear Medicine

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| NM-22-0004291 | 10/28/2022 12:42 EDT | NM Gastric Emptying Scan/ Solid Phase | KLEPPE MD, KYLE L |

**Reason For Exam**
(NM Gastric Emptying Scan/ Solid Phase) Epigastric pain

**Results**
Exam: Gastric emptying study

Indication: Patient is a 57 years old Female with Epigastric pain.

Radiopharmaceutical: 0.99 mCi Tc 99m sulfur colloid was administered p.o. in a standardized meal.

Findings:

Spot images over the anterior and posterior abdomen were obtained at 0, 20, 60, 120, and 240 minutes. The percentage of retained gastric contents was the following:
 95% at 20 minutes (normal range 70% and above)
 61% at 1 hour (normal range 37%-90%)
 35% at 2 hours (normal range 30%-60%)
 7% at 4 hours (normal range 10% and below).

The patient's glucose level
Before the meal was 92 mg/dL
at 120 minutes 89 mg/dL
at 240 minutes 87 mg/dL

There is no evidence gastroesophageal reflux.

Impression:
Normal solid phase gastric emptying study.
No reflux.

--

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

Department of Radiology University Breast Center

Patient Name: GALYON, ROBERTA L
FIN: 18440200035

Nuclear Medicine

**Results**

I have personally reviewed the image(s) and the resident interpretation and agree with the findings.

PLAT-27-62

*Authenticated By: NOE MD, JACOB A* *10/28/2022 13:30*
*Resident: Helmlinger MD Res, Kasey*

***FINAL REPORT***

## Operative Report

none

**Indication for Surgery**
57-year-old female presents for treatment of recurrent hiatal hernia with return of reflux symptoms. She previously had a very large paraesophageal hernia and now has a small recurrence. The risks, benefits, and alternatives to the intervention were explained and they elected to proceed.

**Findings**
Endoscopic findings:
1. Endoscopy allowed for localization of the Z-line for proper fundoplication creation.
2. After fundoplication the scope was also able to traverse the gastroesophageal junction without difficulty.
3. Final inspection revealed recreation of the valve with adequately formed fundoplication.

Laparoscopic findings:
1. Hernia recurrence largerly on the left lateral aspect with a small portion herniated above the diaphragm. Prior cruroplasty sutures in place both posteriorly and anteriorly.
2. Posterior cruroplasty sutures x3 with 0-Ethibond. Partially embricating the prior repair posteriorly.
3. Partial posterior 270 degree Toupet fundoplication was performed.

**Description of Procedure**
The patient was taken to the operating room placed on the table in the supine position. General endotracheal anesthesia was induced without difficulty. The patient's abdomen was prepped and draped in the normal sterile fashion using chlorhexidine. Entry into the abdomen was made through a periumbilical optical trocar. Gas insufflation of the abdomen was obtained. Additional trocars were placed under direct visualization after local anesthetic administration. Nathanson liver retractor was placed. The bed was positioned in reverse Trendelenburg and the robot was docked. There were minimal adhesions to the liver. Identified were several fundoplication sutures still visible within the abdominal cavity. We began by incising the adhesions to the anterior surface of the stomach to the diaphragm. We carried this laterally towards the left side of the crus which identified a portion of herniated stomach it was just the fundus which had slipped up alongside the esophagus. I then performed circumferential dissection posteriorly which allowed for placement of a Penrose to facilitate downward traction. The other posterior right and anterior portions of the fundoplication were actually scarred in good anatomic position however this was all taken down to facilitate further mobilization. Mediastinal dissection was performed in a circumferential manner allowing for excellent mobilization of the esophagus. The gastroscope was reintroduced through the mouth and confirmed the position of the Z-line. There was actually a well-appearing valve as we did not take the wrap all the way down. Once we confirmed adequate intra-abdominal length the scope was retracted and evaluation of the hiatus was made. All of the prior cruroplasty sutures both anterior and posteriorly were intact. The hiatus just appeared to be a little too dilated. We then placed 3 posterior cruroplasty sutures in a figure-of-eight fashion with 0 Ethibond. 2 of these were mostly used for imbricating the prior repair. Next we elected to place a mesh. I used Ovitex mesh 6 x 10 cm. The cut out for the esophagus was made after measuring internally. The mesh was then introduced into the abdominal cavity and secured to the diaphragm and anterior aspect on either side of the esophagus. Next the fundoplication was reinforced with 2 additional sutures on each side. Reintroduction of the gastroscope and retroflexed visualization demonstrated an excellently formed wrap with recreation of the gastroesophageal flap valve. The gastric lumen was then decompressed and the scope was removed. Hemostasis was achieved at the end of the case. All instruments and devices inserted including a Penrose and ruler were accounted for. All ports were removed under direct visualization. Skin was closed with 4-0 Monocryl. The patient tolerated the procedure well. They were extubated and transferred to the recovery room in stable condition.

I was present and scrubbed for the entire procedure.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

**Instructions to Medical Records:**
cc:Collins (Results), Timothy

END REQUEST

## Operative Report

none

**Indication for Surgery**

57-year-old female presents for treatment of recurrent hiatal hernia with return of reflux symptoms. She previously had a very large paraesophageal hernia and now has a small recurrence. The risks, benefits, and alternatives to the intervention were explained and they elected to proceed.

**Findings**

Endoscopic findings:
1. Endoscopy allowed for localization of the Z-line for proper fundoplication creation.
2. After fundoplication the scope was also able to traverse the gastroesophageal junction without difficulty.
3. Final inspection revealed recreation of the valve with adequately formed fundoplication.

Laparoscopic findings:
1. Hernia recurrence largerly on the left lateral aspect with a small portion herniated above the diaphragm. Prior cruroplasty sutures in place both posteriorly and anteriorly.
2. Posterior cruroplasty sutures x3 with 0-Ethibond. Partially embricating the prior repair posteriorly.
3. Partial posterior 270 degree Toupet fundoplication was performed.

**Description of Procedure**

The patient was taken to the operating room placed on the table in the supine position. General endotracheal anesthesia was induced without difficulty. The patient's abdomen was prepped and draped in the normal sterile fashion using chlorhexidine. Entry into the abdomen was made through a periumbilical optical trocar. Gas insufflation of the abdomen was obtained. Additional trocars were placed under direct visualization after local anesthetic administration. Nathanson liver retractor was placed. The bed was positioned in reverse Trendelenburg and the robot was docked. There were minimal adhesions to the liver. Identified were several fundoplication sutures still visible within the abdominal cavity. We began by incising the adhesions to the anterior surface of the stomach to the diaphragm. We carried this laterally towards the left side of the crus which identified a portion of herniated stomach it was just the fundus which had slipped up alongside the esophagus. I then performed circumferential dissection posteriorly which allowed for placement of a Penrose to facilitate downward traction. The other posterior right and anterior portions of the fundoplication were actually scarred in good anatomic position however this was all taken down to facilitate further mobilization. Mediastinal dissection was performed in a circumferential manner allowing for excellent mobilization of the esophagus. The gastroscope was reintroduced through the mouth and confirmed the position of the Z-line. There was actually a well-appearing valve as we did not take the wrap all the way down. Once we confirmed adequate intra-abdominal length the scope was retracted and evaluation of the hiatus was made. All of the prior cruroplasty sutures both anterior and posteriorly were intact. The hiatus just appeared to be a little too dilated. We then placed 3 posterior cruroplasty sutures in a figure-of-eight fashion with 0 Ethibond. 2 of these were mostly used for imbricating the prior repair. Next we elected to place a mesh. I used Ovitex mesh 6 x 10 cm. The cut out for the esophagus was made after measuring internally. The mesh was then introduced into the abdominal cavity and secured to the diaphragm and anterior aspect on either side of the esophagus. Next the fundoplication was reinforced with 2 additional sutures on each side. Reintroduction of the gastroscope and retroflexed visualization demonstrated an excellently formed wrap with recreation of the gastroesophageal flap valve. The gastric lumen was then decompressed and the scope was removed. Hemostasis was achieved at the end of the case. All instruments and devices inserted including a Penrose and ruler were accounted for. All ports were removed under direct visualization. Skin was closed with 4-0 Monocryl. The patient tolerated the procedure well. They were extubated and transferred to the recovery room in stable condition.

I was present and scrubbed for the entire procedure.

**Kyle L. Kleppe, M.D., F.A.C.S.**
Minimally Invasive Foregut and Hernia Surgery
Assistant Professor of Surgery
University Surgeons Associates, P.C.
Office (865) 305-9620

**Instructions to Medical Records:**
cc:Collins (Results), Timothy

END REQUEST

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**UNIVERSITY SURGEONS ASSOCIATES**
**1934 Alcoa Hwy BLDG D #285**
**ATTN: MEDICAL RECORDS**
**Knoxville, TN 37920**

Date: Nov 4, 2022

**Re: Long Term Disability Benefits**
Claim# 10008509 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: 710738

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2022 to Present**
**Please provide all medical records. Seen By: UNIVERSITY SURGEONS ASSOCIATES**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Michelle Delos Santos
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 10008509

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: ____ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

RPID: 10008509

# Quality Assurance Report

## Request Information

Report Date: November 7, 2022

**RP ID:** 10008509

Patient Name: GALYON, ROBERTA

Provider Name: UNIVERSITY SURGEONS ASSOCIATES

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:

Please provide all medical records. Seen By:
UNIVERSITY SURGEONS ASSOCIATES

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Galyon 1286**

**From:**Lynn Galyon <
**Sent:**Tue, 1 Nov 2022 21:34:26 +0000 (UTC)
**To:**WMRTCSU
**Subject:**Claim #10784870 updated doctors

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

From: Roberta Galyon

Claim # 10784870

phone:

FAX # 603 - 334 - 0380
1-[redacted]

Joshua Graves

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

October 6, 2022

Ms. Roberta L. Galyon

00001216 LFPC9KD1 00004996 E

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

We are currently reviewing your eligibility for continued disability benefits and are in need of additional information.

**What You Need to Do By 11/18/2022:**

**Check in with University Orthopaedic Surgeons, Dr. Gabriel, Chattanooga Heart & Rhythm Center, and Dr. Cates to ensure they have sent the required information.** On September 8, 2022, a request was sent for your medical records from our medical records vendor on our behalf.

**If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2022, through the present. They can send in the information by:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMRTCSU@lfg.com
- Fax to me directly at (877) 353-6412

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on December 12, 2020, the change in definition will occur on December 12, 2022. We are currently gathering information to assess your continued eligibility

for benefits beyond this date. As part of our evaluation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please ensure we receive this information on time to avoid your benefits being discontinued. If we do not receive the requested information by 11/18/2022, your benefits may be suspended – and if we do not receive them by 12/18/2022, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-0380

**NOTES** Claim # 10784870

Roberta Lynn Galyon - UPDated Doctor List
Claim # 10784870 10/25/2022

Doctor's List
(1) Primary Care Doctor
Timothy Collins
Phone/ 1-423-263-0722
Fax # / 1-833-369-0949

305 Grady Road
Suite B
Etowah, TN
37331

---

(2) Kyle Kleppe - UT of Knoxville
Phone/ 1-865-305-9620 Surgeon - Hiatal Henia
Fax/ # 865-525-3460
1934 Alcoa Highway Suite D-285
Knoxville, TN 37920

---

(3) Michael Freeman Ut of Knox
Vascular Surgeon Carotid Arteries
in neck (Blockage)
Phone/ 1-865-305-9295
Fax/ 1-865-305-8491
1940 Alcoa Hwy
Knoxville, TN 37920

NOTES Claim # 10784870

(NEW) Doctor

Meade Edmonds

(4) EDMUNDS GASTROENTEROLOGY

4713 Papermill Dr Ste 100

Knoxville, TN 37909

Stomach Issues

phone/ [illegible] - [illegible] - [illegible]

865-413-1668

FAX/ 865 - [illegible] - [illegible]

232 1769

(NEW)

(5) Dr. Gabriel Green - Sleep Apnea

Statcare of Knoxville

phone 1-423-381-8804

FAX # / 865 - [illegible]

588 - 8841

(NEW)

Dr. Chang

(6) SKIN CANCER & Cosmetic - Athens TN

Dermatology Center [illegible] CANCER ON MY NOSE

phone/ 423 - 551 - 9200

FAX/ [illegible] 706 - 728 - 3104

425 Old Riceville Road #3

Athens TN 37303

Lincoln/Galyon 1292

NOTES Claim # 1078487C

(7) Harold Cates - [redacted] Orthopedic Surgeon

Right Knee

phone/ 1-865-690-4861

[redacted]

FAX/ 1-615-727-3517

9430 Park West Blvd
Knoxville, TN 37923

---

(8) Cleveland Eye Clinic Adam Luka (Had cataract surgery in both eyes)

phone/ 423-472-5401

FAX/ 423-479-3060

2560 Business Park Dr. NE
Cleveland, TN 37311

---

(9) Stuart Bresee Ut of Knox
Cardiologist

phone/ 1-865-544-2800

FAX/ 1-865-544-6812

1940 Alcoa Highway Suite E 310
Knoxville, TN 37920

Lincoln/Galyon 1293

DocuSign Envelope ID: [illegible]

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE

101990928

1. Employee's Name: Roberta Lynn Galyon  2. SSN: [redacted]

3. Last Employed: From: 08/21/1995 (mm/dd/yyyy) to 06/22/2021 (mm/dd/yyyy)  Occupation: Pharmacy Technician

4. Where was work performed? Walmart 698

5. Reason for Separation: ☐ Lack of Work ☒ Discharge ☐ Quit

If lack of work, indicate if layoff is ☐ Permanent ☐ Temporary - Recall Date ______ (mm/dd/yyyy)

If temporary, report any vacation pay that will be paid. Week Ending Date ______ (mm/dd/yyyy) Amount $ ______

If layoff is indefinite vacation pay should not be reported.

6. Employee received: ☐ Wages in Lieu of Notice ☐ Severance Pay

In the amount of $______ for period from 08/21/1995 (mm/dd/yyyy) to 06/22/2021 (mm/dd/yyyy)

If other than lack of work, explain the circumstances of this separation:

Employee was unable to return to work after medical LOA >12 months

Employer's Name: Walmart 698

Address where additional information may be obtained:
4495 Keith St NW
Cleveland, TN 37312

Employer's Telephone Number: 423-472-1436

Employer's Email Address:

Employer's Account Number: 444-366-7  *Number shown on State Quarterly Wage Report (LB 0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. This report **has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| [signature] | Pharmacy Manager | 06/22/2021 (mm/dd/yyyy) |

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01-.02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

## NOTICE TO EMPLOYEE

**YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

LB-0489 (Rev 06-15)

**Lincoln/Galyon 1294**

Dr Timothy Collins
Fax # 1-833-369-0949

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ________________ Relationship ________________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Dr. Kyle Kleppe
FAX 1-865-525-3460

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: ______ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Dr. Michael Freeman
Fax 1-865-305-8491

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Dr. Edmunds
Fax # 1-865-232-176'

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: ________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Dr. Gabriel Green
FAX 1-865-588-8841

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

SKIN CANCER +
DERMATOLOGY (DR CHUN

FAX # 1-706-728-3104

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] ______ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Galyon 1300**

DR. HAROLD CATES
FAX 1-615-777-3517

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ROBERTA LYNN GALYON

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Dr. Adam Zuka

FAX # 1-423-479-3060

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Dr. Stuart Breese
Fax # 1-865-544-681:

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 11/1/2022

Date of Birth: ________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Sent from Yahoo Mail on Android

From: Roberta Galyon

Claim # 10784870

phone:

[illegible]

FAX #
603 - 334 - 0380
1-[illegible]-[illegible]-[illegible]

Joshua Graves

Lincoln/Galyon 1305

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00001216 LFPC9KD1 00004996 E

October 6, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

We are currently reviewing your eligibility for continued disability benefits and are in need of additional information.

**What You Need to Do By 11/18/2022:**

**Check in with University Orthopaedic Surgeons, Dr. Gabriel, Chattanooga Heart & Rhythm Center, and Dr. Cates to ensure they have sent the required information.** On September 8, 2022, a request was sent for your medical records from our medical records vendor on our behalf.

**If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2022, through the present. They can send in the information by:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMRTCSU@lfg.com
- Fax to me directly at (877) 353-6412

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on December 12, 2020, the change in definition will occur on December 12, 2022. We are currently gathering information to assess your continued eligibility

for benefits beyond this date. As part of our evaluation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please ensure we receive this information on time to avoid your benefits being discontinued. If we do not receive the requested information by 11/18/2022, your benefits may be suspended – and if we do not receive them by 12/18/2022, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-0380

NOTES Claim # 10784870

Roberta Lynn Galyon - UPDAted Doctor List
Claim # 10784870 10/25/2022

Doctor's List

1. Primary Care Doctor
Timothy Collins
Phone/ 1-423-263-0722
Fax #/ 1-833-369-0949

305 Grady Road
Suite B
Etowah, TN
37331

2. Kyle Kleppe - UT of Knoxville
Phone/ 1-865-305-9620 Surgeon - Hiatal Henia
Fax/ # 865-525-3460
1934 Alcoa Highway Suite D-285
Knoxville, TN 37920

3. Michael Freeman Ut of Knox
Vascular Surgeon Carotid Arteries in Neck (Blockage)
Phone/ 1-865-305-9295
Fax/ 1-865-305-8491
1940 Alcoa Hwy
Knoxville, TN 37920

**Lincoln/Galyon 1308**

NOTES Claim # 107848 70

(NEW) Doctor

MEAde Edmunds

(4) EDMUNDS GASTROENTEROLOGY
4713 PAPERMILL DR Ste 100
KNOXVILLE, TN 37909

Stomach Issues

phone/ [illegible] - [illegible] - [illegible]
865 - 413 - 1668

FAX/ 865 - [illegible] - [illegible]
232 1769

(NEW)

(5) DR. GABRIEL GREEN - Sleep Apnea
StatCARE of Knoxville

phone 1-423-381-8804

FAX # / 865 - [illegible]
588 - 8841

(NEW) Dr. Chang

(6) SKIN CANCER & Cosmetic - Athens TN
DERMATOLOGY CENTER [illegible] CANCER ON MY NOSE

phone/ 423 - 551 - 9200

FAX/ [illegible] 706 - 728 - 3104

425 Old Riceville Road #3

Athens TN 37303

**NOTES** Claim # 10784870

(7) Harold Cates - ~~[illegible]~~ Orthopedic Surgeon

Right Knee

phone/ 1-865-690-4861

FAX/ 1-615-~~[illegible]~~ 777 -3517

~~[illegible]~~

9430 Park West Blvd
Knoxville, TN 37923

---

(8) ~~Cleveland Eye Clinic~~ Adam Luka (Had cataract surgery in both eyes)

phone/ 423-472-5401
FAX/ 423-479-3060

2560 Business Park Dr. NE
Cleveland, TN 37311

---

(9) Stuart Breseе ut of Knox
Cardiologist

phone/ 1-865-544-2800

FAX/ 1-865-544-6812

1940 Alcoa Highway Suite E 310
Knoxville, TN 37920

Lincoln/Galyon 1310

NOTES  ClAim # 107898?

(10) DR. DINO Nodrt - Retired
Neurologists - Knoxville

phone / 1-865-544-4321

DiAgnosis
muscle DiseAse - Myotonia

Lincoln/Galyon 1311

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE

101990928

1. Employee's Name: Roberta Lynn Galyon  2. SSN: [redacted]

3. Last Employed: From: 08/21/1995 (mm/dd/yyyy) to 06/22/2021 (mm/dd/yyyy)  Occupation: Pharmacy Technician

4. Where was work performed? Walmart 698

5. Reason for Separation: ☐ Lack of Work ☒ Discharge ☐ Quit

If lack of work, indicate if layoff is ☐ Permanent ☐ Temporary - Recall Date ______ (mm/dd/yyyy)

If temporary, report any vacation pay that will be paid. Week Ending Date ______ (mm/dd/yyyy) Amount $ ______

If layoff is indefinite vacation pay should not be reported.

6. Employee received: ☐ Wages in Lieu of Notice ☐ Severance Pay

In the amount of $______ for period from 08/21/1995 (mm/dd/yyyy) to 06/22/2021 (mm/dd/yyyy)

If other than lack of work, explain the circumstances of this separation:

Employee was unable to return to work after medical LOA >12 months

Employer's Name: Walmart 698

Address where additional information may be obtained:
4495 Keith St NW
Cleveland, TN 37312

Employer's Telephone Number: 423-472-1436

Employer's Email Address:

Employer's Account Number: 444-366-7  *Number shown on State Quarterly Wage Report (LB 0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| [signature] | Pharmacy Manager | 06/22/2021 (mm/dd/yyyy) |

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01-.02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

## NOTICE TO EMPLOYEE

YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

LB-0489 (Rev 06-15)  RDA [illegible]

**Lincoln/Galyon 1312**

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 10784870 | Customer: WALMART, INC. | Policy Number: GF3-850-290765-01 |
| Claim Type: LTD | Subsidiary: WALMART, INC. | Pmt Period: 10/15/22 - 10/28/22 |
| Payee Type: EMP | Location: FACILITY CODE 698 | Pmt Date: 10/28/22 |
| | Employee: ROBERTA L GALYON | Check #: 108092057 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/15/22 | 10/28/22 | $ 562.15 | | | | |

Subtotal Offset $ 562.15

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/15/22 | 10/28/22 | $ 151.80 | | | | |

Subtotal Deduction $ 151.80

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 151.80 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 151.80 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

| | | |
|---|---|---|
| Claim: 10784870 | Customer: WALMART, INC. | Policy Number: GF3-850-290765-01 |
| Claim Type: LTD | Subsidiary: WALMART, INC. | Pmt Period: 10/01/22 - 10/14/22 |
| Payee Type: EMP | Location: FACILITY CODE 698 | Pmt Date: 10/14/22 |
| | Employee: ROBERTA L GALYON | Check #: 107982627 |

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/01/22 | 10/14/22 | $ 562.15 | | | | |
| | | | | Subtotal Offset | | | $ 562.15 |

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/01/22 | 10/14/22 | $ 151.80 | | | | |
| | | | | Subtotal Deduction | | | $ 151.80 |

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 151.80 | Benefit Tax %: 0.0 | Federal Excludable Wages: | $ 151.80 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 0.00 | | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Galyon 1314**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

October 6, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

We are currently reviewing your eligibility for continued disability benefits and are in need of additional information.

**What You Need to Do By 11/18/2022:**

**Check in with University Orthopaedic Surgeons, Dr. Gabriel, Chattanooga Heart & Rhythm Center, and Dr. Cates to ensure they have sent the required information.** On September 8, 2022, a request was sent for your medical records from our medical records vendor on our behalf.

**If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2022, through the present. They can send in the information by:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMRTCSU@lfg.com
- Fax to me directly at (877) 353-6412

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on December 12, 2020, the change in definition will occur on December 12, 2022. We are currently gathering information to assess your continued eligibility

for benefits beyond this date. As part of our evaluation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please ensure we receive this information on time to avoid your benefits being discontinued. If we do not receive the requested information by 11/18/2022, your benefits may be suspended – and if we do not receive them by 12/18/2022, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-0380

**Medical Record Overview** ReleasePoint

**Date:** **September 14, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** COLLINS, DR. TIMOTHY
305 Grady Rd Suite B
Etowah, TN 37331
(423) 263-0722

**Request Scope:** From August 22, 2022 to Present

**Chart Range:** 08/31/2022 - 08/31/2022

**RP ID:** 9769036

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 31 2022 | Aug 31 2022 | 4 | 2 |
| Request Corr. | | | 5 | 6 |

**Total Page Count:** 9

**Notes From QC:**

**Lincoln/Galyon 1318**

**GALYON, Roberta L (id #870114, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (57yo, F) ID# 870114 | **Appt. Date/Time** | 08/31/2022 09:15AM |
| **DOB** | | **Service Dept.** | Starr Regional Family Practice Etowah |
| **Provider** | TIMOTHY COLLINS, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : STTS00383345<br>Policy/Group # : 80860<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: CVS\|CAREMARK - Member is eligible.<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

Chief Complaint

sore throat

Patient's Care Team

**Primary Care Provider:** TIMOTHY J COLLINS MD: 305 GRADY RD STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232 NPI: 1235126392

Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**

Vitals

**BP:** 140/78 sitting L arm 08/31/2022 09:34 am

**BMI:** 29.3 08/31/2022 09:32 am

**Ht:** 5 ft 5 in 08/31/2022 09:32 am

**O2Sat:** 97% 08/31/2022 09:34 am

**T:** 97.8 F° 08/31/2022 09:34 am

**Wt:** 176 lbs 08/31/2022 09:32 am

**Pulse:** 87 bpm 08/31/2022 09:34 am

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

**atorvastatin 40 mg tablet** — 05/11/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL

**baclofen 10 mg tablet** — 08/09/22 filled
TAKE 1 TABLET BY MOUTH TWICE DAILY

**brimonidine 0.15 % eye drops** — 03/15/22 filled
INSTILL 1 DROP INTO EACH EYE ONCE DAILY

**cefdinir 300 mg capsule** — 08/31/22 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**clonazePAM 0.5 mg tablet** — 05/12/22 filled
1 tablet daily prn anxiety

**dexAMETHasone sodium phosphate 10 mg/mL injection solution** — 08/31/22 administered
5 mg IM now

**FLUoxetine 40 mg capsule** — 08/06/22 filled
TAKE 1 CAPSULE BY MOUTH ONCE DAILY

**Lincoln/Galyon 1319**

**GALYON, Roberta L (id #870114, dob: [redacted]**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY FOR 7 DAYS | 05/20/22 | filled |
| **ketorolac 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS FOR 5 DAYS | 06/15/22 | filled |
| **methocarbamoL 500 mg tablet**<br>TAKE 2 TABLETS BY MOUTH 4 TIMES DAILY FOR 7 DAYS | 05/20/22 | filled |
| **ondansetron 4 mg disintegrating tablet**<br>DISSOLVE 1 TABLET IN MOUTH EVERY 4 HOURS AS NEEDED FOR NAUSEA AND VOMITING FOR 2 DAYS | 05/20/22 | filled |
| **oxyCODONE 5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR MODERATE PAIN FOR 2 DAYS | 05/20/22 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME FOR RESTLESS LEGS | 08/14/22 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME AT ONSET OF HEADACHE AS NEEDED | 08/06/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY 30 MINUTES FOLLOWING THE SAME MEAL EACH DAY | 06/15/22 | filled |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>INJECT THE CONTENTS OF 1 PEN (1.5MG) SUB-Q ONCE WEEKLY | 08/06/22 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Obstructive sleep apnea syndrome - Onset: 05/11/2022
- Migraine - Onset: 05/11/2022
- Restless legs - Onset: 11/22/2021
- Anxiety state
- Gastroesophageal reflux disease
- Morbid obesity
- Fibromyositis
- Mixed hyperlipidemia
- Type 2 diabetes mellitus without complication
- Diaphragmatic hernia
- Iron deficiency anemia

## GYN History

GYN History not reviewed (last reviewed 12/21/2021)

## Obstetric History

Obstetric History not reviewed (last reviewed 12/21/2021)

## Family History

Family History not reviewed (last reviewed 12/21/2021)

Mother - Diabetes mellitus
- deceased

Father, deceaced 2 Brothers, 6 Sisters 1 Son, 1 Daughter

## Social History

Social History not reviewed (last reviewed 12/21/2021)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker

**Lincoln/Galyon 1320**

**GALYON, Roberta L (id #870114, dob: [redacted]**

What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Female
Assigned sex at birth: Female
Pronouns: she/her
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 12/21/2021)
- Repair of hernia of anterior abdominal wall
- Total replacement of right knee joint
- Cholecystectomy
- Hysterectomy
- Procedure on wrist

## Documents for Discussion

**Discussed the following documents:**
- ORTHOPEDIC CONSULT NOTE - DANIEL BRANHAM - 06/30/22

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 0 (for the PHQ-2), Finding: Negative | |

## HPI

Patient presents today with c/o sore throat, head congestion and discolored rhinomucous for 5 days. Associated post nasal drainage. Taking OTC Cold meds w/o relief. Denies F/C.
She also c/o dysphagia to solids and liquids for many weeks with associated regurgitation of swallowed foods. Is anticipating GI consult.

## ROS

**ROS as noted in the HPI**

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing, well-developed, **overweight**, well developed, and appears stated age. Level of Distress: NAD, **acutely ill**, and no acute distress. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: oriented to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI.

**ENMT:** Nose: **post nasal drip**. Oropharynx: moist mucous membranes, no exudates, tonsils not enlarged, and**erythema**.

**Neck:** Neck: supple, FROM, trachea midline, and no masses.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted. Inspection: normal chest wall expansion.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength and normal. Joints, Bones, and Muscles: no bony abnormalities or abnormalities; no contractures, malalignment, or tenderness; and normal movement of all extremities. Extremities: no cyanosis, edema, varicosities, or palpable cord.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

## Assessment / Plan

**1. Acute upper respiratory infection -**
Decadron 5 mg IM now. Saline gargle. Patient is informed of the usual and expected course of this condition and the need to alert me if symptoms persist or worsen.
J06.9: Acute upper respiratory infection, unspecified
- dexamethasone sodium phosphate 10 mg/mL injection solution - 5 mg IM now Quantity: 5 mg Lot #: 6023411 Route: Intramuscular Manufacturer: FRESENIUS KABI Exp Date: 01/01/2023 Administered
- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 663

**2. Acute pharyngitis** -
Due to above.
J02.9: Acute pharyngitis, unspecified

**3. Esophageal dysphagia** -
F/U GI as scheduled
R13.19: Other dysphagia

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Timothy Collins, MD, 08/31/2022.

Encounter performed and documented by Timothy Collins, MD
Encounter reviewed & signed by Timothy Collins, MD on 08/31/2022 at 11:56am

Screening: PHQ-2/PHQ-9

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**COLLINS, DR. TIMOTHY**
**305 Grady Rd Suite B**
**ATTN: MEDICAL RECORDS - DEBBIE**
**Etowah, TN 37331**

Date: Sep 8, 2022

**Re: Long Term Disability Benefits**
Claim# 9769036 10784870
Claimant: GAYLON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: 495970

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 22, 2022 to Present**
- **Seen By: COLLINS, DR. TIMOTHY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Glenna Miranda
Disability Information Specialist
Phone No.: (310) 409-4839
Fax No: (213) 884-4921

RPID: 9769036

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

COLLINS, DR. TIMOTHY
305 Grady Rd Suite B
ATTN: MEDICAL RECORDS - DEBBIE
Etowah, TN 37331

Date: Sep 12, 2022

**Re: Long Term Disability Benefits**
Claim# 9769036 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: 495970

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 22, 2022 to Present**
- Seen By: COLLINS, DR. TIMOTHY

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Faxed 9-13-22 DD

Sincerely,
Rolly Bongabong
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9769036

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative *[signature]* Date: 5/29/2022

Date of Birth: ____ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GALYON, ROBERTA |
| RP ID: | 9769036 |
| Access Code: | 495970 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9769036

Lincoln/Galyon 1327

# Quality Assurance Report

## Request Information

Report Date: September 14, 2022

**RP ID:** 9769036

Patient Name: GALYON, ROBERTA

Provider Name: COLLINS, DR. TIMOTHY

## Quality Assurance Information

Scope Requested: **From August 22, 2022 to Present**

Special Request:
- Seen By: COLLINS, DR. TIMOTHY

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CPIAO

ReleasePoint

## Medical Record Overview

**Date:** **September 29, 2022**

**Patient Name:** GAYLON, ROBERTA

**Records From:** NODIT, DR DINU
2060 LAKESIDE CENTER WAY
KNOXVILLE, TN 37922
(865) 622-6545

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 01/25/2021 - 10/21/2021

**RP ID:** 9769041

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 25 2021 | Oct 21 2021 | 17 | 2 |
| Labs/Diagnostics | Apr 21 2021 | Oct 21 2021 | 2 | 19 |
| Request Corr. | | | 1 | 21 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

**Lincoln/Galyon 1329**

GALYON, Roberta L (id #4286, dob: [redacted]

## Encounters and Procedures

Clinical Encounter Summaries

GALYON, Roberta L (id #4286, dob: [redacted]

**Encounter Date: 10/21/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (56yo, F) ID# 4286 | **Appt. Date/Time** | 10/21/2021 09:50AM |
| **DOB** | [redacted] | **Service Dept.** | CNS OFFICE |
| **Provider** | DINU C. NODIT, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00383345<br>Policy/Group # : 80860<br>Employer Name : WALMART<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Followup: Chronic anxiety

Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**

Vitals

10/21/2021 09:48 am

**Ht:** 5 ft 5 in

Allergies

Reviewed Allergies

NKDA

Medications

Lincoln/Galyon 1331

GALYON, Roberta L (id #4286, dob: [redacted]

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 10/21/21 | prescribed |
| **brimonidine 0.15 % eye drops** | 09/09/21 | filled |
| **cefaDROXiL 500 mg capsule** | 10/05/21 | filled |
| **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 10/16/21 | filled |
| **FLUoxetine 40 mg capsule** | 09/08/21 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 10/05/21 | filled |
| **nabumetone 750 mg tablet** | 09/01/21 | filled |
| **ondansetron HCL 4 mg tablet** | 10/05/21 | filled |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet** | 10/20/21 | filled |
| **pantoprazole 40 mg tablet,delayed release** | 07/09/21 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS | 09/09/21 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH AS NEEDED AT ONSET OF HEADACHE FOR 30 DAYS | 09/09/21 | filled |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>INJECT 1.5 MG SUB Q WEEKLY | 09/08/21 | filled |
| **Xifaxan 550 mg tablet** | 09/10/21 | filled |

Problems

Reviewed Problems
- Diabetic peripheral neuropathy - Onset: 03/04/2020
- Chronic anxiety - Onset: 03/04/2020
- Chronic depression - Onset: 03/04/2020
- Refractory migraine - Onset: 03/04/2020
- Chiari malformation type I - Onset: 03/04/2020
- Myotonic disorder - Onset: 09/30/2020
- Internal carotid artery stenosis - Onset: 03/04/2020
- Spasm - Onset: 01/29/2021

Family History

Reviewed Family History

Unspecified Relation
- Heart disease
- Diabetes mellitus
- Fibromyalgia
- Vertigo
- Headache
- Disorder of thyroid gland
- Seizure
- Malignant neoplasm of skin

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate (Notes: qd)
**Other**
Marital status: Married
**Diet and Exercise**
What is your exercise level?: None
**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
- Foot/toes surgery procedure - foot x 2
- Hand/finger surgery
- Cholecystectomy
- Partial hysterectomy
- Cataract Surgery - bil

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Coronary Artery Disease: **Y**
Diabetes: **Y**
Headaches: **Y**
Migraines: **Y**
Vertigo: **Y**
Notes: anemia, kidney stones

## Screening

None recorded.

## HPI

Ms Galyon was seen in follow up via telemedicine.. She has been diagnosed with hiatal hernia recently. Her headaches remain well-controlled. Her muscle spasms continue to respond well to baclofen although she did have an exacerbation following surgery for a total knee replacement on the right 2 weeks ago. She had a carotid ultrasound testing may of this year which did not show any evidence of progression of her carotid stenosis according to her

## ROS

Patient reports **dizziness, memory loss, headaches, imbalance or falling, pain, confusion, muscle twitching, cramps, and difficulty with gait or walking** but reports no fainting, no blackouts, no weakness, no numbness, no bladder symptoms, no tingling, no convulsions, no vertigo, and no visual loss; **swelling, muscle stiffness, paralysis, incoordination**. She reports **nausea** but reports normal appetite, no bowel changes, no abdominal pain, and no vomiting; **diarrhea, heartburn**. She reports **fatigue** but reports no change in weight and no fever; **night sweats, chills**. She reports no snoring, no restless legs, and no daytime sleepiness; **sleep disturbances**. She reports **blurry vision and difficulty swallowing** but reports no crossed eyes, no double vision, no strange odors/smells, no changes in taste, no loss of hearing, no speech difficulties, no tinnitus, and no sinus pain. She reports **cold interolerance and heat intolerance**; **excessive thirst**. She reports **cough** but reports no shortness of breath. She reports no suicide attempt; **depression**. She reports no chest pain. She reports no anemia, no sores, and no bruising. She reports no incontinence and no pain during urination.

Lincoln/Galyon 1333

**2. Internal carotid artery stenosis**
I65.29: Occlusion and stenosis of unspecified carotid artery
- MEDICAL RECORD REQUEST* - Note to Provider: carotid ultrasound 2021

**3. Spasm**
R25.2: Cramp and spasm
- baclofen 10 mg tablet - To be submitted on or around 10/23/2021 Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 5 Pharmacy: WALMART PHARMACY 663

**4. Chronic anxiety**
F41.9: Anxiety disorder, unspecified

**5. Myotonic disorder**
G71.19: Other specified myotonic disorders

**6. Diabetic peripheral neuropathy**
E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified

**7. Chronic depression**
F34.1: Dysthymic disorder

**8. Chiari malformation type I**
G93.5: Compression of brain

Return to Office
- Dinu C. Nodit, MD for Telehealth20 at CNS OFFICE on 02/21/2022 at 09:50 AM

Encounter Sign-Off
Encounter signed-off by Dinu C. Nodit, MD, 10/23/2021.

Encounter performed and documented by Dinu C. Nodit, MD
Encounter reviewed & signed by Dinu C. Nodit, MD on 10/23/2021 at 1:55pm

**GALYON, Roberta L (id #4286, dob: [redacted]**

**Encounter Date: 04/21/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (56yo, F) ID# 4286 | **Appt. Date/Time** | 04/21/2021 09:30AM |
| **DOB** | [redacted] | **Service Dept.** | CNS OFFICE |
| **Provider** | DINU C. NODIT, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : WTO01961887W00<br>Policy/Group # : 0802190001<br>PCP : COLLINS, TIMOTHY<br>Referring Provider Name : MERICLE, MD, ROBERT<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Followup: Chronic anxiety

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** COLLINS, TIMOTHY: 305 GRADY ROAD, STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232
**Referring Provider (Primary Insurance):** MERICLE, MD, ROBERT: 330 22ND AVE NORTH, NASHVILLE, TN 37203, Ph (615) 320-0007, Fax (615) 320-0009

## Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**
WALMART PHARMACY 698 (ERX): 4495 KEITH STREET NW, CLEVELAND, TN 37312, Ph (423) 478-2966, Fax (423) 478-2998

## Vitals

04/21/2021 09:23 am

**Ht:** 5 ft 5 in

## Allergies

Reviewed Allergies

NKDA

## Medications

Lincoln/Galyon 1336

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 250 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 8 HOURS | 02/16/21 | filled |
| **azithromycin 250 mg tablet** | 04/16/21 | filled |
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 04/21/21 | prescribed |
| **celecoxib 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/13/21 | filled |
| **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 03/31/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR FOR PAIN | 02/17/21 | filled |
| **montelukast 10 mg tablet** | 04/16/21 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS | 03/24/21 | filled |
| **pregabalin 150 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR FIBROMYALGIA | 03/02/21 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH AS NEEDED AT ONSET OF HEADACHE FOR 30 DAYS | 03/24/21 | filled |
| **Trulicity 0.75 mg/0.5 mL subcutaneous pen injector**<br>INJECT 0.75 MG SUBCUTANEOUSLY WEEKLY | 02/12/21 | filled |

## Problems

Reviewed Problems

- Diabetic peripheral neuropathy - Onset: 03/04/2020
- Chronic anxiety - Onset: 03/04/2020
- Chronic depression - Onset: 03/04/2020
- Refractory migraine - Onset: 03/04/2020
- Chiari malformation type I - Onset: 03/04/2020
- Myotonic disorder - Onset: 09/30/2020
- Internal carotid artery stenosis - Onset: 03/04/2020
- Spasm - Onset: 01/29/2021

## Family History

Reviewed Family History

Unspecified Relation
- Heart disease
- Diabetes mellitus
- Fibromyalgia
- Vertigo
- Headache
- Disorder of thyroid gland
- Seizure
- Malignant neoplasm of skin

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Marital status: Married
Alcohol intake: None
Chewing tobacco: none
Caffeine intake: Moderate (Notes: qd)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Foot/toes surgery procedure - foot x 2
- Hand/finger surgery
- Cholecystectomy
- Partial hysterectomy
- Cataract Surgery - bil

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Coronary Artery Disease: **Y**
Diabetes: **Y**
Headaches: **Y**
Migraines: **Y**
Vertigo: **Y**
Notes: anemia, kidney stones

## Screening

None recorded.

## HPI

Ms Galyon was seen in follow up via telemedicine.she continues to have occasional headaches but they have not been very severe recently. Her baclofen prescription helped the muscle spasms although she only takes it twice daily because it can make her tired. She was recently diagnosed with a large hiatal hernia and is planning to see a surgeon for further evaluation. She also has sent us an MRI of her cervical, thoracic and lumbar spine which she had done recently at provision after seeing Dr. Boyer. I did review the studies independently since no radiology report was available. To my eye she appears to have some mild degenerative changes throughout her spine without any significant stenosis. Dr. Boyer apparently told her that no surgery was indicated and offered pain management

## ROS

Patient reports **dizziness, memory loss, headaches, imbalance or falling, pain, confusion, muscle twitching, cramps, and difficulty with gait or walking** but reports no fainting, no blackouts, no weakness, no numbness, no bladder symptoms, no tingling, no convulsions, no vertigo, and no visual loss; **swelling, muscle stiffness, paralysis, incoordination**. She reports **nausea** but reports normal appetite, no bowel changes, no abdominal pain, and no vomiting; **diarrhea, heartburn**. She reports **fatigue** but reports no change in weight and no fever; **night sweats, chills**. She reports no snoring, no restless legs, and no daytime sleepiness; **sleep disturbances**. She reports **blurry vision and difficulty swallowing** but reports no crossed eyes, no double vision, no strange odors/smells, no changes in taste, no loss of hearing, no speech difficulties, no tinnitus, and no sinus pain. She reports **cold interolerance and heat intolerance**; **excessive thirst**. She reports **cough** but reports no shortness of breath. She reports no suicide attempt; **depression**. She reports no chest

Lincoln/Galyon 1338

**2. Spasm**
R25.2: Cramp and spasm
- baclofen 10 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 5
  Pharmacy: WALMART PHARMACY 663

**3. Myotonic disorder**
G71.19: Other specified myotonic disorders

**4. Chronic anxiety**
F41.9: Anxiety disorder, unspecified

**5. Diabetic peripheral neuropathy**
E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified

**6. Chronic depression**
F34.1: Dysthymic disorder

**7. Chiari malformation type I**
G93.5: Compression of brain

**8. Internal carotid artery stenosis**
I65.29: Occlusion and stenosis of unspecified carotid artery

Return to Office
- Dinu C. Nodit, MD for Telehealth20 at CNS OFFICE on 10/21/2021 at 09:50 AM

Encounter Sign-Off
Encounter signed-off by Dinu C. Nodit, MD, 04/21/2021.

Encounter performed and documented by Dinu C. Nodit, MD
Encounter reviewed & signed by Dinu C. Nodit, MD on 04/21/2021 at 8:55pm

**GALYON, Roberta L (id #4286, dob: [redacted]**

**Encounter Date: 01/25/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (55yo, F) ID# 4286 | **Appt. Date/Time** | 01/25/2021 10:30AM |
| **DOB** | [redacted] | **Service Dept.** | CNS OFFICE |
| **Provider** | DINU C. NODIT, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : WTO01961887W00<br>Policy/Group # : 0802190001<br>PCP : COLLINS, TIMOTHY<br>Referring Provider Name : MERICLE, MD, ROBERT<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Followup: Chronic anxiety

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** COLLINS, TIMOTHY: 305 GRADY ROAD, STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232
**Referring Provider (Primary Insurance):** MERICLE, MD, ROBERT: 330 22ND AVE NORTH, NASHVILLE, TN 37203, Ph (615) 320-0007, Fax (615) 320-0009

## Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**
WALMART PHARMACY 698 (ERX): 4495 KEITH STREET NW, CLEVELAND, TN 37312, Ph (423) 478-2966, Fax (423) 478-2998

## Vitals

01/25/2021 10:37 am

**Ht:** 5 ft 5 in

## Allergies

Reviewed Allergies

NKDA

## Medications

Lincoln/Galyon 1341

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 250 mg capsule** | 01/18/21 | filled |
| **atorvastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL FOR 90 DAYS | 12/29/20 | filled |
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 02/07/21 | prescribed |
| **celecoxib 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/13/21 | filled |
| **chlorzoxazone 250 mg tablet** | 06/04/20 | filled |
| **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 01/28/21 | filled |
| **diclofenac 1.5 % topical drops**<br>Apply 2.5mL (1/2 teaspoonful) to affected area up to 4 times daily | 06/04/20 | filled |
| **doxepin 5 % topical cream**<br>Apply 1-2 grams to affected area three times daily | 06/04/20 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 90 DAYS | 07/31/20 | filled |
| **FLUoxetine 40 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 12/28/20 | filled |
| **flurandrenolide 0.05 % lotion** | 06/04/20 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>TK 1 T PO Q 4 H PRN | 12/04/20 | filled |
| **iron 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/28/20 | filled |
| **meloxicam 15 mg tablet** | 09/18/20 | filled |
| **metFORMIN ER 500 mg tablet,extended release 24 hr**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY WITH A MEAL FOR DIABETES | 12/28/20 | filled |
| **methocarbamoL 500 mg tablet** | 07/18/20 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>USE AS DIRECTED | 08/03/20 | filled |
| **ondansetron 4 mg disintegrating tablet** | 06/16/20 | filled |

GALYON, Roberta L (id #4286, dob: [redacted]

| | | |
|---|---|---|
| **pantoprazole 40 mg tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR STOMACH FOR 90 DAYS | 11/04/20 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS | 12/28/20 | filled |
| **pregabalin 150 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR FIBROMYALGIA | 12/02/20 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/23/20 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH AS NEEDED AT ONSET OF HEADACHE FOR 30 DAYS | 11/23/20 | filled |
| **traMADoL 50 mg tablet** | 06/16/20 | filled |
| **Trulicity 0.75 mg/0.5 mL subcutaneous pen injector**<br>INJECT 0.75MG (ONE PEN) SUBCUTANEOUSLY ONCE A WEEK | 01/11/21 | filled |
| **Virtussin AC 10 mg-100 mg/5 mL oral liquid** | 10/20/20 | filled |

## Problems

Reviewed Problems

- Diabetic peripheral neuropathy - Onset: 03/04/2020
- Chronic anxiety - Onset: 03/04/2020
- Chronic depression - Onset: 03/04/2020
- Refractory migraine - Onset: 03/04/2020
- Chiari malformation type I - Onset: 03/04/2020
- Myotonic disorder - Onset: 09/30/2020
- Internal carotid artery stenosis - Onset: 03/04/2020
- Spasm - Onset: 01/29/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Unspecified Relation | - Heart disease |
| | - Diabetes mellitus |
| | - Fibromyalgia |
| | - Vertigo |
| | - Headache |
| | - Disorder of thyroid gland |
| | - Seizure |
| | - Malignant neoplasm of skin |

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Marital status: Married
Alcohol intake: None
Chewing tobacco: none
Caffeine intake: Moderate (Notes: qd)
Exercise level: None

## Surgical History

**GALYON, Roberta L (id #4286, dob:** [redacted]

Reviewed Surgical History
- Foot/toes surgery procedure - foot x 2
- Hand/finger surgery
- Cholecystectomy
- Partial hysterectomy
- Cataract Surgery - bil

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Coronary Artery Disease: **Y**
Diabetes: **Y**
Headaches: **Y**
Migraines: **Y**
Vertigo: **Y**
Notes: anemia, kidney stones

## Documents for Discussion

**Discussed the following documents:**
- GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE - 12/11/20
- Lab Result - 12/02/20
- MYOTONIC DYSTROPHY GENE MUTATION ANALYSIS, BLOOD OR TISSUE - 12/01/20
- GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE - 11/27/20
  Notes - LABS
- DMPK GENE CTG REPEATS, QUAL, BLOOD OR TISSUE - 11/27/20
  Results:
  - SPECIMEN STATUS: NP
  - DMPK RE RESULT: COMMENT
- GENETIC DISEASE ANALYSIS, BLOOD OR TISSUE - 11/27/20
  Results:
  - GENETIC COUNSELOR:: NP
  - SPECIMEN TYPE:: COMMENT
  - FETUS ID: NP
  - ETHNICITY:: COMMENT
  - INDICATION: COMMENT
  - RESULT:: COMMENT
  - GENERAL COMMENTS:: COMMENT
  - ADDITIONAL CLINICAL INFO: COMMENT
  - COMMENTS:: COMMENT
  - METHOD/LIMITATIONS:: COMMENT
  - DISCLAIMER:: COMMENT
  - DIRECTOR REVIEW:: COMMENT
  - PDF: .
- ANA (ANTINUCLEAR ANTIBODIES) SCREEN, SERUM - 11/05/20
- MYOTONIC DYSTROPHY GENE MUTATION ANALYSIS, BLOOD OR TISSUE - 01/27/20
  Notes - LABS
- Lab Result - 01/10/20

## Screening

None recorded.

## HPI

Ms Galyon was seen in follow up via telemedicine.she continues to have muscle cramps in her hands and feet but no new weakness. Her back pain has been fluctuating. She did see Dr. Boyer at UT and had an MRI of the lumbar spine at provision. No surgery was recommended following that. She continues to have pain in her legs all the time . Her myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

## ROS

Patient reports **dizziness, memory loss, headaches, imbalance or falling, pain, confusion, muscle twitching, cramps, and difficulty with gait or walking** but reports no fainting, no blackouts, no weakness, no numbness, no bladder symptoms, no tingling, no convulsions, no vertigo, and no visual loss; **swelling, muscle stiffness, paralysis, incoordination**. She reports **nausea** but reports normal appetite, no bowel changes, no abdominal pain, and no vomiting; **diarrhea, heartburn**. She reports **fatigue** but reports no change in

weight and no fever; **night sweats, chills**. She reports no snoring, no restless legs, and no daytime sleepiness; **sleep disturbances**. She reports **blurry vision and difficulty swallowing** but reports no crossed eyes, no double vision, no strange odors/smells, no changes in taste, no loss of hearing, no speech difficulties, no tinnitus, and no sinus pain. She reports **cold interolerance and heat intolerance**; **excessive thirst**. She reports **cough** but reports no shortness of breath. She reports no suicide attempt; **depression**. She reports no chest pain. She reports no anemia, no sores, and no bruising. She reports no incontinence and no pain during urination.

## Physical Exam

None recorded.

## Assessment / Plan

Myotonic disorder

Mild sensory peripheral neuropathy - likely diabetic

Refractory migraines

Chiari I malformation - asymptomatic

Left ICA stenosis

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

EMG/NCS of lower extremities 9/20 shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease.

myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has an analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

More recently her main issue is worsening pain in the LE's - mostly proximal as well as numbness in the LUE with arm elevation. Electrodiagnostic testing was normal in the left upper extremity but did show evidence of myotonic discharges on the needle exam in the proximal lower extremity as well as a mild sensory peripheral neuropathy. Her myotonia blood testing came back negative however

Plan:

- start a trial of baclofen for muscle spasms

- avoid CGRP medications due to her history of carotid stenosis

- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

More than 50% of the face-to-face time (50 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

**1. Refractory migraine**
G43.919: Migraine, unspecified, intractable, without status migrainosus

**2. Spasm**

**GALYON, Roberta L (id #4286, dob: [redacted]**

R25.2: Cramp and spasm

- baclofen 10 mg tablet - To be submitted on or around 02/07/2021 Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 5 Pharmacy: WALMART PHARMACY 663

**3. Chronic anxiety**
F41.9: Anxiety disorder, unspecified

**4. Myotonic disorder**
G71.19: Other specified myotonic disorders

**5. Diabetic peripheral neuropathy**
E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified

**6. Chronic depression**
F34.1: Dysthymic disorder

**7. Chiari malformation type I**
G93.5: Compression of brain

**8. Internal carotid artery stenosis**
I65.29: Occlusion and stenosis of unspecified carotid artery

Return to Office

- Dinu C. Nodit, MD for ESTABLISHED PATIENT20 at CNS OFFICE on 07/26/2021 at 11:30 AM

Encounter Sign-Off

Encounter signed-off by Dinu C. Nodit, MD, 02/07/2021.

Encounter performed and documented by Dinu C. Nodit, MD
Encounter reviewed & signed by Dinu C. Nodit, MD on 02/07/2021 at 9:38pm

**GALYON, Roberta L. (id #4286, dob: [redacted]**

Physical Exam

None recorded.

Assessment / Plan

Myotonic disorder

Mild sensory peripheral neuropathy - likely diabetic

Refractory migraines

Fibromyalgia

Chiari I malformation - asymptomatic

Left ICA stenosis

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

EMG/NCS of lower extremities 9/20 shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease.

myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

MRI of her cervical, thoracic and lumbar spine 2/21 at provision after seeing Dr. Boyer. - mild degenerative changes throughout her spine without any significant stenosis per my review; no radiology report available

Carotid ultrasound 05/21 - no progression of carotid stenosis. Patient reported

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

She had electrodiagnostic testing which was normal in the left upper extremity but did show evidence of myotonic discharges on the needle exam in the proximal lower extremity as well as a mild sensory peripheral neuropathy. Her myotonia blood testing came back negative however

Baclofen helped her muscle spasms

Plan:

- continue baclofen for muscle spasms

- avoid CGRP medications due to her history of carotid stenosis; continue aspirin

- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

- obtain carotid ultrasound report from may 21

More than 50% of the face-to-face time (30 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

**1. Refractory migraine**
G43.919: Migraine, unspecified, intractable, without status migrainosus

**GALYON, Roberta L. (id #4286, dob: [redacted]**

pain. She reports no anemia, no sores, and no bruising. She reports no incontinence and no pain during urination.

## Physical Exam

None recorded.

## Assessment / Plan

Myotonic disorder

Mild sensory peripheral neuropathy - likely diabetic

Refractory migraines

Fibromyalgia

Chiari I malformation - asymptomatic

Left ICA stenosis

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

EMG/NCS of lower extremities 9/20 shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease.

myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

MRI of her cervical, thoracic and lumbar spine 2/21 at provision after seeing Dr. Boyer. - mild degenerative changes throughout her spine without any significant stenosis per my review; no radiology report available

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

More recently her main issue is worsening pain in the LE's - mostly proximal as well as numbness in the LUE with arm elevation. Electrodiagnostic testing was normal in the left upper extremity but did show evidence of myotonic discharges on the needle exam in the proximal lower extremity as well as a mild sensory peripheral neuropathy. Her myotonia blood testing came back negative however

Baclofen helped her muscle spasms

Plan:

- continue baclofen for muscle spasms
- avoid CGRP medications due to her history of carotid stenosis
- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

More than 50% of the face-to-face time (50 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

**1. Refractory migraine**
G43.919: Migraine, unspecified, intractable, without status migrainosus

Lincoln/Galyon 1348

# Medical Records - CONFIDENTIAL

**FROM:** TN - Comprehensive Neurology Services

DINU C. NODIT, MD
2060 Lakeside Centre Way, KNOXVILLE, TN 37922-6591
Phone: (865) 622-6545
Fax: (855) 233-7164

**TO:** LINCOLN FINANCIAL GROUP

C/O R P CLAIMS PROCESSING, SAINT PETERS, MO 63376
Phone: (213) 266-7867
Fax: (213) 884-4921

**Name: GALYON, ROBERTA L**

**DOB:** [redacted]

**Date Range: 01/01/2021 to 12/31/2021**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:4286-A-4876]

# Quality Assurance Report

## Request Information

Report Date: September 29, 2022

**RP ID:** 9769041

Patient Name: GAYLON, ROBERTA

Provider Name: NODIT, DR DINU

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:
Provide medical records - Seen By: NODIT, DR DINU

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Galyon 1350**

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 10784870
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 698
Employee: ROBERTA L GALYON

Policy Number: GF3-850-290765-01
Pmt Period: 09/17/22 - 09/30/22
Pmt Date: 09/30/22
Check #: 107870346

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 713.95 | $ 0.00 | $ 562.15 | $ 151.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151.80 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 09/17/22 | 09/30/22 | $ 562.15 | | | | |

Subtotal Offset $ 562.15

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 09/17/22 | 09/30/22 | $ 151.80 | | | | |

Subtotal Deduction $ 151.80

Total Provisions $ 0.00 Total Offsets $ 562.15 Total Deductions $ 151.80

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 151.80 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 151.80 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Billing Statement:

**Invoice Date: 07/06/2022** **Invoice #: 716944-415**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2022 and Jun 30 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9164906<br>10784870 | GALYON, ROBERTA<br>STARR REGIONAL FAMILY PRACTICE | Complete | 04/12/22<br>J Graves | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>13 | **$ 9.00** |
| 9164904<br>10784870 | GALYON, ROBERTA<br>UNIVERSITY CARDIOLOGY | Complete | 04/12/22<br>J Graves | $ 9.00 | $ 35.49 | $ 0.00 | $ 0.00<br>31 | **$ 44.49** |
| 9164905<br>10784870 | GALYON, ROBERTA<br>TENNESSEE ORTHOPEDIC CLINIC | Complete | 04/12/22<br>J Graves | $ 9.00 | $ 45.00 | $ 0.00 | $ 0.00<br>8 | **$ 54.00** |
| 9164916<br>10784870 | GALYON, ROBERTA<br>ATI PHYSICAL THERAPY - CORPORATE | Canceled | 04/12/22<br>J Graves | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 112.49**

**Tax ID: 95-2843455**

**Lincoln/Galyon 1352**

877-353-6412

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 12/29/2020

Date of Birth: ______ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

RPid #9164906

Lincoln Financial Group

# Restrictions Form

Roberta Galyon — Employee /Claimant Name | Date of Birth | 10784870 — Claim Number

To be completed by physician:

1. DATE FIRST TREATED — 2-12-19
   DATE LAST TREATED — 5-11-22
   NEXT OFFICE VISIT — 8-22

   Knee, hernia, Cheauna Ma Hormation
   HTN - Fibromyalgia
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   No lifting or walking - Headaches - Fibromyalgia

4. RESTRICTIONS IMPOSED FROM 6-12-20 TO Present

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Multiple physician follow up Ortho - Neuro Surgery

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5-11-22 TO ______.

| | | |
|---|---|---|
| Timothy J. Collins MD — Provider's Name (Please Print) | MD Family Practice — Degree *AND* Area of Specialty | 62-1861833 — Social Security or Tax ID Number |
| 305 Grady Rd — Street Address | 423-263-0722 — Telephone Number | 833-369-0949 — Fax Number |
| Etowah TN 37331 — City, State & Zip Code | X [signature] — Signature | 6-20-22 — Date |

RPID: 9164906

PAGE 2/16 * RCVD AT 6/21/2022 2:09:05 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:8773536412 * CSID:833 369 0949 * ANI:4237817250 * DURATION (mm-ss):05-44

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta L Galyon Date: 12/29/2020

Date of Birth: ____ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 9164906

... [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:8773536412 * CSID:833 369 0949 * ANI:4237817250 * DURATION (mm-ss):05-44

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GALYON, ROBERTA |
| RP ID: | 9164906 |
| Access Code: | CYIDFD |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9164906

**GALYON, Roberta L (id #870114, dob: [redacted]**

| | | | |
|---|---|---|---|
| Patient Name | GALYON, ROBERTA (57yo, F) ID# 870114 | Appt. Date/Time | 05/11/2022 01:00PM |
| DOB | [redacted] | Service Dept. | Starr Regional Family Practice Etowah |
| Provider | TIMOTHY COLLINS, MD | | |
| Insurance | Med Primary: BCBS-TN (PPO)<br>Insurance # : STTS00383345<br>Policy/Group # : 80860<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: CVS\|CAREMARK - Member is eligible.<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

## Chief Complaint

medication refill

## Patient's Care Team

**Primary Care Provider:** TIMOTHY J COLLINS MD: 305 GRADY RD STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232 NPI: 1235126392

## Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**

## Vitals

05/11/2022 01:03 pm

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 132/74 | **BMI:** | 30.1 | **Ht:** | 5 ft 5 in |
| **O2Sat:** | 98% | **Wt:** | 181 lbs | **Pulse:** | 64 bpm |

## Allergies

Allergies not reviewed (last reviewed 12/21/2021)
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atorvastatin 40 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL | 05/11/22 | prescribed |
| **baclofen 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | 03/15/22 | filled |
| **brimonidine 0.15 % eye drops**<br>INSTILL 1 DROP INTO EACH EYE ONCE DAILY | 03/15/22 | filled |
| **clonazePAM 0.5 mg tablet**<br>1 tablet daily prn anxiety | 05/11/22 | prescribed |
| **FLUoxetine 40 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 05/11/22 | prescribed |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS | 05/11/22 | prescribed |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONE TIME AT ONSET OF HEADACHE AS NEEDED | 05/11/22 | prescribed |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>INJECT THE CONTENTS OF 1 PEN (1.5MG) SUBCUTANEOUSLY ONCE WEEKLY | 05/11/22 | prescribed |

## Vaccines

None recorded.

## Problems

**GALYON, Roberta L (id #870114, dob: [redacted]**

Reviewed Problems
- Obstructive sleep apnea syndrome - Onset: 05/11/2022
- Migraine - Onset: 05/11/2022
- Restless legs - Onset: 11/22/2021
- Anxiety state
- Gastroesophageal reflux disease
- Morbid obesity
- Fibromyositis
- Mixed hyperlipidemia
- Type 2 diabetes mellitus without complication
- Diaphragmatic hernia
- Iron deficiency anemia

## GYN History

GYN History not reviewed (last reviewed 12/21/2021)

## Obstetric History

Obstetric History not reviewed (last reviewed 12/21/2021)

## Family History

Family History not reviewed (last reviewed 12/21/2021)
Mother - Diabetes mellitus
- deceased
Father, deceaced 2 Brothers, 6 Sisters 1 Son, 1 Daughter

## Social History

Social History not reviewed (last reviewed 12/21/2021)
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Female
Assigned sex at birth: Female
Pronouns: she/her
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 12/21/2021)
- Repair of hernia of anterior abdominal wall
- Total replacement of right knee joint
- Cholecystectomy
- Hysterectomy
- Procedure on wrist

## Documents for Discussion

**Discussed the following documents:**
- TRANS-THORACIC ECHOCARDIOGRAM (TTE) (PROC) - 04/11/22
- ELECTROCARDIOGRAM - 01/18/22
- BMP, SERUM OR PLASMA - 01/12/22
  Results:
  - **GLUCOSE: 133 ABOVE HIGH NORMAL**
  - **BUN: 26 ABOVE HIGH NORMAL**
  - CREATININE: 0.79
  - EGFR IF NONAFRICN AM: 84
  - EGFR IF AFRICN AM: 97
  - **BUN/CREATININE RATIO: 33 ABOVE HIGH NORMAL**
  - SODIUM: 143
  - POTASSIUM: 4.2
  - CHLORIDE: 106
  - CARBON DIOXIDE, TOTAL: 21
  - CALCIUM: 9.3
- CBC W/ AUTO DIFF - 01/12/22
  Results:
  - WBC: 7.0
  - RBC: 5.26
  - HEMOGLOBIN: 14.6
  - **HEMATOCRIT: 46.9 ABOVE HIGH NORMAL**
  - MCV: 89
  - MCH: 27.8

**GALYON, Roberta L (id #870114, dob: [redacted]**

- **MCHC: 31.1 BELOW LOW NORMAL**
- RDW: 13.3
- PLATELETS: 353
- NEUTROPHILS: 59
- LYMPHS: 31
- MONOCYTES: 7
- EOS: 2
- BASOS: 1
- IMMATURE CELLS: NP
- NEUTROPHILS (ABSOLUTE): 4.1
- LYMPHS (ABSOLUTE): 2.2
- MONOCYTES(ABSOLUTE): 0.5
- EOS (ABSOLUTE): 0.1
- BASO (ABSOLUTE): 0.1
- IMMATURE GRANULOCYTES: 0
- IMMATURE GRANS (ABS): 0.0
- NRBC: NP
- HEMATOLOGY COMMENTS:: NP

- CARDIOLOGY NOTE - UNIVERSITY OF TENNESSEE MEDICAL CENTER (MEDICAL RECORDS) - 04/25/22
- HISTORY AND PHYSICAL - UNIVERSITY OF TENNESSEE MEDICAL CENTER (MEDICAL RECORDS) - 04/25/22
- CARDIAC CATHETERIZATION - UNIVERSITY OF TENNESSEE MEDICAL CENTER (MEDICAL RECORDS) - 04/25/22
- CARDIOLOGY NOTE - STUART J BRESEE - 04/05/22

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 10 | |

## HPI

Patient presents today for the ongoing management of her chronic medical conditions. Reports compliance with and is tolerating current medical treatments. She has regular consultation with Cardiology and Vascular surgery. Has no new or specific complaints today but requires refill medications and lab evaluation. She is requesting referral to sleep medicine to renew her CPAP.

## ROS

Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, no exercise intolerance, no chills, and no malaise. She reports no dry eyes, no vision change, no irritation, and no eye disease/injury. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no ankle swelling. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no nausea, no vomiting, no constipation, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, no neck pain, no difficulty walking, no cramps, no osteoporosis, and no fractures.

**Additionally reports: All other systems reviewed and are normal**

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing, well-nourished, well-developed, well developed, and appears stated age. Level of Distress: NAD and no acute distress. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: oriented to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted. Inspection: normal chest wall expansion.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength and normal. Joints, Bones, and Muscles: no bony abnormalities or abnormalities; no contractures, malalignment, or tenderness; and normal movement of all extremities. Extremities: no cyanosis, edema, varicosities, or palpable cord.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

## Assessment / Plan

**1. Type 2 diabetes mellitus without complication -**

Discussed the need to comply with diet, medical treatment and exercise as tolerated. Patient informed of A1C goals and the need to self-monitor blood sugars.

E11.9: Type 2 diabetes mellitus without complications

**GALYON, Roberta L (id #870114, dob: [redacted]**

- Trulicity 1.5 mg/0.5 mL subcutaneous pen injector - INJECT THE CONTENTS OF 1 PEN (1.5MG) SUBCUTANEOUSLY ONCE WEEKLY Qty: 4 0.5 mL syringe(s) Refills: 5 Pharmacy: WALMART PHARMACY 663
- HEMOGLOBIN A1C-001453-P

**2. Anxiety state**
F41.1: Generalized anxiety disorder
- clonazepam 0.5 mg tablet - 1 tablet daily prn anxiety Qty: 30 tablet(s) Refills: 5 Pharmacy: WALMART PHARMACY 663
- fluoxetine 40 mg capsule - TAKE 1 CAPSULE BY MOUTH ONCE DAILY Qty: 90 capsule(s) Refills: 1 Pharmacy: WALMART PHARMACY 663

**3. Mixed hyperlipidemia**
E78.2: Mixed hyperlipidemia
- atorvastatin 40 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 663
- CMP14+EGFR
- LIPID PANEL-303756-P

**4. Restless legs**
G25.81: Restless legs syndrome
- pramipexole 1 mg tablet - TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 663

**5. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus
- rizatriptan 10 mg tablet - TAKE 1 TABLET BY MOUTH ONE TIME AT ONSET OF HEADACHE AS NEEDED Qty: 12 tablet(s) Refills: 5 Pharmacy: WALMART PHARMACY 663

**6. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP MEDICINE REFERRAL - Schedule Within: provider's discretion

**7. Screening mammography**
Z12.31: Encounter for screening mammogram for malignant neoplasm of breast
- MAMMO, SCREENING, DIGITAL, BILATERAL

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Timothy Collins, MD, 05/11/2022.

Encounter performed and documented by Timothy Collins, MD
Encounter reviewed & signed by Timothy Collins, MD on 05/11/2022 at 4:40pm

Screening: PHQ-2/PHQ-9

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**STARR REGIONAL FAMILY PRACTICE**
**305 GRADY RD STE B**
**ATTN: MEDICAL RECORDS**
**ETOWAH, TN 37331**

May 19, 2022
**Re: Long Term Disability Benefits**
Claim# 9164906 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: CYIDFD

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2022 to Present**
please provide r/l's form

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Paul Tuazon

Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 9164906

---- RCVD AT 5/24/2022 2:00:05 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:8773536412 * CSID:833 369 0949 * ANI:4237817250 * DURATION (mm-ss):05-44

COMPLETE YOUR FORMS | MEDICAL INFORMATION

Return all documents to Sedgwick in one of three ways:
Upload to mySedgwick | Email: [illegible] | Fax: [illegible]

## Certification of healthcare provider for associate's serious health condition

**Associate name:** Roberta Galyon **Associate WIN:** 101990928
**Case number:** 302048285270001IFN

**Instructions to the associate:**
Please give this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Your response is required to obtain or retain the benefit of FMLA protections. Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. Your employer must give you at least 15 calendar days to return this form.

It is your responsibility to ensure that the certification is provided in a timely manner. Return the completed form by email, fax or upload to mySedgwick® (as shown above), or send through the mail to: **Walmart Disability and Leave Service Center at Sedgwick, PO Box 14028, Lexington, KY, 40512.** (Please keep a copy for your records.)

**Instructions to the healthcare provider:**
Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of the condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the associate is seeking leave. Please be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name: Timothy J Collins, M.D SRFP
Business address: 305 Grady Rd Ste B Etowah TN 37331
Type of practice / Medical specialty: Family Practice
Telephone: 423-263-0722 Fax: 423-263-5232

MED 1 OF 3

!T302048285270001IFN-2048!

## COMPLETE YOUR FORMS | MEDICAL INFORMATION

Return all documents to Sedgwick in one of three ways: [illegible]
upload: mySedgwick | email: [illegible] | fax: [illegible] or 859-280-3270

### Certification of healthcare provider for associate's serious health condition

**Associate name:** Roberta Galyon **Associate WIN:** 101990928
**Case number:** 3020482852700011FN

**Instructions to the associate:**
Please give this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Your response is required to obtain or retain the benefit of FMLA protections. Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. Your employer must give you at least 15 calendar days to return this form.

It is your responsibility to ensure that the certification is provided in a timely manner. Return the completed form by email, fax or upload to mySedgwick® (as shown above), or send through the mail to: **Walmart Disability and Leave Service Center at Sedgwick, PO Box 14028, Lexington, KY, 40512.** (Please keep a copy for your records.)

**Instructions to the healthcare provider:**
Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of the condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the associate is seeking leave. Please be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name: Timothy J Collins, M.D SRFP
Business address: 305 Grady Rd Ste B Etowah TN 37331
Type of practice / Medical specialty: Family Practice
Telephone: 423-263-0722 Fax: 423-263-5232

MED 1 OF 3

!T3020482852700011FN-2048!

P. 1

* * * Communication Result Report ( Jan. 5. 2021 3:04PM ) * * *

1) Timothy Collins, M.D.
2)

Date/Time: Jan. 5. 2021 2:57PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1413 | Memory TX | 2138844921 | P. 25 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

Lincoln Financial Group
c/o RP Claims Processing
P.O. BOX 1500
[illegible], MD [illegible]

Lincoln Financial Group

STARR REGIONAL FAMILY PRACTICE
305 GRADY RD STE [illegible]
ATTN: MEDICAL RECORDS
ETOWAH, TN 37331

Date: Jan 5, 2021

Re: Long Term Disability Benefits
Claim#: 7386277 10784870
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: [illegible]
Access Key: [illegible]

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From June 1, 2020 to Present
Please provide all medical records for the timeframe above by:
Dr, Timothy Collins

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DC summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 286-[illegible]
Fax No: (213) 884-4921

Rpt#: 7386277

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**STARR REGIONAL FAMILY PRACTICE**
**305 GRADY RD STE B**
**ATTN: MEDICAL RECORDS**
**ETOWAH, TN 37331**

Date: Apr 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7740105 10784870
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CYIDFD

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
**medical rec - Seen By: STARR REGIONAL FAMILY PRACTICE**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7740105

RPID: 774010!

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

STARR REGIONAL FAMILY PRACTICE
305 GRADY RD STE B
ATTN: MEDICAL RECORDS
ETOWAH, TN 37331

Jun 2, 2022
Re: Disability Benefits
Claim# 9164906 10784870
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CYIDFD

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **05/19/2022** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☒ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________
- ☐ Records cannot be released because:

____________________________________________

- ☐ Other status information we should know:

____________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
John Paul Tuazon
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No.: (213) 884-4921

* * * Communication Result Report ( Jun. 21. 2022 1:39PM ) * * *

1) Timothy Collins, M. D.
2)

Date/Time: Jun. 21. 2022 1:34PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7900 | Memory TX | 12138844921 | P. 15 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1500
St. Peters, MO 63376

STARR REGIONAL FAMILY PRACTICE
205 GRADY RD STE B
ATTN: MEDICAL RECORDS
ETOWAH, TN 37331

Date: Apr 5, 2021

Re: Long Term Disability Benefits
Claim# 7740105 10784670
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: www.[illegible].com
Access Key: [illegible]

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From October 1, 2020 to Present
Medical RE - Seen By: STARR REGIONAL FAMILY PRACTICE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213)-884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DC summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 356-6038
Fax No: (213) 884-4921

RDIL 7740105

RECEIVED AT 6/21/2022 3:00:05 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:8773536412 * CSID:833 369 0949 * ANI:4237817250 * DURATION (mm-ss):05-44

Lincoln Financial Group

*THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

Claim # 10784870

000111 LFPQ9HD1 000000

MS. ROBERTA GALYON
[redacted]

**Lincoln/Galyon 1369**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

00000111 LFPQ9HD1 0001645

May 7, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

We are currently reviewing your eligibility for continued disability benefits and are in need of additional information.

To receive LTD benefits, you must continue to meet the definition of "Disability" in the LTD Policy. The definition of "Disability" under the LTD Policy is:

***"Disability"** or **"Disabled"** means:*
*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*
- *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
- *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on December 12, 2020 the change in definition will occur on December 12, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our evaluation, we will be contacting your treating




Lincoln/Galyon 1371

1372

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the tim
period from 01/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

✓Name: Timothy Collins
Specialty: PCP
Address: 305 Grady Road Ste B
Etowah, TN 37331
Telephone No.: (423) 263-1722 Fax No.: (833) 269-

Dino
(Retiring) Have to f... new
✓Name: DR Nodit
Specialty: Neurologist
Address: 501 20th St. Knoxville
TN 37916
Telephone No.: 865 544-4321 Fax No.: ( )

NAME: DR. E Michael Holt
Specialty: orthopedic Surgeon
Address: 11440 Parkside Drive
Suite 110 Knoxville
TN 37920
Phone: 865-218-9300
FAX:

✓ [illegible]
NAME: BRIAN Cooper
Specialty: Cardiologi[illegible]
Address: 5726 MAR[illegible]
Road Suite [illegible]
Chattanooga TN
37411
FAX:
phone: 1-423-682-81[illegible]

New Doctor
NAME: Gulati
Specialty: Gastrologist
Address: 1928 Alcoa Highway B-100
Knoxville, TN 37934
FAX:
Phone: 865-305-6570

ATI:
physical
Therapy

Sleep Apnea
Old Doctor
NAME: DR. Chandra
Address: 6624 Lee Hwy
Chattanooga, TN 37421
Phone: 423-648-8008
FAX:

✓ sleep Apnea
New Doctor - Statcare
NAME: DR. Gabriel
Specialty: pulmonary + sleep
Address: 719 Cook Drive Suite 103
Athens, TN 37303
Phone: 423-381-8804
FAX: 865-588-8841

Hospital 423-745-1411
Star Regional Medical Center
1114 W Madison Ave
Athens, TN 37303

Walmart Pharmacy
1-423-745-0395
1815 Decatur Pike
athens, TN 37303

Lincoln/Galyon 1373

| NAME/ADDRESS | ☎ |
| --- | --- |
| 1) Primary Care Doctor<br>Timothy Collins<br>1-423-263-0722 | HOME PCP<br>OFFICE Etowah, TN<br>MOBILE<br>FAX |
| 2) Michael Freeman UT of Knox<br>Vascular Surgeon Carotid Arteries Neck<br>1-865-305-9295 | HOME Knoxville, TN<br>OFFICE UT<br>MOBILE<br>FAX Blockage in Neck |
| 3) Dr Dino Nodit<br>Neurologist<br>1-865-544-4321 | HOME Diagnosis:<br>OFFICE<br>MOBILE muscle Disease<br>FAX myotonia |
| 4) Dr. Gulati UT of Knox<br>Gastrologist<br>1-865-305-6570 | HOME Knoxville, TN U<br>OFFICE<br>MOBILE Gastro<br>FAX Fatty Liver |
| 5) Dr. Kyle Kleppe UT of Knox<br>Surgeon - Hiatal Hernia<br>1-865-305-9620 | HOME New Doctor<br>OFFICE UT - Surgeon<br>MOBILE<br>FAX |
| 6) ① Brian Cooper<br>Cardiologist - Chattanooga<br>1-423-682-8100 | HOME Previous Heart Doctor<br>OFFICE<br>MOBILE Chattanooga<br>FAX |
| 7) ② Dr. Stuart Bresee UT of Knox<br>Cardiologist - Knoxville<br>1-865-544-2800 Heart Doctor at wanted with | HOME New Heart Doctor<br>OFFICE<br>MOBILE UT of Knoxville<br>Surgeon + Vascular |
| 8) ① Dr. Chandra<br>Sleep Doctor<br>1-423-648-8008 | HOME Previous Sleep Doctor<br>OFFICE<br>MOBILE Chattanooga<br>FAX |
| 9) ② Dr Gabriel 2nd opion<br>Pulmonary + Sleep<br>1-423-381-8804 Needed A Doctor in | HOME New Sleep Apnea Doctor<br>OFFICE<br>MOBILE<br>FAX Over → |

©1994 Day Runner, Inc. All Rights Reserved. 71559

Others because of Driving

Lincoln/Galyon 1374

Claim # 10784870

ATI PHYSICAL THERAPY

00001177 LFPG5AD1 00004661 E

**Authorization for Access, Use and/or Disclosure of Protected Health Information**

**CLIENT (PATIENT) INFORMATION**

Last GALYON First Roberta MI L

Street

SS#

**SIGNATURE:** Roberta L. Galyon Date: 5/5/2022

**RELATIONSHIP** (Choose one): ☑ Patient ☐ Legal Representative ☐ Other: ____________

**I hereby authorize ATI Physical Therapy to release information as indicated below to:**

Name Lincoln Financial Group

Street P.O. Box 2578 City/State Omaha, NE Zip 68172

Telephone Number: 877-353-6404 Fax Number: 866-841-1415

**Reason for the Request:** ____________

**Disclosures for the Following Dates of Service:** ____________

**Specific description of information to be accessed and/or disclosed:**

☑ **My medical records:**

☐ Complete medical record (except for mental health and/or developmental disability, substance abuse, and/or HIV/AIDS-related information; must be checked separately)

☐ Only the following portions of my medical record

☑ Therapy notes: Physical, Occupational, and/or Speech

☐ Mental health and developmental disability records

☐ Social Work Notes

☐ Substance abuse records

☐ Nursing Notes

☐ HIV/AIDS-related information records

☐ Physician Documentation

☐ Other: ____________

☐ **My billing records**

**Request Access and/or Disclosure for the following dates of service:** ____________

**I have read and understand the following statements:**

- I understand this Authorization will expire 60 days after I sign this form. *Note: If authorization is for disclosure of mental health records, it must have a calendar date expiration or the information may only be **disclosed** on the current day. Note: If this authorization is for research, an expiration date is not required.*

- I understand that ATI may be allowed by law to refuse to allow access to or disclosure of all or part of my protected health information. If access or disclosure is denied or refused ATI will not release the information as requested in this Authorization, and I will be notified of the denial/refusal in writing.

- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that ATI will not condition treatment, payment, enrollment in any health plans or my eligibility for benefits if I decide not to sign this Form.

- I understand that I may revoke this Authorization at any time by notifying the ATI Compliance Officer in writing, but if I do, it will not have any effect on any actions ATI took before it received the revocation.

- I understand that there is potential for information disclosed based on this authorization to be subject to re- disclosure by the recipient and no longer be protected by the Privacy Rule.

- I understand requests may be subject to a copying fee. If sent to a care provider for continued treatment, there will be no charge.

Roberta L. Galyon

**Lincoln/Galyon 1375**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

Return to: Joshua Graves

00000111 LFPQ8HD1 00001653

**EMPLOYEE/CLAIMANT NAME:** Roberta Galyon **CLAIM #:** 10784870
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address |
|---|---|---|
| GAlyon Roberta Lynn | | |
| Street Address | City | State / Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | M |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Scott A Galyon | 2 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Scott GAlyon Relationship to you? Spouse Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1290.00 | December | | 6/2020 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Roberta Lynn GAlyon
**DATE:** 5/29/2022 **EMPLOYEE'S SIGNATURE:** Roberta Lynn Galyon

DP 409

**Lincoln/Galyon 1376**

TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**Please fill out each section completely**

00000111 LFPO9HD1 00001654

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12+½ Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: NO Certificate Program completed: NO

Associates Degree: NO College: number of years: NO

Bachelor's Degree: BA /BS Major: — Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): NO

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: NONE

Primary language spoken: English Other language(s) spoken fluently: NONe

Additional Skills, Hobbies & Volunteer Work NONe

Did you serve in the Armed Forces? ☐ Y ☑ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history). I worked for Walmart 25 years

1. Company: Wal-mart Department: Pharmacy From: 5/2005 To: 6/2020
Job Title(s): Pharmacy Technician
Supervisory Experience ☐ Y ☑ N
Tasks/Duties/Physical Requirements (please be specific): Put up Drugs wait on customer, count pills, answer phone Had to stand 8 or more hours a day

2. Company: Walmart Department: Cashier + Service From: 8/1995 To: 5/2005
Job Title(s): Customer Service /Cashier Desk
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Run Register, Bag people's groceries work Service Desk doing Returns - Had to stand 8 hours a day



Lincoln/Galyon 1377

24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 1295
PageID #: 1428

CLAIM - 10784870

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: NO

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☑ | ☑ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☑ | ☑ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☑ | ☑ |
| Spread Sheet (MS Excel) | ☑ | ☑ | Project Management | ☑ | ☑ |
| Database | ☑ | ☑ | Other: ______ | | |
| Photo Software | ☑ | ☑ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal ______ Work: ______

SIGNATURE: Roberta Lynn Galyon PHONE NO: (423 506-8362



Lincoln/Galyon 1378

Claim # 10784870

Lincoln Financial Group®

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68172-9688

000111 LFPQ9HD1 000000

[redacted]

Lincoln/Galyon 1379

Clam # 10784870

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

0000111 LFFC8HU1 00001656 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 5/29/2020

Date of Birth: ________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**



**Lincoln/Galyon 1380**

Case 3:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 1298 of 1691
PageID #: 1431

Claim# 10784870

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Roberta Lynn Galyon Date: 5/29/2022

Signature: Roberta Lynn Galyon

00000111 LFPQ8HD1 00001649

Lincoln/Galyon 1381

Claim 10784870

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 5/29/2022

Date of Birth: ____________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

SIGNATURE: Roberta Lynn Galyon DATE: 5/29/2022

00000111 LI-PQ9HD1 00001652

Lincoln/Galyon 1383

Lincoln Financial Group®



How often do you get outdoors? Try to once A day to Soak up Sun for Vitamin D

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Google, Chrome

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ✓ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? Check emAil Patient PortAls order Groceries

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. FAcebook

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ ho

What do you use these social media sites for? family - like to Read Quotes on FB

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. TAblet, cell phone

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ___ 0-1 hours | ✓ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ___ None | ✓ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?
Phone make Appointments talk on phone, TABlet FAcebook Grocery Order

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NO

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hour |
| If yes, how many days per week do you play? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hour |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself + Spouse | yes - Spouse picks up my order |
| Carrying groceries into the house | Spouse | |
| Cooking meals | mySelf + Spouse | yes |
| Cleaning after meals | Spouse | |
| Cleaning bathrooms | mySelf + DAughter | yes |
| Vacuuming | DAughter | |
| Doing the laundry | Spouse + Daughter | |
| Opening and responding to mail | my self | |

Lincoln/Galyon 1384

Lincoln Financial Group®

10784870

*ACTIVITIES QUESTIONNAIRE*


| | | |
|---|---|---|
| Managing your finances | myself | yes - spouse |
| Balancing your checkbook | myself | yes - spouse |
| Bathing yourself | myself | NO - Shower CHAIR |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | myself + CANE | yes - spouse |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information: MAY 18th + 19th Discharged 5/20/2022 HERNIA REPAIR (2nd SURGERY IN the last year ON STOMACH) UT medical Center Knoxville TN (Admitting Kyle Klepp 1940 ALCOA HWY Knoxville TN 37920

How often do you travel or take vacation? don't

Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____________

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____________

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____________

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I CANNOT SQUAT with my Right Knee - gets stiff I CANNOT bend over lift heavy objects because of hernia repair had to have mesh covering, I get extremely tired + sleepy have to take a NAP. I Drop A-lot of stuff - just falls out of my hand) I have had cataract surgery I don't see well

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

I don't sleep well so I'm usually awake at 3 am then at 6 my spouse gets up, we might make breakfast I eat take medication, Read my email, take a nap watch T.V. If it is pretty I will sit outside. Make my phone calls, eat Dinner nap pick-up around house

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? ____________

In the event we cannot reach you, please provide an alternate contact's name and telephone number. Spouse

**Lincoln/Galyon 1385**

00000111 LFPQ9HD1 00001648

\# 10784870

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

Return To: Joshua Graves



EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870 DATE OF BIRTH: [redacted]
EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit Recliner 1-Hour; Regular Chairs - 30 minutes stand 30 mins At A time - BACK + shoulders will hurt walk maybe 20 minutes - going to Doctor - Have to stretch out Right Knee

How many hours a day do you:
sit 3-4 stand 3 walk 2 sleep lay down 4

Do you take a nap during the day?
Yes ✓ No

If Yes, for how long? 2 hours At what time of the day? When I get An overwhelming tiredness or can't hold my eyes open

How many hours a day do you spend in bed? sleep on couch 5 hours

Do you require any assistive devices such as a:
cane ✓ walker ____ crutches ____ wheelchair ____ other ____

How long are you able to sit in a car? ____

Do you hold a valid driver's license?
Yes ✓ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? NO - Have Idiopathic hypersomnia with long sleep time (Narcolepsy)
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Cell phone, messenger

Do you have children?
Yes ✓ No ____ If Yes, what are their dates of birth Allison Travis

Do you need help caring for your children?
Yes ____ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No ✓ If Yes, please explain ____

How many times a day do you leave the house during the week? 1 or 2 times mostly to Doctor
On the weekends? 1 time

How often do you run errands? don't

Please describe what errands you most commonly run: Go to the Doctor - Groceries Order on-line

**Lincoln/Galyon 1386**

00000111 LFPQ9HD1 00001646

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

April 27, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

Please complete and return the Authorization form as requested by ATI Physical Therapy in order for the facility to release your medical records. Please be advised we provided the Lincoln Financial

00001177 LFPG5AD1 00004660



CLC-SKL Document 17-3 Filed 09/03/24
PageID #: 1438

ATI PHYSICAL THERAPY

## Authorization for Access, Use and/or Disclosure of Protected Health Information

**CLIENT (PATIENT) INFORMATION**

Last GALYON First Roberta MI L

Stre

SS#

SIGNATURE: Roberta L. Galyon Date: 5/5/2022

RELATIONSHIP (Choose one): ☑ Patient ☐ Legal Representative ☐ Other. ______

00001177 LFPG5AD1 1 E

**I hereby authorize ATI Physical Therapy to release information as indicated below to:**

Name Lincoln Financial Group

Street P.O. Box 2578 City/State Omaha, NE Zip 68172

Telephone Number: 877-353-6404 Fax Number: 866-841-1415

**Reason for the Request:** ______

**Disclosures for the Following Dates of Service:** ______

**Specific description of information to be accessed and/or disclosed:**

☑ **My medical records:**

☐ Complete medical record (except for mental health and/or developmental disability, substance abuse, and/or HIV/AIDS-related information; must be checked separately)

☐ Only the following portions of my medical record

☑ Therapy notes: Physical, Occupational, and/or Speech

☐ Mental health and developmental disability records

☐ Social Work Notes

☐ Substance abuse records

☐ Nursing Notes

☐ HIV/AIDS-related information records

☐ Physician Documentation

☐ Other: ______

☐ **My billing records**

**Request Access and/or Disclosure for the following dates of service:** ______

**I have read and understand the following statements:**

- I understand this Authorization will expire 60 days after I sign this form. *Note: If authorization is for disclosure of mental health records, it must have a calendar date expiration or the information may only be **disclosed** on the current day. Note: If this authorization is for research, an expiration date is not required.*

- I understand that ATI may be allowed by law to refuse to allow access to or disclosure of all or part of my protected health information. If access or disclosure is denied or refused ATI will not release the information as requested in this Authorization, and I will be notified of the denial/refusal in writing.

- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that ATI will not condition treatment, payment, enrollment in any health plans or my eligibility for benefits if I decide not to sign this Form.

- I understand that I may revoke this Authorization at any time by notifying the ATI Compliance Officer in writing, but if I do, it will not have any effect on any actions ATI took before it received the revocation.

**Lincoln/Galyon 1388**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1389

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

May 7, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

We are currently reviewing your eligibility for continued disability benefits and are in need of additional information.

To receive LTD benefits, you must continue to meet the definition of "Disability" in the LTD Policy. The definition of "Disability" under the LTD Policy is:

***"Disability"*** *or* ***"Disabled"*** *means:*
*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*
- *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
- *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on December 12, 2020 the change in definition will occur on December 12, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our evaluation, we will be contacting your treating

physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them by June 19, 2022:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Authorization

- Mail to Lincoln National Life Insurance Company, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMClaims@lfg.com
- Fax to (603) 334-0380

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**Return To:** Joshua Graves



EMPLOYEE/CLAIMANT NAME: Roberta Galyon

CLAIM NO: 10784870 DATE OF BIRTH: [redacted]

EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

**Lincoln/Galyon 1392**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you get outdoors? ____________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ______ | Right ______ |
| Are you able to work in your garden? | Yes ______ | No ______ |
| Are you able to work on your house? | Yes ______ | No ______ |
| Are you able to wash your car? | Yes ______ | No ______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ____________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these internet sites for? ____________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ____________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these social media sites for? ____________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

For what reasons, do you use these devices?

____________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |

**Lincoln/Galyon 1393**

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______
If Yes:
how many hours per day? ______
how many hours per week? ______
for whom? ____________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Galyon 1394**

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/Galyon 1395**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________

Name of legal representative, if applicable (print) ________________________ Relationship ____________

Signature of claimant or legal representative ________________________ Date: ____________

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**Return To:** Joshua Graves

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ________________________________ DATE: ______________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

**Return to:** Joshua Graves

**EMPLOYEE/CLAIMANT NAME:** Roberta Galyon **CLAIM #:** 10784870
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:** [redacted]

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

________________________________________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

________________________________________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

________________________________________________________________________

**<u>Computer Utilization:</u>**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________________ Work: ________________________

**SIGNATURE:** ________________________ **PHONE NO: (        )** ________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________ Relationship ________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: ________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**



RPID: 9164906

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 9164906

IntrinsiQ Specialty Solutions

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| To: | Dr. Collins | | |
| Company: | Dr. Collins | Date: | 4/22/2022 9:20 AM |
| Phone: | | Fax: | 18333690949 |
| Pages: | 2 (including cover page) | | |
| From: | Bridget Neelley on behalf | Fax: | |
| Phone: | 4234723201 | | |
| Practice: | Client - Tennessee Valley Urology Center - 05312 | | |

Subject:

Message:

Galyon, Roberta 11/15/2021 13:23:36
ID: 12476

Sinus rhythm
Poor R wave progression - probable normal variant
Low QRS voltages in precordial leads

| | | | |
|---|---|---|---|
| D.O.B.: | 56 YEARS | Vent. Rate: | 83 bpm |
| FEMALE | | RR Interval: | 718 ms |
| Meds: | | PR Interval: | 132 ms |
| Class: | | QRS Duration: | 82 ms |
| Dr: | Cooper | QT Interval: | 350 ms |
| Tech: | Hb | QTc Interval: | 390 ms |
| | | QT Dispersion: | 52 ms |
| | | P-R-T AXIS: | 56° 0° 21° |

Borderline ECG

* Unconfirmed Analysis *




PRINTED IN U.S.A.

PAGE 4/7 * RCVD AT 4/27/2022 4:59:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:8773536412 * CSID:833 369 0949 * ANI:4237817250 * DURATION (mm-ss):03-21

Lincoln/Galyon 1406

RPid #9164906

Lincoln Financial Group

# Restrictions Form

| Roberta Galyon | | 9164906 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 6-13-21
   DATE LAST TREATED — 1-12-22
   NEXT OFFICE VISIT — 6-22

   Total knee replacement Manipulation
   Hernia Abdominal Wall Hiatal
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☑ **SEDENTARY** Lifting / carrying up to ~~10~~ 5 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Cannot bend c̄ knees - Cannot Squat - No lifting due to hernia - No grasping due to muscle weakness & Hiatal Hernia Cannot Drive due to Sleep apnea

4. RESTRICTIONS IMPOSED FROM 6-13-21 TO 12-31-22

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Hernia repair on 5-18-22 12-31-22 pending follow up.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Hiatal hernia - Knee manipulation

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 1-12-22 TO 12-31-22.

| Timothy J Collins | MD | 621807833 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 305 Grady Rd | 4232636-0722 | 833-369-0949 |
| Street Address | Telephone Number | Fax Number |
| Etowah TN 37331 | x [signature] | 4-27-22 |
| City, State & Zip Code | Signature | Date |

RPID: 9164906

**GALYON, Roberta L (id #870114, dob: [redacted]**

- Morbid obesity
- Fibromyositis
- Mixed hyperlipidemia
- Adult health examination
- Malaise and fatigue
- Knee pain
- Type 2 diabetes mellitus without complication
- Osteoarthritis
- Diaphragmatic hernia
- Iron deficiency anemia

## Family History

Family History not reviewed (last reviewed 12/21/2021)

Mother - Diabetes mellitus
- deceased

Father, deceaced 2 Brothers, 6 Sisters 1 Son, 1 Daughter

## Social History

Social History not reviewed (last reviewed 12/21/2021)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No

**Marriage and Sexuality**

What is your relationship status?: Married

**Gender Identity and LGBTQ Identity**

Gender identity: Identifies as Female
Assigned sex at birth: Female
Pronouns: she/her
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 12/21/2021)

- Repair of hernia of anterior abdominal wall
- Total replacement of right knee joint
- Cholecystectomy
- Hysterectomy
- Procedure on wrist

## GYN History

GYN History not reviewed (last reviewed 12/21/2021)

## Obstetric History

Obstetric History not reviewed (last reviewed 12/21/2021)

## Assessment / Plan

**1. Pre-surgery testing**

Z01.89: Encounter for other specified special examinations

- CBC WITH DIFFERENTIAL/PLATELET
- BASIC METABOLIC PANEL (8)-322758-P
- VENIPUNCTURE ROUTINE (PROC)

### Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

Encounter signed-off by Timothy Collins, MD, 01/12/2022.

Encounter performed and documented by Timothy Collins, MD
Encounter reviewed & signed by Timothy Collins, MD on 01/12/2022 at 12:47pm

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: ____ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1410

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (866) 841-1415

April 27, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

Please complete and return the Authorization form as requested by ATI Physical Therapy in order for the facility to release your medical records. Please be advised we provided the Lincoln Financial Group Authorization form, in which was rejected by ATI.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-0380
Email: WMClaims@lfg.com
Attachments: 10784870-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.26.2022

ATI PHYSICAL THERAPY

**Authorization for Access, Use and/or Disclosure of Protected Health Information**

**CLIENT (PATIENT) INFORMATION**

Last ______________ First ______________ MI ________

Street ______________ City/State ______________ Zip ________

SS# ____ - ____ - ____ Date of Birth: __________ Telephone Number: __________

**SIGNATURE:** ________________________ Date: __________

**RELATIONSHIP** (Choose one): ☐ Patient ☐ Legal Representative ☐ Other: __________

**I hereby authorize ATI Physical Therapy to release information as indicated below to:**

Name ________________________________________

Street ______________ City/State ______________ Zip ________

Telephone Number: ______________ Fax Number: ______________

**Reason for the Request:** ______________________________

**Disclosures for the Following Dates of Service:** ______________________

**Specific description of information to be accessed and/or disclosed:**

☐ **My medical records:**

☐ Complete medical record (except for mental health and/or developmental disability, substance abuse, and/or HIV/AIDS-related information; must be checked separately)

☐ Only the following portions of my medical record

☐ Mental health and developmental disability records

☐ Substance abuse records

☐ HIV/AIDS-related information records

☐ Other: ______________

☐ Therapy notes: Physical, Occupational, and/or Speech

☐ Social Work Notes

☐ Nursing Notes

☐ Physician Documentation

☐ **My billing records**

**Request Access and/or Disclosure for the following dates of service:** ______________

**I have read and understand the following statements:**

- I understand this Authorization will expire 60 days after I sign this form. *Note: If authorization is for disclosure of mental health records, it must have a calendar date expiration or the information may only be* ***disclosed*** *on the current day. Note: If this authorization is for research, an expiration date is not required.*

- I understand that ATI may be allowed by law to refuse to allow access to or disclosure of all or part of my protected health information. If access or disclosure is denied or refused ATI will not release the information as requested in this Authorization, and I will be notified of the denial/refusal in writing.

- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that ATI will not condition treatment, payment, enrollment in any health plans or my eligibility for benefits if I decide not to sign this Form.

- I understand that I may revoke this Authorization at any time by notifying the ATI Compliance Officer in writing, but if I do, it will not have any effect on any actions ATI took before it received the revocation.

- I understand that there is potential for information disclosed based on this authorization to be subject to re- disclosure by the recipient and no longer be protected by the Privacy Rule.

- I understand requests may be subject to a copying fee. If sent to a care provider for continued treatment, there will be no charge.

**Lincoln/Galyon 1412**

## Medical Record Overview

ReleasePoint

**Date:** **April 21, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** Dr. Stuart Dresee

,
(865) 544-2800

**Request Scope:** From April 4, 2022 to Present

**Chart Range:** 04/05/2022 - 04/11/2022

**RP ID:** 9164904

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 5 2022 | Apr 5 2022 | 8 | 2 |
| EKG/Cardiology | Apr 5 2022 | Apr 11 2022 | 5 | 10 |
| Labs/Diagnostics | Apr 5 2022 | Apr 11 2022 | 13 | 15 |
| Request Corr. | | | 4 | 28 |
| Questionnaire | | | 1 | 32 |

**Total Page Count:** 31

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

We only received medical records and missing completed form/questionnaire. Please request for the completed form/questionnaire. thank you.

**Lincoln/Galyon 1413**

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 010 Office Notes: New Patient ASAP Appt Room 19 Chest Pain**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

**Visit Type:** Initial Consult
**Primary Provider:** Timothy Collins, MD

**CC:** Cardiac Management.

**History of Present Illness:**
We are seeing Mrs. Galyon in consultation today for the evaluation of chest pain and multiple risk factors of CAD

We appreciate the referral

Mrs. Galyon has a history of diabetes and elevated serum cholesterol.She has a very strong history of coronary disease in both her parents and 2 siblings. Her father died at age 47 of an MI and a brother had bypass surgery at age 70

She is known to have moderate carotid artery stenoses being followed medically by Dr. Freeman. She describes chest pain to him and he asked us to see her

In the past she has seen a cardiologist who told her that she had a leaky mitral valve did not require surgery yet but something that had to be followed.

On description her chest pain has been present for several months it increasing in frequency and severity

She had it before that but infrequently. She describes as a substernal ache associated with dyspnea and that can occur with household chores or at rest. It does occur with activity and improves with rest usually within 15 minutes or so. By description it really sounds very compatible with angina.

As noted above it is increasing in frequency and severity.

## Past Medical History:

Reviewed history from 04/01/2022 and no changes required:
- Chest Pain
- Hyperlipidemia
- Catodid stenosis
- Chiari Syndrome
- Chronic Anemia
- Diabetes Mellitus
- GERD

Hepatic Steatosis
Hiatal Hernia
Iron Deficiency

### Past Surgical History:

Reviewed history from 04/01/2022 and no changes required:
Hiatal Hernia
Knee surgery left
Knee surgery right
Foot surgery
Partial Hysterectomy
Cholecystectomy
Cyst removed from right hand
Bilateral Cataract surgery

### Family History Summary:

**Family History Reviewed:** 04/05/2022
Family History of CAD female <65 for Mother - Entered On: 4/1/2022
Family History of Diabetes for Mother - Entered On: 4/1/2022
Family History of Hypertension for Mother - Entered On: 4/1/2022

### Social History Summary:

**Social History Reviewed:** 04/05/2022
**Previous Social History:**
Patient has never smoked.
Alcohol Use: N
Drug Use: N

### Risk Factors:

Smoked Tobacco Use: Never smoker

Alcohol Use: no

Drug Use: no

### Review of Systems

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**MS**
**Complains of arthritis.**

**Heme**
Denies excessive bruising.

**Allergy**
Denies frequent colds or flu.

**Derm**
**Complains of rash.**
Denies skin problems.
neck

**Psych**
**Complains of anxiety.**
Denies depression.

**General**
Denies fever and weight loss.

**Eyes**
**Complains of vision changes.**

**ENT**
**Complains of hearing loss.**

**CV**
See HPI
**Complains of chest pain.**

**Resp**
Denies shortness of breath and abnormal cough.

**Neuro**
**Complains of tiredness.**
Denies blackouts.

**GU**
Denies blood in urine.

## Vital Signs:

Patient Profile: 57 Years Old Female

**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

| | |
|---|---|
| Height: | 65 inches |
| Weight: | 188.8 pounds |
| BMI: | 31.41 |
| Temp: | 97 degrees F temporal |
| Pulse rate: | 70 / minute |
| Pulse rhythm: | regular |
| BP Sitting: | 124 / 83 (right arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.
No Known Allergy.

Vitals Entered By: Susan E Tharpe (April 5, 2022 8:37 AM)

## Physical Exam

**General:**
well developed, well nourished, in no acute distress
**Head:**
normocephalic and atraumatic
**Eyes:**
conjunctiva and sclera clear
**Neck:**
normal JVP, no bruits
**Chest Wall:**
no deformities noted
**Lungs:**
lungs clear and normal respiratory effort
**Heart:**
regular rate and rhythm,normal S1/S2 without murmurs, rubs, gallops, or clicks
**Abdomen:**
bowel sounds positive; abdomen soft and non-tender without masses, organomegaly, or hernias noted
**Msk:**
no deformity or scoliosis noted with normal posture and gait
**Pulses:**
pulses normal in all 4 extremities
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted
**Neurologic:**
no focal deficits
**Skin:**
intact without lesions or rashes

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: (
Doctor: Stuart J Bresee MD FACC

**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration

## Detailed Cardiovascular Exam

**Neck**
Carotids: Carotids full and equal bilaterally without bruits.
Neck Veins: Normal, no JVD.

**Heart**
Inspection: no deformities or lifts noted.
Palpation: normal PMI with no thrills palpable.
Auscultation: regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks.

**Vascular**
Abdominal Aorta: no palpable masses, pulsations, or audible bruits.
Femoral Pulses: normal femoral pulses bilaterally.
Pedal Pulses: normal pedal pulses bilaterally.
Radial Pulses: normal radial pulses bilaterally.
Peripheral Circulation: no clubbing, cyanosis, or edema noted with normal capillary refill.

## EKG Interpretation
**Rhythm:** Normal Sinus
**Rate:** 60
**Conduction:** Normal
**ST Segments:** Normal
**MI:** None
**MI Comments:** Early transition in a Q in 3 noted
**Comparison to Prior EKGs:** Same

**Updated Medication List:**
isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose
atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day
promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed
ferrous sulfate 325 mg (65 mg iron) tablet (ferrous sulfate) Take 1 tablet by mouth once a day
baclofen 10 mg tablet (baclofen) Take 1 tablet by mouth twice a day
Aspirin Low Dose 81 mg tablet,delayed release (DR/EC) (aspirin) Take 1 tablet by mouth twice a day
Acetaminophen Extra Strength 500 mg tablet (acetaminophen) Take 2 tablet by mouth three times a day as needed
pramipexole 1 mg tablet (pramipexole) Take 1 tablet by mouth at bedtime

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

rizatriptan 10 mg tablet (rizatriptan) Take 1 tablet by mouth once a day as needed
Trulicity 0.75 mg/0.5 mL pen injector (dulaglutide) Inject pen injector subcutaneously once a week on Wednesday
clonazepam 0.5 mg tablet (clonazepam) Take 1 tablet by mouth once a day as needed
fluoxetine 40 mg capsule (fluoxetine) Take 1 capsule by mouth once a day
simethicone 80 mg tablet,chewable (simethicone) Take 1 tablet by mouth every four hours as needed
celecoxib 200 mg capsule (celecoxib) Take 1 capsule by mouth once a day

**Process Orders**
Check Orders Results:
EMR-Link: ABN not required for this insurance.
Requisition page opened for LC Direct. Order transmitted to EMR-Link April 5, 2022 9:54 AM
Tests Sent for requisitioning (April 5, 2022 9:54 AM):
04/05/2022: EMR-Link -- Basic Metabolic Panel (6) [Labcorp] (signed)
04/05/2022: EMR-Link -- CBC [Labcorp] (signed)
04/05/2022: EMR-Link -- PT [Labcorp] (signed)

## Impression & Recommendations:

**Problem # 1:** Coronary atherosclerosis of native coronary artery (ICD-414.01) (ICD10-I25.10)
**Assessment:** Unchanged
She has multiple risk factors for CAD including diabetes. Her symptoms are progressive and quite compatible with angina

This is a setting where myocardial perfusion imaging is not likely be helpful. Because of the very high pretest likelihood of CAD and negative perfusion scan would not be adequate to exclude the CAD diagnosis and would likely be followed by diagnostic catheterization. An abnormal MPS would definitely be followed by catheterization so we have advised proceeding directly to cardiac catheterization.

The risk and benefit of cardiac catheterization and possible percutaneous intervention have been explained to the patient including but not limited to vascular injury, renal failure requiring dialysis, MI, stroke, bleeding, emergency CABG, and death. The patient understands and would like to proceed with "on line" PCI as indicated.

She is already taking aspirin and statin therapy. With a resting heart rate of 60 I think beta-blockers would be poorly tolerated so we asked her to start isosorbide mononitrate 30 mg daily.

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**Problem # 2:** Mitral regurgitation (ICD-424.0) (ICD10-I34.0)
**Assessment:** Unchanged
I am encouraged by the fact I do not appreciate a significant mitral regurgitation murmur. Still given her history of the valve lesion requiring follow-up I think it would be prudent to get the echocardiogram done prior to the catheterization.

**Problem # 3:** Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
**Assessment:** Unchanged
According to the 2013 guidelines, the patient should receive "high intensity statin therapy", that is atorvastatin 40-80 mg/day or crestor 20-40 mg/day.

She tolerates atorvastatin 20 mg daily well.

We will plan to assess the lipid panel and if she does require revascularization will increase this to "high intensity"

**Other Orders:**
Basic Metabolic Panel (8) (Labcorp)
CBC (Labcorp)
PT (Labcorp)

**Patient Instructions:**
1) Start taking isosorbide mononitrate 30 mg daily.
2) Return for cardiac catheterization on Monday, April 25 (details separately).
3) We will do lab work today "preoperatively".
4) We will schedule an echocardiogram to be done in the near future and you will receive the results by letter if it is okay or a phone call if it is not.

cc:
**Medications:**
Added new medication of promethazine 25 mg tablet (promethazine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH - Signed
Changed medication from atorvastatin 80 mg tablet (atorvastatin) Take 1 tablet by mouth once a day to atorvastatin 40 mg tablet (atorvastatin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Deleted medication of pregabalin 150 mg capsule (pregabalin) Take 2 capsule by mouth twice a day ; Route: BY MOUTH

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

Deleted medication of metformin 500 mg tablet (metformin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of ondansetron HCl 4 mg tablet (ondansetron hcl) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of oxycodone 5 mg tablet (oxycodone) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Deleted medication of sumatriptan succinate 50 mg tablet (sumatriptan succinate) Take 2 tablet by mouth once a day as needed ; Route: BY MOUTH
Deleted medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of polyethylene glycol 3350 17 gram powder in packet (polyethylene glycol 3350) Take 1 packet by mouth once a day ; Route: BY MOUTH
Deleted medication of melatonin 5 mg tablet (melatonin) Take 1 tablet by mouth at bedtime as needed ; Route: BY MOUTH
Deleted medication of insulin lispro 100 unit/mL solution (insulin lispro) Inject 1 subcutaneously SQ AC and HS; Route: SUBCUTANEOUSLY
Deleted medication of Vitamin D3 50 mcg (2,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet by mouth once a day ; Route: BY MOUTH
Deleted medication of calcium carbonate 500 mg calcium (1,250 mg) tablet (calcium carbonate) Take 1 tablet by mouth every four hours as needed ; Route: BY MOUTH
Added new medication of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; Route: BY MOUTH - Signed
Rx of isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose ; #30 tablet x 5; Signed; Entered by: Stuart J Bresee MD FACC; Authorized by: Stuart J Bresee MD FACC; Method used: Electronically to Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389,

**Prescriptions:**
isosorbide mononitrate 30 mg tablet extended release 24 hr (isosorbide mononitrate) Take 1 tablet by mouth single dose #30 tablet x 5
Entered and Authorized by: Stuart J Bresee MD FACC
Electronically signed by: Stuart J Bresee MD FACC on 04/05/2022
Method used: Electronically to
Walmart Pharmacy 663 1815 Decatur Pike, ATHENS, TN 37303, Ph: (423) 745-1495 Fax: (423) 745-1389

RxID: 1964771456097160

**Electronically signed by Stuart J Bresee MD FACC on 04/05/2022 at 4:59 PM**

---

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**04/11/2022 - 060 Echo Ultrasound: Transthoracic Echocardiogram**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**
**This document contains external references**

Transthoracic Echocardiogram

University of Tennessee Medical Center
Adult Echocardiography Laboratory
1924 Alcoa Highway
Knoxville, TN 37920
(865) 305-9873

---

Name: GALYON, ROBERTA L
Exam:Transthoracic Echocardiogram
MRN: 1844020
Study Date: 04/11/2022 09:17 AM
DOB:
Order ID#: 5230614837
Age: 57 yrs
Account#: 18440200029
Gender: Female
Patient Location: LCCR
Referring Physician: BRESEE, STUART
Ordering Physician: BRESEE, STUART
Performed By: Stacie Peoples, RVT

---

Reason For Study: MITRAL REGURGITATION
Height: 65 in Weight: 188 lb BSA: 1.9 m2
BP: 117/70 mmHg

---

Procedure (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral Doppler). The study quality is good .

---

Interpretation Summary
There is normal left ventricular wall thickness.
Left ventricular systolic function is normal.
The left ventricular ejection fraction is 63% by the biplane method of disks.

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

The aortic valve is normal in structure and function.
The mitral valve appears normal.
There is trace to mild mitral regurgitation.

Contrast
Contrast was not indicated, LV endocardial borders are well visualized.

Left Ventricle
The left ventricle is normal in size. There is normal left ventricular wall thickness. Left ventricular systolic function is normal. The left ventricular ejection fraction is 63% by the biplane method of disks. The left ventricular wall motion is normal. There are no regional wall motion abnormalities. Left Ventricular filling pattern is normal. Diastolic examination suggests normal left atrial pressure.

Left Atrium/Atrial Septum
The left atrial volume is mildly increased. There is no Doppler evidence for an atrial septal defect.

Right Ventricle
The right ventricular size is mildly dilated. The right ventricular systolic function is normal measured by TAPSE. The right ventricular wall motion is normal. No regional wall motion abnormalities are noted.

Right Atrium
The right atrium is normal.

Aortic Valve
The aortic valve is normal in structure and function. The aortic valve is trileaflet. No hemodynamically significant valvular aortic stenosis. No aortic regurgitation is present.

Mitral Valve
The mitral valve appears normal. There is no evidence of mitral stenosis. There is trace to mild mitral regurgitation.

Tricuspid Valve
The tricuspid valve is normal. There is no tricuspid stenosis. There is mild tricuspid regurgitation. The RVSP is estimated at 32.4 mmHg .

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

Pulmonic Valve
The pulmonic valve is normal. There is no pulmonic valvular stenosis. There is no pulmonic valvular regurgitation.

Arteries
The aortic root is normal size. The visualized portions of ascending and descending aorta appear normal in size.

Venous
The inferior vena cava is normal in size, and collapses normally with respiration. Pulmonary venous sampling consistent with:Normal left atrial pressure.

Pericardium/Pleura
There is no pericardial effusion.

Measurements with Normals
IVSd: 0.76 cm (0.6-1.1)LA dimension: 4.0 cm(2.0-4.0)
LVPWd: 0.90 cm(0.6-1.1)Ao root diam: 2.6 cm(2.0-3.7)
LVIDd: 4.8 cm (3.7-5.5)RVDd: 3.6 cm (1.9-3.5)
LVIDs: 3.3 cm (2.0-4.0)LVOT diam: (1.8-2.2)

MMode/2D Measurements & Calculations
FS: 31.1 % asc Aorta Diam: 3.2 cm

LVAd ap4: 21.7 cm2 LVAd ap2: 23.7 cm2
LVLd ap4: 7.0 cm LVLd ap2: 7.0 cm
EDV(MOD-sp4): 55.5 mlEDV(MOD-sp2): 65.3 ml
EDV(sp4-el): 57.4 ml EDV(sp2-el): 68.0 ml
LVAs ap4: 11.4 cm2 LVAs ap2: 12.4 cm2
LVLs ap4: 5.5 cm LVLs ap2: 6.4 cm
ESV(MOD-sp4): 21.0 mlESV(MOD-sp2): 20.7 ml
EF(MOD-sp4): 62.2 % EF(MOD-sp2): 68.3 %

SV(MOD-bp): 38.6 ml
ESV(MOD-bp): 22.4 ml
EF(MOD-bp): 63.4 %

LA Area 2ch: 20.6 cm2LA Area 4ch: 22.7 cm2

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

```
LA Min Length: 5.4 cm
                     LA Vol Index: 38.6 ml/m2

LA Volume: 74.3 ml   TAPSE: 1.7 cm


Doppler Measurements & Calculations
MV E max vel: 94.3 cm/sec   LVOT Vmax: 84.2 cm/sec
MV A max vel: 48.2 cm/sec   LV V1 mean PG: 1.1 mmHg
MV E/A: 2.0                 Ao V2 max: 144.5 cm/sec
Lat Peak E' Vel: 15.4 cm/secAo max PG: 8.3 mmHg
Med Peak E' Vel: 11.7 cm/secAo V2 mean: 88.0 cm/sec
                            Ao mean PG: 3.6 mmHg
                            Ao V2 VTI: 35.0 cm


LVOT max PG: 2.8 mmHg       RAP systole: 3.0 mmHg
LVOT Vmean: 47.6 cm/sec     TR max vel: 271.1 cm/sec
LVOT VTI: 21.8 cm           TR max PG: 29.4 mmHg
                            RVSP(TR): 32.4 mmHg

E/e' (Lat): 6.1             E/e' (Med): 8.1
```

---

Electronically signed by:Stuart Bresee, MD, FACC on 04/17/2022 06:46 AM

---

External Attachment:

Type: Image
Comment: Scanned Image

**Electronically signed by Stuart J Bresee MD FACC on 04/18/2022 at 6:55 AM**

---

**Lincoln/Galyon 1425**

GEMS IT MAC1200 , UNIVERSITY CARDIOLOGY

Gaylon, Roberta ID 307822
DOB: [redacted]

HR 60 bpm

Measurement Results:

| | | |
|---|---|---|
| QRS | : | 84 ms |
| QT/QTcB | : | 414 / 414 ms |
| PR | : | 120 ms |
| P | : | 94 ms |
| RR/PP | : | 1002 / 1000 ms |
| P/QRS/T | : | 34/ 9/ 24 degrees |

-90 aUR aUL 0 I III +90 II aUF

< P
< T
< QRS

Unconfirmed report.




Cart# 1 Site# 1
Apr 05 2022 07:52:35 AM 25mm/s 10mm/mV ADS 60Hz 0.08 - 40Hz 4x2.5R1 12 Lead V5.21 E (2) 12SL®v231

Lincoln/Galyon 1426

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

**04/11/2022 - External Other: Adult**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

```
Patient: ROBERTA L GALYON
ID: XCELERA 1844020
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Adult (ECHOPACS1)
  PatientHeight              65 in
  PatientWeight              188.000027445776 lb
  SystolicPressure           117 mmHg
  DiastolicPressure          70 mmHg
  BSA                        1.9 m^2
  Procedure                  Procedure
  Procedure
      RESULT: (93306) Complete Transthoracic Echo (2D, M-Mode, Color
Doppler, Spectral
  Procedure                  Doppler)
  Procedure
      RESULT: The study quality is  good .
! Contrast                   Contrast
! Contrast
      RESULT: Contrast was not indicated, LV endocardial borders are well
visualized.
  Left Ventricle             Left Ventricle
  Left Ventricle
      RESULT: The left ventricle is normal in size.
  Left Ventricle
      RESULT: There is normal left ventricular wall thickness.
  Left Ventricle
      RESULT: Left ventricular systolic function is normal.
  Left Ventricle
      RESULT: The left ventricular ejection fraction is  63% by the biplane
method of disks.
  Left Ventricle
      RESULT: The left ventricular wall motion is normal.
  Left Ventricle
      RESULT: There are no regional wall motion abnormalities.
  Left Ventricle
      RESULT: Left Ventricular filling pattern is normal.
  Left Ventricle
      RESULT: Diastolic examination suggests normal left atrial pressure.
! Left Atrium/Atrial Septum
      RESULT: Left Atrium/Atrial Septum
! Left Atrium/Atrial Septum
      RESULT: The left atrial volume is mildly increased.
! Left Atrium/Atrial Septum
      RESULT: There is no Doppler evidence for an atrial septal defect.
```

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

```
  Right Ventricle           Right Ventricle
  Right Ventricle
      RESULT: The right ventricular size is mildly dilated.
  Right Ventricle
      RESULT: The right ventricular systolic function is normal measured by
TAPSE.
  Right Ventricle
      RESULT: The right ventricular wall motion is normal.
  Right Ventricle
      RESULT: No regional wall motion abnormalities are noted.
  Right Atrium              Right Atrium
  Right Atrium
      RESULT: The right atrium is normal.
  Aortic Valve              Aortic Valve
  Aortic Valve
      RESULT: The aortic valve is normal in structure and function.
  Aortic Valve
      RESULT: The aortic valve is trileaflet.
  Aortic Valve
      RESULT: No hemodynamically significant valvular aortic stenosis.
  Aortic Valve
      RESULT: No aortic regurgitation is present.
  Mitral Valve              Mitral Valve
  Mitral Valve
      RESULT: The mitral valve appears normal.
  Mitral Valve
      RESULT: There is no evidence of mitral stenosis.
  Mitral Valve
      RESULT: There is trace to mild mitral regurgitation.
  Tricuspid Valve           Tricuspid Valve
  Tricuspid Valve
      RESULT: The tricuspid valve is normal.
  Tricuspid Valve
      RESULT: There is no tricuspid stenosis.
  Tricuspid Valve
      RESULT: There is mild tricuspid regurgitation.
  Tricuspid Valve
      RESULT: The RVSP is estimated at  32.4 mmHg .
  Pulmonic Valve            Pulmonic Valve
  Pulmonic Valve
      RESULT: The pulmonic valve is normal.
  Pulmonic Valve
      RESULT: There is no pulmonic valvular stenosis.
  Pulmonic Valve
      RESULT: There is no pulmonic valvular regurgitation.
! Arteries                  Arteries
! Arteries
      RESULT: The aortic root is normal size.
! Arteries
```

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

RESULT: The visualized portions of ascending and descending aorta appear normal in
! Arteries size.
! Venous Venous
! Venous
RESULT: The inferior vena cava is normal in size, and collapses normally with
! Venous respiration.
! Venous
RESULT: Pulmonary venous sampling consistent with:Normal left atrial pressure
! Pericardium/Pleura
RESULT: Pericardium/Pleura
! Pericardium/Pleura
RESULT: There is no pericardial effusion.
! MMode 2D Measurements \T\ Calculations
RESULT: MMode 2D Measurements & Calculations

| | |
|---|---|
| ! RVDd | 3.6 cm |
| IVSd | 0.76 cm |
| LVIDd | 4.8 cm |
| LVIDs | 3.3 cm |
| ! LVPWd | 0.9 cm |
| ! IVS/LVPW | 0.85 |
| FS | 31.1 % |
| ! EDV(Teich) | 105.7 ml |
| ! ESV(Teich) | 43.6 ml |
| EF(Teich) | 58.7 % |
| ! EDV(cubed) | 108.1 ml |
| ! ESV(cubed) | 35.4 ml |
| ! EF(cubed) | 67.2 % |
| ! LV mass(C)d | 131.4 grams |
| ! LV mass(C)dI | 68.2 grams/m^2 |
| ! SV(Teich) | 62 ml |
| ! SI(Teich) | 32.2 ml/m^2 |
| ! SV(cubed) | 72.7 ml |
| ! SI(cubed) | 37.7 ml/m^2 |
| Ao root diam | 2.6 cm |
| Ao root area | 5.5 cm^2 |
| ! LA dimension | 4 cm |
| ! asc Aorta Diam | 3.2 cm |
| ! LA/Ao | 1.5 |
| ! LVAd ap4 | 21.7 cm^2 |
| ! LVLd ap4 | 7 cm |
| EDV(MOD-sp4) | 55.5 ml |
| ! EDV(sp4-el) | 57.4 ml |
| ! LVAs ap4 | 11.4 cm^2 |
| ! LVLs ap4 | 5.5 cm |
| ESV(MOD-sp4) | 21 ml |
| ! ESV(sp4-el) | 19.9 ml |

Lincoln/Galyon 1429

```
! EF(MOD-sp4)              62.2 %
! EF(sp4-el)               65.3 %
! LVAd ap2                 23.7 cm^2
! LVLd ap2                 7 cm
! EDV(MOD-sp2)             65.3 ml
! EDV(sp2-el)              68 ml
! LVAs ap2                 12.4 cm^2
! LVLs ap2                 6.4 cm
! ESV(MOD-sp2)             20.7 ml
! ESV(sp2-el)              20.5 ml
! EF(MOD-sp2)              68.3 %
! EF(sp2-el)               69.8 %
! LVLd %diff               0.59 %
! EDV(MOD-bp)              61 ml
! LVLs %diff               13.4 %
! ESV(MOD-bp)              22.4 ml
  EF(MOD-bp)               63.4 %
! SV(MOD-sp4)              34.6 ml
! SI(MOD-sp4)              17.9 ml/m^2
! SV(MOD-sp2)              44.5 ml
! SI(MOD-sp2)              23.1 ml/m^2
! SV(MOD-bp)               38.6 ml
! SI(MOD-bp)               20.1 ml/m^2
! SV(sp4-el)               37.5 ml
! SI(sp4-el)               19.5 ml/m^2
! SV(sp2-el)               47.5 ml
! SI(sp2-el)               24.7 ml/m^2
! Doppler Measurements \T\ Calculations
      RESULT: Doppler Measurements & Calculations
  MV E max vel             94.3 cm/sec
  MV A max vel             48.2 cm/sec
! MV E/A                   2
! Ao V2 max                144.5 cm/sec
! Ao max PG                8.3 mmHg
! Ao max PG (full)         5.5 mmHg
! Ao V2 mean               88 cm/sec
! Ao mean PG               3.6 mmHg
! Ao mean PG (full)        2.5 mmHg
  Ao V2 VTI                35 cm
! LVOT max PG              2.8 mmHg
! LV V1 mean PG            1.1 mmHg
! LVOT Vmax                84.2 cm/sec
! LVOT Vmean               47.6 cm/sec
! LVOT VTI                 21.8 cm
! SV(Ao)                   192.5 ml
! SI(Ao)                   99.9 ml/m^2
! TR max vel               271.1 cm/sec
! TR max PG                29.4 mmHg
! RVSP(TR)                 32.4 mmHg
```

```
! RAP systole              3 mmHg
! Boston Z-Scores(Vital Signs)
      RESULT: Boston Z-Scores(Vital Signs)
! BMI                      31.3 kilograms/m^2
! Diastolic Pressure       70 mmHg
! BSA(Haycock)             2 m^2
! Weight (metric)          85.3 kg
! Height (metric)          165.1 cm
! Systolic Pressure        117 mmHg
  Conclusion               Conclusion
  Conclusion
      RESULT: There is normal left ventricular wall thickness.
  Conclusion
      RESULT: Left ventricular systolic function is normal.
  Conclusion
      RESULT: The left ventricular ejection fraction is  63% by the biplane
method of
  Conclusion               disks.
  Conclusion
      RESULT: The aortic valve is normal in structure and function.
  Conclusion
      RESULT: The mitral valve appears normal.
  Conclusion
      RESULT: There is trace to mild mitral regurgitation.
  Procedure
      RESULT: InterpretingPhysician:  Stuart  Bresee, MD, FACC
electronically signed on 2022-04-17 06:46:55.867
! InterpretingPhysician
      RESULT: InterpretingPhysician:  Stuart  Bresee, MD, FACC
electronically signed on 2022-04-17 06:46:55.867

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 04/17/2022 6:47 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 04/11/2022 09:17:18
Requested date-time:
Receipt date-time:
Reported date-time: 04/17/2022 06:46:55
Referring Physician: STUART BRESEE
Ordering Physician: STUART BRESEE (01012)
Specimen Source:
Source: XCELERA
Filler Order Number: 5230614837
Lab site: 1
```

**Lincoln/Galyon 1431**

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

-----------------

The following results differed from their previous value:

Procedure Old Value: Procedure New Value: (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral
Procedure Old Value: (93306) Complete Transthoracic Echo (2D, M-Mode, Color Doppler, Spectral New Value: Doppler)
Procedure Old Value: Doppler) New Value: The study quality is good .
Contrast Old Value: Contrast New Value: Contrast was not indicated, LV endocardial borders are well visualized.
Left Ventricle Old Value: Left Ventricle New Value: The left ventricle is normal in size.
Left Ventricle Old Value: The left ventricle is normal in size. New Value: There is normal left ventricular wall thickness.
Left Ventricle Old Value: There is normal left ventricular wall thickness. New Value: Left ventricular systolic function is normal.
Left Ventricle Old Value: Left ventricular systolic function is normal. New Value: The left ventricular ejection fraction is 63% by the biplane method of disks.
Left Ventricle Old Value: The left ventricular ejection fraction is 63% by the biplane method of disks. New Value: The left ventricular wall motion is normal.
Left Ventricle Old Value: The left ventricular wall motion is normal. New Value: There are no regional wall motion abnormalities.
Left Ventricle Old Value: There are no regional wall motion abnormalities. New Value: Left Ventricular filling pattern is normal.
Left Ventricle Old Value: Left Ventricular filling pattern is normal. New Value: Diastolic examination suggests normal left atrial pressure.
Left Atrium/Atrial Septum Old Value: Left Atrium/Atrial Septum New Value: The left atrial volume is mildly increased.
Left Atrium/Atrial Septum Old Value: The left atrial volume is mildly increased. New Value: There is no Doppler evidence for an atrial septal defect.
Right Ventricle Old Value: Right Ventricle New Value: The right ventricular size is mildly dilated.
Right Ventricle Old Value: The right ventricular size is mildly dilated. New Value: The right ventricular systolic function is normal measured by TAPSE.
Right Ventricle Old Value: The right ventricular systolic function is normal measured by TAPSE. New Value: The right ventricular wall motion is normal.
Right Ventricle Old Value: The right ventricular wall motion is normal. New Value: No regional wall motion abnormalities are noted.
Right Atrium Old Value: Right Atrium New Value: The right atrium is normal.
Aortic Valve Old Value: Aortic Valve New Value: The aortic valve is normal in structure and function.
Aortic Valve Old Value: The aortic valve is normal in structure and

UNIVERSITY CARDIOLOGY

1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

function. New Value: The aortic valve is trileaflet.
Aortic Valve Old Value: The aortic valve is trileaflet. New Value: No hemodynamically significant valvular aortic stenosis.
Aortic Valve Old Value: No hemodynamically significant valvular aortic stenosis. New Value: No aortic regurgitation is present.
Mitral Valve Old Value: Mitral Valve New Value: The mitral valve appears normal.
Mitral Valve Old Value: The mitral valve appears normal. New Value: There is no evidence of mitral stenosis.
Mitral Valve Old Value: There is no evidence of mitral stenosis. New Value: There is trace to mild mitral regurgitation.
Tricuspid Valve Old Value: Tricuspid Valve New Value: The tricuspid valve is normal.
Tricuspid Valve Old Value: The tricuspid valve is normal. New Value: There is no tricuspid stenosis.
Tricuspid Valve Old Value: There is no tricuspid stenosis. New Value: There is mild tricuspid regurgitation.
Tricuspid Valve Old Value: There is mild tricuspid regurgitation. New Value: The RVSP is estimated at 32.4 mmHg .
Pulmonic Valve Old Value: Pulmonic Valve New Value: The pulmonic valve is normal.
Pulmonic Valve Old Value: The pulmonic valve is normal. New Value: There is no pulmonic valvular stenosis.
Pulmonic Valve Old Value: There is no pulmonic valvular stenosis. New Value: There is no pulmonic valvular regurgitation.
Arteries Old Value: Arteries New Value: The aortic root is normal size.
Arteries Old Value: The aortic root is normal size. New Value: The visualized portions of ascending and descending aorta appear normal in
Arteries Old Value: The visualized portions of ascending and descending aorta appear normal in New Value: size.
Venous Old Value: Venous New Value: The inferior vena cava is normal in size, and collapses normally with
Venous Old Value: The inferior vena cava is normal in size, and collapses normally with New Value: respiration.
Venous Old Value: respiration. New Value: Pulmonary venous sampling consistent with:Normal left atrial pressure
Pericardium/Pleura Old Value: Pericardium/Pleura New Value: There is no pericardial effusion.
Conclusion Old Value: Conclusion New Value: There is normal left ventricular wall thickness.
Conclusion Old Value: There is normal left ventricular wall thickness. New Value: Left ventricular systolic function is normal.
Conclusion Old Value: Left ventricular systolic function is normal. New Value: The left ventricular ejection fraction is 63% by the biplane method of
Conclusion Old Value: The left ventricular ejection fraction is 63% by the biplane method of New Value: disks.
Conclusion Old Value: disks. New Value: The aortic valve is normal in

Lincoln/Galyon 1433

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

structure and function.
Conclusion Old Value: The aortic valve is normal in structure and function. New Value: The mitral valve appears normal.
Conclusion Old Value: The mitral valve appears normal. New Value: There is trace to mild mitral regurgitation.
Procedure Old Value: The study quality is good . New Value:
InterpretingPhysician: Stuart Bresee, MD, FACC electronically signed on 2022-04-17 06:46:55.867

-----------------

The following results were not dispersed to the flowsheet:

Contrast, Contrast, (F)
Contrast, Contrast was not indicated, LV endocardial borders are well visualized., (F)
Left Atrium/Atrial Septum, Left Atrium/Atrial Septum, (F)
Left Atrium/Atrial Septum, The left atrial volume is mildly increased., (F)
Left Atrium/Atrial Septum, There is no Doppler evidence for an atrial septal defect., (F)
Arteries, Arteries, (F)
Arteries, The aortic root is normal size., (F)
Arteries, The visualized portions of ascending and descending aorta appear normal in, (F)
Arteries, size., (F)
Venous, Venous, (F)
Venous, The inferior vena cava is normal in size, and collapses normally with, (F)
Venous, respiration., (F)
Venous, Pulmonary venous sampling consistent with:Normal left atrial pressure, (F)
Pericardium/Pleura, Pericardium/Pleura, (F)
Pericardium/Pleura, There is no pericardial effusion., (F)
MMode 2D Measurements \T\ Calculations, MMode 2D Measurements & Calculations, (F)
RVDd, 3.6 cm, (F)
LVPWd, 0.9 cm, (F)
IVS/LVPW, 0.85, (F)
EDV(Teich), 105.7 ml, (F)
ESV(Teich), 43.6 ml, (F)
EDV(cubed), 108.1 ml, (F)
ESV(cubed), 35.4 ml, (F)
EF(cubed), 67.2 %, (F)
LV mass(C)d, 131.4 grams, (F)
LV mass(C)dI, 68.2 grams/m^2, (F)
SV(Teich), 62 ml, (F)
SI(Teich), 32.2 ml/m^2, (F)
SV(cubed), 72.7 ml, (F)

SI(cubed), 37.7 ml/m^2, (F)
LA dimension, 4 cm, (F)
asc Aorta Diam, 3.2 cm, (F)
LA/Ao, 1.5, (F)
LVAd ap4, 21.7 cm^2, (F)
LVLd ap4, 7 cm, (F)
EDV(sp4-el), 57.4 ml, (F)
LVAs ap4, 11.4 cm^2, (F)
LVLs ap4, 5.5 cm, (F)
ESV(sp4-el), 19.9 ml, (F)
EF(MOD-sp4), 62.2 %, (F)
EF(sp4-el), 65.3 %, (F)
LVAd ap2, 23.7 cm^2, (F)
LVLd ap2, 7 cm, (F)
EDV(MOD-sp2), 65.3 ml, (F)
EDV(sp2-el), 68 ml, (F)
LVAs ap2, 12.4 cm^2, (F)
LVLs ap2, 6.4 cm, (F)
ESV(MOD-sp2), 20.7 ml, (F)
ESV(sp2-el), 20.5 ml, (F)
EF(MOD-sp2), 68.3 %, (F)
EF(sp2-el), 69.8 %, (F)
LVLd %diff, 0.59 %, (F)
EDV(MOD-bp), 61 ml, (F)
LVLs %diff, 13.4 %, (F)
ESV(MOD-bp), 22.4 ml, (F)
SV(MOD-sp4), 34.6 ml, (F)
SI(MOD-sp4), 17.9 ml/m^2, (F)
SV(MOD-sp2), 44.5 ml, (F)
SI(MOD-sp2), 23.1 ml/m^2, (F)
SV(MOD-bp), 38.6 ml, (F)
SI(MOD-bp), 20.1 ml/m^2, (F)
SV(sp4-el), 37.5 ml, (F)
SI(sp4-el), 19.5 ml/m^2, (F)
SV(sp2-el), 47.5 ml, (F)
SI(sp2-el), 24.7 ml/m^2, (F)
Doppler Measurements \T\ Calculations, Doppler Measurements & Calculations, (F)
MV E/A, 2, (F)
Ao V2 max, 144.5 cm/sec, (F)
Ao max PG, 8.3 mmHg, (F)
Ao max PG (full), 5.5 mmHg, (F)
Ao V2 mean, 88 cm/sec, (F)
Ao mean PG, 3.6 mmHg, (F)
Ao mean PG (full), 2.5 mmHg, (F)
LVOT max PG, 2.8 mmHg, (F)
LV V1 mean PG, 1.1 mmHg, (F)
LVOT Vmax, 84.2 cm/sec, (F)
LVOT Vmean, 47.6 cm/sec, (F)

**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

```
LVOT VTI, 21.8 cm, (F)
SV(Ao), 192.5 ml, (F)
SI(Ao), 99.9 ml/m^2, (F)
TR max vel, 271.1 cm/sec, (F)
TR max PG, 29.4 mmHg, (F)
RVSP(TR), 32.4 mmHg, (F)
RAP systole, 3 mmHg, (F)
Boston Z-Scores(Vital Signs), Boston Z-Scores(Vital Signs), (F)
BMI, 31.3 kilograms/m^2, (F)
Diastolic Pressure, 70 mmHg, (F)
BSA(Haycock), 2 m^2, (F)
Weight (metric), 85.3 kg, (F)
Height (metric), 165.1 cm, (F)
Systolic Pressure, 117 mmHg, (F)
```

**Filed automatically (without signature) on 04/17/2022 at 6:47 AM**

---

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

**04/05/2022 - 030 Labs: CBC With Differential/Platelet, Basic Metabolic Panel (8), P ...**
**Provider: Stuart J Bresee MD FACC**
**Location of Care: University Cardiology**

Patient: ROBERTA GAYLON
ID: Labcorp 09546206350
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC With Differential/Platelet (005009)

| | | |
|---|---|---|
| WBC | 7.9 x10E3/uL | 3.4-10.8 |
| RBC | 4.91 x10E6/uL | 3.77-5.28 |
| Hemoglobin | 14.4 g/dL | 11.1-15.9 |
| Hematocrit | 42.8 % | 34.0-46.6 |
| MCV | 87 fL | 79-97 |
| ! MCH | 29.3 pg | 26.6-33.0 |
| ! MCHC | 33.6 g/dL | 31.5-35.7 |
| ! RDW | 13.5 % | 11.7-15.4 |
| Platelets | 320 x10E3/uL | 150-450 |
| Neutrophils | 59 % | Not Estab. |
| Lymphs | 30 % | Not Estab. |
| ! Monocytes | 8 % | Not Estab. |
| ! Eos | 2 % | Not Estab. |
| ! Basos | 1 % | Not Estab. |
| ! Neutrophils (Absolute) | 4.6 x10E3/uL | 1.4-7.0 |
| ! Lymphs (Absolute) | 2.4 x10E3/uL | 0.7-3.1 |
| ! Monocytes(Absolute) | 0.6 x10E3/uL | 0.1-0.9 |
| ! Eos (Absolute) | 0.2 x10E3/uL | 0.0-0.4 |
| ! Baso (Absolute) | 0.1 x10E3/uL | 0.0-0.2 |
| ! Immature Granulocytes | 0 % | Not Estab. |
| ! Immature Grans (Abs) | 0.0 x10E3/uL | 0.0-0.1 |
| ! NRBC | 0 % | 0 - 0 |

Tests: (2) Basic Metabolic Panel (8) (322758)

| | | | |
|---|---|---|---|
| Glucose | [H] | 115 mg/dL | 65-99 |
| BUN | | 23 mg/dL | 6-24 |
| Creatinine | | 0.68 mg/dL | 0.57-1.00 |
| eGFR | | 102 mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | [H] | 34 | 9-23 |
| Sodium | | 141 mmol/L | 134-144 |
| Potassium | | 4.7 mmol/L | 3.5-5.2 |
| Chloride | | 101 mmol/L | 96-106 |
| Carbon Dioxide, Total | | 24 mmol/L | 20-29 |
| Calcium | | 9.9 mg/dL | 8.7-10.2 |

Tests: (3) Prothrombin Time (PT) (005199)

| | | |
|---|---|---|
| ! INR | 1.0 | 0.9-1.2 |

**Lincoln/Galyon 1437**

**Roberta Galyon (307822)** DOB:
Doctor: Stuart J Bresee MD FACC

```
                    Reference interval is for non-anticoagulated patients.
                    Suggested INR therapeutic range for Vitamin K
                    antagonist therapy:
                       Standard Dose (moderate intensity
                                      therapeutic range):       2.0 - 3.0
                       Higher intensity therapeutic range       2.5 - 3.5

! Prothrombin Time          10.3 sec                    9.1-12.0
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 04/06/2022 3:20 PM

---

(1) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(2) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp
Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

(3) Order result status: Final
Collection or observation date-time: 04/05/2022 10:43
Requested date-time:
Receipt date-time: 04/05/2022 00:00
Reported date-time: 04/06/2022 00:05
Referring Physician:
Ordering Physician: S BRESEE (sbresee)
Specimen Source:
Source: Labcorp

UNIVERSITY CARDIOLOGY
1940 Alcoa Hwy Ste E310 Knoxville, TN 37920-0165
(865) 544-2800 Fax: (865) 544-6812



**Roberta Galyon (307822)** DOB: [redacted]
Doctor: Stuart J Bresee MD FACC

Filler Order Number: 09546206350 LAB
Lab site: Performed At: TNLCA, Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville TN 379201511 Lisa D Duncan MD Phone: 8779149705

-----------------

The following lab values were dispersed to the flowsheet with no units conversion:

RBC, 4.91 X10E6/UL, (F) expected units: M/uL
Platelets, 320 X10E3/UL, (F) expected units: K/uL
Neutrophils, 59 %, (F) expected units: 10*3/mm3
Potassium, 4.7 MMOL/L, (F) expected units: meq/L
Chloride, 101 MMOL/L, (F) expected units: meq/L

-----------------

The following results were not dispersed to the flowsheet:

MCH, 29.3 pg, (F)
MCHC, 33.6 g/dL, (F)
RDW, 13.5 %, (F)
Monocytes, 8 %, (F)
Eos, 2 %, (F)
Basos, 1 %, (F)
Neutrophils (Absolute), 4.6 x10E3/uL, (F)
Lymphs (Absolute), 2.4 x10E3/uL, (F)
Monocytes(Absolute), 0.6 x10E3/uL, (F)
Eos (Absolute), 0.2 x10E3/uL, (F)
Baso (Absolute), 0.1 x10E3/uL, (F)
Immature Granulocytes, 0 %, (F)
Immature Grans (Abs), 0.0 x10E3/uL, (F)
NRBC, 0 %, (F)
INR, 1.0, (F)
Prothrombin Time, 10.3 sec, (F)

**Electronically signed by Stuart J Bresee MD FACC on 04/06/2022 at 3:42 PM**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

UNIVERSITY CARDIOLOGY
1940 ALCOA HWY STE E 310
ATTN: MEDICAL RECORDS
KNOXVILLE, TN 37920

Apr 14, 2022
**Re: Long Term Disability Benefits**
Claim# 9164904 10784870
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 573208

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 4, 2022 to Present**
Please provide records from 04/04/2022 - Present and fill out the attached form - Seen by: Dr. Stuart Dresee

*****PLEASE CONTACT THE PHYSICIANS OFFICE TO HAVE FORMS FILLED OUT. THANK YOU*****

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Paul Tuazon

Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 9164904

04/14/2022 11:01AM (GMT-07:00)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 12/29/2020

Date of Birth: ______________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: ______ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPid #9164904

Lincoln Financial Group

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|

To be completed by physician:

1. DATE FIRST TREATED —
   DATE LAST TREATED —
   NEXT OFFICE VISIT — DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ________ TO ________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM________TO________.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

RPID: 9164904

04/14/2022 11:01AM (GMT-07:00)

Lincoln/Galyon 1444

# Quality Assurance Report

## Request Information

Report Date: April 21, 2022

**RP ID:** 9164904

Patient Name: GALYON, ROBERTA

Provider Name: UNIVERSITY CARDIOLOGY

## Quality Assurance Information

Scope Requested: **From April 4, 2022 to Present**

Special Request:

Please provide records from 04/04/2022 - Present and
fill out the attached form - Seen by: Dr. Stuart Bresee

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED We only received medical records and missing completed form/questionnaire.
Please request for the completed form/questionnaire.
thank you.

Chart Reviewed By: JCREN

**Lincoln/Galyon 1445**

ReleasePoint

## Medical Record Overview

**Date:** **April 20, 2022**

**Patient Name:** GALYON, ROBERTA

**Records From:** Dr. Harold Cates

,
(865) 690-4861

**Request Scope:** From March 17, 2022 to Present

**Chart Range:** 03/17/2022 - 03/17/2022

**RP ID:** 9164905

**Client ID:** 10784870

**Source:** L-WALMAR

**Req By:** J Graves
JGraves

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 17 2022 | Mar 17 2022 | 3 | 2 |
| Request Corr. | | | 5 | 5 |

**Total Page Count:** 8

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

We only received medical records and missing completed form/questionnaire. Please request for the completed form/questionnaire. thank you.

**Lincoln/Galyon 1446**

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 03/17/2022 9:05 AM

Scheduled with: Katrina Aberdeen NP

**Today's note:**

CHIEF COMPLAINT:

Right knee pain

HISTORY OF PRESENT ILLNESS:

Ms. Galyon had a right total knee manipulation with aspiration on 1/17/2022. She still using a cane occasionally when she is out about for stability. She is using a CPM machine. She has not attended physical therapy in about 3 weeks. She got sick postop and held off on her physical therapy. She went to go back and they said her prescription had expired. She also states she had a death in the family.

Past medical history surgical history is reviewed previous office visit.

DIAGNOSTIC TESTS:

X-rays performed in the office today of a 3 view knee shows good position and sizing of a cemented Smith & Nephew total knee on the right. She has a PS component. The sunrise view show the patellas track well the trochlear groove

PHYSICAL EXAM:

This is a 56-year-old female who is well-dressed, well-nourished, and answers appropriately. The skin is warm, dry, and intact. Neurovascularly intact.

Her wound is well-healed. She has a trace effusion no lower extremity edema. Range of motion is 0–105. She has about a 5 degree extensor lag and her quad tendon is still little weak.

IMPRESSION:

1. Status post right total knee manipulation under anesthesia with aspiration and negative cultures on 1/17/2022
2. Right knee uni to total knee conversion arthroplasty October 5, 2021 revised for continued pain, with extensor lag appreciated today.
3. Status post left knee scope 12/4/2020.
4. Right knee uni by Dr. Holt, 06/16/2020.
5. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
6. Chronic Arnold Chiari malformation.
7. Recent diagnosis of myotonia by neurology.
8. Right hip trochanteric bursitis.

PLAN:

She was given a reorder for physical therapy. I think she will continue to gain her range of motion if she will get back into physical

therapy. She is encouraged to get on her stationary bike. She will follow-up with Dr. Cates in 2 months. No x-rays unless warranted.

Please send a copy to the primary care physician

PATIENT HISTORIES: For additional information, please see the patient medical history documented.

Patient information as reported today:

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 01/01/2021
Last A1C Result: 6.00000

**Medications:**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| amoxicillin 500 mg capsule | 500 mg | take 4 capsule by oral route 1 hour prior to dental procedure |
| clonazepam | 2 mg | take 1 tablet by oral route 3 times every day |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |
| baclofen | 40,000 mcg/20 mL (2,000 mcg/mL) | infuse by cont intrathecal inf route (90 mcg/day) |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
Smoking status: Never smoker

*Provider: Katrina Aberdeen NP 03/17/2022 09:36 AM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 03/17/2022 9:26 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 03/21/2022 05:19 PM

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

8598551
Apr 14 2022 11:42 AM
ROBERTA GALYON

TN004
Apr 15 2022 2:23 PM

8

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**TENNESSEE ORTHOPEDIC CLINIC**
**1819 Clinch Ave Ste 100**
**ATTN: MEDICAL RECORDS**
**KNOXVILLE, TN 37916**

Date: Apr 13, 2022

**Re: Long Term Disability Benefits**
Claim# 9164905 10784870
Claimant: GALYON, ROBERTA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TEN060

Dear opt 5 8666414778,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From March 17, 2022 to Present**
**Please provide r/l's form**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Glenna Miranda
Disability Information Specialist
Phone No.: (310) 409-4839
Fax No: (213) 884-4921

RPID: 9164905

Name: GALYON, ROBERTA DOB: DATE:

**Lincoln/Galyon 1451**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon ✓

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative [signature] ✓ Date: 12/29/2020 ✓

Date of Birth: ____________ ✓ Claim Number: 10784870

**A copy of this authorization will be considered valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization. ✓

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020 ✓

Date of Birth: ____________ ✓Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

RPID: 9164905

Name: GALYON, ROBERTA DOB: DATE:

Lincoln Financial Group

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are seperately responsible for their own financial and contractual obligations.*

RPID: 9164905

# Quality Assurance Report

**Request Information**

Report Date: April 20, 2022

**RP ID:** 9164905

Patient Name: GALYON, ROBERTA

Provider Name: TENNESSEE ORTHOPEDIC CLINIC

**Quality Assurance Information**

Scope Requested: **From March 17, 2022 to Present**

Special Request:

Please provide r/l's form

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED We only received medical records and missing completed form/questionnaire.
Please request for the completed form/questionnaire.
thank you.

Chart Reviewed By: JCREN

ATI PHYSICAL THERAPY

**Authorization for Access, Use and/or Disclosure of Protected Health Information**

**CLIENT (PATIENT) INFORMATION**

Last ______________________ First ______________________ MI __________

Street ______________________ City/State ________________ Zip __________

SS# ____ - ____ - _____ Date of Birth: ___________ Telephone Number: ____________

**SIGNATURE:** ______________________________________ Date: ____________

**RELATIONSHIP** (Choose one): ☐ Patient ☐ Legal Representative ☐ Other: __________

**I hereby authorize ATI Physical Therapy to release information as indicated below to:**

Name ____________________________________________________________

Street ______________________ City/State ________________ Zip __________

Telephone Number: __________________ Fax Number: ______________________

**Reason for the Request:** ________________________________________________

**Disclosures for the Following Dates of Service:** ______________________________

**Specific description of information to be accessed and/or disclosed:**

**☐ My medical records:**

☐ Complete medical record (except for mental health and/or developmental disability, substance abuse, and/or HIV/AIDS-related information; must be checked separately)

☐ Only the following portions of my medical record

☐ Mental health and developmental disability records

☐ Substance abuse records

☐ HIV/AIDS-related information records

☐ Other: ______________________________

☐ Therapy notes: Physical, Occupational, and/or Speech

☐ Social Work Notes

☐ Nursing Notes

☐ Physician Documentation

**☐ My billing records**

**Request Access and/or Disclosure for the following dates of service:** ____________________

**I have read and understand the following statements:**

- I understand this Authorization will expire 60 days after I sign this form. *Note: If authorization is for disclosure of mental health records, it must have a calendar date expiration or the information may only be **disclosed** on the current day. Note: If this authorization is for research, an expiration date is not required.*

- I understand that ATI may be allowed by law to refuse to allow access to or disclosure of all or part of my protected health information. If access or disclosure is denied or refused ATI will not release the information as requested in this Authorization, and I will be notified of the denial/refusal in writing.

- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that ATI will not condition treatment, payment, enrollment in any health plans or my eligibility for benefits if I decide not to sign this Form.

- I understand that I may revoke this Authorization at any time by notifying the ATI Compliance Officer in writing, but if I do, it will not have any effect on any actions ATI took before it received the revocation.

- I understand that there is potential for information disclosed based on this authorization to be subject to re- disclosure by the recipient and no longer be protected by the Privacy Rule.

- I understand requests may be subject to a copying fee. If sent to a care provider for continued treatment, there will be no charge

**Lincoln/Galyon 1456**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1457

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 4, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Graves
Disabil Claims Case Mgr II
Phone No.: (877) 353-6404 Ext. 14754
Secure Fax No.: (603) 334-8890

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1459

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

January 5, 2022

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of December 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of December 12, 2020, through December 24, 2021, with no reduction for Social Security, you are now overpaid under the terms of your Policy. Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations.

You signed the Social Security Reimbursement Agreement on February 7, 2021. In that document, you agreed ***"I agree to hold all such Social Security benefits in a trust for the benefit of The Lincoln National Life Insurance Company until the amount of Lincoln National Life's overpayment has been repaid in full "***. You are required to repay The Lincoln National Life Insurance Company this amount, and we ask that this matter receive your immediate attention.

| | |
|---|---|
| Total Overpayment Amount: | $11,521.61 |
| Payment Due Date: | February 1, 2022 |

The attached exhibit explains the calculation of your $11,521.61 overpayment balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**



Case 1:24-cv-00034-DCLC-SKL Document 17-3 Filed 09/03/24 Page 1378 of 1691
PageID #: 1511

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-5124 or the form can be emailed to Tammy Rugh at tammy.rugh@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tammy Smith
Recovery Specialist II LFG
On Behalf Of: Tammy Rugh
Phone No.: (888) 437-7611 Ext. 16066
Secure Fax No.: (866) 265-8993

Attachments: One Time Debit Payment Auth
10784870-RECOVERY/REPAYMENT-CORRESPONDENCE-01.04.2022

| Claim Number (s): 10784870 | | | | |
|---|---|---|---|---|
| **New Biweekly Benefit** | | | | |
| Your Gross Benefit | | | | $713.95 |
| Less: Other Income | | | | $562.15 |
| | | SS Primary | $562.15 | |
| | | SS Dependent | $0.00 | |
| | | Pension | $0.00 | |
| | | State Disability | $0.00 | |
| | | Workers Comp | $0.00 | |
| | | Total Other Income | $562.15 | |
| Your Adjusted Gross | | | | $151.80 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$151.80** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *12/12/2020* | *through* | *12/24/2021* | $19,276.65 |
| Less: Should have Paid | *12/12/2020* | *through* | *12/24/2021* | $4,102.54 |
| Overpayment Due | | | | $15,174.11 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,652.50 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$11,521.61** |

**Lincoln/Galyon 1462**

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10784870

I ____________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Galyon 1463**

**Claim Number (s): 10784870**

**New Biweekly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $713.95 |
| Less: Other Income | | | $562.15 |
| | SS Primary | $562.15 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $562.15 | |
| Your Adjusted Gross | | | $151.80 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$151.80** |

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *12/12/2020* | *through* | *12/24/2021* | $19,276.65 |
| Less: Should have Paid | *12/12/2020* | *through* | *12/24/2021* | $4,102.54 |
| Overpayment Due | | | | $15,174.11 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,652.50 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$11,521.61** |

**Lincoln/Galyon 1464**

# Calculation Worksheet

**Claimant Name:** Roberta Galyon **Customer: Walmart**

**Claim Number (s): 10784870**

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 12/12/2020 | From Date | 12/12/2020 |
| Thru Date | 12/24/2021 | Thru Date | 12/24/2021 |
| Total | $19,276.65 | Total | $4,102.54 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $3,652.50 |
| Excess Fees | $0.00 |
| Total: | $3,652.50 |

| | |
|---|---|
| Overpayment Amount: | $ 11,521.61 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10784870 | 103216622 | 0 | 12/12/2020 | 1/22/2021 | 1/28/2021 | $ 2,141.85 | $ - | $ 2,141.85 | $ - | $ 2,141.85 |
| 10784870 | 103274736 | 0 | 1/23/2021 | 2/5/2021 | 2/5/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103369356 | 0 | 2/6/2021 | 2/19/2021 | 2/19/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103475867 | 0 | 2/20/2021 | 3/5/2021 | 3/5/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103571307 | 0 | 3/6/2021 | 3/19/2021 | 3/19/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103677594 | 0 | 3/20/2021 | 4/2/2021 | 4/2/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103773224 | 0 | 4/3/2021 | 4/16/2021 | 4/16/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103875073 | 0 | 4/17/2021 | 4/30/2021 | 4/30/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 103981867 | 0 | 5/1/2021 | 5/14/2021 | 5/14/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104088404 | 0 | 5/15/2021 | 5/28/2021 | 5/28/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104192860 | 0 | 5/29/2021 | 6/11/2021 | 6/11/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104298948 | 0 | 6/12/2021 | 6/25/2021 | 6/25/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104405421 | 0 | 6/26/2021 | 7/9/2021 | 7/9/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104507440 | 0 | 7/10/2021 | 7/23/2021 | 7/23/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104620671 | 0 | 7/24/2021 | 8/6/2021 | 8/6/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104726216 | 0 | 8/7/2021 | 8/20/2021 | 8/20/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104844740 | 0 | 8/21/2021 | 9/3/2021 | 9/3/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 104952113 | 0 | 9/4/2021 | 9/17/2021 | 9/17/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105073569 | 0 | 9/18/2021 | 10/1/2021 | 10/1/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105179244 | 0 | 10/2/2021 | 10/15/2021 | 10/15/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105289575 | 0 | 10/16/2021 | 10/29/2021 | 10/29/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105402075 | 0 | 10/30/2021 | 11/12/2021 | 11/12/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105509965 | 0 | 11/13/2021 | 11/26/2021 | 11/26/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105619092 | 0 | 11/27/2021 | 12/10/2021 | 12/10/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| 10784870 | 105723447 | 0 | 12/11/2021 | 12/24/2021 | 12/24/2021 | $ 713.95 | $ - | $ 713.95 | $ - | $ 713.95 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | Totals: | $19,276.65 | $0.00 | $19,276.65 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10784870 | 103216622 | 0 | 12/12/2020 | 1/22/2021 | 1/28/2021 | $ 2,141.85 | $1,682.51 | | $0.00 | $ 459.34 | $ - | $ 459.34 | $ (0.00) |
| 10784870 | 103274736 | 0 | 1/23/2021 | 2/5/2021 | 2/5/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ - |
| 10784870 | 103369356 | 0 | 2/6/2021 | 2/19/2021 | 2/19/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ - |
| 10784870 | 103475867 | 0 | 2/20/2021 | 3/5/2021 | 3/5/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ - |
| 10784870 | 103571307 | 0 | 3/6/2021 | 3/19/2021 | 3/19/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 278.61 |
| 10784870 | 103677594 | 0 | 3/20/2021 | 4/2/2021 | 4/2/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 103773224 | 0 | 4/3/2021 | 4/16/2021 | 4/16/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 103875073 | 0 | 4/17/2021 | 4/30/2021 | 4/30/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 103981867 | 0 | 5/1/2021 | 5/14/2021 | 5/14/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104088404 | 0 | 5/15/2021 | 5/28/2021 | 5/28/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104192860 | 0 | 5/29/2021 | 6/11/2021 | 6/11/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104298948 | 0 | 6/12/2021 | 6/25/2021 | 6/25/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104405421 | 0 | 6/26/2021 | 7/9/2021 | 7/9/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104507440 | 0 | 7/10/2021 | 7/23/2021 | 7/23/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104620671 | 0 | 7/24/2021 | 8/6/2021 | 8/6/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104726216 | 0 | 8/7/2021 | 8/20/2021 | 8/20/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104844740 | 0 | 8/21/2021 | 9/3/2021 | 9/3/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 104952113 | 0 | 9/4/2021 | 9/17/2021 | 9/17/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105073569 | 0 | 9/18/2021 | 10/1/2021 | 10/1/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105179244 | 0 | 10/2/2021 | 10/15/2021 | 10/15/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105289575 | 0 | 10/16/2021 | 10/29/2021 | 10/29/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105402075 | 0 | 10/30/2021 | 11/12/2021 | 11/12/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105509965 | 0 | 11/13/2021 | 11/26/2021 | 11/26/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105619092 | 0 | 11/27/2021 | 12/10/2021 | 12/10/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| 10784870 | 105723447 | 0 | 12/11/2021 | 12/24/2021 | 12/24/2021 | $ 713.95 | $562.15 | | $0.00 | $ 151.80 | $ - | $ 151.80 | $ 562.15 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $19,276.65 | $15,174.11 | $0.00 | $0.00 | $4,102.54 | $0.00 | $4,102.54 | $11,521.61 |

Lincoln/Galyon 1465

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: December 19, 2021
BNC#: 21MS509A28263-HA

*03013FDW002962* 0000333 000000100

0000333 00010779 2 MB 0.485 1215M3MCS3PI T75 P9
ROBERTA L GALYON

You are entitled to monthly disability benefits beginning December 2020.

**The Date You Became Disabled**

We found that you became disabled under our rules on June 16, 2020.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is December 2020.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,957.50 around December 20, 2021.
- This is the money you are due for December 2020 through November 2021.
- Your next payment of $1,290.00, which is for December 2021, will be received on or about the third Wednesday of January 2022.
- After that you will receive $1,290.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10153

C See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| December | 2020 | $1,212.60 | Entitlement began |
| January | 2021 | $1,218.40 | Credit for additional earnings |
| December | 2021 | $1,290.20 | Cost-of-living adjustment |

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $14,610.00 for December 2020 through November 2021. Under the fee agreement, the representative cannot charge you more than $3,652.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $3,652.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore,

*03021JFDW002962* 0000535

we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $104, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to JOHN P DREISER.

**Do You Disagree With The Decision?**

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

*03013FDW002962* 0000555

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-296-8276. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
921 CONGRESS PKWY N
ATHENS TN 37303

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

## PAYMENT SUMMARY

**Your Payment Of $10,957.50**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for December 2020 through November 2021 considering work and earnings through 2020, less monthly rounding of benefits | $14,610.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 3,652.50 |
| This equals the amount of your first payment | $10,957.50 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective December 2021:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,290.20 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .20 |
| This equals the amount of your regular monthly payment | $ 1,290.00 |

Social Security Administration
# Benefit Verification Letter

Date: December 17, 2021
BNC#: 21PF676F55748
REF: A

*0101BEV9R1528AC* CCM.M72.BEV9R.R211217

ROBERTA LYNN GALYON

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2021, the full monthly Social Security benefit before any deductions is $1,290.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,290.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

We found that you became disabled under our rules on June 16, 2020.

**Information About Past Social Security Benefits**

From January 2021 to November 2021, the full monthly Social Security benefit before any deductions was $1,218.40.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,218.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

**Date of Birth Information**

The date of birth shown on our records is [redacted]

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 1-866-964-7431. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
921 CONGRESS PKWY N
ATHENS TN 37303

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

00002186 LFPY4QD1 00005561

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Jeffery Jordan
Specialty: Optometrist
Address: 1250 S Ellington Pkwy Lewisburg TN 37091
Telephone No.: (931) 359-4373 Fax No.: ( )

Name: Dr. Sangeeta Guahi
Specialty: Gastroenterologist
Address: 1928 Alcoa Hwy b100 Knoxville, TN 37920
Telephone No.: 865) 305-6570 Fax No.: ( )

Name: Kyle L. Kleppe
Specialty: Surgeon
Address: 1934 Alcoa Hwy Building D Suite 285 Knox. TN 37920
Telephone No.: 865) 305-9620 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Roberta L. Galyon DATE: 8/16/2021

I have an appointment with Knee Doctor on Tuesday 8/31/2021. TO see what can be done about right Knee.

Thanks

Lynn

Have a Great Day!

00002186 LFPY4QD1 00005562 E

Lincoln/Galyon 1475

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1476

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 3, 2021

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

Please complete and return the enclosed forms so we may obtain updated medical information for your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keith Delgado
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

**PHARMACY(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :(___) ______ Fax No. :(___) ______ Telephone No. :(___) ______ Fax No. :(___) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ____________________________________ DATE: _________________________________

## Billing Statement:

ReleasePoint

**Invoice Date: 05/05/2021** **Invoice #: 714098-856**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2021 and Apr 30 2021**

**LIBMTP** **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7740104 10784870 | GALYON, ROBERTA COMPREHENSIVE NEUROLOGY | Complete | 04/05/21 K Delgado | $ 9.00 | $ 25.00 | $ 0.00 | $ 0.00 33 | **$ 34.00** |
| 7740103 10784870 | GALYON, ROBERTA TENNESSEE ORTHOPEDIC CLINIC | Complete | 04/05/21 K Delgado | $ 9.00 | $ 45.00 | $ 0.00 | $ 0.00 30 | **$ 54.00** |
| 7740105 10784870 | GALYON, ROBERTA STARR REGIONAL FAMILY PRACTICE | Complete | 04/05/21 K Delgado | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 15 | **$ 9.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 97.00**

**Tax ID: 95-2843455**

**Lincoln/Galyon 1480**

ReleasePoint

**Medical Record Overview**

**Date:** **April 23, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** TENNESSEE ORTHOPEDIC CLINIC
9430 PARK WEST BLVD STE 130
KNOXVILLE, TN 37923
(865) 690-4861

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 10/05/2020 - 03/29/2021

**RP ID:** 7740103

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 5 2020 | Mar 29 2021 | 24 | 2 |
| Operative Reports | Dec 4 2020 | Dec 4 2020 | 2 | 26 |
| Request Correspondence | | | 4 | 28 |
| | | **Total Page Count:** | 30 | |

**Notes From QC:**

**Lincoln/Galyon 1481**

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 03/29/2021 3:45 PM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Follow up right knee and right hip.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a uni done several years ago and she has tricompartmental osteoarthritis now. Injections gave her minimal to no relief. She completed the series on 12/22/2020. She cannot sleep on her right side at night. She denies any numbness or tingling. She has tenderness over the medial aspect of the right knee and on the lateral aspect of her hip. She does have some occasional low back pain.

PHYSICAL EXAM:

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Trace
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Lateral Joint Line Tenderness: Positive
Incisions appear well-healed today. No signs of erythema ecchymosis.

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Pes tenderness

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Positive
SI tenderness: Negative

Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:

X-rays performed in the office today with 3 view knee shows a partial knee on the right in the medial compartment with no evidence of loosening or lysis. Contralateral side has 25% medial joint space narrowing. Sunrise view that shows that she has lateral tilt of both patellas.

IMPRESSION:

1. Status post left knee scope 12/4/2020.
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.
6. Right hip trochanteric bursitis
7. Pez bursitis right knee

PLAN:

Dr. Cates evaluated along with myself today. She is agreeable to try a trochanteric bursa and pes bursa injection today. If she continues to have any back issues we will refer her to TOC spine.

The right was cleaned aseptically with Betadine and alcohol. The skin was anesthetized with ethanol chloride. 25-gauge needle was inserted into the pes bursa area with 80 mg of Depo-Medrol, Marcaine and lidocaine. The injection was completed without complication and a Band-Aid applied. The patient will call back if they side effects or issues. Patient understands he can have this every 3 months as needed

We discussed the risk and benefits of a trochanteric bursa injection. The patient was agreeable and gave in a oral informed consent. The right hip was cleaned aseptically with Betadine and alcohol. The skin was anesthetized with ethanol chloride. A 22-gauge needle was inserted through the trochanteric bursa area with 80 mg of Depo-Medrol, Marcaine, and lidocaine. The injection was completed without complication and a Band-Aid applied. The patient will avoid strenuous activities for the next 24 hours and use over-the-counter medication and ice, or heat for pain relief. Patient is to call if they have any increased redness, warmth, pain, or adverse reaction. The understand that they can have this injection every 3 months as needed.

Patient information as reported today:
Additional Exam Information:

Patient information as reported today:
Additional Exam Information:

**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 03/29/2021 | 4:21 PM | 65.00 | 220.00 | 36.61 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 12/29/2020
Last A1C Result: 7.20000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

**Past Medical History:**

**Past Surgical History:**

*Provider: Harold E Cates M.D. 04/01/2021 12:41 PM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 04/01/2021 12:37 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/22/2020 11:15 AM

Scheduled with: Katrina Aberdeen NP

**Today's note:**

CHIEF COMPLAINT: Follow up right knee and left knee.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief. She is here today for #3 on the right knee. She has medial pain around the patella on her right knee while sleeping.

She states her left knee is okay. She stepped off a curb wrong on Saturday and had increased swelling in the lateral portal area. She had some serous drainage that covered 1 Band-Aid for the day. Her swelling has gone down. She is walking in today without any assistive devices.

PHYSICAL EXAM:

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Trace
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Lateral Joint Line Tenderness: Positive
Incisions appear well-healed today. No signs of erythema ecchymosis.

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15

Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:

X-rays performed in the office today with 3 view knee shows a partial knee on the right in the medial compartment with no evidence of loosening or lysis. Contralateral side has 25% medial joint space narrowing. Sunrise view that shows that she has lateral tilt of both patellas.

IMPRESSION:

1. Status post left knee scope 12/4/2020.
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee today. We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got 5 mL of normal-appearing joint fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up on her left knee

In regards to patient's left knee she will continue her home exercise program and activities. If she has any increase in swelling or changes she will call back for sooner appointment. Otherwise we will see her back for Dr. Cates follow-up after her scope.

Patient information as reported today:
Additional Exam Information:

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 12/22/2020 | 11:06 AM | 65.00 | 215.00 | 35.78 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]

Last A1C Date: 12/15/2020
Last A1C Result: 7.20000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Katrina Aberdeen NP 12/22/2020 11:32 AM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/22/2020 11:30 AM*

***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 01/11/2021 12:52 PM

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/15/2020 10:00 AM

Scheduled with: Laura E Mowell P.A.
**Today's note:**

CHIEF COMPLAINT: Follow up right knee and left knee.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief.

She states her left knee is doing well. She states mild swelling states she is doing well with her range of motion exercises.

PHYSICAL EXAM:

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Trace
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Lateral Joint Line Tenderness: Positive
Incisions appear well-healed today. No signs of erythema ecchymosis.

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative

Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. Status post left knee scope 12/4/2020.
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee today.We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got no fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up next week for number 3.

In regards to patient's left knee she is doing well with her range of motion at this time she denies the ability needing further therapy I am in agreement with this plan. She was instructed to call back should she experience any issues. Sutures were removed today Steri-Strips were placed. She is instructing on showering only no bathing or submerging wound at this time. She is in agreement with the plan.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| **Date** | **Time** | **Ht (in)** | **Wt (lb)** | **BMI** |
|---|---|---|---|---|
| 12/15/2020 | 10:10 AM | 65.00 | 215.00 | 41.99 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 12/15/2020
Last A1C Result: 7.20000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Laura E Mowell P.A. 12/15/2020 10:35 AM*

Seen and Dictated by: Laura Mowell, PA-C
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/15/2020 10:35 AM*

9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 01/11/2021 12:52 PM

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/08/2020 11:15 AM

Scheduled with: Katrina Aberdeen NP

**Today's note:**

CHIEF COMPLAINT: Follow up right knee

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief.

PHYSICAL EXAM:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee starting today. Concerning her left knee she will follow-up at her next week appointment after her left knee arthroscopy on 12/4/2020. We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got no fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up next week for number 2.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 12/08/2020 | 10:55 AM | 65.00 | 215.00 | 35.78 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Result: 6.80000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Katrina Aberdeen NP 12/08/2020 11:09 AM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/08/2020 11:04 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 12/14/2020 05:18 PM

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 11/06/2020 7:50 AM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Follow up left knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for recheck of her left knee pain, ongoing since January 2019. She is referred here by her sister who is our patient. She was last seen by us on 10/05/2020 for the same complaint. Patient recently underwent right knee unicompartmental arthroplasty by Dr. Holt on 06/16/2020. She does not feel quite right and is here for second opinion. She describes the pain as diffuse achiness. She points to the bilateral joint lines in the right knee and medial joint line in the left knee as the painful spots. Associated symptoms include stiffness, soreness, and knee does not quite track right. Patient states she has stiffness when she watches TV or sits for a long time. She takes Aleve or Advil for pain control. She had sed rate and CRP, but we do not have the results. She denies any numbness or tingling in her feet. MRI scan of her left knee was performed, which showed complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, and small popliteal cyst. She also received left knee cortisone injection at her last visit, which lasted only 2 weeks. Today, she is complaining of pain and soreness. She has pain laterally, medially, and in the anterior knee. She is taking meloxicam for pain. She is here for a recheck.

She is also complaining of right knee pain and soreness. She fell on her right knee on 10/31/2020. She has anterior pain and pinching. Associated symptoms include crepitus. She is still sore and uncomfortable. She is looking for surgical options for the right knee.

PHYSICAL EXAM:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+

Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
Left knee pain:
Patient has significant symptoms in the left knee that are affecting the quality of life and daily activities. They have tried nonoperative treatment including analgesics, exercise program, and activity modification, but symptoms have persisted. I believe they make a good candidate for left knee arthroscopy. She is given arthroscopic book today. I did arrange a request for viscosupplementation for the right knee to see if this helps as this is causing pain based on the exam.

I have discussed patient's radiographic findings, and the current symptoms, and the risk of conservative versus surgical management knee meniscal problems. Conservative management consisting of anti-inflammatory medications, glucosamine / chondroitin sulfate, weight loss, physical therapy, activity modification, as well as injections were discussed at length.

The patient will be scheduled for left knee arthroscopy. They are aware of the anticipated benefits, which include minimization of pain and returning them to a more normal gait pattern. They are aware of the potential risks, which include but are not limited to bleeding, infection, nerve damage, anesthetic risk, DVT, pulmonary embolus, mortality, persistent pain, and the possibility of a need for further surgery.

They are aware of the potential risks and anticipated benefits and are desirous of proceeding as scheduled. Patient was given Knee Arthroscopy Book for further patient education.

Harold E. Cates, M.D.
Please CC patient PCP: Timothy Collins, MD

PATIENT MEDICAL HISTORY: The updated medical history is in the chart and has been reviewed. A review of systems is updated and there is no new chest pain, shortness of breath, abdominal pain, fevers or chills. All past social, family and surgical histories were reviewed and are listed as per intake form.

Scribe attestation: Kabir Malick scribing the following service on behalf of Dr. Harold E Cates on 11/06/2020.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 11/06/2020 | 8:27 AM | 65.00 | 218.30 | 36.33 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 07/03/2020
Last A1C Result: 6.40000

**Medications:**
## Patient Status
Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation
**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
| --- | --- |
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

**Past Medical History:**

**Past Surgical History:**

*Provider: Harold E Cates M.D. 11/06/2020 09:13 AM*

*Document generated: 11/06/2020 9:13 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 11/12/2020 05:12 PM

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 10/05/2020 2:30 PM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Follow up left knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for recheck of her left knee pain, ongoing since January of 2019. She is referred here by her sister who is our patient. Patient was last seen by us on 09/17/2020 for the same complaint. Patient recently underwent right knee unicompartmental arthroplasty by Dr. Holt on 06/16/2020. She does not feel quite right and is here for second opinion. She describes the pain as diffuse achiness. She points to the bilateral joint lines in the right knee and medial joint line in the left knee as the painful spots. Associated symptoms include stiffness, soreness, and knee does not quite track right. Patient states she has stiffness when she watches TV or sits for a long time. She takes Aleve or Advil for pain control. She had sed rate and CRP, but we do not have the results. She denies any numbness or tingling in her feet. At her last visit, MRI scan of her left knee was ordered. Today, she is complaining of continued symptoms. She rates her pain a 5 out of 10 today. She has difficulty ascending and descending stairs, takes one step at a time. She occasionally has numbness in her legs. She is here to review the MRI results.

PHYSICAL EXAM:
Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip

Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done today shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
Left knee pain:
Discussed MRI findings with the patient today. Recommended cortisone injection today and the patient agreed. Patient knows that she can get a repeat cortisone injection every 3 months. She is given arthritis management sheet. Patient will continue meloxicam. She prefers cortisone injections as long as they work. She had unicompartmental knee thus far. She is going to New Orleans for her knee scope until the anesthesiologist said she will fail due to Arnold Chiari syndrome. She was also diagnosed with myotonia by her neurologist.

PROCEDURE: After cleansing the left knee with Betadine, I intraarticularly injected the knee with 80 mg of Depo-Medrol and 2 mL each of Marcaine and Lidocaine. Patient tolerated this injection well.

Follow up in 3-4 months with Ms. Mowell for repeat exam. No x-rays required on return.

CC PCP: Timothy Collins, MD

Scribe attestation: Kabir Malick scribing the following service on behalf of Dr. Harold E Cates on 10/05/2020.

Patient information as reported today:

**Medications:**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin | 40 mg | |
| pramipexole | 1 mg | |
| fluoxetine | 10 mg | |
| metformin | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| Iron (ferrous sulfate) | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Harold E Cates M.D. 10/05/2020 03:06 PM*

*Document generated: 10/05/2020 3:06 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 10/09/2020 12:40 PM

PARKWEST SURGERY CENTER
9430 PARKWEST BLVD, SUITE 210
KNOXVILLE, TN 37923

OPERATIVE REPORT

**PATIENT NAME:** GALYON, ROBERTA
**DATE OF SURGERY:** 12/04/20
**PATIENT MRN#:** 74953
**DATE OF BIRTH:** [redacted]
**PHYSICIAN:** Harold E. Cates, M.D.

**PREOPERATIVE DIAGNOSIS:** Left knee lateral meniscus tear.

**POSTOPERATIVE DIAGNOSES:** Left knee lateral meniscus tear plus grade 4 chondromalacia, lateral patella.

**PROCEDURES PERFORMED:** Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60%.

**ASSISTANT:** None.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** The patient is a very pleasant 55-year-old female with left knee pain and discomfort. MRI scan documenting lateral meniscal tear. She presents for operative correction and failed nonoperative management.

**FINDINGS:** Chronic ACL tear.

**DESCRIPTION OF PROCEDURE:** The patient was placed supine on the operative table where general anesthesia was induced. The left knee was then prepped and draped in the usual standard fashion. Time-out was performed.

The superolateral, anterolateral, and anteromedial arthroscopic portal made in the usual standard fashion. Inflow was established with 3M pump maintained at 30 mmHg throughout the case. Upon entry, there was mild synovitis throughout. The medial compartment was normal to probing and visualization shown in picture #3. The ACL does not have a chronic tear shown in picture #19. The lateral meniscus had an anterior horn tear shown in picture #11. This was treated with resection, 50% of the anterior horn and some synovium in the intercondylar notch area.

HC/SN/snhyded5/FST-503114445
D: 12/04/20 11:59 A CST
T: 12/05/20 03:47 A CST

RE: GALYON, ROBERTA
OPERATIVE REPORT
PAGE 2

The patella had significant chondromalacia, grade 4 eburnation showing this in pictures #6 and #16, and post chondroplasty changes shown in pictures #18 and #20. A large cannula was inserted to remove the extraneous debris, and a second look arthroscopy revealed no additional pathology. The knee was drained. The arthroscopic portals were injected with 0.5% Marcaine with epinephrine and the same solution plus Duramorph and Depo-Medrol were injected intra-articularly. Arthroscopic portals were closed with 3-0 nylon sutures. Sterile dressing was applied. The patient was transferred to the recovery room in stable condition.

_____________________________ DATE____________________
Harold E. Cates, M.D.

HC/SN/snhyded5/FST-503114445
D: 12/04/20 11:59 A CST
T: 12/05/20 03:47 A CST

Request Corresponden

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

2844869
Apr 16 2021 2:36 PM
ROBERTA GALYON

TN004
Apr 23 2021 5:22 AM

30

CONFIDENTIAL - MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**TENNESSEE ORTHOPEDIC CLINIC**
**9430 PARK WEST BLVD STE 130**
**ATTN: MEDICAL RECORDS/Stat**
**KNOXVILLE, TN 37923**

Date: Apr 8, 2021

**Re: Long Term Disability Benefits**
Claim# 7740103 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: 194236

Dear X5 8666414778,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 1, 2020 to Present**
**Medical records within the time frame - Seen By: TENNESSEE ORTHOPEDIC CLINIC**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Marilyn Manaay
Disability Information Specialist
Phone No.: (213) 531-2992
Fax No: (213) 884-4921

7740103

RPID: 7740103

Name: GALYON, ROBERTA DOB: [redacted] DATE:

**Lincoln/Galyon 1509**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon ✓

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020 ✓

Date of Birth: ________ ✓ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

RFID: 7740103
PAGE 10/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:A1PWFAX01/1 * DNIS:6035591963 * CSID: * ANI:14235079738 * DURATION (mm-ss):05-56

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon ✓

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon ✓ Date: 12/29/2020 ✓

Date of Birth: [redacted] ✓ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

From ReleasePoint 1.626.628.9628 Thu Apr 8 10:38:52 2021 MDT Page 3 of 4

# Quality Assurance Report

## Request Information

Report Date: April 23, 2021

**RP ID:** 7740103

Patient Name: GALYON, ROBERTA

Provider Name: TENNESSEE ORTHOPEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:
Medical records within the time frame - Seen By:
TENNESSEE ORTHOPEDIC CLINIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: LBOMB

**Lincoln/Galyon 1512**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | April 23, 2021 |
| To: | TRACY<br>LENDMARK FINANCIAL |
| Attn: | |
| Fax: | (423) 472-7585 |
| From: | Keith Delgado<br>Ltd Specialist II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-1963 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 10784870<br>Claimant: Roberta Galyon<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 23, 2021

Tracy
Lendmark Financial

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870
Claimant: Roberta [redacted] Galyon

Dear Tracy:

We are writing to follow up on Roberta Galyon's long-term disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD Policy), which Lincoln Life Assurance Company of Boston (Lincoln) manages.

On April 23, 2021, she requested a benefit verification statement.

We have approved Roberta Galyon's claim for benefits. The Policy provides benefits at 60% of pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Roberta Galyon's benefits began on December 12, 2020. Her gross biweekly benefit is equal to $713.95. **She will continue to receive this benefit provided all contractual provisions continue to be met or until she returns to work or other income benefits are awarded as defined by the Policy**.

The maximum date Roberta Galyon is eligible for this benefit is March 17, 2032.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keith Delgado
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

ReleasePoint

## Medical Record Overview

**Date:** **April 7, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** NODIT, DR DINU
2060 LAKESIDE CENTER WAY
KNOXVILLE, TN 37922
(865) 622-6545

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 11/05/2020 - 01/25/2021

**RP ID:** 7740104

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 25 2021 | Jan 25 2021 | 6 | 2 |
| Labs/Diagnostics | Nov 5 2020 | Dec 28 2020 | 15 | 8 |
| Non Medical/Other | | | 6 | 23 |
| Request Correspondence | | | 6 | 29 |

**Total Page Count:** 33

**Notes From QC:**

**Lincoln/Galyon 1515**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (55yo, F) ID# 4286 | **Appt. Date/Time** | 01/25/2021 10:30AM |
| **DOB** | [redacted] | **Service Dept.** | CNS OFFICE |
| **Provider** | DINU C. NODIT, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : WTO01961887W00<br>Policy/Group # : 0802190001<br>PCP : COLLINS, TIMOTHY<br>Referring Provider Name : MERICLE, MD, ROBERT<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Followup: Chronic anxiety

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** COLLINS, TIMOTHY: 305 GRADY ROAD, STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232
**Referring Provider (Primary Insurance):** MERICLE, MD, ROBERT: 330 22ND AVE NORTH, NASHVILLE, TN 37203, Ph (615) 320-0007, Fax (615) 320-0009

## Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**
WALMART PHARMACY 698 (ERX): 4495 KEITH STREET NW, CLEVELAND, TN 37312, Ph (423) 478-2966, Fax (423) 478-2998

## Vitals

01/25/2021 10:37 am

**Ht:** 5 ft 5 in

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 250 mg capsule** | 01/18/21 | filled |
| **atorvastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL FOR 90 DAYS | 12/29/20 | filled |
| **baclofen 10 mg tablet** Take 1 tablet(s) twice a day by oral route for 30 days. | 02/07/21 | prescribed |
| **celecoxib 200 mg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/13/21 | filled |
| **chlorzoxazone 250 mg tablet** | 06/04/20 | filled |
| **clonazePAM 0.5 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 01/28/21 | filled |
| **diclofenac 1.5 % topical drops**<br>Apply 2.5mL (1/2 teaspoonful) to affected area up to 4 times daily | 06/04/20 | filled |
| **doxepin 5 % topical cream** Apply 1-2 grams to affected area three times daily | 06/04/20 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 90 DAYS | 07/31/20 | filled |

| | | |
|---|---|---|
| **FLUoxetine 40 mg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 12/28/20 | filled |
| **flurandrenolide 0.05 % lotion** | 06/04/20 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** TK 1 T PO Q 4 H PRN | 12/04/20 | filled |
| **iron 325 mg (65 mg iron) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/28/20 | filled |
| **meloxicam 15 mg tablet** | 09/18/20 | filled |
| **metFORMIN ER 500 mg tablet,extended release 24 hr**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY WITH A MEAL FOR DIABETES | 12/28/20 | filled |
| **methocarbamoL 500 mg tablet** | 07/18/20 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack** USE AS DIRECTED | 08/03/20 | filled |
| **ondansetron 4 mg disintegrating tablet** | 06/16/20 | filled |
| **pantoprazole 40 mg tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR STOMACH FOR 90 DAYS | 11/04/20 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR RESTLESS LEGS | 12/28/20 | filled |
| **pregabalin 150 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR FIBROMYALGIA | 12/02/20 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/23/20 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH AS NEEDED AT ONSET OF HEADACHE FOR 30 DAYS | 11/23/20 | filled |
| **traMADoL 50 mg tablet** | 06/16/20 | filled |
| **Trulicity 0.75 mg/0.5 mL subcutaneous pen injector**<br>INJECT 0.75MG (ONE PEN) SUBCUTANEOUSLY ONCE A WEEK | 01/11/21 | filled |
| **Virtussin AC 10 mg-100 mg/5 mL oral liquid** | 10/20/20 | filled |

Problems

Reviewed Problems
- Diabetic peripheral neuropathy - Onset: 03/04/2020
- Chronic anxiety - Onset: 03/04/2020
- Chronic depression - Onset: 03/04/2020
- Refractory migraine - Onset: 03/04/2020
- Chiari malformation type I - Onset: 03/04/2020
- Myotonic disorder - Onset: 09/30/2020
- Internal carotid artery stenosis - Onset: 03/04/2020
- Spasm - Onset: 01/29/2021

## Family History

Reviewed Family History

Unspecified Relation
- Heart disease
- Diabetes mellitus
- Fibromyalgia
- Vertigo
- Headache
- Disorder of thyroid gland
- Seizure
- Malignant neoplasm of skin

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Marital status: Married
Alcohol intake: None
Chewing tobacco: none
Caffeine intake: Moderate (Notes: qd)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Foot/toes surgery procedure - foot x 2
- Hand/finger surgery
- Cholecystectomy
- Partial hysterectomy
- Cataract Surgery - bil

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Coronary Artery Disease: **Y**
Diabetes: **Y**
Headaches: **Y**
Migraines: **Y**
Vertigo: **Y**
Notes: anemia, kidney stones

## Documents for Discussion

**Discussed the following documents:**

- GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE - 12/11/20
- Lab Result - 12/02/20
- MYOTONIC DYSTROPHY GENE MUTATION ANALYSIS, BLOOD OR TISSUE - 12/01/20
- GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE - 11/27/20
  Notes - LABS
- DMPK GENE CTG REPEATS, QUAL, BLOOD OR TISSUE - 11/27/20
  Results:
  - SPECIMEN STATUS: NP
  - DMPK RE RESULT: COMMENT
- GENETIC DISEASE ANALYSIS, BLOOD OR TISSUE - 11/27/20
  Results:
  - GENETIC COUNSELOR:: NP
  - SPECIMEN TYPE:: COMMENT
  - FETUS ID: NP
  - ETHNICITY:: COMMENT
  - INDICATION: COMMENT
  - RESULT:: COMMENT
  - GENERAL COMMENTS:: COMMENT
  - ADDITIONAL CLINICAL INFO: COMMENT
  - COMMENTS:: COMMENT
  - METHOD/LIMITATIONS:: COMMENT
  - DISCLAIMER:: COMMENT
  - DIRECTOR REVIEW:: COMMENT
  - PDF: .
- ANA (ANTINUCLEAR ANTIBODIES) SCREEN, SERUM - 11/05/20
- MYOTONIC DYSTROPHY GENE MUTATION ANALYSIS, BLOOD OR TISSUE - 01/27/20
  Notes - LABS
- Lab Result - 01/10/20

## Screening

None recorded.

## HPI

Ms Galyon was seen in follow up via telemedicine.she continues to have muscle cramps in her hands and feet but no new weakness. Her back pain has been fluctuating. She did see Dr. Boyer at UT and had an MRI of the lumbar spine at provision. No surgery was recommended following that. She continues to have pain in her legs all the time . Her myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

## ROS

Patient reports **dizziness, memory loss, headaches, imbalance or falling, pain, confusion, muscle twitching, cramps, and difficulty with gait or walking** but reports no fainting, no blackouts, no weakness, no numbness, no bladder symptoms, no tingling, no convulsions, no vertigo, and no visual loss; **swelling, muscle stiffness, paralysis, incoordination**. She reports **nausea** but reports normal appetite, no bowel changes, no abdominal pain, and no vomiting; **diarrhea, heartburn**. She reports **fatigue** but reports no change in weight and no fever; **night sweats, chills**. She reports no snoring, no restless legs, and no daytime sleepiness; **sleep disturbances**. She reports **blurry vision and difficulty swallowing** but reports no crossed eyes, no double vision, no strange odors/smells, no changes in taste, no loss of hearing, no speech difficulties, no tinnitus, and no sinus pain. She reports **cold interolerance and heat intolerance**; **excessive thirst**. She reports **cough** but reports no shortness of breath. She reports no suicide attempt; **depression**. She reports no chest pain. She reports no anemia, no sores, and no bruising. She reports no incontinence and no pain during urination.

## Physical Exam

None recorded.

## Assessment / Plan

Myotonic disorder

Mild sensory peripheral neuropathy - likely diabetic

Refractory migraines

Chiari I malformation - asymptomatic

Left ICA stenosis

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

EMG/NCS of lower extremities 9/20 shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease.

myotonia workup came back negative in December 2020. This included a negative GAA testing for Pompe's disease as well as negative myotonic dystrophy testing. ESR and and ANA were normal

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has an analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

More recently her main issue is worsening pain in the LE's - mostly proximal as well as numbness in the LUE with arm elevation. Electrodiagnostic testing was normal in the left upper extremity but did show evidence of myotonic discharges on the needle exam in the proximal lower extremity as well as a mild sensory peripheral neuropathy. Her myotonia blood testing came back negative however

Plan:

- start a trial of baclofen for muscle spasms

- avoid CGRP medications due to her history of carotid stenosis

- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

More than 50% of the face-to-face time (50 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

**Refractory migraine**
G43.919: Migraine, unspecified, intractable, without status migrainosus

**Spasm**
R25.2: Cramp and spasm

- baclofen 10 mg tablet - To be submitted on or around 02/07/2021 Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 5 Pharmacy: WALMART PHARMACY 663

**Chronic anxiety**
F41.9: Anxiety disorder, unspecified

**Myotonic disorder**
G71.19: Other specified myotonic disorders

**Diabetic peripheral neuropathy**
E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified

**Chronic depression**
F34.1: Dysthymic disorder

**Chiari malformation type I**
G93.5: Compression of brain

**Internal carotid artery stenosis**
I65.29: Occlusion and stenosis of unspecified carotid artery

Return to Office
- Dinu C. Nodit, MD for ESTABLISHED PATIENT20 at CNS OFFICE on 07/26/2021 at 11:30 AM

Encounter Sign-Off
Encounter signed-off by Dinu C. Nodit, MD, 02/07/2021.
Encounter performed and documented by Dinu C. Nodit, MD
Encounter reviewed & signed by Dinu C. Nodit, MD on 02/07/2021 at 9:38pm

**Encounter Date: 09/30/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | GALYON, ROBERTA (55yo, F) ID# 4286 | **Appt. Date/Time** | 09/30/2020 10:30AM |
| **DOB** | [redacted] | **Service Dept.** | CNS OFFICE |
| **Provider** | DINU C. NODIT, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : WTO01961887W00<br>Policy/Group # : 0802190001<br>PCP : COLLINS, TIMOTHY<br>Referring Provider Name : MERICLE, MD, ROBERT<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

Followup: Chronic anxiety

Patient's Care Team

**Primary Care Provider (Primary Insurance):** COLLINS, TIMOTHY: 305 GRADY ROAD, STE B, ETOWAH, TN 37331, Ph (423) 263-0722, Fax (423) 263-5232
**Referring Provider (Primary Insurance):** MERICLE, MD, ROBERT: 330 22ND AVE NORTH, NASHVILLE, TN 37203, Ph (615) 320-0007, Fax (615) 320-0009

Patient's Pharmacies

**WALMART PHARMACY 663 (ERX): 1815 DECATUR PIKE, ATHENS, TN 37303, Ph (423) 745-1495, Fax (423) 745-1389**
WALGREENS DRUG STORE #05790 (ERX): 1302 CONGRESS PKWY S, ATHENS, TN 37303, Ph (423) 745-7749, Fax (423) 745-3960
WALMART PHARMACY 698 (ERX): 4495 KEITH STREET NW, CLEVELAND, TN 37312, Ph (423) 478-2966, Fax (423) 478-2998

Vitals

09/30/2020 10:35 am
**Ht:** 5 ft 5 in

Allergies

Reviewed Allergies
NKDA

Page 1
12/28/2020

**LabCorp** **Patient Report**

**Specimen ID:** 363-541-2002-0
**Control ID:** 50700159

**Acct #:** 41220955 **Phone:** (423) 263-0722 **Rte:** 00

**GALYON, ROBERTA L.**
[redacted]

Timothy Collins, M.D.
305 Grady Road
ETOWAH TN 37331

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 12/28/2020 0915 Local | **Ordering:** T Collins |
| **Age(y/m/d):** 055/09/10 | **Date received:** 12/29/2020 | **Referring:** |
| **Gender:** F | **Date entered:** 12/29/2020 | **ID:** |
| **Patient ID:** 24091171 | **Date reported:** 12/29/2020 0905 ET | **NPI:** 1235126392 |

**General Comments & Additional Information**
**Alternate Control Number:** 50700159 **Alternate Patient ID:** 24091171
**Total Volume:** Not Provided **Fasting:** No

**Ordered Items**
CMP14+eGFR; CBC, No Differential/Platelet; Lipid Panel; Hemoglobin A1c

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14+eGFR** | | | | | |
| **Glucose** | **132** | **High** | mg/dL | 65-99 | 01 |
| BUN | 24 | | mg/dL | 6-24 | 01 |
| Creatinine | 0.92 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 70 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 81 | | mL/min/1.73 | >59 | |
| **BUN/Creatinine Ratio** | **26** | **High** | | 9-23 | |
| Sodium | 142 | | mmol/L | 134-144 | 01 |
| Potassium | 4.7 | | mmol/L | 3.5-5.2 | 01 |
| **Chloride** | **107** | **High** | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 24 | | mmol/L | 20-29 | 01 |
| Calcium | 9.2 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 6.3 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.2 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 2.1 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 2.0 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0-1.2 | 01 |
| **Alkaline Phosphatase** | **120** | **High** | IU/L | 39-117 | 01 |
| AST (SGOT) | 17 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 25 | | IU/L | 0-32 | 01 |
| **CBC, No Differential/Platelet** | | | | | |
| WBC | 5.3 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 4.80 | | x10E6/uL | 3.77-5.28 | 01 |
| Hemoglobin | 12.2 | | g/dL | 11.1-15.9 | 01 |
| Hematocrit | 39.3 | | % | 34.0-46.6 | 01 |
| MCV | 82 | | fL | 79-97 | 01 |
| **MCH** | **25.4** | **Low** | pg | 26.6-33.0 | 01 |
| **MCHC** | **31.0** | **Low** | g/dL | 31.5-35.7 | 01 |
| RDW | 13.8 | | % | 11.7-15.4 | 01 |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

PAGE 2
12/28/2020

**LabCorp** **Patient Report**

Patient: GALYON, ROBERTA L.
DOB: [redacted] Patient ID: 24091171 Control ID: 50700159
Specimen ID: 363-541-2002-0
Date collected: 12/28/2020 0915 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Lipid Panel** | | | | | |
| **Cholesterol, Total** | **286** | **High** | mg/dL | 100-199 | 01 |
| **Triglycerides** | **265** | **High** | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 54 | | mg/dL | >39 | 01 |
| **VLDL Cholesterol Cal** | **51** | **High** | mg/dL | 5-40 | |
| **LDL Chol Calc (NIH)** | **181** | **High** | mg/dL | 0-99 | |
| **Hemoglobin A1c** | | | | | |
| **Hemoglobin A1c** | **7.2** | **High** | % | 4.8-5.6 | 01 |
| Please Note: | | | | | 01 |

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

| | | | |
|---|---|---|---|
| 01 | MB | LabCorp Birmingham<br>1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |

For inquiries, the physician may contact **Branch: 423-624-0533 Lab: 205-581-3500**




This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

MNG LABORATORIES
A LabCorp Company

5424 Glenridge Drive
Atlanta, Georgia 30342

V: 678.225.0222 F: 678.225.0212
www.mnglabs.com

CLIA LICENSE: #11D0703390 STATE OF GEORGIA LICENSE: #060-381

**Test Code (MOL299)**

| First name: | Last name: | Date of birth: | Patient ID: |
|---|---|---|---|
| Roberta | Gaylon | | 33297050160 |
| **Tissue Tested:** | **Accession Date:** | **Billing status:** | **Collection Date:** |
| Leukocytes | 12/1/2020 | Approved 12/2/2020 | 11/27/2020 |
| **Accession number:** | **Report Date:** | **Report Status:** | |
| J4608 | 12/23/2020 | Complete | |

**Test MOL299:** Myotonic Dystrophy Type 1 (DM1; OMIM:160900) Trinucleotide Repeat Analysis
**Gene:** Dystrophia Myotonica-Protein Kinase (DMPK; OMIM:605377)
**Transmission:** Autosomal Dominant

## Results: CTG Repeat Number:

Repeat numbers are typically ± 2, although slightly greater variation may occur when repeat numbers are greater than 65.

**Allele 1 Repeat Number:** 10
**Allele 2 Repeat Number:** 11

## Interpretation:

☑ Negative Testing

No alleles with greater than 35 CTG repeats were detected. These results indicate that this patient is unlikely to have DM1. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.

☐ Abnormal: Premutation

A CTG repeat number within the premutation range (36-50 CTG repeats) was detected. CTG repeat numbers in this range may be unstable. Individuals with CTG repeats in this range are at risk for having children with symptomatic repeat expansions (see table). Genetic counseling is recommended. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.

☐ Abnormal: Symptomatic DM1

A CTG repeat number within the symptomatic range (>50 CTG repeats) was detected. CTG repeat numbers in this range are typically symptomatic (see table). When the CTG repeat number is >150, determination of precise repeat numbers is not performed. Genetic counseling is recommended. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.

MNG LABORATORIES
A LabCorp Company

5424 Glenridge Drive
Atlanta, Georgia 30342

V: 678.225.0222 F: 678.225.0212
www.mnglabs.com

CLIA LICENSE: #11D0703390 STATE OF GEORGIA LICENSE: #060-381

**Test Code (MOL299)**

| First name: | Last name: | Date of birth: |
|---|---|---|
| Roberta | Gaylon | 3/18/1965 |
| **Tissue Tested:** | **Accession Date:** | **Billing status:** |
| Leukocytes | 12/1/2020 | Approved 12/2/2020 |
| **Accession number:** | **Report Date:** | **Report Status:** |
| J4606 | 12/23/2020 | Complete |

| Phenotype/Genotype Association | | |
|---|---|---|
| *Number of repeats* | *Stability of repeat* | *DM phenotype* |
| 5-35 (normal range) | Stable | No DM |
| 36-50 (Premutation) | May be unstable | No DM |
| 51-150 (Symptomatic) | Unstable | No, minimal, or classical DM |
| >150 (Symptomatic) | Unstable | Classical, juvenile, or congenital DM |

*Eur J Hum Genet. 2012 Dec;20(12):1203-8

## Methodology:

Total genomic DNA was used for DM1 testing by fragment length analysis and triplet-repeat primed-polymerase chain reaction (TP-PCR). Testing is compliant with EMQN best practice guidelines (Eur J Hum Genet. 2012 Dec;20(12):1203-8).

## Performance Limitations:

1. False negative results are rare. Pathogenic trinucleotide repeat expansion carrying alleles are detected in >99% of cases using this protocol.
2. This assay does NOT detect point mutations or deletions/duplications in the DMPK gene.
3. A repeat size >150 confirms the diagnosis of DM1. Thus, a precise size is not given.
4. For patient samples sent to the laboratory, an important consideration for false positive or false negative test results is the improper labeling of the patient's sample. If test results are inconsistent with the clinical presentation, please call to discuss the case and/or submit a second sample for confirmatory testing.
5. This test was developed and its performance characteristics determined by Medical Neurogenetics, LLC. It has not been cleared or approved by the U.S. FDA.

## Reports:

Facility: LabCorp - Birmingham Phone:None Fax:None; Physician: No Report Destinations selected| Send To: All Reports, CMBP Fax:844-840-4649; LabCorp - Birmingham NO SFTP eMail:mbreferrals@labcorp.com;

Troy Langley, Ph.D.
S. Hussain Askree, MBBS PhD,
Laboratory Director



332-970
5016

**Lincoln/Galyon 1525**

GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE 12/11/2020 (#234347)



**LabCorp** **Patient Report**

**Specimen ID:** 332-970-5016-0
**Control ID:**

**GALYON, ROBERTA**

**Acct #:** 41384135 **Phone:** (865) 622-6545 **Rte:** 00
Comprehensive Neurology
Services
2060 Lakeside Centre Way
KNOXVILLE TN 37922

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 11/27/2020 0000 Local | **Ordering:** D NODIT |
| **Age(y/m/d):** 055/08/09 | **Date received:** 11/27/2020 | **Referring:** |
| **Gender:** F | **Date entered:** 11/27/2020 | **ID:** |
| **Patient ID:** | **Date reported:** 12/10/2020 1610 ET | **NPI:** 1801848205 |

**Ordered Items**
Gene Specific Sequencing; DMPK Repeat Expansion

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Gene Specific Sequencing**

```
Specimen Type:                                                   01
    Whole Blood
Ethnicity:                                                       01
    Not Provided
Indication                                                       01
    GAA: Suspected diagnosis
Result:                                                          01
    DISORDER (GENE)          RESULTS          INTERPRETATION
    Pompe disease            NEGATIVE.        No pathogenic
    (GAA NM_000152)                           variants were
                                              identified. May
                                              have
                                              mutation(s) not
                                              detected by
                                              this analysis.
                                              See Additional
                                              Clinical
                                              Information.
General Comments:                                                01
    Genetic counseling services are available. To access
    Integrated Genetics Genetic Counselors please visit
    www.integratedgenetics.com/genetic-counseling or call (855)
    GC-CALLS (855-422-2557).
Additional Clinical Info                                         01
    Pompe disease: Pompe disease, also known as glycogen storage
    disease type II, is an autosomal recessive lysosomal storage
    disorder with variable severity and age at onset. Signs and
    symptoms may include progressive muscle weakness, cardiac
    hypertrophy, respiratory complications, respiratory
    insufficiency, swallowing difficulties, and hearing loss.
    Enzyme replacement therapy is available. Treatment is
    otherwise supportive. (Kishnani, PMID:17151339; Tinkle,
    PMID:20301438).
Comments:                                                        01
    This interpretation is based on the clinical information
    provided and the current understanding of the molecular
    genetics of the disease(s) tested. References and additional
    information about the disorders tested are available at
```



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 865-305-9705

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

LabCorp **Patient Report**

Patient: GALYON, ROBERTA
DOB
Patient ID:
Control ID:
Specimen ID: 332-970-5016-0
Date collected: 11/27/2020 0000 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

www.integratedgenetics.com.

Method/Limitations: 01

Next generation sequencing (NGS): Genomic regions of interest are selected using the Agilent(R)SureSelectXT(R) hybridization capture method for target enrichment and sequenced via the Illumina(R) next generation sequencing platform. Sequencing reads are aligned with the human genome reference GRCh37/hg19 build. Regions of interest include all exons and splice junctions for each gene analyzed. Targeted regions are sequenced to at least 200X mean base coverage with a minimum of 99% of bases at >=20X coverage. Analytical sensitivity is estimated to be >99% for single nucleotide variants and small insertions/deletions (<=6 bp).

Alpha thalassemia: Analysis of the alpha-globin (HBA) gene cluster is performed by multiplex ligation-dependent amplification (MLPA). Variants included in the analysis are the Constant Spring non-deletion variant and the following deletions: alpha3.7, alpha4.2, alpha20.5, SEA, FIL, THAI, MED, and the HS 40 regulatory region. This MLPA analysis does not detect other variants in the alpha-globin genes or variants in the beta-globin gene and may not detect the co-occurrence of a deletion and a duplication. Analytical sensitivity is estimated to be >99% for the targeted variants.

Dystrophinopathies, including Duchenne and Becker muscular dystrophies and dilated cardiomyopathy: Analysis is performed by NGS. A deletion or duplication of exons in the DMD gene is identified when >60% of an exon has an aberrant copy number. In-frame and out-of-frame deletions cannot be distinguished by this analysis, which does not determine precise breakpoints in the DMD gene. Approximately 67% of the time a DMD pathogenic variant is inherited, and approximately 33% of the time the variant is de novo and not previously seen in the family. If a pathogenic variant is de novo, the risk that the mother of an affected male has germline mosaicism is 15-20%. This analysis does not detect germline mosaicism. An individual who has a negative carrier screen may have germline mosaicism and be at risk for having an affected child.

Reported variants: Pathogenic and likely pathogenic variants and variants of uncertain significance (VUS) are reported. Non-deletion variants are specified using the numbering and nomenclature recommended by the Human Genome Variation Society (HGVS, http://www.hgvs.org/). Benign variants are not reported. Variant classification and confirmation are consistent with ACMG standards and guidelines (Richards, PMID:25741868; Rehm, PMID:23887774). Detailed variant classification information is available upon request. A variant of uncertain significance (VUS) should not be used in clinical decision making; a VUS is classified based on


This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 865-305-9705
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

Patient: GALYON, ROBERTA
DOB: Patient ID: Control ID: Specimen ID: 332-970-5016-0
Date collected: 11/27/2020 0000 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| inadequate or conflicting evidence regarding its pathogenicity or clinical relevance.<br><br>Limitations: Technologies used do not detect germline mosaicism, and do not rule out the presence of large chromosomal aberrations, including rearrangements, or variants in regions or genes not included in this test, or possible inter/intragenic interactions between variants. Variant classification and/or interpretation may change over time if more information becomes available. False positive or negative results may occur for reasons that include: genetic variants, sex chromosome abnormalities, pseudogene interference, blood transfusions, bone marrow transplantation, somatic or tissue-specific mosaicism, mislabeled samples, or erroneous representation of family relationships. | | | | | |
| Disclaimer:<br>This test was developed and its performance characteristics determined by Esoterix Genetic Laboratories, LLC. It has not been cleared or approved by the Food and Drug Administration.<br><br>Integrated Genetics is a business unit of Esoterix Genetic Laboratories, LLC, a wholly-owned subsidiary of Laboratory Corporation of America Holdings. | | | | | 01 |
| Director Review:<br>Winnie Xin PhD, FACMG | | | | | 01 |
| PDF | . | | | | 01 |
| DMPK Repeat Expansion | Will Follow | | | | |

01 EGLMA Esoterix Genetic Laboratories Dir: Bernice Allitto, PhD
3400 Computer Drive, Westborough, MA 01581-1771
For inquiries, the physician may contact **Branch: 865-305-9705 Lab: 877-914-9705**


This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 865-305-9705
© 1995-2020 Laboratory Corporation of America Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Integrated GENETICS
LabCorp Specialty Testing Group

Specimen ID: 63870744
Control ID: 33297050160

Acct #: 867675 Phone: (865)305-6771

**Gaylon, Roberta**

LabCorp Knoxville Genetics
1924 Alcoa Highway
Annex Building
Knoxville, TN 37920

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 11/27/2020 12:00 AM | Ordering: |
| Age (yyy/mm/dd): 055/08/09 | Date received: 11/30/2020 4:41 PM | Referring: |
| Gender: Female | Date entered: 11/30/2020 4:41 PM | ID: |
| Patient ID: 63355198 | Date reported: 12/10/2020 12:50 PM | NPI: |

Ethnicity: Not Provided
Indication: GAA: Suspected diagnosis

Specimen Type: Whole Blood

Hospital ID: TNLCA^EGLMA
Lab ID: 33297050160

| DISORDER *(GENE)* | RESULTS | INTERPRETATION |
|---|---|---|
| Pompe disease *(GAA)* NM_000152 | NEGATIVE. | No pathogenic variants were identified. May have mutation(s) not detected by this analysis. See Additional Clinical Information. |

Genetic counseling services are available. To access Integrated Genetics Genetic Counselors please visit www.integratedgenetics.com/genetic-counseling or call (855) GC-CALLS (855-422-2557).

## ADDITIONAL CLINICAL INFORMATION

**Pompe disease**: Pompe disease, also known as glycogen storage disease type II, is an autosomal recessive lysosomal storage disorder with variable severity and age at onset. Signs and symptoms may include progressive muscle weakness, cardiac hypertrophy, respiratory complications, respiratory insufficiency, swallowing difficulties, and hearing loss. Enzyme replacement therapy is available. Treatment is otherwise supportive. (Kishnani, PMID:17151339; Tinkle, PMID:20301438).

## COMMENTS

This interpretation is based on the clinical information provided and the current understanding of the molecular genetics of the disease(s) tested. References and additional information about the disorders tested are available at www.integratedgenetics.com.

## METHOD/LIMITATIONS

**Next generation sequencing (NGS):** Genomic regions of interest are selected using the Agilent® SureSelectXT® hybridization capture method for target enrichment and sequenced via the Illumina® next generation sequencing platform. Sequencing reads are aligned with the human genome reference GRCh37/hg19 build. Regions of interest include all exons and splice junctions for each gene analyzed. Targeted regions are sequenced to at least 200X mean base coverage with a minimum of 99% of bases at ≥20X coverage. Analytical sensitivity is estimated to be >99% for single nucleotide variants and small insertions/deletions (≤6 bp).

**Alpha thalassemia:** Analysis of the alpha-globin (*HBA*) gene cluster is performed by multiplex ligation-dependent amplification (MLPA). Variants included in the analysis are the Constant Spring non-deletion variant and the following deletions: -alpha3.7, -alpha4.2, --alpha20.5, --SEA, --FIL, --THAI, --MED, and the HS-40 regulatory region. This MLPA analysis does not detect other variants in the alpha-globin genes or variants in the beta-globin gene and may not detect the co-occurrence of a deletion and a duplication. Analytical sensitivity is estimated to be >99% for the targeted variants.

**Dystrophinopathies, including Duchenne and Becker muscular dystrophies and dilated cardiomyopathy:** Analysis is performed by NGS. A deletion or duplication of exons in the *DMD* gene is identified when >60% of an exon has an aberrant copy number. In-frame and out-of-frame deletions cannot be distinguished by this analysis, which does not determine precise breakpoints in the *DMD* gene. Approximately 67% of the time a *DMD* pathogenic variant is

Under the direction of: Winnie Xin, PhD, FACMG

Testing performed at Esoterix Genetic Laboratories, LLC, 3400 Computer Drive, Westborough, MA 01581 Bernice A. Allitto, PhD, FACMG, Laboratory Director 1-800-255-7357



This document contains private and confidential information protected by state and federal law.
If you have received this document in error, please call 1-800-255-7357.
All times printed on this report are in accordance with the EST5EDT time zone.

©1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved.

Patient: Gaylon, Roberta
DOB: Patient ID: 63355198 Control ID: 33297050160 Specimen ID: 63870744
Date collected: 11/27/2020 12:00 AM

inherited, and approximately 33% of the time the variant is *de novo* and not previously seen in the family. If a pathogenic variant is *de novo*, the risk that the mother of an affected male has germline mosaicism is 15-20%. This analysis does not detect germline mosaicism. An individual who has a negative carrier screen may have germline mosaicism and be at risk for having an affected child.

**Reported variants:** Pathogenic and likely pathogenic variants and variants of uncertain significance (VUS) are reported. Non-deletion variants are specified using the numbering and nomenclature recommended by the Human Genome Variation Society (HGVS, http://www.hgvs.org/). Benign variants are not reported. Variant classification and confirmation are consistent with ACMG standards and guidelines (Richards, PMID:25741868; Rehm, PMID:23887774). Detailed variant classification information is available upon request. A variant of uncertain significance (VUS) should not be used in clinical decision making; a VUS is classified based on inadequate or conflicting evidence regarding its pathogenicity or clinical relevance.

**Limitations:** Technologies used do not detect germline mosaicism, and do not rule out the presence of large chromosomal aberrations, including rearrangements, or variants in regions or genes not included in this test, or possible inter/intragenic interactions between variants. Variant classification and/or interpretation may change over time if more information becomes available. False positive or negative results may occur for reasons that include: genetic variants, sex chromosome abnormalities, pseudogene interference, blood transfusions, bone marrow transplantation, somatic or tissue-specific mosaicism, mislabeled samples, or erroneous representation of family relationships.

This test was developed and its performance characteristics determined by Esoterix Genetic Laboratories, LLC. It has not been cleared or approved by the Food and Drug Administration.

Integrated Genetics is a business unit of Esoterix Genetic Laboratories, LLC, a wholly-owned subsidiary of Laboratory Corporation of America Holdings.

Under the direction of: Winnie Xin, PhD, FACMG

Testing performed at Esoterix Genetic Laboratories, LLC, 3400 Computer Drive, Westborough, MA 01581 Bernice A. Allitto, PhD, FACMG, Laboratory Director 1-800-255-7357



This document contains private and confidential information protected by state and federal law.
If you have received this document in error, please call 1-800-255-7357.
All times printed on this report are in accordance with the EST5EDT time zone.
©1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved.

MNG LABORATORIES

5424 Glenridge Drive
Atlanta, Georgia 30342

V: 678.225.0222 F: 678.225.0212
www.mnglabs.com

CLIA LICENSE: #11D0703390 STATE OF GEORGIA LICENSE: #060-381

## Test Code (MOL299)

| First name: | Last name: | Date of birth: | Patient ID: |
|---|---|---|---|
| Roberta | Galyon | | 33297050160 |
| **Tissue Tested:** | **Accession Date:** | **Billing status:** | **Collection Date:** |
| Leukocytes | 12/1/2020 | Approved 12/2/2020 | 11/27/2020 |
| **Accession number:** | **Report Date:** | **Report Status:** | |
| J4606 | 12/23/2020 | Complete | |

**Test MOL299:** Myotonic Dystrophy Type 1 (DM1; OMIM:160900) Trinucleotide Repeat Analysis
**Gene:** Dystrophia Myotonica-Protein Kinase (DMPK; OMIM:605377)
**Transmission:** Autosomal Dominant

### Results: CTG Repeat Number:

Repeat numbers are typically ± 2, although slightly greater variation may occur when repeat numbers are greater than 65.

| | |
|---|---|
| Allele 1 Repeat Number: | 10 |
| Allele 2 Repeat Number: | 11 |

### Interpretation:

☑ Negative Testing

**No alleles with greater than 35 CTG repeats were detected. These results indicate that this patient is unlikely to have DM1. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.**

☐ Abnormal: Premutation

**A CTG repeat number within the premutation range (36-50 CTG repeats) was detected. CTG repeat numbers in this range may be unstable. Individuals with CTG repeats in this range are at risk for having children with symptomatic repeat expansions (see table). Genetic counseling is recommended. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.**

☐ Abnormal: Symptomatic DM1

**A CTG repeat number within the symptomatic range (>50 CTG repeats) was detected. CTG repeat numbers in this range are typically symptomatic (see table). When the CTG repeat number is >150, determination of precise repeat numbers is not performed. Genetic counseling is recommended. The results from this test should be used in the context of available clinical findings and should not be used as the sole basis for patient management or treatment.**

332-970
5016

MNG LABORATORIES

5424 Glenridge Drive
Atlanta, Georgia 30342
V: 678.225.0222 F: 678.225.0212
www.mnglabs.com

CLIA LICENSE: #11D0703390 STATE OF GEORGIA LICENSE: #060-381

**Test Code (MOL299)**

| | | |
|---|---|---|
| First name: Roberta | Last name: Gaylon | Date of birth: |
| Tissue Tested: Leukocytes | Accession Date: 12/1/2020 | Billing status: Approved 12/2/2020 |
| Accession number: J4606 | Report Date: 12/23/2020 | Report Status: Complete |

**Phenotype/Genotype Association**

| *Number of repeats* | *Stability of repeat* | *DM phenotype* |
|---|---|---|
| 5-35 (normal range) | Stable | No DM |
| 36-50 (Premutation) | May be unstable | No DM |
| 51-150 (Symptomatic) | Unstable | No, minimal, or classical DM |
| >150 (Symptomatic) | Unstable | Classical, juvenile, or congenital DM |

*Eur J Hum Genet. 2012 Dec;20(12):1203 8

## Methodology:

Total genomic DNA was used for DM1 testing by fragment length analysis and triplet-repeat primed-polymerase chain reaction (TP-PCR). Testing is compliant with EMQN best practice guidelines (Eur J Hum Genet. 2012 Dec;20(12):1203-8).

## Performance Limitations:

1. False negative results are rare. Pathogenic trinucleotide repeat expansion carrying alleles are detected in >99% of cases using this protocol.
2. This assay does NOT detect point mutations or deletions/duplications in the DMPK gene.
3. A repeat size >150 confirms the diagnosis of DM1. Thus, a precise size is not given.
4. For patient samples sent to the laboratory, an important consideration for false positive or false negative test results is the improper labeling of the patient's sample. If test results are inconsistent with the clinical presentation, please call to discuss the case and/or submit a second sample for confirmatory testing.
5. This test was developed and its performance characteristics determined by Medical Neurogenetics, LLC. It has not been cleared or approved by the U.S. FDA.

## Reports:

Facility: LabCorp - Birmingham Phone:None Fax:None; Physician: No Report Destinations selected! Send To: All Reports, CMBP Fax:844-840-4649; LabCorp - Birmingham NO SFTP eMail:mbreferrals@labcorp.com;

Trey Langley, Ph.D.
S. Hussain Askree, MBBS PhD,
Laboratory Director



332-970
5016

332-970
5016

| | | | |
|---|---|---|---|
| Ordering Provider | DINU C. NODIT, MD | Performing Lab | LABCORP KNOXVILLE (02)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>MEDICAL NEUROGENETIC LLC (03)<br>MEDICAL NEUROGENETIC LLC<br>HUSSAIN ASKREE<br>5424 GLENRIDGE DR NE<br>ATLANTA, GA 303421342<br><br>Account ID: 41384135 |
| Specimen/Accession ID | 33297050160 | Specimen Source | |
| Specimen Coll. Date | 11/27/2020 00:00 | Result Status | Final |
| Specimen Rec. Date | 11/27/2020 00:00 | Report Status | |
| Specimen Reported Date | 01/06/2021 19:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SPECIMEN STATUS | NP | | | | Cancelled | 02 |
| DMPK RE RESULT | COMMENT | | | | Final | 03 |
| | **Reference lab report sent via fax.** | | | | | |
| RESULT NOTE | Test(s) 620085-DMPK RE Result was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

## GENE SPECIFIC SEQUENCING-451910-P 01/06/2021 (#235013, Final, 11/27/2020)

| | | | |
|---|---|---|---|
| Ordering Provider | DINU C. NODIT, MD | Performing Lab | ESOTERIX GENETIC LABORATORIES (01)<br>ESOTERIX GENETIC LABORATORIES<br>BERNICE ALLITTO<br>3400 COMPUTER DRIVE<br>WESTBOROUGH, MA 015811771<br><br>Account ID: 41384135 |
| Specimen/Accession ID | 33297050160 | Specimen Source | |
| Specimen Coll. Date | 11/27/2020 00:00 | Result Status | Final |
| Specimen Rec. Date | 11/27/2020 00:00 | Report Status | |
| Specimen Reported Date | 01/06/2021 19:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GENETIC COUNSELOR: | NP | | | | Cancelled | 01 |
| SPECIMEN TYPE: | COMMENT | | | | Final | 01 |
| | **Whole Blood** | | | | | |
| FETUS ID | NP | | | | Cancelled | 01 |
| ETHNICITY: | COMMENT | | | | Final | 01 |
| | **Not Provided** | | | | | |
| INDICATION | COMMENT | | | | Final | 01 |
| | **GAA: Suspected diagnosis** | | | | | |
| RESULT: | COMMENT | | | | Final | 01 |
| | **DISORDER (GENE) RESULTS INTERPRETATION**<br>**Pompe disease NEGATIVE. No pathogenic**<br>**(GAA NM_000152) variants were**<br>**identified. May**<br>**have** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | mutation(s) not detected by this analysis. See Additional Clinical Information. | | | | | |
| GENERAL COMMENTS: | COMMENT | | | | Final | 01 |
| | Genetic counseling services are available. To access Integrated Genetics Genetic Counselors please visit www.integratedgenetics.com/genetic-counseling or call (855) GC-CALLS (855-422-2557). | | | | | |
| ADDITIONAL CLINICAL INFO | COMMENT | | | | Final | 01 |
| | Pompe disease: Pompe disease, also known as glycogen storage disease type II, is an autosomal recessive lysosomal storage disorder with variable severity and age at onset. Signs and symptoms may include progressive muscle weakness, cardiac hypertrophy, respiratory complications, respiratory insufficiency, swallowing difficulties, and hearing loss. Enzyme replacement therapy is available. Treatment is otherwise supportive. (Kishnani, PMID:17151339; Tinkle, PMID:20301438). | | | | | |
| COMMENTS: | COMMENT | | | | Final | 01 |
| | This interpretation is based on the clinical information provided and the current understanding of the molecular genetics of the disease(s) tested. References and additional information about the disorders tested are available at www.integratedgenetics.com. | | | | | |
| METHOD/LIMITATIONS: | COMMENT | | | | Final | 01 |
| | Next generation sequencing (NGS): Genomic regions of interest are selected using the Agilent(R)SureSelectXT(R) hybridization capture method for target enrichment and sequenced via the Illumina(R) next generation sequencing platform. Sequencing reads are aligned with the human genome reference GRCh37/hg19 build. Regions of interest include all exons and splice junctions for each gene analyzed. Targeted regions are sequenced to at least 200X mean base coverage with a minimum of 99% of bases at >=20X coverage. Analytical sensitivity is estimated to be >99% for single nucleotide variants and small insertions/deletions (<=6 bp).<br><br>Alpha thalassemia: Analysis of the alpha-globin (HBA) gene cluster is performed by multiplex ligation-dependent amplification (MLPA). Variants included in the analysis are the Constant Spring non-deletion variant and the following deletions: -alpha3.7, -alpha4.2, --alpha20.5, --SEA, --FIL, --THAI, --MED, and the HS-40 regulatory region. This MLPA analysis does not detect other variants in the alpha-globin genes or variants in the beta-globin gene and may not detect the co-occurrence of a deletion and a duplication. Analytical sensitivity is estimated to be >99% for the targeted variants.<br><br>Dystrophinopathies, including Duchenne and Becker muscular dystrophies and dilated cardiomyopathy: Analysis is performed by NGS. A deletion or duplication of exons in the DMD gene is identified when >60% of an exon has an aberrant copy number. In-frame and out-of-frame deletions cannot be distinguished by this analysis, which does not determine precise breakpoints in the DMD gene. Approximately 67% of the time a DMD pathogenic variant is inherited, and approximately 33% of the time the variant is de novo and not previously seen in the family. If a pathogenic variant is de novo, the risk that the mother of an affected male has germline mosaicism is 15-20%. This analysis does not detect germline mosaicism. An individual who has a negative carrier screen may have germline mosaicism and be at risk for having an affected child.<br><br>Reported variants: Pathogenic and likely pathogenic variants and variants of uncertain significance (VUS) are reported. Non-deletion variants are specified using the numbering and nomenclature recommended by the Human Genome Variation Society (HGVS, http://www.hgvs.org/). Benign variants are not reported. Variant classification and confirmation are consistent with ACMG standards and guidelines (Richards, | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | PMID:25741868; Rehm, PMID:23887774). Detailed variant classification information is available upon request. A variant of uncertain significance (VUS) should not be used in clinical decision making; a VUS is classified based on inadequate or conflicting evidence regarding its pathogenicity or clinical relevance.<br><br>Limitations: Technologies used do not detect germline mosaicism, and do not rule out the presence of large chromosomal aberrations, including rearrangements, or variants in regions or genes not included in this test, or possible inter/intragenic interactions between variants. Variant classification and/or interpretation may change over time if more information becomes available. False positive or negative results may occur for reasons that include: genetic variants, sex chromosome abnormalities, pseudogene interference, blood transfusions, bone marrow transplantation, somatic or tissue-specific mosaicism, mislabeled samples, or erroneous representation of family relationships. | | | | | |
| DISCLAIMER: | COMMENT | | | | Final | 01 |
| | This test was developed and its performance characteristics determined by Esoterix Genetic Laboratories, LLC. It has not been cleared or approved by the Food and Drug Administration.<br><br>Integrated Genetics is a business unit of Esoterix Genetic Laboratories, LLC, a wholly-owned subsidiary of Laboratory Corporation of America Holdings. | | | | | |
| DIRECTOR REVIEW: | COMMENT | | | | Final | 01 |
| | Winnie Xin PhD, FACMG | | | | | |
| PDF | . | | | | Final | 01 |

Lincoln/Galyon 1535

GALYON, ROBERTA L (id #4286, dob: [redacted]

ANA W/REFLEX IF POSITIVE-164863-P 11/16/2020 (#233543, final, 11/05/2020 3:25pm)

11/16/2020 11:12:32 AM FROM: LABCORP LCLS F6 TO: 18552337164 LABCORP Page 1 of 1 r
TO: DEBBIE Hope Neurology

**LabCorp** **Patient Report**

**Specimen ID:** 310-462-0753-0 **Acct #:** 41385715 **Phone:** (865) 218-6222 **Rte:** 00
**Control ID:** 45000899707

**GALYON, ROBERTA L.**
[redacted]

Hope Neurology
2060 Lakeside Centre Way
KNOXVILLE TN 37922

**Patient Details**
**DOB:**
**Age(y/m/d):** 055/07/18
**Gender:** F
**Patient ID:**

**Specimen Details**
**Date collected:** 11/05/2020 1525 Local
**Date received:** 11/05/2020
**Date entered:** 11/05/2020
**Date reported:** 11/06/2020 1405 ET

**Physician Details**
**Ordering:** D NODIT
**Referring:**
**ID:**
**NPI:** 1801848205

**General Comments & Additional Information**
**Total Volume:** Not Provided **Fasting:** No

**Ordered Items**
Anti-dsDNA Antibodies; ANA w/Reflex if Positive; Sedimentation Rate-Westergren

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Anti-dsDNA Antibodies** | | | | | |
| Anti-DNA (DS) Ab Qn | <1 | | IU/mL | 0-9 | 01 |
| | | | | Negative <5 | |
| | | | | Equivocal 5 - 9 | |
| | | | | Positive >9 | |
| **ANA w/Reflex if Positive** | | | | | |
| ANA Direct | Negative | | | Negative | 01 |
| **Sedimentation Rate-Westergren** | 8 | | mm/hr | 0-40 | 02 |

| | | | |
|---|---|---|---|
| 01 | MB | LabCorp Birmingham<br>1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |
| 02 | TNLCA | LabCorp Knoxville<br>1924 Alcoa Hwy Box 108, Knoxville, TN 37920-1511 | Dir: Lisa D Duncan, MD |

For inquiries, the physician may contact **Branch: 865-305-9705 Lab: 877-914-9705**



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 865-305-9705
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Parkwest
MEDICAL CENTER
Covenant HEALTH

Sleep Disorders Center/Neurodiagnostics Dept.
9352 Park West Blvd.
Knoxville, TN 37923
Phone: (865) 373-1974
Fax: (865) 373-1059

## Covenant Health-Confidential Information

To/Recipient: ______

Phone: ______ Fax: ______

Date/Time: ______

From/Sender: ______

Subject: **EMG/NCS Results**

Comments:

______

Number of pages (including cover sheet): ______

(NOTE: No Sensitive Information such as Protected Health Information in the Subject line!)

**Confidentiality Notice:**

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or the entity named as the *recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (865) 374-8017 or notify Covenant Health by E-mail at wpaige@covhlth.com and arrange for the return or destruction of these documents. Documents should be returned to Covenant Health-Confidential Information, 1400 Centerpoint Blvd., Suite 152, Knoxville, TN 37932 (ATTN: Integrity Compliance Office).

LabCorp
Laboratory Corporation of America

**Laboratory Corporation of America**
1801 1st Avenue South
Birmingham, Al 35233

## Facsimile Cover Sheet

TO: MNG
COMPANY: MNG
PHONE:
FAX: 855-233-7164

FROM: Kandice

COMPANY: Labcorp Birmingham
PHONE: 205-581-3733
FAX: 205-581-4105

DATE: 01/19/2021
Number of pages including cover sheet: 3

Account# 41384135

Thank you

CONFIDENTIALITY NOTE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS LISTED

The form and contents of this document have been developed for use by LabCorp. The information contained herein is proprietary and confidential. Use by any party other than an authorized agent of LabCorp is strictly prohibited.

LabCorp
Laboratory Corporation of America

**Laboratory Corporation of America**
1801 1st Avenue South
Birmingham, Al 35233

## Facsimile Cover Sheet

**TO:** Lab/Results
**COMPANY:** Comprehensive Neurology
**PHONE:**
**FAX :** 855-233-7164

**FROM:** Linda R.

**COMPANY:** Laboratory Corporation of America
**PHONE:** 205-581-3638
**FAX:** 205-581-3577

**DATE:** 1-6-21
**Number of pages including cover sheet:**
**332-970-5016-0**

**Thank you**

**CONFIDENTIALITY NOTE**

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO USE AT THE ADDRESS LISTED ABOVE VIA THE UNITED STATES POSTAL SERVICE. WE WILL REIMBURSE YOU FOR POSTAGE COST. THANK YOU.**

The form and contents of this document have been developed for use by LabCorp. The information contained herein is proprietary and confidential. Use by any party other than an authorized agent of LabCorp is strictly prohibited.

LabCorp
Laboratory Corporation of America

**Laboratory Corporation of America**
1801 1st Avenue South
Birmingham, Al 35233

## Facsimile Cover Sheet

**TO:** Lab/Results
**COMPANY:** Comprehensive Neurology
**PHONE:**
**FAX:** 855-233-7164

**FROM:** Linda R.

**COMPANY:** Laboratory Corporation of America
**PHONE:** 205-581-3638
**FAX:** 205-581-3577

**DATE:** 1-6-21
**Number of pages including cover sheet:**
**332-970-5016-0**

**Thank you**

**CONFIDENTIALITY NOTE**

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO USE AT THE ADDRESS LISTED ABOVE VIA THE UNITED STATES POSTAL SERVICE. WE WILL REIMBURSE YOU FOR POSTAGE COST. THANK YOU.**

The form and contents of this document have been developed for use by LabCorp. The information contained herein is proprietary and confidential. Use by any party other than an authorized agent of LabCorp is strictly prohibited.

Jan. 6. 2021 6:31PM No. 3975 P. 1

LabCorp
Laboratory Corporation of America

**Laboratory Corporation of America**
1801 1st Avenue South
Birmingham, Al 35233

## Facsimile Cover Sheet

**TO:** Lab/Results
**COMPANY:** Comprehensive Neurology
**PHONE:**
**FAX:** 855-233-7164

**FROM:** Linda R.

**COMPANY:** Laboratory Corporation of America
**PHONE:** 205-581-3638
**FAX:** 205-581-3577

**DATE:** 1-6-21
**Number of pages including cover sheet:**
**332-970-5016-0**

**Thank you**

**CONFIDENTIALITY NOTE**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO USE AT THE ADDRESS LISTED ABOVE VIA THE UNITED STATES POSTAL SERVICE. WE WILL REIMBURSE YOU FOR POSTAGE COST. THANK YOU.

The form and contents of this document have been developed for use by LabCorp. The information contained herein is proprietary and confidential. Use by any party other than an authorized agent of LabCorp is strictly prohibited.

Dr. Nodit

FAX: 1-855-233-7164

Att: Debbie
From: Roberta Galyon

423-506-8362

Total 8 pages

# Medical Records - CONFIDENTIAL

**FROM:** TN - Comprehensive Neurology Services
Debbie V
2060 Lakeside Centre Way, KNOXVILLE, TN 37922-6591
Phone: (865) 622-6545
Fax: (855) 233-7164

**TO:**

**Name: GALYON, ROBERTA L**

**DOB:** [redacted]

**Date Range: 01/01/2020 to 04/07/2021**

**This document contains the following records of the patient:**
- **Admin Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:4286-A-4876]

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**COMPREHENSIVE NEUROLOGY**
**2060 LAKESIDE CENTRE WAY**
**MEDICAL RECORDS**
**KNOXVILLE, TN 37922**

Date: Apr 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7740104 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: HOP240

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
**Medical records within the time frame - Seen By: NODIT, DR DINU**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7740104

RPID: 7740104

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand that** I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

RPID: 774010#
PAGE 10/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:6035591963 * CSID: * ANI:14235078738 * DURATION (mm-ss):05-06

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

From ReleasePoint 1.626.628.9628 Mon Apr 5 15:08:44 2021 MDT Page 3 of 5

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7740104

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GALYON, ROBERTA |
| RP ID: | 7740104 |
| Access Code: | HOP240 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7740104

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/25/2021**

# Quality Assurance Report

**Request Information**

Report Date: April 7, 2021

**RP ID:** 7740104

Patient Name: GALYON, ROBERTA

Provider Name: COMPREHENSIVE NEUROLOGY

**Quality Assurance Information**

Scope Requested: **From October 1, 2020 to Present**

Special Request:

Medical records within the time frame - Seen By:
NODIT, DR DINU

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CPIAO

**Lincoln/Galyon 1549**

**Medical Record Overview**

ReleasePoint

**Date:** **April 6, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** STARR REGIONAL FAMILY PRACTICE
305 GRADY RD STE B
ETOWAH, TN 37331
(423) 263-0722

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 10/20/2020 - 12/28/2020

**RP ID:** 7740105

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 20 2020 | Dec 28 2020 | 13 | 2 |
| Request Correspondence | | | 2 | 15 |

**Total Page Count:** 15

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Galyon 1550**

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

# GALYON, ROBERTA L

55 Y old Female, DOB: [redacted]
Account Number: 24091171

Home: [redacted]
Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN
Appointment Facility: Starr Regional Family Practice Etowah

12/28/2020 Timothy J. Collins, MD

### Current Medications

Taking

- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs
- Celebrex 200 MG Capsule 1 capsule with food Orally Once a day

Not-Taking

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:

GAD-7

1. Feeling nervous, anxious, or on edge *Several Days - 1*
2. Not being able to stop or control worrying *Several Days - 1*
3. Worrying too much about different things *Several Days - 1*
4. Trouble relaxing *Not at all Sure - 0*
5. Being so restless that it's hard to sit still *Not at all Sure - 0*
6. Becoming easily annoyed or irritable *Not at all Sure - 0*
7. Feeling afraid as if something awful might happen *Not at all Sure - 0*

Total Score *3*

PHQ-2 (2015 Edition)

Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:

Patient presents today for follow-up on multiple medical conditions. She reports her mood is well controlled with current medications. Anxiety is mildly worse lately due to family situations but the Clonazepam helps with this. Denies dyspepsia with use of pantoprazole. Restless leg symptoms have greatly decreased with use of Pramipexole, patient wishes to continue this treatment. Continues to take statin medication as prescribed and monitors dietary intake. Monitors blood sugar readings at home and verbalizes readings in the lower to mid 100's. Continues to take Trulicity as prescribed but takes Metformin once daily instead of twice daily.

Patient continues to have right knee pain and swelling. Pain continues to interfere with daily activities and is described as a deep ache/throbbing. She has received "gel" injections by orthpedic specialist. States she may have to have further surgery if pain persists despite injections.

### Vital Signs

HT 5 ft 5 in, WT 220 lb 6 oz, WT Change -.75 lb, BMI **36.67**, BP 144/90 mm Hg, Temp 98.0 F, HR 84 /min, RR 16 /min, BSA **2.14**.

### Past Orders

**Lab:Hemoglobin A1c 001453**

| Collection Date | 07/31/2020 | 01/10/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|---|

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020

Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s), 6 sister(s). 1 son (s), 1 daughter(s).
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy; FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*

| Order Date | 07/31/2020 | 01/10/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|---|
| Hemoglobin A1c | **6.4 H** (Ref Range: 4.8-5.6 %) | **6.7 H** (Ref Range: 4.8-5.6 %) | **7.3 H** (Ref Range: 4.8-5.6 %) | **7.2 H** (Ref Range: 4.8-5.6 %) |
| Notes: | | | Collins,Timothy J 8/9/2019 7:45:07 AM > Call Patient with result. Continue both medications Harris,Lidia , LPN 8/21/2019 5:00:31 PM > Patient notified and agreed. | Collins,Timothy J 3/6/2019 12:49:44 PM > Call Patient with result. Slightly elevated A1C. No medication change. Harris,Lidia , LPN 3/6/2019 5:27:40 PM > Patient notified and agreed. |

**Lab:TSH 004259 (Order Date - 07/31/2020) (Collection Date - 07/31/2020)**

| | Value | Reference Range |
|---|---|---|
| TSH | 1.470 | 0.450-4.500 - uIU/mL |

**Lab:CBC, Platelet, No Differential 028142**

| Collection Date | 07/31/2020 | 08/07/2019 | 09/17/2018 |
|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 09/17/2018 |
| WBC | 6.1 (Ref Range: 3.4-10.8 x10E3/uL) | 8.4 (Ref Range: 3.4-10.8 x10E3/uL) | 6.8 (Ref Range: 3.4-10.8 x10E3/uL) |
| RBC | 5.07 (Ref Range: 3.77-5.28 x10E6/uL) | 4.89 (Ref Range: 3.77-5.28 x10E6/uL) | 4.76 (Ref Range: 3.77-5.28 x10E6/uL) |
| Hemoglobin | 14.0 (Ref Range: 11.1-15.9 g/dL) | 14.4 (Ref Range: 11.1-15.9 g/dL) | 12.5 (Ref Range: 11.1-15.9 g/dL) |
| Hematocrit | 45.3 (Ref Range: 34.0-46.6 %) | 43.0 (Ref Range: 34.0-46.6 %) | 39.0 (Ref Range: 34.0-46.6 %) |
| MCV | 89 (Ref Range: 79-97 fL) | 88 (Ref Range: 79-97 fL) | 82 (Ref Range: 79-97 fL) |
| MCH | 27.6 (Ref Range: 26.6-33.0 pg) | 29.4 (Ref Range: 26.6-33.0 pg) | **26.3 L** (Ref Range: 26.6-33.0 pg) |
| MCHC | **30.9 L** (Ref Range: 31.5-35.7 g/dL) | 33.5 (Ref Range: 31.5-35.7 g/dL) | 32.1 (Ref Range: 31.5-35.7 g/dL) |
| Platelets | 314 (Ref Range: 150-450 x10E3/uL) | 267 (Ref Range: 150-450 x10E3/uL) | 350 (Ref Range: 150-379 x10E3/uL) |

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling. All other systems reviewed and are negative.

| | | | |
|---|---|---|---|
| RDW | 13.0 (Ref Range: 11.7-15.4 %) | 14.2 (Ref Range: 12.3-15.4 %) | 14.4 (Ref Range: 12.3-15.4 %) |

**Lab:Lipid Panel 303756**

| Collection Date | 07/31/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 03/05/2019 |
| Cholesterol, Total | **305 H** (Ref Range: 100-199 mg/dL) | **213 H** (Ref Range: 100-199 mg/dL) | **203 H** (Ref Range: 100-199 mg/dL) |
| Triglycerides | **189 H** (Ref Range: 0-149 mg/dL) | **197 H** (Ref Range: 0-149 mg/dL) | 119 (Ref Range: 0-149 mg/dL) |
| HDL Cholesterol | 59 (Ref Range: >39 mg/dL) | 58 (Ref Range: >39 mg/dL) | 60 (Ref Range: >39 mg/dL) |
| VLDL Cholesterol Cal | 38 (Ref Range: 5-40 mg/dL) | 39 (Ref Range: 5-40 mg/dL) | 24 (Ref Range: 5-40 mg/dL) |
| LDL Cholesterol Calc | **208 H** (Ref Range: 0-99 mg/dL) | **116 H** (Ref Range: 0-99 mg/dL) | **119 H** (Ref Range: 0-99 mg/dL) |

**Lab:CMP14+eGFR #334943**

| Collection Date | 07/31/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
|---|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
| Calcium, Serum | 9.4 (Ref Range: 8.7-10.2 mg/dL) | 9.6 (Ref Range: 8.7-10.2 mg/dL) | 9.6 (Ref Range: 8.7-10.2 mg/dL) | 9.9 (Ref Range: 8.7-10.2 mg/dL) |
| Glucose, Serum | **174 H** (Ref Range: 65-99 mg/dL) | **170 H** (Ref Range: 65-99 mg/dL) | **121 H** (Ref Range: 65-99 mg/dL) | **114 H** (Ref Range: 65-99 mg/dL) |
| BUN | **26 H** (Ref Range: 6-24 mg/dL) | 19 (Ref Range: 6-24 mg/dL) | **30 H** (Ref Range: 6-24 mg/dL) | 22 (Ref Range: 6-24 mg/dL) |
| Protein, Total, Serum | 6.4 (Ref Range: 6.0-8.5 g/dL) | 6.9 (Ref Range: 6.0-8.5 g/dL) | 7.0 (Ref Range: 6.0-8.5 g/dL) | 7.0 (Ref Range: 6.0-8.5 g/dL) |
| Albumin, Serum | 4.5 (Ref Range: 3.8-4.9 g/dL) | 4.7 (Ref Range: 3.5-5.5 g/dL) | 4.8 (Ref Range: 3.5-5.5 g/dL) | 4.6 (Ref Range: 3.5-5.5 g/dL) |
| Bilirubin, Total | 0.3 (Ref Range: 0.0-1.2 mg/dL) | 0.3 (Ref Range: 0.0-1.2 mg/dL) | 0.2 (Ref Range: 0.0-1.2 mg/dL) | <0.2 (Ref Range: 0.0-1.2 mg/dL) |
| Alkaline Phosphatase, S | 105 (Ref Range: 39-117 IU/L) | 98 (Ref Range: 39-117 IU/L) | **125 H** (Ref Range: 39-117 IU/L) | 101 (Ref Range: 39-117 IU/L) |
| AST (SGOT) | 17 (Ref Range: 0-40 IU/L) | 24 (Ref Range: 0-40 IU/L) | 18 (Ref Range: 0-40 IU/L) | 20 (Ref Range: 0-40 IU/L) |

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

| | | | | |
|---|---|---|---|---|
| Potassium, Serum | 4.9 (Ref Range: 3.5-5.2 mmol/L) | 5.0 (Ref Range: 3.5-5.2 mmol/L) | 4.3 (Ref Range: 3.5-5.2 mmol/L) | 4.5 (Ref Range: 3.5-5.2 mmol/L) |
| Sodium, Serum | 142 (Ref Range: 134-144 mmol/L) | 142 (Ref Range: 134-144 mmol/L) | 142 (Ref Range: 134-144 mmol/L) | 140 (Ref Range: 134-144 mmol/L) |
| Chloride, Serum | 100 (Ref Range: 96-106 mmol/L) | 102 (Ref Range: 96-106 mmol/L) | 104 (Ref Range: 96-106 mmol/L) | 100 (Ref Range: 96-106 mmol/L) |
| Creatinine, Serum | 0.82 (Ref Range: 0.57-1.00 mg/dL) | 0.71 (Ref Range: 0.57-1.00 mg/dL) | 0.81 (Ref Range: 0.57-1.00 mg/dL) | 0.87 (Ref Range: 0.57-1.00 mg/dL) |
| ALT (SGPT) | 27 (Ref Range: 0-32 IU/L) | **39 H** (Ref Range: 0-32 IU/L) | 32 (Ref Range: 0-32 IU/L) | **46 H** (Ref Range: 0-32 IU/L) |
| Carbon Dioxide, Total | 22 (Ref Range: 20-29 mmol/L) | 24 (Ref Range: 20-29 mmol/L) | 22 (Ref Range: 20-29 mmol/L) | 21 (Ref Range: 20-29 mmol/L) |
| BUN/Creatinine Ratio | **32 H** (Ref Range: 9-23) | **27 H** (Ref Range: 9-23) | **37 H** (Ref Range: 9-23) | **25 H** (Ref Range: 9-23) |
| Globulin, Total | 1.9 (Ref Range: 1.5-4.5 g/dL) | 2.2 (Ref Range: 1.5-4.5 g/dL) | 2.2 (Ref Range: 1.5-4.5 g/dL) | 2.4 (Ref Range: 1.5-4.5 g/dL) |
| A/G Ratio | **2.4 H** (Ref Range: 1.2-2.2) | 2.1 (Ref Range: 1.2-2.2) | 2.2 (Ref Range: 1.2-2.2) | 1.9 (Ref Range: 1.2-2.2) |
| eGFR If NonAfricn Am | 81 (Ref Range: >59 mL/min/1.73) | 97 (Ref Range: >59 mL/min/1.73) | 83 (Ref Range: >59 mL/min/1.73) | 76 (Ref Range: >59 mL/min/1.73) |
| eGFR If Africn Am | 93 (Ref Range: >59 mL/min/1.73) | 112 (Ref Range: >59 mL/min/1.73) | 96 (Ref Range: >59 mL/min/1.73) | 88 (Ref Range: >59 mL/min/1.73) |

**Examination**

General Examination:

GENERAL APPEARANCE: Well nourished, well hydrated, no acute distress, WF.

HEAD: Normocephalic, atraumatic, face symmetrical.

EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.

NECK/THYROID: Supple.

CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.

LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.

EXTREMITIES: Without clubbing cyanosis, or edema.

NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

**Physical Examination**

Labs reviewed above.

**Assessments**

1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Anxiety disorder, unspecified type - F41.9
3. Microcytic hypochromic anemia - D50.9
4. Gastro-esophageal reflux disease without esophagitis - K21.9
5. Restless leg syndrome - G25.81
6. Recurrent major depressive disorder, in full remission - F33.42
7. Mixed hyperlipidemia - E78.2
8. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
9. Fibromyalgia - M79.7
10. Migraine without aura and without status migrainosus, not intractable - G43.009
11. Primary osteoarthritis of both knees - M17.0
12. Pain in right knee - M25.561
13. Other chronic pain - G89.29

**Treatment**

**1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin**

Refill MetFORMIN HCl ER tablet extended release 24 hour, 500 mg, 1 tablet with a meal, Orally, Once a day for diabetes, 90 days, 90, Refills 1
Refill Trulicity Solution Pen-injector, 0.75 MG/0.5ML, 0.75 mg, Subcutaneous, weekly, 30 days, 4, Refills 5

LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943
LAB: Hemoglobin A1c

**2. Anxiety disorder, unspecified type**

Refill Clonazepam Tablet, 0.5 mg, 1 tablet, Orally, daily prn, 30 days, 30, Refills 5

**3. Microcytic hypochromic anemia**

Refill Ferrous Sulfate Tablet, 325 (65 Fe) MG, 1 tablet, Orally, Once a day for iron, 90 days, 90, Refills 1

LAB: CBC, No Differential/Platelet #005017

**4. Gastro-esophageal reflux disease without esophagitis**

Refill Pantoprazole Sodium Tablet Delayed Release, 40 MG, 1 tablet, Orally, Once a day for stomach, 90 days, 90, Refills 1

**5. Restless leg syndrome**

Refill Pramipexole Dihydrochloride Tablet, 1 MG, 1 tablet, Orally, at bedtime for restless legs, 90 days, 90, Refills 1

**6. Recurrent major depressive disorder, in full remission**

Refill Fluoxetine HCl capsule, 40 mg, 1 capsule, Orally, Once a day for mood, 90 days, 90, Refills 1

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

**7. Mixed hyperlipidemia**
Refill Atorvastatin Calcium Tablet, 40 MG, 1 tablet, Orally, Once a day for cholesterol, 90 days, 90, Refills 1
LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943

**8. Allergic rhinitis, unspecified seasonality, unspecified trigger**
Continue Fluticasone Propionate Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day

**9. Fibromyalgia**
Refill Lyrica Capsule, 150 MG, 1 capsule, Orally, Twice a day for Fibromyalgia, 30 days, 60, Refills 5

**10. Migraine without aura and without status migrainosus, not intractable**
Refill Rizatriptan Benzoate Tablet, 10 mg, 1 tablet as needed one time, Orally, at onset of HA, 30 days, 12, Refills 5

**11. Primary osteoarthritis of both knees**
Refill Celebrex Capsule, 200 MG, 1 capsule with food, Orally, Once a day for arthritis pain, 90 day(s), 90, Refills 1

**12. Pain in right knee**
Notes: Continue work leave for 6 weeks. Follow-up with orthopedic specialist as scheduled.

**Procedures**

Venipuncture:
Venipuncture: Verbal consent obtained from patient, 23 g butterfly, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Patterson,Sue Ann , LPN 12/28/2020 10:11:07 AM > .

**Preventive Medicine**

Mammogram results reviewed in documents.
Patient to follow-up with GI specialist in Knoxville regarding colonoscopy.
Follows with Cardiology and Vascular specialists as well for heart and carotid artery stenosis.

**Procedure Codes**

36415 VENIPUNCT, ROUTINE*

**Follow Up**

6 Months, prn

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

**Electronically signed by Timothy Collins , MD on 01/05/2021 at 06:13 AM CST**

**Sign off status: Completed**

---

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

---

**Progress Note: Timothy J. Collins, MD 12/28/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 11/13/2020

## GALYON, ROBERTA L

**55 Y old Female, DOB: [redacted]**
**Account Number: 24091171**

**Home:**
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**11/13/2020** **Timothy J. Collins, MD**

### Current Medications

Taking
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Doxycycline Hyclate 100 MG Capsule 1 capsule Orally Twice a day for infection
- Cheratussin AC 100-10 MG/5ML Syrup 10 ml as needed Orally every 4 hrs for cough
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient returns today for F/U bilateral knee pain. She has been evaluated by Orthopedics and is anticipating Synvisc injections. The pain is interfering with ADL's and she is unable to work. She is asking for an extension of her leave from work duties and short-term disability.

### Vital Signs

HT 5 ft 5 in, WT 221 lb 2 oz, WT Change 7.75 lb, BMI 36.79, BP 140/94 mm Hg, Temp 98.5 F, HR 78 /min, RR 16 /min, BSA 2.14.

### Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WF no acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
NECK/THYROID: Supple.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait is antalgic..
PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Primary osteoarthritis of both knees - M17.0 (Primary)

### Treatment

**1. Primary osteoarthritis of both knees**
Notes: Continue no work for 6 weeks. F/U Orthopedic surgery as scheduled.

### Follow Up

prn

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with Diabetes, NKFH
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy; FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

**Electronically signed by Timothy Collins , MD on 11/23/2020 at 03:43 PM CST**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling. All other systems reviewed and are negative.

---

**Progress Note: Timothy J. Collins, MD 11/13/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 10/20/2020

## GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:**
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**10/20/2020** **Timothy J. Collins, MD**

### Current Medications

Taking

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking

- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.

### Reason for Appointment

1. "My sinuses are bothering me and I am coughing"

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:

Patient presents today with c/o head and chest congestion. She reports sore throat, rhinorrhea and malaise at the onset of her symptoms 10 days ago. She reports a cough that is dry but severe at times. She denies F/C/N/V.

### Vital Signs

HT 5 ft 5 in, WT 213 lb 6 oz, WT Change 2.25 lb, BMI 35.50, BP 150/90 mm Hg, Temp 97.9 F, HR 84 /min, RR 16 /min, BSA 2.10.

### Examination

General Examination:

GENERAL APPEARANCE: Well nourished, well hydrated, obese WF mild ill appearing,no acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NOSE: Nasal congestion.
MOUTH: Pharyngeal erythema, postnasal drip in pharynx.
NECK/THYROID: Supple.
CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.
LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Acute rhinosinusitis - J01.90 (Primary)

### Treatment

**1. Acute rhinosinusitis**

Start Doxycycline Hyclate Capsule, 100 MG, 1 capsule, Orally, Twice a day for infection, 7 days, 14, Refills 0

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 10/20/2020

Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

### Surgical History

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

### Family History

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

### Social History

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For:

Start Cheratussin AC Syrup, 100-10 MG/5ML, 10 ml as needed, Orally, every 4 hrs for cough, 6 days, 180 ml, Refills 0
Notes: Urge increased oral hydration and rest. OTC Cough meds. Pt informed re: the natural and expected course of this illness and the need to alert me if symptoms persist or worsen.

### Follow Up

prn



**Electronically signed by Timothy Collins , MD on 10/27/2020 at 02:25 PM CDT**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 10/20/2020

Shortness of breath.
Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet.
Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting.
Genitourinary Negative For: Blood in urine, Dysuria.
Musculoskeletal Negative For: Muscle weakness, Numbness/tingling.

---

**Progress Note: Timothy J. Collins, MD 10/20/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**STARR REGIONAL FAMILY PRACTICE**
**305 GRADY RD STE B**
**ATTN: MEDICAL RECORDS**
**ETOWAH, TN 37331**

Date: Apr 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7740105 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: CYIDFD

Dear Medical Records,

Lincoln Financial is the Disabilty Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
medical rec - Seen By: STARR REGIONAL FAMILY PRACTICE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7740105

RPID: 774010!

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: ____________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

**Request Information**

Report Date: April 6, 2021

**RP ID:** 7740105

Patient Name: GALYON, ROBERTA

Provider Name: STARR REGIONAL FAMILY PRACTICE

**Quality Assurance Information**

Scope Requested: **From October 1, 2020 to Present**

Special Request:
medical rec - Seen By: STARR REGIONAL FAMILY PRACTICE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: NSAJO

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 6, 2021

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you Dr. Cates, Dr. Collins, and Dr. Nodit to provide an update on your condition.

**What You Need to Do By May 19, 2021:**

1. **Check in with Dr. Cates, Dr. Collins, and Dr. Nodit to ensure they have sent the required information.** On April 5, 2021 they received a request for your medical records from our medical records vendor, on our behalf.
2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present. They can send in the information by:

    - Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
    - Email to WMRTCSU@lfg.com
    - Fax to 877-353-6412

Please ensure we receive your records on time to avoid your benefits being discontinued. If we do not receive the requested information by May 19, 2021 your benefits may be suspended – and if we do not receive them by June 18, 2021, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keith Delgado
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000006 LF8615M1 00000051

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** (
**ADDRESS:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston , to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** CAPSTAR BANK

**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:** **CITY:** Athens **STATE:** TN **ZIP:** 37303

**BANK PHONE:** (423) 745-0981

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Roberta Lynn Galyon Date: 2/7/2021

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000006 LF8615M1 00000053

**Return to:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Scott Galyon DOB: 9/14/65

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Travis Hall | | | No | 2008 |
| Allison Roderick | | | No | 2010 |
| Stephany Galyon | | | No | 2009 |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Roberta Lynn Galyon Date: 2/7/2021

**Lincoln/Galyon 1572**

00001 02/16/2021 01012230 003 023

00000006 LF8615M1 00000054

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Roberta Galyon **Date of Birth:** [redacted]

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.** 05 - 290765

**A)** **If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** Roberta Lynn Galyon

**(Address)**

**(Date)** 2/7/2021

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: NO Certificate Program completed: NO

Associates Degree: NO College: number of years: NO

Bachelor's Degree: BA /BS Major: NO Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Certified Pharmacy Tech

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: NO

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: WalMart Department: Pharmacy From: 2005-? To: 6/2020
   Job Title(s): Certified Pharmacy Technician
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): Answer phones, Ran Register filled pres. Helped customers Had to be fast Able to bend up + down Reach Above head

2. Company: WalMart Department: Customer ~~Service~~ From: 5/1995 To: 2005
   Job Title(s): Service Desk Service
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Help customers with complaints, returns cash check money orders > Know How to take care of the customer without forgetting what you are doing or saying.



Lincoln/Galyon 1576

00000006 LF8615M1 00000056

3. Company: Wal-mart Department: Front-End From: 8/1995 To: 2005
Job Title(s): Register Associate
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Ring up customers orders, Deal with money - A-lot of Heavy lifting & bending down up &

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: NO

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: N/A

SIGNATURE: Roberta L. Galyon PHONE NO: (423) 506-8362

Social Security Administration
# Benefit Verification Letter

Date: February 8, 2021
BNC#: 21WF083B50344

*0101BEV130FOSSC* CCM.M72.BEV13.R210208

ROBERTA LYNN GALYON
[redacted]6456

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Application for Benefits**

Our records show that an application for benefits has been filed. However, we have not yet finished working on the claim and at this time we cannot tell you whether or not benefits will be payable.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 1-866-964-7431. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
921 CONGRESS PKWY N
ATHENS TN 37303

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

**Lincoln/Galyon 1580**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1582

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 29, 2021

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 1078487[redacted]

Dear Ms. Roberta Galyon:

We are writing to follow up on your long-term disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD Policy), which Lincoln Life Assurance Company of Boston (Lincoln) manages. We have finished reviewing your information, and we are pleased to let you know that **we've approved your claim for LTD benefits.**

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

1. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of his Own Occupation under the applicable Federal Aviation Administration fitness standards.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is performed at Walmart, Inc .*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We must also make you aware of the following policy provision regarding the Mental Illness Limitation should your disability become a primary Mental Nervous condition.

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

**Approved: Your Long-Term Disability Coverage at 60% of Pre-Disability Earnings**

Based on information we received about your medical condition and occupation, we found that you cannot currently perform the job duties of your occupation. Our review found the first day you were unable to work due to your medical condition was June 13, 2021.

**Your bi-weekly benefit payment amount is $713.95.** This amount is 60% of your pre-disability pay minus any other payments you receive, such as benefits under the U.S. Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation. (These payments are *offsets* to your disability benefits, which means they decrease how much money you receive from us.)

**What You Need to Know:**

- Your LTD Policy has a 182 day elimination period, which is the wait time before you start receiving your benefits. The wait time began as soon as you became disabled on June 13, 2020. That means **your LTD benefits will begin on December 12, 2020.**
- We will send your benefit payments separately from this letter. Payments will be issued bi-weekly.

- You will not need to pay premiums for your disability coverage while you receive long-term disability payments. (Your employer deducted these from your paycheck in the past along with other insurance premiums.)
- Please note this approval doesn't guarantee you will receive payments for the maximum time covered by your LTD Policy. It's important for you to respond promptly going forward when we contact you and provide all information when requested.

**What You Need to Do:**

- To have your benefit payments automatically deposited into your checking or savings account, please complete the enclosed **Direct Deposit** form. You may return it to our office in the attached return envelope, e-mail it to WMRTCSU@lfg.com, or fax it to (877) 353-6412.
- If your medical condition will prevent you from working for at least 12 months you are required to apply for **Social Security benefits**. To apply, contact your local Social Security office or call 1-800-772-1213. You may also file via the Social Security website www.ssa.gov. **If you would like assistance with filing, we can refer you to a Social Security Claimant Representative who will help you through the process**. If you have already applied for Social Security or if you have been awarded, please provide me with a copy of your proof of application or your award letter. I've enclosed a fact sheet that explains the advantages of receiving a Social Security award.
- Contact your human resources manager or your benefits helpline at (800) 421-1362 regarding **your other benefits**, such as medical, dental, or life insurance. These premiums will not be deducted from your long-term disability payments, and you may need to plan to continue those benefits.
- Provide updates as requested, including updated medical documentation. Additionally, please **let me know** if your condition changes or your physicians change your treatment plan.
- If you are released to return to work, please notify me immediately to avoid an overpayment of LTD benefits.

**How Vocational Rehabilitation May Help You Return to Work:**

We may offer you Vocational Rehabilitation to help you gain skills and resources to return to work, if needed.

Vocational rehabilitation services include:

- Job skill and interest evaluation, counseling, training or job placement
- Job modification or special equipment
- Other services that qualify as necessary to help you return to work

We will review your condition and contact you if we find that you would benefit from these services. Please feel free to contact me for more information.

**If You Also Have a Leave of Absence (in addition to your LTD claim):**

Sedgwick manages leave of absence reporting for all Walmart associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.
- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact me at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keith Delgado
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Wal-Mart Vocational Rehab Form
Advantages of Social Security Disability Benefits Form

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

**Lincoln/Galyon 1588**

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**Lincoln/Galyon 1589**

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Roberta Galyon **Date of Birth:** [redacted]

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.** 05 - 290765

**A)** **If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Lincoln Financial Group®

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

**Lincoln/Galyon 1593**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
    - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
    - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
    - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
    - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
    - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
    - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
    - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
    - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
    - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

**Lincoln/Galyon 1594**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | ROBERTA GALYON | 10784870 |

| | | | |
|---|---|---|---|
| Referred By: | Keith Delgado | Claimant DOB: | [redacted] |
| Referral Date: | 01/25/2021 | Job Title: | (USA) RX TECH CERTIFIED WM, DI_000849 _101913 |
| Due Date: | 01/27/2021 | Medical/ Surgical Condition: | Osteoarthritis, both knees |
| Referral Type: | Initial Assessment | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 06/12/2020 |
| Report Date: | 01/26/2021 | DOD: | 06/13/2020 |
| Physical Demands: | Light | BBD: | 12/12/2020 |
| Non-Medical Issue: | Yes | Non-Medical Issue Details: | |

1. Records Reviewed: All medical records made available to me through the Lincoln Claim System as of 1/26/21 were reviewed.

2. Primary Diagnosis / ICD 10 Codes
   ICD 10 Diagnosis(es) Name/Code: At the time of this claimant's DOD her impairing musculoskeletal condition was arthritic right knee pain (M 17.11) due to advanced medial compartment OA, status post cemented unicompartmental hemiarthroplasty by Dr. Holt (Ortho) on 6/16/20. The claimant's postoperative recovery was complicated by persistent postoperative right knee pain for which the claimant eventually transferred her care to Dr. Cates (Ortho, different practice than Dr. Holt) who assumed the claimant's care on 9/17/20. The claimant's right knee pain slowly improved, and she completed a series of 3 Euflexxa (viscosupplementation) injections of the right knee on 12/22/20. While under Dr. Cates's care the claimant also developed left knee pain due to lateral meniscal tear (S 83.282) which was treated by Dr. Cates with left knee arthroscopy with partial lateral meniscectomy and abrasion chondroplasty of the patella on 12/4/20. In his 12/4/20 Op Note Dr. Cates noted that the claimant had grade 4 (severe, with no cartilage remaining) chondromalacia of 60% of her patella. At the claimant's LOV with Dr. Cates on 12/22/20 it was noted that the claimant was doing very well with regard to her left knee. In summary, at the time of this review, the claimant's impairing musculoskeletal condition is ongoing recovery from her 12/4/20 left knee arthroscopy with partial lateral meniscectomy and abrasion chondroplasty of the patella and right knee pain following her 6/16/20 uni-compartmental knee replacement, status post completion of a series of 3 Euflexxa injections right knee on 12/22/20.

3. Co-Morbid conditions potentially impacting capacity
   ICD 10 Diagnosis(es) Name/Code: Myotonic disorder (G 71.19) of her bilateral lower extremities, currently being evaluated and treated by Dr. Nodit (Neuro); chronic refractory migraine headaches (G 43.919); depression/anxiety ((F 48.9); diabetes (E 11.90); OSA (G 47.33); obesity (E 66.3); fibromyalgia (M 79.7). Although the claimant has also been diagnosed with type I Arnold Chiari malformation Dr. Nodit assessed that this condition was stable and did not require surgical intervention. Although Dr. Collins (PCP) noted in his 8/21/20 OVN that the claimant complained of low back pain due to lumbar stenosis, in his 9/30/20 OVN Dr. Nodit noted that previous MRI scans of the claimant's cervical, thoracic, and lumbar spines were unremarkable, and there is no documentation available for review that the claimant has had evaluation and treatment for complaint of low back pain by any medical provider since the time of her DOD.

4. Are R/Ls supported at the time of the LTD BBD?
   ( x ) Yes In order to allow recovery from the claimant's 12/4/20 left knee arthroscopy with partial lateral meniscectomy and abrasion chondroplasty of the patella and optimization of the Euflexxa injections of her right knee which were completed on 12/22/20.
   ( ) No*
   ( ) Uncertain*
   *If No or Uncertain, please skip down to "12. Suggested Action Plan"

5. Usual Recovery time for primary impairing condition(s): A reasonable postoperative recovery following the claimant's 12/4/20 left knee arthroscopy would be 8 weeks, which would also allow for assessment as to the efficacy of the Euflexxa injections of her right knee. It is beyond my expertise as an orthopedic surgeon to assess whether the claimant will require additional recovery time with regard to her diagnosis of bilateral lower

extremity myotonic disorder. If such an assessment is required, consider referral of this claim to a Neuro CP for review.

6. Current estimated work capacity:
   ( x ) None
   ( ) S
   ( ) L
   ( ) M
   ( ) H
   ( ) VH
   ( ) Behavioral Limitations

7. Potential accommodations that would facilitate a RTW:
   ( ) Now
   ( ) Future
   ( x ) Not Assessed

8. Current estimated R/Ls: Frequent sit with occasional stand/walk/stair climb/squat/kneel/stoop/bend/twist, no ladder climb, and no push/pull/lift greater than 5 pounds on an occasional basis.

9. Estimated duration of R/Ls: From an Ortho viewpoint it would be reasonable to expect that as of 2/4/21 the claimant would have fully recovered from her 12/4/20 left knee arthroscopy and her right knee Euflexxa injections which were completed on 12/22/20 without significant impairment with regard to her knees and at that time would have the ability to return to all of her normal job activities as a Sporting Goods Department Manager on a full-time basis without the need for any R/Ls. This assessment is supported by the fact that there is no documentation that the claimant had significant pain in either knee or was walking with a limp or using an assistive device in Dr. Cates's 12/22/20 OVN or Dr. Collins's 12/28/20 OVN. However, as discussed above, it is beyond my expertise as an orthopedic surgeon to assess whether the claimant will require additional recovery time and R/Ls with regard to her bilateral lower extremity myotonic disorder. If needed, this can be assessed by a Neuro CP.

10. Estimated work capacity after recovery:
    ( ) None
    ( ) S
    ( x ) L
    ( ) M
    ( ) H
    ( ) VH
    ( ) Behavioral Limitations

11. If modified work is available, would accommodations be beneficial?
    ( ) Yes, describe and provide an estimated duration
    ( ) None at this time
    ( x ) Not assessed

12. SUGGESTED ACTION PLAN:
    1. Consider updating the medical record with Dr. Cates's OVNs after 12/22/20 with Restrictions Forms completed by him in a timely manner.

2. If there is a question regarding the claimant's work capacity with regard to her bilateral knees after 2/4/21 consider referral to me for additional review.
3. If there is a question regarding the claimant's work capacity with regard to her bilateral lower extremity myotonic disorder, consider updating the medical record with Dr. Nodit's OVNs after 9/30/20 with a Restrictions Form completed by him, and refer to a Neuro CP for review.

Respectfully submitted,

Richard Avioli, MD, FAAOS
Board Certified Orthopedic Surgery

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | ROBERTA GALYON | 10784870 |

| | | | |
|---|---|---|---|
| Referred By: | Keith Delgado | Claimant DOB: | [redacted] |
| Referral Date: | 01/25/2021 | Job Title: | (USA) RX TECH CERTIFIED WM, DI_000849 _101913 |
| Due Date: | 01/27/2021 | Medical/ Surgical Condition: | Osteoarthritis, both knees |
| Referral Type: | Initial Assessment | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 06/12/2020 |
| Report Date: | | DOD: | 06/13/2020 |
| Physical Demands: | Light | BBD: | 12/12/2020 |
| Non-Medical Issue: | Yes | Non-Medical Issue Details: | |

Core Questions
There are no core questions.

Additional Questions
There are no additional questions.

Other Comments
There are no other comments.

1. Records Reviewed:

2. Primary Diagnosis / ICD 10 Codes
   ICD 10 Diagnosis(es) Name:
   ICD 10 Diagnosis(es) Code:

3. Co-Morbid conditions potentially impacting capacity
   ICD 10 Diagnosis(es) Name:

4. Are R/Ls supported at the time of the LTD BBD?
   ( ) Yes
   ( ) No*
   ( ) Uncertain*
   *If No or Uncertain, please skip down to "12. Suggested Action Plan"

5. Usual Recovery time for primary impairing condition(s):

6. Current estimated work capacity:
   ( ) None
   ( ) S
   ( ) L
   ( ) M
   ( ) H
   ( ) VH
   ( ) Behavioral Limitations

7. Potential accommodations that would facilitate a RTW:
   ( ) Now
   ( ) Future
   ( ) Not Assessed

8. Current estimated R/Ls:

9. Estimated duration of R/Ls:

10. Estimated work capacity after recovery:
    ( ) None
    ( ) S
    ( ) L
    ( ) M
    ( ) H
    ( ) VH
    ( ) Behavioral Limitations

11. If modified work is available, would accommodations be beneficial?
    ( ) Yes, describe and provide an estimated duration
    ( ) None at this time
    ( ) Not assessed

12. SUGGESTED ACTION PLAN:

( ) DCM to consider attempting to get consensus on the above R/Ls to facilitate a RTW with accommodations

( ) Refer to me for full file review
- ( ) Now
- ( ) On the following date:
- ( ) When the following becomes available:
- ( ) Comments:

( ) Refer to _____________ specialty for full file review:
- ( ) Now
- ( ) On the following date:
- ( ) When the following becomes available:
- ( ) Comments:

( ) Refer for nurse case manager review:
- ( ) Now
- ( ) On the following date:
- ( ) When the following becomes available:
- ( ) Comments:

ReleasePoint

## Medical Record Overview

**Date:** **January 22, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** TENNESSEE ORTHOPEDIC CLINICS
9430 PARK WEST BLVD, STE 130
KNOXVILLE, TN 37923
(865) 690-4861

**Request Scope:** From June 1, 2020 to Present

**Chart Range:** 09/17/2020 - 12/22/2020

**RP ID:** 7386275

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 17 2020 | Dec 22 2020 | 30 | 2 |
| Labs/Diagnostics | Oct 5 2020 | Oct 6 2020 | 5 | 32 |
| Operative Reports | Dec 4 2020 | Dec 4 2020 | 2 | 37 |
| Request Correspondence | | | 5 | 39 |

**Total Page Count:** 42

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Galyon 1602**

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/22/2020 11:15 AM

Scheduled with: Katrina Aberdeen NP

**Today's note:**

CHIEF COMPLAINT: Follow up right knee and left knee.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief. She is here today for #3 on the right knee. She has medial pain around the patella on her right knee while sleeping.

She states her left knee is okay. She stepped off a curb wrong on Saturday and had increased swelling in the lateral portal area. She had some serous drainage that covered 1 Band-Aid for the day. Her swelling has gone down. She is walking in today without any assistive devices.

PHYSICAL EXAM:

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Trace
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Lateral Joint Line Tenderness: Positive
Incisions appear well-healed today. No signs of erythema ecchymosis.

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15

Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:

X-rays performed in the office today with 3 view knee shows a partial knee on the right in the medial compartment with no evidence of loosening or lysis. Contralateral side has 25% medial joint space narrowing. Sunrise view that shows that she has lateral tilt of both patellas.

IMPRESSION:

1. Status post left knee scope 12/4/2020.
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee today. We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got 5 mL of normal-appearing joint fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up on her left knee

In regards to patient's left knee she will continue her home exercise program and activities. If she has any increase in swelling or changes she will call back for sooner appointment. Otherwise we will see her back for Dr. Cates follow-up after her scope.

Patient information as reported today:
Additional Exam Information:

Patient information as reported today:
Additional Exam Information:

**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 12/22/2020 | 11:06 AM | 65.00 | 215.00 | 35.78 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]

Last A1C Date: 12/15/2020
Last A1C Result: 7.20000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Katrina Aberdeen NP 12/22/2020 11:32 AM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/22/2020 11:30 AM*

***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 01/11/2021 12:52 PM

Progress Notes - 12/22/2020

**Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662** **Appt Date/Time:** 12/22/20 11:15 A

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** **Referring Phys:** COLLINS, TIMOTHY

**Last Appt Date:** **PCP:** COLLINS, TIMOTHY **Rendering Phys:** ABERDEEN NP, KATRIN/

R Knee Euflexxa #3

P/o L Knee Scope -
Stepped off curb Sat. - developed a knot
Sunday pt. had drainage on incisional site.

**Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662**

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** 031865 **Appt Date/Time:** 12/22/20 11:15 A

**Surgical Procedure:**________________________________________

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other ____________

**Date:** __________ Outpatient AM Admit Regular Admit 23 Hour Admit

**Equipment:**________________________________________

**Medical Clearance:** Dr.__________________ **Reason:**__________________

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left / Right Area/Level(s)________

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other:_______

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L/R Hip L/R Knee L/R Ankle L/R Foot L/R Other:__________________

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Diathrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood__________ Units **Physician Signature** ________________ **Date**______

TOC.NGBS001 Rev Date 03.10.2014

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/15/2020 10:00 AM

Scheduled with: Laura E Mowell P.A.
**Today's note:**

CHIEF COMPLAINT: Follow up right knee and left knee.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief.

She states her left knee is doing well. She states mild swelling states she is doing well with her range of motion exercises.

PHYSICAL EXAM:

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: Trace
Medial Joint Line Tenderness: Negative
Extensor Lag: Negative
Lateral Joint Line Tenderness: Positive
Incisions appear well-healed today. No signs of erythema ecchymosis.

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative

Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. Status post left knee scope 12/4/2020.
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee today.We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got no fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up next week for number 3.

In regards to patient's left knee she is doing well with her range of motion at this time she denies the ability needing further therapy I am in agreement with this plan. She was instructed to call back should she experience any issues. Sutures were removed today Steri-Strips were placed. She is instructing on showering only no bathing or submerging wound at this time. She is in agreement with the plan.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 12/15/2020 | 10:10 AM | 65.00 | 215.00 | 41.99 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 12/15/2020
Last A1C Result: 7.20000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Laura E Mowell P.A. 12/15/2020 10:35 AM*

Seen and Dictated by: Laura Mowell, PA-C
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/15/2020 10:35 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***

9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 01/11/2021 12:52 PM

Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662 Appt Date/Time: 12/15/20 10:00 A

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** 031865 **Referring Phys:**

**Last Appt Date:** **PCP:** COLLINS, TIMOTHY **Rendering Phys:** ABERDEEN NP, KATRIN

(R) Knee Culture #2 Sample

(L) Knee Scope @ 12/4/2020

Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** 031865 **Appt Date/Time:** 12/15/20 10:00 A

**Surgical Procedure:** ____________________

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other ____________

**Date:** ____________ Outpatient AM Admit Regular Admit 23 Hour Admit

**Equipment:** ____________________

**Medical Clearance:** Dr. ____________ **Reason:** ____________

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left / Right Area/Level(s) ________

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other: ________

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L/R Hip L/R Knee L/R Ankle L/R Foot L/R Other: ____________

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Diathrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood ________ Units **Physician Signature** ________ **Date** ________

TOC.NGBS001 Rev Date 03.10.2014

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 12/08/2020 11:15 AM

Scheduled with: Katrina Aberdeen NP

**Today's note:**

CHIEF COMPLAINT: Follow up right knee

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for Euflexxa injections on the right knee. She had a left knee arthroscopy on 12/4/2020. She is doing very well. Her right knee had a unidone several years ago and she has tricompartmental osteoarthritis now. She wants to be managed with some gel injections for a while to see if they can give her good pain relief.

PHYSICAL EXAM:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
She is agreeable to it Euflexxa series in the right knee starting today. Concerning her left knee she will follow-up at her next week appointment after her left knee arthroscopy on 12/4/2020. We are utilizing Euflexxa samples since she does not have covered benefits through her insurance.

PROCEDURE:

We discussed the risk and benefits of a Euflexxa injection the patient was agreeable to it. The patient gave informed consent verbally. Under aseptic technique, the right knee was cleaned with Betadine and alcohol. The skin was anesthetized with ethanol chloride. With a 22-gauge needle, I intraarticularly injected the knee with 1% lidocaine. I got no fluid on return. The syringe was sterilely exchanged with Euflexxa. Injection was completed without complication. A Band-Aid was applied and they tolerated this well. Patient understands to call back with any fever or local site issues. Patient will follow-up next week for number 2.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 12/08/2020 | 10:55 AM | 65.00 | 215.00 | 35.78 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Result: 6.80000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Katrina Aberdeen NP 12/08/2020 11:09 AM*

Seen and dictated by: Katrina Aberdeen, APRN-BC
Supervising Physician: Harold Cates, M.D.
*Document generated: 12/08/2020 11:04 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 12/14/2020 05:18 PM

**Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662** **Appt Date/Time:** 12/08/20 11:15 A

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** **Referring Phys:**

**Last Appt Date:** **PCP:** COLLINS, TIMOTHY **Rendering Phys:** ABERDEEN NP, KATRII

Samples - (R) Knee euflexxa #1

(L) Knee Scope 12/14/20

**Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662**

**Patient:** GALYON, ROBERTA L **MRN:** 900964 **DOB:** **Appt Date/Time:** 12/08/20 11:15 A

**Surgical Procedure:**________________________________

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other __________

**Date:** ________ Outpatient AM Admit Regular Admit 23 Hour Admit

**Equipment:**________________________________

**Medical Clearance:** Dr._______________ **Reason:**_______________

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left / Right Area/Level(s)_______

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other:_____

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L/R Hip L/R Knee L/R Ankle L/R Foot L/R Other:_______________

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Diathrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood ________ Units **Physician Signature** ________ Date_____

TOC.NGBS001 Rev Date 03.10.2014

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 11/06/2020 7:50 AM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Follow up left knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for recheck of her left knee pain, ongoing since January 2019. She is referred here by her sister who is our patient. She was last seen by us on 10/05/2020 for the same complaint. Patient recently underwent right knee unicompartmental arthroplasty by Dr. Holt on 06/16/2020. She does not feel quite right and is here for second opinion. She describes the pain as diffuse achiness. She points to the bilateral joint lines in the right knee and medial joint line in the left knee as the painful spots. Associated symptoms include stiffness, soreness, and knee does not quite track right. Patient states she has stiffness when she watches TV or sits for a long time. She takes Aleve or Advil for pain control. She had sed rate and CRP, but we do not have the results. She denies any numbness or tingling in her feet. MRI scan of her left knee was performed, which showed complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, and small popliteal cyst. She also received left knee cortisone injection at her last visit, which lasted only 2 weeks. Today, she is complaining of pain and soreness. She has pain laterally, medially, and in the anterior knee. She is taking meloxicam for pain. She is here for a recheck.

She is also complaining of right knee pain and soreness. She fell on her right knee on 10/31/2020. She has anterior pain and pinching. Associated symptoms include crepitus. She is still sore and uncomfortable. She is looking for surgical options for the right knee.

PHYSICAL EXAM:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+

Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done previously shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
Left knee pain:
Patient has significant symptoms in the left knee that are affecting the quality of life and daily activities. They have tried nonoperative treatment including analgesics, exercise program, and activity modification, but symptoms have persisted. I believe they make a good candidate for left knee arthroscopy. She is given arthroscopic book today. I did arrange a request for viscosupplementation for the right knee to see if this helps as this is causing pain based on the exam.

I have discussed patient's radiographic findings, and the current symptoms, and the risk of conservative versus surgical management knee meniscal problems. Conservative management consisting of anti-inflammatory medications, glucosamine / chondroitin sulfate, weight loss, physical therapy, activity modification, as well as injections were discussed at length.

The patient will be scheduled for left knee arthroscopy. They are aware of the anticipated benefits, which include minimization of pain and returning them to a more normal gait pattern. They are aware of the potential risks, which include but are not limited to bleeding, infection, nerve damage, anesthetic risk, DVT, pulmonary embolus, mortality, persistent pain, and the possibility of a need for further surgery.

They are aware of the potential risks and anticipated benefits and are desirous of proceeding as scheduled. Patient was given Knee Arthroscopy Book for further patient education.

Harold E. Cates, M.D.
Please CC patient PCP: Timothy Collins, MD

PATIENT MEDICAL HISTORY: The updated medical history is in the chart and has been reviewed. A review of systems is updated and there is no new chest pain, shortness of breath, abdominal pain, fevers or chills. All past social, family and surgical histories were reviewed and are listed as per intake form.

Scribe attestation: Kabir Malick scribing the following service on behalf of Dr. Harold E Cates on 11/06/2020.

Patient information as reported today:
Additional Exam Information:

**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|
| 11/06/2020 | 8:27 AM | 65.00 | 218.30 | 36.33 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 07/03/2020
Last A1C Result: 6.40000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin calcium | 40 mg | |
| pramipexole di-HCl | 1 mg | |
| fluoxetine HCl | 10 mg | |
| metformin HCl | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| IRON | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

**Past Medical History:**

**Past Surgical History:**

*Provider: Harold E Cates M.D. 11/06/2020 09:13 AM*

*Document generated: 11/06/2020 9:13 AM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 11/12/2020 05:12 PM

Progress Notes - 11/06/2020

Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662  Appt Date/Time: 11/06/20 7:50 A

**Patient:** GALYON, ROBERTA L  **MRN:** 900964  **DOB:**  **Referring Phys:**

**Last Appt Date:**  **PCP:** COLLINS, TIMOTHY  **Rendering Phys:** CATES M.D., HAROLD

218.3#  (L) Knee Pain - Last inj helped x 2 wks
5'5"  BMI-36.33

Discuss Lt. Knee so, but concerned that Rt TKA stays sore. Fell on Rt. Knee 10/31/20 – Dr. Holt eval & says it's fine.

Rt. UKA 6/16/20 - Dr. Holt.

Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662

**Patient:** GALYON, ROBERTA L  **MRN:** 900964  **DOB:**  **Appt Date/Time:** 11/06/20 7:50 A

**Surgical Procedure:**____________________

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other (L) Knee (R) PLM PM / Charlotte

**Date:** ________ Outpatient AM Admit Regular Admit 23 Hour Admit

**Equipment:**____________________

**Medical Clearance:** Dr.____________ Reason Sign back

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left / Right Area/Level(s)________

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other: (R) Knee W/o prec

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L/R Hip L/R Knee L/R Ankle L/R Foot L/R Other:________

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Diathrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood ________ Units **Physician Signature** ________ **Date**______

TOC.NGBS001 Rev Date 03.10.2014

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 10/05/2020 2:30 PM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Follow up left knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who returns today for recheck of her left knee pain, ongoing since January of 2019. She is referred here by her sister who is our patient. Patient was last seen by us on 09/17/2020 for the same complaint. Patient recently underwent right knee unicompartmental arthroplasty by Dr. Holt on 06/16/2020. She does not feel quite right and is here for second opinion. She describes the pain as diffuse achiness. She points to the bilateral joint lines in the right knee and medial joint line in the left knee as the painful spots. Associated symptoms include stiffness, soreness, and knee does not quite track right. Patient states she has stiffness when she watches TV or sits for a long time. She takes Aleve or Advil for pain control. She had sed rate and CRP, but we do not have the results. She denies any numbness or tingling in her feet. At her last visit, MRI scan of her left knee was ordered. Today, she is complaining of continued symptoms. She rates her pain a 5 out of 10 today. She has difficulty ascending and descending stairs, takes one step at a time. She occasionally has numbness in her legs. She is here to review the MRI results.

PHYSICAL EXAM:
Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Lateral McMurray's: Positive

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-115°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Right Hip

Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
MRI scan of the left knee performed on 10/05/2020 shows a complex tear in the anterior horn of the lateral meniscus with an extruded medial meniscus. No medial meniscal tear is found. There is mild patellofemoral arthritis is seen. There is small joint effusion is noted. There is also mild patellofemoral tilt is seen. I reviewed the MRI scan and concur with the findings.

Standing bent knee x-rays done today shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows 25% medial joint space loss with medial femoral condyle spur and spurring at the intercondylar notch. Mild medial tibial plateau sclerosis is noted. No Varus deformity is noted. Mild medial compartment osteophytes are noted. No lytic or blastic lesions are noted. Patellofemoral joint shows mild arthritic change.

IMPRESSION:
1. MRI-documented left knee complex anterolateral meniscal tear with severe lateral pole of the patella chondromalacia, small popliteal cyst on MRI scan 10/05/2020. This was noted to be right knee, I reviewed and this is a left knee MRI scan (we have the report corrected).
2. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.
4. Chronic Arnold Chiari malformation.
5. Recent diagnosis of myotonia by neurology.

PLAN:
Left knee pain:
Discussed MRI findings with the patient today. Recommended cortisone injection today and the patient agreed. Patient knows that she can get a repeat cortisone injection every 3 months. She is given arthritis management sheet. Patient will continue meloxicam. She prefers cortisone injections as long as they work. She had unicompartmental knee thus far. She is going to New Orleans for her knee scope until the anesthesiologist said she will fail due to Arnold Chiari syndrome. She was also diagnosed with myotonia by her neurologist.

PROCEDURE: After cleansing the left knee with Betadine, I intraarticularly injected the knee with 80 mg of Depo-Medrol and 2 mL each of Marcaine and Lidocaine. Patient tolerated this injection well.

Follow up in 3-4 months with Ms. Mowell for repeat exam. No x-rays required on return.

CC PCP: Timothy Collins, MD

Scribe attestation: Kabir Malick scribing the following service on behalf of Dr. Harold E Cates on 10/05/2020.

Patient information as reported today:

**Medications:**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin | 40 mg | |
| pramipexole | 1 mg | |
| fluoxetine | 10 mg | |
| metformin | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| Iron (ferrous sulfate) | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**
In preparation for the patient's visit, a pre-screening evaluation was performed including a temperature check and assurance and/or issuance of a patient mask. In addition, extra sanitizing supplies, personal protective equipment for healthcare providers, and additional staff time was utilized to sanitize the exam room, patient care areas and other safety protocols were provided.

Smoking status: Never smoker

*Provider: Harold E Cates M.D. 10/05/2020 03:06 PM*

*Document generated: 10/05/2020 3:06 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 10/09/2020 12:40 PM

Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662 Appt Date/Time: 10/05/20 2:30 P

Patient: GALYON, ROBERTA MRN: 900964 DOB: Referring Phys:

Last Appt Date: PCP: COLLINS, TIMOTHY Rendering Phys: CATES M.D., HAROLD

MRI Lt knee results -
States neurologists diagnosed her w/myotonia
since she was seen here last.

myotonia

Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662

Patient: GALYON, ROBERTA MRN: 900964 DOB: Appt Date/Time: 10/05/20 2:30 P

Surgical Procedure:________________________________________

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other ____________

**Date:** __________ Outpatient AM Admit Regular Admit 23 Hour Admit

**Equipment:**________________________________________

**Medical Clearance:** Dr.____________________ **Reason:**________________

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left / Right Area/Level(s)________

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other:________

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L /R Hip L/R Knee L/R Ankle L/R Foot L/R Other:__________________

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Diathrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood __________ Units **Physician Signature** __________ **Date** ______

TOC.NGBS001 Rev Date 03.10.2014

TENNESSEE ORTHOPAEDIC CLINICS

Patient: ROBERTA GALYON
Date of Birth: [redacted]
MRN: 000000900964
Date: 09/17/2020 3:20 PM

Scheduled with: Harold E Cates M.D.

**Today's note:**

CHIEF COMPLAINT: Left knee pain.

HISTORY OF PRESENT ILLNESS: Ms. Galyon is a 55-year-old female from Athens, Tennessee who presents to the clinic today with the complaint of left knee pain, ongoing since January of 2019. She is referred here by her sister who is our patient. Patient recently underwent right knee unicompartmental arthroplasty by Dr. Holt on 06/16/2020. She does not feel quite right and is here for second opinion. She describes the pain as diffuse achiness. She points to the bilateral joint lines in the right knee and medial joint line in the left knee as the painful spots. Associated symptoms include stiffness, soreness, and knee does not quite track right. Patient states she has stiffness when she watches TV or sits for a long time. She takes Aleve or Advil for pain control. She had sed rate and CRP, but we do not have the results. She denies any numbness or tingling in her feet. She is here for further evaluation and management.

PHYSICAL EXAM:
HEENT: Benign
CV: Regular rate and rhythm without murmurs, gallops, or rubs
LUNGS: Clear to auscultation and percussion
ABDOMEN: Soft and nontender
NEURO: Intact

Right knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-105°
Effusion: 1+
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+ to 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Positive
Grind test: 2+
Well-healed incision. There is some soreness with active extension

Left knee exam
Range of motion of the knee in degrees:
Extension / Flexion: 0-125°
Effusion: Negative
Medial Joint Line Tenderness: Positive
Extensor Lag: Negative
Patellofemoral Crepitation: 2+ to 3+
Posterior Drawer: Negative
Anterior Drawer: Negative
Lateral Joint Line Tenderness: Negative
Grind test: 2+

Medial McMurray's: Equivocal

Right Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

Left Hip
Range of motion of the hip in degrees:
Extension / Flexion: 0-125°
Internal Rotation / External Rotation: 35/35°
Abduction / Adduction: 30/15
Trochanteric tenderness: Negative
SI tenderness: Negative
Skin intact, Negative Trendelenburg sign.

RADIOGRAPH STUDIES:
AP, lateral and sunrise view of the bilateral knees taken today shows:
Right knee shows Smith & Nephew unicompartmental knee implant to be in good position and sizing. No loosening or lysis is noted. Patella is well-centered. There is no evidence of fracture. There is effusion noted.

Left knee shows relatively preserved joint space, perhaps mild squaring of the medial femoral condyle and possible sclerotic changes noted on the tibia medially. There is effusion noted.

IMPRESSION:

1. Slow improvement of right knee uni by Dr. Holt, 06/16/2020.
2. Probable left knee medial meniscal tear.
3. Moderate bilateral patellofemoral arthritis and bilateral patellofemoral crepitation 2+ to 3+ with anterior knee pain.

PLAN:
Bilateral knee pain:
We discussed the patient´s current symptoms and the radiographic findings. Conservative management consisting of anti-inflammatory medications, glucosamine/chondroitin sulfate, physical therapy, activity modification as well as injections was discussed at length. She is given a prescription for meloxicam with 1-month refill. We will obtain sed rate and CRP, which was done earlier. Patient is sent for an MRI scan of the left knee due to suspected meniscal tear.

I reviewed the OP note, which shows size E right medial femoral component, ZUK B right femur, 8 mm polyethylene, size 2 medial and size 2 unicompartmental tibial tray.

Follow up with Ms. Laura after the MRI scan on Friday. On return to clinic, she will require bent knee x-rays.

CC PCP: Timothy Collins, MD

Scribe attestation: Kabir Malick scribing the following service on behalf of Dr. Harold E Cates on 09/17/2020.

Patient information as reported today:
Additional Exam Information:
**Vitals:**

| Date | Time | Ht (in) | Wt (lb) | BMI |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 09/17/2020 | 3:49 PM | 65.00 | 211.00 | 35.11 |

Diabetes History: Patient has DIABETES diagnosis [E11.9]
Last A1C Date: 07/31/2020
Last A1C Result: 6.40000

**Medications:**

## Patient Status

Completed with information received for patient transitioning into care.
Completed with information received for patient in a summary of care record.

## Medication Reconciliation

**Medications reconciled today.**

| Medication | Dose | Sig Description |
|---|---|---|
| Trulicity | 1.5 mg/0.5 mL | |
| Lyrica | 150 mg | |
| atorvastatin | 40 mg | |
| pramipexole | 1 mg | |
| fluoxetine | 10 mg | |
| metformin | 500 mg | |
| meloxicam 15 mg tablet | 15 mg | take 1 tablet by oral route every day |
| Iron (ferrous sulfate) | 325 mg (65 mg iron) | |
| Aspir-81 | 81 mg | |

**Allergies:**

| Ingredient | Medication Name |
|---|---|
| NO KNOWN ALLERGIES | |

**Additional Information:**

Smoking status: Never smoker

*Provider: Harold E Cates M.D. 09/17/2020 06:28 PM*

*Document generated: 09/17/2020 6:27 PM*

**Tennessee Orthopaedic Clinics, PC**
***Park West Office***
9430 Park West Blvd Suite 130
Knoxville, TN 379234205
(865)690-4861

Electronically signed by Harold E Cates M.D. on 09/21/2020 04:46 PM

**Tennessee Orthopaedic Clinics, PC – PO Box 32569 – Knoxville, TN 37930 – Federal ID #62-0947662** **Appt Date/Time:** 09/17/20 3:20 P

**Patient:** GALYON, ROBERTA **MRN:** 900964 **DOB:** **Referring Phys:**

**Last Appt Date:** **PCP:** COLLINS, TIMOTHY **Rendering Phys:** CATES M.D., HAROLD

(3)

NP

(L) knee pain 0-125° knee cap. pop Ø injury/fall
Jan 2019 3V (B) knee
(TN Valley knee & joint) Dr. Ruddford

(R) knee pain June 2019 fell – SX: (R) partial knee Dr. Holt. June 16, 2020
- limp.
- pain. every
- Aleve/Tylenol
- Achy - weather
0-90°
Noisy.

Chiari Malf. → brain/spine specialist.
blockage in neck
PCP – keeping out of work currently
Fibromy.

24

---

**Tennessee Orthopaedic Clinics, PC - PO Box 32569 - Knoxville, TN 37930 - Federal ID #62-0947662**

**Patient:** GALYON, ROBERTA **MRN:** 900964 **DOB:** **Appt Date/Time:** 09/17/20 3:20 P

**Surgical Procedure:** ______

**Anesthesia:** General AX Block Bier Block Local Spinal Epidural

**Hospital:** PWSC PWH REG PSC MMC AFSC TCMC Other ______

**Date:** ______ Outpatient AM Admit Regular Admit 23 Hour Admit M/S #J OT

**Equipment:** ______

**Medical Clearance:** Dr. ______ **Reason:** ______

**Injection:** Epidural Facet MBB/RFN Transforaminal SI Joint Piriformis Articular Left/Right Area/Level(s) ______

**Procedure:** EKG CXR CT CT/Myelogram MRI MRIw/wo WBBS Arthrogram US EMG/NCV Bone Density Other: ______

**Region:** C-Spine T-Spine L-Spine Abdomen Pelvis Whole UE L/R LE L/R Shoulder L/R Elbow L/R Wrist L/R
Hand L/R Hip L/R Knee L/R Ankle L/R Foot L/R Other: ______

**Labs:** HCT Coulter Count CBC CBC/Diff HIV PT/PTT Urinalysis Chem Profile BUN Creatinine RA ANA PT/INR
CRP Sed Rate T4 Thyroid Panel Uric Acid PSA SIEP UIEP Type and Screen Dipthrex
**Joint Fluid:** Cell/Count&Differential Crystals **Culture:** Aerobic Anaerobic Fungal AFB **Smear:** Gram Stain AFB KOHprep
Autologous Blood ______ Units **Physician Signature** ______ **Date** ______

TOC.NGBS001 Rev Date 03.10.2014

PATIENT ID: 900964 EXAM DATE: 10/06/2020 12:06
PATIENT NAME: GALYON, ROBERTA L ACCESSION #: R895745
DOB: [redacted] REFERRED BY: Harold E Cates

Study Description: MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)

ADDENDUM REPORT: (10/6/2020 12:06 PM)

This examination is an examination of the LEFT knee. Clinical history is "Medial LEFT knee pain."

Comparison is made to LEFT knee series 9/17/2020. MRI of the LEFT knee was performed.

PATIENT ID: 900964 EXAM DATE: 10/05/2020 12:56
PATIENT NAME: GALYON, ROBERTA L ACCESSION #: R895745
DOB: [redacted] REFERRED BY: Harold E Cates

Study Description: MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)

Clinical History:
Medial right knee pain.

Comparison:
Right knee series 9/17/2020.

Technique:
MRI of the right knee was performed.

Findings:
Complex tear is present throughout the anterior horn of the lateral meniscus with adjacent soft tissue edema. No medial meniscal tear is identified. There is some fibrillation of the free edge and superior articular surface of the body of the medial meniscus.

The cruciate and collateral ligaments are intact. Full-thickness chondral fissuring is present on the superior pole lateral facet of the patella with subjacent marrow edema and cystic change. Mild chondromalacia elsewhere on the lateral facet of patella. Mild chondromalacia on weight-bearing surfaces in the lateral compartment. Articular cartilage in the medial compartment appears maintained. Quadriceps and patellar tendons are of normal signal intensity. No joint effusion. Small popliteal cyst is present.

Impression:
1. Complex tear throughout the anterior horn lateral meniscus.
2. Marked full-thickness chondral fissuring superior pole lateral facet of the patella. Mild chondromalacia elsewhere on the patella and in the lateral compartment.
3. Small popliteal cyst.

Electronically signed by: Baker, Daniel MD 10/05/2020 12:56

PATIENT ID: 900964 EXAM DATE: 10/05/2020 15:45
PATIENT NAME: GALYON, ROBERTA L ACCESSION #: R895745
DOB: [redacted] REFERRED BY: Harold E Cates

Study Description: MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)

ADDENDUM REPORT: (10/5/2020 3:45 PM)

ADDENDUM

This examination is an examination of the LEFT knee. Clinical history is "Medial LEFT knee pain."

Comparison is made to LEFT knee series 9/17/2020. MRI of the LEFT knee was performed.

RADIOLOGY REPORT **STATUS:** CORRECTION

## GALYON, ROBERTA L

**MRN:** 900964TOC
**Gender:** F
**Date of Birth:**

**Ordering Physician:** Cates, Harold E
**Location:** Parkwest MRI
**Phone #:** Unavailable

logo

### Exam Information

| | | |
|---|---|---|
| **MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)** | **Acc#:** R895745TOC | **Exam Date:** 10/5/2020 11:26 AM |

### EXAM:

MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)

### CLINICAL HISTORY:

Medial right knee pain.

### COMPARISON:

Right knee series 9/17/2020.

### TECHNIQUE:

MRI of the right knee was performed.

### FINDINGS:

Complex tear is present throughout the anterior horn of the lateral meniscus with adjacent soft tissue edema. No medial meniscal tear is identified. There is some fibrillation of the free edge and superior articular surface of the body of the medial meniscus.

The cruciate and collateral ligaments are intact. Full-thickness chondral fissuring is present on the superior pole lateral facet of the patella with subjacent marrow edema and cystic change. Mild chondromalacia elsewhere on the lateral facet of patella. Mild chondromalacia on weight-bearing surfaces in the lateral compartment. Articular cartilage in the medial compartment appears maintained. Quadriceps and patellar tendons are of normal signal intensity. No joint effusion. Small popliteal cyst is present.

### IMPRESSION:

1. Complex tear throughout the anterior horn lateral meniscus.
2. Marked full-thickness chondral fissuring superior pole lateral facet of the patella. Mild chondromalacia elsewhere on the patella and in the lateral compartment.
3. Small popliteal cyst.

### Addendum

This examination is an examination of the LEFT knee. Clinical history is "Medial LEFT knee pain." Comparison is made to LEFT knee series 9/17/2020. MRI of the LEFT knee was performed.
This examination is an examination of the LEFT knee. Clinical history is "Medial LEFT knee pain." Comparison is made to LEFT knee series 9/17/2020. MRI of the LEFT knee was performed.

## EXAM:

MRI LOW EXT W/JOINT W/O CONTRAST - KNEE (LEFT)

## CLINICAL HISTORY:

Medial right knee pain.

## COMPARISON:

Right knee series 9/17/2020.

## TECHNIQUE:

MRI of the right knee was performed.

## FINDINGS:

Complex tear is present throughout the anterior horn of the lateral meniscus with adjacent soft tissue edema. No medial meniscal tear is identified. There is some fibrillation of the free edge and superior articular surface of the body of the medial meniscus.

The cruciate and collateral ligaments are intact. Full-thickness chondral fissuring is present on the superior pole lateral facet of the patella with subjacent marrow edema and cystic change. Mild chondromalacia elsewhere on the lateral facet of patella. Mild chondromalacia on weight-bearing surfaces in the lateral compartment. Articular cartilage in the medial compartment appears maintained. Quadriceps and patellar tendons are of normal signal intensity. No joint effusion. Small popliteal cyst is present.

## IMPRESSION:

1. Complex tear throughout the anterior horn lateral meniscus.
2. Marked full-thickness chondral fissuring superior pole lateral facet of the patella. Mild chondromalacia elsewhere on the patella and in the lateral compartment.
3. Small popliteal cyst.

| | User | Job Status | Time Action Performed | User Role |
|---|---|---|---|---|
| ⚑ | Baker, Daniel | Signed | 10/5/2020 12:56 pm | Primary Author |
| ⚑ | Baker, Daniel | Signed | 10/5/2020 3:45 pm | Primary Author |
| ⚑ | Baker, Daniel | Signed | 10/6/2020 12:06 pm | Primary Author |

PARKWEST SURGERY CENTER
9430 PARKWEST BLVD, SUITE 210
KNOXVILLE, TN 37923

OPERATIVE REPORT

**PATIENT NAME:** GALYON, ROBERTA
**DATE OF SURGERY:** 12/04/20
**PATIENT MRN#:** 74953
**DATE OF BIRTH:** [redacted]
**PHYSICIAN:** Harold E. Cates, M.D.

**PREOPERATIVE DIAGNOSIS:** Left knee lateral meniscus tear.

**POSTOPERATIVE DIAGNOSES:** Left knee lateral meniscus tear plus grade 4 chondromalacia, lateral patella.

**PROCEDURES PERFORMED:** Left knee arthroscopic partial lateral meniscectomy, chondroplasty of the patella, grade 4 lesion, 60%.

**ASSISTANT:** None.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** The patient is a very pleasant 55-year-old female with left knee pain and discomfort. MRI scan documenting lateral meniscal tear. She presents for operative correction and failed nonoperative management.

**FINDINGS:** Chronic ACL tear.

**DESCRIPTION OF PROCEDURE:** The patient was placed supine on the operative table where general anesthesia was induced. The left knee was then prepped and draped in the usual standard fashion. Time-out was performed.

The superolateral, anterolateral, and anteromedial arthroscopic portal made in the usual standard fashion. Inflow was established with 3M pump maintained at 30 mmHg throughout the case. Upon entry, there was mild synovitis throughout. The medial compartment was normal to probing and visualization shown in picture #3. The ACL does not have a chronic tear shown in picture #19. The lateral meniscus had an anterior horn tear shown in picture #11. This was treated with resection, 50% of the anterior horn and some synovium in the intercondylar notch area.

HC/SN/snhyded5/FST-503114445
D: 12/04/20 11:59 A CST
T: 12/05/20 03:47 A CST

RE: GALYON, ROBERTA
OPERATIVE REPORT
PAGE 2

The patella had significant chondromalacia, grade 4 eburnation showing this in pictures #6 and #16, and post chondroplasty changes shown in pictures #18 and #20. A large cannula was inserted to remove the extraneous debris, and a second look arthroscopy revealed no additional pathology. The knee was drained. The arthroscopic portals were injected with 0.5% Marcaine with epinephrine and the same solution plus Duramorph and Depo-Medrol were injected intra-articularly. Arthroscopic portals were closed with 3-0 nylon sutures. Sterile dressing was applied. The patient was transferred to the recovery room in stable condition.

__________________________ DATE__________________
Harold E. Cates, M.D.

HC/SN/snhyded5/FST-503114445
D: 12/04/20 11:59 A CST
T: 12/05/20 03:47 A CST

Request Corresponden

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

1933744
Jan 20 2021 6:22 PM
ROBERTA GALYON

TN004
Jan 21 2021 8:18 PM

44

CONFIDENTIAL - MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

TENNESSEE ORTHOPEDIC CLINIC
9430 PARK WEST BLVD STE 130
ATTN: MEDICAL RECORDS/Stat
KNOXVILLE, TN 37923

Date: Jan 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7386275 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: 194236

Dear X5 8666414778,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 1, 2020 to Present**
**Medical records within the time frame - Seen By: TENNESSEE ORTHOPEDIC CLINICS**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7386275

RPID: 7386275

ame: GALYON, ROBERTA DOB: [redacted] DATE:

RFID: 7386275
PAGE 7/17 • RCVD AT 12/28/2020 1:46:41 PM [Eastern Standard Time] • SVR:VA1PWPFAX4011 • DNIS:6033391863 • CSID: • ANI:14235078738 • DURATION (mm-ss):05-06

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: ______________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

PAGE 10/17 * RCVD AT 12/29/2020 1:40:41 PM [Eastern Standard Time] * SVR:VAIPWFAX401/1 * DNIS:0033891963 * CSID: * ANI:14235078738 * DURATION (mm-ss):03-00
RPID: 7386275

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon ✓

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon ✓ Date: 12/29/2020 ✓

Date of Birth: [redacted] ✓ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**



From HylaFAX Enterprise Tue 05 Jan 2021 10:28:38 AM PST Page 3 of 4

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7386275

# Quality Assurance Report

## Request Information

Report Date: January 22, 2021

**RP ID:** 7386275

Patient Name: GALYON, ROBERTA

Provider Name: TENNESSEE ORTHOPEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From June 1, 2020 to Present**

Special Request:

Medical records within the time frame - Seen By:
TENNESSEE ORTHOPEDIC CLINICS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: MAIJU

**Lincoln/Galyon 1645**

Job Description

# Pharmacy Technician

Walmart

*This position is responsible for assisting in the operation of a Department. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the Facility as assigned and/or as necessary.*

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides Customer service by acknowledging the Customer, identifying Customer needs, assisting with purchasing decisions, locating merchandise, resolving Customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment.

Maintains merchandise presentation in the Pharmacy by stocking and rotating merchandise, removing damaged or out-of-date goods, setting up, cleaning, and organizing product displays, signing and pricing merchandise appropriately, and securing fragile and high-shrink merchandise.

Maintains the Pharmacy area in accordance with Company policies and procedures by properly handling claims and returns, zoning the area, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

Receives and stocks merchandise/supplies from distribution centers and suppliers and organizes and maintains the Pharmacy area by following Company procedures, utilizing equipment appropriately, merchandising, and completing and retaining required paperwork, logs, and other documentation.

Operates equipment, such as cash registers and related tools, to process Customer purchases using appropriate procedures for different payment types and items sold.

Provides Pharmacy products and services to Customers in accordance with local, state, and federal laws and Company policies and procedures by assisting with processing prescription and/or over-the-counter (OTC) orders and purchases, stocking and securing Pharmacy supplies and merchandise, entering prescription information and/or filling prescriptions, completing, maintaining, and securing paperwork, forms, and required documentation.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Inventory - Handles, moves, and displays goods in safe and correct ways. Tracks goods, maintains in-stock levels, and controls shrinkage in a timely manner. Reports poor inventory practices and low in-stock levels in assigned area. Uses inventory tools and equipment in safe and correct ways.

Point-of-Sale - Follows proper procedures to prevent shrink and follows applicable laws and regulations when selling items to Customers. Assists Customers with payment methods, return policies, and location of items when asked. Uses the cash register and completes Customer sales in a timely manner. Reports complaints, shrink issues, and problems with products, services, and work areas.

Pharmacy - Follows safety and security guidelines and related laws and regulations when handling, storing, and providing Pharmacy goods and records, and when filling prescriptions. Provides correct Pharmacy information to Customers or refers them to the Pharmacist when unable to do so. Provides Pharmacy products and services, and handles Customer orders, records, and prescriptions in a timely manner. Reports Pharmacy Department complaints and problems with products, services, and work areas. Uses Pharmacy equipment and supplies in safe and correct ways, and keeps products stocked and organized.

Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Customer Centered: Serve the Customer - Shows care and concern when serving our Associates and Customers. Asks questions in order to understand and meet Associate and Customer needs. Uses policies and information in order to exceed Associate and Customer expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve Associate and Customer requests.

Execution and Results: Get Results - Ensures work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to Associates and leaders when they need it. Communicates in a respectful and professional manner.

Ethics and Compliance: Perform to Ethical Standards - Follows Company policies and procedures. Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback.

## Physical Activities

*The following physical activities are necessary to perform one or more essential function of this position.*

Visually verifies information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Reads information, often in small print.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

# Pharmacy Technician

Observes Associate and Member behavior.

Moves, lifts, carries, and places merchandise and supplies weighing less than 10 pounds without assistance.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Enters and locates information on computer.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Communicates effectively in person or by using telecommunications equipment.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Moves through narrow, confined, or elevated spaces.

## Entry Requirements

### *Eligibility Requirements (Internal applicants only)*

Meet applicable eligibility requirements (see PD-05).

### *Preferred Qualifications*

Proficient Spanish speaking and comprehension ability for work-related matters such as communicating information about facility merchandise and engaging in dialogue with Spanish-speaking customers.

## Signature

I have read and understand the essential function for this position and certify that:

_____ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|

ReleasePoint

## Medical Record Overview

**Date:** **January 12, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** NODIT, DR DINU
2060 LAKESIDE CENTER WAY
KNOXVILLE, TN 37922
(865) 622-6545

**Request Scope:** From June 1, 2020 to Present

**Chart Range:** 08/31/2020 - 09/30/2020

**RP ID:** 7386276

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 31 2020 | Sep 30 2020 | 5 | 2 |
| Labs/Diagnostics | Sep 16 2020 | Sep 16 2020 | 1 | 7 |
| Request Correspondence | | | 5 | 8 |
| | | **Total Page Count:** | 11 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Galyon 1648**

**GALYON, ROBERTA L (id #4286, dob: [redacted]**

Galyon, Roberta 4286

## Encounter Reason/Date

Followup: Chronic anxiety
09/30/2020 - 10:30AM - CNS OFFICE

## History of Present Illness

Ms Galyon was seen in follow up via telemedicine.she continues to have bilateral lower extremity pain proximal more than distal. The pain is usually increasing with activity. She also complains of some stiffness which tends to be more severe in the proximal lower extremities as well. She did not notice any changes in her symptoms with exposure to cold or hot temperatures. Her EMG/NCS of lower extremities shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease. She will be seeing her cardiologist very soon for her routine follow-up evaluation. She does have valvular cardiac disease as well as a history of possible arrhythmia but no details are provided today.

## Medications:

Reviewed Medications

| | | |
|---|---|---|
| **celecoxib 200 mg capsule** | 09/04/20 | filled |
| **chlorzoxazone 250 mg tablet** | 06/04/20 | filled |
| **clonazePAM 0.5 mg tablet** | 09/04/20 | filled |
| **diclofenac 1.5 % topical drops**<br>Apply 2.5mL (1/2 teaspooful) to affected area up to 4 times daily | 06/04/20 | filled |
| **doxepin 5 % topical cream**<br>Apply 1-2 grams to affected area three times daily | 06/04/20 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 90 DAYS | 07/31/20 | filled |
| **FLUoxetine 40 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY FOR 90 DAYS FOR MOOD | 09/25/20 | filled |
| **flurandrenolide 0.05 % lotion** | 06/04/20 | filled |
| **meloxicam 15 mg tablet** | 09/18/20 | filled |
| **metFORMIN ER 500 mg tablet,extended release 24 hr**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY WITH A MEAL FOR DIABETES FOR 90 DAYS | 09/25/20 | filled |
| **methocarbamoL 500 mg tablet** | 07/18/20 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>USE AS DIRECTED | 08/03/20 | filled |

**GALYON, ROBERTA L (id #4286, dob: [redacted]**

| | | |
|---|---|---|
| **ondansetron 4 mg disintegrating tablet** | 06/16/20 | filled |
| **pramipexole 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME FOR RESTLESS LEGS | 09/25/20 | filled |
| **pregabalin 150 mg capsule** | 09/04/20 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/24/20 | filled |
| **rizatriptan 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH AS NEEDED AT ONSET OF HEADACHE FOR 30 DAYS | 09/04/20 | filled |
| **traMADoL 50 mg tablet** | 06/16/20 | filled |
| **Trulicity 0.75 mg/0.5 mL subcutaneous pen injector**<br>INJECT 0.75MG (ONE PEN) SUBCUTANEOUSLY ONCE A WEEK | 09/25/20 | filled |

## Assessment/Plan

Myotonic disorder

Mild sensory peripheral neuropathy - likely diabetic

Refractory migraines

Chiari I malformation - asymptomatic

Left ICA stenosis

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

EMG/NCS of lower extremities 9/20 shows decreased sensory responses in the lower extremities bilaterally with normal motor responses. The needle exam reveals myotonic insertion activity proximally with normal motor unit potentials. This is suggestive of a mild sensory peripheral neuropathy associated with a myotonic disease.

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has an analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

More recently her main issue is worsening pain in the LE's - mostly proximal as well as numbness in the LUE with arm elevation. Electrodiagnostic testing was normal in the left upper extremity but did show evidence of myotonic discharges on the needle exam in the proximal lower extremity as well as a mild sensory peripheral neuropathy. On further questioning it appears that she has been having proximal lower extremity pain bilaterally since she was a teenager. The pain was attributed to fibromyalgia. There is no family history of myotonic disorders or myopathy. She denies any significant shortness of breath or weakness

Plan:

- genetic testing for adult onset myotonic dystrophy and Pompe disease

**GALYON, ROBERTA L (id #4286, dob: [redacted]**

- autoimmune testing including ESR, ANA

- CPK levels

- avoid CGRP medications due to her history of carotid stenosis

- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

More than 50% of the face-to-face time (50 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

1. **Myotonic disorder**
   G71.19: Other specified myotonic disorders
   - GAA GENE FULL MUTATION ANALYSIS, BLOOD OR TISSUE
   - MYOTONIC DYSTROPHY GENE MUTATION ANALYSIS, BLOOD OR TISSUE
   - ANA W/REFLEX IF POSITIVE-164863-P
   - SEDIMENTATION RATE-WESTERGREN
   - ANTI-DSDNA ANTIBODIES

2. **Chronic anxiety**
   F41.9: Anxiety disorder, unspecified

3. **Refractory migraine**
   G43.919: Migraine, unspecified, intractable, without status migrainosus

4. **Diabetic peripheral neuropathy**
   E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified

5. **Chronic depression**
   F34.1: Dysthymic disorder

6. **Chiari malformation type I**
   G93.5: Compression of brain

7. **Internal carotid artery stenosis**
   I65.29: Occlusion and stenosis of unspecified carotid artery

Return to Office

- Dinu C. Nodit, MD for Telehealth20 at CNS OFFICE on 11/11/2020 at 10:30 AM

COMPREHENSIVE NEUROLOGY SERVICES, PLLC • 2060 Lakeside Centre Way, KNOXVILLE TN 37922-6591

**GALYON, ROBERTA L (id #4286, dob: [redacted]**

Galyon, Roberta 4286

## Encounter Reason/Date

Followup: Refractory migraine
Followup: Diabetic peripheral neuropathy
08/31/2020 - 03:20PM - CNS OFFICE

## History of Present Illness

Ms galyon was seen in follow up via telemedicine.She has continued to have bilateral lower extremity pain predominantly affecting her thighs and legs with relative sparing on her feet symmetrically. The pain is described as a deep aching sensation with no clear triggering or ameliorating factors. She recently had knee bilateral replacement surgery but this pain was preceding her surgery. The surgery did not help the pain. She was evaluated by vascular surgery with negative results. Most of her pain is at rest but she also has pain with activity which is not typical for vascular claudications. She also reports some numbness and paresthesia in her left upper extremity when lifting her arms. She was unable to complete her electro-diagnostic testing back in April because of the covid epidemic. This will need to be rescheduled.

## Medications:

Reviewed Medications

| | | |
|---|---|---|
| **celecoxib 200 mg capsule** | 07/02/20 | filled |
| **chlorzoxazone 250 mg tablet** | 06/04/20 | filled |
| **diclofenac 1.5 % topical drops**<br>Apply 2.5mL (1/2 teaspooful) to affected area up to 4 times daily | 06/04/20 | filled |
| **doxepin 5 % topical cream**<br>Apply 1-2 grams to affected area three times daily | 06/04/20 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet,delayed release**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 90 DAYS | 07/31/20 | filled |
| **flurandrenolide 0.05 % lotion** | 06/04/20 | filled |
| **metFORMIN ER 500 mg tablet,extended release 24 hr**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY WITH A MEAL FOR DIABETES FOR 90 DAYS | 07/31/20 | filled |
| **methocarbamoL 500 mg tablet** | 07/18/20 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>USE AS DIRECTED | 08/03/20 | filled |
| **ondansetron 4 mg disintegrating tablet** | 06/16/20 | filled |
| **traMADoL 50 mg tablet** | 06/16/20 | filled |

## Assessment/Plan

**GALYON, ROBERTA L (id #4286, dob: [redacted]**

Pain in the LE's bilaterally

Numbness LUE - positional

Refractory migraines

Chiari I malformation - asymptomatic

Left ICA stenosis

DM2 with peripheral neuropathy

Depression

Anxiety

MRI of the brain February 2019 - Chiari I malformation with cerebellar tonsils approximately 8mm below foramen magnum. MRI of the cervical spine showed similar findings without any other abnormalities. MRI of the thoracic and lumbar spine were normal.

4 vessel cerebral angiography in May 2019 showing left ICA stenosis of 64% with right ICA stenosis of less than 39%. No aneurysms were noted.

MRI of the brain 5/19 with cine flow testing which showed normal CSF flow around her displaced cerebellar tonsils and therefore no indication for surgery was considered.

She has been suffering from daily headaches for many years. These are most likely transformed migraines. She has an analgesic rebound headaches with chronic daily use of short-term analgesic drugs for over 10 years. She also suffers from depression and anxiety which can complicate the treatment of her headaches as well as caffeine overuse

More recently her main issue is worsening pain in the LE's - mostly proximal as well as numbness in the LUE with arm elevation

Plan:

- EMG/NCS lower extremities and LUE to evaluate her pain/numbness; her spine MRI's have been normal in 2019

- avoid CGRP medications due to her history of carotid stenosis

- use Phenergan with Benadryl for breakthrough headaches in place of short acting analgesics

More than 50% of the face-to-face time (30 minutes) the provider was present with the patient was spent counseling and/or coordination of care for : test results, differential dg and management plans, prognosis

1. **Refractory migraine**
   G43.919: Migraine, unspecified, intractable, without status migrainosus

2. **Diabetic peripheral neuropathy**
   E11.40: Type 2 diabetes mellitus with diabetic neuropathy, unspecified
   - ELECTROMYOGRAM + NERVE CONDUCTION STUDY - Note to Imaging Facility: left UE and bilateral LE ; re pain and numbness; evaluate for PN vs radiculopathy

3. **Chronic depression**
   F34.1: Dysthymic disorder

4. **Chiari malformation type I**
   G93.5: Compression of brain

5. **Internal carotid artery stenosis**
   I65.29: Occlusion and stenosis of unspecified carotid artery

6. **Chronic anxiety**
   F41.9: Anxiety disorder, unspecified

Return to Office

- Dinu C. Nodit, MD for Telehealth20 at CNS OFFICE on 10/12/2020 at 02:20 PM

Covenant HEALTH

**Parkwest Medical Center**
9352 Park West Boulevard
Knoxville, TN 37923-4325

| | | | |
|---|---|---|---|
| Patient: | **GALYON, ROBERTA** | | |
| DOB/Sex: | Female | Admit: | 9/16/2020 |
| CMRN: | 21069291 | Disch: | 9/16/2020 |
| MRN: | PW0000815648 | Admitting: | NODIT,DINU C MD |
| FIN: | 2026000926 | Ordering: | NODIT,DINU C MD |
| Location: | PW NEU | Accession: | 02-NP-20-002924 |

## *Neurodiagnostic*

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| 02-NP-20-002924 | 9/16/2020 14:57 EDT | NP EMG w/ NCS Each Ext 5+ Muscles | NODIT,DINU C MD |

**Reason for Exam**
(NP EMG w/ NCS Each Ext 5+ Muscles) E1140

**Report**
Patient History:
EMG/NCS LUE \T\ BLE (PERIPHERAL NEUROPATHY) She has a several year history of worsening numbness, tingling and weakness in her arms and legs. She also has pain in both legs. She is a long-standing diabetic and also had fibromyalgia. Brief exam shows no atrophy, absent DTR's in the legs, preserved vibration sensation, preserved pin sensation in the feet, and reduced pinprick in the hand compared with upper arm.

Interpretation:
NCS shows normal motor and sensory potentials including F-waves in the left arm. Motor potentials were normal in the legs, but the Peroneal F-waves were absent on the left and prolonged on the right (these are often sporadic, so significance of this is uncertain). Sensory potentials in the legs had diffuse reduction in amplitudes with slowing of CV. EMG of L3 to S1 myotomes was remarkable for membrane irritability with myotonic like insertional activity. EMG of C5 to T1 myotomes also showed the same membrane instability with myotonic like insertional activity in several muscles, mostly proximally in C6/7 distribution. Recruitment and motor unit analysis, however, was normal.

Conclusions:
1. Abnormal EMG, out of proportion with the NCS findings, suggestive of an underlying myopathy with membrane instability and irritability.
2. NCS findings consistent with a mild underlying sensory, axonal>demyelinating, peripheral neuropathy.

The patient left the EMG testing lab in good condition and without increased complaints. There was no evidence of swelling, bleeding or significant bruising. The patient did not report increased pain levels, changes in numbness or strength post testing.

***** Final *****

Dictated by: BERGIA, BERTA M MD
Dictated DT/TM: 09/16/2020 4:00 pm
Signed by: BERGIA, BERTA M MD
Signed (Electronic Signature): 09/22/2020 3:02 pm

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**COMPREHENSIVE NEUROLOGY**
**2060 LAKESIDE CENTRE WAY**
**MEDICAL RECORDS**
**KNOXVILLE, TN 37922**

Date: Jan 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7386276 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: HOP240

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 1, 2020 to Present**
**Please provide all medical records for the timeframe - Seen By:**
**NODIT, DR DINU**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7386276

RPID: 7386276

RPID: 7386276
PAGE 7/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:VAPWFAX401/1 * DNIS:6035391963 * CSID: * ANI:14235078738 * DURATION (mm-ss):05-06

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: _ ______ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**



From WFI Incorporated 1.626.628.9628 Tue Jan 5 10:56:16 2021 MST Page 2 of 5
Page:3/16 To:2138844921 JAN-08-2021 23:11 From:

Request Corresponden

RPID: 7386276
PAGE 10/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:6035591963 * CSID: * ANI:14235078738 * DURATION (mm-ss):05-06

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**



From WFI Incorporated 1.626.628.9628 Tue Jan 5 10:56:16 2021 MST Page 3 of 5

Page:4/16 To:2138849321 JAN-08-2021 23:11 From:

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7386276

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GALYON, ROBERTA |
| RP ID: | 7386276 |
| Access Code: | HOP240 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7386276

# Quality Assurance Report

## Request Information

Report Date: January 12, 2021

**RP ID:** 7386276

Patient Name: GALYON, ROBERTA

Provider Name: COMPREHENSIVE NEUROLOGY

## Quality Assurance Information

Scope Requested: **From June 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen By: NODIT, DR DINU

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: NSAJO

**Lincoln/Galyon 1660**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

Lincoln/Galyon 1661

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 9, 2021

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

For us to process your claim, we need some additional information.

**What You Need to Know:**
We requested the following information on December 16, 2020:

- Completion of initial claim forms, as well as any and all medical records from all treating providers from the date of June 1, 2020 through the present.

To date, we have received the completed forms as well as the necessary medical records from Dr. Collins.

At this time, we are still waiting on the requested information from Dr. Cates and Dr. Nodit.

**What You Need to Do By January 21, 2021:**
Please have the above listed outstanding information submitted to me via the enclosed, by fax fax at (603**) 559-1963** or by e-mail to **WMRTCSU@lfg.com** by January 21, 2021, or we may not be able to approve LTD benefits.

Once we receive and review all of the requested documentation, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keith Delgado
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

**Medical Record Overview** ReleasePoint

**Date:** **January 7, 2021**

**Patient Name:** GALYON, ROBERTA

**Records From:** Dr. Timothy Collins
305 GRADY ROAD STE B
ETOWAH, TN 37331
(423) 263-0722

**Request Scope:** From June 1, 2020 to Present

**Chart Range:** 07/31/2020 - 12/28/2020

**RP ID:** 7386277

**Client ID:** 10784870

**Source:** LIBMTP

**Req By:** K Delgado
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 31 2020 | Dec 28 2020 | 21 | 2 |
| Request Correspondence | | | 4 | 23 |

**Total Page Count:** 25

**Notes From QC:**

**Lincoln/Galyon 1664**

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020



# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**12/28/2020** **Timothy J. Collins, MD**

### Current Medications

Taking

- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs
- Celebrex 200 MG Capsule 1 capsule with food Orally Once a day

Not-Taking

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:

GAD-7

1. Feeling nervous, anxious, or on edge *Several Days - 1*
2. Not being able to stop or control worrying *Several Days - 1*
3. Worrying too much about different things *Several Days - 1*
4. Trouble relaxing *Not at all Sure - 0*
5. Being so restless that it's hard to sit still *Not at all Sure - 0*
6. Becoming easily annoyed or irritable *Not at all Sure - 0*
7. Feeling afraid as if something awful might happen *Not at all Sure - 0*

Total Score *3*

PHQ-2 (2015 Edition)

Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:

Patient presents today for follow-up on multiple medical conditions. She reports her mood is well controlled with current medications. Anxiety is mildly worse lately due to family situations but the Clonazepam helps with this. Denies dyspepsia with use of pantoprazole. Restless leg symptoms have greatly decreased with use of Pramipexole, patient wishes to continue this treatment. Continues to take statin medication as prescribed and monitors dietary intake. Monitors blood sugar readings at home and verbalizes readings in the lower to mid 100's. Continues to take Trulicity as prescribed but takes Metformin once daily instead of twice daily.

Patient continues to have right knee pain and swelling. Pain continues to interfere with daily activities and is described as a deep ache/throbbing. She has received "gel" injections by orthpedic specialist. States she may have to have further surgery if pain persists despite injections.

### Vital Signs

HT 5 ft 5 in, WT 220 lb 6 oz, WT Change -.75 lb, BMI **36.67**, BP 144/90 mm Hg, Temp 98.0 F, HR 84 /min, RR 16 /min, BSA **2.14**.

### Past Orders

**Lab:Hemoglobin A1c 001453**

| Collection Date | 07/31/2020 | 01/10/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|---|

GALYON, ROBERTA L **DOB:** (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020

Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) . 1 son (s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*

| Order Date | 07/31/2020 | 01/10/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|---|
| Hemoglobin A1c | **6.4 H** (Ref Range: 4.8-5.6 %) | **6.7 H** (Ref Range: 4.8-5.6 %) | **7.3 H** (Ref Range: 4.8-5.6 %) | **7.2 H** (Ref Range: 4.8-5.6 %) |
| Notes: | | | Collins,Timothy J 8/9/2019 7:45:07 AM > Call Patient with result. Continue both medications . Harris,Lidia , LPN 8/21/2019 5:00:31 PM > Patient notified and agreed. | Collins,Timothy J 3/6/2019 12:49:44 PM > Call Patient with result. Slightly elevated A1C. No medication change. Harris,Lidia , LPN 3/6/2019 5:27:40 PM > Patient notified and agreed. |

**Lab:TSH 004259 (Order Date - 07/31/2020) (Collection Date - 07/31/2020)**

| | Value | Reference Range |
|---|---|---|
| TSH | 1.470 | 0.450-4.500 - uIU/mL |

**Lab:CBC, Platelet, No Differential 028142**

| Collection Date | 07/31/2020 | 08/07/2019 | 09/17/2018 |
|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 09/17/2018 |
| WBC | 6.1 (Ref Range: 3.4-10.8 x10E3/uL) | 8.4 (Ref Range: 3.4-10.8 x10E3/uL) | 6.8 (Ref Range: 3.4-10.8 x10E3/uL) |
| RBC | 5.07 (Ref Range: 3.77-5.28 x10E6/uL) | 4.89 (Ref Range: 3.77-5.28 x10E6/uL) | 4.76 (Ref Range: 3.77-5.28 x10E6/uL) |
| Hemoglobin | 14.0 (Ref Range: 11.1-15.9 g/dL) | 14.4 (Ref Range: 11.1-15.9 g/dL) | 12.5 (Ref Range: 11.1-15.9 g/dL) |
| Hematocrit | 45.3 (Ref Range: 34.0-46.6 %) | 43.0 (Ref Range: 34.0-46.6 %) | 39.0 (Ref Range: 34.0-46.6 %) |
| MCV | 89 (Ref Range: 79-97 fL) | 88 (Ref Range: 79-97 fL) | 82 (Ref Range: 79-97 fL) |
| MCH | 27.6 (Ref Range: 26.6-33.0 pg) | 29.4 (Ref Range: 26.6-33.0 pg) | **26.3 L** (Ref Range: 26.6-33.0 pg) |
| MCHC | **30.9 L** (Ref Range: 31.5-35.7 g/dL) | 33.5 (Ref Range: 31.5-35.7 g/dL) | 32.1 (Ref Range: 31.5-35.7 g/dL) |
| Platelets | 314 (Ref Range: 150-450 x10E3/uL) | 267 (Ref Range: 150-450 x10E3/uL) | 350 (Ref Range: 150-379 x10E3/uL) |

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling. All other systems reviewed and are negative.

| | | | |
|---|---|---|---|
| RDW | 13.0 (Ref Range: 11.7-15.4 %) | 14.2 (Ref Range: 12.3-15.4 %) | 14.4 (Ref Range: 12.3-15.4 %) |

**Lab:Lipid Panel 303756**

| Collection Date | 07/31/2020 | 08/07/2019 | 03/05/2019 |
|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 03/05/2019 |
| Cholesterol, Total | **305 H** (Ref Range: 100-199 mg/dL) | **213 H** (Ref Range: 100-199 mg/dL) | **203 H** (Ref Range: 100-199 mg/dL) |
| Triglycerides | **189 H** (Ref Range: 0-149 mg/dL) | **197 H** (Ref Range: 0-149 mg/dL) | 119 (Ref Range: 0-149 mg/dL) |
| HDL Cholesterol | 59 (Ref Range: >39 mg/dL) | 58 (Ref Range: >39 mg/dL) | 60 (Ref Range: >39 mg/dL) |
| VLDL Cholesterol Cal | 38 (Ref Range: 5-40 mg/dL) | 39 (Ref Range: 5-40 mg/dL) | 24 (Ref Range: 5-40 mg/dL) |
| LDL Cholesterol Calc | **208 H** (Ref Range: 0-99 mg/dL) | **116 H** (Ref Range: 0-99 mg/dL) | **119 H** (Ref Range: 0-99 mg/dL) |

**Lab:CMP14+eGFR #334943**

| Collection Date | 07/31/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
|---|---|---|---|---|
| Order Date | 07/31/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
| Calcium, Serum | 9.4 (Ref Range: 8.7-10.2 mg/dL) | 9.6 (Ref Range: 8.7-10.2 mg/dL) | 9.6 (Ref Range: 8.7-10.2 mg/dL) | 9.9 (Ref Range: 8.7-10.2 mg/dL) |
| Glucose, Serum | **174 H** (Ref Range: 65-99 mg/dL) | **170 H** (Ref Range: 65-99 mg/dL) | **121 H** (Ref Range: 65-99 mg/dL) | **114 H** (Ref Range: 65-99 mg/dL) |
| BUN | **26 H** (Ref Range: 6-24 mg/dL) | 19 (Ref Range: 6-24 mg/dL) | **30 H** (Ref Range: 6-24 mg/dL) | 22 (Ref Range: 6-24 mg/dL) |
| Protein, Total, Serum | 6.4 (Ref Range: 6.0-8.5 g/dL) | 6.9 (Ref Range: 6.0-8.5 g/dL) | 7.0 (Ref Range: 6.0-8.5 g/dL) | 7.0 (Ref Range: 6.0-8.5 g/dL) |
| Albumin, Serum | 4.5 (Ref Range: 3.8-4.9 g/dL) | 4.7 (Ref Range: 3.5-5.5 g/dL) | 4.8 (Ref Range: 3.5-5.5 g/dL) | 4.6 (Ref Range: 3.5-5.5 g/dL) |
| Bilirubin, Total | 0.3 (Ref Range: 0.0-1.2 mg/dL) | 0.3 (Ref Range: 0.0-1.2 mg/dL) | 0.2 (Ref Range: 0.0-1.2 mg/dL) | <0.2 (Ref Range: 0.0-1.2 mg/dL) |
| Alkaline Phosphatase, S | 105 (Ref Range: 39-117 IU/L) | 98 (Ref Range: 39-117 IU/L) | **125 H** (Ref Range: 39-117 IU/L) | 101 (Ref Range: 39-117 IU/L) |
| AST (SGOT) | 17 (Ref Range: 0-40 IU/L) | 24 (Ref Range: 0-40 IU/L) | 18 (Ref Range: 0-40 IU/L) | 20 (Ref Range: 0-40 IU/L) |

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

| | | | | |
|---|---|---|---|---|
| Potassium, Serum | 4.9 (Ref Range: 3.5-5.2 mmol/L) | 5.0 (Ref Range: 3.5-5.2 mmol/L) | 4.3 (Ref Range: 3.5-5.2 mmol/L) | 4.5 (Ref Range: 3.5-5.2 mmol/L) |
| Sodium, Serum | 142 (Ref Range: 134-144 mmol/L) | 142 (Ref Range: 134-144 mmol/L) | 142 (Ref Range: 134-144 mmol/L) | 140 (Ref Range: 134-144 mmol/L) |
| Chloride, Serum | 100 (Ref Range: 96-106 mmol/L) | 102 (Ref Range: 96-106 mmol/L) | 104 (Ref Range: 96-106 mmol/L) | 100 (Ref Range: 96-106 mmol/L) |
| Creatinine, Serum | 0.82 (Ref Range: 0.57-1.00 mg/dL) | 0.71 (Ref Range: 0.57-1.00 mg/dL) | 0.81 (Ref Range: 0.57-1.00 mg/dL) | 0.87 (Ref Range: 0.57-1.00 mg/dL) |
| ALT (SGPT) | 27 (Ref Range: 0-32 IU/L) | 39 H (Ref Range: 0-32 IU/L) | 32 (Ref Range: 0-32 IU/L) | 46 H (Ref Range: 0-32 IU/L) |
| Carbon Dioxide, Total | 22 (Ref Range: 20-29 mmol/L) | 24 (Ref Range: 20-29 mmol/L) | 22 (Ref Range: 20-29 mmol/L) | 21 (Ref Range: 20-29 mmol/L) |
| BUN/Creatinine Ratio | 32 H (Ref Range: 9-23) | 27 H (Ref Range: 9-23) | 37 H (Ref Range: 9-23) | 25 H (Ref Range: 9-23) |
| Globulin, Total | 1.9 (Ref Range: 1.5-4.5 g/dL) | 2.2 (Ref Range: 1.5-4.5 g/dL) | 2.2 (Ref Range: 1.5-4.5 g/dL) | 2.4 (Ref Range: 1.5-4.5 g/dL) |
| A/G Ratio | 2.4 H (Ref Range: 1.2-2.2) | 2.1 (Ref Range: 1.2-2.2) | 2.2 (Ref Range: 1.2-2.2) | 1.9 (Ref Range: 1.2-2.2) |
| eGFR If NonAfricn Am | 81 (Ref Range: >59 mL/min/1.73) | 97 (Ref Range: >59 mL/min/1.73) | 83 (Ref Range: >59 mL/min/1.73) | 76 (Ref Range: >59 mL/min/1.73) |
| eGFR If Africn Am | 93 (Ref Range: >59 mL/min/1.73) | 112 (Ref Range: >59 mL/min/1.73) | 96 (Ref Range: >59 mL/min/1.73) | 88 (Ref Range: >59 mL/min/1.73) |

**Examination**

General Examination:

GENERAL APPEARANCE: Well nourished, well hydrated, no acute distress, WF.

HEAD: Normocephalic, atraumatic, face symmetrical.

EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.

NECK/THYROID: Supple.

CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.

LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.

EXTREMITIES: Without clubbing cyanosis, or edema.

NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

**Physical Examination**

Labs reviewed above.

**Assessments**

1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Anxiety disorder, unspecified type - F41.9
3. Microcytic hypochromic anemia - D50.9
4. Gastro-esophageal reflux disease without esophagitis - K21.9
5. Restless leg syndrome - G25.81
6. Recurrent major depressive disorder, in full remission - F33.42
7. Mixed hyperlipidemia - E78.2
8. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
9. Fibromyalgia - M79.7
10. Migraine without aura and without status migrainosus, not intractable - G43.009
11. Primary osteoarthritis of both knees - M17.0
12. Pain in right knee - M25.561
13. Other chronic pain - G89.29

**Treatment**

**1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin**

Refill MetFORMIN HCl ER tablet extended release 24 hour, 500 mg, 1 tablet with a meal, Orally, Once a day for diabetes, 90 days, 90, Refills 1

Refill Trulicity Solution Pen-injector, 0.75 MG/0.5ML, 0.75 mg, Subcutaneous, weekly, 30 days, 4, Refills 5

LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943
LAB: Hemoglobin A1c

**2. Anxiety disorder, unspecified type**

Refill Clonazepam Tablet, 0.5 mg, 1 tablet, Orally, daily prn, 30 days, 30, Refills 5

**3. Microcytic hypochromic anemia**

Refill Ferrous Sulfate Tablet, 325 (65 Fe) MG, 1 tablet, Orally, Once a day for iron, 90 days, 90, Refills 1

LAB: CBC, No Differential/Platelet #005017

**4. Gastro-esophageal reflux disease without esophagitis**

Refill Pantoprazole Sodium Tablet Delayed Release, 40 MG, 1 tablet, Orally, Once a day for stomach, 90 days, 90, Refills 1

**5. Restless leg syndrome**

Refill Pramipexole Dihydrochloride Tablet, 1 MG, 1 tablet, Orally, at bedtime for restless legs, 90 days, 90, Refills 1

**6. Recurrent major depressive disorder, in full remission**

Refill Fluoxetine HCl capsule, 40 mg, 1 capsule, Orally, Once a day for mood, 90 days, 90, Refills 1

**7. Mixed hyperlipidemia**
Refill Atorvastatin Calcium Tablet, 40 MG, 1 tablet, Orally, Once a day for cholesterol, 90 days, 90, Refills 1
LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943

**8. Allergic rhinitis, unspecified seasonality, unspecified trigger**
Continue Fluticasone Propionate Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day

**9. Fibromyalgia**
Refill Lyrica Capsule, 150 MG, 1 capsule, Orally, Twice a day for Fibromyalgia, 30 days, 60, Refills 5

**10. Migraine without aura and without status migrainosus, not intractable**
Refill Rizatriptan Benzoate Tablet, 10 mg, 1 tablet as needed one time, Orally, at onset of HA, 30 days, 12, Refills 5

**11. Primary osteoarthritis of both knees**
Refill Celebrex Capsule, 200 MG, 1 capsule with food, Orally, Once a day for arthritis pain, 90 day(s), 90, Refills 1

**12. Pain in right knee**
Notes: Continue work leave for 6 weeks. Follow-up with orthopedic specialist as scheduled.

**Procedures**
Venipuncture:
Venipuncture: Verbal consent obtained from patient, 23 g butterfly, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Patterson,Sue Ann , LPN 12/28/2020 10:11:07 AM > .

**Preventive Medicine**
Mammogram results reviewed in documents.
Patient to follow-up with GI specialist in Knoxville regarding colonoscopy.
Follows with Cardiology and Vascular specialists as well for heart and carotid artery stenosis.

**Procedure Codes**
36415 VENIPUNCT, ROUTINE*

**Follow Up**
6 Months, prn

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020

**Electronically signed by Timothy Collins , MD on 01/05/2021 at 06:13 AM CST**

**Sign off status: Completed**

---

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

---

**Progress Note: Timothy J. Collins, MD 12/28/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

# GALYON, ROBERTA L

**55 Y old Female, DOB:**
**Account Number: 24091171**

**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**11/13/2020** **Timothy J. Collins, MD**

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient returns today for F/U bilateral knee pain. She has been evaluated by Orthopedics and is anticipating Synvisc injections. The pain is interfering with ADL's and she is unable to work. She is asking for an extension of her leave from work duties and short-term disability.

### Vital Signs

HT 5 ft 5 in, WT 221 lb 2 oz, WT Change 7.75 lb, BMI **36.79**, BP 140/94 mm Hg, Temp 98.5 F, HR 78 /min, RR 16 /min, BSA **2.14**.

### Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WF no acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
NECK/THYROID: Supple.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait is antalgic..
PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Primary osteoarthritis of both knees - M17.0 (Primary)

### Treatment

**1. Primary osteoarthritis of both knees**
Notes: Continue no work for 6 weeks. F/U Orthopedic surgery as scheduled.

### Follow Up

prn

### Current Medications

Taking
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Doxycycline Hyclate 100 MG Capsule 1 capsule Orally Twice a day for infection
- Cheratussin AC 100-10 MG/5ML Syrup 10 ml as needed Orally every 4 hrs for cough
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with Diabetes, NKFH
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**



**Electronically signed by Timothy Collins , MD on 11/23/2020 at 03:43 PM CST**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**303 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No. 24091171 DOS: 11/13/2020**

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling.
All other systems reviewed and are negative.

---

**Progress Note: Timothy J. Collins, MD 11/13/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 10/20/2020

# GALYON, ROBERTA L

**55 Y old Female, DOB: [redacted]**
**Account Number: 24091171**

**Home:**
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

10/20/2020 **Timothy J. Collins, MD**

### Current Medications

Taking
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.

### Reason for Appointment

1. "My sinuses are bothering me and I am coughing"

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient presents today with c/o head and chest congestion. She reports sore throat, rhinorrhea and malaise at the onset of her symptoms 10 days ago. She reports a cough that is dry but severe at times. She denies F/C/N/V.

### Vital Signs

HT 5 ft 5 in, WT 213 lb 6 oz, WT Change 2.25 lb, BMI 35.50, BP 150/90 mm Hg, Temp 97.9 F, HR 84 /min, RR 16 /min, BSA 2.10.

### Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WF mild ill appearing,no acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NOSE: Nasal congestion.
MOUTH: Pharyngeal erythema, postnasal drip in pharynx.
NECK/THYROID: Supple.
CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.
LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Acute rhinosinusitis - J01.90 (Primary)

### Treatment

**1. Acute rhinosinusitis**
Start Doxycycline Hyclate Capsule, 100 MG, 1 capsule, Orally, Twice a day for infection, 7 days, 14, Refills 0

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 10/20/2020

Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) , 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For:

Start Cheratussin AC Syrup, 100-10 MG/5ML, 10 ml as needed, Orally, every 4 hrs for cough, 6 days, 180 ml, Refills 0
Notes: Urge increased oral hydration and rest. OTC Cough meds. Pt informed re: the natural and expected course of this illness and the need to alert me if symptoms persist or worsen.

**Follow Up**

prn

**Electronically signed by Timothy Collins , MD on 10/27/2020 at 02:25 PM CDT**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 10/20/2020

Shortness of breath.
Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet.
Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting.
Genitourinary Negative For: Blood in urine, Dysuria.
Musculoskeletal Negative For: Muscle weakness, Numbness/tingling.

---

**Progress Note: Timothy J. Collins, MD 10/20/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**09/16/2020** **Timothy J. Collins, MD**

### Current Medications

Taking
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

### Surgical History

### Reason for Appointment

1. "I want a second opinion on my knee and I would like to extend my leave"

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient presents today for F/U right knee pain s/p right partial knee arthroplasty. She reports persistent pain and swelling since the surgery on 6/16/20. She now notices more stiffness and swelling which is interfering with ambulation and ADL's requiring bending, kneeling, squating or standing more than 1-2 hours. She is anticipating a second opinion regarding the right knee pain and now some worsening left knee pain and is requesting an extension of her Short-term disability. Her Orthopedic surgeon is requesting testing for ESR and C-RP.

### Vital Signs

HT 5 ft 5 in, WT 211 lb 2 oz, WT Change 2 lb, BMI 35.13, BP 140/100 mm Hg, Temp 97.2 F, HR 84 /min, RR 16 /min, BSA 2.09.

### Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WFno acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NECK/THYROID: Supple.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Right knee pain, unspecified chronicity - M25.561 (Primary)
2. Status post right knee surgery - Z98.890
3. Left knee pain, unspecified chronicity - M25.562

### Treatment

**1. Right knee pain, unspecified chronicity**
LAB: Sedimentation Rate-Westergren 005215
LAB: C-Reactive Protein, Quant #006627
Notes: F/U Orthopedic surgery as scheduled tomorrow. I recommend continued or extending short-term disability for 6 weeks. She is informed and agrees.

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**
Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter (s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**
Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision.
Respiratory Negative For: Cough, Shortness of breath.
Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Genitourinary Negative For: Blood in urine, Dysuria.
Musculoskeletal Positive For:, Muscle weakness legs, **Positive For:**, Numbness/tingling legs and left arm.

**2. Left knee pain, unspecified chronicity**
LAB: Sedimentation Rate-Westergren 005215
LAB: C-Reactive Protein, Quant #006627
Notes: F/U Orthopedic surgery as scheduled.

**Procedures**
Venipuncture:
Venipuncture: verbal consent obtained, 22 g needle, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Patterson,Sue Ann , LPN 9/16/2020 1:42:53 PM > .

**Procedure Codes**
36415 VENIPUNCT, ROUTINE*

**Follow Up**
prn



**Electronically signed by Timothy Collins , MD on 09/25/2020 at 02:50 PM CDT**

**Sign off status: Completed**

---

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**
[redacted]
**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L  Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**08/21/2020**    **Timothy J. Collins, MD**

## Current Medications

Taking
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

## Surgical History

wrist surgery

## Reason for Appointment

1. "I want to talk about going on a medical leave"

## History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient presents today to obtain medical leave for her ongoing LBP and leg weakness felt secondary to lumbar spinal stenosis. She has had consultation with Neurosurgery and is anticipating MRI. She also reports persistent right knee pain s/p TKA. She reports swelling and difficulty straightening the knee completely . These conditions and her underlying Fibromyalgia are prohibiting her from doing her regular work and ADL's. She has F/U with her Orthopdic surgeon in 2-3 weeks.

## Vital Signs

HT 5 ft 5 in, WT 209 lb 2 oz, WT Change -.13 lb, BMI 34.80, BP 146/88 mm Hg, HR 87 /min, RR 16 /min, BSA 2.08.

## Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WFno acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NECK/THYROID: Supple.
CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.
LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.
EXTREMITIES: Without clubbing cyanosis, or edema.
MUSCULOSKELETAL: Right knee effusion. No erythema. Limited flexion and extension..
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait is antalgic.
PSYCH: Normal mood and affect, alert and oriented x 4.

## Assessments

1. Spinal stenosis of lumbar region, unspecified whether neurogenic claudication present - M48.061 (Primary)
2. Pain in right knee - M25.561
3. Other acute postprocedural pain - G89.18
4. Fibromyalgia - M79.7

## Treatment

hysterectomy
cholecystectomy

**Family History**

Mother: deceased, diagnosed with Diabetes, NKFH
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter (s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Negative For: Numbness/tingling.

**1. Spinal stenosis of lumbar region, unspecified whether neurogenic claudication present**
Notes: F/U Neurosurgery as scheduled.

**2. Pain in right knee**
Notes: I am recommending no work for 6 weeks or until re-evaluated by Orthopedic Surgery.

**Follow Up**

prn

**Electronically signed by Timothy Collins , MD on 08/28/2020 at 03:15 PM CDT**

**Sign off status: Completed**

---

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

# GALYON, ROBERTA L

55 Y old Female, DOB: [redacted]
Account Number: 24091171
[redacted]
Home: [redacted]
Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN
Appointment Facility: Starr Regional Family Practice Etowah

07/31/2020 Timothy J. Collins, MD

### Current Medications

Taking
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.

### Reason for Appointment

1. Refills

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Pt presents today for the ongoing management of her multiple chronic medical conditions:
T2DM. She reports good FSBS at home. She reports compliance with her meds. She admits some dietary indiscretion.
Anxiety. She feels that the Klonopin relieves her symptoms and only uses this prn. She does admit ongoing family stress and is asking for counselling.
Anemia. She reports compliance with the Iron. Recent H/H in the ER was normal.
GERD. She denies dyspepsia with the Rx PPI. She would like to continue this treatment.
Fibromyalgia. She reports good relief with Lyrica.
RLS. She reports relief with the Mirapex.
Depression. She feels the SSRI has improved her mood. She wishes to continue this treatment.
Dyslipidemia. She reports compliance with her Statin and denies SE.
Migraine HA. She reports relief with her Triptan.

### Vital Signs

HT 5 ft 5 in, WT 209 lb 4 oz, WT Change 10.25 lb, BMI 34.82, BP 158/93 mm Hg, HR 103 /min, RR 16 /min, BSA 2.08.

### Past Orders

**Lab:Hemoglobin A1c 001453**

| Collection Date | 01/10/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
|---|---|---|---|---|
| Order Date | 01/10/2020 | 08/07/2019 | 03/05/2019 | 09/17/2018 |
| Hemoglobin A1c | 6.7 H (4.8-5.6 %) | 7.3 H (4.8-5.6 %) | 7.2 H (4.8-5.6 %) | 6.9 H (4.8-5.6 %) |
| Notes: | | Collins,Timothy J 8/9/2019 7:45:07 AM > Call Patient with result. Continue both medications Harris,Lidia , LPN 8/21/2019 | Collins,Timothy J 3/6/2019 12:49:44 PM > Call Patient with result. Slightly elevated A1C. No medication change. | Collins,Timothy J 9/18/2018 12:59:49 PM > Call Patient. A1C good. Harris,Lidia , LPN 9/21/2018 10:51:07 AM > |

Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy

**Family History**

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s), 6 sister(s). 1 son (s), 1 daughter(s).
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy; FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

| | | |
|---|---|---|
| 5:00:31 PM > Patient notified and agreed. | Harris,Lidia, LPN 3/6/2019 5:27:40 PM > Patient notified and agreed. | Patient notified and agreed. |

**Lab:CBC, No Differential/Platelet #005017 (Order Date - 01/10/2020) (Collection Date - 01/10/2020)**

| | | | |
|---|---|---|---|
| WBC | 5.7 | | 3.4-10.8 - x10E3/uL |
| RBC | 4.94 | | 3.77-5.28 - x10E6/uL |
| Hemoglobin | 14.5 | | 11.1-15.9 - g/dL |
| Hematocrit | 44.1 | | 34.0-46.6 - % |
| MCV | 89 | | 79-97 - fL |
| MCH | 29.4 | | 26.6-33.0 - pg |
| MCHC | 32.9 | | 31.5-35.7 - g/dL |
| RDW | 14.5 | | 11.7-15.4 - % |

**Lab:005199 PT/INR Non-Frozen (Order Date - 01/10/2020) (Collection Date - 01/10/2020)**

| | | | |
|---|---|---|---|
| Prothrombin Time | 10.2 | | 9.1-12.0 - sec |
| INR | 1.0 | | 0.8-1.2 - |

**Lab:Basic Metabolic Panel (8) 322758 (Order Date - 01/10/2020) (Collection Date - 01/10/2020)**

| | | | |
|---|---|---|---|
| Calcium, Serum | 9.6 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **133** | **H** | **65-99 - mg/dL** |
| BUN | 19 | | 6-24 - mg/dL |
| Potassium, Serum | 5.0 | | 3.5-5.2 - mmol/L |
| **Sodium, Serum** | **146** | **H** | **134-144 - mmol/L** |
| Chloride, Serum | 105 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.75 | | 0.57-1.00 - mg/dL |
| Carbon Dioxide, Total | 22 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **25** | **H** | **9-23 -** |
| eGFR If NonAfricn Am | 91 | | >59 - mL/min/1.73 |
| eGFR If Africn Am | 105 | | >59 - mL/min/1.73 |

**Examination**

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WFno acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NECK/THYROID: Supple.
CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.
LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

**Physical Examination**

Labs reviewed above.

**Assessments**

1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Anxiety disorder, unspecified type - F41.9
3. Microcytic hypochromic anemia - D50.9

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling.
All other systems reviewed and are negative.

4. Gastro-esophageal reflux disease without esophagitis - K21.9
5. Fibromyalgia - M79.7
6. Restless leg syndrome - G25.81
7. Recurrent major depressive disorder, in full remission - F33.42
8. Mixed hyperlipidemia - E78.2
9. Migraine without aura and without status migrainosus, not intractable - G43.009
10. Fatigue, unspecified type - R53.83
11. Encounter for screening mammogram for malignant neoplasm of breast - Z12.31

**Treatment**

**1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin**
Refill MetFORMIN HCl ER tablet extended release 24 hour, 500 mg, 1 tablet with a meal, Orally, Once a day for diabetes, 90 days, 90, Refills 1
Refill Trulicity Solution Pen-injector, 0.75 MG/0.5ML, 0.75 mg, Subcutaneous, weekly, 30 days, 4, Refills 5
LAB: Hemoglobin A1c 001453
LAB: CMP14+eGFR #334943

**2. Anxiety disorder, unspecified type**
Refill Clonazepam Tablet, 0.5 mg, 1 tablet, Orally, daily prn, 30 days, 30, Refills 5
Notes: Consult counsellor.
Referral To:Counseling
Reason:Anxiety, family stresses

**3. Microcytic hypochromic anemia**
Refill Ferrous Sulfate Tablet, 325 (65 Fe) MG, 1 tablet, Orally, Once a day for iron, 90 days, 90, Refills 1
LAB: CBC, Platelet, No Differential 028142

**4. Gastro-esophageal reflux disease without esophagitis**
Refill Pantoprazole Sodium Tablet Delayed Release, 40 MG, 1 tablet, Orally, Once a day for stomach, 90 days, 90, Refills 1

**5. Fibromyalgia**
Refill Lyrica Capsule, 150 MG, 1 capsule, Orally, Twice a day for Fibromyalgia, 30 days, 60, Refills 5

**6. Restless leg syndrome**
Refill Pramipexole Dihydrochloride Tablet, 1 MG, 1 tablet, Orally, at bedtime for restless legs, 90 days, 90, Refills 1

**7. Recurrent major depressive disorder, in full remission**
Refill Fluoxetine HCl capsule, 40 mg, 1 capsule, Orally, Once a day for mood, 90 days, 90, Refills 1

**8. Mixed hyperlipidemia**
Refill Atorvastatin Calcium Tablet, 40 MG, 1 tablet, Orally, Once a day for cholesterol, 90 days, 90, Refills 1
LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943

**9. Migraine without aura and without status migrainosus, not intractable**
Refill Rizatriptan Benzoate Tablet, 10 mg, 1 tablet as needed one time, Orally, at onset of HA, 30 days, 12, Refills 5

**10. Fatigue, unspecified type**
LAB: TSH 004259

**11. Encounter for screening mammogram for malignant neoplasm of breast**
IMAGING: MAMMO SCRN DIGITL BILAT

**Procedures**

Venipuncture:
Venipuncture: verbal consent obtained, 21 g butterfly, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Hall,Brittany CCMA 7/31/2020 12:07:33 PM > .

**Procedure Codes**

36415 VENIPUNCT, ROUTINE*

**Follow Up**

6 Months

**Electronically signed by Timothy Collins , MD on 08/05/2020 at 06:27 AM CDT**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**STARR REGIONAL FAMILY PRACTICE**
**305 GRADY RD STE B**
**ATTN: MEDICAL RECORDS**
**ETOWAH, TN 37331**

Date: Jan 5, 2021

**Re: Long Term Disability Benefits**
Claim# 7386277 10784870
Claimant: GALYON, ROBERTA
Claimant DOB: [redacted]
Provider Portal: https://portal.releasepoint.com
Access Key: CYIDFD

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 1, 2020 to Present**
**Please provide all medical records for the timeframe - Seen by:**
**Dr. Timothy Collins**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7386277

RPID: 7386277

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: ____________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Galyon 1688**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical Information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)664-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7386277

# Quality Assurance Report

## Request Information

Report Date: January 7, 2021

**RP ID:** 7386277

Patient Name: GALYON, ROBERTA

Provider Name: STARR REGIONAL FAMILY PRACTICE

## Quality Assurance Information

Scope Requested: **From June 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen by: Dr. Timothy Collins

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JDLIW

**Lincoln/Galyon 1690**

Starr Regional Family Practice
Timothy J. Collins, MD
305 Grady Rd. Ste B
Etowah, TN 37331
P: 423-263-0722
F: 423-263-5232

# FAX

To: Lincoln Financial Disability
Fax: 603-559-1963
Date: 12-29-20
Re: Roberta Galyon

From: Debi
Fax: 423-263-5232
Phone: 423-263-0722
Cc:

Comments: Attn: Keith Delgado
Claim# 10784870
Leave Dates:
12-12-20 thru 2-23-21

Pages:

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 12/28/2020

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:**
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**12/28/2020** **Timothy J. Collins, MD**

### Current Medications

Taking
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs
- Celebrex 200 MG Capsule 1 capsule with food Orally Once a day

Not-Taking
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:

GAD-7

1. Feeling nervous, anxious, or on edge *Several Days - 1*
2. Not being able to stop or control worrying *Several Days - 1*
3. Worrying too much about different things *Several Days - 1*
4. Trouble relaxing *Not at all Sure - 0*
5. Being so restless that it's hard to sit still *Not at all Sure - 0*
6. Becoming easily annoyed or irritable *Not at all Sure - 0*
7. Feeling afraid as if something awful might happen *Not at all Sure - 0*

Total Score *3*

PHQ-2 (2015 Edition)

Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:

Patient presents today for follow-up on multiple medical conditions. She reports her mood is well controlled with current medications. Anxiety is mildly worse lately due to family situations but the Clonazepam helps with this. Denies dyspepsia with use of pantoprazole. Restless leg symptoms have greatly decreased with use of Pramipexole, patient wishes to continue this treatment. Continues to take statin medication as prescribed and monitors dietary intake. Monitors blood sugar readings at home and verbalizes readings in the lower to mid 100's. Continues to take Trulicity as prescribed but takes Metformin once daily instead of twice daily.

Patient continues to have right knee pain and swelling. Pain continues to interfere with daily activities and is described as a deep ache/throbbing. She has received "gel" injections by orthpedic specialist. States she may have to have further surgery if pain persists despite injections.

### Vital Signs

HT 5 ft 5 in, WT 220 lb 6 oz, WT Change -.75 lb, BMI **36.67**, BP 144/90 mm Hg, Temp 98.0 F, HR 84 /min, RR 16 /min, BSA **2.14**.

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020

Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**

**Examination**

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, no acute distress, WF.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NECK/THYROID: Supple.
CARDIOVASCULAR: S1, S2, no murmur, rub, or gallop. RRR.
LUNGS: CTA bilaterally, no wheezing, rales or rhonchi, breathing even and unlabored.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly iutact. Gait and statiou are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

**Physical Examination**

Labs reviewed above.

**Assessments**

1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9 (Primary)
2. Anxiety disorder, unspecified type - F41.9
3. Microcytic hypochromic anemia - D50.9
4. Gastro-esophageal reflux disease without esophagitis - K21.9
5. Restless leg syndrome - G25.81
6. Recurrent major depressive disorder, in full remission - F33.42
7. Mixed hyperlipidemia - E78.2
8. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
9. Fibromyalgia - M79.7
10. Migraine without aura and without status migrainosus, not intractable - G43.009
11. Primary osteoarthritis of both knees - M17.0
12. Pain in right knee - M25.561
13. Other chronic pain - G89.29

**Treatment**

**1. Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin**
Refill MetFORMIN HCl ER tablet extended release 24 hour, 500 mg, 1 tablet with a meal, Orally, Once a day for diabetes, 90 days, 90, Refills 1
Refill Trulicity Solution Pen-injector, 0.75 MG/0.5ML, 0.75 mg, Subcutaneous, weekly, 30 days, 4, Refills 5
LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943
LAB: Hemoglobin A1c

**2. Anxiety disorder, unspecified type**
Refill Clonazepam Tablet, 0.5 mg, 1 tablet, Orally, daily prn, 30 days, 30, Refills 5

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No. 24091171 DOS:** 12/28/2020

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling.
All other systems reviewed and are negative.

**3. Microcytic hypochromic anemia**
Refill Ferrous Sulfate Tablet, 325 (65 Fe) MG, 1 tablet, Orally, Once a day for iron, 90 days, 90, Refills 1
LAB: CBC, No Differential/Platelet #005017

**4. Gastro-esophageal reflux disease without esophagitis**
Refill Pantoprazole Sodium Tablet Delayed Release, 40 MG, 1 tablet, Orally, Once a day for stomach, 90 days, 90, Refills 1

**5. Restless leg syndrome**
Refill Pramipexole Dihydrochloride Tablet, 1 MG, 1 tablet, Orally, at bedtime for restless legs, 90 days, 90, Refills 1

**6. Recurrent major depressive disorder, in full remission**
Refill Fluoxetine HCl capsule, 40 mg, 1 capsule, Orally, Once a day for mood, 90 days, 90, Refills 1

**7. Mixed hyperlipidemia**
Refill Atorvastatin Calcium Tablet, 40 MG, 1 tablet, Orally, Once a day for cholesterol, 90 days, 90, Refills 1
LAB: Lipid Panel 303756
LAB: CMP14+eGFR #334943

**8. Allergic rhinitis, unspecified seasonality, unspecified trigger**
Continue Fluticasone Propionate Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day

**9. Fibromyalgia**
Refill Lyrica Capsule, 150 MG, 1 capsule, Orally, Twice a day for Fibromyalgia, 30 days, 60, Refills 5

**10. Migraine without aura and without status migrainosus, not intractable**
Refill Rizatriptan Benzoate Tablet, 10 mg, 1 tablet as needed one time, Orally, at onset of HA, 30 days, 12, Refills 5

**11. Primary osteoarthritis of both knees**
Refill Celebrex Capsule, 200 MG, 1 capsule with food, Orally, Once a day for arthritis pain, 90 day(s), 90, Refills 1

**12. Pain in right knee**
Notes: Continue work leave for 6 weeks. Follow-up with orthopedic specialist as scheduled.

**Procedures**
Venipuncture:
Venipuncture: Verbal consent obtained from patient, 23 g butterfly, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Patterson,Sue Ann , LPN 12/28/2020 10:11:07 AM > .

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 12/28/2020

**Preventive Medicine**
Mammogram results reviewed in documents.
Patient to follow-up with GI specialist in Knoxville regarding colonoscopy.
Follows with Cardiology and Vascular specialists as well for heart and carotid artery stenosis.

**Procedure Codes**
36415 VENIPUNCT, ROUTINE*

**Follow Up**
6 Months, prn

**Electronically signed by Timothy Collins , MD on 12/29/2020 at 10:49 AM CST**

**Sign off status: Pending**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

**Progress Note: Timothy J. Collins, MD 12/28/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**11/13/2020** **Timothy J. Collins, MD**

### Current Medications

Taking

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking

- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Doxycycline Hyclate 100 MG Capsule 1 capsule Orally Twice a day for infection
- Cheratussin AC 100-10 MG/5ML Syrup 10 ml as needed Orally every 4 hrs for cough
- Medication List reviewed and reconciled with the patient

### Past Medical History

### Reason for Appointment

1. Follow up

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition)

Little interest or pleasure in doing things? *Not at all*

Feeling down, depressed, or hopeless? *Not at all*

Total Score *0*

General:

Patient returns today for F/U bilateral knee pain. She has been evaluated by Orthopedics and is anticipating Synvisc injections. The pain is interfering with ADL's and she is unable to work. She is asking for an extension of her leave from work duties and short-term disability.

### Vital Signs

HT 5 ft 5 in, WT 221 lb 2 oz, WT Change 7.75 lb, BMI **36.79**, BP 140/94 mm Hg, Temp 98.5 F, HR 78 /min, RR 16 /min, BSA **2.14**.

### Examination

General Examination:

GENERAL APPEARANCE: Well nourished, well hydrated, obese WF no acute distress.

HEAD: Normocephalic, atraumatic, face symmetrical.

NECK/THYROID: Supple.

EXTREMITIES: Without clubbing cyanosis, or edema.

NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait is antalgic..

PSYCH: Normal mood and affect, alert and oriented x 4.

### Assessments

1. Primary osteoarthritis of both knees - M17.0 (Primary)

### Treatment

**1. Primary osteoarthritis of both knees**

Notes: Continue no work for 6 weeks. F/U Orthopedic surgery as scheduled.

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No. 24091171 DOS: 11/13/2020**

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with Diabetes, NKFH
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to

**Follow Up**

prn

**Electronically signed by Timothy Collins , MD on 11/23/2020 at 03:43 PM CST**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

GALYON, ROBERTA L DOB: [redacted] (55 yo F) Acc No. 24091171 DOS: 11/13/2020

1985? *No*
Miscellaneous:
Marital Status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath. Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Gastrointestinal Negative For: Abdominal pain, Acid reflux/heartburn, Blood in stool, Constipation, Diarrhea, Nausea, Vomiting. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Negative For: Muscle weakness, Numbness/tingling. All other systems reviewed and are negative.

Starr Regional Family Practice
Timothy J. Collins, MD
305 Grady Rd. Ste B
Etowah, TN 37331
P: 423-263-0722
F: 423-263-5232

# FAX

Pages:

To: Sedgwick Disability

Fax: 859-264-4372

Date: 9-29-20

Re: Roberta Galyon

From: Debi

Fax: 423-263-5232

Phone: 423-263-0722

Cc:

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

Comments:
Claim # C00603020480097 4AA
Win #: 101990928
Leave Dates from 10-2-20
thru 11-13-20.

Starr Regional Family Practice
Timothy J. Collins, MD
305 Grady Rd. Ste B
Etowah, TN 37331
P: 423-263-0722
F: 423-263-5232

# FAX

Pages:

To: Sedgewick Disability

Fax: 859-264-4372

Date: 11-24-20

Re: Roberta Galyon

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

From: Debi

Fax: 423-263-5232

Phone: 423-263-0722

Cc:

Comments:

Claim # C00603020480097H A A
W/N. # 70190928
Leave Dates from
10-2-20 thru 1-4-21

PAGE 10/11 * RCVD AT 12/29/2020 1:53:00 PM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6035591963 * CSID:423 263 5232 * ANI:14237817250 * DURATION (mm-ss):03-06

P. 1

* * * Communication Result Report ( Nov. 24. 2020 2:35PM ) * * *

1) Timothy Collins, M. D.
2)

Date/Time: Nov. 24. 2020 2:33PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1035 | Memory TX | 18592644372 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

Starr Regional Family Practice
Timothy J. Collins, MD
[illegible]
P: 423-263-0722
F: 423-263-5232

# FAX

To: Sedgewick Disability
Fax: 859-264-4372
Date: 11-24-20
Re: Roberta Galyon
From: Debi
Fax: 423-263-5232
Phone: 423-263-0722
Cc:

Pages:

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

Comments:
Claim # C00603020480099?4 A4
WIN # 70199092?8
Leave Dates from
10-2-20 thru 1-4-21

Lincoln Financial Group®

*LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

000019 LF7618M1 000000

MS. ROBERTA GALYON

PAGE 1/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:5035591953 * CSID: * ANI:14235079738 * DURATION (mm-ss):05-06

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 17, 2020

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

Sedgwick Claim Management Services, Inc. and Lincoln Life Assurance Company of Boston are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Walmart, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about December 11, 2020, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond December 11, 2020, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before December 11, 2020, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603) 559-1963 or mail them in the enclosed envelope by December 31, 2020:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization
- __ Resources for Living
- X Survivor / Estate Information Form
- __ Other

Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Resources for Living
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado



EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870 DATE OF BIRTH: [redacted]
EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 30 mins to an hour at a time stand No more than 30 mins at a time walk 2-3 mins.

How many hours a day do you:
sit more than 8 hours stand around 2-3 hours walk thru the house an hour

Do you take a nap during the day?
Yes ✓ No

If Yes, for how long? Nod - 2 hours At what time of the day? Anytime

How many hours a day do you spend in bed? Can't sleep in bed due to knees sleep in recliner

Do you require any assistive devices such as a:
cane ✓ walker crutches wheelchair other

How long are you able to sit in a car? 30 mins

Do you hold a valid driver's license?
Yes ✓ No

If No, please explain:

If Yes, how long are you able to drive a car? No more than 10 mins Nod off to sleep so I have a driver to take me places

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
call, text

Do you have children?
Yes ✓ No If Yes, what are their dates of birth Allison
Travis

Do you need help caring for your children?
Yes No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes No ✓ If Yes, please explain

How many times a day do you leave the house during the week? once or twice
On the weekends? Don't

How often do you run errands? I have someone drive me to my Dr. Appt.

Please describe what errands you most commonly run: Dr. appt.

**Lincoln/Galyon 1705**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you get outdoors? I look outside at least once a day

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ✓ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ✓ Read news/articles ✓ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply: NONE
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ON-LINE | Spouse picks up order |
| Carrying groceries into the house | spouse | |
| Cooking meals | myself | yes - spouse |
| Cleaning after meals | myself | yes - spouse |
| Cleaning bathrooms | spouse | |
| Vacuuming | spouse or Daughter | |
| Doing the laundry | myself | yes - spouse |
| Opening and responding to mail | myself | yes - spouse |
| Managing your finances | myself | yes - spouse |
| Balancing your checkbook | myself | yes spouse |
| Bathing yourself | myself | BATH chair |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | Try to Avoid | yes - spouse CANE |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

____

____

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? I don't

Where do you go? How do you get there (transportation method)? ____

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
I nod off to sleep while driving (thats why someone drives me where I Need to go) I don't see very clearly with or without my glasses. I have a lot of brain fog due to my Chiara malformation + Cartoid Artery. I cant bend down becaure of knees I drop items. I have fibromyalsia, migraines, Restless legs body pain insomnia

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
I get out of recliner in the morning stretch my leg muscles so they are not so tight eat breakfast, watch TV might talk on phone to my doctors. Nap + take my medicines, on a good day the body pain is not so bad but those days are few

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Scott Galyon

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Roberta Lynn Galyon Date: 12/29/2020

Signature: Roberta Lynn Galyon

**Lincoln/Galyon 1707**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: ______________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Timothy Collins
Specialty: Primary Care Doctor
Address: 305 Grady Road Suite B
Etowah, TN 37331
Telephone No.: (423) 263-0722 Fax No.: ( )

Name: Dr. Harold Cates
Specialty: Orthopedic Surgeon
Address: 9430 Park West Blvd
Knoxville TN 37923
Telephone No.: (865) 690-4861 Fax No.: ( )

Comp
Name: Dr. Dinu Nodit
Specialty: Neurologist
Address: 2060 Lakeside Ctrway
Knoxville TN 37922
Telephone No.: (865-622-6545 Fax No.: (855 233 7164

Name: Dr. Michael Freeman
Specialty: Vascular Surgeon
Address: 1940 Alcoa Hwy Suite E-120
Knoxville TN 37920
Telephone No.: (865) 305-8040 Fax No.: (865) 305-8041

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield
Specialty: Networks
Address:
Telephone No.: (501) 378-2000 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Wal-Mart
Specialty:
Address: 1815 Decatur Pike
Athens TN 37303
Telephone No.: (423 745-1495 Fax No.: ( )

Name: Walgreens
Specialty:
Address: 1302 Congress Pkwy
Athens TN 37303
Telephone No.: (423) 745-7749 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Galyon 1709**

5/ BENCHMARK
physical therapy
311 Congress Pkwy
N. Ste 800
Athens, TN 37303
hone
423-744-0890
FAX 423-744-0849

8/ Robert Mericle
Neurosurgeon
330 22nd Ave N.
Nashville, TN
37203
phone
615-320-0007

/
DR. BRIAN Cooper
CARdiologist
5726 MARlin Road
Suite 500
ChATTANOOGA TN
37411
phone
423-682-8100 -
FAX 423-682-8101

9/ DR. ANUJ ChANdRA
6624 Lee Hwy TN
Chattanooga
37421
sleep Doctor
phone
423-648-8008

/
DR. Michael Holt
orthopedic Surgeon
1926 Alcoa Hwy #210
Knoxville TN
37920
phone
865-213-1723

10/ STARR Regional Medical CTR.
1114 W. Madison Ave
Athens, TN 37303
423-745-1411

11/ Thomas
DR. McGuire ophthalmology
2560 25th St. NE
Cleveland, TN 37312
423-472-5401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: ____________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Keith Delgado

**EMPLOYEE/CLAIMANT NAME:** Roberta Galyon **CLAIM #:** 10784870

**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:** [redacted]

| Full Name (Last, First, Middle In t.) | Social Security # | Email Address | |
|---|---|---|---|
| Roberta L. Galyon | [redacted] | [redacted] | |
| Street Address | City | State | Zip Code |
| [redacted] | | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | [redacted] | Married | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |
| Scott Galyon [redacted] | 2 | [redacted] | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Scott Galyon Relationship to you? Spouse Tel #. [redacted]

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? Certified Pharmacy Technician

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Roberta Lynn Galyon

**DATE:** 12/29/2020 **EMPLOYEE'S SIGNATURE:** Roberta Lynn Galyon

DP 409

**Lincoln/Galyon 1712**

00000019 LF7618M1 00000222 E

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:**

Name: Roberta Lynn Galyon
Address:

Telephone Num

**YOUR DOMESTIC PARTNER:**

Name: Scott A. Galyon
Address:

Teleph

**CHILDREN:** List ALL children. Use reverse side if necessary.

Name: Travis Hall Date of Birth:
Address:

Telephone Number:

Name: Allison Roderick Date of Birth:
Address:

Telephon

Name: Date of Birth:
Address:

Telephone Number:

**GUARDIANSHIP:** For all children under age 18 listed above:

Name:
Address:

Telephone Number:

**DO YOU HAVE A WILL?** YES ___ NO ✓ **DO YOU HAVE A TRUST?** YES ___ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

Name of Executor or Administrator:
Address:

Telephone Number:

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 12/29/2020 EMPLOYEE'S PRINTED NAME: Roberta Lynn Galyon

EMPLOYEE'S SIGNATURE: Roberta Lynn Galyon

**Lincoln/Galyon 1713**

SIGNATURE: [signature] DATE: 12/29/2020

PAGE 13/17 * RCVD AT 12/29/2020 1:46:41 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:6035591963 * CSID: * ANI:14235079738 * DURATION (mm-ss):05-06

Lincoln/Galyon 1714

Personal
HEALTH RECORD

## PATIENT INFORMATION

| | | |
|---|---|---|
| Roberta L Galyon<br>NAME | 3<br>ADDRESS | BIRTH DATE |
| Female<br>GENDER | EMAIL | MARITAL STATUS |
| OCCUPATION | EMPLOYER | WORK PHONE |
| HOME PHONE | CELL PHONE | |

## INSURANCE INFORMATION

Primary
COVERAGE

| | | |
|---|---|---|
| Blue Advantage<br>COMPANY | 01961887W00<br>MEMBER ID | 080219<br>GROUP ID |
| Roberta L Galyon<br>INSURED NAME | CONTRACT HOLDER<br>RELATIONSHIP | [redacted]<br>BIRTH DATE |

**Based on current available data, no secondary insurance has been identified for this patient.**

## EMERGENCY CONTACT

| | | |
|---|---|---|
| CONTACT NAME | RELATIONSHIP | PHONE NUMBER |

## CHRONIC CONDITIONS/RISK FACTORS

- Diabetes
- Coronary Artery Disease
- Hyperlipidemia
- Hypertension

## IMMUNIZATIONS - IDENTIFIED IN THE LAST 60 MONTHS

**Based on current available data, no immunizations have been identified for this patient.**

## MEDICATIONS - IDENTIFIED IN THE LAST 120 DAYS

**Based on current available data, no medications have been identified for this patient.**

## INPATIENT HOSPITAL VISITS - IDENTIFIED IN THE LAST 48 MONTHS

**Based on current available data, no inpatient hospital services have been identified for this patient.**

## PROBLEM LIST - IDENTIFIED IN THE LAST 48 MONTHS

| LAST VISIT | DIAGNOSIS | LAST VISIT | DIAGNOSIS |
|---|---|---|---|
| 12/15/2020 | Diagnosis Withheld | 12/15/2020 | Diagnosis Withheld |
| 12/15/2020 | Diagnosis Withheld | 12/15/2020 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT KNEE |
| 12/08/2020 | OBESITY, UNSPECIFIED | 12/08/2020 | OBSTRUCTIVE SLEEP APNEA (ADULT) (PEDIATRIC) |
| 12/08/2020 | PERIODIC LIMB MOVEMENT DISORDER | 12/04/2020 | CHONDROMALACIA PATELLAE, LEFT KNEE |
| 12/04/2020 | DERANGEMENT OF ANTERIOR HORN OF LATERAL MENISCUS DUE TO OLD TEAR OR INJURY, LEFT KNEE | 12/04/2020 | OTHER MENISCUS DERANGEMENTS, ANTERIOR HORN OF LATERAL MENISCUS, LEFT KNEE |
| 12/01/2020 | ABNORMAL ELECTROCARDIOGRAM [ECG] [EKG] | 12/01/2020 | ENCOUNTER FOR OTHER PREPROCEDURAL EXAMINATION |
| 11/13/2020 | BILATERAL PRIMARY OSTEOARTHRITIS OF KNEE | 11/11/2020 | VENTRICULAR PREMATURE DEPOLARIZATION |
| 11/11/2020 | OTHER SPECIFIED CARDIAC ARRHYTHMIAS | 11/11/2020 | ELEVATED BLOOD-PRESSURE READING, WITHOUT DIAGNOSIS OF HYPERTENSION |
| 11/06/2020 | OTHER MENISCUS DERANGEMENTS, UNSPECIFIED LATERAL MENISCUS, LEFT KNEE | 11/06/2020 | OTHER MENISCUS DERANGEMENTS, POSTERIOR HORN OF MEDIAL MENISCUS, RIGHT KNEE |

| | | | |
|---|---|---|---|
| 11/05/2020 | OTHER SPECIFIED MYOTONIC DISORDERS | 11/05/2020 | PRESENCE OF RIGHT ARTIFICIAL KNEE JOINT |
| 10/31/2020 | TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS | 10/31/2020 | Diagnosis Withheld |
| 10/31/2020 | ACUTE UPPER RESPIRATORY INFECTION, UNSPECIFIED | 10/31/2020 | ALLERGIC RHINITIS, UNSPECIFIED |
| 10/31/2020 | ATELECTASIS | 10/31/2020 | DIAPHRAGMATIC HERNIA WITHOUT OBSTRUCTION OR GANGRENE |
| 10/31/2020 | FIBROMYALGIA | 10/31/2020 | DYSPNEA, UNSPECIFIED |
| 10/31/2020 | CONTACT WITH AND (SUSPECTED) EXPOSURE TO OTHER BACTERIAL COMMUNICABLE DISEASES | 10/31/2020 | CONTACT WITH AND (SUSPECTED) EXPOSURE TO OTHER VIRAL COMMUNICABLE DISEASES |
| 10/31/2020 | LONG TERM (CURRENT) USE OF ASPIRIN | 10/31/2020 | LONG TERM (CURRENT) USE OF ORAL HYPOGLYCEMIC DRUGS |
| 10/20/2020 | ACUTE SINUSITIS, UNSPECIFIED | 10/15/2020 | NONRHEUMATIC MITRAL (VALVE) INSUFFICIENCY |
| 10/15/2020 | NONRHEUMATIC TRICUSPID (VALVE) INSUFFICIENCY | 10/05/2020 | PAIN IN LEFT KNEE |
| 10/05/2020 | OTHER TEAR OF MEDIAL MENISCUS, CURRENT INJURY, LEFT KNEE, INITIAL ENCOUNTER | 09/30/2020 | TYPE 2 DIABETES MELLITUS WITH DIABETIC NEUROPATHY, UNSPECIFIED |
| 09/30/2020 | Diagnosis Withheld | 09/30/2020 | MIGRAINE, UNSPECIFIED, INTRACTABLE, WITHOUT STATUS MIGRAINOSUS |
| 09/30/2020 | COMPRESSION OF BRAIN | 09/30/2020 | OCCLUSION AND STENOSIS OF UNSPECIFIED CAROTID ARTERY |
| 09/28/2020 | ARNOLD-CHIARI SYNDROME WITHOUT SPINA BIFIDA OR HYDROCEPHALUS | 09/24/2020 | OTHER CHRONIC ALLERGIC CONJUNCTIVITIS |
| 09/24/2020 | OTHER VITREOUS OPACITIES, BILATERAL | 09/24/2020 | PRESENCE OF INTRAOCULAR LENS |
| 09/16/2020 | PAIN IN RIGHT KNEE | 09/16/2020 | PAIN IN RIGHT LEG |
| 09/16/2020 | PAIN IN LEFT LEG | 09/16/2020 | ANESTHESIA OF SKIN |
| 09/16/2020 | PARESTHESIA OF SKIN | 09/16/2020 | ABNORMAL ELECTROMYOGRAM [EMG] |
| 09/16/2020 | OTHER SPECIFIED POSTPROCEDURAL STATES | 09/10/2020 | STIFFNESS OF RIGHT KNEE, NOT ELSEWHERE CLASSIFIED |
| 09/10/2020 | MUSCLE WEAKNESS (GENERALIZED) | 09/10/2020 | DIFFICULTY IN WALKING, NOT ELSEWHERE CLASSIFIED |
| 09/04/2020 | ENCOUNTER FOR SCREENING MAMMOGRAM FOR MALIGNANT NEOPLASM OF BREAST | 08/21/2020 | OTHER ACUTE POSTPROCEDURAL PAIN |
| 08/21/2020 | SPINAL STENOSIS, LUMBAR REGION WITHOUT NEUROGENIC CLAUDICATION | 08/03/2020 | OCCLUSION AND STENOSIS OF BILATERAL CAROTID ARTERIES |
| 08/03/2020 | BUDD-CHIARI SYNDROME | 08/03/2020 | PAIN IN LEG, UNSPECIFIED |
| 07/31/2020 | IRON DEFICIENCY ANEMIA, UNSPECIFIED | 07/31/2020 | MIXED HYPERLIPIDEMIA |
| 07/31/2020 | GASTRO-ESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS | 07/31/2020 | OTHER FATIGUE |
| 07/18/2020 | RESTLESS LEGS SYNDROME | 07/18/2020 | OTHER MUSCLE SPASM |
| 07/18/2020 | SHORTNESS OF BREATH | 07/18/2020 | OTHER CHEST PAIN |
| 07/18/2020 | CHEST PAIN, UNSPECIFIED | 07/18/2020 | OTHER MALAISE |
| 07/18/2020 | OTHER NONSPECIFIC ABNORMAL FINDING OF LUNG FIELD | 07/02/2020 | AFTERCARE FOLLOWING JOINT REPLACEMENT SURGERY |
| 06/16/2020 | HYPERLIPIDEMIA, UNSPECIFIED | 06/16/2020 | Diagnosis Withheld |
| 06/16/2020 | FATTY (CHANGE OF) LIVER, NOT ELSEWHERE CLASSIFIED | 06/16/2020 | CHONDROMALACIA, RIGHT KNEE |
| 06/16/2020 | OTHER ABNORMALITIES OF GAIT AND MOBILITY | 06/16/2020 | BODY MASS INDEX (BMI) 34.0-34.9, ADULT |
| 06/13/2020 | Diagnosis Withheld | 06/08/2020 | ENCOUNTER FOR PREPROCEDURAL CARDIOVASCULAR EXAMINATION |
| 05/27/2020 | OTHER INTERNAL DERANGEMENTS OF RIGHT KNEE | 05/27/2020 | EFFUSION, RIGHT KNEE |
| 05/27/2020 | SYNOVIAL CYST OF POPLITEAL SPACE [BAKER], RIGHT KNEE | 04/23/2020 | SLEEP APNEA, UNSPECIFIED |

| | | | |
|---|---|---|---|
| 04/23/2020 | ESSENTIAL (PRIMARY) HYPERTENSION | 04/23/2020 | OTHER LONG TERM (CURRENT) DRUG THERAPY |
| 03/27/2020 | MIGRAINE, UNSPECIFIED, NOT INTRACTABLE, WITHOUT STATUS MIGRAINOSUS | 03/27/2020 | ACUTE BRONCHITIS, UNSPECIFIED |
| 03/27/2020 | LONG TERM (CURRENT) USE OF INSULIN | 03/27/2020 | PERSONAL HISTORY OF URINARY CALCULI |
| 03/27/2020 | ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS | 03/23/2020 | ACUTE OBSTRUCTIVE LARYNGITIS [CROUP] |
| 03/19/2020 | ACUTE LARYNGOPHARYNGITIS | 03/17/2020 | OTHER SECONDARY CATARACT, BILATERAL |
| 02/03/2020 | Diagnosis Withheld | 02/03/2020 | MIGRAINE WITHOUT AURA, NOT INTRACTABLE, WITHOUT STATUS MIGRAINOSUS |
| 02/03/2020 | ENCOUNTER FOR OTHER SCREENING FOR MALIGNANT NEOPLASM OF BREAST | 12/19/2019 | CALCULUS OF URETER |
| 12/18/2019 | HYDRONEPHROSIS WITH RENAL AND URETERAL CALCULOUS OBSTRUCTION | 12/18/2019 | HYDROURETER |
| 12/18/2019 | HEPATOMEGALY, NOT ELSEWHERE CLASSIFIED | 12/12/2019 | ANEMIA, UNSPECIFIED |
| 11/26/2019 | BENIGN NEOPLASM OF ASCENDING COLON | 11/26/2019 | BENIGN NEOPLASM OF TRANSVERSE COLON |
| 11/26/2019 | ANEMIA IN OTHER CHRONIC DISEASES CLASSIFIED ELSEWHERE | 11/26/2019 | ESOPHAGEAL OBSTRUCTION |
| 11/26/2019 | CHRONIC SUPERFICIAL GASTRITIS WITHOUT BLEEDING | 11/26/2019 | GASTRITIS, UNSPECIFIED, WITHOUT BLEEDING |
| 11/26/2019 | DIVERTICULOSIS OF LARGE INTESTINE WITHOUT PERFORATION OR ABSCESS WITHOUT BLEEDING | 11/26/2019 | OTHER HEMORRHOIDS |
| 11/26/2019 | DIARRHEA, UNSPECIFIED | 10/31/2019 | LOW BACK PAIN |
| 10/28/2019 | IDIOPATHIC HYPERSOMNIA WITH LONG SLEEP TIME | 08/07/2019 | INSOMNIA, UNSPECIFIED |
| 07/16/2019 | PAIN IN RIGHT ANKLE AND JOINTS OF RIGHT FOOT | 07/16/2019 | PAIN IN LEFT ANKLE AND JOINTS OF LEFT FOOT |
| 07/13/2019 | COMPLEX TEAR OF MEDIAL MENISCUS, CURRENT INJURY, RIGHT KNEE, SUBSEQUENT ENCOUNTER | 06/20/2019 | OTHER INTERVERTEBRAL DISC DEGENERATION, LUMBAR REGION |
| 06/20/2019 | COMPLEX TEAR OF MEDIAL MENISCUS, CURRENT INJURY, RIGHT KNEE, INITIAL ENCOUNTER | 06/19/2019 | IRON DEFICIENCY |
| 06/19/2019 | UNSPECIFIED ABDOMINAL PAIN | 06/19/2019 | CHANGE IN BOWEL HABIT |
| 05/02/2019 | DIZZINESS AND GIDDINESS | 05/02/2019 | HEADACHE |
| 04/15/2019 | NONALCOHOLIC STEATOHEPATITIS (NASH) | 04/02/2019 | OCCLUSION AND STENOSIS OF RIGHT CAROTID ARTERY |
| 04/02/2019 | OCCLUSION AND STENOSIS OF LEFT CAROTID ARTERY | 03/20/2019 | AGE-RELATED NUCLEAR CATARACT, RIGHT EYE |
| 03/20/2019 | OTHER SECONDARY CATARACT, RIGHT EYE | 03/13/2019 | AGE-RELATED NUCLEAR CATARACT, LEFT EYE |
| 03/13/2019 | OTHER SECONDARY CATARACT, LEFT EYE | 02/28/2019 | CHRONIC MAXILLARY SINUSITIS |
| 02/28/2019 | LUMBAGO WITH SCIATICA, RIGHT SIDE | 02/28/2019 | LUMBAGO WITH SCIATICA, LEFT SIDE |
| 02/05/2019 | AGE-RELATED NUCLEAR CATARACT, BILATERAL | 02/05/2019 | ACUTE MAXILLARY SINUSITIS, UNSPECIFIED |
| 01/25/2019 | ACQUIRED ABSENCE OF OTHER SPECIFIED PARTS OF DIGESTIVE TRACT | 01/24/2019 | CHRONIC MIGRAINE WITHOUT AURA, INTRACTABLE, WITH STATUS MIGRAINOSUS |
| 01/24/2019 | OTHER DISTURBANCES OF SKIN SENSATION | 01/08/2019 | PLANTAR FASCIAL FIBROMATOSIS |
| 11/21/2018 | UNILATERAL PRIMARY OSTEOARTHRITIS, LEFT KNEE | 11/20/2018 | PELVIC AND PERINEAL PAIN |
| 10/23/2018 | RIGHT UPPER QUADRANT PAIN | 10/23/2018 | NONSPECIFIC ELEVATION OF LEVELS OF TRANSAMINASE AND LACTIC ACID DEHYDROGENASE [LDH] |
| 09/25/2018 | MORBID (SEVERE) OBESITY DUE TO EXCESS CALORIES | 09/25/2018 | BODY MASS INDEX (BMI) 35.0-35.9, ADULT |
| 09/17/2018 | Diagnosis Withheld | 08/25/2018 | NARCOLEPSY WITH CATAPLEXY |
| 08/14/2018 | OTHER OBESITY DUE TO EXCESS CALORIES | 08/14/2018 | INSOMNIA DUE TO MEDICAL CONDITION |
| 08/14/2018 | CARDIAC ARRHYTHMIA, UNSPECIFIED | 06/17/2018 | DYSURIA |
| 04/20/2018 | COUGH | 02/21/2018 | ENCOUNTER FOR GYNECOLOGICAL EXAMINATION (GENERAL) (ROUTINE) WITHOUT ABNORMAL FINDINGS |
| 02/06/2018 | CONJUNCTIVITIS DUE TO ADENOVIRUS | 01/08/2018 | OTHER CONJUNCTIVITIS |
| 01/08/2018 | OTITIS MEDIA, UNSPECIFIED, RIGHT EAR | 01/08/2018 | JAW PAIN |

**Lincoln/Galyon 1717**

## MEDICAL HISTORY

### Personal Health Information

| | | | |
|---|---|---|---|
| RATE YOUR HEALTH | HOURS SLEEP PER DAY | DAILY VITAMIN | AEROBIC EXERCISE |
| EAT A BALANCED DIET YOUR HEALTH | DIETARY RESTRICTIONS | # OF PREGNANCIES | # OF LIVE BIRTHS |

### Social Health Information

| | | | |
|---|---|---|---|
| LEVEL OF EDUCATION | HRS WORK PER WK | CHEMICAL EXPOSURE | ALCOHOLIC BEVERAGES |
| TOBACCO PRODUCTS | TOBACCO TYPE | IF QUIT, HOW LONG | CAFFEINE BEVERAGES |

### Family Health Information

**Based on current available data, no family members have been identified for this patient.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta Lynn Galyon

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Roberta Lynn Galyon Date: 12/29/2020

Date of Birth: ____________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Roberta L. Galyon

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Roberta L. Galyon Date: 12/29/2020

Date of Birth: ______________ Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

5220200710024047

Lincoln/Galyon 1721

Medi-Copy Services, Inc.
8 City Blvd
Suite 400
Nashville TN 37209
medicopy.net

# FAX

| | | | |
|---|---|---|---|
| **To:** | +1 (859) 264-4372 | **From:** | Gabriel Costi |
| **Company:** | | **Fax:** | +1 (855) 804-4655 |
| **Fax:** | +1 (859) 264-4372 | **Phone:** | 6157802741 |
| **Subject:** | | **Date:** | 07/10/2020 |
| **Ref:** | | **Time:** | 04:07:05 PM CST |
| **Pages:** | 21 | | |

**Remarks:**

This facsimile, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message.

**Sedgwick Claims Management Services, Inc.**

| | |
|---|---|
| To: | Medical Records |
| Fax: | 18655464421 |
| From: | Schoenrock, Forest |
| Fax: | |
| Date: | July 02, 2020 |
| Subject: | 302053462590001 GALYON, ROBERTA L |

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by calling the number listed above and return the original message to us at the address above by the United States Postal Service.

sedgwick

# Request for Medical Information to support Disability

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678 **Facsimile:** (859) 264-4372 **Email:** Walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | July 02, 2020 | **Pages:** | 9 |
| **To:** | Medical Records | **From:** | Sedgwick Disability & Leave |
| **Fax:** | 8655464421 | **Fax:** | (859) 264-4372 |
| **Patient:** | Roberta L. Galyon | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | [redacted] | **Claim Number:** | 30205346259-0001 |

**Medical Information Due Date:** **07/03/2020**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed

☒ Office Treatment Notes

☐ Other:

**Please fax all clinical information after each visit or patient contact to:**
**Fax: (859) 264-4372 or Email: Walmartforms@sedgwicksir.com**
Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

IC04190480.848-2048!

## Attending Physician Statement

**Associate name:** Roberta L. Galyon
**Claim number:** 30205346259-0001

**Associate WIN:** 101990928
**Medical due date:** 07/03/2020

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: 6/16/20 - 9/8/20

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☒ If yes, dates of admission: ________

3. Date(s) you treated the patient for condition: 7/2/20, 5/29/20, 5/18/20, 4/9/20

4. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐ If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

   All functions postop

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). **NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.**

   OA of R knee, Uni-compartment arthroplasty.

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

**NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.**

**In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.**

1. Objective findings: HT:____ WT:____ BP:____ TEMP:____ PULSE:____ RESP:____

2. Patient's Complaints: See Attached

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001 **Medical due date:** 07/03/2020

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary: ICD10 Code: M17.11 Description: ____
   Secondary: ICD10 Code: ____ Description: ____
   ICD10 Code: ____ Description: ____

4. List all co-morbid conditions: —

5. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: __/__/__

6. If patient is pregnant, is a C-Section planned? Yes ☐ No ☒ If yes, date scheduled? __/__/__

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. See Attached

8. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

   If "Yes", give the date the patient was able to return to work __/__/__

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. 9/9/20

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☒
   If "Yes", indicate date restrictions begin: __/__/__ Date restrictions end: __/__/__
   Restriction (s) required: ____

10. When was patient first diagnosed with this condition? 4/9/20

11. When is the patient's next office visit? 8/3/20

12. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☒
    If yes, provide date and description of event:

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary): See Attached

**Associate name:** Roberta L. Galyon
**Claim number:** 30205346259-0001

**Associate WIN:** 101990928
**Medical due date:** 07/03/2020

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication Dose Frequency Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|
| See Attached | Yes ☐ | No ☐ | Yes ☐ | No ☐ | __/__/__ |
| | Yes ☐ | No ☐ | Yes ☐ | No ☐ | __/__/__ |
| | Yes ☐ | No ☐ | Yes ☐ | No ☐ | __/__/__ |
| | Yes ☐ | No ☐ | Yes ☐ | No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
List the name of the procedure: Unicompartmental medial knee replacement
CPT code: 27446 Date of procedure: 6 /16 /20

16. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number. ______

17. List specific functional limitations of Activities of Daily Living (ADL's): ______

18. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
If yes please describe: ______

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. **To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.**
"Genetic Information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member of an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
"Genetic Information," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic Information" does not include information about an individual's sex or age.

Telephone Number: 865-546-2663 Healthcare Provider Name (Printed): Edwin Holt, MD

Fax Number: ______ Healthcare Provider Specialty: ortho

Date Completed: 7/10/20 Healthcare Provider Signature: Edwin Holt, MD

Med 3 of 3

Completed By MediCopy

1C04190480 848-20481

## HIPAA Release

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001

**This authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

**Note to all healthcare providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Follow these instructions to complete the form:

1. Complete all applicable areas of the form.
2. If you are an authorized representative, include a copy of the legal document(s) authorizing you to act on the associate's behalf.
3. Sign this form.
4. Return this form as soon as possible – **keep a copy for your records.**

Your refusal to complete and sign this form may affect your eligibility for benefits under Walmart's disability plan.

Associate signature: ______________________________

ROI 1 OF 5

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

## Authorization for use and disclosure of medical information

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001

I understand that Lincoln Financial Group (Lincoln) and Sedgwick work to coordinate claim services for Walmart's: 1) disability income benefit plan; 2) requests for leave under the Family and Medical Leave Act (FMLA), state leave laws, and/or Walmart's leave of absence policy ("Leave Request"); and 3) Walmart's workers' compensation program (collectively, "My Employer's Benefit Plans and Programs"). In order that Lincoln and Sedgwick may obtain information necessary to determine my eligibility for disability income benefits and/or my Leave Request, I have read and signed the following authorization:

**For the following purposes of determining my eligibility for:**

- Disability income benefits
- Leave under the Family and Medical Leave Act
- Leave under other state law
- Leave under Walmart's disability and leave of absence policy and/or Walmart's workers' compensation program

**I authorize the following persons** having any records or knowledge of me or my health:

- Any physician, surgeon, dentist, pharmacy benefits manager or other medical service provider
- Any hospital, clinic, ambulance service or other medical-related facility
- Other insurance company
- Any employer, disability service administrator, group policyholders, contract holders or benefit plan administrators
- Any government agency
- The authorized persons/entities include but are not limited to the following (list all providers you have treated with over the past 5 years):

________________________________________

________________________________________



!C04190450.848-2048!

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001

I permit Sedgwick to contact any healthcare provider who has submitted a medical certification to Sedgwick in connection with my Leave Request in order to authenticate, clarify, or obtain any information missing on the certification. I also permit Lincoln or Sedgwick to contact any healthcare providers necessary to evaluate and determine my eligibility for disability income benefits.

**This includes giving the following information:**

- All medical and claim information about me, including medical history, diagnosis, prognosis and treatment of any physical or mental condition. This includes disclosure of my entire medical record, including but not limited to, disclosure of medical care or surgery, psychiatric or psychological care or examinations; but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. I understand that this authorization includes my consent to disclose medical information that relates to mental illness, **HIV, AIDS, HIV**-related illness and sexually transmitted diseases or other serious communicable diseases, but only in accordance with any law or regulation that applies to any such disclosure of this information about me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law, and may no longer be covered by those rules.

- Federal and/or state law specifically requires that any disclosure or re-disclosure of substance abuse, alcohol or drug, mental health or AIDS related information must be accompanied by the following written statement:

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) and/or state law. The Federal rules and/or state law prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**To Lincoln and Sedgwick** in the format requested by them, including by telephone, fax or mail. I authorize Lincoln and Sedgwick to release information about me 1) to each other, 2) to any person performing business or legal services on their behalf and persons or organizations performing claims management and claims advisory services or medical treatment or services in connection with my claims for disability income benefits, my Leave Request, and/or occupational injury benefits claim, 3) to Walmart and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to extent permitted by state or federal law, 4) as required by law. I understand that Lincoln and Sedgwick will only use or disclose the information to the extent necessary to administer My Employer's Benefit Plans or Programs.

This information will not be released by Lincoln and Sedgwick to parties that are not acting on behalf of Lincoln, Sedgwick, and/or My Employer's Benefit Plans or Programs, unless required by law, or unless specifically requested to do so, in writing by me.

I understand that I may revoke this authorization at any time by writing to the address noted above. I further understand that, unless permitted by applicable law, I cannot revoke this authorization to the extent that Walmart, Lincoln and/or Sedgwick have taken action in reliance on it.



IC04190480.848-20481

# COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwicksr.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Roberta L. Galyon **Associate WIN:** 101990928
**Claim number:** 30205346259-0001

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for **2 years** from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. **I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.**

I understand that a photocopy of this authorization is as valid as the original, **and that I may receive a copy of this authorization upon request.**

| | |
|---|---|
| Signature of patient (associate) or patient's representative | Patient's (associate's) address |
| Printed name of patient (associate) or patient's representative | XXX-XX-______ Patient's (associate's) *Last four digits* of Social Security Number |
| Representative's relationship to patient, only if applicable | First day absent |
| Date signed | Date of birth |

**Short Term Disability Income Benefits and Leaves administered by Sedgwick.**
**Long Term Disability Income Benefits insured and administered by Lincoln.**
**Lincoln and Sedgwick are independent entities and are not affiliated with each other.**

ROI 5 OF 5

!C04190480.848-2048!

ORTHO TENNESSEE

| | |
|---|---|
| Patient: | Roberta Galyon |
| Date of Birth: | [redacted] |
| Date: | 07/02/2020 3:10 PM |
| Visit Type: | Post Op Visit |
| Historian: | self |

Chief Complaint:

This 55 year old female presents for post-op right knee.

History of Present Illness:

1. post-op right knee
   Activity level is: with assistance. Status is: improving. Pain level is: 8/10. Pain medications taken. WB status: full. Wound healing. No calf tenderness. No fever/chills. Rehabilitation. No nausea/vomiting. Swelling. Home exercise. Using assistive device. Other: Well healed incision.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Anxiety | | Y | | |
| Diabetes | | Y | | |
| High cholesterol | | Y | | |
| Sleep apnea | | Y | | |
| Depression | | Y | | |
| Bilateral primary osteoarthritis of knee | | N | | |
| Aftercare following right knee joint replacement surgery | | N | | |

## Past Medical History (Detailed)

## Past Surgical History

| Management | Date | Comments |
|---|---|---|

| | |
|---|---|
| Blood transfusion | |
| Cholecystectomy | |
| Hysterectomy, total | |
| UNI-COMPARTMENT ARTHROPLASTY, KNEE | 20200616 |

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| metformin ER 500 mg tablet,extended release 24 hr | take 1 tablet by oral route every day with the evening meal | // | | | Y |
| Lyrica 150 mg capsule | take 1 capsule by oral route 2 times every day | // | | | Y |
| fluoxetine 40 mg capsule | take 1 capsule by oral route every day in the morning | // | | | Y |
| pramipexole 1 mg tablet | | // | | | Y |
| Trulicity | inject 0.5 milliliter by subcutaneous route every week in the abdomen, thigh, or upper arm rotating injection sites | // | | | Y |
| clonazepam | | // | | | Y |
| Maxalt 10 mg tablet | | // | | | Y |
| Protonix | | // | | | Y |
| atorvastatin 40 mg tablet | | // | | | Y |
| Mobic 7.5 mg tablet | take 1 tablet by oral route 1-2 times daily. | 04/09/2020 | | | N |

### Patient Status

Completed with information received for patient in a summary of care record.

### Medication Reconciliation

Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | | N |
| Sister | | | | Diabetes mellitus | | N |

## Social History: (Reviewed, updated)

Tobacco use reviewed.
Preferred language is English.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Tobacco use status: Current non-smoker.
Smoking status: Never smoker.

TOBACCO SCREENING:
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

ALCOHOL
There is no history of alcohol use.

### Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:36 PM | | | | | 5.0 | 5.00 | 165.10 | 199.00 | 90.265 | 33.12 | | |

**Measured By**

| Time | Measured by |
|---|---|
| 3:36 PM | Elida Gaylor |
| 3:34 PM | Elida Gaylor |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Post-op | | Alert and oriented x3. Neurovas intact. Dressing removed. Sutures removed. Wound healing well. New dressing applied. Motor: 0-95. |

## Diagnostics:

| Study | Result/Report |
|---|---|
| Knee X-ray; Limited (1 or 2 views) | |

## Indication/Type of Treatment:

| Indication | Type of Treatment | Side | Region | Initial Treatment Date | Global Days | Status |
|---|---|---|---|---|---|---|
| Primary osteoarthritis of right knee | UNI-COMPARTMENT ARTHROPLASTY, KNEE | right | knee | 06/16/2020 | 16 | completed |

## Clinical Assessment:

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Knee X-ray; Limited (1 or 2 views) | | | Right | | | | |
| Advance activity as tolerated | | | | | | | |
| Elevate as needed | | | | | | | |
| Follow exercise program | | | | | | | |
| Ice as needed | | | | | | | |
| Progress until full ROM | | | | | | | |
| Progress until full strength | | | | | | | |

## Other Diagnostic Orders

| Status | Order | Code | Timeframe | Appointment | Interpretation |
|---|---|---|---|---|---|
| completed | Knee X-ray; Limited (1 or 2 views) | | | | |

## Assessment/Plan

Two weeks status post right medial unicompartmental knee replacement.
Roberta is doing well with her right unicompartmental knee replacement. She is going to physical therapy. She is able to range her knee in the office today from 0 to 95 degrees. We discussed the importance of her continuing to work on her range of motion daily, quad strengthening every other day and to continue working with physical therapy. We have given a refill of Percocet in the office today. She is going to remain to be on a baby aspirin twice a day for the next month until we see her back and we have send in a Celebrex for anti-inflammatory relief. We removed her staples in the office today. applied Steri-Strips and discussed wound precautions. We will see her back in another month for

followup visit just to check her range of motion and she should call if she has any other questions or concerns. This patient was also seen and evaluated in the office today with Dr. Holt.

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Aftercare following right knee joint replacement surgery (Z47.1). |
| 2. | Assessment | Presence of right artificial knee joint (Z96.651). |
| 3. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s) completed today: Knee X-ray; Limited (1 or 2 views). Obtained on 07/02/2020, on Right. The patient was instructed to follow-up visit in 4 Weeks. Reason for referral: Follow Up. |
| | Plan Orders | Today's instructions / counseling include(s) Advance activity as tolerated., Elevate as needed., Follow exercise program., Ice as needed., Progress until full ROM. and Progress until full strength. |

### Pain Management Plan

Pain Scale: 8/10.
Method: Numeric Pain Intensity Scale.

### Medications Ordered this Encounter:

| Brand | Dose | Sig Desc | PRN Status | PRN Reason |
|---|---|---|---|---|
| CELEBREX | 200 mg | take 1 capsule by oral route every day | N | |
| PERCOCET | 7.5 mg-325 mg | take 1 tablet by oral route every 6 hours as needed for pain | N | |

### Counseling/Educational Factors:

Counseling / educational factors reviewed.

*Provider:*
Kramer, Erin M 07/07/2020 1:54 AM
*Document generated by:* NEXTGEN Admin 07/07/2020 01:54 AM

Patient Name: GALYON, ROBERTA L
MRN: 1844020 Admit Date: 6/16/2020
FIN: 18440200013 Discharge Date: 6/16/2020
Date of Birth:

1268186

## Operative Report

DOCUMENT TYPE: Operative Report
ELECTRONICALLY SIGNED BY: HOLT MD,EDWIN MICHAEL (6/16/2020 10:32 EDT)

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

**Patient Information**
**Patient Name:** GALYON, ROBERTA L
**DOB:** [redacted]
**MRN:** 1844020
**FIN:** 18440200013

**Primary Care Physician**
Collins (Results), Timothy

**Date of Service**
06/16/2020

**Date of Operation**
06/16/2020

**Preoperative Diagnosis**
_Medial osteoarthritis right knee right knee
Mild medial trochlear groove chondromalacia grade 3 focal

**Postoperative Diagnosis**
Same

**Operation/Procedure Performed**
_Unicompartmental medial knee replacement right knee

**Surgeon**
Attending
Edwin M. Holt, MD

Assistant
_Kramer PA who help position the patient hold retractors and placed subcutaneous sutures no orthopedic resident was available at this facility and one was definitely needed as a first assistant on this case

**Operative Data**
Anesthesia
Final with abductor canal block

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4752.

## Operative Report

Estimated Blood Loss
Less than 20 mL

Sponge Needle and Instrument Counts
Correct times two at the end of the procedure

Drains
Medium Hemovac

Condition
Stable upon transfer to the recovery room.

Specimens
_None

**Indication for Surgery**
The patient is a 55-year-old female with progressive medial osteoarthritis with minimal patellofemoral symptoms who is failed conservative treatment efforts. She has had corticosteroid injections anti-inflammatories and physical therapy endeavors and remains miserable with her knee because of her failure to improve she is brought in today for a medial unicompartmental knee replacement possible total knee on the right knee_

**Description of Procedure**
Patient received an adductor canal block spinal anesthetic in the holding room was subsequent taken the operating room where she was placed in supine position operative table after appropriate timeout was completed the patient's right lower extremity was all prepped and draped in sterile fashion after proximal thigh tourniquet cuff been applied leg was extended and Esmarch wrap tourniquet was applied to 300 mmHg anterior medial incision was made the patient's right knee dissection was carried down through subcu tissues hemostasis was afforded by Bovie coagulation medial arthrotomy was made at this time the patient's patella was retracted laterally the knee was inspected the lateral femoral condyle tibial plateau lateral meniscus all look normal ACL PCL were normal to inspection probing the trochlear groove there is found to be a normal mid and lateral trochlear groove the medial trochlear groove had a grade 3 focal lesion which did not appear to be consistent with a kissing lesion on the medial patella facet and hence it was thought a medial unicompartmental knee replacement would be appropriate. Roger was used to smooth this area minimally. At this point completed attention was turned the medial femoral condyle tibial plateau which I grade 3 and punctate grade 4 lesions abundant osteophytosis was present on the medial femoral condyle after also was completed using a Z UK extra medullary tibial guide tibial pinning was completed and a proximal tibial cut was made with an oscillating saw. This showed excellent cut alignment by checking with the alignment rod and next using the gap balancing technique femoral pin pinning of the jig was completed and a distal femoral cut was made at this time was removed at this time and sized to a size E right medial femoral component appropriate lug holes were drilled at this time. Sizing of the tip proximal medial tibial cut to a size 2 was completed at this time. Meniscus was carefully removed under direct visualization at this time without difficulties trial reduction at this time with a size B right medial femur sized to right medial tibia and an 8 mm Z UK polyliner was completed millimeters tongue depression which could be fit easily in 90 degrees of flexion and was slightly more if a culprit could be passed in extension. After also completed final lug holes were drilled in the tibia is in good cementing technique the tibia and femur were cemented under pressure and held under pressure until dry excess cement was removed at this time trials were once again completed and a sized to 8 mm Z UK unicompartmental right taking the surface was placed in the tibial tray and was seated and checked to be in stable position. The knee was taken through range of motion looked excellent medial trochlear groove lesion to have minimal impingement on the medial patella facet overall look very good. Irrigation with sterile saline was completed after hemostasis was afforded by Bovie coagulation. Medial mid back drain was taken out through separate stab wound the overlying arthrotomy was closed with simple interrupted #2 Tevdek in the high stress area and a running #2 strata fix the remainder of the arthrotomy. Subcutaneous tissue copious irrigated with sterile saline closed with simple erupted 2-0 Vicryl sutures stainless steel staples used to close the skin. The patient was placed in a soaked Adaptic 4 x 4's Kerlix and Ace wrap dressing. Patient tolerated procedure well was transported up to the recovery bed taken recovery in satisfactory condition the sponge and needle count were correct x2. _

**Instructions to Medical Records:**

END REQUEST

## *Operative Report*

*Electronically Signed By: HOLT MD, EDWIN MICHAEL 06/16/2020 10:32 EDT*
*Authenticated By: HOLT MD, EDWIN MICHAEL 06/16/2020 10:32 EDT*

126886

ORTHO TENNESSEE

Knoxville Orthopaedic Clinic
University Orthopaedic Surgeons
Maryville Orthopaedic Clinic
Orthopaedic Surgeons of Oak Ridge

**E MICHAEL HOLT, MD**
**1926 ALCOA HWY**
**KNOXVILLE TN 37920**

**Patient:** **ROBERTA GALYON**
**DOB:**
**Patient ID:** **1000151100**
**Phone:**
**Exam Date:** **05/27/2020**

**MRI KNEE RIGHT**

EXAM:
Right knee MRI without contrast

CLINICAL HISTORY:
Right knee pain, right knee osteoarthritis, medial meniscal tear

COMPARISON:
None available

TECHNIQUE:
Multiplanar multisequence MR imaging of the right knee was performed without intravenous contrast.

FINDINGS:
There is a complex macerated and degenerative type tear of the medial meniscus centered in the medial meniscus body. The body of the medial meniscus is extruded. There is associated mild-to-moderate reactive bone marrow edema in the medial tibial plateau.

The lateral meniscus is intact.

The ACL, PCL, MCL, lateral collateral ligament complex, and extensor mechanism are intact.

There is a small joint effusion. There is a small to moderate hemorrhagic complex Baker's cyst as well. It measures 2.9 x 1.4 cm axially and 5 cm cranial caudally. There is a mild amount of subcutaneous edema about the knee, worst anteriorly.

There is mild patellar chondromalacia. There are a few foci of tiny increased subchondral bone marrow signal about the patellar apex.

There is full-thickness loss of the cartilage in the medial femoral condyle and medial tibial plateau weight-bearing surface about the macerated meniscal tear. Otherwise, there is moderate to severe chondromalacia within the remainder of the medial tibial plateau cartilage and very mild chondromalacia of the remaining medial femoral condyle cartilage.

There are a few subcortical cystic lesions with a mild amount of surrounding bone marrow edema in the posterior most aspect of the medial femoral condyle near the origin of the medial head of the gastrocnemius. This may be subchondral cystic change, intraosseous ganglia, or a combination.

ORTHO TENNESSEE

Knoxville Orthopaedic Clinic
University Orthopaedic Surgeons
Maryville Orthopaedic Clinic
Orthopaedic Surgeons of Oak Ridge

The lateral compartment cartilage is within normal limits.

IMPRESSION:
Complex macerated and extruded tear centered in the body of the medial meniscus.

Moderate to severe medial compartment chondromalacia.

Small joint effusion and small to moderate-sized hemorrhagic Baker's cyst.

Mild patellar chondromalacia.

Subchondral cystic change or intraosseous ganglia in the posteromedial femoral condyle.

INTERPRETED AND DICTATED BY:
ALLISON M. JOHNSEN, MD
Abercrombie Radiological Consultants, Inc.

<<Reading_Radiologist_Initials1>>/aa
DD: 05/28/2020
AD: 05/28/2020 10:04 AM
CC: ORTHO TENNESSEE

OrthoTennessee Knoxville

5220200929020405

Starr Regional Family Practice

Timothy J. Collins, MD
305 Grady Rd. Ste B
Etowah, TN 37331
P: 423-263-0722
F: 423-263-5232

# FAX

Pages:

To: Sedgwick Disability

Fax: 859-264-4372

Date: 9-29-20

Re: Roberta Galyon

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

From: Debi

Fax: 423-263-5232

Phone: 423-263-0722

Cc:

Comments:
Claim # C006030204800974 AA
Win # 101990928
Leave Dates from 10-2-20
thru 11-13-20.

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**
[redacted]
**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**
**Appointment Facility: Starr Regional Family Practice Etowah**

**09/16/2020** **Timothy J. Collins, MD**

## Current Medications

**Taking**

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

**Not-Taking**

- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Medication List reviewed and reconciled with the patient

## Past Medical History

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.

## Reason for Appointment

1. "I want a second opinion on my knee and I would like to extend my l[illegible]"

## History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *0*

General:
Patient presents today for F/U right knee pain s/p right partial knee arthroplasty. She reports persistent pain and swelling since the surgery on 6/16/20. She now notices more stiffness and swelling which is interfering with ambulation and ADL's requiring bending, kneeling, squating or standing more than 1-2 hours. She is anticipating a second opinion regarding the right knee pain and now some worsening left knee pain and is requesting an extension of her Short-term disability. Her Orthopedic surgeon is requesting testing for ESR and C-RP.

## Vital Signs

HT 5 ft 5 in, WT 211 lb 2 oz, WT Change 2 lb, BMI 35.13, BP 140/100 mm Hg, Temp 97.2 F, HR 84 /min, RR 16 /min, BSA 2.09.

## Examination

General Examination:
GENERAL APPEARANCE: Well nourished, well hydrated, obese WFno acute distress.
HEAD: Normocephalic, atraumatic, face symmetrical.
EYES: Conjunctiva clear and lids normal, EOMI, PERRLA.
NECK/THYROID: Supple.
EXTREMITIES: Without clubbing cyanosis, or edema.
NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait and station are normal. Ambulates independently w/o assistance.
PSYCH: Normal mood and affect, alert and oriented x 4.

## Assessments

1. Right knee pain, unspecified chronicity - M25.561 (Primary)
2. Status post right knee surgery - Z98.890
3. Left knee pain, unspecified chronicity - M25.562

Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

### Surgical History

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

### Family History

Mother: deceased, diagnosed with NKFH, Diabetes
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter (s) .
FamilyMember : Mother; ICDCODE: 429.9;
ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9;
ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

### Social History

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to 1985? *No*
Miscellaneous:
Marital Status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General ROS:
Constitutional Negative For: Chills, Fever, Weight Change. Eyes Negative For: Changes in vision. Respiratory Negative For: Cough, Shortness of breath.

### Treatment

**1. Right knee pain, unspecified chronicity**
LAB: Sedimentation Rate-Westergren 005215
LAB: C-Reactive Protein, Quant #006627
Notes: F/U Orthopedic surgery as scheduled tomorrow. I recommend continued or extending short-term disability for 6 weeks. She is informed and agrees. 10-2-20 thru 11-13-20

**2. Left knee pain, unspecified chronicity**
LAB: Sedimentation Rate-Westergren 005215
LAB: C-Reactive Protein, Quant #006627
Notes: F/U Orthopedic surgery as scheduled.

### Procedures

Venipuncture:
Venipuncture: verbal consent obtained, 22 g needle, number of attempts: 1, lab sent to Labcorp, patient tolerated procedure well. Patterson,Sue Ann , LPN 9/16/2020 1:42:53 PM > .

### Procedure Codes

36415 VENIPUNCT, ROUTINE*

### Follow Up

prn



**Electronically signed by Timothy Collins , MD on 09/25/2020 at 02:50 PM CDT**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

Cardiovascular Negative For: Chest pain, Palpitations, Swelling in leg or feet. Genitourinary Negative For: Blood in urine, Dysuria. Musculoskeletal Positive For:, Muscle **weakness legs, Positive For:**, Numbness/tingling legs and left arm.

---

**Patient: GALYON, ROBERTA L DOB:** [redacted] **Progress Note: Timothy J. Collins, MD 09/16/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5220201124018994

Lincoln/Galyon 1748

Starr Regional Family Practice
Timothy J. Collins, MD
905 Grady Rd. Ste B
Etowah, TN 37331
P: 423-263-0722
F: 423-263-5232

# FAX

To: Sedgewick Disability

Fax: 859-264-4372

Date: 11-24-20

Re: Roberta Galyon

From: Debi

Fax: 423-263-5232

Phone: 423-263-0722

Cc:

Comments:
Claim # C006030204800974 AA
WIN # 701990928
Leave Dates from
10-2-20 thru 1-4-21

Pages:

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

# GALYON, ROBERTA L

**55 Y old Female, DOB:** [redacted]
**Account Number: 24091171**

**Home:** [redacted]
**Guarantor: GALYON, ROBERTA L Insurance: BCBS-TN**

**Appointment Facility: Starr Regional Family Practice Etowah**

**11/13/2020** **Timothy J. Collins, MD**

## Current Medications

Taking

- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Clonazepam 0.5 mg Tablet 1 tablet Orally daily prn
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day for stomach
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally Once a day for iron
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day for cholesterol
- Rizatriptan Benzoate 10 mg Tablet 1 tablet as needed one time Orally at onset of HA
- MetFORMIN HCl ER 500 mg tablet extended release 24 hour 1 tablet with a meal Orally Once a day for diabetes
- Trulicity 0.75 MG/0.5ML Solution Pen-injector 0.75 mg Subcutaneous weekly
- Lyrica 150 MG Capsule 1 capsule Orally Twice a day for Fibromyalgia
- Fluoxetine HCl 40 mg capsule 1 capsule Orally Once a day for mood
- Pramipexole Dihydrochloride 1 MG Tablet 1 tablet Orally at bedtime for restless legs

Not-Taking

- Diclofenac Potassium 50 MG Tablet 1 tablet Orally Twice a day for arthritis
- Doxycycline Hyclate 100 MG Capsule 1 capsule Orally Twice a day for infection
- Cheratussin AC 100-10 MG/5ML Syrup 10 ml as needed Orally every 4 hrs for cough
- Medication List reviewed and reconciled with the patient

## Past Medical History

## Reason for Appointment

1. Follow up

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition)

Little interest or pleasure in doing things? *Not at all*

Feeling down, depressed, or hopeless? *Not at all*

Total Score *0*

General:

Patient returns today for F/U bilateral knee pain. She has been evaluated by Orthopedics and is anticipating Synvisc injections. The pain is interfering with ADL's and she is unable to work. She is asking for an extension of her leave from work duties and short-term disability.

## Vital Signs

HT 5 ft 5 in, WT 221 lb 2 oz, WT Change 7.75 lb, BMI **36.79**, BP 140/94 mm Hg, Temp 98.5 F, HR 78 /min, RR 16 /min, BSA **2.14**.

## Examination

General Examination:

GENERAL APPEARANCE: Well nourished, well hydrated, obese WF no acute distress.

HEAD: Normocephalic, atraumatic, face symmetrical.

NECK/THYROID: Supple.

EXTREMITIES: Without clubbing cyanosis, or edema.

NEUROLOGIC EXAM: No focal findings. CN II-XII grossly intact. Gait is antalgic..

PSYCH: Normal mood and affect, alert and oriented x 4.

## Assessments

1. Primary osteoarthritis of both knees - M17.0 (Primary)

## Treatment

**1. Primary osteoarthritis of both knees**

Notes: Continue no work for 6 weeks. F/U Orthopedic surgery as scheduled.

GALYON, ROBERTA L **DOB:** [redacted] (55 yo F) **Acc No.** 24091171 **DOS:** 11/13/2020

Controlled type 2 diabetes mellitus without complication, without long-term current use of insulin.
Anxiety disorder, unspecified type.
Microcytic hypochromic anemia.
Gastro-esophageal reflux disease without esophagitis.
Chiari I malformation.
Fibromyalgia.
Obstructive sleep apnea.
Restless leg syndrome.
Migraine without aura and without status migrainosus, not intractable.
Lumbago with sciatica, left side.
Lumbago with sciatica, right side.
Nonalcoholic fatty liver disease.
Middle insomnia.
Recurrent major depressive disorder, in partial remission.
Morbid (severe) obesity due to excess calories.
Nonalcoholic steatohepatitis (NASH).

**Surgical History**

wrist surgery
hysterectomy
cholecystectomy
knee replacement, partial right
Foot surgery, bilateral neuroma

**Family History**

Mother: deceased, diagnosed with Diabetes, NKFH
Father: deceased
2 brother(s) , 6 sister(s) . 1 son(s) , 1 daughter(s) .
FamilyMember : Mother; ICDCODE: 429.9; ICD Description: Cardiopathy;
FamilyMember : Father; ICDCODE: 429.9; ICD Description: Cardiopathy
Change Requested by lifepoint Team in Relation to FamilyICD section.

**Social History**

Tobacco Use:
Tobacco Use Questions
Smoking Status: *nonsmoker*
Alcohol Use:
Alcohol Smart Form
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Recreational Drug Use:
Recreational Drug Use Questions
Drug use status? *Never used drugs recreationally*
Ever used needles to inject drugs? *No*
Has patient obtained a tattoo or received a blood transfusion prior to

**Follow Up**

prn



**Electronically signed by Timothy Collins , MD on 11/23/2020 at 03:43 PM CST**

**Sign off status: Completed**

**Starr Regional Family Practice Etowah**
**305 Grady Rd**
**Suite B**
**Etowah, TN 373311903**
**Tel: 423-263-0722**
**Fax: 423-263-5232**

FINANCIAL
DOCUMENTATION
- Notes
- My Tasks
- Examiner Diary
- Images

HR DATA
PAYROLL

Print This Page

| | | | | | |
|---|---|---|---|---|---|
| Claim # | 30205346259-0001 | Claimant | GALYON ROBERTA | Loss Date | 6/12/2020 |
| Examiner | Forest Schoenrock | Type | DS - SD | Exam Office | 511 - Coralville, IA |
| Status | Open - Approved | Vendor ID | IFN | Proc Office | 830 - Duluth, GA - Walmart |

Create Note

Expand All

Note Level Filter [Claim] +

General Search Filters +

Note Type Filter +

Created By Filter +

Search

Select one

Export

| Created Date ▼ | Created By | Created For | Note Level | Note Type & Description |
|---|---|---|---|---|

LDW: 06/12/2020
DOD: 06/13/2020
FDA: 06/15/2020 schedueld gap
WP: 06/13/2020 - 06/19/2020
STD: 06/20/2020 - 12/11/2020
FMLA: 06/15/2020 - 09/04/2020
MLOA: 06/15/2020 - 01/04/2021

STD Exhaust Date: 12/11/2020

Lincoln/Galyon 1752

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. ROBERTA GALYON
[redacted]

**Lincoln/Galyon 1753**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 17, 2020

Ms. Roberta L. Galyon
[redacted]

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 10784870

Dear Ms. Roberta Galyon:

Sedgwick Claim Management Services, Inc. and Lincoln Life Assurance Company of Boston are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Walmart, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about December 11, 2020, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond December 11, 2020, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before December 11, 2020, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603) 559-1963 or mail them in the enclosed envelope by December 31, 2020:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization
- ___ Resources for Living
- X Survivor / Estate Information Form
- ___ Other

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On December 16, 2020, we contacted you requesting the following information:

Any and all medical records dated June 1, 2020 through the present and completion of the enclosed forms

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by January 21, 2021. Your cooperation in providing the requested information is essential to our claims review.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, January 21, 2021.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you will qualify for LTD benefits.

If you will be returning to work on or before December 11, 2020, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Lincoln Life Assurance Company of Boston at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time.

Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

Sincerely,

Keith Delgado
Ltd Specialist II

Phone No.: (877) 353-6404 Ext. 18265
Secure Fax No.: (603) 559-1963

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Resources for Living
Survivor / Estate Information Form

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado ______________________



EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870 DATE OF BIRTH: [redacted]
EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________________________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________________

Do you need help caring for your children? ________________

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________________

Please describe what errands you most commonly run: ________________________

________________________

**Lincoln/Galyon 1757**

How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

____________________________________________________________________________

____________________________________________________________________________

**Lincoln/Galyon 1758**

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Keith Delgado

EMPLOYEE/CLAIMANT NAME: Roberta Galyon
CLAIM NO: 10784870
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ___________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Keith Delgado

**EMPLOYEE/CLAIMANT NAME:** Roberta Galyon **CLAIM #:** 10784870

**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:** [redacted]

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

**Lincoln/Galyon 1763**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: [redacted] Claim Number: 10784870

**A copy of this authorization will be considered as valid as the original**

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:

**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

**Lincoln/Galyon 1766**

Lincoln Financial Group

**Walmart Associate Earnings History Calculation**
Report Generation Date: 12/10/2020

**Associate Name: ROBERTA GALYON**
**Emp ID/WIN#: 101990928**
**Claim#: 10784870**
**Product: LTD**

**Date of Disability: 6/13/2020**
**Last Day Worked: 6/12/2020**
**Date of Hire: 8/21/1995**

| **Biweekly Salary Amount:** | **$1,189.91** |
|---|---|

**LTD Earnings History Detail**

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 10784870 | 101990928 | GALYON | ROBERTA | 5/23/2020 | 6/5/2020 | $ 997.91 |
| 10784870 | 101990928 | GALYON | ROBERTA | 5/9/2020 | 5/22/2020 | $ 2,445.86 |
| 10784870 | 101990928 | GALYON | ROBERTA | 4/25/2020 | 5/8/2020 | $ 1,126.79 |
| 10784870 | 101990928 | GALYON | ROBERTA | 4/11/2020 | 4/24/2020 | $ 993.65 |
| 10784870 | 101990928 | GALYON | ROBERTA | 3/28/2020 | 4/10/2020 | $ 1,000.09 |
| 10784870 | 101990928 | GALYON | ROBERTA | 3/14/2020 | 3/27/2020 | $ 1,409.38 |
| 10784870 | 101990928 | GALYON | ROBERTA | 2/29/2020 | 3/13/2020 | $ 1,068.41 |
| 10784870 | 101990928 | GALYON | ROBERTA | 2/15/2020 | 2/28/2020 | $ 1,396.84 |
| 10784870 | 101990928 | GALYON | ROBERTA | 2/1/2020 | 2/14/2020 | $ 1,228.70 |
| 10784870 | 101990928 | GALYON | ROBERTA | 1/18/2020 | 1/31/2020 | $ 1,288.79 |
| 10784870 | 101990928 | GALYON | ROBERTA | 1/4/2020 | 1/17/2020 | $ 1,158.20 |
| 10784870 | 101990928 | GALYON | ROBERTA | 12/21/2019 | 1/3/2020 | $ 1,372.86 |
| 10784870 | 101990928 | GALYON | ROBERTA | 12/7/2019 | 12/20/2019 | $ 786.59 |
| 10784870 | 101990928 | GALYON | ROBERTA | 11/23/2019 | 12/6/2019 | $ 1,378.14 |
| 10784870 | 101990928 | GALYON | ROBERTA | 11/9/2019 | 11/22/2019 | $ 1,337.81 |
| 10784870 | 101990928 | GALYON | ROBERTA | 10/26/2019 | 11/8/2019 | $ 1,095.89 |
| 10784870 | 101990928 | GALYON | ROBERTA | 10/12/2019 | 10/25/2019 | $ 1,127.82 |
| 10784870 | 101990928 | GALYON | ROBERTA | 9/28/2019 | 10/11/2019 | $ 1,343.41 |
| 10784870 | 101990928 | GALYON | ROBERTA | 9/14/2019 | 9/27/2019 | $ 1,234.33 |
| 10784870 | 101990928 | GALYON | ROBERTA | 8/31/2019 | 9/13/2019 | $ 828.75 |
| 10784870 | 101990928 | GALYON | ROBERTA | 8/17/2019 | 8/30/2019 | $ 1,165.58 |
| 10784870 | 101990928 | GALYON | ROBERTA | 8/3/2019 | 8/16/2019 | $ 1,059.53 |
| 10784870 | 101990928 | GALYON | ROBERTA | 7/20/2019 | 8/2/2019 | $ 987.33 |
| 10784870 | 101990928 | GALYON | ROBERTA | 7/6/2019 | 7/19/2019 | $ 957.29 |
| 10784870 | 101990928 | GALYON | ROBERTA | 6/22/2019 | 7/5/2019 | $ 1,076.95 |
| 10784870 | 101990928 | GALYON | ROBERTA | 6/8/2019 | 6/21/2019 | $ 1,070.63 |
| | | | | | **Average Biweekly Amt:** | **$ 1,189.91** |

**Lincoln/Galyon 1767**

Lincoln Financial Group®
Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

ROBERTA GALYON
[redacted]0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 10, 2020

ROBERTA GALYON
[redacted]0000

RE: WALMART, INC.
Long Term Disability Benefits
Claim #: 10784870

MS. GALYON

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Tennessee law requires us to provide the following statement: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

Sincerely,

Keith Delgado
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

**From:**Jernigan, David
**Sent:**Wed, 9 Dec 2020 18:31:31 +0000
**To:**WMRTCSU
**Subject:**- Walmart LTD Claim Creation Request for ROBERTA GALYON, WIN: 101990928

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** Pend
**SSN:** 4112710
**Last Name:** GALYON
**First Name:** ROBERTA
**WIN:** 101990928
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:** [redacted]
**Claimant Email:**
**DOH:** 8/21/1995
**LDW:** 6/12/2020
**DOD:** 06/13/2020
**Approve Through Date:** 12/11/2020
**STD Max Date:** 12/11/2020
**LTD Max Date:** 3/17/2032
**Work State:** TN
**ICD Code:** R68
**ICD Description:** Other general symptoms and signs
**ICD 2 Code:**
**ICD 2 Description:**
**Work Related:** n
**Medical Auth Recvd:** Yes
**Job Description:** RX TECH CERTIFIED
**Loc Code:** A
**Escalation Date:** 11/14/2020
**Days of Benefits:** 147
**LTD Effective Date:**
**HR LTD Benefit Plan:** 5
**LTD Class:** A2
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDA2
**Assc Status Code:** A
**Sys1 Effective Date:** 1/1/2016

**RTW Status:** ACTIVE_EE TYPE_RE TYPE_R_R
**Late Enrollee:**
**Manual Work:** N
**Relapse Claim:** N
**Benefit Begin Date:**

If you have further questions, please contact your Manager.

Claims Reporting Analytics
Email: ClaimsReportingAnalytics@lfg.com