**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **ROBERTA L. GALYON,** | ) |
| | ) CIVIL ACTION NO. 1:24cv00034-DCLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Clifton L Corker |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | **)** Magistrate Susan K Lee |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Robert Galyon and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 18th day of November 2024.

Respectfully submitted,

**LAW OFFICES OF TONY FARMER**
**AND JOHN DREISER**

/s/ John P. Dreiser
John P. Dreiser (BPR #020743)
Attorneys for the Plaintiff
1356 Papermill Pointe Way
Knoxville, TN 37919
(865) 584-1211

ATTORNEY FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT